| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Scoobeez** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | Scoobeez, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1996339** |

| 4. | Debtor's address | **Principal place of business**  **3463 Foothill Blvd.**  **Glendale, CA 91214**  Number, Street, City, State & ZIP Code  **Los Angeles**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
|---|---|---|---|
| 5. | Debtor's website (URL) | **www.scoobeez.com** | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Scoobeez**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Scoobeez** _____ Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Scoobeez**  
       Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/30/2019  
       MM / DD / YYYY

X _____  **Shahan Ohanessian**  
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

X _____    Date 4/30/2019  
Signature of attorney for debtor    MM / DD / YYYY

**Ashley M. McDow**  
Printed name

**Foley & Lardner LLP**  
Firm name

**555 S. Flower Street**  
**Suite 3300**  
**Los Angeles, CA 90071-2411**  
Number, Street, City, State & ZIP Code

Contact phone  213-972-4615    Email address  amcdow@foley.com

**245114 CA**  
Bar number and State

Debtor **Scoobeez**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Scoobeez Global, Inc.** | | Relationship to you | | **Parent** |
| District | **Central** | When **4/30/19** | Case number, if known | | |
| Debtor | **Scoobur LLC** | | Relationship to you | | **Affiliate** |
| District | **Central** | When **4/30/19** | Case number, if known | | |

# RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS OF
# SCOOBEEZ

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Shahan Ohanessian of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Shahan Ohanessian of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Shahan Ohanessian of this corporation is authorized and directed to employ **Ashley M. McDow, Esq.**, attorney, and the law firm of **Foley & Lardner, LLP** to represent the corporation in such bankruptcy case.

BOARD OF DIRECTORS

_____
Shahan Ohanessian

**Fill in this information to identify the case:**

Debtor name  **Scoobeez**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/30/2019    X /s/ _____
Signature of individual signing on behalf of debtor

**Shahan Ohanessian**
Printed name

**CEO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Scoobeez**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alissa Guler c/o Albert G. Stoll, Jr. 55 Francisco Street Suite 403 San Francisco, CA 94133 | Albert G. Stoll, Jr. 415-576-1500 | Litigation | Disputed | | | $0.00 |
| AT&T Corp. c/o CT Corporation 818 Seventh Street, Suite 930 Los Angeles, CA 90017 | | Trade Debt | Disputed | | | $91,718.17 |
| AT&T Corp. c/o CT Corporation 818 Seventh Street, Suite 930 Los Angeles, CA 90017 | | Trade Debt | Disputed | | | $67,906.97 |
| Avitus, Inc. c/o David M. Wagner, Esq. Crowley Fleck, PLLP P.O. Box 10969 Bozeman, MT 59719 | David M. Wagner dwagner@crowleyfleck.com 406-556-1430 | Litigation | Disputed | | | $0.00 |
| Azad Baban c/o Justin Silverman, Esq. Reisner & King LLP 14724 Ventura Blvd., Suite 1210 Sherman Oaks, CA 91403 | Justin Silverman, Esq. 818-981-0901 | Litigation | Disputed | | | $0.00 |

Debtor **Scoobeez**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bernardo Parra** <br> c/o Mancini Law Group, P.C. <br> 7170 W. Grand Avenue <br> Elmwood Park, IL 60707 | **Michael Carin** <br><br> **773-745-1909** | **Litigation** | **Disputed** | | | **$0.00** |
| **De'Von Walker** <br> c/o David Yeremian & Associates, In <br> 535 N. Brand Blvd., Suite 705 <br> Glendale, CA 91203 | **David Yeremian** <br><br> **david@yeremianlaw.com** <br> **818-230-8380** | **Litigation** | **Disputed** | | | **$0.00** |
| **Hillair Capital Management LLC** <br> 330 Primrose Road Suite 660 <br> Burlingame, CA 94010 | | **Litigation** | **Disputed** | **$11,153,098.00** | **$0.00** | **Unknown** |
| **Jacob Lee DeGough** <br> c/o Glenn Law Firm <br> 1017 William D. Tate Ave. <br> Suite 100 <br> Grapevine, TX 76051 | **David M. Glenn** <br><br> **DavidGlenn@GlennLawFirm.com** <br> **817-424-5999** | **Litigation** | **Disputed** | | | **$0.00** |
| **Jassim M. Addal** <br> c/o Law Office of Arash Alizadeh <br> 7545 Irvine Center Drive <br> Suite 200 <br> Irvine, CA 92618 | **Arash N. Alizadeh** <br><br> **aalizadeh@lawyerforemployees.com** <br> **949-606-2845** | **Litigation** | **Disputed** | | | **$0.00** |
| **LeClairRyan** <br> 44 Montgomery Street, Suite 3100 <br> San Francisco, CA 94104 | | **Attorney Fees** | | | | **$98,773.13** |
| **Lockton Companies, LLC** <br> Attn: Nate Mundy, COO <br> Lockton Insurance Brokres, LLC <br> 725 S. Figueroa, 35th Floor <br> Los Angeles, CA 90017 | | **Insurance** | | | | **$72,000.00** |

Debtor **Scoobeez**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Maria Salgado**<br>c/o Nicholas J. Tsakas, Esq.<br>4267 Marina City Drive<br>Suite 512<br>Marina Del Rey, CA 90292 | **Nicholas J. Tsakas, Esq.**<br><br>nicholasjt@roadrunner.com<br>310-459-8732 | **Litigation** | **Disputed** | | | $0.00 |
| **Marwan Griffin**<br>c/o Aegis Law Firm, PC<br>9811 Irvine Center Drive<br>Suite 100<br>Irvine, CA 92618 | **Jessica L. Campbell**<br><br>949-379-6250 | **Litigation** | **Disputed** | | | $0.00 |
| **Minas Sarafian**<br>c/o Simonian & Simonian, PLC<br>144 N. Glendale Ave., #228<br>Glendale, CA 91206 | **Shiraz Simerian**<br><br>shiraz@simonianlawfirm.com<br>818-405-0080 | **Litigation** | **Disputed** | | | $0.00 |
| **Mostafa Joharifard**<br>1651 E. Edinger Ave.<br>Suite 100<br>Santa Ana, CA 92705 | **Mostafa Joharifard** | **Judgment** | **Disputed** | | | $7,429.00 |
| **Pex Cards**<br>462 7th Avenue<br>21st Floor<br>New York, NY 10018 | | **Trade Debt** | | | | $40,000.00 |
| **Raef Lawson**<br>8601 Lincoln Blvd.<br>Ste. 180-276<br>Los Angeles, CA 90045 | **Raef Lawson** | **Judgment** | **Disputed** | | | $4,700.82 |
| **Roy Castelanos**<br>c/o Employees' Legal Advocates, LLP<br>811 Wilshire Blvd.<br>Suite 800<br>Los Angeles, CA 90017 | **A. Jacob Nalbandyan**<br><br>213-232-4848 | **Litigation** | **Disputed** | | | $0.00 |
| **The Hertz Corporation**<br>Attn: Casey Rodriguez, Division VP<br>2 Schoephoester Road<br>Windsor Locks, CT 06096 | | **Trade debt** | | | | $100,000.00 |

# United States Bankruptcy Court
## Central District of California

In re  **Scoobeez**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Scoobeez Global, Inc. | Common | 960,000 | |
| Grigori Sedrakyan | Common | 40,000 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  4/30/2019

Signature  **Shahan Ohanessian**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

Date: ___4/30/2019___

Shahan Ohanessian
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ashley M. McDow**<br>**555 S. Flower Street**<br>**Suite 3300**<br>**Los Angeles, CA 90071-2411**<br>**213-972-4615**<br>California State Bar Number: **245114 CA**<br>**amcdow@foley.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Scoobeez**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Ashley M. McDow**<br>**Foley & Lardner LLP**<br>**555 S. Flower Street**<br>**Suite 3300**<br>**Los Angeles, CA 90071-2411**<br>**213-972-4615**<br>California State Bar Number: **245114 CA**<br>**amcdow@foley.com** | FOR COURT USE ONLY |
|---|---|
| ✓ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Scoobeez**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Shahan Ohanessian**_____, the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                     **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2. a. [x] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: Scoobeez Global, Inc.
   *[For additional names, attach an addendum to this form.]*

   b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

   Date: 4/30/2019

   By: _____
   Signature of Debtor, or attorney for Debtor

   Name: **Scoobeez**
   Printed name of Debtor, or attorney for Debtor