```
Scoobeez
3463 Foothill Blvd.
Glendale, CA 91214


Ashley M. McDow
Foley & Lardner LLP
555 S. Flower Street
Suite 3300
Los Angeles, CA 90071-2411


Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco, CA 94133


App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004


AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017


AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017


Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719


Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403
```

```
Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park, IL 60707


CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203


De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale, CA 91203


Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero, FL 33928


Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero, FL 33928


Emil Davtyan
Davtyan Professional Law Corp.
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367


Garo and Aroussiak Dekirmendjian
c/o Bulldog Commercial Real Estate
Attn: John Raudsep, President
3634 Woodcliff
Sherman Oaks, CA 91403


GTR Source LLC
1006 Monmouth Ave
Lakewood, NJ 08701
```

```
Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010


Hop Capital
323 Sunny Isles Blvd., Suite 501
Sunny Isles Beach, FL 33160


Jacob Lee DeGough
c/o Glenn Law Firm
1017 William D. Tate Ave.
Suite 100
Grapevine, TX 76051


Jassim M. Addal
c/o Law Office of Arash Alizadeh
7545 Irvine Center Drive
Suite 200
Irvine, CA 92618


LeClairRyan
44 Montgomery Street, Suite 3100
San Francisco, CA 94104


Lockton Companies, LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017


Maria Salgado
c/o Nicholas J. Tsakas, Esq.
4267 Marina City Drive
Suite 512
Marina Del Rey, CA 90292


Marwan Griffin
c/o Aegis Law Firm, PC
9811 Irvine Center Drive
Suite 100
Irvine, CA 92618
```

```
Minas Sarafian
c/o Simonian & Simonian, PLC
144 N. Glendale Ave., #228
Glendale, CA 91206


Mostafa Joharifard
1651 E. Edinger Ave.
Suite 100
Santa Ana, CA 92705


Nate Mundy, COO
Lockton Companies, LLC-Pacific Seri
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017


Peter Rosenthal Irrevocable Trust
dated 10/31/2012
3450 N. Verdugo Rd.
Glendale, CA 91208


Pex Cards
462 7th Avenue
21st Floor
New York, NY 10018


Premier Business Bank
700 S. Flower Street, #2000
Los Angeles, CA 90017


Queen Funding LLC
2221 NE 164 ST
North Miami Beach, FL 33160


Raef Lawson
8601 Lincoln Blvd.
Ste. 180-276
Los Angeles, CA 90045
```

```
Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd.
Suite 800
Los Angeles, CA 90017


Scoobeez Global, Inc.
3463 Foothill Blvd.
La Crescenta, CA 91214


Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin, TX 78701


Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017


The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 06096


The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 06096
```