Ashley M. McDow (245114)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA  90071
Telephone:    213.972.4500
Facsimile:    213.486.0065
Email:    amcdow@foley.com

[Proposed] Attorneys for Debtors and Debtors in Possession, SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ, *et al.*[1]<br><br>Debtor and Debtor-in-Possession. | Case Nos.: 2:19-bk-14989-WB; 2:19-bk-14991-SB; 2:19-bk-14997-BR<br><br>Chapter 11<br><br>**PROOF OF SERVICE TO NOTICE OF EMERGENCY HEARING ON DEBTORS' FIRST DAY MOTIONS**<br><br>**Hearing Date:**<br>Date: May 1, 2019<br>Time: 3:00 p.m.<br>Place: Courtroom 1375<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez Global, Inc. (9779); Scoobur, LLC (0343); and Scoobeez (6339).  The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

# PROOF OF SERVICE OF DOCUMENT

I AM OVER THE AGE OF 18 AND NOT A PARTY TO THIS BANKRUPTCY CASE OR ADVERSARY PROCEEDING. MY BUSINESS ADDRESS IS: 555 S. FLOWER STREET, SUITE 3300, LOS ANGELES, CA 90071. A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED: **NOTICE OF EMERGENCY HEARING ON DEBTORS' FIRST DAY MOTIONS** WILL BE SERVED OR WAS SERVED (A) ON THE JUDGE IN CHAMBERS IN THE FORM AND MANNER REQUIRED BY LBR 5005-2(D); AND (B) IN THE MANNER STATED BELOW:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ashley M McDow    amcdow@foley.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be complete</u>d no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 30, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**

Hon. Julia W. Brand
United States Bankruptcy Court
U.S. Bankruptcy Court
255 East Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2019 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3. **SERVED VIA TELEPHONE OR EMAIL:**

Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco, CA 94133
**VIA TELEPHONE**

App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004
**VIA TELEPHONE**

AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017
**VIA TELEPHONE**

AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017
**VIA TELEPHONE**

Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719
**VIA EMAIL**

Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403
**VIA TELEPHONE**

Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park, IL 60707
**VIA TELEPHONE**

CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203
**VIA EMAIL**

De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale, CA 91203
**VIA TELEPHONE**

Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero, FL 33928
**VIA EMAIL**

GTR Source LLC
1006 Monmouth Ave
Lakewood, NJ 08701
**VIA EMAIL**

Emil Davtyan
Davtyan Professional Law Corp.
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367
**VIA EMAIL**

Garo and Aroussiak Dekirmendjian
c/o Bulldog Commercial Real Estate
Attn: John Raudsep, President
3634 Woodcliff
Sherman Oaks, CA 91403
**VIA EMAIL**

Jacob Lee DeGough
c/o Glenn Law Firm
1017 William D. Tate Ave.
Suite 100
Grapevine, TX 76051
**VIA TELEPHONE**

Jassim M. Addal
c/o Law Office of Arash Alizadeh
7545 Irvine Center Drive
Suite 200
Irvine, CA 92618
**VIA TELEPHONE**

Hop Capital
323 Sunny Isles Blvd., Suite 501
Sunny Isles Beach, FL 33160
**VIA EMAIL**

Lockton Companies, LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017
**VIA TELEPHONE**

Maria Salgado
c/o Nicholas J. Tsakas, Esq.
4267 Marina City Drive
Suite 512
Marina Del Rey, CA 90292
**VIA TELEPHONE**

LeClairRyan
44 Montgomery Street, Suite 3100
San Francisco, CA 94104
**_VIA TELEPHONE_**

Minas Sarafian
c/o Simonian & Simonian, PLC
144 N. Glendale Ave., #228
Glendale, CA 91206
**_VIA EMAIL_**

Pex Cards
462 7th Avenue
21st Floor
New York, NY 10018
**_VIA EMAIL_**

Marwan Griffin
c/o Aegis Law Firm, PC
9811 Irvine Center Drive
Suite 100
Irvine, CA 92618
**_VIA TELEPHONE_**

Queen Funding LLC
2221 NE 164 ST
North Miami Beach, FL 33160
**_VIA TELEPHONE_**

Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin, TX 78701
**_VIA EMAIL_**

Nate Mundy, COO
Lockton Companies, LLC- Pacific Seri
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017
**_VIA EMAIL_**

The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 06096
**_VIA TELEPHONE_**

Salvador Rivas
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101
**_VIA EMAIL_**

Premier Business Bank
700 S. Flower Street, #2000
Los Angeles, CA 90017
**_VIA TELEPHONE_**

Kirk Davis
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101
**_VIA EMAIL_**

Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
**_VIA EMAIL_**

Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd.
Suite 800
Los Angeles, CA 90017
**_VIA EMAIL_**

Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010
**_VIA TELEPHONE_**

Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212
**_VIA TELEPHONE_**