| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Scoobeez** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **19-bk-14989** |

☑ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alissa Guler c/o Albert G. Stoll, Jr. 55 Francisco Street Suite 403 San Francisco, CA 94133** | **Albert G. Stoll, Jr.** **415-576-1500** | **Litigation** | **Disputed** | | | **Unknown** |
| **AT&T Corp. c/o CT Corporation 818 Seventh Street, Suite 930 Los Angeles, CA 90017** | | **Trade Debt** | **Disputed** | | | **Unknown** |
| **AT&T Corp. c/o CT Corporation 818 Seventh Street, Suite 930 Los Angeles, CA 90017** | | **Trade Debt** | **Disputed** | | | **Unknown** |
| **Avitus, Inc. c/o David M. Wagner, Esq. Crowley Fleck, PLLP P.O. Box 10969 Bozeman, MT 59719** | **David M. Wagner** **dwagner@crowleyfleck.com** **406-556-1430** | **Litigation** | **Disputed** | | | **Unknown** |
| **Azad Baban c/o Justin Silverman, Esq. Reisner & King LLP 14724 Ventura Blvd., Suite 1210 Sherman Oaks, CA 91403** | **Justin Silverman, Esq.** **818-981-0901** | **Litigation** | **Disputed** | | | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Scoobeez | | | Case number *(if known)* | **19-bk-14989** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bernardo Parra c/o Mancini Law Group, P.C. 7170 W. Grand Avenue Elmwood Park, IL 60707 | **Michael Carin** **773-745-1909** | **Litigation** | **Disputed** | | | **Unknown** |
| Arturo Vega, et. al. c/o Eric K. Yaeckel Sullivan Law Group, APC 2330 Third Ave. San Diego, CA 92101 | **Eric K. Yaeckel** **619-702-6760** | **Litigation** | Disputed | | | **Unknown** |
| Edvin Amzayan, c/o State of CA Dept. of Industrial Relations Labor Commission Office 455 Golden Gate Ave., 10th Floor San Francisco, CA 94102 | | **Litigation** | | | | $29,808.67 |
| Enterprise Holdings, Inc. 600 Corporate Park Drive Saint Louis, MO 63105 | | **Trade Debt** | **Disputed** | | | **Unknown** |
| Hillair Capital Management LLC 330 Primrose Road Suite 660 Burlingame, CA 94010 | | **Litigation** | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| Imran Firoz c/o Brent Finch Brent Finch Law 27200 Agoura Rd., Ste. 102 Agoura Hills, CA 91301 | **Brent Finch** brentfinchlaw.com **818-436-6411** | **Litigation** | **Disputed** | | | **Unknown** |
| Jacob Lee DeGough c/o Glenn Law Firm 1017 William D. Tate Ave. Suite 100 Grapevine, TX 76051 | **David M. Glenn** DavidGlenn@GlennLawFirm.com **817-424-5999** | **Litigation** | **Disputed** | | | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Scoobeez | | Case number *(if known)* | **19-bk-14989** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jassim M. Addal c/o Law Office of Arash Alizadeh 7545 Irvine Center Drive Suite 200 Irvine, CA 92618 | Arash N. Alizadeh aalizadeh@lawyerforemployees.com 949-606-2845 | Litigation | Disputed | | | Unknown |
| LeClairRyan 44 Montgomery Street, Suite 3100 San Francisco, CA 94104 | | Attorney Fees | | | | $98,773.13 |
| Maria Salgado c/o Nicholas J. Tsakas, Esq. 4267 Marina City Drive Suite 512 Marina Del Rey, CA 90292 | Nicholas J. Tsakas, Esq. nicholasjt@roadrunner.com 310-459-8732 | Litigation | Disputed | | | Unknown |
| Marwan Griffin c/o Aegis Law Firm, PC 9811 Irvine Center Drive Suite 100 Irvine, CA 92618 | Jessica L. Campbell 949-379-6250 | Litigation | Disputed | | | Unknown |
| Minas Sarafian c/o Simonian & Simonian, PLC 144 N. Glendale Ave., #228 Glendale, CA 91206 | Shiraz Simerian shiraz@simonianlawfirm.com 818-405-0080 | Litigation | Disputed | | | Unknown |
| Mostafa Joharifard 1651 E. Edinger Ave. Suite 100 Santa Ana, CA 92705 | Mostafa Joharifard | Judgment | | | | Unknown |
| NexGen Capital, LLC c/o David Neale Levene Neale Bender 10250 Constellation Blvd., #1700, Los Angeles, CA 90067 | David Neale 310-229-1234 DLN@lnbyb.com | Trade Debt | Disputed | | | Unknown |
| Roy Castelanos c/o Employees' Legal Advocates, LLP 811 Wilshire Blvd. Suite 800 Los Angeles, CA 90017 | A. Jacob Nalbandyan 213-232-4848 | Litigation | Disputed | | | Unknown |