STEVEN M. SPECTOR (SBN: 51623)
sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891.0700
Facsimile: (213) 896.0400

ADAM H. FRIEDMAN (pro hac vice to be filed)
afriedman@olshanlaw.com
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 451-2216
Facsimile: (212) 451-2222

Attorneys for Secured Creditor
HILLAIR CAPITAL MANAGEMENT LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SCOOBEEZ, INC., a California corporation, et al.<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ SCOOBEEZ, INC., only<br><br>☐ SCOOBEEZ GLOBAL, INC. only<br><br>☐ SCOOBUR, LLC only | Lead Case No. 2:19-bk-14989-WB<br><br>Chapter 11<br><br>Jointly administered with Case Nos. 2:19-bk-14991-BB and 2:19-bk-14997-BR)<br><br>**DECLARATION OF ANTHONY J. NAPOLITANO RE: HILLAIR CAPITAL MANAGEMENT'S OBJECTION TO PROPOSED ORDERS ON (I) CASH COLLATERAL; (II) PAYMENT OF PREPETITION WAGES; AND (III) MAINTENANCE OF EXISTING BANK ACCOUNTS;**<br><br>**[Hearing Requested]**<br><br>**Continued "First-Day" Hearing:**<br>Date:     May 14, 2019<br>Time:    2:00 p.m.<br>Place:    U.S. Bankruptcy Court<br>           Courtroom 1375<br>           255 East Temple Street<br>           Los Angeles, CA 90012<br>Judge:   Hon. Julia Brand |

1

**DECLARATION OF ANTHONY J. NAPOLITANO IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT'S OMNIBUS OBJECTION TO PROPOSED FIRST DAY ORDERS**

BN 36426905V1

# DECLARATION OF ANTHONY J. NAPOLITANO

I, Anthony J. Napolitano, declare as follows,

1. I am an attorney duly admitted to practice in the State of California and the United States District Court for the Central District of California. I am a Senior Counsel of Buchalter, a Professional Corporation ("Buchalter") and a member of Buchalter's Insolvency & Financial Law practice group. Buchalter is co-counsel of record to Hillair Capital Management, LLC and its affiliates ("Hillair") in connection with the above-captioned, jointly administered chapter 11 bankruptcy cases of Scoobeez, Inc., a California corporation, debtor in the jointly administered, above-captioned chapter 11 bankruptcy case ("Scoobeez"), and its affiliated debtors, Scoobeez Global, Inc., an Idaho corporation (formerly known as ABT Holdings, Inc.) ("Scoobeez Global") and Scoobur, LLC, a California limited liability company ("Scoobur") (collectively, the "Debtors").

2. I make this declaration in support of Hillair Capital Management's Objection to Proposed Orders on (I) Cash Collateral; (II) Payment of Prepetition Wages; and (III) Maintenance of Existing Bank Accounts [Docket No. 32]. I am over the age of 18 and have personal knowledge of the facts contained in this declaration. As to the following facts, I know them to be true both from my personal knowledge and my review of documents received in the ordinary course of business.

3. Attached hereto as Exhibit 1 is a true and complete copy of an email that I received from counsel for the Debtors disclosing that Jowita Chometowska is a board member of the Debtors. Attached hereto as Exhibit 2 is a true and complete copy of a spreadsheet that I received from Debtors' counsel identifying outstanding prepetition checks that had not cleared the Debtors' bank accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 9, 2019 at Los Angeles, California.

                                                      */s/ Anthony J. Napolitano*
                                                      ANTHONY J. NAPOLITANO

**DECLARATION OF ANTHONY J. NAPOLITANO IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT'S OMNIBUS OBJECTION TO PROPOSED FIRST DAY ORDERS**

BN 36426905V1

# EXHIBIT 1

| | |
|---|---|
| **From:** | MStockl@foley.com |
| **Sent:** | Wednesday, May 8, 2019 11:23 AM |
| **To:** | Mar, Alvin (USTP) |
| **Cc:** | Napolitano, Anthony J.; dln@lnbyb.com; amcdow@foley.com; JSimon@foley.com; MHebbeln@foley.com; Spector, Steven M. |
| **Subject:** | RE: Scoobeez - Revised Cash Management Order |

Alvin,

Thank you for your comments.  These are all employees of the debtors and there are no professionals.  The "Field Director" is not and insider.  However, "Staffing Director" Jowita Chomentowska is on the board and got paid $3,000.  We will submit a notice of insider compensation.  This amount will need to get paid back if anyone objects.

I will reformat Exhibit A so that the columns align.  I have asked for additional detail as to what expenses, if any, are being reimbursed for that period.

Best,

Matt

Matthew J. Stockl

Foley & Lardner LLP
321 North Clark Street | Suite 2800
Chicago, IL 60654-5313
P 312.832.5161

View My Bio
Visit Foley.com



---

**From:** Mar, Alvin (USTP) <Alvin.Mar@usdoj.gov>
**Sent:** Wednesday, May 8, 2019 11:47 AM
**To:** Stockl, Matthew J. <MStockl@foley.com>; Napolitano, Anthony J. <anapolitano@buchalter.com>; dln@lnbyb.com; Simon, John A. <JSimon@foley.com>; McDow, Ashley M. <amcdow@foley.com>; Hebbeln, Mark F. <MHebbeln@foley.com>
**Cc:** Spector, Steven M. <sspector@buchalter.com>
**Subject:** RE: Scoobeez - Revised Cash Management Order

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Notice in Exhibit A, there are titles such as "Accountant", "------Director", "Paralegal" and "IT Consultant" – are these employees of the Debtor and are any of these professionals, like the "Accountant" and are any of these insiders "----Director".  Also you may want to reformat Exhibit "A".

Also AGAIN what are these reimburseable expenses as it would appear that payment in the interim is limited by the cash collateral order.

Alvin

**From:** MStockl@foley.com <MStockl@foley.com>
**Sent:** Wednesday, May 8, 2019 9:31 AM
**To:** Napolitano, Anthony J. <anapolitano@buchalter.com>; Mar, Alvin (USTP) <Alvin.P.Mar@UST.DOJ.GOV>; dln@lnbyb.com; JSimon@foley.com; amcdow@foley.com; MHebbeln@foley.com
**Cc:** Spector, Steven M. <sspector@buchalter.com>
**Subject:** RE: Scoobeez - Revised Cash Management Order

Tony,

I have attached the cash collateral and wage orders.

Best,

Matt

Matthew J. Stockl

Foley & Lardner LLP
321 North Clark Street | Suite 2800
Chicago, IL 60654-5313
P 312.832.5161

View My Bio
Visit Foley.com



---

**From:** Napolitano, Anthony J. <anapolitano@buchalter.com>
**Sent:** Wednesday, May 8, 2019 10:34 AM
**To:** Stockl, Matthew J. <MStockl@foley.com>; alvin.mar@usdoj.gov; dln@lnbyb.com; Simon, John A. <JSimon@foley.com>; McDow, Ashley M. <amcdow@foley.com>; Hebbeln, Mark F. <MHebbeln@foley.com>
**Cc:** Spector, Steven M. <sspector@buchalter.com>; Napolitano, Anthony J. <anapolitano@buchalter.com>
**Subject:** RE: Scoobeez - Revised Cash Management Order

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Matt,

When can we expect the other two revised orders?  We only received the revised cash management order that you sent last night around 4:30 p.  Since they are interrelated, it makes sense for us to review all at once.

Tony

# Buchalter

2

**Anthony J. Napolitano**
Sr. Counsel
**T** (213) 891-5109
**F** (213) 630-5834
anapolitano@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
www.buchalter.com  |  Bio  |  LinkedIn

---

Anthony J. Napolitano, CPA, Esq.
*Insolvency and Financial Restructuring*
**Buchalter**, A Professional Corporation
Direct Dial: (213) 891-5109 | Direct Fax: (213) 630-5834 | Main: (213) 891-0700

---

**From:** MStockl@foley.com [mailto:MStockl@foley.com]
**Sent:** Tuesday, May 7, 2019 6:02 PM
**To:** Napolitano, Anthony J.; alvin.mar@usdoj.gov; dln@lnbyb.com; JSimon@foley.com; amcdow@foley.com; MHebbeln@foley.com
**Cc:** Spector, Steven M.
**Subject:** RE: Scoobeez - Revised Cash Management Order

Tony,

We will lodge the orders tomorrow.  Please provide any comments tonight or first thing tomorrow.

Thank you,

Matt

Matthew J. Stockl

Foley & Lardner LLP
321 North Clark Street | Suite 2800
Chicago, IL 60654-5313
P 312.832.5161

View My Bio
Visit Foley.com



---

**From:** Napolitano, Anthony J. <anapolitano@buchalter.com>
**Sent:** Tuesday, May 7, 2019 6:49 PM
**To:** Stockl, Matthew J. <MStockl@foley.com>; alvin.mar@usdoj.gov; dln@lnbyb.com; Simon, John A. <JSimon@foley.com>; McDow, Ashley M. <amcdow@foley.com>; Hebbeln, Mark F. <MHebbeln@foley.com>

**Cc:** Spector, Steven M. <sspector@buchalter.com>; Napolitano, Anthony J. <anapolitano@buchalter.com>
**Subject:** RE: Scoobeez - Revised Cash Management Order

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Matt,

Thank you for providing the revised order.  We will review it in due course.  As you may not be familiar with the Local Bankruptcy Rules for the Central District of California, please take a look at LBR 9021-1(b)(1)(B).  The orders are due within 7 days of the date the hearing.  That puts the lodging deadline at tomorrow.  The day of the hearing is not included within the counting per FRBP 9006.  Rather than rush this one (and I presume the others) tonight.  Why don't we take another day (as permitted under the Local Bankruptcy Rules) to sort out any remaining issues.  This seems like a better result than forcing the parties to prematurely engage in an order objection process.

With thanks,
Tony

# Buchalter

**Anthony J. Napolitano**
Sr. Counsel
**T** (213) 891-5109
**F** (213) 630-5834
anapolitano@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
www.buchalter.com | Bio | LinkedIn

_____

Anthony J. Napolitano, CPA, Esq.
*Insolvency and Financial Restructuring*
**Buchalter**, A Professional Corporation
Direct Dial: (213) 891-5109 | Direct Fax: (213) 630-5834 | Main: (213) 891-0700

---

**From:** MStockl@foley.com [mailto:MStockl@foley.com]
**Sent:** Tuesday, May 7, 2019 4:42 PM
**To:** Napolitano, Anthony J.; Spector, Steven M.; alvin.mar@usdoj.gov; dln@lnbyb.com
**Cc:** amcdow@foley.com; MHebbeln@foley.com; JSimon@foley.com
**Subject:** Scoobeez - Revised Cash Management Order

All,

I have attached the most recent version of the cash management order, along with a redline comparison to the prior version and updated spreadsheet.  Given the impending deadline to lodge the orders, we are going to lodge the order today.  I understand there is a process under the local rules for objecting to the form of the order if you have any unresolved objections.

Best,

Matt

Matthew J. Stockl

Foley & Lardner LLP
321 North Clark Street | Suite 2800
Chicago, IL 60654-5313
P 312.832.5161

View My Bio
Visit Foley.com



The preceding email message may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

The preceding email message may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see
http://www.buchalter.com/about/firm-policies/.


The preceding email message may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.


The preceding email message may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

# EXHIBIT 2

# Scoobeez Global Inc
## Transactions by Account
### As of April 30, 2019

| Type | Date | Num | Name | Clr | Credit | Purpose |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 04/05/2019 | 1001 | David Araujo | | 18.19 | Reimb |
| Check | 03/12/2019 | 1010 | Frekiva Bailey | | 138.52 | Payroll |
| Bill Pmt -Check | 04/05/2019 | 1011 | Salim Vastani | | 148.06 | Payroll |
| Bill Pmt -Check | 04/05/2019 | 1032 | Naomi Fuller | | 45.42 | Payroll |
| Check | 04/06/2019 | 1052 | Janeth Araujo | | 184.23 | Payroll |
| Check | 04/06/2019 | 1058 | Tien Nguyen | | 82.39 | Payroll |
| Bill Pmt -Check | 04/08/2019 | 1076 | Tonori Boutte | | 115.44 | Payroll |
| Bill Pmt -Check | 04/08/2019 | 1092 | Sergio Palazzi | | 173.41 | Payroll |
| Check | 04/09/2019 | 1129 | Joshua Porter | | 92.35 | Payroll |
| Bill Pmt -Check | 04/09/2019 | 1140 | Charles Williams | | 18.47 | Payroll |
| Bill Pmt -Check | 04/09/2019 | 1142 | Haneef Madyun | | 18.27 | Payroll |
| Bill Pmt -Check | 04/11/2019 | 1179 | Jazmin Araujo | | 168.29 | Payroll |
| Check | 04/16/2019 | 1217 | Joseph Sosa | | 213.05 | Payroll |
| Check | 04/16/2019 | 1219 | Michael Clark | | 158.41 | Payroll |
| Bill Pmt -Check | 04/16/2019 | 1223 | Rene Quintero | | 553.96 | Payroll |
| Bill Pmt -Check | 04/18/2019 | 1235 | Melissa Loest | | 56.82 | Payroll |
| Bill Pmt -Check | 04/18/2019 | 1243 | Mercys Suazo Velez | | 9.42 | Payroll |
| Bill Pmt -Check | 04/18/2019 | 1252 | David Sanchez | | 372.05 | Payroll |
| Bill Pmt -Check | 04/19/2019 | 1280 | Christopher Marroquin | | 276.14 | Payroll |
| Bill Pmt -Check | 04/22/2019 | 1299 | Khari Temple | | 147.50 | Payroll |
| Bill Pmt -Check | 04/22/2019 | 1300 | Kenny Nguyen | | 234.55 | Payroll |
| Bill Pmt -Check | 04/22/2019 | 1301 | Yuri G Edingburg | | 23.03 | Payroll |
| Bill Pmt -Check | 04/22/2019 | 1304 | Wilneesha Love | | 243.49 | Payroll |
| Check | 04/22/2019 | 1312 | Nathaniel Warren | | 972.21 | Payroll |
| Bill Pmt -Check | 04/23/2019 | 1313 | Erick Dang | | 347.43 | Payroll |
| Bill Pmt -Check | 04/23/2019 | 1316 | Dasia Hawkins | | 207.09 | Payroll |
| Bill Pmt -Check | 04/23/2019 | 1319 | Kurt Shepard | | 394.10 | Payroll |
| Check | 04/23/2019 | 1320 | Jessica Flores | | 56.88 | Payroll |
| Bill Pmt -Check | 04/24/2019 | 1326 | First Insurance Funding | | 71,582.46 | Van Excess |
| Bill Pmt -Check | 04/24/2019 | 1327 | City of Chicago | | 500.00 | Ticket |
| Bill Pmt -Check | 04/25/2019 | 1334 | Spectrum/La Crescenta | | 249.99 | Cable bill |
| Check | 04/25/2019 | 1335 | Combined Group Insurance Services Inc | | 7,997.00 | Insurance |
| Bill Pmt -Check | 04/26/2019 | 1337 | Michelle Stubbs - expense | | 2,049.68 | Reimb |
| Bill Pmt -Check | 04/26/2019 | 1338 | Jeanette Martinez | | 75.63 | Payroll |
| Bill Pmt -Check | 04/26/2019 | 1339 | Hydrex Pest & Termite Co. | | 140.00 | Payroll |
| Check | 04/26/2019 | 1340 | Foothill Plumbing | | 295.00 | Payroll |
| Check | 04/27/2019 | 1341 | City of Los Angeles | | 238.00 | Payroll |
| Check | 04/27/2019 | 1342 | California Board of Accountancy | | 120.00 | Payroll |
| Check | 04/29/2019 | 1346 | Jerontae Bess | | 290.41 | Payroll |
| Bill Pmt -Check | 04/29/2019 | 1347 | SoCalGas | | 37.30 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1349 | Shoushana Ohanessian | | 7,500.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1350 | Andres Munoz | | 3,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1351 | Nazareth Ohanessian | | 2,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1352 | Jowita Chomentowska | | 3,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1353 | Sixiang Zhao | | 3,000.00 | Payroll |

4:03 PM
05/03/19
Accrual Basis

Case 2:19-bk-14989-WB    Doc 33    Filed 05/09/19    Entered 05/09/19 18:21:20    Desc
Main Document    Page 12 of 13

**Scoobeez Global Inc**
**Transactions by Account**
**As of April 30, 2019**

| Type | Date | Num | Name | Amount | Memo |
|---|---|---|---|---:|---|
| Bill Pmt -Check | 04/30/2019 | 1354 | Saint Enterprises, LLC | 3,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1355 | Aden Ghevondyan | 2,500.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1356 | Kathy Hicks | 1,750.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1357 | Susanna Avetisian | 1,600.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1358 | Nicholas Solari | 2,600.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1359 | Michael Torosyan | 2,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1360 | Vache Carl Derderian | 1,750.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1361 | Abdulmateen Kazia | 2,500.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1362 | Anibal Mijangos | 1,600.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1363 | Christopher Key | 2,250.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1364 | Ready Refresh by Nestle | 154.50 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1365 | Michael Torosyan (Expense) | 507.53 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1366 | Leilani Sagiao | 173.21 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1367 | Jose Martinez | 1,285.81 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1369 | Ready Refresh by Nestle | 35.38 | Payroll |
| Check | 04/30/2019 | 1370 | Andrew Maldonado | 732.85 | Payroll |
| Check | 04/30/2019 | 1371 | Charletha Rawlins | 128.90 | Payroll |
| Check | 04/30/2019 | 1372 | Elmer Estrada | 960.33 | Payroll |
| Check | 04/30/2019 | 1373 | Kevin Freeman | 734.54 | Payroll |
| Check | 04/30/2019 | 1375 | Kevin Freeman | 153.79 | Payroll |
| Bill Pmt -Check | 03/19/2019 | 2001 | Andrew Munoz | 1.75 | Payroll |
| Bill Pmt -Check | 03/20/2019 | 2026 | Rick Escalera | 43.53 | Payroll |
| | | | | 134,006.76 | |
| | | | | 134,006.76 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*) **DECLARATION OF ANTHONY J. NAPOLITANO RE:  HILLAIR CAPITAL MANAGEMENT'S OBJECTION TO PROPOSED ORDERS ON (I) CASH COLLATERAL; (II) PAYMENT OF PREPETITION WAGES; AND (III) MAINTENANCE OF EXISTING BANK ACCOUNTS;**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 9, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alvin Mar    alvin.mar@usdoj.gov
- Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;Ffarivar@foley.com;swilson@foley.com
- Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 9, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Scoobeez, Inc.
3463 Foothill Blvd.
Glendale, CA 91214

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 9, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

VIA COURIER
Presiding Judge
Hon. Julia W. Brand
U.S. Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

| May 9, 2019 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.