| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ashley M. McDow (SBN 245114)<br>555 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br>Telephone: 213-972-4615<br>Email: amcdow@foley.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Scoobeez<br><br><br><br>Debtor(s) | CASE NO.: 19-bk-14989<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?   ☐ Yes  ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 5/10/19                          _____
                                                      Debtor 1 Signature

                                                      _____
                                                      Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

```
Scoobeez
3463 Foothill Blvd.
Glendale, CA 91214


Ashley M. McDow
Foley & Lardner LLP
555 S. Flower Street
Suite 3300
Los Angeles, CA 90071-2411


Accurate Background
7515 Irvine Center Drive
Irvine, CA 92618


ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco, CA 94133


Amazon
1516 Second Avenue
Seattle, WA 98101


Amazon Web Services Inc.
440 Terry Ave N
Seattle, WA 98109


App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004
```

```
Arturo Vega, et al.
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego, CA 92101


Asana
1550 Bryant Street, Suite 800
San Francisco, CA 94103


AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017


Athens Services
14048 E. Valley Blvd.
La Puente, CA 91746


Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719


Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403


Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park, IL 60707


BMW Financial Services NA, LLC
Bankruptcy Servicer
AIS Portfolio Servcies, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118
```

Booster Fuels
11 N. Ellsworth Avenue
San Mateo, CA 94403


California Franchise Tax Board
Franchise Tax Board Bankr. Section
PO Box 2952, MS:A-340
Sacramento, CA 95812-2952


Centalized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


City of Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206


Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta, CA 91214


CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203


De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale, CA 91203


Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero, FL 33928

```
DSP Online Order
5825 Southwest Arctic Drive
Beaverton, OR 97005


Edvin Amzayan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Edvin Yegiyan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Emil Davtyan
Davtyan Professional Law Corp.
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367


Enterprise Holdings, Inc.
600 Corporate Park Drive
Saint Louis, MO 63105


Fed Ex
942 South Shady Grove Road
Memphis, TN 38120


First Advantage
1 Concourse Parkway NE
Suite 200
Atlanta, GA 30328


First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917
```

Fleetwash Inc.
26 Law Drive
Fairfield, NJ 07004


Garo and Aroussiak Dekirmendjian
c/o Bulldog Commercial Real Estate
Attn: John Raudsep, President
3634 Woodcliff
Sherman Oaks, CA 91403


Global Results Communications
201 East Sandpointe Avenue
Suite 650
Santa Ana, CA 92707


Google/G Suite Software
1600 Amphitheatre Parkway
Mountain View, CA 94043


Graham S.P. Hollis
Graham Hollis APC
3555 Fifth Avenue, Suite 200
San Diego, CA 92103


GTR Source LLC
1006 Monmouth Ave
Lakewood, NJ 08701


Halo Branded Solutions
1500 Halo Way
Sterling, IL 61081


Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010

```
Hop Capital
323 Sunny Isles Blvd., Suite 501
Sunny Isles Beach, FL 33160


Imran Firoz
c/o Brent Finch
Brent Finch Law
27200 Agoura Rd., Ste. 102
Agoura Hills, CA 91301


Indeed, Inc.
6433 Champion Grandview Way
Building 1
Austin, TX 78750


Influx Capital LLC
1049 Helen Avenue
Santa Clara, CA 95051


Jacob Lee DeGough
c/o Glenn Law Firm
1017 William D. Tate Ave.
Suite 100
Grapevine, TX 76051


Jassim M. Addal
c/o Law Office of Arash Alizadeh
7545 Irvine Center Drive
Suite 200
Irvine, CA 92618


LeClairRyan
44 Montgomery Street, Suite 3100
San Francisco, CA 94104


Liquid Web Inc.
2703 Ena Drive
Lansing, MI 48917
```

```
LiveAgent
c/o Quality Unit, LLC
616 Corporate Way, Suite 2-3278
Valley Cottage, NY 10989


Lockton Companies, LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017


Mail Chimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Ave. NE
Suite 5000
Atlanta, GA 30308


Maria Salgado
c/o Nicholas J. Tsakas, Esq.
4267 Marina City Drive
Suite 512
Marina Del Rey, CA 90292


Marwan Griffin
c/o Aegis Law Firm, PC
9811 Irvine Center Drive
Suite 100
Irvine, CA 92618


Massinissa Bechout, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Minas Sarafian
c/o Simonian & Simonian, PLC
144 N. Glendale Ave., #228
Glendale, CA 91206


Mostafa Joharifard
1651 E. Edinger Ave.
Suite 100
Santa Ana, CA 92705
```

```
Nate Mundy, COO
Lockton Companies, LLC-Pacific Seri
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017


NexGen Capital, LLC
c/o David Neale
Levene Neale Bender
10250 Constellation Blvd., #1700
Los Angeles, CA 90067


Office of the Director
Department of Motor Vehicles
2415 1st Avenue, MS: F101
Sacramento, CA 95818-2606


Parkway Commercial Realty
Attn: Laurence & Patricia Cesander
2485 E. Southlake Blvd.
Southlake, TX 76092


Peter Rosenthal Irrevocable Trust
dated 10/31/2012
3450 N. Verdugo Rd.
Glendale, CA 91208


Pex Cards
462 7th Avenue
21st Floor
New York, NY 10018


Premier Business Bank
700 S. Flower Street, #2000
Los Angeles, CA 90017


Prince Uko, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102
```

```
Queen Funding LLC
2221 NE 164 ST
North Miami Beach, FL 33160


Quickbooks
c/o Intuit Inc.
2700 Coast Avenue
Mountain View, CA 94043


Raef Lawson
8601 Lincoln Blvd.
Ste. 180-276
Los Angeles, CA 90045


Ready Refresh
4400 S. Kolmar Ave.
Chicago, IL 60632


Ready Refresh (Foothill Location)
4400 S. Kolmar Ave.
Chicago, IL 60632


Ring Central
20 Davis Drive
Belmont, CA 94002


Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd.
Suite 800
Los Angeles, CA 90017


Scoobeez Global, Inc.
3463 Foothill Blvd.
La Crescenta, CA 91214
```

```
Sean McNair
c/o Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212


Southern California Gas Company
PO Box 1626
Monterey Park, CA 91754-8626


Spectrum Business
c/o Charter Communications
PO Box 790261
Saint Louis, MO 63179


Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin, TX 78701


Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017


SuperVision
PO Box 21636
Saint Paul, MN 55121


Swizznet
6075 California Avenue SW
Seattle, WA 98136


T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124
```

```
TACAL Properties LLC
c/o Peloton Commercial Real Estate
PO Box 15039
San Antonio, TX 78212


Texas Department of Insurance
Dividion of Workers' Compensation
7551 Metro Center Drive, Suite 100
Austin, TX 78744


The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 06096


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


US Securities and Exchange Commissi
Attn: Bankruptcy Counsel
444 S. Flower St., Suite 900
Los Angeles, CA 90071-9591


USPS
475 Lenfant Plaza SW
Washington, DC 20260


Verizon
PO Box 489
Newark, NJ 07101-0489


WG Fund LLC
1734 8th Avenue
Suite PH
Brooklyn, NY 11215
```