1    STEVEN M. SPECTOR (SBN: 51623)
      sspector@buchalter.com
2    ANTHONY J. NAPOLITANO (SBN: 227691)
      anapolitano@buchalter.com
3    BUCHALTER, A Professional Corporation
    1000 Wilshire Boulevard, Suite 1500
4    Los Angeles, CA 90017-2457
    Telephone: (213) 891-0700
5    Facsimile:: (213) 896-0400

6    ADAM H. FRIEDMAN (pro hac vice to be filed)
      afriedman@olshanlaw.com
7    OLSHAN FROME WOLOSKY LLP
    1325 Avenue of the Americas
8    New York, NY 10019
    Telephone: (212) 451-2216
9    Facsimile: (212) 451-2222

10   Attorneys for secured creditor
     HILLAIR CAPITAL MANAGEMENT, LLC

11

**UNITED STATES BANKRUPTCY COURT**

12

**CENTRAL DISTRICT OF CALIFORNIA**

13

**LOS ANGELES DIVISION**

14

| | |
|---|---|
| In re | Lead Case No. 2:19-bk-14989-WB |
| SCOOBEEZ, INC., et al. | Chapter 11 |
|           Debtors and Debtors<br>          in Possession. | (Jointly Administered with<br>Case Nos. 2:19-bk-14991; 2:19-bk-14997) |
| Affects: | **DECLARATION OF STEVEN M. SPECTOR IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT, LLC'S OPPOSITION TO DEBTORS' MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS** |
| ☒   All Debtors | |
| ☐   SCOOBEEZ, INC., only | |
| ☐   SCOOBEEZ GLOBAL, INC.<br>     only | [Motion and Declaration of Sean M. McAvoy concurrently filed.] |
| ☐   SCOOBUR, LLC only | **Hearing:**<br>Date:      May 14, 2019<br>Time:     2:00 p.m.<br>Place:    U.S. Bankruptcy Court<br>           Courtroom 1375<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

# DECLARATION OF STEVEN M. SPECTOR

I, Steven M. Spector, hereby declare, as follows:

1.      I am an attorney duly admitted to practice in the State of California and the United States District Court for the Central District of California.  I am a shareholder of Buchalter, a Professional Corporation ("Buchalter") and a member of Buchalter's Insolvency & Financial Law practice group.  I am one of the co-counsel representing Hillair Capital Management LLC and Hillair Capital Advisors LLC, the general partner of Hillair Capital Investments LP (collectively, "Hillair"), senior secured creditor of Scoobeez, Inc., a California corporation, debtor in the above-captioned chapter 11 bankruptcy case ("Scoobeez"), and its affiliated debtors, Scoobeez Global, Inc., an Idaho corporation (formerly known as ABT Holdings, Inc.) ("Scoobeez Global") and Scoobur, LLC, a California limited liability company ("Scoobur") (collectively, the "Debtors").  I have personal knowledge of the matters stated in this Declaration, and if called upon as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Hillair's concurrently filed supplemental *Opposition to Debtors' Motion for Entry of Interim Order Authorizing Use of Cash Collateral on an Interim Basis* (the "Motion")*.*  The following facts are true to the best of my own personal knowledge, except where stated on information and belief, and as to those facts, I believe them to be true.  If called as a witness, I could and would testify competently to the facts set forth herein.

3.      I am the lead counsel for Hillair in connection with the action pending in the California Superior Court, County of Los Angeles, designated as *Hillair Capital Management, LLC v. Scoobeez Global, Inc., et al.*, Case No. 19GDCV00492 (L.A. Sup. Ct. 2019) (the "State Court Action").  On April 24, 2019, I caused to be filed the *Ex Parte Application to Appoint Receiver, Issue Temporary Restraining Order and Set Order to Show Cause why Receiver Should not be Confirmed* (the "Receivership Application") in the State Court Action.  The Receivership Application sought the appointment a receiver over the Debtors.

4.      The Court held a preliminary hearing on the Receivership Application on April 26, 2019 and set a continued hearing for May 1, 2019 at 1:30 p.m.  A temporary restraining order was issued at that hearing limiting the Debtors' operations to only ordinary course transactions.  The

Superior Court also established April 30, 2019 at 12:00 p.m. PDT as the deadline for the Debtors to file any opposition to the Receivership Application.

5.      In addition to the protracted delay in the filing of the first-day motions, there were significant deficiencies in the motions that prevented the parties from being able to fully evaluate the relief sought.   Missing from the routine and customary first-day filings was an omnibus declaration of Shahan Ohanessian, the Debtors' principal, setting forth the general background of the Debtors' business and operations, the capital structure of the Debtors, the issues precipitating the filing of the chapter 11 cases, the key issues to be addressed in the early stages of the cases and the necessary evidentiary support for the relief sought in the first-day motions.

6.      Missing from the *Motion to Authorized Payment of Prepetition Wages* [Docket No. 8] (the "Wage Motion") was a report itemizing the employees and the precise wages to be paid.

7.      Missing from the Cash Collateral Motion was a customary 13-week cash collateral budget setting forth with specificity the precise expenses to be paid.   Instead, the Debtors submitted monthly income statement projections for a three-month period providing only high level categorization of the expenses sought to be paid.

8.      Missing from the first-day motions was a critical vendor motion to enable the Debtors to pay prepetition vendors that they have decried as being critical to the Debtors' operation.   And finally, missing from the first-day motions was a customary motion prohibiting the trading of the Debtors' securities so as to preserve any beneficial tax attributes that the Debtors may have.

9.      In connection with the Debtors' *Emergency Motion for Order (1) Authorizing the Maintenance of Existing Bank Accounts, etc.* [Docket No. 7] (the "Cash Management Motion"), the Debtors provided on May 6, 2019 at 1:58 p.m. their proposed order granting that motion, but, more importantly, a spreadsheet containing a list outstanding prepetition checks that had not cleared the Debtors' prepetition bank accounts.

10.     A true and complete copy of the uncleared checks spreadsheet is attached hereto as **Exhibit 1**.

2

11.     What is troubling is that approximately $45,000 of these checks was issued on April 30, 2019 (*i.e.*, the Petition Date), and at least two of the checks were issued to insiders of the Debtors:   $7,500.00 to Shoushana Ohanessian (the Debtors' principal's wife and board member); $2,000 to Nazareth Ohanessian and $3,000 to Joweta Jowita Chometowska (a board member).

12.     In order to address the Debtors' informational deficiencies, on May 2, 2019 counsel for Hillair sent Debtors' counsel an email detailing the documents and information necessary to fully evaluate the Debtors' financial projections and the relief being requested in the first-day motions.

13.     A true and complete copy of the email dated May 2, 2019 1:57 p.m. on which I was copied is attached hereto as **Exhibit 2** (the "May 2nd Email").

14.     Over the course of the following week from when the May 2nd Email was sent, I attempted on a number of occasions to meet and confer via email with various counsel for the Debtors regarding the production of documents.  The hope was that the Debtors' would provide the information requested, which should have been routine and customary information readily available, by no later than Monday, May 6, 2019 in anticipation of a meeting between the prinicpals of the Debtors (and their counsel) and the principal of Hillair (and its counsel) at 2:00 p.m. on Tuesday, May 7, 2019.  No douments were provided and no meeting occurred.

15.     Thereafter, I sent a number of emails to various counsel for the Debtors inquiring about the status of the document requests and suggesting a Thursday production deadline in contemplation of a Friday, May 10, 2019 meeting between the Debtors and Hillair.   No documents were provided by Thursday and no meeting occurred.

16.     On Friday morning, I received several emails from counsel from the Debtors purporting to provide the douments requested in the May 2nd Email.  Those documents were deficient.  Accordingly, on May 10, 2019 at approximately 9:30 a.m., I and my colleague, Tony Napolitano, called Ashley McDow, counsel for Debtors, to discuss the document production deficiencies and to discuss Hillair's forthcoming motion for an examination of the Debtors and its insiders under Bankruptcy Rule 2004.

17.     Thereafter, I and Mr. Napolitano called Mark Hebbeln, counsel for the Debtors, to discuss the document production deficiencies and to discuss a forthcoming motion for a Rule 2004 examination.

18.     At 10:59 p.m. on May 10, 2019, I sent an email to Ms. McDow and Mr. Hebbeln advising them of the document deficiencies and that Hillair intended to proceed with the filing of a Rule 2004 Motion.  A true and complete copy of that email is attached hereto as **Exhibit 3**.  At 1:30 p.m. on Friday, May 10, 2019, counsel for Hillair spoke with Mr. Hebblen regarding the scope and necessity of the Rule 2004 Motion.

19.     At the hearing on the Debtors' first-day motion, David Neale appeared on behalf of Nex Gen Financial with respect to the Cash Collateral Motion.

20.     Mr. Neale disclosed that Nex Gen apparently asserts an interest in the cash collateral since the Debtors had allegedly sold their accounts receivable to Nex Gen.

21.     Attached hereto as **Exhibit 4** is a true and complete copy of a LexisNexis Comprehensitve Business Report that I caused to be obtained.

22.     Attached hereto as **Exhibit 5** is a true an complete copy of a printout of the business Serve (www.serve.io) in which several of the Debtors' principals and insiders have executive roles, including Shahan Ohanessian, CEO of the Debtors and CEO of Serve.io, George Voskanian, CFO of the Debtors and CFO of Serve.io, Suzy Ohanessian, board member of the Debtors and President of Serve.io.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 13, 2019, at Los Angeles, California.

*/s/ Steven M. Spector*
STEVEN M. SPECTOR

4

# EXHIBIT 1

Case 2:19-bk-14989-WB   Doc 46   Filed 05/13/19   Entered 05/13/19 12:08:29   Desc
Main Document    Page 7 of 46

# Scoobeez Global Inc
## Transactions by Account
### As of April 30, 2019

| Type | Date | Num | Name | Clr | Credit | Purpose |
|------|------|-----|------|-----|--------|---------|
| Bill Pmt -Check | 04/05/2019 | 1001 | David Araujo | | 18.19 | Reimb |
| Check | 03/12/2019 | 1010 | Frekiva Bailey | | 138.52 | Payroll |
| Bill Pmt -Check | 04/05/2019 | 1011 | Salim Vastani | | 148.06 | Payroll |
| Bill Pmt -Check | 04/05/2019 | 1032 | Naomi Fuller | | 45.42 | Payroll |
| Check | 04/06/2019 | 1052 | Janeth Araujo | | 184.23 | Payroll |
| Check | 04/06/2019 | 1058 | Tien Nguyen | | 82.39 | Payroll |
| Bill Pmt -Check | 04/08/2019 | 1076 | Tonori Boutte | | 115.44 | Payroll |
| Bill Pmt -Check | 04/08/2019 | 1092 | Sergio Palazzi | | 173.41 | Payroll |
| Check | 04/09/2019 | 1129 | Joshua Porter | | 92.35 | Payroll |
| Bill Pmt -Check | 04/09/2019 | 1140 | Charles Williams | | 18.47 | Payroll |
| Bill Pmt -Check | 04/09/2019 | 1142 | Haneef Madyun | | 18.27 | Payroll |
| Bill Pmt -Check | 04/11/2019 | 1179 | Jazmin Araujo | | 168.29 | Payroll |
| Check | 04/16/2019 | 1217 | Joseph Sosa | | 213.05 | Payroll |
| Check | 04/16/2019 | 1219 | Michael Clark | | 158.41 | Payroll |
| Bill Pmt -Check | 04/16/2019 | 1223 | Rene Quintero | | 553.96 | Payroll |
| Bill Pmt -Check | 04/18/2019 | 1235 | Melissa Loest | | 56.82 | Payroll |
| Bill Pmt -Check | 04/18/2019 | 1243 | Mercys Suazo Velez | | 9.42 | Payroll |
| Bill Pmt -Check | 04/18/2019 | 1252 | David Sanchez | | 372.05 | Payroll |
| Bill Pmt -Check | 04/19/2019 | 1280 | Christopher Marroquin | | 276.14 | Payroll |
| Bill Pmt -Check | 04/22/2019 | 1299 | Khari Temple | | 147.50 | Payroll |
| Bill Pmt -Check | 04/22/2019 | 1300 | Kenny Nguyen | | 234.55 | Payroll |
| Bill Pmt -Check | 04/22/2019 | 1301 | Yuri G Edingburg | | 23.03 | Payroll |
| Bill Pmt -Check | 04/22/2019 | 1304 | Wilneesha Love | | 243.49 | Payroll |
| Check | 04/22/2019 | 1312 | Nathaniel Warren | | 972.21 | Payroll |
| Bill Pmt -Check | 04/23/2019 | 1313 | Erick Dang | | 347.43 | Payroll |
| Bill Pmt -Check | 04/23/2019 | 1316 | Dasia  Hawkins | | 207.09 | Payroll |
| Bill Pmt -Check | 04/23/2019 | 1319 | Kurt Shepard | | 394.10 | Payroll |
| Check | 04/23/2019 | 1320 | Jessica Flores | | 56.88 | Payroll |
| Bill Pmt -Check | 04/24/2019 | 1326 | First Insurance Funding | | 71,582.46 | Van Excess |
| Bill Pmt -Check | 04/24/2019 | 1327 | City of Chicago | | 500.00 | Ticket |
| Bill Pmt -Check | 04/25/2019 | 1334 | Spectrum/La Crescenta | | 249.99 | Cable bill |
| Check | 04/25/2019 | 1335 | Combined Group Insurance Services Inc | | 7,997.00 | Insurance |
| Bill Pmt -Check | 04/26/2019 | 1337 | Michelle Stubbs - expense | | 2,049.68 | Reimb |
| Bill Pmt -Check | 04/26/2019 | 1338 | Jeanette Martinez | | 75.63 | Payroll |
| Bill Pmt -Check | 04/26/2019 | 1339 | Hydrex Pest & Termite Co. | | 140.00 | Payroll |
| Check | 04/26/2019 | 1340 | Foothill Plumbing | | 295.00 | Payroll |
| Check | 04/27/2019 | 1341 | City of Los Angeles | | 238.00 | Payroll |
| Check | 04/27/2019 | 1342 | California Board of Accountancy | | 120.00 | Payroll |
| Check | 04/29/2019 | 1346 | Jerontae Bess | | 290.41 | Payroll |
| Bill Pmt -Check | 04/29/2019 | 1347 | SoCalGas | | 37.30 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1349 | Shoushana Ohanessian | | 7,500.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1350 | Andres Munoz | | 3,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1351 | Nazareth Ohanessian | | 2,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1352 | Jowita Chomentowska | | 3,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1353 | Sixiang Zhao | | 3,000.00 | Payroll |

4:03 PM
05/03/19
Accrual Basis

Case 2:19-bk-14989-WB    Doc 46    Filed 05/13/19    Entered 05/13/19 12:08:29    Desc
Main Document    Page 8 of 46

**Scoobeez Global Inc**
**Transactions by Account**
As of April 30, 2019

| Type | Date | Num | Name | Amount | |
|------|------|-----|------|--------|---|
| Bill Pmt -Check | 04/30/2019 | 1354 | Saint Enterprises, LLC | 3,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1355 | Aden Ghevondyan | 2,500.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1356 | Kathy Hicks | 1,750.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1357 | Susanna Avetisian | 1,600.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1358 | Nicholas Solari | 2,600.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1359 | Michael Torosyan | 2,000.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1360 | Vache Carl Derderian | 1,750.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1361 | Abdulmateen Kazia | 2,500.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1362 | Anibal Mijangos | 1,600.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1363 | Christopher Key | 2,250.00 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1364 | Ready Refresh by Nestle | 154.50 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1365 | Michael Torosyan (Expense) | 507.53 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1366 | Leilani Sagiao | 173.21 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1367 | Jose Martinez | 1,285.81 | Payroll |
| Bill Pmt -Check | 04/30/2019 | 1369 | Ready Refresh by Nestle | 35.38 | Payroll |
| Check | 04/30/2019 | 1370 | Andrew Maldonado | 732.85 | Payroll |
| Check | 04/30/2019 | 1371 | Charletha Rawlins | 128.90 | Payroll |
| Check | 04/30/2019 | 1372 | Elmer Estrada | 960.33 | Payroll |
| Check | 04/30/2019 | 1373 | Kevin Freeman | 734.54 | Payroll |
| Check | 04/30/2019 | 1375 | Kevin Freeman | 153.79 | Payroll |
| Bill Pmt -Check | 03/19/2019 | 2001 | Andrew Munoz | 1.75 | Payroll |
| Bill Pmt -Check | 03/20/2019 | 2026 | Rick Escalera | 43.53 | Payroll |
| | | | | 134,006.76 | |
| | | | | 134,006.76 | |

4:03 PM
05/03/XX
Accrual Basis

**Scoobeez Global Inc**
**Transactions by Account**
**As of April 30, 2019**

Case 2:19-bk-14989-WB    Doc 46    Filed 05/13/19    Entered 05/13/19 12:08:29    Desc
Main Document    Page 9 of 46

insurance

# EXHIBIT 2

**Bodkin, Debra A.**

| | |
|---|---|
| **From:** | Napolitano, Anthony J. |
| **Sent:** | Thursday, May 2, 2019 1:57 PM |
| **To:** | Ashley M. McDow Esq. (amcdow@foley.com); MHebbeln@foley.com |
| **Cc:** | Spector, Steven M.; Napolitano, Anthony J. |
| **Subject:** | Scoobeez - Financial Information |

Ashley:

In keeping with our discussions in court yesterday, Hillair needs to receive prior to meeting on Tuesday certain financial information related to the companies' operations.   While this information pertains to first day expenses which were represented to require immediate payment and while Hillair understands the payroll portion of the request, as you will see, the requested information deals with "back-up" to both the payroll and the expenses since none of what would normally be attached to your motions was attached.   All we had was unsupported information and, as I am sure your recognize, that is not nearly enough.

Moreover, in our view, the requests below are not burdensome as we believe they are all easily accessible via the computer systems of the companies (indeed, I think they are mostly "push of a button" items or certainly items which could be produced without a great deal of time and effort).   Please understand both the significance of the requests and the timing of providing the information.   At this point, to be very clear, based on a number of historic matters (including the comments from counsel for Next Gen (if we understand the transactions correctly, it would seem that Next Gen was defrauded and including the narrative from Firoz, the former CFO (substantial company assets were diverted for Shahan's personal use in casinos), there is a distrust and the back-up is requested to verify what was represented to us and the court.

Here's our list document and information requests.   To the extent that account statements other financial documents are available in both pdf and Excel formats, please have the company provide both formats.

1.   Copies of full bank statements, as follows:
    a.   From all Wells Fargo accounts Jan., Feb., Mar. and Apr., 2019.
    b.   Copies of bank statements from any other bank where any of the companies maintained accounts for the same time frame (or a representation that there no accounts other than the three Wells' accounts which were identified in your filings).
2.   Details of all credit and debit cards issued in the name of any of the companies, including the names and capacities of the persons using/holding the cards and copies of all credit and debit card statements for period from November 2018 through the last statement.
3.   Monthly balance sheets and profit and loss statements for Jan., Feb., Mar. and Apr. 2019.  This should include subaccounts with descriptions.
4.    Cash flow projections for the first two weeks in May, 2019, including subaccounts with descriptions.
5.   Payroll information, as follows:
    a.    Itemized by employee and job description both for rank and file employees and corporate executive (not just officers).
    b.    For the period for Feb., Mar. and Apr.
    c.    Details respecting the use of a payroll service (contact person at the service) and invoices and other data from the payroll service.
    d.    Details respecting payment of all federal and local payroll taxes.
6.   Auto/Truck Leases or Contracts
    a.    Copies of all leases/contracts showing individual vehicle information and rates and payment history.

7. Fuel, as follows:
   a.    Name of fuel provider and contact information of the party handling the account.
   b.    Details on usage of the fuel arrangement by the drivers.
   c.    Copies of the last here months' statements.

8. Vehicle Insurance:
   a.    Name of insurance company and a copy of the policy.
   b.    Details on all vehicles covered by the policy (itemized by vehicle).
   c.    Copies of the last three billing statements.

9. Premises Leases:
   a.    Addresses and landlord contact information.
   b.    Copies all leases or rental agreements.

10. Utility Accounts
   a.    A list of all utility accounts of any of the companies.
   b.    Copies of the last three billing statements for each utility.

11. Company Employee/Independent Contractor Census.
   a.    A list of all employees and independent contractors for all companies, including job title, job description and compensation.
   b.    A list of all benefits and expense reimbursement made by the company to any employee or independent contractor by description and amount for the last three months.

12. Financial Transactions.
   a.    Details and copies of documents respecting any financial transaction whether by transfer or encumbrance of any assets for the last four years.

13. Affiliates.
   a.    Other than the three companies that filed cases, a list of all other companies/entities related to any of the three companies that filed or to Ohanessian – whether or not such companies are operating.
   b.    If any such companies is operating, provide detailed information respecting its assets and liabilities and profit and loss.


Let me know if you have any questions.


Best,
Tony


**Anthony Napolitano**
**T** (213) 891-5109
**C** (310) 487-0323

_____
Anthony Napolitano, CPA, Esq.
*Financial Restructuring & Insolvency*
**Buchalter,** A Professional Corporation
1000 Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-1730
Direct: (213) 891-5109 | Fax: (213) 630-5834 | Main: (213) 891-0700
anapolitano@buchalter.com | www.buchalter.com | Bio

Exhibit 2, Page 12

# EXHIBIT 3

**Bodkin, Debra A.**

| | |
|---|---|
| **From:** | Spector, Steven M. |
| **Sent:** | Friday, May 10, 2019 10:59 AM |
| **To:** | amcdow@foley.com; MHebbeln@foley.com |
| **Cc:** | Friedman, Adam H.; Napolitano, Anthony J. |
| **Subject:** | FW: Hillair - SBCZ |

Mark and Ashley,

Our client has reviewed the documents that Mark sent this morning, which were purportedly in response to our request for supporting documentation sent last Thursday, May 2nd.  Unfortunately, the information provided is dated, incomplete and only addresses approximately 15% of our initial document requests.  Below is a summary of our review of the documents, and below that is the list of the categories where the production was either missing or substantially deficient.

Because of these deficiencies, among other things, our client has decided to press ahead with the filing of a Rule 2004 examination of the Debtors and certain of their insiders.  Tony and I left messages for you this morning to discuss the Rule 2004 motion as per Local Bankruptcy Rule 2004-1.  Please feel free to give us a call.  We intend to file the motion by 1pm today.

- San Antonio Lease: 4118 McCullough Ave, San Antonio, TX
  - Lease EXPIRED on 10/31/2017
  - Missing pages 6 – 14
  - Lease extension documents?

- Chicago Lease: Totally missing

- Glendale Water and Power
  - Want the full and most recent statements for all accounts
  - Why two different accounts?
    - Scoobeez – Acct# 31892385-11
    - Scoobeez Global Inc = Acct# 29030705-05
  - Scoobeez statement is from 1/3/19 – FOUR MONTHS OLD
  - Scoobeez Global Inc statement is from 1/31/19 – FOUR MONTHS OLD

- SoCalGas
  - Want the full statements for all accounts
    - Scoobeez Inc – New entity?
    - Scoobeez Global Inc?

- Spectrum Cable Provider
  - Want the full and most recent statements for all accounts

- Crescenta Valley Water District
  - Want the full and most recent statements for all accounts
  - Why so much water usage in January?

- ADT
  - Please provide most recent statement

- Ready Refresh
  - Want the full and most recent statements for all accounts
  - Why two different accounts?
    - Scoobeez – Acct#0126389253
    - Shoushana Ohanessian – Acct# 0035011436

- First Insurance
  - Want rider and full invoice
  - Who is located at 396  S Pasadena Ave, Pasadena, CA (old Scoobeez address?)?

- AT&T
  - Want full statement
  - Running at ~$19K a month
  - Outstanding balance of $57K

- Verizon
  - Want full statement
  - Running at ~$5,300 a month
  - Outstanding balance of $5K

1. Bank Statements
   a. Wells Fargo Statements
      i. Operating Account Numbers – x4303, x1982 and x1330
         1. Three months FULL statements (in both pdf and excel)  for EACH account.
         2. Names, title and justification of individuals (in both pdf and excel) who have debit / credit cards accessing these accounts.
      ii. Representation that there are no other Wells Fargo Account
   b. Other Accounts at Wells Fargo or other financial institutions
      i. Represent that there are no other bank accounts for SCBZ or any of its entities.
      ii. It there are other accounts, Three months FULL statements (in both pdf and excel)  for EACH account.
         1. Names, title and justification of individuals (in both pdf and excel) who have debit / credit cards accessing these accounts.

2. Credit Cards
   a. Provide a listing of all credit cards (in both pdf and excel), of there are none, representation that they do not exist
   b. Provide twelve months of full statements (in both pdf and excel)
   c. Names, title and justification of individuals (in both pdf and excel)  who have credit cards.

3. Updated balance sheet as of April 30, 2019 (in both pdf and excel):
   a. Highly descriptive as to names of all sub accounts for each asset and liabilities
   b. Aged payables broken out in 30 day intervals for each payable.

4. Cash flow statement (in both pdf and excel):

2

    a. Daily cashflow statement for the next two weeks.

    b. Heavily detailed with all sub accounts

5. Payroll
   a. Name of Payroll company
      i. Contact information for payroll company representative
      ii. Past three months of invoices (in both pdf and excel)  from the payroll company for their services
   b. FULL statements (in both pdf and excel) for the past three months of payroll (Six pay periods)
      i. Delineation of each person (in both pdf and excel)  as to whether they are a driver, distribution center employee, corporate (anyone's salary that is below the gross margin on the income statement is considered corporate) and other (description of their role if other)
   c. Representation that all payroll taxes have been paid to date

6. Hertz
   a. Last three months of statements (in both pdf and excel)
      i. Make, Model, Vin number of each vehicle
         1. Please provide a SCBZ utilization rate for each vehicle
   b. Hertz contract for each vehicle

7. Fuel
   a. Name of fuel provider
   b. Full contract with fuel provider
   c. Description of how drivers charge fuel
   d. Last three months of statements (in both pdf and excel)
   e. Delineation of each person (in both pdf and excel) charging fuel to SCBZ as to whether they are a driver, distribution center employee, corporate (anyone's salary that is below the gross margin on the income statement is considered corporate) and other (description of their role if other)

8. Vehicle Insurance
   a. Policy for all vehicles covered
      i. Make, Model, Vin number of each vehicle (in both pdf and excel):
   c. Last three months of statements (in both pdf and excel)
      i. Delineation of each vehicle (in both pdf and excel) covered as to whether they are a delivery vehicle, distribution center employee's vehicle, corporate vehicle (anyone's salary that is below the gross margin on the income statement is considered corporate) or other vehicle. (description of their role if other).  Every vehicle should have this description.

9. Rent / Utilities for ALL offices
   a. Physical address for all locations
   b. Rent agreements for all locations
   c. Proof of payments for the past three months
   d. Names, contact information of all utility providers for each location
      i. Past three months statement (in both pdf and excel) of each and every utility provider for all locations.

3

10. Corporate Org Chart
    a. Everyone's names, Titles, job description and compensation

11. Amazon
    a. Name, title, description and contact information for both operations and corporate contacts as mentioned by SCBZ CFO
      .

12. Casinos / Plaza Hotel
    a. Names of any and all casinos that SCBZ wired money to.
        i. Provide a name and contact information for each casino
        ii. Justification as to such
    b. Dates and invoices for stays at the Plaza hotel for the past two years

**Steven Spector**
**T** (213) 891-5008
**C** (818) 522-9236

Exhibit 3, Page 17

# EXHIBIT 4

Comprehensive Business Report



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Legal Compliance
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

## Comprehensive Business Report

**Date:** 04/29/19
**Reference Code:** H6089.04
**Company Name: SCOOBEEZ DELIVERIES INC**
**Address: 3463 FOOTHILL BLVD, LA CRESCENTA, CA 91214-1856, LOS ANGELES COUNTY**

**Name Variations:**
Company Name: **SCOOBEEZ DELIVERIES INC**

**TIN Variations:**
[None Found]

**Parent Company:**
[None Found]
**Comprehensive Business Report Summary:**
Industry Information:
None Found
Bankruptcies:
None Found
Liens and Judgments:
None Found
Corporation Filings:
None Found
Registered Agents:
None Found
Business Registration:
None Found
UCC Filings for Business:
1 Found
Associated Businesses:
3 Found
Connected Businesses:
None Found
Business Contacts:
None Found
Executives:
None Found
Motor Vehicles:
None Found
Properties:
None Found
FAA Aircrafts:
None Found
Watercrafts:

Comprehensive Business Report

1

Comprehensive Business Report

None Found
Internet Domain Names Registered to Business:
None Found
IRS 5500:
None Found

**Business
Filings:**

**Industry Information:**
[None Found]

**Bankruptcies:**
[None Found]

**Liens & Judgments:**
[None Found]

**Corporation Filings:**
[None Found]

**Registered Agents:**
[None Found]

**Business Registration:**
[None Found]

**UCC Filings for Business:
As Debtor:**

**UCC Filing # 1**

Filing Jurisdiction: **CA**
Filing Number: **197697253443**
Filing Date: **02/14/2019**

Debtor Party(s):
Debtor: ABT HOLDINGS INC
Debtor Address: 396 S PASADENA AVE, PASADENA, CA 91105-1839

Secured Party(s):
Secured: GTR SOURCE LLC
Secured Address: 1006 MONMOUTH AVE, LAKEWOOD, NJ 08701-1923

Collateral(s):
Description: ALL ACCOUNTS RECEIVABLE, RECEIPTS, INSTRUMENTS, CONTRACT RIGHTS AND OTHER RIGHTS TO RECEIVE THE PAYM

Description: ENT OF MONEY, PATENTS, CHATTEL PAPER, LICENSES, LEASES AND GENERAL INTANGIBLES, WHETHER NOW OWNED OR

Description: HEREAFTER ACQUIRED OR ARISING, AND ALL OF DEBTOR'S BOOKS AND RECORDS RELATING TO ANY OF THE FOREGOI

Description: NG.

Filing(s):
Filing Expiration Date: 02/14/2024

**Associated Businesses:**
Name: **ABT HOLDINGS INC**
Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**

Name: **GTR SOURCE LLC**
Address: **1006 MONMOUTH AVE, LAKEWOOD, NJ 08701-1923**

Name: **SCOOBEEZ INC**
Address: **640 IRVING AVE, GLENDALE, CA 91201-2029**

**Connected Businesses:**
[None Found]

Comprehensive Business Report

Comprehensive Business Report

**Associated
People:**
   **Business Contacts:**
      **Current Individuals:**
      [None Found]

      **Prior Individuals:**
      [None Found]

   **Executives:**
      **Current Executives:**
      [None Found]

      **Prior Executives:**
      [None Found]

**Assets:**
   **Motor Vehicles:**
   [None Found]

   **Properties:**
   [None Found]

   **FAA Aircrafts:**
      **Current Aircraft(s):**
      [None Found]

      **Prior Aircraft(s):**
      [None Found]

   **Watercrafts:**
      **Current Watercrafts:**
      [None Found]

      **Prior Watercrafts:**
      [None Found]

**Internet Domain Names Registered to Business:**   [None Found]

**IRS 5500:**   [None Found]

Comprehensive Business Report



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state´s Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Legal Compliance
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

## Comprehensive Business Report

**Date:** 04/29/19
**Reference Code:** H6089.04
**Company Name:** **SCOOBEEZ, INC.**
**Address:** **1814 FLOWER ST, GLENDALE, CA 91201-2025, LOS ANGELES COUNTY**
**Phone:** **912-270-2544**
**TIN:** **47-1996339**
**URL:** **WWW.SCOOBEEZ.COM**

**Name Variations:**
    Company Name: **SCOOBEEZ, INC.**
    Company Name: **SCOOBEEZ GLOBAL, INC**
    Company Name: **SCOOBEEZ INC**
    Company Name: **SCOOBEZ GLOBAL INCORPORATED**
    Company Name: **SCOOBEZ INC**

**TIN Variations:**
    Company TIN: **47-1996339**
    Company Name: **SCOOBEEZ INC**
    Company TIN: **00-0006339**
    Company Name: **SCOOBEEZ**

**Parent Company:**
    [None Found]
**Comprehensive Business Report Summary:**
    Industry Information:
        8 Found
    Bankruptcies:
        None Found
    Liens and Judgments:
        5 Found
    Corporation Filings:
        5 Found
    Registered Agents:
        5 Found
    Business Registration:
        3 Found
    UCC Filings for Business:
        10 Found
    Associated Businesses:
        14 Found
    Connected Businesses:
        72 Found
    Business Contacts:
        2 Found

Comprehensive Business Report                                                                                                    1

Comprehensive Business Report

Executives:
  9 Found
Motor Vehicles:
  None Found
Properties:
  1 Found
FAA Aircrafts:
  None Found
Watercrafts:
  None Found
Internet Domain Names Registered to Business:
  2 Found
IRS 5500:
  None Found

**Business
Filings:**

**Industry Information:**
  SIC Code: **1099**
  SIC Description: **Metal Ores, Nec**

  SIC Code: **1499**
  SIC Description: **Miscellaneous Nonmetallic Minerals**

  SIC Code: **4215**
  SIC Description: **Courier Services, Except By Air**

  SIC Code: **4513**
  SIC Description: **Air Courier Services**

  SIC Code: **6211**
  SIC Description: **Security Brokers And Dealers**

  SIC Code: **6719**
  SIC Description: **Holding Companies, Nec**

  SIC Code: **7372**
  SIC Description: **Prepackaged Software**

  SIC Code: **7389**
  SIC Description: **Business Services, Nec**

**Bankruptcies:**
  [None Found]

**Liens & Judgments:**
  Liens Record # 1
  Record Information:
    Original Filing Number: E20190310CV
    Original Filing Date: 03/13/2019
    Status: CIVIL JUDGMENT
    Eviction: NO
    Amount: $326,957

  Filing Activity:
    Filing Number: E20190310CV
    Filing Type: CIVIL JUDGMENT
    Location: STEUBEN COUNTY SUPREME COURT
    County: STEUBEN
    State: NY

  Debtor Information:
    Debtor Name: SHAHAN OHANESSIAN
    Debtor Address: 1328 DOVERWOOD DR, GLENDALE, CA 91207-1147
    Debtor Name: ABT HOLDINGS INC
    Debtor Address: 396 S PASADENA AVE, PASADENA, CA 91105-1839
    Debtor Name: SCOOBEEZ INC
    Debtor Address: 396 S PASADENA AVE, PASADENA, CA 91105-1839

Comprehensive Business Report

Comprehensive Business Report

Creditor Information:
   Creditor Name: **CHROME CAP**
**Liens Record # 2**
   Record Information:
      Original Filing Number: **90139419**
      Original Filing Date: **03/12/2019**
      Status: **CIVIL JUDGMENT**
      Eviction: **NO**
      Amount: **$404,560**

   Filing Activity:
      Filing Number: **90139419**
      Filing Type: **CIVIL JUDGMENT**
      Location: **ALBANY COUNTY SUPREME COURT**
      County: **ALBANY**
      State: **NY**

   Debtor Information:
      Debtor Name: **SHAHAN OHANESSIAN**
      Debtor Address: **1328 DOVERWOOD DR, GLENDALE, CA 91207-1147**
      Debtor Name: **SCOOBEEZ INC**
      Debtor Address: **640 IRVING AVE, GLENDALE, CA 91201-2029**

   Creditor Information:
      Creditor Name: **PALM FUNDING LLC**
**Liens Record # 3**
   Record Information:
      Original Filing Number: **20170501219**
      Original Filing Date: **05/05/2017**
      Status: **FILED IN ERROR-ST TAX LIEN**
      Amount: **$1,395**

   Filing Activity:
      Filing Number: **20170717243**
      Filing Type: **FILED IN ERROR-ST TAX LIEN**
      Location: **LA COUNTY / RECORDER OF DEEDS**
      County: **LOS ANGELES**
      State: **CA**
      Filing Number: **20170501219**
      Filing Type: **STATE TAX LIEN**
      Location: **LA COUNTY / RECORDER OF DEEDS**
      County: **LOS ANGELES**
      State: **CA**

   Debtor Information:
      Debtor Name: **SCOOBEEZ**
      Debtor Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**
      Debtor Name: **SCOOBEEZ**
      SSN/FEIN: **63-39**
      Debtor Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**

   Creditor Information:
      Creditor Name: **STATE OF CALIFORNIA**
      Creditor Name: **STATE OF CALIFORNIA**
**Liens Record # 4**
   Record Information:
      Original Filing Number: **17803501**
      Original Filing Date: **03/16/2017**
      Status: **CIVIL JUDGMENT**
      Eviction: **NO**
      Amount: **$233,845**

   Filing Activity:
      Filing Number: **17803501**
      Filing Type: **CIVIL JUDGMENT**
      Location: **ERIE COUNTY SUPREME COURT**
      County: **ERIE**
      State: **NY**

   Debtor Information:

Comprehensive Business Report

Comprehensive Business Report

Debtor Name: **SCOOBEEZ INC**
Debtor Address: **640 IRVING AVE, GLENDALE, CA 91201-2029**

Creditor Information:
Creditor Name: **QUEEN FUNDING LLC**

**Liens Record # 5**
Record Information:
Original Filing Number: **17803406**
Original Filing Date: **03/13/2017**
Status: **CIVIL JUDGMENT**
Eviction: **NO**
Amount: **$134,847**

Filing Activity:
Filing Number: **17803406**
Filing Type: **CIVIL JUDGMENT**
Location: **ERIE COUNTY SUPREME COURT**
County: **ERIE**
State: **NY**

Debtor Information:
Debtor Name: **SHAHAN OHANESSIAN**
Debtor Address: **1328 DOVERWOOD DR, GLENDALE, CA 91207-1147**
Debtor Name: **SCOOBEEZ INC**
Debtor Address: **640 IRVING AVE, GLENDALE, CA 91201-2029**

Creditor Information:
Creditor Name: **CAP CALL LLC**

**Corporation Filings:**
**Corporation Filings # 1**

**SCOOBEZ INC**
Name Type: **LEGAL**
Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**
Address Type: **MAILING**
Status: **ACTIVE**
Business Type: **CORPORATION-BUSINESS**
Filing Number: **C4203743**
Filing Date: **10/15/2018**
Term: **PERPETUAL**
Type: **ARTICLES OF INCORPORATION**
Registered Agent: **LEGALZOOM.COM, INC.**
Registered Agent Address: **101 N BRAND BLVD FL 11, GLENDALE, CA 91203-2638**
State of Incorporation: **CA**

**Corporation Filings # 2**

**SCOOBEEZ, INC.**
Name Type: **LEGAL**
Status: **ACTIVE**
Filing Number: **0802559044**
Filing Date: **10/07/2016**
Foreign Incorporation Date: **09/23/2014**
Type: **CREATION**
State of Incorporation: **TX**

Annual Report Filings:
Comments: **PUBLIC INFORMATION REPORT (PIR)**
Filed Date: **03/18/2019**

Comments: **PUBLIC INFORMATION REPORT (PIR)**
Filed Date: **12/31/2018**

Comments: **REINSTATEMENT**
Filed Date: **11/21/2018**

Comments: **REINSTATEMENT**
Filed Date: **11/20/2018**

Comprehensive Business Report

Comprehensive Business Report

Comments: **TAX FORFEITURE**
Filed Date: **01/28/2018**

Comments: **TAX FORFEITURE**
Filed Date: **01/26/2018**

**Corporation Filings # 3**

**SCOOBEEZ GLOBAL, INC.**
Name Type: **LEGAL**
Address: **396 S AVE, PASADENA, CA 91105**
Address Type: **MAILING**
Status: **DISSOLVED**
Business Type: **GENERAL BUSINESS**
Filing Number: **C206793**
Filing Date: **08/07/2015**
Registered Agent: **COLUMBIA STOCK TRANSFER CO**
Registered Agent Address: **1869 E SELTICE WAY, POST FALLS, ID 83854-7019**
State of Incorporation: **ID**

**Corporation Filings # 4**

**SCOOBEEZ**
Name Type: **LEGAL**
Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**
Address Type: **MAILING**
Status: **ACTIVE**
Business Type: **CORPORATION-BUSINESS**
Filing Number: **C3713413**
Filing Date: **09/23/2014**
Term: **PERPETUAL**
Type: **ARTICLES OF INCORPORATION**
Registered Agent Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**
State of Incorporation: **CA**

Annual Report Filings:
Comments: **FRANCHISE TAX BOARD REVIVOR**
Filed Date: **08/28/2018**

Comments: **FRANCHISE TAX BOARD SUSPENSION**
Filed Date: **08/01/2018**

Comments: **STATEMENT OF OFFICERS INFORMATION**
Filed Date: **03/31/2018**

**Corporation Filings # 5**

**SCOOBEEZ GLOBAL, INC.**
Name Type: **LEGAL**
Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**
Address Type: **MAILING**
Status: **ACTIVE**
Business Type: **GENERAL BUSINESS**
Filing Number: **C29082**
Filing Date: **02/11/1957**
In Good Standing: **Yes**
Registered Agent: **COLUMBIA STOCK TRANSFER CO**
Registered Agent Address: **1869 E SELTICE WAY, POST FALLS, ID 83854-7019**
State of Incorporation: **ID**

**Registered Agents:**
Company Name: **COLUMBIA STOCK TRANSFER CO**
Address: **1869 E SELTICE WAY, POST FALLS, ID 83854-7019**
Date Last Seen: **10/17/2018**

Company Name: **LEGALZOOM.COM, INC.**

Comprehensive Business Report                                                                 5

Comprehensive Business Report

Address: **101 N BRAND BLVD FL 11, GLENDALE, CA 91203-2638**
Date Last Seen: **04/02/2019**

Company Name: **NATIONAL REGISTERED AGENTS, INC.**
Address: **1999 BRYAN ST STE 900, DALLAS, TX 75201-3140**
Date Last Seen: **03/19/2019**

Name: **GRIGORI SEDRAKYAN**
Title: **REGISTERED AGENT**
Address: **640 IRVING AVE, GLENDALE, CA 91201-2029**
Date Last Seen: **02/07/2017**

Name: **SCOTT A SHEIKH**
Title: **REGISTERED AGENT**
Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**
Date Last Seen: **04/02/2019**

**Business Registration:**
Name: **SCOOBEEZ**
Address: **1814 FLOWER ST, GLENDALE, CA 91201-2025**
Filing Number: **2014068921**
Corporation Code: **Fictitious Name**
Filing Date: **03/14/2014**

Name: **SCOOBEEZ GLOBAL INC**
Address: **640 IRVING AVE, GLENDALE, CA 91201-2029**
Filing Number: **C206793**
Status: **Good Standing**
Corporation Code: **Secretary of State**
Filing Date: **08/07/2015**

Name: **SCOOBEZ INC**
Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**
Filing Number: **C4203743**
Status: **Active**
Corporation Code: **Secretary of State**
Filing Date: **10/15/2018**

**UCC Filings for Business:**
**As Debtor:**

**UCC Filing # 1**

Filing Jurisdiction: **CA**
Filing Number: **197703565720**
Filing Date: **03/22/2019**

Debtor Party(s):
Debtor: ABT HOLDINGS INC
Debtor Address: 225 S LAKE AVE STE 300, PASADENA, CA 91101-3009

Secured Party(s):
Secured: C T CORPORATION SYSTEM, AS REPRESENTATIVE
Secured Address: 330 N BRAND BLVD STE 700, GLENDALE, CA 91203-2336

Collateral(s):
Description: ALL ACCOUNTS RECEIVABLE, RECEIPTS, INSTRUMENTS, CONTRACT RIGHTS AND OTHER RIGHTS TO RECEIVE THE PAYM

Description: ENT OF MONEY, PATENTS, CHATTEL PAPER, LICENSES, LEASES AND GENERAL INTANGIBLES, WHETHER NOW OWNED OR

Description: HEREAFTER ACQUIRED OR ARISING, AND ALL OF DEBTOR'S BOOKS AND RECORDS RELATING TO ANY OF THE FOREGOI

Description: NG.

Filing(s):

**UCC Filing # 2**

Filing Jurisdiction: **CA**
Filing Number: **197698978307**

Comprehensive Business Report

Filing Date: **02/25/2019**

Debtor Party(s):
  Debtor: SHAHAN OHANESSIAN
  Debtor Address: 1328 DOVERWOOD DR, GLENDALE, CA 91207-1147

Secured Party(s):
  Secured: HOP CAPITAL
  Secured Address: 323 SUNNY ISLES BLVD STE 501, SUNNY ISLES BEACH, FL 33160-4675

Collateral(s):
  Description: ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED AND WHEREVER LOCATED, INCLUDING BU NOT LIMITED TO, THE FO

  Description: LLOWING SUBCATEGORIES OF ASSETS: A. ACCOUNTS, INCLUDING BUT NOT LIMITED TO, CREDIT CARD RECEIVABLES;

  Description: B. CHATTE PAPER; C. INVENTORY; D. EQUIPMENT; E. INSTRUMENTS, INCLUDING BUT NOT LIMITED TO, PROMISSO

  Description: RY NOTES; F. INVESTMENT PROPERTY; G. DOCUMENTS; H. DEPOSIT ACCOUNTS; I. LETTER OF CREDITS RIGHTS; J.

  Description: GENERAL INTANGIBLES; K. SUPPORTING OBLIGATIONS; AND L. PROCEEDS AND PRODUCTS OF THE FOREGOING. NOTI

  Description: CE PURSUANT

Filing(s):
  Filing Expiration Date: 02/25/2024

**UCC Filing # 3**

  Filing Jurisdiction: **CA**
  Filing Number: **197697253443**
  Filing Date: **02/14/2019**

  Debtor Party(s):
    Debtor: ABT HOLDINGS INC
    Debtor Address: 396 S PASADENA AVE, PASADENA, CA 91105-1839

  Secured Party(s):
    Secured: GTR SOURCE LLC
    Secured Address: 1006 MONMOUTH AVE, LAKEWOOD, NJ 08701-1923

  Collateral(s):
    Description: ALL ACCOUNTS RECEIVABLE, RECEIPTS, INSTRUMENTS, CONTRACT RIGHTS AND OTHER RIGHTS TO RECEIVE THE PAYM

    Description: ENT OF MONEY, PATENTS, CHATTEL PAPER, LICENSES, LEASES AND GENERAL INTANGIBLES, WHETHER NOW OWNED OR

    Description: HEREAFTER ACQUIRED OR ARISING, AND ALL OF DEBTOR'S BOOKS AND RECORDS RELATING TO ANY OF THE FOREGOI

    Description: NG.

  Filing(s):
    Filing Expiration Date: 02/14/2024

**UCC Filing # 4**

  Filing Jurisdiction: **CA**
  Filing Number: **177616026571**
  Filing Date: **11/10/2017**

  Debtor Party(s):
    Debtor: SHAHAN OHANESSIAN
    Debtor Address: 1328 DOVERWOOD DR, GLENDALE, CA 91207-1147

  Secured Party(s):
    Secured: QUEEN FUNDING LLC
    Secured Address: 2221 NE 164TH ST, NORTH MIAMI BEACH, FL 33160-3703

  Collateral(s):
    Description: ALL ASSETS NOW OWNED, OR HEREAFTER ACQUIRED, INCLUDING WITHOUT LIMITATION: (A ALL ACCOUNTS, INCLUDIN

    Description: G WITHOUT LIMITATION, ALL DEPOSIT ACCOUNTS, ACCOUNTS- RECEIVABLE, AND OTHER RECEIVABLES, CHATTEL PAP

Comprehensive Business Report

Description: ER, DOCUMENTS, EQUIPMENT, GENER INTANGIBLES, INSTRUMENTS, AND INVENTORY, AS THOSE TERMS ARE DEFINED

Description: BY ARTICL 9 OF THE UNIFORM COMMERCIAL CODE (THE "UCC"), NOW OR HEREAFTER OWNED OR ACQUIRED BY MERCHA

Description: NT; AND (B) ALL PROCEEDS, AS THAT TERM IS DEFINED BY ARTICL 9 OF THE UCC ("A" AND "B" COLLECTIVELY,

Description: THE "COLLATE

Filing(s):
Filing Expiration Date: 11/10/2022

**UCC Filing # 5**

Filing Jurisdiction: **CA**
Filing Number: **177569885793**
Filing Date: **02/07/2017**

Debtor Party(s):
Debtor: SHAHAN OHANESSIAN
Debtor Address: DOVERWOOD, GLENDALE, CA 91207

Secured Party(s):
Secured: QUEEN FUNDING LLC
Secured Address: 2221 NE 164TH ST, NORTH MIAMI BEACH, FL 33160-3703

Collateral(s):
Description: ALL ASSETS NOW OWNED, OR HEREAFTER ACQUIRED, INCLUDING WITHOUT LIMITATION: (A ALL ACCOUNTS, INCLUDIN

Description: G WITHOUT LIMITATION, ALL DEPOSIT ACCOUNTS, ACCOUNTS- RECEIVABLE, AND OTHER RECEIVABLES, CHATTEL PAP

Description: ER, DOCUMENTS, EQUIPMENT, GENER INTANGIBLES, INSTRUMENTS, AND INVENTORY, AS THOSE TERMS ARE DEFINED

Description: BY ARTICL 9 OF THE UNIFORM COMMERCIAL CODE (THE "UCC"), NOW OR HEREAFTER OWNED OR ACQUIRED BY MERCHA

Description: NT; AND (B) ALL PROCEEDS, AS THAT TERM IS DEFINED BY ARTICL 9 OF THE UCC ("A" AND "B" COLLECTIVELY,

Description: THE "COLLATE

Filing(s):
Filing Expiration Date: 02/07/2022

**UCC Filing # 6**

Filing Jurisdiction: **ID**
Filing Number: **B201611831112**
Latest Filing Type: **INITIAL FILING**
Filing Date: **10/11/2016**
Filing Agency: **SECRETARY OF STATE/UCC DIVISION**
Filing Agency Address: **700 W JEFFERSON, BOISE, ID 83720**

Debtor Party(s):
Debtor: SCOOBEEZ GLOBAL, INC.
Debtor Address: 396 S PASADENA AVE, PASADENA, CA 91105-1839

Secured Party(s):
Secured: HILLAIR CAPITAL MANAGEMENT LLC
Secured Address: 345 LORTON AVE STE 303, BURLINGAME, CA 94010-4536

Collateral(s):
Description: ALL ASSETS INCLUDING PROCEEDS AND PRODUCTS
Filing Number: B201611831112
Filing Date: 10/11/2016
Filing(s):
Filing: INITIAL FILING
Filing Number: B201611831112
Filing Date: 10/11/2016
Filing Expiration Date: 10/11/2021

**UCC Filing # 7**

Comprehensive Business Report

8

Comprehensive Business Report

Filing Jurisdiction: **CA**
Filing Number: **167550581331**
Filing Date: **10/11/2016**

Debtor Party(s):
Debtor: SCOOBEEZ
Debtor Address: 396 S PASADENA AVE, PASADENA, CA 91105-1839

Secured Party(s):
Secured: HILLAIR CAPITAL MANAGEMENT LLC
Secured Address: 345 LORTON AVE STE 303, BURLINGAME, CA 94010-4136

Filing(s):
Filing Expiration Date: 10/11/2021

**UCC Filing # 8**

Filing Jurisdiction: **CA**
Filing Number: **167546259712**
Filing Date: **09/15/2016**

Debtor Party(s):
Debtor: ABOT MINING CO.
Debtor Address: 225 S LAKE AVE STE 300, PASADENA, CA 91101-3009

Secured Party(s):
Secured: CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
Secured Address: PO BOX 2576, SPRINGFIELD, IL 62708-2576

Collateral(s):
Description: ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED AND WHEREVER LOCATED, INCLUDING BU ALL ASSETS NOW OWNED O

Description: R HEREAFTER ACQUIRED AND WHEREVER LOCATED, INCLUDING BU NOT LIMITED TO, THE FOLLOWING SUBCATEGORIES

Description: OF ASSETS: A. ACCOUNTS, INCLUDING NOT LIMITED TO, THE FOLLOWING SUBCATEGORIES OF ASSETS: A. ACCOUNTS

Description: , INCLUDING BUT NOT LIMITED TO, CREDIT CARD RECEIVABLES; B. CHATTEL PAPER; C. INVENTORY; BUT NOT LIM

Description: ITED TO, CREDIT CARD RECEIVABLES; B. CHATTEL PAPER; C. INVENTORY; EQUIPMENT; E. INSTRUMENTS, INCLUDI

Description: NG BUT NOT L

Filing(s):
Filing Expiration Date: 09/15/2021

**UCC Filing # 9**

Filing Jurisdiction: **CA**
Filing Number: **167527152854**
Filing Date: **05/24/2016**

Debtor Party(s):
Debtor: ABT HOLDINGS, INC.
Debtor Address: 225 S LAKE AVE STE 300, PASADENA, CA 91101-3009

Secured Party(s):
Secured: CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
Secured Address: PO BOX 2576, SPRINGFIELD, IL 62708-2576

Collateral(s):
Description: ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED AND WHEREVER LOCATED, INCLUDING BU NOT LIMITED TO, THE FO

Description: LLOWING SUBCATEGORIES OF ASSETS: A. ACCOUNTS, INCLUDING BUT NOT LIMITED TO, CREDIT CARD RECEIVABLES;

Description: B. CHATTEL PAPER; C. INVENTORY; EQUIPMENT; E. INSTRUMENTS, INCLUDING BUT NOT LIMITED TO, PROMISSORY

Description: NOTES; F. INVESTMENT PROPERTY; G. DOCUMENTS; H. DEPOSIT ACCOUNTS; I. LETTER OF CREDITS RIGHTS; J. G

Description: ENERAL INTANGIBLES; K. SUPPORTING OBLIGATIONS; AND L. PROCEEDS AN PRODUCTS OF THE FOREGOING. NOTICE

Comprehensive Business Report

9

Comprehensive Business Report

Description: PURSUANT TO

Filing(s):
Filing Expiration Date: 05/24/2021

**UCC Filing # 10**

Filing Jurisdiction: **CA**
Filing Number: **157494393217**
Latest Filing Type: **ASSIGNMENT**
Filing Date: **11/10/2015**

Filing(s):
Filing: ASSIGNMENT
Filing Number: 1775726336
Filing Date: 02/24/2017
Filing Expiration Date: 11/10/2020

Debtor Party(s):
Debtor: SCOOBEEZ
Debtor Address: 1814 FLOWER ST, GLENDALE, CA 91201-2025

Secured Party(s):
Secured: PETER ROSENTHAL IRREVOCABLE TRUST, DATED OCTOBER 31, 2012
Secured Address: 3450 N VERDUGO RD, GLENDALE, CA 91208-1500

Collateral(s):
Description: ALL INVENTORY, EQUIPMENT, ACCOUNTS (INCLUDING BUT NOT LIMITED TO ALL ALL INVENTORY, EQUIPMENT, ACCOU

Description: NTS (INCLUDING BUT NOT LIMITED TO ALL HEALTH-CARE-INSURANCE RECEIVABLES), CHATTEL PAPER, INSTRUMENTS

Description: (INCLUDING BUT HEALTH-CARE-INSURANCE RECEIVABLES), CHATTEL PAPER, INSTRUMENTS (INCLUDING BUT NOT LI

Description: MITED TO ALL PROMISSORY NOTES), LETTER-OF-CREDIT RIGHTS, LETTERS OF NOT LIMITED TO ALL PROMISSORY NO

Description: TES), LETTER-OF-CREDIT RIGHTS, LETTERS OF CREDIT, DOCUMENTS, DEPOSIT ACCOUNTS, INVESTMENT PROPERTY,

Description: MONEY, OTHER

Filing Expiration Date: 11/10/2020

**Associated Businesses:**
Name: **ABT HOLDINGS INC**
Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**

Name: **ABT HOLDINGS INC**
Address: **225 S LAKE AVE STE 300, PASADENA, CA 91101-3009**

Name: **ABT MINING CO INC**
Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**

Name: **C T CORPORATION SYSTEM, AS REPRESENTATIVE**
Address: **330 N BRAND BLVD STE 700, GLENDALE, CA 91203-2336**

Name: **CORPORATION SERVICE COMPANY, AS REPRESENTATIVE**
Address: **PO BOX 2576, SPRINGFIELD, IL 62708-2576**

Name: **GTR SOURCE LLC**
Address: **1006 MONMOUTH AVE, LAKEWOOD, NJ 08701-1923**

Name: **HILLAIR CAPITAL MANAGEMENT LLC**
Address: **345 LORTON AVE STE 303, BURLINGAME, CA 94010-4136**

Name: **HOP CAPITAL**
Address: **323 SUNNY ISLES BLVD STE 501, SUNNY ISLES BEACH, FL 33160-4675**

Name: **PALM FUNDING LLC**

Name: **PETER ROSENTHAL IRREVOCABLE TRUST, DATED OCTOBER 31, 2012**

Exhibit 4, Page 31

Comprehensive Business Report

Address: 3450 N VERDUGO RD, GLENDALE, CA 91208-1500

Name: PREMIER BUSINESS BANK
Address: 700 S FLOWER ST STE 2000, LOS ANGELES, CA 90017-4240

Name: QUEEN FUNDING LLC
Address: 2221 NE 164TH ST, NORTH MIAMI BEACH, FL 33160-3703

Name: SCOOBEEZ DELIVERIES INC
Address: 3463 FOOTHILL BLVD, LA CRESCENTA, CA 91214-1856

Name: SCOOBEEZ, INC.
Address: 225 S LAKE AVE STE 300, PASADENA, CA 91101-3009

**Connected Businesses:**
Name: 2K INNOVATIONS CORP
Address: 111 CENTRAL PARK AVE STE J, PINEHURST, NC 28374-8805

Name: ABOT MINING COMPANY
Address: 6500 N MINERAL DR, COEUR D ALENE, ID 83815-9861

Name: ABT HOLDINGS
Address: 396 S PASADENA AVE, PASADENA, CA 91105-1839

Name: ABT MINING CO. INC.
Address: 201 S LAKE AVE STE 703, PASADENA, CA 91101-3074

Name: AIM FOR INDEPENDENCE SUPPORTIVE SERVICES
Address: 24328 VERMONT AVE, HARBOR CITY, CA 90710-2314

Name: AMEGA ENTERTAINMENT INC.
Address: 5511 LAUREL CANYON BLVD STE A, VALLEY VILLAGE, CA 91607-2116

Name: AUTOHAUS COLLISION MOTOR WORKS LLC
Address: 7701 42ND AVE N, MINNEAPOLIS, MN 55427-1228

Name: BLACKSHEEP PRINTING LLC
Address: 2605 PARK CENTRAL BLVD, DECATUR, GA 30035-3907

Name: BUYERS PROTECTION GROUP MGMT
Address: 4300 ALEXANDER DR STE 200, ALPHARETTA, GA 30022-3780

Name: CASCANTE CONTRACTING INC
Address: 3329 BROAD ROCK BLVD, RICHMOND, VA 23224-6017

Name: CLASSICUXURY TRAVEL
Address: 78065 MAIN ST STE 100, LA QUINTA, CA 92253-3409

Name: DILLY DALLY L L C
Address: 2501 FOREST LAKE CT, WAKE FOREST, NC 27587-7910

Name: DIVERSITY SOURCES UNLIMITED
Address: 3046 US HIGHWAY 70 E, CLAYTON, NC 27520-7301

Name: DON MIGUEL´S BAKERY, INC.
Address: 620 BROADWAY ST STE K, KING CITY, CA 93930-3200

Name: EBV EXPLOSIVES ENVIRONMENTAL COM
Address: 11399 16TH CT N, SAINT PETERSBURG, FL 33716-2322

Name: FAB CONSULTANTS
Address: 14760 RESERVOIR RD, FONTANA, CA 92336-0604

Name: FAMILY TREE CARE, L.L.C.
Address: 7584 HICKMAN RD STE 100, WINDSOR HEIGHTS, IA 50324-4621

Name: FOOD IS LIFE CATERING
Address: 1168 CALLE MARIA, SAN MARCOS, CA 92069-2103

Name: FOOD IS LIFE CATERING

Comprehensive Business Report

Comprehensive Business Report

Address: 162 PARKCREEK CT, SAN DIEGO, CA 92114-7738

Name: GARCIAS FINE JEWELRY LLC
Address: 421 VALLEY AVE, BIRMINGHAM, AL 35209-3805

Name: HEATED SOLUTIONS, LLC
Address: 562 BAYWOOD DR N, DUNEDIN, FL 34698-2007

Name: HEFFLER CONTRACTING GROUP
Address: 535 BROADWAY STE 203, EL CAJON, CA 92021-5464

Name: HIVE LIGHTING INC
Address: 1849 N BERENDO ST APT 2, LOS ANGELES, CA 90027-4190

Name: ISCOOTERRENTAL, LLC
Address: 5775 S EASTERN AVE STE 102, LAS VEGAS, NV 89119-3010

Name: J & J GLASS INC
Address: 3910 SPRING MOUNTAIN RD, LAS VEGAS, NV 89102-8615

Name: J & JMINC
Address: 3012 PRIMROSE LN, FULLERTON, CA 92833-4961

Name: JAMES III LLC
Address: 46495 NORTH AVE, MACOMB, MI 48042-5249

Name: JASMINE NETWORKS
Address: 128 CORONA ST, SAN FRANCISCO, CA 94127-2808

Name: JWK MANAGEMENT, INC.
Address: 777 N RAINBOW BLVD STE 250, LAS VEGAS, NV 89107-1187

Name: KW CONTRACTING LLC
Address: 51 ROSEMONT RINGOES RD, RINGOES, NJ 08551-1002

Name: LA SHOOR CORP
Address: 439 S LA PEER DR, BEVERLY HILLS, CA 90211-3503

Name: LAW OFFICE OF JONATHAN BAE
Address: 8283 SATURN PARK DR, SAN RAMON, CA 94582-5149

Name: LOVE OF JUICE
Address: 3012 PRIMROSE LN, FULLERTON, CA 92833-4961

Name: LOVE OF JUICE
Address: 5331 UNIVERSITY DR, IRVINE, CA 92612-2938

Name: MAZZIO´S CORPORATION
Address: 1221 W MAIN ST, PRAGUE, OK 74864

Name: MCFADDEN TRUCKING, INC
Address: 6909 S KING DR, CHICAGO, IL 60637-4613

Name: MCRAE LEARNING CENTER
Address: PO BOX 1266, SELMA, AL 36702-1266

Name: MEXICAN ELROY
Address: 322 VILLAGE WAY, WASHINGTON, UT 84780-1807

Name: NATUZZI AMERICAS, INC
Address: 130 W COMMERCE AVE, HIGH POINT, NC 27260-4906

Name: NGIII INC
Address: 3137 VISTA DE CHAPARROS DR, JAMUL, CA 91935-3318

Name: NORTH ALABAMA MOVING & STORAGE, INC
Address: 1024 PUTMAN DR NW, HUNTSVILLE, AL 35816-2212

Name: OCEAN MIST FARMS
Address: 10855 CARA MIA PKWY STE A, CASTROVILLE, CA 95012-3229

Comprehensive Business Report

Name: PHYSICIAN'S AT HOME VISITING PROGRAM, INC.
Address: 8000 SW 117TH AVE STE 201, MIAMI, FL 33183-4809

Name: PRIME WEB PLACEMENT LLC
Address: 216 AVENIDA FABRICANTE STE 106, SAN CLEMENTE, CA 92672-7559

Name: PUSH DEVELOPMENT CONSULTING INC
Address: 1108 GRECADE ST, GREENSBORO, NC 27408-8729

Name: REAL ESTATE MANAGEMENT AND SERVICES, LLC
Address: 562 E KENSINGTON AVE, SALT LAKE CITY, UT 84105-2042

Name: RED RIVER CANTINA
Address: 14373 METCALF AVE, OVERLAND PARK, KS 66223-2988

Name: ROBBINS NEST OF FLORIDA KEYS, INC
Address: 3990 S ROOSEVELT BLVD, KEY WEST, FL 33040-5204

Name: SCOOBEEZ
Address: 4241 JUTLAND DR, SAN DIEGO, CA 92117-3663

Name: SCOOBEEZ INC
Address: 1111 N CHERRY AVE, CHICAGO, IL 60642-4204

Name: SCOOBEEZ INC
Address: 1410 S CALLAGHAN RD, SAN ANTONIO, TX 78227-2204

Name: SCOOBEEZ INC
Address: 1999 BRYAN ST STE 900, DALLAS, TX 75201-3140

Name: SCOOBEEZ INC
Address: 2313 SPRINGLAKE RD, DALLAS, TX 75234-5849

Name: SCOOBEEZ INC
Address: 2801 S WESTERN AVE, CHICAGO, IL 60608-5220

Name: SCOOBEEZ INC
Address: 309 S PASADENA AVE, PASADENA, CA 91105

Name: SCOOBEEZ INC
Address: 3601 NE LOOP 820, FORT WORTH, TX 76137-2466

Name: SCOOBEEZ INC
Address: 4118 MCCULLOUGH AVE, SAN ANTONIO, TX 78212-1979

Name: SCOOBEEZ INC
Address: 4500 WESTERN AVE, LISLE, IL 60532-1542

Name: SCOOBEEZ INC
Address: 4601 GOLD SPIKE DR, FORT WORTH, TX 76106-1998

Name: SCOOBEEZ INC
Address: 4616 W HOWARD LN BLDG 6, AUSTIN, TX 78728-6300

Name: SCOOBEEZ INC
Address: 8290 AUSTIN AVE, MORTON GROVE, IL 60053-3207

Name: SCOOBEEZ INC
Address: 939 W NORTH AVE STE 750, CHICAGO, IL 60642-7142

Name: SCOOBEEZ, INC.
Address: 225 S LAKE AVE STE 300, PASADENA, CA 91101-3009

Name: SHELTON'S ELECTRIC INC
Address: 5460 PARRISH RD, LOUISA, VA 23093-2510

Name: SLEEPING TIGER IMPORTS
Address: 4162 LAKE MICHIGAN DR NW, GRAND RAPIDS, MI 49534

Comprehensive Business Report

Comprehensive Business Report

Name: **SPORTS BASE EVENTS**
Address: **563 S 1150 E, HEBER CITY, UT 84032-3908**

Name: **TAPS II UNLIMITED, INC.**
Address: **3726 SUN VALLEY DR, HOUSTON, TX 77025-4150**

Name: **UNCLE LUCKS SHOP**
Address: **127 HONEYSUCKLE HILLS RD, OZARK, AL 36360-8722**

Name: **WESTERN WEB PRINTING, INC.**
Address: **112 N CURRY ST, CARSON CITY, NV 89703-4934**

Name: **WILMINGTON CHILD CARE & LEARNING CENTER**
Address: **1600 ALEX DR, WILMINGTON, OH 45177-1981**

Name: **XTREME HEATING COOLING REFRIGERA**
Address: **91 OLD HWY 25 W, COLUMBIANA, AL 35051**

Name: **YAGT, LLC**
Address: **2468 HILTON HEAD PL UNIT 2087, EL CAJON, CA 92019-4588**

**Associated People:**

**Business Contacts:**
  **Current Individuals:**
    [None Found]

  **Prior Individuals:**
    Name: **LLC SCOOBUR**
    Contact Title - **CONTACT**
    Address: **1814 FLOWER ST, GLENDALE, CA 91201-2025**
    Date Last Seen: **03/14/2014**

    Name: **SCOTT A SHEIKH**
    Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**

**Executives:**
  **Current Executives:**
    Name: **SONYA FIROZ**
    Contact Title - **DIRECTOR**
    Date Last Seen: **09/15/2018**

    Name: **SHAHAN OHANESSIAN**
    Contact Title - **PRESIDENT**
    Date Last Seen: **09/15/2018**

    Name: **SHOUSHANA OHANESSIAN**
    Contact Title - **DIRECTOR**
    Date Last Seen: **09/15/2018**

  **Prior Executives:**
    Name: **ART BENJAMIN**
    Contact Title - **OWNER**

    Name: **IMRAN FIROZ**
    Contact Title - **DIRECTOR**
    Date Last Seen: **02/13/2017**

    Name: **FIROZ IMRAN**
    Contact Title - **CHIEF FINANCIAL OFFICER**

    Name: **ARTIN OHANESSIAN**
    Contact Title - **DIRECTOR**
    Date Last Seen: **02/13/2017**

    Name: **GRIGORI SEDRAKYAN**
    Contact Title - **PRESIDENT**
    Date Last Seen: **06/08/2015**

Comprehensive Business Report

14

## Comprehensive Business Report

Name: GEORGE VOSKANIAN
Contact Title - **CHIEF FINANCIAL OFFICER**

**Assets:**

**Motor Vehicles:**
[None Found]

**Properties:**

**Property Record # 1**

Owner Name : **SCOOBEZ GLOBAL INCORPORATED**
Owner Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**
Property Address: **396 S PASADENA AVE, PASADENA, CA 91105-1839**

Sales Information:

Tax and Assessment Information:
Land Usage: **PERSONAL PROPERTY-FIXTURES**
Assessed Value: **$33,003**

Property Characteristics:

**FAA Aircrafts:**
**Current Aircraft(s):**
[None Found]

**Prior Aircraft(s):**
[None Found]

**Watercrafts:**
**Current Watercrafts:**
[None Found]

**Prior Watercrafts:**
[None Found]

**Internet Domain Names Registered to Business:** (Click name to go to Web site associated with that name)
ABTHOLDINGS.COM
SCOOBEEZ.COM

**IRS 5500:**    [None Found]

Comprehensive Business Report                                                                                                    15



reCAPTCHA
Privacy · Terms

SUBMIT

## Don't miss out! Stay updated by subscribing to our newsletter.

Enter your email address          SUBSCRIBE

Copyright © 2019 Hold Serve, Inc. All Rights Reserved

Terms of Service | Privacy Policy

# EXHIBIT 5



# Decentralizing Logistics Services on the Blockchain

Everything to Everyone, Everyone to Everything

REQUEST A DEMO          WHITE PAPER

# Serve Core



- Open source

- Fully immutable & decentralized

- Complete APIs, SDKs and SaaS technologies

- Global Access

- Smart Contracts - Transaction Data - Reputation - Accountability - Incentives

## Current State of Logistics

**Sample Transaction:**






**$8.20**           **$11.40**           **$4.50**           **$24.10**

The end result is the user paying **$24.10** for an **$11** pizza. Of this, the Pizza Place only receives **$8.20** because existing platforms charge up to 40% in fees.

## Future Powered by Serve







**$11.00**    **$4.50**    **$15.50**

Creating efficient markets while maximizing performance



## Challenges in the Industry Today

- High platform fees up to 40%

- Very difficult for small vendors to compete against large players

- High cost barriers to entry

- No clear reputation and accountability systems

- Lack of quality control

- Limited service areas

## Serve's Global Solutions

- Transaction Fees will be as low as 0.00%

- Up to 100% of the services will go to the service providers

- Up to 100% of the listing price will go to the merchant
- Serve provides Enterprise technology to every level in the chain
- Add Decentralization, Transparency, Reputation and Accountability to the market



# HOW BLOCKCHAIN CAN SOLVE THESE PROBLEMS



- Provide full transparency into the entire supply chain & order process
- Creates trust between service providers and customers through transparency
- Accountability Supported by the Community
- Incentivize good behavior while disincentivizing bad behavior
- Marketplace and Vendor Verification & Staking
- Establishing a global economy and giving access to people who had none

# PLATFORM ECONOMICS

Exhibit 5, Page 42





OUR ROADMAP

FOUNDERS

Meet our leadership team

TEAM



Shahan Ohanessian

CEO



George Voskanian

CFO



Roman Tsarovsky

CTO



Scott Sheikh

CLO



Suzy Ohanessian

PRESIDENT



Ycaza Thrush

CVO

# ADVISORS

Some of our amazing advisors





Bill Shihara

CEO of Bittrex

Liam Robertson

CEO of Alphabit Fund



Phu Styles

Global Strategy Blockchain Expert





Michael K. Kalman

Global Marketing & Advertising

Margaux Avedisian

Marketing & PR Blockchain Expert

SERVE
## PROFESSIONALS







# INITIAL USE CASES

    

**Last Mile Logistics**
(Food Deliveries, Product Deliveries & Others)

**Transportation**
(Rideshare)

**Logistics**
(Trucking & Shipping & Air)

**E-Commerce**
(Transaction & Delivery)



Limo Service
Car Rental

Influencer
Touring Industry

Events (Service Providers)
Freelancer Market

Home Improvement
Others

# CONTACT US TO SEE THE FUTURE

Any question? Reach out to us and we'll get back to you shortly.

 info@serve.io         serve.io        📞 866-40-SERVE

Your Name

Your Email

Your Message