| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ashley M. McDow (SBN 245114)<br>Foley & Lardner LLP<br>555 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br>Telephone: 213-972-4615<br>Email: amcdow@foley.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SCOOBEEZ, et al., | CASE NO.: 2:19-bk-14989-WB<br>(Jointly Administered with Case Nos. 2:19-bk-14991-WB; 2:19-bk-14997-WB)<br>CHAPTER: 11 |
|---|---|
| Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur, LLC, ONLY<br><br>Debtor(s) | **SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/15/2019                                         _____/s/_____
                                                          Debtor 1 Signature

                                                          _____
                                                          Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                                    Page 1                            **F 1007-1.1.AMENDED.SUMMARY**

```
Scoobeez
3463 Foothill Blvd.
Glendale, CA 91214


Ashley M. McDow
Foley & Lardner LLP
555 S. Flower Street
Suite 3300
Los Angeles, CA 90071-2411


Accurate Background
7515 Irvine Center Drive
Irvine, CA 92618


ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco, CA 94133


Amazon
1516 Second Avenue
Seattle, WA 98101


Amazon Logistics, Inc.
Attn: General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210


Amazon Web Services Inc.
440 Terry Ave N
Seattle, WA 98109
```

```
App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004


Arturo Vega and Unta Key
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego, CA 92101


Asana
1550 Bryant Street, Suite 800
San Francisco, CA 94103


AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017


Athens Services
14048 E. Valley Blvd.
La Puente, CA 91746


Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719


Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403


Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park, IL 60707
```

```
BMW Financial Services NA, LLC
Bankruptcy Servicer
AIS Portfolio Servcies, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118


Booster Fuels
11 N. Ellsworth Avenue
San Mateo, CA 94403


California Franchise Tax Board
Franchise Tax Board Bankr. Section
PO Box 2952, MS:A-340
Sacramento, CA 95812-2952


City of Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206


Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708


Corporation Service Company,
as Representative
801 Adlai Stevenson Drive
Springfield, IL 62703


Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta, CA 91214


CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203
```

```
De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale, CA 91203


Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero, FL 33928


DSP Online Order
5825 Southwest Arctic Drive
Beaverton, OR 97005


Edvin Amzayan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Edvin Yegiyan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Emil Davtyan
Davtyan Professional Law Corp.
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367


Enterprise Holdings, Inc.
600 Corporate Park Drive
Saint Louis, MO 63105


Fed Ex
942 South Shady Grove Road
Memphis, TN 38120
```

```
First Advantage
1 Concourse Parkway NE
Suite 200
Atlanta, GA 30328


First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917


Fleetwash Inc.
26 Law Drive
Fairfield, NJ 07004


Garo and Aroussiak Dekirmendjian
c/o Bulldog Commercial Real Estate
Attn: John Raudsep, President
3634 Woodcliff
Sherman Oaks, CA 91403


Global Results Communications
201 East Sandpointe Avenue
Suite 650
Santa Ana, CA 92707


Google/G Suite Software
1600 Amphitheatre Parkway
Mountain View, CA 94043


Graham S.P. Hollis
Graham Hollis APC
3555 Fifth Avenue, Suite 200
San Diego, CA 92103


GTR Source LLC
1006 Monmouth Ave
Lakewood, NJ 08701
```

```
Halo Branded Solutions
1500 Halo Way
Sterling, IL 61081


Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010


Hop Capital
323 Sunny Isles Blvd., Suite 501
Sunny Isles Beach, FL 33160


Imran Firoz
c/o Brent Finch
Brent Finch Law
27200 Agoura Rd., Ste. 102
Agoura Hills, CA 91301


Indeed, Inc.
6433 Champion Grandview Way
Building 1
Austin, TX 78750


Influx Capital LLC
1049 Helen Avenue
Santa Clara, CA 95051


Internal Revenue Service
Centalized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jacob Lee DeGough
c/o Glenn Law Firm
1017 William D. Tate Ave.
Suite 100
Grapevine, TX 76051
```

```
Jassim M. Addal
c/o Law Office of Arash Alizadeh
7545 Irvine Center Drive
Suite 200
Irvine, CA 92618


Kirk Davis
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


Liquid Web Inc.
2703 Ena Drive
Lansing, MI 48917


LiveAgent
c/o Quality Unit, LLC
616 Corporate Way, Suite 2-3278
Valley Cottage, NY 10989


Lockton Companies, LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017


Mail Chimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Ave. NE
Suite 5000
Atlanta, GA 30308


Maria Salgado
c/o Nicholas J. Tsakas, Esq.
4267 Marina City Drive
Suite 512
Marina Del Rey, CA 90292


Marwan Griffin
c/o Aegis Law Firm, PC
9811 Irvine Center Drive
Suite 100
Irvine, CA 92618
```

Massinissa Bechout, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Minas Sarafian
c/o Simonian & Simonian, PLC
144 N. Glendale Ave., #228
Glendale, CA 91206


Mostafa Joharifard
1651 E. Edinger Ave.
Suite 100
Santa Ana, CA 92705


NexGen Capital, LLC
c/o David Neale
Levene Neale Bender
10250 Constellation Blvd., #1700
Los Angeles, CA 90067


Office of the Director
Department of Motor Vehicles
2415 1st Avenue, MS: F101
Sacramento, CA 95818-2606


Parkway Commercial Realty
Attn: Laurence & Patricia Cesander
2485 E. Southlake Blvd.
Southlake, TX 76092


Peter Rosenthal Irrevocable Trust
dated 10/31/2012
3450 N. Verdugo Rd.
Glendale, CA 91208


Pex Cards
462 7th Avenue
21st Floor
New York, NY 10018

Premier Business Bank
700 S. Flower Street, #2000
Los Angeles, CA 90017


Prince Uko, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Queen Funding LLC
2221 NE 164 ST
North Miami Beach, FL 33160


Quickbooks
c/o Intuit Inc.
2700 Coast Avenue
Mountain View, CA 94043


Raef Lawson
8601 Lincoln Blvd.
Ste. 180-276
Los Angeles, CA 90045


Rafael Nendel - Flores
c/o LeClairRyan
725 S. Figueroa Street
Suite 350
Los Angeles, CA 90017


Ready Refresh
4400 S. Kolmar Ave.
Chicago, IL 60632


Ready Refresh (Foothill Location)
4400 S. Kolmar Ave.
Chicago, IL 60632

```
Ring Central
20 Davis Drive
Belmont, CA 94002


Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd.
Suite 800
Los Angeles, CA 90017


Salvador Rivas
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


Scoobeez Global, Inc.
3463 Foothill Blvd.
Glendale, CA 91214


Scoobeez SD, LLC
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


Scoobur LLC
3463 Foothill Blvd.
Glendale, CA 91214


Sean McNair
c/o Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212


Shane R. Heskin
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
```

```
Southern California Gas Company
PO Box 1626
Monterey Park, CA 91754-8626


Spectrum Business
c/o Charter Communications
PO Box 790261
Saint Louis, MO 63179


Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin, TX 78701


Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017


SuperVision
PO Box 21636
Saint Paul, MN 55121


Swizznet
6075 California Avenue SW
Seattle, WA 98136


T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124


TACAL Properties LLC
c/o Peloton Commercial Real Estate
PO Box 15039
San Antonio, TX 78212
```

```
Texas Department of Insurance
Dividion of Workers' Compensation
7551 Metro Center Drive, Suite 100
Austin, TX 78744


The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 06096


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


US Securities and Exchange Commissi
Attn: Bankruptcy Counsel
444 S. Flower St., Suite 900
Los Angeles, CA 90071-9591


USPS
475 Lenfant Plaza SW
Washington, DC 20260


Verizon
PO Box 489
Newark, NJ 07101-0489


WG Fund LLC
1734 8th Avenue
Suite PH
Brooklyn, NY 11215
```

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDE MASTER MAILING LIST**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/15/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Alvin Mar    alvin.mar@usdoj.gov
Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com
Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 05/15/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/15/2019 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

3243-5351.1

**2. SERVED BY UNITED STATES MAIL**:

~~Scoobeez~~
~~3463 Foothill Blvd.~~
~~Glendale,CA 91214~~

~~Ashley M. McDow~~
~~Foley & Lardner LLP~~
~~555 S. Flower Street~~
~~Suite 3300~~
~~Los Angeles, CA 90071-2411~~

Accurate Background
7515 Irvine Center Drive
Irvine,CA 92618

ADT Security Services
PO Box 371878
Pittsburgh,PA 15250-7878

Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco,CA 94133

Amazon
1516 Second Avenue
Seattle,WA 98101

Amazon Web Services Inc.
440 Terry Ave N
Seattle,WA 98109

App Group International, LLC
85 Broad Street, 17th Floor
New York,NY 10004

Arturo Vega and Unta Key
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego,CA 92101

Asana
1550 Bryant Street, Suite 800
San Francisco,CA 94103

AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles,CA 90017

Athens Services
14048 E. Valley Blvd.
La Puente,CA 91746

Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman,MT 59719

Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks,CA 91403

Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park,IL 60707

BMW Financial Services NA, LLC
Bankruptcy Servicer
AIS Portfolio Servcies, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City,OK 73118

Booster Fuels
11 N. Ellsworth Avenue
San Mateo,CA 94403

California Franchise Tax Board
Franchise Tax Board Bankr. Section
PO Box 2952, MS:A-340
Sacramento,CA 95812-2952

City of Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale,CA 91206

Corporation Service Company
as Representative
PO Box 2576
Springfield,IL 62708

Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta,CA 91214

CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale,CA 91203

De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale,CA 91203

DSP Online Order
5825 Southwest Arctic Drive
Beaverton,OR 97005

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

8243-5351.1

| | | |
|---|---|---|
| Edvin Amzayan, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco,CA 94102 | Edvin Yegiyan, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco,CA 94102 | Enterprise Holdings, Inc.<br>600 Corporate Park Drive<br>Saint Louis,MO 63105 |
| Fed Ex<br>942 South Shady Grove Road<br>Memphis,TN 38120 | First Advantage<br>1 Concourse Parkway NE<br>Suite 200<br>Atlanta,GA 30328 | First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook,IL 60062-7917 |
| Fleetwash Inc.<br>26 Law Drive<br>Fairfield,NJ 7004 | Global Results Communications<br>201 East Sandpointe Avenue<br>Suite 650<br>Santa Ana,CA 92707 | Google/G Suite Software<br>1600 Amphitheatre Parkway<br>Mountain View,CA 94043 |
| GTR Source LLC<br>1006 Monmouth Ave<br>Lakewood,NJ 8701 | Halo Branded Solutions<br>1500 Halo Way<br>Sterling,IL 61081 | Hillair Capital Management LLC<br>330 Primrose Road<br>Suite 660<br>Burlingame,CA 94010 |
| Hop Capital<br>323 Sunny Isles Blvd., Suite 501<br>Sunny Isles Beach,FL 33160 | Imran Firoz<br>c/o Brent Finch<br>Brent Finch Law<br>27200 Agoura Rd., Ste. 102<br>Agoura Hills,CA 91301 | Indeed, Inc.<br>6433 Champion Grandview Way<br>Building 1<br>Austin,TX 78750 |
| Influx Capital LLC<br>1049 Helen Avenue<br>Santa Clara,CA 95051 | Internal Revenue Service<br>Centalized Insolvency Operation<br>PO Box 7346<br>Philadelphia,PA 19101-7346 | Jacob Lee DeGough<br>c/o Glenn Law Firm<br>1017 William D. Tate Ave.<br>Suite 100<br>Grapevine,TX 76051 |
| Jassim M. Addal<br>c/o Law Office of Arash Alizadeh<br>7545 Irvine Center Drive<br>Suite 200<br>Irvine,CA 92618 | Liquid Web Inc.<br>2703 Ena Drive<br>Lansing,MI 48917 | LiveAgent<br>c/o Quality Unit, LLC<br>616 Corporate Way, Suite 2-3278<br>Valley Cottage,NY 10989 |
| Lockton Companies, LLC<br>Attn: Nate Mundy, COO<br>Lockton Insurance Brokres, LLC<br>725 S. Figueroa, 35th Floor<br>Los Angeles,CA 90017 | Mail Chimp<br>c/o The Rocket Science Group, LLC<br>675 Ponce de Leon Ave. NE<br>Suite 5000<br>Atlanta,GA 30308 | Maria Salgado<br>c/o Nicholas J. Tsakas, Esq.<br>4267 Marina City Drive<br>Suite 512<br>Marina Del Rey,CA 90292 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**

3243-5351.1

| | | |
|---|---|---|
| Marwan Griffin<br>c/o Aegis Law Firm, PC<br>9811 Irvine Center Drive<br>Suite 100<br>Irvine,CA 92618 | Massinissa Bechout, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco,CA 94102 | Minas Sarafian<br>c/o Simonian & Simonian, PLC<br>144 N. Glendale Ave., #228<br>Glendale,CA 91206 |
| Mostafa Joharifard<br>1651 E. Edinger Ave.<br>Suite 100<br>Santa Ana,CA 92705 | NexGen Capital, LLC<br>c/o David Neale<br>Levene Neale Bender<br>10250 Constellation Blvd., #1700<br>Los Angeles,CA 90067 | Office of the Director<br>Department of Motor Vehicles<br>2415 1st Avenue, MS: F101<br>Sacramento,CA 95818-2606 |
| Peter Rosenthal Irrevocable Trust<br>dated 10/31/2012<br>3450 N. Verdugo Rd.<br>Glendale,CA 91208 | Pex Cards<br>462 7th Avenue<br>21st Floor<br>New York,NY 10018 | Premier Business Bank<br>700 S. Flower Street, #2000<br>Los Angeles,CA 90017 |
| Prince Uko, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco,CA 94102 | Queen Funding LLC<br>2221 NE 164 ST<br>North Miami Beach,FL 33160 | Quickbooks<br>c/o Intuit Inc.<br>2700 Coast Avenue<br>Mountain View,CA 94043 |
| Raef Lawson<br>8601 Lincoln Blvd.<br>Ste. 180-276<br>Los Angeles,CA 90045 | Rafael Nendel - Flores<br>c/o LeClairRyan<br>725 S. Figueroa Street<br>Suite 350<br>Los Angeles,CA 90017 | Ready Refresh<br>4400 S. Kolmar Ave.<br>Chicago,IL 60632 |
| Ready Refresh (Foothill Location)<br>4400 S. Kolmar Ave.<br>Chicago,IL 60632 | Ring Central<br>20 Davis Drive<br>Belmont,CA 94002 | Roy Castelanos<br>c/o Employees' Legal Advocates, LLP<br>811 Wilshire Blvd.<br>Suite 800<br>Los Angeles,CA 90017 |
| Sean McNair<br>c/o Hamed Yazdanpanah & Associates<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills,CA 90212 | Southern California Gas Company<br>PO Box 1626<br>Monterey Park,CA 91754-8626 | Spectrum Business<br>c/o Charter Communications<br>PO Box 790261<br>Saint Louis,MO 63179 |
| Steve & Millessa Oberhauser<br>c/o Sanders Bajwa LLP<br>919 Congress Ave., Suite 750<br>Austin,TX 78701 | SuperVision<br>PO Box 21636<br>Saint Paul,MN 55121 | Swizznet<br>6075 California Avenue SW<br>Seattle,WA 98136 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE
3243-5351.1

| | | |
|---|---|---|
| T-Mobile/T-Mobile USA Inc.<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City,OK 73124 | Texas Department of Insurance<br>Division of Workers' Compensation<br>7551 Metro Center Drive, Suite 100<br>Austin,TX 78744 | The Hertz Corporation<br>Attn: Casey Rodriguez, Division VP<br>2 Schoephoester Road<br>Windsor Locks,CT 6096 |
| UPS<br>55 Glenlake Parkway NE<br>Atlanta,GA 30328 | US Securities and Exchange Commissi<br>Attn: Bankruptcy Counsel<br>444 S. Flower St., Suite 900<br>Los Angeles,CA 90071-9591 | USPS<br>475 Lenfant Plaza SW<br>Washington,DC 20260 |
| Verizon<br>PO Box 489<br>Newark,NJ 07101-0489 | WG Fund LLC<br>1734 8th Avenue<br>Suite PH<br>Brooklyn,NY 11215 | Amazon Logistics, Inc.<br>Attn: General Counsel<br>410 Terry Avenue North<br>Seattle,WA 98109-5210 |
| Deputy General Counsel<br>The Hertz Corporation<br>8501 Williams Rd., 2DO40<br>Estero,FL 33928 | Kirk Davis<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego,CA 92101 | Salvador Rivas<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego,CA 92101 |
| Scoobeez SD, LLC<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego,CA 92101 | Shane R. Heskin<br>White and Williams LLP<br>1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia,PA 19103-7395 | Emil Davtyan<br>Davtyan Professional Law Corp.<br>21900 Burbank Blvd., Suite 300<br>Woodland Hills,CA 91367 |
| Steven M. Spector<br>BUCHALTER, A Professional Corporati<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles,CA 90017 | Graham S.P. Hollis<br>Graham Hollis APC<br>3555 Fifth Avenue, Suite 200<br>San Diego,CA 92103 | Corporation Service Company,<br>as Representative<br>801 Adlai Stevenson Drive<br>Springfield,IL 62703 |
| Garo and Aroussiak Dekirmendjian<br>c/o Bulldog Commercial Real Estate<br>Attn: John Raudsep, President<br>3634 Woodcliff<br>Sherman Oaks,CA 91403 | Parkway Commercial Realty<br>Attn: Laurence & Patricia Cesander<br>2485 E. Southlake Blvd.<br>Southlake,TX 76092 | TACAL Properties LLC<br>c/o Peloton Commercial Real Estate<br>PO Box 15039<br>San Antonio,TX 78212 |
| ~~Scoobeez Global, Inc.~~<br>~~3463 Foothill Blvd.~~<br>~~Glendale,CA 91214~~ | ~~Scoobur LLC~~<br>~~3463 Foothill Blvd.~~<br>~~Glendale,CA 91214~~ | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

3243-5351.1