| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ashley M. McDow (245114)<br>FOLEY & LARDNER LLP<br>555 S. Flower St., 33rd Floor<br>Los Angeles, CA 90071<br>Telephone: 213.972.4500<br>Facsimile: 213.486.0065<br>Email: amcdow@foley.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* [Proposed] Attorney for Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  Los Angeles Division**

| In re:<br>Scoobeez,<br><br>Debtor(s)<br>--------------------------------------------------------------<br>In re:<br>Scoobeez Global, Inc.,<br>Scoobur, LLC,<br><br><br>Debtor(s)<br>_____<br><br>☒ Affects All Debtors<br>☐ Affects  Scoobeez, ONLY<br>☐ Affects  Scoobeez Global, Inc., ONLY<br>☐ Affects  Scoobur, LLC, ONLY<br>☐ Affects<br>☐ See attached for additional Debtors<br><br>Debtor(s) | LEAD CASE NO.: 2:19-bk-14989-WB<br>CHAPTER:  11<br>JOINTLY ADMINISTERED WITH:<br>CASE NO.:  2:19-bk-14991-WB<br>CASE NO.:  2:19-bk-14997-WB<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers<br><br>**NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES:  An order was entered on (*date*) 05/13/2019    granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                                           Page 1                           F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:


Date: 05/15/2019                                             By: /s/ Ashley M. McDow
                                                                         Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                    Page 2                    F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/15/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Alvin Mar    alvin.mar@usdoj.gov
Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;Ffarivar@foley.com;swilson@foley.com
Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 05/15/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/15/2019 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. SERVED BY UNITED STATES MAIL**:

~~Scoobeez~~
~~3463 Foothill Blvd.~~
~~Glendale,CA 91214~~

~~Ashley M. McDow~~
~~Foley & Lardner LLP~~
~~555 S. Flower Street~~
~~Suite 3300~~
~~Los Angeles, CA 90071-2411~~

Accurate Background
7515 Irvine Center Drive
Irvine,CA 92618

ADT Security Services
PO Box 371878
Pittsburgh,PA 15250-7878

Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco,CA 94133

Amazon
1516 Second Avenue
Seattle,WA 98101

Amazon Web Services Inc.
440 Terry Ave N
Seattle,WA 98109

App Group International, LLC
85 Broad Street, 17th Floor
New York,NY 10004

Arturo Vega and Unta Key
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego,CA 92101

Asana
1550 Bryant Street, Suite 800
San Francisco,CA 94103

AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles,CA 90017

Athens Services
14048 E. Valley Blvd.
La Puente,CA 91746

Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman,MT 59719

Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks,CA 91403

Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park,IL 60707

BMW Financial Services NA, LLC
Bankruptcy Servicer
AIS Portfolio Servcies, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City,OK 73118

Booster Fuels
11 N. Ellsworth Avenue
San Mateo,CA 94403

California Franchise Tax Board
Franchise Tax Board Bankr. Section
PO Box 2952, MS:A-340
Sacramento,CA 95812-2952

City of Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale,CA 91206

Corporation Service Company
as Representative
PO Box 2576
Springfield,IL 62708

Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta,CA 91214

CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale,CA 91203

De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale,CA 91203

DSP Online Order
5825 Southwest Arctic Drive
Beaverton,OR 97005

Edvin Amzayan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco,CA 94102

Edvin Yegiyan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco,CA 94102

Enterprise Holdings, Inc.
600 Corporate Park Drive
Saint Louis,MO 63105

Fed Ex
942 South Shady Grove Road
Memphis,TN 38120

First Advantage
1 Concourse Parkway NE
Suite 200
Atlanta,GA 30328

First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook,IL 60062-7917

| | | |
|---|---|---|
| Fleetwash Inc.<br>26 Law Drive<br>Fairfield,NJ 7004 | Global Results Communications<br>201 East Sandpointe Avenue<br>Suite 650<br>Santa Ana,CA 92707 | Google/G Suite Software<br>1600 Amphitheatre Parkway<br>Mountain View,CA 94043 |
| GTR Source LLC<br>1006 Monmouth Ave<br>Lakewood,NJ 8701 | Halo Branded Solutions<br>1500 Halo Way<br>Sterling,IL 61081 | Hillair Capital Management LLC<br>330 Primrose Road<br>Suite 660<br>Burlingame,CA 94010 |
| Hop Capital<br>323 Sunny Isles Blvd., Suite 501<br>Sunny Isles Beach,FL 33160 | Imran Firoz<br>c/o Brent Finch<br>Brent Finch Law<br>27200 Agoura Rd., Ste. 102<br>Agoura Hills,CA 91301 | Indeed, Inc.<br>6433 Champion Grandview Way<br>Building 1<br>Austin,TX 78750 |
| Influx Capital LLC<br>1049 Helen Avenue<br>Santa Clara,CA 95051 | Internal Revenue Service<br>Centalized Insolvency Operation<br>PO Box 7346<br>Philadelphia,PA 19101-7346 | Jacob Lee DeGough<br>c/o Glenn Law Firm<br>1017 William D. Tate Ave.<br>Suite 100<br>Grapevine,TX 76051 |
| Jassim M. Addal<br>c/o Law Office of Arash Alizadeh<br>7545 Irvine Center Drive<br>Suite 200<br>Irvine,CA 92618 | Liquid Web Inc.<br>2703 Ena Drive<br>Lansing,MI 48917 | LiveAgent<br>c/o Quality Unit, LLC<br>616 Corporate Way, Suite 2-3278<br>Valley Cottage,NY 10989 |
| Lockton Companies, LLC<br>Attn: Nate Mundy, COO<br>Lockton Insurance Brokres, LLC<br>725 S. Figueroa, 35th Floor<br>Los Angeles,CA 90017 | Mail Chimp<br>c/o The Rocket Science Group, LLC<br>675 Ponce de Leon Ave. NE<br>Suite 5000<br>Atlanta,GA 30308 | Maria Salgado<br>c/o Nicholas J. Tsakas, Esq.<br>4267 Marina City Drive<br>Suite 512<br>Marina Del Rey,CA 90292 |
| Marwan Griffin<br>c/o Aegis Law Firm, PC<br>9811 Irvine Center Drive<br>Suite 100<br>Irvine,CA 92618 | Massinissa Bechout, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco,CA 94102 | Minas Sarafian<br>c/o Simonian & Simonian, PLC<br>144 N. Glendale Ave., #228<br>Glendale,CA 91206 |
| Mostafa Joharifard<br>1651 E. Edinger Ave.<br>Suite 100<br>Santa Ana,CA 92705 | NexGen Capital, LLC<br>c/o David Neale<br>Levene Neale Bender<br>10250 Constellation Blvd., #1700<br>Los Angeles,CA 90067 | Office of the Director<br>Department of Motor Vehicles<br>2415 1st Avenue, MS: F101<br>Sacramento,CA 95818-2606 |
| Peter Rosenthal Irrevocable Trust<br>dated 10/31/2012<br>3450 N. Verdugo Rd.<br>Glendale,CA 91208 | Pex Cards<br>462 7th Avenue<br>21st Floor<br>New York,NY 10018 | Premier Business Bank<br>700 S. Flower Street, #2000<br>Los Angeles,CA 90017 |
| Prince Uko, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco,CA 94102 | Queen Funding LLC<br>2221 NE 164 ST<br>North Miami Beach,FL 33160 | Quickbooks<br>c/o Intuit Inc.<br>2700 Coast Avenue<br>Mountain View,CA 94043 |

Raef Lawson
8601 Lincoln Blvd.
Ste. 180-276
Los Angeles,CA 90045

Rafael Nendel - Flores
c/o LeClairRyan
725 S. Figueroa Street
Suite 350
Los Angeles,CA 90017

Ready Refresh
4400 S. Kolmar Ave.
Chicago,IL 60632

Ready Refresh (Foothill Location)
4400 S. Kolmar Ave.
Chicago,IL 60632

Ring Central
20 Davis Drive
Belmont,CA 94002

Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd.
Suite 800
Los Angeles,CA 90017

Sean McNair
c/o Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills,CA 90212

Southern California Gas Company
PO Box 1626
Monterey Park,CA 91754-8626

Spectrum Business
c/o Charter Communications
PO Box 790261
Saint Louis,MO 63179

Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin,TX 78701

SuperVision
PO Box 21636
Saint Paul,MN 55121

Swizznet
6075 California Avenue SW
Seattle,WA 98136

T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City,OK 73124

Texas Department of Insurance
Dividion of Workers' Compensation
7551 Metro Center Drive, Suite 100
Austin,TX 78744

The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks,CT 6096

UPS
55 Glenlake Parkway NE
Atlanta,GA 30328

US Securities and Exchange Commissi
Attn: Bankruptcy Counsel
444 S. Flower St., Suite 900
Los Angeles,CA 90071-9591

USPS
475 Lenfant Plaza SW
Washington,DC 20260

Verizon
PO Box 489
Newark,NJ 07101-0489

WG Fund LLC
1734 8th Avenue
Suite PH
Brooklyn,NY 11215

Amazon Logistics, Inc.
Attn: General Counsel
410 Terry Avenue North
Seattle,WA 98109-5210

Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero,FL 33928

Kirk Davis
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego,CA 92101

Salvador Rivas
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego,CA 92101

Scoobeez SD, LLC
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego,CA 92101

Shane R. Heskin
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia,PA 19103-7395

Emil Davtyan
Davtyan Professional Law Corp.
21900 Burbank Blvd., Suite 300
Woodland Hills,CA 91367

Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500
Los Angeles,CA 90017

Graham S.P. Hollis
Graham Hollis APC
3555 Fifth Avenue, Suite 200
San Diego,CA 92103

Corporation Service Company,
as Representative
801 Adlai Stevenson Drive
Springfield,IL 62703

| | | |
|---|---|---|
| Garo and Aroussiak Dekirmendjian<br>c/o Bulldog Commercial Real Estate<br>Attn: John Raudsep, President<br>3634 Woodcliff<br>Sherman Oaks,CA 91403 | Parkway Commercial Realty<br>Attn: Laurence & Patricia Cesander<br>2485 E. Southlake Blvd.<br>Southlake,TX 76092 | TACAL Properties LLC<br>c/o Peloton Commercial Real Estate<br>PO Box 15039<br>San Antonio,TX 78212 |
| ~~Scoobeez Global, Inc.~~<br>~~3463 Foothill Blvd.~~<br>~~Glendale,CA 91214~~ | ~~Scoobur LLC~~<br>~~3463 Foothill Blvd.~~<br>~~Glendale,CA 91214~~ | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

0930-6261.1