Ashley M. McDow (245114)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Facsimile: 213.486.0065
Email: amcdow@foley.com

[Proposed] Attorneys for Debtors and Debtors in Possession, SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>SCOOBEEZ, ET AL.<br><br>DEBTORS AND DEBTORS IN POSSESSION.<br><br>AFFECTS:<br>■ ALL DEBTORS<br>☐ SCOOBEEZ, ONLY<br>☐ SCOOBEEZ GLOBAL, INC., ONLY<br>☐ SCOOBUR LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>CHAPTER 11<br><br>**DECLARATION OF GEORGE VOSKANIAN IN SUPPORT OF THE DEBTORS' EMERGENCY MOTION FOR ORDER, PURSUANT TO SECTIONS 105(a), 362(a)(3), AND 541 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3001, ESTABLISHING NOTICE AND HEARING PROCEDURES FOR TRADING IN, OR CERTAIN CLAIMS OF WORTHLESSNESS WITH RESPECT TO EQUITY SECURITIES IN DEBTOR SCOOBEEZ GLOBAL, INC.**<br><br>JUDGE:    HON. JULIA BRAND |

I, George Voskanian, hereby declare:

1. I am an individual over 18 years of age. I have personal knowledge of the facts stated herein as more fully set forth below or have gained such knowledge by review of the file and if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of the motion for entry of an order, pursuant to sections 105(a), 362(a)(3), and 541 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 3001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), establishing notice and hearing procedures that must be followed before certain transfers of, or certain claims of worthlessness for federal or state tax purposes with respect to, equity securities in Debtor Scoobeez, Global Inc. ("Scoobeez") or any beneficial interest therein, are deemed effective. (the "Motion").[1]

3. I am the Chief Financial Officer ("CFO") and Co-Chief Executive Officer ("Co-CEO") for the Debtors, and, in that capacity, among other things maintain books, records, files and documents relating to the Debtors. As such, I am generally responsible for managing the operations of the Debtors and, thus, am familiar with the Debtors' operations, assets, and liabilities. In the ordinary course of business, I rely on the maintenance of true and correct copies of various documents relating to the Debtors. I have personally worked on books, records, files and documents, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from my business records, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of the Debtors' business at or near the time of the acts, conditions or events to which they related. Additionally, as the CFO/Co-CEO, I have been involved in discussions and planning sessions related to the potential reorganization options and, thus, am familiar with the objectives the Debtors intend to achieve through the Bankruptcy Cases.

4. I have read the contents of the Motion, and to best of my knowledge, all the representations made therein are true and correct.

5. In connection with the operation of their businesses, the Debtors have incurred net operating

---

[1] Capitalized terms otherwise not defined herein have the same meaning as in the underlying Motion.

losses ("NOLs") in the amount of $16,473,730. The Debtors may also have capital losses, unrealized built-in losses, and/or be eligible for certain other tax and business credits and other tax attributes (collectively with the NOLs, the "Tax Attributes").

6. Through the Motion, the Debtors seek to monitor the trading of Scoobeez's equity securities (the "Scoobeez Stock") in order to prevent a change of ownership from occurring, as defined by the Internal Revenue Code. If a change of ownership does occur, the Debtors could lose their ability to take advantage of their NOLs and other Tax Attributes, which are valuable property of the estates. The limited noticing procedures in the Motion will allow the Debtors to review transactions that may be deemed a change of ownership while also allowing most trading in Scoobeez Stock.

7. Based on the foregoing and as explained in more detail in the Motion, the Debtors seek the an order from the Court allowing them to implement the procedures outlined in the Motion so that they can monitor the trading of Scoobeez stock to ensure no change of control occurs without their knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May, at Glendale, California.

_____
George Voskanian

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF GEORGE VOSKANIAN** IN SUPPORT OF THE DEBTORS' EMERGENCY MOTION FOR ORDER, PURSUANT TO SECTIONS 105(a), 362(a)(3), AND 541 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3001, ESTABLISHING NOTICE AND HEARING PROCEDURES FOR TRADING IN, OR CERTAIN CLAIMS OF WORTHLESSNESS WITH RESPECT TO EQUITY SECURITIES IN DEBTOR SCOOBEEZ GLOBAL, INC. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/28/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Alvin Mar    alvin.mar@usdoj.gov
Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
David L. Neale    dln@lnbyb.com
Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/28/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/28/2019 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4827-4835-9575.3

**F 9013-3.1.PROOF.SERVICE**

**2.  SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| ~~Scoobeez~~<br>~~3463 Foothill Blvd.~~<br>~~Glendale,CA 91214~~ | ~~Ashley M. McDow~~<br>~~Foley & Lardner LLP~~<br>~~555 S. Flower Street~~<br>~~Suite 3300~~<br>~~Los Angeles, CA 90071-2411~~ | Accurate Background<br>7515 Irvine Center Drive<br>Irvine,CA 92618 |
| ADT Security Services<br>PO Box 371878<br>Pittsburgh,PA 15250-7878 | Alissa Guler<br>c/o Albert G. Stoll, Jr.<br>55 Francisco Street<br>Suite 403<br>San Francisco,CA 94133 | Amazon<br>1516 Second Avenue<br>Seattle,WA 98101 |
| Amazon Web Services Inc.<br>440 Terry Ave N<br>Seattle,WA 98109 | App Group International, LLC<br>85 Broad Street, 17th Floor<br>New York,NY 10004 | Arturo Vega and Unta Key<br>c/o Eric K. Yaeckel<br>Sullivan Law Group, APC<br>2330 Third Avenue<br>San Diego,CA 92101 |
| Asana<br>1550 Bryant Street, Suite 800<br>San Francisco,CA 94103 | AT&T Corp.<br>c/o CT Corporation<br>818 Seventh Street, Suite 930<br>Los Angeles,CA 90017 | Athens Services<br>14048 E. Valley Blvd.<br>La Puente,CA 91746 |
| Avitus, Inc.<br>c/o David M. Wagner, Esq.<br>Crowley Fleck, PLLP<br>P.O. Box 10969<br>Bozeman,MT 59719 | Azad Baban<br>c/o Justin Silverman, Esq.<br>Reisner & King LLP<br>14724 Ventura Blvd., Suite 1210<br>Sherman Oaks,CA 91403 | Bernardo Parra<br>c/o Mancini Law Group, P.C.<br>7170 W. Grand Avenue<br>Elmwood Park,IL 60707 |
| BMW Financial Services NA, LLC<br>Bankruptcy Servicer<br>AIS Portfolio Servcies, LP<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City,OK 73118 | Booster Fuels<br>11 N. Ellsworth Avenue<br>San Mateo,CA 94403 | California Franchise Tax Board<br>Franchise Tax Board Bankr. Section<br>PO Box 2952, MS:A-340<br>Sacramento,CA 95812-2952 |
| City of Glendale Water & Power<br>141 North Glendale Ave., Level 2<br>Glendale,CA 91206 | Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield,IL 62708 | Crescenta Valley Water District<br>2700 Foothill Blvd.<br>La Crescenta,CA 91214 |
| CT Corporation System<br>as Representative<br>330 N. Brand Blvd., Suite 700<br>Attn: SPRS<br>Glendale,CA 91203 | De'Von Walker<br>c/o David Yeremian & Associates, In<br>535 N. Brand Blvd., Suite 705<br>Glendale,CA 91203 | DSP Online Order<br>5825 Southwest Arctic Drive<br>Beaverton,OR 97005 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          F 9013-3.1.PROOF.SERVICE
4827-4835-9575.3

| | | |
|---|---|---|
| Edvin Amzayan, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 | Edvin Yegiyan, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 | Enterprise Holdings, Inc.<br>600 Corporate Park Drive<br>Saint Louis, MO 63105 |
| Fed Ex<br>942 South Shady Grove Road<br>Memphis, TN 38120 | First Advantage<br>1 Concourse Parkway NE<br>Suite 200<br>Atlanta, GA 30328 | First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 |
| Fleetwash Inc.<br>26 Law Drive<br>Fairfield, NJ 7004 | Global Results Communications<br>201 East Sandpointe Avenue<br>Suite 650<br>Santa Ana, CA 92707 | Google/G Suite Software<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| GTR Source LLC<br>1006 Monmouth Ave<br>Lakewood, NJ 8701 | Halo Branded Solutions<br>1500 Halo Way<br>Sterling, IL 61081 | ~~Hillair Capital Management LLC~~<br>~~330 Primrose Road~~<br>~~Suite 660~~<br>~~Burlingame, CA 94010~~ |
| Hop Capital<br>323 Sunny Isles Blvd., Suite 501<br>Sunny Isles Beach, FL 33160 | Imran Firoz<br>c/o Brent Finch<br>Brent Finch Law<br>27200 Agoura Rd., Ste. 102<br>Agoura Hills, CA 91301 | Indeed, Inc.<br>6433 Champion Grandview Way<br>Building 1<br>Austin, TX 78750 |
| Influx Capital LLC<br>1049 Helen Avenue<br>Santa Clara, CA 95051 | Internal Revenue Service<br>Centalized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lee DeGough<br>c/o Glenn Law Firm<br>1017 William D. Tate Ave.<br>Suite 100<br>Grapevine, TX 76051 |
| Jassim M. Addal<br>c/o Law Office of Arash Alizadeh<br>7545 Irvine Center Drive<br>Suite 200<br>Irvine, CA 92618 | Liquid Web Inc.<br>2703 Ena Drive<br>Lansing, MI 48917 | LiveAgent<br>c/o Quality Unit, LLC<br>616 Corporate Way, Suite 2-3278<br>Valley Cottage, NY 10989 |
| Lockton Companies, LLC<br>Attn: Nate Mundy, COO<br>Lockton Insurance Brokres, LLC<br>725 S. Figueroa, 35th Floor<br>Los Angeles, CA 90017 | Mail Chimp<br>c/o The Rocket Science Group, LLC<br>675 Ponce de Leon Ave. NE<br>Suite 5000<br>Atlanta, GA 30308 | Maria Salgado<br>c/o Nicholas J. Tsakas, Esq.<br>4267 Marina City Drive<br>Suite 512<br>Marina Del Rey, CA 90292 |
| Marwan Griffin<br>c/o Aegis Law Firm, PC<br>9811 Irvine Center Drive<br>Suite 100<br>Irvine, CA 92618 | Massinissa Bechout, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 | Minas Sarafian<br>c/o Simonian & Simonian, PLC<br>144 N. Glendale Ave., #228<br>Glendale, CA 91206 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    F 9013-3.1.PROOF.SERVICE
4827-4835-9575.3

Mostafa Joharifard
1651 E. Edinger Ave.
Suite 100
Santa Ana,CA 92705

NexGen Capital, LLC
c/o David Neale
Levene Neale Bender
10250 Constellation Blvd., #1700
Los Angeles,CA 90067

Office of the Director
Department of Motor Vehicles
2415 1st Avenue, MS: F101
Sacramento,CA 95818-2606

Peter Rosenthal Irrevocable Trust
dated 10/31/2012
3450 N. Verdugo Rd.
Glendale,CA 91208

Pex Cards
462 7th Avenue
21st Floor
New York,NY 10018

Premier Business Bank
700 S. Flower Street, #2000
Los Angeles,CA 90017

Prince Uko, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco,CA 94102

Queen Funding LLC
2221 NE 164 ST
North Miami Beach,FL 33160

Quickbooks
c/o Intuit Inc.
2700 Coast Avenue
Mountain View,CA 94043

Raef Lawson
8601 Lincoln Blvd.
Ste. 180-276
Los Angeles,CA 90045

Rafael Nendel - Flores
c/o LeClairRyan
725 S. Figueroa Street
Suite 350
Los Angeles,CA 90017

Ready Refresh
4400 S. Kolmar Ave.
Chicago,IL 60632

Ready Refresh (Foothill Location)
4400 S. Kolmar Ave.
Chicago,IL 60632

Ring Central
20 Davis Drive
Belmont,CA 94002

Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd.
Suite 800
Los Angeles,CA 90017

Sean McNair
c/o Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills,CA 90212

Southern California Gas Company
PO Box 1626
Monterey Park,CA 91754-8626

Spectrum Business
c/o Charter Communications
PO Box 790261
Saint Louis,MO 63179

Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin,TX 78701

SuperVision
PO Box 21636
Saint Paul,MN 55121

Swizznet
6075 California Avenue SW
Seattle,WA 98136

T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City,OK 73124

Texas Department of Insurance
Dividion of Workers' Compensation
7551 Metro Center Drive, Suite 100
Austin,TX 78744

The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks,CT 6096

UPS
55 Glenlake Parkway NE
Atlanta,GA 30328

US Securities and Exchange Commissi
Attn: Bankruptcy Counsel
444 S. Flower St., Suite 900
Los Angeles,CA 90071-9591

USPS
475 Lenfant Plaza SW
Washington,DC 20260

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4827-4835-9575.3

**F 9013-3.1.PROOF.SERVICE**

Case 2:19-bk-14989-WB    Doc 105    Filed 05/28/19    Entered 05/28/19 15:05:00    Desc
Main Document    Page 8 of 8

| | | |
|---|---|---|
| Verizon<br>PO Box 489<br>Newark,NJ 07101-0489 | WG Fund LLC<br>1734 8th Avenue<br>Suite PH<br>Brooklyn,NY 11215 | Amazon Logistics, Inc.<br>Attn: General Counsel<br>410 Terry Avenue North<br>Seattle,WA 98109-5210 |
| Deputy General Counsel<br>The Hertz Corporation<br>8501 Williams Rd., 2DO40<br>Estero,FL 33928 | Kirk Davis<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego,CA 92101 | Salvador Rivas<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego,CA 92101 |
| Scoobeez SD, LLC<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego,CA 92101 | Shane R. Heskin<br>White and Williams LLP<br>1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia,PA 19103-7395 | Emil Davtyan<br>Davtyan Professional Law Corp.<br>21900 Burbank Blvd., Suite 300<br>Woodland Hills,CA 91367 |
| Steven M. Spector<br>BUCHALTER, A Professional Corporati<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles,CA 90017 | Graham S.P. Hollis<br>Graham Hollis APC<br>3555 Fifth Avenue, Suite 200<br>San Diego,CA 92103 | Corporation Service Company,<br>as Representative<br>801 Adlai Stevenson Drive<br>Springfield,IL 62703 |
| Garo and Aroussiak Dekirmendjian<br>c/o Bulldog Commercial Real Estate<br>Attn: John Raudsep, President<br>3634 Woodcliff<br>Sherman Oaks,CA 91403 | Parkway Commercial Realty<br>Attn: Laurence & Patricia Cesander<br>2485 E. Southlake Blvd.<br>Southlake,TX 76092 | TACAL Properties LLC<br>c/o Peloton Commercial Real Estate<br>PO Box 15039<br>San Antonio,TX 78212 |
| ~~Scoobeez Global, Inc.~~<br>~~3463 Foothill Blvd.~~<br>~~Glendale,CA 91214~~ | ~~Scoobur LLC~~<br>~~3463 Foothill Blvd.~~<br>~~Glendale,CA 91214~~ | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

4827-4835-9575.3

F 9013-3.1.PROOF.SERVICE