| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ashley M. McDow (SBN 245114)<br>555 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br>Telephone: 213-972-4615<br>Email: amcdow@foley.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Scoobeez<br><br><br><br>Debtor(s) | CASE NO.: 19-bk-14989<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B     ☐ Schedule C     ☐ Schedule D     ☐ Schedule E/F     ☐ Schedule G
☐ Schedule H       ☐ Schedule I     ☐ Schedule J     ☐ Schedule J-2     ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers     ☐ Statement of Intention     ☒ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 5/29/19                                  _____
                                                Debtor 1 Signature

                                                _____
                                                Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                                  Page 1                                  F 1007-1.1.AMENDED.SUMMARY

Accurate Background
7515 Irvine Center Drive
Irvine, CA 92618

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

AE Works Enterprises, Inc.
PO Box 4016
Chatsworth, CA 91313

Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco, CA 94133

Amazon
1516 Second Avenue
Seattle, WA 98101

Amazon Logistics, Inc.
Attn: General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon Web Services Inc.
440 Terry Ave N
Seattle, WA 98109

App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004

Arturo Vega and Unta Key
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego, CA 92101

Asana
1550 Bryant Street, Suite 800
San Francisco, CA 94103

AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017

Athens Services
14048 E. Valley Blvd.
La Puente, CA 91746

Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719

Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403

Bentley Financial Services
Customer Service
One Porsche Drive
Atlanta, GA 30354

Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park, IL 60707

BMW Financial Services NA, LLC
Bankruptcy Servicer
AIS Portfolio Servcies, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

B-One Construction
104 E. Propsect Avenue
Burbank, CA 91502

Booster Fuels
11 N. Ellsworth Avenue
San Mateo, CA 94403

California Franchise Tax Board
Franchise Tax Board Bankr. Section
PO Box 2952, MS:A-340
Sacramento, CA 95812-2952

Calstar Motors, Inc.
700 S. Brand Blvd.
Glendale, CA 91204

Citation Department
Attn: Leslie Yang
14002 East 21st St, #1500
Tulsa, OK 74134

City of Chicago
Department of Finance
PO Box 88292
Chicago, IL 60680

City of Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

City of Los Angeles
Parking Violations Bureau
PO Box 30420
Los Angeles, CA 90030

Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta, CA 91214

CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203

Damage Recovery (EAN)
PO Box 843369
Kansas City, MO 64184

Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero, FL 33928

De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale, CA 91203

DMV
PO Box 825339
Sacramento, CA 94232

DSP Online Order
5825 Southwest Arctic Drive
Beaverton, OR 97005

Earl Jones
7441 Candleridge Circle
Fort Worth, TX 76133

Edvin Amzayan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Edvin Yegiyan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Emil Davtyan
Davtyan Professional Law Corp.
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367

Enterprise Holdings, Inc.
600 Corporate Park Drive
Saint Louis, MO 63105

ExtraSpaceStorage
2244 S. Western Avenue
Chicago, IL 60608

Fed Ex
942 South Shady Grove Road
Memphis, TN 38120

First Advantage
1 Concourse Parkway NE
Suite 200
Atlanta, GA 30328

First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917

Fleetwash Inc.
26 Law Drive
Fairfield, NJ 7004

Gallik, Bremer & Molloy, PC
PO Box 70
Bozeman, MT 59771

Garo and Aroussiak Dekirmendjian
c/o Bulldog Commercial Real Estate
Attn: John Raudsep, President
3634 Woodcliff
Sherman Oaks, CA 91403

Gemini Duplication, Inc.
6020 W. Oaks Blvd., Ste. 301
Lincoln, CA 95648

Global Results Communications
201 East Sandpointe Avenue
Suite 650
Santa Ana, CA 92707

Google/G Suite Software
1600 Amphitheatre Parkway
Mountain View, CA 94043

Graham S.P. Hollis
Graham Hollis APC
3555 Fifth Avenue, Suite 200
San Diego, CA 92103

Grigori Sedrakyan
1127 Sonora Ave.
Glendale, CA 91201

GTR Source LLC
1006 Monmouth Ave
Lakewood, NJ 8701

Halo Branded Solutions
1500 Halo Way
Sterling, IL 61081

Hertz Corporation
14501 Quail Springs Parkway
Oklahoma City, OK 73134

Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010

HOAG Memorial Hospital Presbyterian
1 Hoag Drive
Newport Beach, CA 92663

Hop Capital
323 Sunny Isles Blvd., Suite 501
Sunny Isles Beach, FL 33160

Imran Firoz
c/o Brent Finch
Brent Finch Law
27200 Agoura Rd., Ste. 102
Agoura Hills, CA 91301

Indeed, Inc.
6433 Champion Grandview Way
Building 1
Austin, TX 78750

Influx Capital LLC
1049 Helen Avenue
Santa Clara, CA 95051

Internal Revenue Service
Centalized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jacob Lee DeGough
c/o Glenn Law Firm
1017 William D. Tate Ave.
Suite 100
Grapevine, TX 76051

Japeth Williams
209 W. Central Ave., Apt. D
Monrovia, CA 91016

Jassim M. Addal
c/o Law Office of Arash Alizadeh
7545 Irvine Center Drive
Suite 200
Irvine, CA 92618

Kirk Davis
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101

Law Office of Todd M. Friedman, PC
333 Skokie Blvd., #103
Northbrook, IL 60062

Liquid Web Inc.
2703 Ena Drive
Lansing, MI 48917

LiveAgent
c/o Quality Unit, LLC
616 Corporate Way, Suite 2-3278
Valley Cottage, NY 10989

Lockton Companies, LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017

Lois Craig
1708 S. Alma St.
San Pedro, CA 90731

Mail Chimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Ave. NE
Suite 5000
Atlanta, GA 30308

Maria Salgado
c/o Nicholas J. Tsakas, Esq.
4267 Marina City Drive
Suite 512
Marina Del Rey, CA 90292

Marwan Griffin
c/o Aegis Law Firm, PC
9811 Irvine Center Drive
Suite 100
Irvine, CA 92618

Massinissa Bechout, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Minas Sarafian
c/o Simonian & Simonian, PLC
144 N. Glendale Ave., #228
Glendale, CA 91206

Mostafa Joharifard
1651 E. Edinger Ave.
Suite 100
Santa Ana, CA 92705

Motorcars West/The Auto Gallery
21301 Ventura Blvd.
Woodland Hills, CA 91364

Nazareth Ohanessian
1328 Doverwood Drive
Glendale, CA 91207

Newport Urgent Care
1000 Bristol St. North
Suite 1B
Newport Beach, CA 92660

NexGen Capital, LLC
c/o David Neale
Levene Neale Bender
10250 Constellation Blvd., #1700
Los Angeles, CA 90067

Office of the Director
Department of Motor Vehicles
2415 1st Avenue, MS: F101
Sacramento, CA 95818-2606

OrthoKinetix
1835 Chicago Avenue
Suite A
Riverside, CA 92507

Parkway Commercial Realty
Attn: Laurence & Patricia Cesander
2485 E. Southlake Blvd.
Southlake, TX 76092

Peter Rosenthal Irrevocable Trust
dated 10/31/2012
3450 N. Verdugo Rd.
Glendale, CA 91208

Pex Cards
462 7th Avenue
21st Floor
New York, NY 10018

Premier Business Bank
700 S. Flower Street, #2000
Los Angeles, CA 90017

Prince Uko, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Queen Funding LLC
2221 NE 164 ST
North Miami Beach, FL 33160

Quickbooks
c/o Intuit Inc.
2700 Coast Avenue
Mountain View, CA 94043

Raef Lawson
8601 Lincoln Blvd.
Ste. 180-276
Los Angeles, CA 90045

Rafael Nendel - Flores
c/o LeClairRyan
725 S. Figueroa Street
Suite 350
Los Angeles, CA 90017

Ready Refresh
4400 S. Kolmar Ave.
Chicago, IL 60632

Ring Central
20 Davis Drive
Belmont, CA 94002

Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd.
Suite 800
Los Angeles, CA 90017

Salvador Rivas
c/o Law Offices of Daniel A. Kaplan

555 W. Beech St., Suite 230
San Diego, CA 92101

Scoobeez
3463 Foothill Blvd.
Glendale, CA 91214

Scoobeez LV, LLC

Scoobeez SD, LLC
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101

Scoobeez SF, LLC
2550 S. Decatur Blvd.
Las Vegas, NV 89102

Sean McNair
c/o Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

Shane R. Heskin
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395

Shoushana (Suzy) Ohanessian
1328 Doverwood Drive
Glendale, CA 91207

Southern California Gas Company
PO Box 1626
Monterey Park, CA 91754-8626

Spectrum (San Antonio)
Time Warner Cable
PO Box 60074
City of Industry, CA 91716

Spectrum Business
c/o Charter Communications
PO Box 790261
Saint Louis, MO 63179

Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin, TX 78701

Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

SuperVision
PO Box 21636
Saint Paul, MN 55121

Swizznet
6075 California Avenue SW
Seattle, WA 98136

Texas Department of Insurance
Dividion of Workers' Compensation
7551 Metro Center Drive, Suite 100
Austin, TX 78744

The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 6096

Three Two Seven Family Mmgt LLC
PO Box 120040
San Antonio, TX 78212

T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124

Trust 5025983 LLC
Series 1400 N. Cicero
c/o Nelson Hill - Emily Rasan
1111 S. Western Avenue
Chicago, IL 60612

UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

US Securities and Exchange Commissi
Attn: Bankruptcy Counsel
444 S. Flower St., Suite 900
Los Angeles, CA 90071-9591

USPS
475 Lenfant Plaza SW
Washington, DC 20260

Verizon
PO Box 489
Newark, NJ 07101-0489

WG Fund LLC
1734 8th Avenue
Suite PH
Brooklyn, NY 11215