1  DAVID L. NEALE (SBN 141225)
   J.P. FRITZ (SBN 245240)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: DLN@LNBYB.COM, JPF@LNBYB.COM
5

6  Proposed Counsel for
   Official Committee of Unsecured Creditors
7

8              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                 LOS ANGELES DIVISION

10 In re:                              ) Case No. 2:19-bk-14989-WB
                                       )
11                                     ) Chapter 11
   SCOOBEEZ, et al.[1]                 )
12                                     ) Jointly Administered With Case Nos.:
   Debtors and Debtors in Possession. ) 2:19-bk-14991-WB and 2:19-bk-14997-WB
13                                     )
   _____    )
14                                     ) **Limited Opposition to Debtors' Application**
   Affected Debtor(s):                 ) **for an Order Authorizing and Approving (I)**
15                                     ) **Appointing    Brian    Weiss    as    Chief**
   ☒ All Debtors                       ) **Restructuring Officer of the Debtors** *Nunc*
16                                     ) ***Pro Tunc*** **to May 16, 2019**
   ☐ Scoobeez                          )
17                                     )
   ☐ Scoobeez Global, Inc.            ) Continued Hearing on Shortened Notice:
18                                     ) Date:        June 6, 2019
   ☐ Scoobur LLC                       ) Time:        10:00 a.m.
19                                     ) Location:    255 E. Temple St.
                                       )              Courtroom 1375, 13th Floor
20                                     )              Los Angeles, CA 90012
                                       )
21                                     )
                                       )
22                                     )
                                       )
23 _____    )

24

25

26

27 ──────────────────
   [1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers
28 are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The
   Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

The Official Committee of Unsecured Creditors (the "Committee") in the jointly administered bankruptcy cases of Scoobeez and Scoobeez Global, Inc. (each a "Debtor" and, collectively, the "Debtors"), debtors and debtors in possession herein, respectfully submits its supplemental limited opposition (the "Supplemental Opposition") to the Debtors' *Application for an Order Authorizing and Approving (I)* [sic] *Appointing Brian Weiss as Chief Restructuring Officer of the Debtors Nunc Pro Tunc to May 16, 2019* (the "Application") [Dkt. No. 63].

The Committee previously filed its original *Opposition to Debtors' Application for an Order Authorizing and Approving (I)* [sic] *Appointing Brian Weiss as Chief Restructuring Officer of the Debtors Nunc Pro Tunc to May 16, 2019* (the "Opposition") [Dkt. No. 88] on May 23, 2019. The Court continued the hearing on the Application to June 6, 2019, and set a further pleading deadline of May 31, 2019.

The Committee and the Debtors, through counsel, are in ongoing discussions in an attempt to resolve the Committee's concerns about the Application as outlined in the Opposition.  Though the Committee is hopeful that its concerns will be adequately resolved in ongoing communications before the hearing set for June 6, 2019, at this time the Committee stands on its Opposition.

Dated:  May 31, 2019                Official Committee of Unsecured Creditors

By:    */s/ John-Patrick M. Fritz*
David L. Neale
John-Patrick M. Fritz
LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.
Proposed Counsel for the Official
Committee of Unsecured Creditors

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Limited Opposition to Debtors' Application for an Order Authorizing and Approving (I) Appointing Brian Weiss as Chief Restructuring Officer of the Debtors** *Nunc Pro Tunc* **to May 16, 2019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 28, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On May 28, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 28, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Attorney Service
The Honorable Julia W. Brand
U.S. Bankruptcy Court, Suite 1382
255 E. Temple St
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 28, 2019 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| Date | Printed Name | Signature |

**2:19-bk-14989-WB Notice will be electronically mailed to:**

John-Patrick M Fritz on behalf of Attorney Official Committee Of Unsecured Creditors
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez
amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.
amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC
amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP
rejoy.nalkara@americaninfosource.com

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured Creditors
dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P.
dln@lnbyb.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,
calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov