A. Jacob Nalbandyan, Esq.  (SBN 272023)
jnalbandyan@LNtriallawyers.com
Sara Showkatian, Esq.  (SBN 316949)
sshowkatian@LNtriallawyers.com
**Levin & Nalbandyan, LLP**
811 Wilshire Blvd, Suite 800
Los Angeles, CA  90017
Tel: (213) 232-4848
Fax: (213) 232-4849

Attorneys for Plaintiff,
ROY CASTELLANOS

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: SCOOBEEZ, INC, et al; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Bankruptcy Petition # 2:19-bk-14989-WB<br><br>*[Honorable Julia W. Brand]*<br><br>**DECLARATION OF SARA Y. SHOWKATIAN IN SUPPORT OF MOTION FOR RELIEF FROM BANKRUPTCY AUTOMATIC STAY** |
|---|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

L&N File #: 1945

-1-

## DECLARATION OF SARA Y. SHOWKATIAN

I, Sara Y. Showkatian, hereby declare as follows:

1. I am an attorney admitted to practice before the Courts of the State of California, and this Court. I am an associate attorney at the law firm of Levin & Nalbandyan, LLP, attorneys for Roy Anthony Castellanos ("Mr. Castellanos").

2. Our firm represents Mr. Castellanos in his potential wrongful termination claims against Debtor Scoobeez, Inc. ("Debtor"), In re: SCOOBEEZ, INC., et al.; Bankruptcy Petition # 2:19-bk-14989-WB.

3. Mr. Castellanos is informed and believes his potential wrongful termination claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

4. As of the filing on this motion, the nonbankruptcy action has been filed in the appropriate nonbackrutcy forum, Los Angeles Superior Court, Roy Castellanos v. Scoobeez, et al. Case No. BC701427.

5. On or about July 1, 2019, Counsel for Debtor confirmed in an email that Debtor has in place an Employment Practice Liability Insurance ("EPLI") policy.

6. As of the filing of this motion, Debtor has not made its policy number of other policy identifying information know to Mr. Castellanos.

7. Mr. Castellanos is informed and believes that Debtor's EPLI policy is applicable and covers Mr. Castellanos' potential wrongful termination claims against Debtor.

8. Mr. Castellanos seeks recovery for his potential wrongful termination claims only from Debtor's applicable EPLI policy.

9. Based on the above, Mr. Castellanos seeks relief from the Automatic Stay currently in place for In re: SCOOBEEZ, INC., et al.; Bankruptcy Petition # 2:19-bk-14989-WB.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 3, 2019, at Los Angeles, California.

_____
Sara Y. Showkatian, Esq.

IN RE: SCOOBEEZ, et al.
Case No.: 2:19-bk-14989

Service List

| | |
|---|---|
| Alissa Guler<br>c/o Albert G. Stoll, Jr.<br>55 Francisco Street, Suite 403<br>San Francisco, CA 94133 | AT&T Corp.<br>c/o CT Corporation<br>818 Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| Jassim M. Addal<br>c/o Law Office of Arash Alizadeh<br>7545 Irvine Center Drive, Suite 200<br>Irvine, CA 92618 | Avitus, Inc.<br>c/o David M. Wagner<br>Crowley Fleck, PLLP<br>P.O. Box 10969<br>Bozeman, MT 59719 |
| Azad Baban<br>c/o Justin Silverman<br>Reisner & King LLP<br>14724 Ventura Blvd., Suite 1210<br>Sherman Oaks, CA 91403 | Bernado Parra<br>c/o Mancini Law Group PC<br>7170 W. Grand Ave.<br>Elmwood Park, IL 60707 |
| LeClair Ryan<br>725 S. Figueroa Street, Suite 350<br>Los Angeles, CA 90017 | Maria Salgado<br>c/o Nicolas K. Tsakas<br>4267 Marina City Drive, Suite 512<br>Marina Del Rey, CA 90292 |
| Minas Sarafin<br>c/o Simonian & Simonian, PLC<br>144 N. Glendale Ave., Suite 228<br>Glendale, CA 91206 | Marwan Griffin<br>c/o Aegis Law Firm PC<br>9811 Irvine Center Drive, Suite 100<br>Irvine, CA 92618 |
| Mostafa Johairfard<br>1651 E. Edinger Ave., Suite 100<br>Santa Ana, CA 92705 | NexGen Capital, LLC<br>c/o David Neale<br>Levene Neale Bender<br>10250 Constallation Blvd., #1700<br>Los Angeles, CA 90067 |
| Edwin Amzayan<br>c/o State of CA Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 | Hillair Capital Mgmt. LLC<br>330 Primrose Road, Suite 660<br>Bulingame, CA 94010 |
| Enterprise Holdings, Inc.<br>600 Corporate Park Drive<br>St. Louis, MO 63105 | Jacob Lee DeGough<br>c/o Glenn Law Firm<br>1017 William D. Tate Ave., # 100<br>Grapevine, TX 76051 |
| Imran Firoz<br>c/o Brent Finch Law<br>27200 Agoura Road, Suite 102<br>Agoura Hills, CA 91301 | |