Ashley M. McDow (245114)
**FOLEY & LARDNER LLP**
555 S. Flower St., Suite 3300
Los Angeles, CA 90071
Telephone:   213.972.4500
Facsimile:   213.486.0065
Email:        amcdow@foley.com

Proposed Attorneys for Debtors and
Debtors-in-Possession, Scoobeez,
Scoobeez Global, Inc., and Scoobur, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ, et al.[1]<br><br>   Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br><br>☐ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**STIPULATION BETWEEN THE DEBTORS AND ARTURO VEGA AND UNTA KEY TO EXTEND THE DEADLINE FOR THE DEBTORS TO FILE AND SERVE A RESPONSE TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Current Deadline: July 2, 2019<br><br>New Deadline: July 16, 2019<br><br>HON. JULIA BRAND |

Scoobeez, Scoobeez Global, Inc. and Scoobur, LLC, the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned jointly administered bankruptcy proceedings (collectively, the "Chapter 11 Cases"), on the one hand, and Arturo Vega and Unta Key (collectively, the "Movants"), on the other hand, hereby enter into this stipulation (the "Stipulation") to continue the hearing currently set for the Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 filed by the Movants (Doc. No. 156, the "Motion") (the "Hearing") and extend the briefing deadlines related thereto.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

1

4845-0547-5227.1

## RECITALS

A. The Movants filed the Motion on June 21, 2019.

B. The Hearing was originally set for July 16, 2019 at 10:00 a.m. pursuant to Local Bankruptcy Rule 9013-1(d).

C. The current deadline for the Debtors to file and serve a written response to the Motion is no later than fourteen (14) days before the hearing (i.e., July 2, 2019).

D. The current deadline for the Movants to file and serve a written reply in support of the Motion is no later than seven (7) days before the hearing (i.e. July 9, 2019).

E. In accordance with the recitals set forth herein, the Debtors and the Movants (collectively, the "Parties") stipulate and agree as set forth below.

## STIPULATION

1. The deadline for the Debtors to file and serve a written response to the Motion is extended from July 2, 2019 to July 16, 2019.

2. The deadline for the Movants to file and serve a written reply in support of the Motion is extended from July 9, 2019 to July 23, 2019.

3. The Hearing shall be continued to July 30, 2019 at 10:00 a.m.

4. Upon execution of this Stipulation by the Parties, the Debtors shall promptly file this Stipulation and seek an order of the Court that approves the Stipulation.

Dated: July 8, 2019

**FOLEY & LARDNER, LLP**

*/s/Ashley M. McDow*
Ashley M. McDow

Ashley M. McDow (245114)
**FOLEY & LARDNER LLP**
555 S. Flower St., Suite 3300
Los Angeles, CA  90071
Telephone:   213.972.4500
Facsimile:    213.486.0065
Email:          amcdow@foley.com

Proposed Attorneys for Debtors and Debtors-in-Possession, Scoobeez, Scoobeez Global, Inc., and Scoobur, LLC

2

4845-0547-5227.1

Dated: July 8, 2019

SULLIVAN LAW GROUP, APC

_____
Eric K. Yaeckel

Eric K. Yaeckel (274608)
**SULLIVAN LAW GROUP, APC**
2330 3rd Ave.
San Diego, CA 92101
Telephone:    619-702-6760
Facsimile:    619-702-6771
Email: Yaeckel@sullivanlawgroupapc.com

Attorneys for Arturo Vega and Unta Key

3

4845-0547-5227.1