Ashley M. McDow (245114)
John A. Simon (admitted *Pro Hac Vice*)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Facsimile: 213.486.0065
Email: amcdow@foley.com
        jsimon@foley.com

FILED & ENTERED

JUL 12 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

Proposed Attorneys for Debtors and Debtors in
Possession, SCOOBEEZ, SCOOBEEZ GLOBAL,
INC., and SCOOBUR, LLC

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>SCOOBEEZ, ET AL.<br><br>DEBTORS AND DEBTORS IN POSSESSION.<br><br>AFFECTS:<br>■ ALL DEBTORS<br>□ SCOOBEEZ, ONLY<br>□ SCOOBEEZ GLOBAL, INC., ONLY<br>□ SCOOBUR LLC, ONLY | Case No.  2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>CHAPTER 11<br><br>**ORDER GRANTING DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WEISS AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR *NUNC PRO TUNC* TO MAY 16, 2019**<br><br>JUDGE:    HON. JULIA BRAND |

Upon the review and consideration of the Debtors' Application (the "Application")[1] for an

Order Authorizing and Approving the Employment and Retention of Brian Weiss ("Weiss") as Chief

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Application.

4822-7164-7639.5

Restructuring Officer of the Debtor *Nunc Pro Tunc* to May 16, 2019 pursuant to sections 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Declaration of Brian Weiss in Support Thereof; and the Stipulation Resolving Opposition of Official Committee of Unsecured Creditors to Debtors' Application for an Order Authorizing and Approving (I) Appointing Brian Weiss as Chief Restructuring Officer of the Debtors *Nunc Pro Tunc* to May 16, 2019 (the "Stipulation"); and the records, pleadings, and other documents on file in the case; the Court having found that notice of the Application was proper; the Court having considered the objections and other responses filed in connection with the Application; and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted in its entirety, subject to the terms of the Stipulation, which is approved and incorporated into this Order.

2.      The Debtors are authorized, *nunc pro tunc* to May 16, 2019, to employ and retain Weiss as Chief Restructuring Officer of the Debtors all pursuant to the terms set forth in the Application, and subject to the terms of the Stipulation.

3.      All compensation and reimbursement due to, and other rights of Weiss under the Application shall be treated and allowed as administrative expenses in accordance with section 503 of the Bankruptcy Code and shall be paid in accordance with the Application, as modified by the terms of the Stipulation.

4.      Notwithstanding anything contained in the Application or the Stipulation to the contrary, the Debtors, in consultation with Hillair, may terminate the engagement with Weiss at any time without notice if the Debtors determine that continuing with the Engagement could expose them to undue financial or reputational risk, or otherwise is no longer in the best interests of the estates, provided the Debtors shall provide the Committee with 5 days' advance notice of any such termination.

5.      Notwithstanding anything contained in the Application to the contrary:

a.      No party shall be indemnified for any losses in the event there is a judicial determination that such losses resulted primarily from that party's bad faith, gross negligence or willful

4822-7164-7639.5

misconduct.

      b.     The Debtors shall indemnify Weiss to this matter solely to the extent indemnification is provided for the Debtors' other officers and directors as provided for in the Debtors' corporate bylaws, under applicable state laws, and in the Debtors' existing insurance policies. The Debtors shall add Weiss to their existing insurance policies.

    6.     Monthly fee statements prepared by the CRO shall be filed with the Court and served upon the Committee, Hillair Capital Management, LLC, the United States Trustee, and all parties requesting notice by not later than fifteen (15) days following the end of the month for which fees are requested.  If no party objects to the CRO's monthly fee statement within 15 days, the statement shall be deemed approved and may be paid by the Debtors.

    7.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Date: July 12, 2019

Julia W. Brand
United States Bankruptcy Judge

4822-7164-7639.5

1  APPROVED AS TO FORM:

2

3  THE DEBTORS:

4  _____

5  By:    John A. Simon

6

7

8

9  OFFICE OF THE U.S. TRUSTEE

10  _____

11  By:

12

13  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

14  _____

15  By:    John-Patrick M. Fritz

16

17

18

19

20

21

22

23

24

25

26

27

28

4822-7164-7639.5

1  | APPROVED AS TO FORM:

2

3  | THE DEBTORS:

4  | _____

5  | By:

6

7

8

9  | OFFICE OF THE U.S. TRUSTEE

10 | _____

11 | By: Alvin Mar, Trial Atty

12

13 | THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

14 | _____

15 | By:   John-Patrick M. Fritz

16

17

18

19

20

21

22

23

24

25

26

27

28

4

APPROVED AS TO FORM:


THE DEBTORS:

_____

By:



OFFICE OF THE U.S. TRUSTEE

_____

By:


THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

_____

By: John-Patrick M. Fritz

4822-7164-7639.5

APPROVED AS TO FORM:

THE DEBTORS:

_____

By:    John A. Simon

OFFICE OF THE U.S. TRUSTEE

_____

By:

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

_____

By:    John-Patrick Fritz

4822-7164-7639.5