UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | | CHAPTER 11 (BUSINESS) | |
|---|---|---|---|
| Scoobeez | | Case Number: | 2:19-BK-14989-WB |
| | | | |
| | | Operating Report Number: | 2 |
| | Debtor(s) | For the Month Ending: | 6/1/2019 to 6/30/2019 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

| | | |
|---|---|---|
| BEGINNING BALANCE AS OF PETITION DATE | | 697,628 |
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 3,702,377 |
| 2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 2,901,892 |
| 3. BEGINNING BALANCE: | | 1,498,113 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 3,611,708 |
| Accounts Receivable - Pre-filing | | |
| General Sales | | |
| Other (Specify) | Refunds | 457 |
| **Other (Specify) | Voided Checks | 6,450 |

| | |
|---|---|
| TOTAL RECEIPTS THIS PERIOD: | 3,618,615 |
| 5. BALANCE: | 5,116,728 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 2,099,899 |
| Disbursements (from page 2) | 1,407,814 |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:*** | 3,507,714 |
| 7. ENDING BALANCE: | 1,609,014 |

8. General Account Number(s):        ******3680

DIP Operating & Operating (Legacy) Wells Fargo
3200 Foothill, Blvd.
Depository Name & Location:    La Crescenta, CA 91214

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale. Account ***4303 was closed 6/2/2019. At this time, the remaining $6,449.85 outstanding checks were voided.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | *** Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 06/01/2019 | 1108 | Garo Dekirmendjian | Rent | | 10,500 | 10,500 |
| 06/01/2019 | 1106 | Three Two Seven Family Management, LLC | Rent | | 2,335 | 2,335 |
| 06/01/2019 | 1107 | Trust 5025983, LLC | Rent | | 2,000 | 2,000 |
| 06/03/2019 | 1114 | Annie Yevrenian | Payroll | | 503 | 503 |
| 06/03/2019 | 1120 | AT&T Mobility | Phone | | 20,194 | 20,194 |
| 06/03/2019 | 1110 | Charter Spectrum - Ft Worth | Utility | | 180 | 180 |
| 06/03/2019 | 1119 | Cullum LBS Investments, LLC | Other | | 1,018 | 1,018 |
| 06/03/2019 | 1115 | Daniel Pelaez | Payroll | | 1,127 | 1,127 |
| 06/03/2019 | 1112 | Implicit Labs Inc | IT | | 14,200 | 14,200 |
| 06/03/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 06/03/2019 | Debit Card | Indeed | Recruitment | | 137 | 137 |
| 06/03/2019 | Wire | Innovative | Insurance | | 45,000 | 45,000 |
| 06/03/2019 | 1116 | Karen Soto Ridge | WC | | 2,500 | 2,500 |
| 06/03/2019 | Debit Card | LAZ Parking- Oakland | Other | | 35 | 35 |
| 06/03/2019 | 1113 | Maksim Naumov | Payroll | | 1,266 | 1,266 |
| 06/03/2019 | 1109 | Maria Estrada | Other | | 1,125 | 1,125 |
| 06/03/2019 | 1117 | Maria Soto | WC | | 3,975 | 3,975 |
| 06/03/2019 | 1111 | Spectrum San Antonio | Utility | | 335 | 335 |
| 06/03/2019 | 1118 | SuperVision | Other | | 284 | 284 |
| 06/03/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/03/2019 | Wire | Wells Fargo Bank | Tax | 217,000 | | 217,000 |
| 06/03/2019 | Wire | Wells Fargo Bank | Payroll | 812,899 | | 812,899 |
| 06/04/2019 | 1121 | Antonio Fernando Sandiford | Payroll | | 143 | 143 |
| 06/04/2019 | Debit Card | Indeed | Recruitment | | 507 | 507 |
| 06/04/2019 | Wire | PEX Holding | Fuel | | 40,000 | 40,000 |
| 06/04/2019 | 1122 | Ryan Elam | Travel | | 432 | 432 |
| 06/04/2019 | 1123 | Spectrum/La Crescenta | Utility | | 250 | 250 |
| 06/04/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/05/2019 | 1142 | AE Works Enterprises Inc. | Uniform | | 4,683 | 4,683 |
| 06/05/2019 | 1147 | AE Works Enterprises Inc. | Uniform | | 4,670 | 4,670 |
| 06/05/2019 | 1125 | Alexandra Gomez | Payroll | | 27 | 27 |
| 06/05/2019 | Debit Card | Amazon Prime on line | Office | | 247 | 247 |
| 06/05/2019 | 1145 | Anabel Salas | Payroll | | 119 | 119 |
| 06/05/2019 | 1136 | Booster Fuels, Inc. | Fuel | | 3,879 | 3,879 |
| 06/05/2019 | 1137 | Booster Fuels, Inc. | Fuel | | 4,463 | 4,463 |
| 06/05/2019 | 1138 | Booster Fuels, Inc. | Fuel | | 4,601 | 4,601 |
| 06/05/2019 | 1139 | Booster Fuels, Inc. | Fuel | | 6,148 | 6,148 |
| 06/05/2019 | 1140 | Booster Fuels, Inc. | Fuel | | 4,919 | 4,919 |
| 06/05/2019 | 1141 | Booster Fuels, Inc. | Fuel | | 2,818 | 2,818 |
| 06/05/2019 | 1124 | City of Dallas | Citation | | 100 | 100 |
| 06/05/2019 | 1143 | Confirm Biosciences | Other | | 1,669 | 1,669 |
| 06/05/2019 | Debit Card | Google Service | Other | | 1,883 | 1,883 |
| 06/05/2019 | Wire | Hillair Capital Management | Hillair | | 40,000 | 40,000 |
| 06/05/2019 | 1144 | Kathy Hicks (Expense) | Phone | | 210 | 210 |
| 06/05/2019 | 1146 | Marco A Mantilla Jr. | Payroll | | 1,506 | 1,506 |
| 06/05/2019 | 1126 | Robert Guerrero | Payroll | | 356 | 356 |
| 06/05/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/06/2019 | 1151 | Craig Sutphen | Payroll | | 27 | 27 |
| 06/06/2019 | Debit Card | Indeed | Recruitment | | 516 | 516 |
| 06/06/2019 | 1149 | Johnny Reyes | Payroll | | 27 | 27 |
| 06/06/2019 | 1148 | Malaquias Valdivia | Payroll | | 134 | 134 |
| 06/06/2019 | 1150 | Raymond Suarez | Payroll | | 369 | 369 |
| 06/07/2019 | 1153 | Arturo Estrada | Payroll | | 249 | 249 |
| 06/07/2019 | 1155 | Bradley Mister | Payroll | | 262 | 262 |
| 06/07/2019 | 1154 | Bryan Hernadez | Payroll | | 134 | 134 |
| 06/07/2019 | 1133 | Charles Johnson | Payroll | | 91 | 91 |
| 06/07/2019 | 1134 | Charles Johnson | Payroll | | 239 | 239 |
| 06/07/2019 | 1158 | City of Glendale Water & Power | Utility | | 815 | 815 |
| 06/07/2019 | 1159 | Confirm Biosciences | Other | | 2,478 | 2,478 |
| 06/07/2019 | 1127 | George Voskanian | Payroll | | 8,014 | 8,014 |

| Date | Num | Name | Category | Amount | Amount |
|---|---|---|---|---|---|
| 06/07/2019 | 1128 | George Voskanian | Payroll | 8,014 | 8,014 |
| 06/07/2019 | 1157 | Joel Renteria | Payroll | 396 | 396 |
| 06/07/2019 | 1152 | Johavu S Elias | Payroll | 27 | 27 |
| 06/07/2019 | 1132 | Marquis King-Smith | Payroll | 148 | 148 |
| 06/07/2019 | 1135 | Olamide Abesin | Payroll | 169 | 169 |
| 06/07/2019 | 1156 | Ricardo Munoz | Payroll | 58 | 58 |
| 06/07/2019 | 1129 | Scott Sheikh | Payroll | 8,014 | 8,014 |
| 06/07/2019 | 1130 | Scott Sheikh | Payroll | 8,014 | 8,014 |
| 06/09/2019 | 1160 | ADT SECURITY SYSTEMS, LLC | Utility | 129 | 129 |
| 06/09/2019 | 1161 | Athens Services | Utility | 174 | 174 |
| 06/09/2019 | 1162 | Spectrum/La Crescenta | Utility | 250 | 250 |
| 06/10/2019 | 1163 | Adrianna Gutierrez | Payroll | 262 | 262 |
| 06/10/2019 | 1173 | Booster Fuels, Inc. | Fuel | 3,542 | 3,542 |
| 06/10/2019 | 1174 | Booster Fuels, Inc. | Fuel | 5,698 | 5,698 |
| 06/10/2019 | 1175 | Booster Fuels, Inc. | Fuel | 4,992 | 4,992 |
| 06/10/2019 | 1176 | Booster Fuels, Inc. | Fuel | 5,875 | 5,875 |
| 06/10/2019 | 1177 | Booster Fuels, Inc. | Fuel | 3,551 | 3,551 |
| 06/10/2019 | 1170 | Brandan Glyenn | Payroll | 33 | 33 |
| 06/10/2019 | 1164 | Erron Gray | Payroll | 457 | 457 |
| 06/10/2019 | Debit Card | Indeed | Recruitment | 502 | 502 |
| 06/10/2019 | 1168 | Lekeya Elerby | Payroll | 920 | 920 |
| 06/10/2019 | 1165 | Michael Sanchez | Payroll | 271 | 271 |
| 06/10/2019 | 1172 | Nolan Giddens | Payroll | 454 | 454 |
| 06/10/2019 | Debit Card | Parking Concepts | Other | 8 | 8 |
| 06/10/2019 | Debit Card | Parking Concepts | Other | 35 | 35 |
| 06/10/2019 | 1167 | Paul Godley | Payroll | 128 | 128 |
| 06/10/2019 | Wire | PEX Holding | Fuel | 5,000 | 5,000 |
| 06/10/2019 | Wire | PEX Holding | Fuel | 40,000 | 40,000 |
| 06/10/2019 | 1169 | Randall Schaafs | Payroll | 190 | 190 |
| 06/10/2019 | 1171 | Sir James Crump | Payroll | 426 | 426 |
| 06/10/2019 | Debit Card | Swizznet | Dues | 214 | 214 |
| 06/10/2019 | Deduction | Wells Fargo Bank | bank fee | 30 | 30 |
| 06/10/2019 | Deduction | Wells Fargo Bank | bank fee | 30 | 30 |
| 06/11/2019 | Fraud | Allstate | Farud | 984 | 984 |
| 06/11/2019 | 1178 | First Insurance Funding | Insurance | 2,712 | 2,712 |
| 06/11/2019 | Debit Card | Indeed | Recruitment | 500 | 500 |
| 06/11/2019 | 1166 | Lonnie Malone | Payroll | 231 | 231 |
| 06/11/2019 | Debit Card | Nates Cell Phone | Other | 1,191 | 1,191 |
| 06/12/2019 | Debit Card | Amazon Prime on line | Office | 22 | 22 |
| 06/12/2019 | Fraud | Capital One | Farud | 471 | 471 |
| 06/12/2019 | 1185 | Christian Leon | Payroll | 435 | 435 |
| 06/12/2019 | 1180 | Cynthia Pastor | WC | 505 | 505 |
| 06/12/2019 | 1181 | Devon Rea | Payroll | 1,357 | 1,357 |
| 06/12/2019 | 1183 | Eric Salazar | Payroll | 516 | 516 |
| 06/12/2019 | Wire | Hillair Capital Management | Hillair | 40,000 | 40,000 |
| 06/12/2019 | Wire | Innovative | Insurance | 8,706 | 8,706 |
| 06/12/2019 | 1186 | Japree Patterson | Payroll | 224 | 224 |
| 06/12/2019 | Debit Card | Liquid Web LLC | Dues | 2,295 | 2,295 |
| 06/12/2019 | 1184 | Marcos Villafuerte | Payroll | 30 | 30 |
| 06/12/2019 | Deduction | Wells Fargo Bank | bank fee | 30 | 30 |
| 06/12/2019 | Deduction | Wells Fargo Bank | bank fee | 30 | 30 |
| 06/12/2019 | 1179 | William Taffet | Workers Comp. | 1,269 | 1,269 |
| 06/13/2019 | 1188 | Abdulaziz Torres | Payroll | 1,424 | 1,424 |
| 06/13/2019 | 1195 | Darnisha McGee | Payroll | 487 | 487 |
| 06/13/2019 | Debit Card | Indeed | Recruitment | 502 | 502 |
| 06/13/2019 | 1194 | Jason Tolbert | Payroll | 30 | 30 |
| 06/13/2019 | 1191 | Jerry Nguyen | Payroll | 753 | 753 |
| 06/13/2019 | 1193 | Joseph Jacinth | Payroll | 390 | 390 |
| 06/13/2019 | 1187 | Marco Briseno | Other | 400 | 400 |
| 06/13/2019 | 1190 | Peter Martinez | Payroll | 698 | 698 |
| 06/13/2019 | 1189 | Tram Pham | Payroll | 134 | 134 |
| 06/14/2019 | ACH | Accurate Background LLC | Background check | 16,650 | 16,650 |
| 06/14/2019 | 1199 | Adrian Perez | Payroll | 685 | 685 |
| 06/14/2019 | Debit Card | Amazon Prime on line | Office | 46 | 46 |

| Date | Num | Name | Type | | Amount | Amount |
|---|---|---|---|---|---|---|
| 06/14/2019 | 1197 | Arturo Meza | Payroll | | 543 | 543 |
| 06/14/2019 | 1203 | Arturo Meza | Payroll | | 687 | 687 |
| 06/14/2019 | 1201 | Christopher Hogan | Payroll | | 67 | 67 |
| 06/14/2019 | Wire | Combined Group Insurance Services Inc. | WC Insurance | | 7,997 | 7,997 |
| 06/14/2019 | 1198 | Daybreon Harris | Payroll | | 45 | 45 |
| 06/14/2019 | 1204 | DMV | Other | | 15 | 15 |
| 06/14/2019 | 1205 | Karen Soto Ridge | WC | | 2,595 | 2,595 |
| 06/14/2019 | 1202 | Stephen Berry | Payroll | | 876 | 876 |
| 06/14/2019 | 1200 | Terrence Commick | Payroll | | 409 | 409 |
| 06/14/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/17/2019 | 1207 | Daniel Dalexis | Payroll | | 30 | 30 |
| 06/17/2019 | Wire | Hertz Corporation | Vehicle | | 368,337 | 368,337 |
| 06/17/2019 | Debit Card | Indeed | Recruitment | | 500 | 500 |
| 06/17/2019 | 1209 | Juan Guerrero | Payroll | | 552 | 552 |
| 06/17/2019 | 1206 | Maria Estrada | Payroll | | 1,013 | 1,013 |
| 06/17/2019 | 1208 | Omar Martinez | Payroll | | 860 | 860 |
| 06/17/2019 | Wire | PEX Holding | Fuel | | 45,000 | 45,000 |
| 06/17/2019 | 1210 | Rafael Martinez | Payroll | | 532 | 532 |
| 06/17/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/17/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/18/2019 | 1216 | Aden Ghevondyan | Payroll | | 2,500 | 2,500 |
| 06/18/2019 | 1213 | Andres Munoz | Payroll | | 2,741 | 2,741 |
| 06/18/2019 | 1212 | Angela H Tagle | Payroll | | 213 | 213 |
| 06/18/2019 | Fraud | Capital One | Farud | | 400 | 400 |
| 06/18/2019 | 1222 | Christopher Key | Payroll | | 2,250 | 2,250 |
| 06/18/2019 | Debit Card | Harland Clarke | Other | | 147 | 147 |
| 06/18/2019 | Debit Card | Harland Clarke | Other | | 219 | 219 |
| 06/18/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 06/18/2019 | 1225 | Jowita Chomentowska | Payroll | | 2,170 | 2,170 |
| 06/18/2019 | 1226 | Juan Figueroa | Payroll | | 967 | 967 |
| 06/18/2019 | 1217 | Kathy Hicks | Payroll | | 1,750 | 1,750 |
| 06/18/2019 | 1229 | Kevin Smith | Payroll | | 931 | 931 |
| 06/18/2019 | 1220 | Michael Torosyan | Payroll | | 2,000 | 2,000 |
| 06/18/2019 | 1219 | Nicholas Solari | Payroll | | 2,600 | 2,600 |
| 06/18/2019 | 1182 | Oyehimeh Akene | Payroll | | 312 | 312 |
| 06/18/2019 | 1228 | Preston Brown | Payroll | | 775 | 775 |
| 06/18/2019 | 1215 | Saint Enterprises, LLC | Payroll | | 3,000 | 3,000 |
| 06/18/2019 | 1214 | Sixiang Zhao | Payroll | | 3,000 | 3,000 |
| 06/18/2019 | 1224 | Sixiang Zhao (Expense) | other | | 44 | 44 |
| 06/18/2019 | 1231 | Steve Zavala | Payroll | | 1,005 | 1,005 |
| 06/18/2019 | 1218 | Susanna Avetisian | Payroll | | 1,600 | 1,600 |
| 06/18/2019 | 1227 | Tavion C Trimble | Payroll | | 338 | 338 |
| 06/18/2019 | 1230 | Terry Thomas | Payroll | | 649 | 649 |
| 06/18/2019 | 1221 | Vache Carl Derderian | Payroll | | 1,750 | 1,750 |
| 06/18/2019 | 1223 | VLO Labs, Inc | Payroll | | 2,500 | 2,500 |
| 06/18/2019 | 1211 | Xavier Saavedra | Payroll | | 346 | 346 |
| 06/18/2019 | Wire | Wells Fargo Bank | Tax | 280,000 | | 280,000 |
| 06/18/2019 | Wire | Wells Fargo Bank | Payroll | 740,000 | | 740,000 |
| 06/19/2019 | 1232 | Anibal Eduardo Castillo | Car Wash | | 2,800 | 2,800 |
| 06/19/2019 | 1241 | Annie Yevrenian | Payroll | | 1,347 | 1,347 |
| 06/19/2019 | 1234 | Booster Fuels, Inc. | Fuel | | 5,932 | 5,932 |
| 06/19/2019 | 1235 | Booster Fuels, Inc. | Fuel | | 3,785 | 3,785 |
| 06/19/2019 | 1236 | Booster Fuels, Inc. | Fuel | | 4,623 | 4,623 |
| 06/19/2019 | 1237 | Booster Fuels, Inc. | Fuel | | 6,171 | 6,171 |
| 06/19/2019 | 1238 | Booster Fuels, Inc. | Fuel | | 4,594 | 4,594 |
| 06/19/2019 | 1242 | Bryan Hernandez | Payroll | | 1,028 | 1,028 |
| 06/19/2019 | 1233 | Crescenta Valley Water District | Utility | | 953 | 953 |
| 06/19/2019 | 1240 | Daniel Pelaez | Payroll | | 748 | 748 |
| 06/19/2019 | Debit Card | DSP Phones | Asset | | 2,004 | 2,004 |
| 06/19/2019 | Wire | Hillair Capital Management | Hillair | | 40,000 | 40,000 |
| 06/19/2019 | 1239 | Verizon | Phone | | 5,398 | 5,398 |
| 06/19/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/20/2019 | 1246 | Booster Fuels, Inc. | Fuel | | 6,864 | 6,864 |
| 06/20/2019 | 1247 | Booster Fuels, Inc. | Fuel | | 3,432 | 3,432 |

| Date | Ref | Payee | Category | Transfer | Amount | Total |
|---|---|---|---|---|---|---|
| 06/20/2019 | 1248 | Booster Fuels, Inc. | Fuel | | 4,466 | 4,466 |
| 06/20/2019 | 1249 | Booster Fuels, Inc. | Fuel | | 5,480 | 5,480 |
| 06/20/2019 | 1250 | Booster Fuels, Inc. | Fuel | | 3,412 | 3,412 |
| 06/20/2019 | 1251 | Booster Fuels, Inc. | Fuel | | 4,250 | 4,250 |
| 06/20/2019 | 1252 | Booster Fuels, Inc. | Fuel | | 5,152 | 5,152 |
| 06/20/2019 | 1253 | Booster Fuels, Inc. | Fuel | | 4,645 | 4,645 |
| 06/20/2019 | 1254 | Booster Fuels, Inc. | Fuel | | 4,150 | 4,150 |
| 06/20/2019 | 1245 | Geovanni Rochat | Payroll | | 116 | 116 |
| 06/20/2019 | Debit Card | Indeed | Recruitment | | 500 | 500 |
| 06/20/2019 | Wire | Innovative | Insurance | | 68,636 | 68,636 |
| 06/20/2019 | 1243 | Juan Cervantes | Payroll | | 30 | 30 |
| 06/20/2019 | Debit Card | Live Agent Recurring | Dues | | 568 | 568 |
| 06/20/2019 | 1244 | Urielle Arellano | Payroll | | 293 | 293 |
| 06/20/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/21/2019 | 1258 | Booster Fuels, Inc. | Fuel | | 3,931 | 3,931 |
| 06/21/2019 | 1259 | Booster Fuels, Inc. | Fuel | | 4,367 | 4,367 |
| 06/21/2019 | 1260 | Booster Fuels, Inc. | Fuel | | 5,621 | 5,621 |
| 06/21/2019 | 1261 | Booster Fuels, Inc. | Fuel | | 6,078 | 6,078 |
| 06/21/2019 | 1262 | Booster Fuels, Inc. | Fuel | | 5,178 | 5,178 |
| 06/21/2019 | 1256 | Maksim Naumov | Payroll | | 757 | 757 |
| 06/21/2019 | 1257 | Maksim Naumov | Payroll | | 250 | 250 |
| 06/21/2019 | 1255 | TMC Provider Group | Workers Comp. | | 528 | 528 |
| 06/24/2019 | 1263 | First Insurance Funding | Insurance | | 71,582 | 71,582 |
| 06/24/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 06/24/2019 | Debit Card | Nates Cell Phone | Other | | 2,244 | 2,244 |
| 06/24/2019 | Debit Card | Overstock | Other | | 748 | 748 |
| 06/24/2019 | Wire | PEX Holding | Fuel | | 45,000 | 45,000 |
| 06/24/2019 | Debit Card | SignNow | Other | | 180 | 180 |
| 06/24/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/25/2019 | Debit Card | Indeed | Recruitment | | 506 | 506 |
| 06/25/2019 | 1265 | Karen Soto Ridge | WC | | 2,500 | 2,500 |
| 06/25/2019 | 1267 | Karen Soto Ridge | WC | | 7,675 | 7,675 |
| 06/25/2019 | 1266 | Ready Refresh by Nestle | Other | | 153 | 153 |
| 06/25/2019 | 1268 | Ready Refresh by Nestle | Other | | 36 | 36 |
| 06/25/2019 | 1264 | SoCalGas | Utility | | 47 | 47 |
| 06/26/2019 | Debit Card | Amazon Prime on line | Office | | 58 | 58 |
| 06/26/2019 | Wire | Hertz Corporation | Vehicle | | 77,964 | 77,964 |
| 06/26/2019 | Wire | Hillair Capital Management | Hillair | | 40,000 | 40,000 |
| 06/26/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/26/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| 06/27/2019 | Debit Card | DSP Phones | Asset | | 2,662 | 2,662 |
| 06/27/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 06/27/2019 | Wire | Wells Fargo Bank | Payroll | 50,000 | | 50,000 |
| 06/28/2019 | Debit Card | Amazon Prime on line | Office | | 29 | 29 |
| 06/28/2019 | 1270 | Booster Fuels, Inc. | Fuel | | 4,269 | 4,269 |
| 06/28/2019 | 1271 | Booster Fuels, Inc. | Fuel | | 3,486 | 3,486 |
| 06/28/2019 | 1272 | Booster Fuels, Inc. | Fuel | | 5,537 | 5,537 |
| 06/28/2019 | 1273 | Booster Fuels, Inc. | Fuel | | 5,193 | 5,193 |
| 06/28/2019 | 1274 | Booster Fuels, Inc. | Fuel | | 2,406 | 2,406 |
| 06/28/2019 | 1275 | Booster Fuels, Inc. | Fuel | | 1,641 | 1,641 |
| 06/28/2019 | 1276 | Elite Mobile Detail | Car Wash | | 860 | 860 |
| 06/28/2019 | 1277 | Implicit Labs Inc | IT | | 14,200 | 14,200 |
| 06/28/2019 | 1278 | Parkway Commercial Realty | rent | | 3,412 | 3,412 |
| 06/28/2019 | Wire | PEX Holding | Fuel | | 5,000 | 5,000 |
| 06/28/2019 | 1269 | SuperVision | Other | | 289 | 289 |
| 06/28/2019 | Deduction | Wells Fargo Bank | bank fee | | 30 | 30 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 2,099,899 | 1,407,814 | 3,507,714 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

*** Payroll and Tax DIP account checks were not available during the period to make disbursements. DIP Wells Fargo Bank stated that these checks would be made available the week ending 6/21.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: ___6/30/2019___     Balance on Statement: ___1,653,339___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    0

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1003 | 05/15/2019 | 151 |
| 1008 | 05/20/2019 | 30 |
| 1024 | 05/21/2019 | 23 |
| 1029 | 05/21/2019 | 28 |
| 1045 | 05/24/2019 | 1,496 |
| 1074 | 05/29/2019 | 302 |
| 1117 | 06/03/2019 | 3,975 |
| 1151 | 06/06/2019 | 27 |
| 1186 | 06/12/2019 | 224 |
| 1187 | 06/13/2019 | 400 |
| 1212 | 06/18/2019 | 213 |
| 1265 | 06/25/2019 | 2,500 |
| 1266 | 06/25/2019 | 153 |
| 1267 | 06/25/2019 | 7,675 |
| 1268 | 06/25/2019 | 36 |
| 1269 | 06/28/2019 | 289 |
| 1270 | 06/28/2019 | 4,269 |
| 1271 | 06/28/2019 | 3,486 |
| 1272 | 06/28/2019 | 5,537 |
| 1273 | 06/28/2019 | 5,193 |
| 1274 | 06/28/2019 | 2,406 |
| 1275 | 06/28/2019 | 1,641 |
| 1276 | 06/28/2019 | 860 |
| 1278 | 06/28/2019 | 3,412 |

TOTAL OUTSTANDING CHECKS:                                    44,324

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    1,609,014

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 50 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 0 |
| 3.  BEGINNING BALANCE: | 50 |
| 4.  RECEIPTS DURING CURRENT PERIOD: (A)<br>      (Transfer from General Account) | 1,602,899 |
| 5.  BALANCE: | 1,602,949 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>      TOTAL DISBURSEMENTS THIS PERIOD:*** | 1,557,956 |
| 7.  ENDING BALANCE: | 44,993 |

8.    PAYROLL Account Number(s):                 ******8415

                                                                DIP Payroll Wells Fargo
                                                                3200 Foothill, Blvd.
        Depository Name & Location:               La Crescenta, CA 91214

(A)    Cash deposit made in person at branch to open DIP Payroll account. Not from DIP Operating account.

### TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 06/04/2019 | Wire | ADP | 20000 · Payroll | 749,741 |
| 06/04/2019 | Wire | Wells Fargo Bank | 60015 · Bank Charges | 30 |
| 06/19/2019 | Wire | ADP | 20000 · Payroll | 793,942 |
| 06/19/2019 | Deduction | Wells Fargo Bank | 60015 · Bank Charges | 30 |
| 06/20/2019 | 101 | Malik Cole | 50220 · DCH3 - CHI- Lisle-Direct Labor | 1,150 |
| 06/21/2019 | 102 | Darrius White | 50266 · DDA3 - Dallas - Direct Labor | 139 |
| 06/21/2019 | 103 | Bryan Avrey | 50401 · DPS1-Pasadena -Direct Labor | 144 |
| 06/24/2019 | 105 | Ulysses Rono | 50430 · DLA8 - Hawthrone - Direct Labor | 134 |
| 06/24/2019 | 106 | Robert R Melendez | 50415 · DLA3 - Commerce - Direct Labor | 413 |
| 06/24/2019 | 107 | Matthew Lemus | 50401 · DPS1-Pasadena -Direct Labor | 508 |
| 06/24/2019 | 108 | Treyvone Towns | 50401 · DPS1-Pasadena -Direct Labor | 143 |
| 06/24/2019 | 109 | Eduardo Orozco | 50415 · DLA3 - Commerce - Direct Labor | 249 |
| 06/25/2019 | 110 | William Taffet | 60175 · Workers Compensation | 723 |
| 06/25/2019 | 111 | Jacqueline Salazar | 60175 · Workers Compensation | 559 |
| 06/25/2019 | 112 | Devon Rea | 50266 · DDA3 - Dallas - Direct Labor | 868 |
| 06/25/2019 | 113 | Cynthia Pastor | 60175 · Workers Compensation | 863 |
| 06/25/2019 | 114 | Annie Yevrenian | 62000 · Corporate Payroll | 510 |
| 06/25/2019 | 115 | Kevin Boyd | 50430 · DLA8 - Hawthorne - Direct Labor | 312 |
| 06/25/2019 | Deduction | Harland Clarke | 60800 · Office Expenses | 294 |
| 06/25/2019 | 116 | Emmanuel Santos Macias | 50401 · DPS1-Pasadena -Direct Labor | 30 |
| 06/25/2019 | 118 | Marcus Stanford | 50206 · DCH1 - CHI- Alsip-Direct Labor | 223 |
| 06/25/2019 | 120 | Jerver Chanax | 50415 · DLA3 - Commerce - Direct Labor | 449 |
| 06/26/2019 | 122 | Corey P Hicks | 50401 · DPS1-Pasadena -Direct Labor | 30 |
| 06/26/2019 | 121 | Anthony Rodela | 50401 · DPS1-Pasadena -Direct Labor | 30 |
| 06/26/2019 | 123 | Treyvone Towns | 50401 · DPS1-Pasadena -Direct Labor | 137 |
| 06/27/2019 | 127 | Jowita Chomentowska | 62000 · Corporate Payroll | 4,339 |
| 06/27/2019 | 128 | Jowita Chomentowska | 60015 · Bank Charges | 35 |
| 06/27/2019 | Deduction | Wells Fargo Bank | 60015 · Bank Charges | 35 |
| 06/27/2019 | 124 | Andrew Munoz (DAU1) | 50250 · DAU1 - Austin - Direct Labor | 306 |
| 06/27/2019 | 125 | Muna Hawatmeh | 50445 · DLA9 - Irvine - Direct Labor | 30 |
| 06/27/2019 | 126 | Roshonna Flowers | 50445 · DLA9 - Irvine - Direct Labor | 397 |
| 06/28/2019 | 130 | Israel Castillo | 50401 · DPS1-Pasadena -Direct Labor | 370 |
| 06/28/2019 | 129 | Chenice Bridges | 50415 · DLA3 - Commerce - Direct Labor | 793 |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 1,557,956 |

*** Checks for the debtor in possession payroll account were not available until on or about 6/20/2019, at which point the debtor began using checks to make disbursements from this account.

PAYROLL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 6/30/2019 | Balance on Statement: | 48,703 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |

| TOTAL DEPOSITS IN TRANSIT | - |
|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 106 | 06/24/2019 | 413 |
| 107 | 06/24/2019 | 508 |
| 108 | 06/24/2019 | 143 |
| 109 | 06/24/2019 | 249 |
| 116 | 06/25/2019 | 30 |
| 118 | 06/25/2019 | 223 |
| 120 | 06/25/2019 | 449 |
| 121 | 06/26/2019 | 30 |
| 123 | 06/26/2019 | 137 |
| 124 | 06/27/2019 | 306 |
| 125 | 06/27/2019 | 30 |
| 126 | 06/27/2019 | 397 |
| 129 | 06/28/2019 | 793 |

| TOTAL OUTSTANDING CHECKS: | 3,710 |
|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | 44,993 |
|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I.  CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 50 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | - |
| 3.  BEGINNING BALANCE: | 50 |
| 4.  RECEIPTS DURING CURRENT PERIOD: (A)<br>     (Transfer from General Account) | 497,000 |
| 5.  BALANCE: | 497,050 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>     TOTAL DISBURSEMENTS THIS PERIOD:*** | 494,664 |
| 7.  ENDING BALANCE: | 2,386 |

8.  TAX Account Number(s):           ******8399

Depository Name & Location:

DIP Taxes Wells Fargo
3200 Foothill, Blvd.
La Crescenta, CA 91214

(A)  Cash deposit made in person at branch to open DIP Tax account. Not from DIP Operating account.

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 06/04/2019 | Wire | ADP | 20000 · Payroll Tax | 216,387 |
| 06/04/2019 | Deductions | Wells Fargo Bank | 60015 · Bank Charges | 30 |
| 06/19/2019 | Wire | ADP | 20000 · Payroll Tax | 278,216 |
| 06/19/2019 | Deductions | Wells Fargo Bank | 60015 · Bank Charges | 30 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 494,664 |

*** Checks for the debtor in possession tax account were not available until on or about 6/20/2019, at which point the debtor began using checks to make disbursements from this account.

TAX ACCOUNT

BANK RECONCILIATION

Bank statement Date: _____6/30/2019_____    Balance on Statement: _____2,386

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                        | 0 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |

TOTAL OUTSTANDING CHECKS:                                        | 0 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                                        | 2,386 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---:|
| General Account: | 1,609,014 |
| Payroll Account: | 44,993 |
| Tax Account: | 2,386 |

*Other Accounts:

*Other Monies:

**Petty Cash (from below): 0

TOTAL CASH AVAILABLE: 1,656,393

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
|  |  |  |
|  |  |  |

TOTAL PETTY CASH TRANSACTIONS: 0

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due | |
|---|---|---|---|---|---|
| Hillair Capital | Weekly | 40,000 | 0 | 0 | |
| Bentley Financial Services | Monthly | 2,236 | 2 | 4,472 | |
| Motorcars West/The Auto Gallery | Monthly | 2,178 | 2 | 4,356 | |
| Calstar Motors, Inc. | Monthly | 2,714 | 2 | 5,429 | |
| Parkway Commercial Realty | Monthly | 3,412 | 0 | 0 | |
| Three Two Seven Family Mmgt LLC | Monthly | 2,335 | 0 | 0 | |
| Trust 5025983 LLC | Monthly | 2,000 | 0 | 0 | |
| Bulldog Commercial Real Estate | Monthly | 10,500 | 0 | 0 | |
| ExtraSpaceStorage | Monthly | 140 | 0 | 0 | |
| The Hertz Corporation | Bi-Monthly | 446,302 | 2 | 183,684 | (1) |
| Lockton Companies, LLC | Monthly | 71,022 | 0 | 0 | |
| GTR Source LLC | Monthly | 27,663 | 2 | 55,326 | |
| Hop Capital | Monthly | 37,978 | 2 | 75,957 | |
| Chrome Capital | Unknown | 350,000 | Unknown | 350,000 | (2) |
| WG Fund | Monthly | 2,722 | 2 | 5,444 | |
| Influx Capital LLC | Monthly | 3,427 | 2 | 6,855 | |
| NexGen Capital, LLC | Monthly | 28,210 | 2 | 56,419 | |
| | | | | TOTAL DUE: | 747,940 |

(1) Historically, the total monthly amount due and owing Hertz, which fluctuates depending on van usage, was split into two (2) payments (roughly 85%/15%).

(2) Based upon the limited settlement documentation relating to Chrome Capital that the debtors are in possession of, it appears that the total settlement amount was $350K, of which none was paid (although it is unclear whether and when any settlement payments were or are due, given the lack of settlement documentation in this regard).

III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:   0.00
Total Wages Paid:   2,049,895.20

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | |
| State Withholding | 0.00 | 0.00 | |
| FICA- Employer's Share | 0.00 | 0.00 | |
| FICA- Employee's Share | 0.00 | 0.00 | |
| Federal Unemployment | 0.00 | 0.00 | |
| Sales and Use | 0.00 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

### IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| Current | 378,258 | - | 4,877,679 |
| 1 - 30 days | 4,648 | - | 3,136 |
| 31 - 60 days | 46,239 | - | - |
| 61 - 90 days | - | 381,058 | - |
| 91 - 120 days | - | - | - |
| Over 120 days | - | - | - |
| TOTAL: | 429,145 | 381,058 | 4,880,815 |

### V. INSURANCE COVERAGE

|  | Type | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|---|
|  | General Liability | Lockton Insurance Brokers, LLC | $300k to $1M | 1/1/2020 | 7/1/2019 |
|  | Worker's Compensation | Innovative (CA/IL) | No limit, w $10k deductible | 10/1/2019 | 6/30/2019 |
|  | Worker's Compensation | Self Insured in Texas | Self Insured | Monthly | 7/31/2019 |
|  | Vehicle | Hertz | $0-300K | 1/1/2020 | 7/1/2019 |
| Others: | Umbrella | First Insurance Funding | $1M | 9/15/2019 | 7/15/2019 |
|  |  |  |  |  |  |

### VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
|  |  |  |  |  | - |
|  |  |  |  |  | - |
|  |  |  |  |  | - |
|  |  |  |  |  | - |
|  |  | - |  | - | - |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| George Voskanian | 6/12/2019 | $25,000 / Month | 50,000 |
| Scott Sheikh | 6/12/2019 | $25,000 / Month | 50,000 |
| | | | |
| | | | |

VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | | 6/1/2019 through 6/30/2019 | 4/30/2019 through 5/31/2019 | Adjustments | Cumulative Post-Petition |
|---|---|---|---|---|---|
| **Sales/Revenue:** | | | | | |
| Gross Sales/Revenue | | 4,080,203 | 4,044,653 | | 8,124,856 |
| Less: Returns/Discounts | | | | | 0 |
| | Net Sales/Revenue | 4,080,203 | 4,044,653 | 0 | 8,124,856 |
| | | | | | |
| **Cost of Goods Sold:** | | | | | |
| Beginning Inventory at cost | | | | | 0 |
| Purchases | | | | | 0 |
| Less: Ending Inventory at cost | | | | | 0 |
| | Cost of Goods Sold (COGS) | 0 | 0 | 0 | 0 |
| | | | | | |
| **Gross Profit** | | 4,080,203 | 4,044,653 | 0 | 8,124,856 |
| | | | | | |
| Other Operating Income (Itemize) | | | | | |
| | | | | | |
| **Operating Expenses:** | | | | | |
| Payroll - Insiders | | 55,000 | 55,000 | | 110,000 |
| Payroll - Other Employees | | 1,999,895 | 2,257,316 | | 4,257,211 |
| Payroll Taxes | | 185,231 | 206,064 | | 391,296 |
| Other Franchise Tax and Filing Fees (Itemize) | | 6,647 | | | 6,647 |
| Depreciation and Amortization | | 32,701 | | | 32,701 |
| Rent Expense - Real Property | | 18,246 | 18,246 | | 36,492 |
| Lease Expense - Personal Property | | | | | 0 |
| Insurance | | 215,810 | 189,118 | | 404,928 |
| Real Property Taxes | | | | | 0 |
| Telephone and Utilities | | 33,397 | 31,519 | | 64,916 |
| Repairs and Maintenance | | 765 | 400 | | 1,165 |
| Travel and Entertainment (Itemize) | | 5,650 | 255 | | 5,904 |
| Miscellaneous Operating Expenses (Itemize) | | 784,430 | 861,599 | | 1,646,028 |
| | Total Operating Expenses | 3,337,773 | 3,619,516 | 0 | 6,957,289 |
| | Net Gain/(Loss) from Operations | 742,431 | 425,137 | 0 | 1,167,567 |
| | | | | | |
| **Non-Operating Income:** | | | | | |
| Interest Income | | 0 | 19 | | 19 |
| Net Gain on Sale of Assets (Itemize) | | 0 | 0 | | 0 |
| Other (Itemize) | | 0 | 0 | | 0 |
| | Total Non-Operating income | 0 | 19 | 0 | 19 |
| | | | | | |
| **Non-Operating Expenses:** | | | | | |
| Interest Expense | | | | | |
| Legal and Professional (Itemize) | | | | | |
| Debtor Counsel | | 200,000 | 350,000 | 0 | 550,000 |
| Debtor CRO | | 20,000 | 20,000 | 0 | 40,000 |
| Debtor Advisor | | 60,000 | 60,200 | (200) | 120,000 |
| Board of Directors | | 5,000 | 0 | 5,000 | 10,000 |
| Secured Lender Counsel | | 80,000 | 140,000 | 0 | 220,000 |
| Committee Counsel | | 40,000 | 18,750 | 1,250 | 60,000 |
| Committee Professionals | | 50,000 | 12,500 | 37,500 | 100,000 |
| Investment Banker | | 66,000 | 0 | 0 | 66,000 |
| Other (Itemize) | | 0 | 0 | 0 | 0 |
| | Total Non-Operating Expenses | 521,000 | 601,450 (1) | 43,550 | 1,166,000 |
| | | | | | |
| **NET INCOME/(LOSS)** | | 221,431 | (176,295) | (43,550) | 1,586 |
| | | | | | |
| Itemized Miscellaneous Operating Expenses | | | | | |
| Fuel Expense | | 306,388 | 386,575 | | 692,963 |
| Vehicle Expense | | 416,688 | 291,109 | | 707,797 |
| Employment Counsel | | 0 | 100,000 | (100,000) (2) | 0 |
| Office Supplies | | 7,818 | 20,198 | | 28,015 |
| Driver Background Check | | 16,939 | 18,681 | | 35,621 |
| Dues and Subscriptions | | 4,960 | 0 | | 4,960 |
| Car Wash | | 3,660 | 11,367 | | 15,027 |
| Citation | | 290 | 5,925 | | 6,215 |
| Accidents | | 340 | 4,147 | | 4,487 |
| Bank Charges | | 670 | 2,942 | | 3,612 |
| Recruitment Expenses | | 6,176 | 0 | | 6,176 |
| IT Expenses | | 16,200 | 0 | | 16,200 |
| Other misc. OpEx | | 4,300 | 20,656 | | 24,956 |
| | Total | 784,430 | 861,599 | (100,000) | 1,546,028 |

(1) The identified amounts are estimates based upon discussions with the Debtors' professionals, Committee counsel and counsel for Hillair, as applicable, and are subject to various orders, including but not limited to orders governing the use of cash collateral and orders approving the employment of the various professionals identified.

(2) A payment made to the Debtor('s') employment counsel prior to the Petition Date was inadvertently included in the Debtor('s') Profit and Loss Statement for the period of 6/1/19 through 6/30/19, which was included in the May monthly operating report(s), so it is being adjusted herein to reflect the actual timing of the payment.

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | | |
|---|---|---|---|
| Current Assets: | | | |
| Unrestricted Cash | 1,656,393 | | |
| Restricted Cash | 0 | | |
| Accounts Receivable | 5,261,873 | | |
| Inventory | 0 | | |
| Notes Receivable | 0 | | |
| Prepaid Expenses | 157,995 | (1) | |
| Other (Itemize) | | | |
| Total Current Assets | | | 7,076,262 |
| | | | |
| Property, Plant, and Equipment | 1,029,610 | | |
| Accumulated Depreciation/Depletion | (184,012) | | |
| Net Property, Plant, and Equipment | | | 845,598 |
| | | | |
| Other Assets (Net of Amortization): | | | |
| Due from Insiders | 1,815,528 | (2) | |
| Other (Itemize) | 262,033 | (3) | |
| Total Other Assets | | | 2,077,560 |
| | | | |
| TOTAL ASSETS | | | 9,999,420 |
| | | | |
| LIABILITIES | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable | 429,145 | (4) | |
| Taxes Payable | 0 | | |
| Notes Payable | 0 | | |
| Professional fees | 1,166,000 | | |
| Secured Debt | 0 | | |
| Accrued Payroll | 1,100,454 | | |
| Other (Itemize) | (280,000) | (5) | |
| Total Post-petition Liabilities | | | 2,415,599 |
| | | | |
| Pre-petition Liabilities: | | | |
| Hillair Notes Payable due to Scoobeez Global | 11,153,098 | (5) | |
| Priority Liabilities | | | |
| Unsecured Liabilities | 24,803,826 | (6) | |
| Other (Itemize) | | | |
| Total Pre-petition Liabilities | | | 35,956,924 |
| | | | |
| TOTAL LIABILITIES | | | 38,372,522 |
| | | | |
| EQUITY: | | | |
| Pre-petition Owners' Equity | (20,275,829) | | |
| Post-petition Profit/(Loss) | 1,586 | | |
| Direct Charges to Equity | (8,098,859) | | |
| TOTAL EQUITY | | | (28,373,102) |
| | | | |
| TOTAL LIABILITIES & EQUITY | | | 9,999,420 |

(1) Includes deposits for fuel in the approximate amounts of $105K and $39K for Fleetcor and Pex, respectively. The remaining amount is comprised of a combination of rental security deposits and insurance deposits.

(2) The amount "Due from Insiders" continues to be reviewed and this figure will be updated as necessary and appropriate based upon that review.

(3) Of this amount $173K is a receivable due from the Internal Revenue Service for excessive payroll tax withholding for the months of March and April 2019. The balance of this amount reflects primarily potential funds to be recovered from various merchant cash entities.

(4) Payroll payable ($1.1MM), Hertz ($356K), Booster ($19), AT&T Mobility ($20K), and various other accounts payable ($33K).

(5) Since the petition date the Debtor has paid $280K to Hillair Capital Management pursuant to certain cash collateral stipulations and orders, and said funds shall be applied in a manner consistent therewith.

(6) The Pre-Petition Unsecured Liabilities include the balance due and owing Avitus as reflected in the Debtor(s)' pre-petition balance sheet(s) ($15,971,408) (the "Avitus Debt"). Although this figure is disputed by the Debtor(s), and inconsistent with the figure(s) included in the schedules filed by the Debtors (which the Debtors believe to be a more accurate estimate of the amount actually due and owing Avitus), this figure is included herein in order to maintain consistency with the Debtor(s)' previous balance sheet(s). The CRO continues to evaluate the true nature and amount of the Avitus Debt and will update it as necessary and appropriate. In addition, this figure includes $8,098,859 due and owing a number of merchant cash advance entities pursuant to a global settlement by and among the Debtor and Scoobeez Global, on the one hand, and a number of merchant cash entities on the other hand.

## XI. QUESTIONNAIRE

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | | |
| | | X | _____ |

| | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | | |
| | | X | _____ |

3. State what progress was made during the reporting period toward filing a plan of reorganization

**On or about June 6, 2019, the Court entered an order authorizing the Debtor(s) to retain Brian Weiss of Force 10 Partners as their chief restructuring officer (the "CRO").  Since this date, the CRO has continued to work diligently with the Debtors and the Debtor(s) professionals towards the exit strategy most likely to maximize the value of the estates' assets, and thus the distributions to be made to creditors holding allowed claims.**

4. Describe potential future developments which may have a significant impact on the case:
**See response to question #3.  In addition, the deadline for the Official Committee of Unsecured Creditors (the "Committee") to challenge the nature, extent, scope, amount and/or enforceability of any and all claim(s) asserted by and/or lien(s) purportedly in favor of Hillair Capital Management is July 24, 2019, and the Committee has indicated their intent to do so on or before that date by way of adversary proceeding and/or contested matter.**

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | _____ |

/s/ George Voskanian

I,    George Voskanian, CFO/Co-CEO

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Ashley M. McDow (245114)
**FOLEY & LARDNER LLP**
555 S. Flower St., Suite 3300
Los Angeles, CA  90071
Telephone:    213.972.4500
Facsimile:    213.486.0065
Email:        amcdow@foley.com

and

John A. Simon (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
Telephone:    313.234.7100
Facsimile:    313.234.2800
Email:        jsimon@foley.com


Attorneys for Debtors and Debtors-in-Possession,
Scoobeez, Scoobeez Global, Inc., and Scoobur, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ, *et al.*[1]<br><br>       Debtors and Debtors in<br>       Possession.<br><br>Affects:<br><br>□ All Debtors<br><br>■ Scoobeez, ONLY<br><br>□ Scoobeez Global, Inc., ONLY<br><br>□ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING SCOOBEEZ'S JUNE 2019 MONTHLY OPERATING REPORT** |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

Scoobeez, as debtor and debtor in possession ("**Scoobeez**") is filing its June 2019 Monthly Operating Report in accordance with the United States Trustee Guidelines for the Bankruptcy Court for the Central District of California. These Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Scoobeez's June 2019 Monthly Operating Report (the "**Global Notes**") relate to the Scoobeez June 2019 Monthly Operating Report (the "**MOR**") and are in addition to any specific notes contained in the MOR.

**These Global Notes comprise an integral part of the MOR and should be referred to and considered in connection with any review of the MOR. The MOR and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of Scoobeez.**

The MOR was prepared by George Voskanian, Scoobeez's Chief Financial Officer and Co-Chief Executive Officer ("**Voskanian**"), with the assistance of Scoobeez's advisors. Although Voskanian has made reasonable efforts to ensure that MOR is accurate and complete based upon information that was available at the time of preparation, subsequent information or discovery thereof may result in material changes to MOR, and inadvertent errors or omissions may exist. Moreover, the MOR contains unaudited information, which is subject to further review and potential adjustment.

The MOR has been signed by Voskanian. In reviewing and signing the MOR, Voskanian necessarily relied upon the efforts, statements, and representations of Scoobeez's other personnel and professionals.

Scoobeez and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

**GLOBAL NOTES PERTAINING TO MOR**

1.      **General Reservation of Rights:** Scoobeez reserves all rights to amend the MOR from time to time, in any and all respects, as may be necessary or appropriate. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.      **Global Notes Control**.  These Global Notes pertain to and comprise an integral part of the MOR and should be referenced in connection with any review thereof.  In the event that the MOR conflict with these Global Notes, these Global Notes shall control.

3.      **Reservations and Limitations**.  Reasonable efforts have been made to prepare and file a complete and accurate MOR; however, as noted above, inadvertent errors and omissions may exist.  Scoobeez reserves all rights to amend and supplement the MOR as may be necessary or appropriate.  Nothing contained in the MOR constitutes a waiver of Scoobeez's rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of Scoobeez against any third party or issues involving substantive consolidation, recharacterization, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4.      **No Admission**.  Nothing contained in the MOR is intended or should be construed as an admission or stipulation of the validity of any claim against Scoobeez, the secured status of any claim against Scoobeez, the nature of any contract, including whether such contract is executory, or a waiver of Scoobeez's rights to dispute any claim, the status of any contract, or to assert any cause of action or defense against any party. Furthermore, nothing in the MOR constitutes an admission by Scoobeez of the legal rights of any vendor, claimant, or contract counterparty, or nothing in the MOR constitutes a waiver of Scoobeez's rights to recharacterize or reclassify such claim or contract.

5.     **Financial Information.** The financial and tax information contained in the MOR continues to be reviewed by Scoobeez and its professionals and will be amended or updated as necessary and appropriate.  Historically, based upon the relationship amongst the Debtors, certain financial obligations and results of the operating entity (Scoobeez) may have beeen reported or reflected in the financials of the parent company (Scoobeez Global).  For instance, solely by way of example, the Debtors have filed consolidated tax returns.

6.     **Insiders**.  In the circumstances where the MOR requires information regarding "insiders," Scoobeez has included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods.  Such individuals may no longer serve in such capacities.  The listing of a party as an insider for purposes of the MOR is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the MOR may not be used for the purposes of determining control of Scoobeez, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over Scoobeez, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose. Payments listed as being made to insiders in the MOR continue to be reviewed by Scoobeez and its professionals and will be amended or updated as necessary and appropriate.