Scoobeez
3463 Foothill Blvd.
Glendale, CA 91214


Ashley M. McDow
Foley & Lardner LLP
555 S. Flower Street
Suite 3300
Los Angeles, CA 90071-2411


Accurate Background
7515 Irvine Center Drive
Irvine, CA 92618


ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


AE Works Enterprises, Inc.
PO Box 4016
Chatsworth, CA 91313


Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco, CA 94133


Amazon
1516 Second Avenue
Seattle, WA 98101


Amazon Logistics, Inc.
Attn: General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon Web Services Inc.
440 Terry Ave N
Seattle, WA 98109


Ameriprise Financial
55 Ameriprise Financial Ctr.
Minneapolis, MN 55474


App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004


Arturo Vega and Unta Key
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego, CA 92101


Asana
1550 Bryant Street, Suite 800
San Francisco, CA 94103


AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017


Athens Services
14048 E. Valley Blvd.
La Puente, CA 91746


Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719

Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403


B-One Construction
104 E. Propsect Avenue
Burbank, CA 91502


BB&T Securities LLC
901 E. Byrd St.
Riverfront Plaza, West Tower
Richmond, VA 23219


BBS Securities, Inc.
4100 Yonge Street
Suite 507
Toronto, ON M2P 2B5 CANADA


Bentley Financial Services
Customer Service
One Porsche Drive
Atlanta, GA 30354


Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park, IL 60707


BMW Financial Services NA, LLC
Bankruptcy Servicer
AIS Portfolio Servcies, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118


BNY Mellon
240 Greenwich Street
New York, NY 10286

Booster Fuels
11 N. Ellsworth Avenue
San Mateo, CA 94403


California Franchise Tax Board
Franchise Tax Board Bankr. Section
PO Box 2952, MS:A-340
Sacramento, CA 95812-2952


Calstar Motors, Inc.
700 S. Brand Blvd.
Glendale, CA 91204


Camilla Alexander
Rental Insurance Service, Inc.
PO Box 10760
Gilbert, AZ 85233


Charles Schwab & Co., Inc.
211 Main Street
San Francisco, CA 94105


CIBC World Markets Inc.
161 Bay Street
Brookfield Place
Toronto, ON M5J2S8 CANADA


Citation Department
Attn: Leslie Yang
14002 East 21st St, #1500
Tulsa, OK 74134


Citibank CGMI
388 Greenwich Street
New York, NY 10013

City of Chicago
Department of Finance
PO Box 88292
Chicago, IL 60680


City of Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206


City of Los Angeles
Parking Violations Bureau
PO Box 30420
Los Angeles, CA 90030


Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta, CA 91214


CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203


Damage Recovery (EAN)
PO Box 843369
Kansas City, MO 64184


Davenport & Company LLC
One James Center
900 E. Cary Street, Suite 1100
Richmond, VA 23219


De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale, CA 91203

Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero, FL 33928


DMV
PO Box 825339
Sacramento, CA 94232


Dr. Johnathan Nissanoff
Advanced Orthopedic Center, Inc.
15525 Pomerado Rd., Ste. E6
Poway, CA 92064


DSP Online Order
5825 Southwest Arctic Drive
Beaverton, OR 97005


E*Trade Securities LLC
1271 Avenue of the Americas
14th Floor
New York, NY 10020-1302


Earl Jones
7441 Candleridge Circle
Fort Worth, TX 76133


Edvin Amzayan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Edvin Yegiyan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Emil Davtyan
Davtyan Professional Law Corp.
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367


Employment Development Department
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215


Enterprise Holdings, Inc.
600 Corporate Park Drive
Saint Louis, MO 63105


ExtraSpaceStorage
2244 S. Western Avenue
Chicago, IL 60608


Fed Ex
942 South Shady Grove Road
Memphis, TN 38120


First Advantage
1 Concourse Parkway NE
Suite 200
Atlanta, GA 30328


First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917


Fleetwash Inc.
26 Law Drive
Fairfield, NJ 07004

Gallik, Bremer & Molloy, PC
PO Box 70
Bozeman, MT 59771


Garo and Aroussiak Dekirmendjian
c/o Bulldog Commercial Real Estate
Attn: John Raudsep, President
3634 Woodcliff
Sherman Oaks, CA 91403


Gemini Duplication, Inc.
6020 W. Oaks Blvd., Ste. 301
Lincoln, CA 95648


Global Results Communications
201 East Sandpointe Avenue
Suite 650
Santa Ana, CA 92707


Google/G Suite Software
1600 Amphitheatre Parkway
Mountain View, CA 94043


Graham S.P. Hollis
Graham Hollis APC
3555 Fifth Avenue, Suite 200
San Diego, CA 92103


Grigori Sedrakyan
1127 Sonora Ave.
Glendale, CA 91201


GTR Source LLC
1006 Monmouth Ave
Lakewood, NJ 08701

Haleh Shekarchian Beverly Hills
9440 Santa Monica Blvd.
Suite 707
Beverly Hills, CA 90210


Halo Branded Solutions
1500 Halo Way
Sterling, IL 61081


Hertz Corporation
14501 Quail Springs Parkway
Oklahoma City, OK 73134


Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010


HOAG Memorial Hospital Presbyterian
1 Hoag Drive
Newport Beach, CA 92663


Hop Capital
323 Sunny Isles Blvd., Suite 501
Sunny Isles Beach, FL 33160


Imran Firoz
c/o Brent Finch
Brent Finch Law
27200 Agoura Rd., Ste. 102
Agoura Hills, CA 91301


Indeed, Inc.
6433 Champion Grandview Way
Building 1
Austin, TX 78750

Influx Capital LLC
1049 Helen Avenue
Santa Clara, CA 95051


Internal Revenue Service
Centalized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jacob Lee DeGough
c/o Glenn Law Firm
1017 William D. Tate Ave.
Suite 100
Grapevine, TX 76051


Japeth Williams
209 W. Central Ave., Apt. D
Monrovia, CA 91016


Jassim M. Addal
c/o Law Office of Arash Alizadeh
7545 Irvine Center Drive
Suite 200
Irvine, CA 92618


Kenneth Burrell
8901 Calden Ave., Apt. 401
South Gate, CA 90280


Kirk Davis
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


Law Office of Todd M. Friedman, PC
333 Skokie Blvd., #103
Northbrook, IL 60062

Liquid Web Inc.
2703 Ena Drive
Lansing, MI 48917


LiveAgent
c/o Quality Unit, LLC
616 Corporate Way, Suite 2-3278
Valley Cottage, NY 10989


Lockton Companies, LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017


Lois Craig
1708 S. Alma St.
San Pedro, CA 90731


LPL Financial
75 State Street, 22nd Floor
Boston, MA 02109


Lynn Riley
c/o Clancy & Diaz, LLP
3645 Grand Avenue, Suite 306
Oakland, CA 94610


Mail Chimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Ave. NE
Suite 5000
Atlanta, GA 30308


Maria Salgado
c/o Nicholas J. Tsakas, Esq.
4267 Marina City Drive
Suite 512
Marina Del Rey, CA 90292

Marwan Griffin
c/o Aegis Law Firm, PC
9811 Irvine Center Drive
Suite 100
Irvine, CA 92618


Massinissa Bechout, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Mercedes-Benz Fin. Serv. USA LLC
c/o The Corporation Trust Company
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801


Merrill Lynch
200 Park Ave., 13th Floor
New York, NY 10166


Minas Sarafian
c/o Simonian & Simonian, PLC
144 N. Glendale Ave., #228
Glendale, CA 91206


Mostafa Joharifard
1651 E. Edinger Ave.
Suite 100
Santa Ana, CA 92705


Motorcars West/The Auto Gallery
21301 Ventura Blvd.
Woodland Hills, CA 91364


National Bank Financial
1155 Metcalfe Street, 5th Floor
Montreal, QC H3B 4S9 CANADA

National Financial Services LLC
640 Fifth Avenue
New York, NY 10019


Nazareth Ohanessian
1328 Doverwood Drive
Glendale, CA 91207


Newport Urgent Care
1000 Bristol St. North
Suite 1B
Newport Beach, CA 92660


NexGen Capital, LLC
c/o David Neale
Levene Neale Bender
10250 Constellation Blvd., #1700
Los Angeles, CA 90067


Novel Coworking
c/o GABA Guerrini Law
8583 Irvine Center Drive
Suite 500
Irvine, CA 92618


Office of the Director
Department of Motor Vehicles
2415 1st Avenue, MS: F101
Sacramento, CA 95818-2606


OrthoKinetix
1835 Chicago Avenue
Suite A
Riverside, CA 92507


P I Financial Corp.
666 Burrard Street
Suite 1900
Vancouver, BC V6C 3N1 Canada

Parkway Commercial Realty
Attn: Laurence & Patricia Cesander
2485 E. Southlake Blvd.
Southlake, TX 76092


Pershing LLC
One Pershing Plaza
10th Floor
Jersey City, NJ 07399


Peter Rosenthal Irrevocable Trust
dated 10/31/2012
3450 N. Verdugo Rd.
Glendale, CA 91208


Pex Cards
462 7th Avenue
21st Floor
New York, NY 10018


Premier Business Bank
700 S. Flower Street, #2000
Los Angeles, CA 90017


Prince Uko, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102


Queen Funding LLC
2221 NE 164 ST
North Miami Beach, FL 33160


Questrade Inc.
5650 Yonge Street
Suite 1700
Toronto, ON M2M 4G3 CANADA

Quickbooks
c/o Intuit Inc.
2700 Coast Avenue
Mountain View, CA 94043


Raef Lawson
8601 Lincoln Blvd.
Ste. 180-276
Los Angeles, CA 90045


Rafael Nendel - Flores
c/o LeClairRyan
725 S. Figueroa Street
Suite 350
Los Angeles, CA 90017


Raymond James & Associates Inc.
880 Carillon Parkway
Saint Petersburg, FL 33716


RBC Dominion Securities Inc.
1922 Wyandotte Street E
Windsor, ON 4*Y 1E4 CANADA


RBC Wealth Management
675 E. Sun Valley Rd.
Suite 1100
Ketchum, ID 83340


Ready Refresh
4400 S. Kolmar Ave.
Chicago, IL 60632


Ready Refresh (Foothill Location)
4400 S. Kolmar Ave.
Chicago, IL 60632

Ring Central
20 Davis Drive
Belmont, CA 94002


Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd.
Suite 800
Los Angeles, CA 90017


Salvador Rivas
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


Scoobeez Global, Inc.
3463 Foothill Blvd.
La Crescenta, CA 91214


Scoobeez Global, Inc.
3463 Foothill Blvd.
Glendale, CA 91214


Scoobeez LV, LLC


Scoobeez SD, LLC
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


Scoobeez SF, LLC
2550 S. Decatur Blvd.
Las Vegas, NV 89102

Scoobeez, SF LLC
1000 North Green Valley Parkway
Suite 440-477
Henderson, NV 89074


Scoobur LLC
3463 Foothill Blvd.
Glendale, CA 91214


Scotia Capital, Inc.
40 King Street West, Scotia Plaza
PO Box 4085, Station A
Toronto, ON M5W 2X6 CANADA


Sean McNair
c/o Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212


Shahan Ohanessian
1328 Doverwood Drive
Glendale, CA 91207


Shane R. Heskin
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395


Shoushana (Suzy) Ohanessian
1328 Doverwood Drive
Glendale, CA 91207


Shoushana (Suzy) Ohanessian
1328 Dover Wood Drive
Glendale, CA 91207

Southern California Gas Company
PO Box 1626
Monterey Park, CA 91754-8626


Spectrum (San Antonio)
Time Warner Cable
PO Box 60074
City of Industry, CA 91716


Spectrum Business
c/o Charter Communications
PO Box 790261
Saint Louis, MO 63179


Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin, TX 78701


Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017


SuperVision
PO Box 21636
Saint Paul, MN 55121


Swizznet
6075 California Avenue SW
Seattle, WA 98136


T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124

Texas Department of Insurance
Dividion of Workers' Compensation
7551 Metro Center Drive, Suite 100
Austin, TX 78744


The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 06096


Three Two Seven Family Mmgt LLC
PO Box 120040
San Antonio, TX 78212


Trust 5025983 LLC
Series 1400 N. Cicero
c/o Nelson Hill - Emily Rasan
1111 S. Western Avenue
Chicago, IL 60612


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


Upstream Capital Investments, LLC
c/o Hemming & Associates, P.C.
2522 Chambers Road, Suite 105
Tustin, CA 92780


US Bank
800 Nicollet Mall
Minneapolis, MN 55402


US Securities and Exchange Commissi
Attn: Bankruptcy Counsel
444 S. Flower St., Suite 900
Los Angeles, CA 90071-9591

```
USPS
475 Lenfant Plaza SW
Washington, DC 20260


Vanguard Brokerage Services
400 Devon Park Drive
Nashville, TN 37219


Verizon
PO Box 489
Newark, NJ 07101-0489


Waller Lansden Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219-8966


Wells Fargo Clearing Services LLC
One North Jefferson
Saint Louis, MO 63103


WG Fund LLC
1734 8th Avenue
Suite PH
Brooklyn, NY 11215


White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
```

Scoobeez Global, Inc.
3463 Foothill Blvd.
Glendale, CA 91214


Ashley M. McDow
Foley & Lardner LLP
555 S. Flower Street
Suite 3300
Los Angeles, CA 90071-2411


App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004


Arturo Vega and Unta Key
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego, CA 92101


Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719


GTR Source LLC
1006 Monmouth Ave
Lakewood, NJ 08701


Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010


Hop Capital
323 Sunny Isles Blvd., Suite 501
Sunny Isles Beach, FL 33160

Imran Firoz
c/o Brent Finch
Brent Finch Law
27200 Agoura Rd., Ste. 102
Agoura Hills, CA 91301


Influx Capital LLC
1049 Helen Avenue
Santa Clara, CA 95051


Kirk Davis
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


NexGen Capital, LLC
c/o David Neale
Levene Neale Bender
10250 Constellation Blvd., #1700
Los Angeles, CA 90067


Queen Funding LLC
2221 NE 164 ST
North Miami Beach, FL 33160


Salvador Rivas
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


Scoobeez
3463 Foothill Blvd.
Glendale, CA 91214


Scoobeez NV, LLC
1000 North Green Valley Parkway
Suite 440-477
Henderson, NV 89074

Scoobeez SD, LLC
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101


Scoobur LLC
3463 Foothill Blvd.
Glendale, CA 91214


Shahan Ohanessian
1328 Doverwood Drive
Glendale, CA 91207


Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017


Waller Lansden Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219-8966


WG Fund LLC
1734 8th Avenue
Suite PH
Brooklyn, NY 11215

Scoobur LLC
3463 Foothill Blvd.
Glendale, CA 91214


Ashley M. McDow
Foley & Lardner LLP
555 S. Flower Street
Suite 3300
Los Angeles, CA 90071-2411


Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010


Scoobeez
3463 Foothill Blvd.
Glendale, CA 91214


Scoobeez Global, Inc.
3463 Foothill Blvd.
Glendale, CA 91214


Scoobeez, Inc.
3463 Foothill Blvd.
Glendale, CA 91214


Steven M. Spector
BUCHALTER, A Professional Corp.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017


T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124