UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Scoobeez | Case Number: | 2:19-BK-14989-WB |
| | Operating Report Number: | 3 |
| Debtor(s) | For the Month Ending: | 7/1/2019 to 7/31/2019 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

| | | |
|---|---|---|
| BEGINNING BALANCE AS OF PETITION DATE | | 697,628 |
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 7,320,992 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 6,409,606 |
| 3. BEGINNING BALANCE: | | 1,609,014 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | | |
|---|---|---|---|
| Accounts Receivable - Post-filing | | 4,772,029 | |
| Accounts Receivable - Pre-filing | | | |
| General Sales | | | |
| Other (Specify) | Fuel refund | 6,812 | |
| | Fraud refund (Wells Fargo) | 871 | |
| | Transfer from payroll account | 20,000 | |
| | Recruiting refund (Indeed) | 5 | |
| Other (Specify) | Voided Checks | 0 | |
| TOTAL RECEIPTS THIS PERIOD: | | | 4,799,717 |
| 5. BALANCE: | | | 6,408,731 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 2,206,395 | |
| Disbursements (from page 2) | 1,585,371 | |
| TOTAL DISBURSEMENTS THIS PERIOD:** | | 3,791,766 |
| 7. ENDING BALANCE: | | 2,616,965 |

8. General Account Number(s):　　******3680

Depository Name & Location:　　DIP Operating & Operating (Legacy) Wells Fargo
3200 Foothill, Blvd.
La Crescenta, CA 91214

\* All receipts must be deposited into the general account.

\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 07/01/2019 | Wire | PEX Holding | Fuel | | 45,000 | 45,000 |
| 07/01/2019 | 1280 | Shoushana Ohanessian-expense account | Travel | | 16,810 | 16,810 |
| 07/01/2019 | 1282 | Garo Dekirmendjian | Rent | | 10,500 | 10,500 |
| 07/01/2019 | 1281 | Three Two Seven Family Management, LLC | Rent | | 2,335 | 2,335 |
| 07/01/2019 | 1283 | Maria Estrada | Office expense | | 1,125 | 1,125 |
| 07/01/2019 | Debit Card | Indeed | Recruitment | | 506 | 506 |
| 07/01/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 07/01/2019 | Debit Card | Amazon Prime on line | Office expense | | 456 | 456 |
| 07/01/2019 | Deduction | Wells Fargo Bank | Bank fee | | 30 | 30 |
| 07/01/2019 | Debit Card | Parking Concepts | Travel | | 10 | 10 |
| 07/02/2019 | Wire | Wells Fargo Bank | Payroll | 844,630 | | 844,630 |
| 07/02/2019 | Wire | Wells Fargo Bank | Tax | 275,190 | | 275,190 |
| 07/02/2019 | 1285 | AE Works Enterprises Inc. | Office expense | | 7,217 | 7,217 |
| 07/02/2019 | 1286 | Ring Central Inc. | Utility | | 4,103 | 4,103 |
| 07/02/2019 | 1287 | Devino Group | IT Expense | | 2,000 | 2,000 |
| 07/02/2019 | Debit Card | Indeed | Recruitment | | 471 | 471 |
| 07/02/2019 | 1288 | Foothill Plumbing | Utility | | 365 | 365 |
| 07/02/2019 | 1284 | George Voskanian (Expense) | Travel | | 53 | 53 |
| 07/03/2019 | Wire | Innovative | Insurance | | 64,130 | 64,130 |
| 07/03/2019 | Wire | Hertz Corporation | Vehicle | | 40,142 | 40,142 |
| 07/03/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | | 40,000 | 40,000 |
| 07/03/2019 | Wire | Combined Group Insurance Services Inc | Insurance | | 7,997 | 7,997 |
| 07/03/2019 | Debit Card | Halo Branded Solution | Uniform | | 3,666 | 3,666 |
| 07/03/2019 | 1289 | Saint Enterprises, LLC | Office expense | | 3,000 | 3,000 |
| 07/03/2019 | Debit Card | Halo Branded Solution | Uniform | | 2,641 | 2,641 |
| 07/03/2019 | 1292 | VLO Labs, Inc | IT Expense | | 2,500 | 2,500 |
| 07/03/2019 | Debit Card | Halo Branded Solution | Uniform | | 2,252 | 2,252 |
| 07/03/2019 | 1291 | RMNT LLC | IT Expense | | 2,000 | 2,000 |
| 07/03/2019 | 1290 | Kathy Hicks | Office expense | | 1,750 | 1,750 |
| 07/03/2019 | Debit Card | Halo Branded Solution | Uniform | | 928 | 928 |
| 07/03/2019 | Debit Card | Halo Branded Solution | Uniform | | 918 | 918 |
| 07/03/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 07/03/2019 | 1293 | Brad Arave | Accident / Toll / Citation | | 177 | 177 |
| 07/03/2019 | Deduction | Wells Fargo Bank | Bank fee | | 30 | 30 |
| 07/03/2019 | Deduction | Wells Fargo Bank | Bank fee | | 30 | 30 |
| 07/03/2019 | Deduction | Wells Fargo Bank | Bank fee | | 30 | 30 |
| 07/05/2019 | 1299 | Booster Fuels, Inc. | Fuel | | 5,200 | 5,200 |
| 07/05/2019 | 1296 | Booster Fuels, Inc. | Fuel | | 4,992 | 4,992 |
| 07/05/2019 | 1298 | Booster Fuels, Inc. | Fuel | | 4,152 | 4,152 |
| 07/05/2019 | 1300 | Booster Fuels, Inc. | Fuel | | 3,986 | 3,986 |
| 07/05/2019 | 1297 | Booster Fuels, Inc. | Fuel | | 3,595 | 3,595 |
| 07/05/2019 | Debit Card | Nates Cell Phone | Phones | | 3,329 | 3,329 |
| 07/05/2019 | 1294 | Christopher Key | Payroll | | 1,530 | 1,530 |
| 07/05/2019 | 1295 | Booster Fuels, Inc. | Fuel | | 1,488 | 1,488 |
| 07/05/2019 | 1302 | City of Glendale Water & Power | Utility | | 949 | 949 |
| 07/05/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 07/05/2019 | 1303 | Spectrum San Antonio | Utility | | 324 | 324 |
| 07/05/2019 | 1301 | Charter Spectrum - Ft Worth | Utility | | 180 | 180 |
| 07/05/2019 | Debit Card | Amazon Prime on line | Office expense | | 24 | 24 |
| 07/05/2019 | Debit Card | Amazon Prime on line | Office expense | | 24 | 24 |
| 07/08/2019 | Wire | PEX Holding | Fuel | | 40,000 | 40,000 |
| 07/08/2019 | ACH | Accurate Background LLC | Recruitment | | 17,924 | 17,924 |
| 07/08/2019 | Debit Card | Indeed | Recruitment | | 503 | 503 |
| 07/08/2019 | 1304 | Marco Briseno | Office expense | | 400 | 400 |
| 07/08/2019 | Debit Card | Swizznet | Dues & Subscriptions | | 189 | 189 |
| 07/08/2019 | Deduction | Wells Fargo Bank | Bank fee | | 30 | 30 |
| 07/09/2019 | 1305 | First Insurance Funding | Insurance | | 2,712 | 2,712 |
| 07/09/2019 | Debit Card | Amazon Prime on line | Office expense | | 209 | 209 |
| 07/10/2019 | Wire | Hertz Corporation | Vehicle | | 75,638 | 75,638 |
| 07/10/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | | 40,000 | 40,000 |
| 07/10/2019 | Debit Card | Indeed | Office expense | | 515 | 515 |
| 07/10/2019 | Deduction | Wells Fargo Bank | Bank fee | | 30 | 30 |
| 07/10/2019 | Deduction | Wells Fargo Bank | Bank fee | | 30 | 30 |
| 07/11/2019 | 1306 | AT&T Mobility | Phones | | 20,326 | 20,326 |
| 07/11/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 07/11/2019 | Debit Card | Amazon Prime on line | Office expense | | 418 | 418 |
| 07/11/2019 | 1307 | Los Angeles County Tax Collector | Rent | | 363 | 363 |
| 07/11/2019 | Debit Card | Amazon Prime on line | Office expense | | 285 | 285 |
| 07/11/2019 | 1309 | Spectrum/La Crescenta | Utility | | 271 | 271 |
| 07/11/2019 | 1310 | Athens Services | Utility | | 174 | 174 |

| Date | Ref | Payee | Category | Amount | Amount |
|---|---|---|---|---:|---:|
| 07/11/2019 | Debit Card | Amazon Prime on line | Office expense | 159 | 159 |
| 07/11/2019 | 1311 | Sixiang Zhao (Expense) | Office expense | 30 | 30 |
| 07/11/2019 | Debit Card | USPS | Office expense | 1 | 1 |
| 07/11/2019 | Debit Card | USPS | Office expense | 1 | 1 |
| 07/12/2019 | 1316 | Booster Fuels, Inc. | Fuel | 5,392 | 5,392 |
| 07/12/2019 | 1314 | Booster Fuels, Inc. | Fuel | 4,872 | 4,872 |
| 07/12/2019 | 1317 | Booster Fuels, Inc. | Fuel | 4,342 | 4,342 |
| 07/12/2019 | 1313 | Booster Fuels, Inc. | Fuel | 3,814 | 3,814 |
| 07/12/2019 | 1315 | Booster Fuels, Inc. | Fuel | 3,231 | 3,231 |
| 07/12/2019 | 1318 | Confirm Biosciences | Dues & Subscriptions | 1,645 | 1,645 |
| 07/12/2019 | 1312 | Booster Fuels, Inc. | Fuel | 931 | 931 |
| 07/12/2019 | Debit Card | Amazon Prime on line | Office expense | 549 | 549 |
| 07/15/2019 | Wire | PEX Holding | Fuel | 45,000 | 45,000 |
| 07/15/2019 | 1321 | DW Harrow & Assoc LLC | BK Related Fees | 2,500 | 2,500 |
| 07/15/2019 | Debit Card | Liquid Web LLC | Dues & Subscriptions | 2,382 | 2,382 |
| 07/15/2019 | 1319 | Maria Estrada | Office expense | 1,120 | 1,120 |
| 07/15/2019 | Debit Card | Indeed | Recruitment | 503 | 503 |
| 07/15/2019 | Debit Card | Amazon Prime on line | Office expense | 64 | 64 |
| 07/15/2019 | Wire | Hertz Corporation | Vehicle | 36 | 36 |
| 07/15/2019 | Wire | Hertz Corporation | Vehicle | 36 | 36 |
| 07/15/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/16/2019 | 1323 | Saint Enterprises, LLC | Office expense | 3,000 | 3,000 |
| 07/16/2019 | 1322 | Christopher Key | Payroll | 2,250 | 2,250 |
| 07/16/2019 | Debit Card | Indeed | Recruitment | 506 | 506 |
| 07/16/2019 | Debit Card | Amazon Prime on line | Office expense | 164 | 164 |
| 07/17/2019 | Wire | Wells Fargo Bank | Payroll | 824,591 | 824,591 |
| 07/17/2019 | Wire | Wells Fargo Bank | Tax | 261,984 | 261,984 |
| 07/17/2019 | Wire | Innovative | Insurance | 65,033 | 65,033 |
| 07/17/2019 | Wire | Hertz Corporation | Vehicle | 49,647 | 49,647 |
| 07/17/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | 40,000 | 40,000 |
| 07/17/2019 | 1324 | Verizon | Phones | 5,085 | 5,085 |
| 07/17/2019 | 1327 | Grobstein Teeple, LLP | BK Related Fees | 2,500 | 2,500 |
| 07/17/2019 | 1326 | Kathy Hicks | Office expense | 1,750 | 1,750 |
| 07/17/2019 | 1328 | A+ Detailing | Van wash | 300 | 300 |
| 07/17/2019 | Debit Card | Amazon Prime on line | Office expense | 192 | 192 |
| 07/17/2019 | 1325 | George Voskanian (Expense) | Travel | 53 | 53 |
| 07/17/2019 | Debit Card | Amazon Prime on line | Office expense | 47 | 47 |
| 07/17/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/17/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/17/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/18/2019 | 1334 | Booster Fuels, Inc. | Fuel | 6,091 | 6,091 |
| 07/18/2019 | 1335 | Booster Fuels, Inc. | Fuel | 5,447 | 5,447 |
| 07/18/2019 | 1336 | Booster Fuels, Inc. | Fuel | 4,303 | 4,303 |
| 07/18/2019 | 1337 | Booster Fuels, Inc. | Fuel | 4,019 | 4,019 |
| 07/18/2019 | 1338 | Booster Fuels, Inc. | Fuel | 3,624 | 3,624 |
| 07/18/2019 | 1333 | Booster Fuels, Inc. | Fuel | 3,474 | 3,474 |
| 07/18/2019 | 1331 | VLO Labs, Inc | IT Expense | 2,500 | 2,500 |
| 07/18/2019 | 1330 | RMNT LLC | IT Expense | 2,000 | 2,000 |
| 07/18/2019 | 1332 | Tic Tax Mobile Wash LLC | Van wash | 508 | 508 |
| 07/18/2019 | Debit Card | Indeed | Recruitment | 500 | 500 |
| 07/18/2019 | 1339 | City of Los Angeles | Accident / Toll / Citation | 93 | 93 |
| 07/18/2019 | 1329 | George Voskanian (Expense) | Meals and Entertainment | 63 | 63 |
| 07/19/2019 | Debit Card | Newport Urgent Care Inc | Insurance | 400 | 400 |
| 07/19/2019 | 1340 | Nicholas Solari (expense) | Office expense | 124 | 124 |
| 07/22/2019 | 1343 | United States Trustee | UST Fees | 64,096 | 64,096 |
| 07/22/2019 | Wire | PEX Holding | Fuel | 45,000 | 45,000 |
| 07/22/2019 | Debit Card | Indeed | Recruitment | 506 | 506 |
| 07/22/2019 | Debit Card | Indeed | Recruitment | 502 | 502 |
| 07/22/2019 | 1344 | Scoobeez Global, Inc. | UST Fees | 325 | 325 |
| 07/22/2019 | 1345 | Scoobur | UST Fees | 325 | 325 |
| 07/22/2019 | Debit Card | Amazon Prime on line | Office expense | 171 | 171 |
| 07/22/2019 | 1341 | Ready Refresh by Nestle | Office expense | 142 | 142 |
| 07/22/2019 | 1342 | Ready Refresh by Nestle | Office expense | 31 | 31 |
| 07/22/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/22/2019 | Debit Card | Dropbox | Dues & Subscriptions | 20 | 20 |
| 07/22/2019 | Debit Card | USPS | Office expense | 7 | 7 |
| 07/22/2019 | Debit Card | USPS | Office expense | 7 | 7 |
| 07/22/2019 | Debit Card | USPS | Office expense | 7 | 7 |
| 07/23/2019 | Debit Card | SignNow | Office expense | 180 | 180 |
| 07/23/2019 | Debit Card | Amazon Prime on line | Office expense | 9 | 9 |
| 07/24/2019 | Wire | Hertz Corporation | Vehicle | 237,866 | 237,866 |
| 07/24/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | 40,000 | 40,000 |
| 07/24/2019 | Debit Card | Indeed | Recruitment | 503 | 503 |
| 07/24/2019 | Debit Card | N/A - Chicago | Accident / Toll / Citation | 174 | 174 |

| Date | Ref | Payee | Category | Amount | Amount |
|---|---|---|---|---:|---:|
| 07/24/2019 | Debit Card | Amazon Prime on line | Office expense | 70 | 70 |
| 07/24/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/24/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/25/2019 | 1350 | First Insurance Funding | Insurance | 71,582 | 71,582 |
| 07/25/2019 | 1352 | Karen Soto Ridge | Insurance | 5,000 | 5,000 |
| 07/25/2019 | 1351 | Maria Soto | Insurance | 3,253 | 3,253 |
| 07/25/2019 | Debit Card | Live Agent Recurring | Dues & Subscriptions | 579 | 579 |
| 07/25/2019 | Debit Card | Indeed | Recruitment | 506 | 506 |
| 07/25/2019 | 1349 | Marco Briseno | Office expense | 400 | 400 |
| 07/25/2019 | Debit Card | Amazon Prime on line | Office expense | 303 | 303 |
| 07/25/2019 | 1353 | City of Chicago | Accident / Toll / Citation | 150 | 150 |
| 07/25/2019 | Debit Card | N/A - Chicago | Accident / Toll / Citation | 100 | 100 |
| 07/25/2019 | 1347 | Nicholas Solari (expense) | Office expense | 76 | 76 |
| 07/25/2019 | Debit Card | Amazon Prime on line | Office expense | 66 | 66 |
| 07/25/2019 | 1346 | George Voskanian (Expense) | Travel | 65 | 65 |
| 07/25/2019 | 1348 | Nicholas Solari (expense) | Office expense | 51 | 51 |
| 07/25/2019 | Debit Card | N/A - Chicago | Accident / Toll / Citation | 2 | 2 |
| 07/26/2019 | 1354 | Force 10 Partners | BK Related Fees | 20,000 | 20,000 |
| 07/26/2019 | 1357 | Booster Fuels, Inc. | Fuel | 6,461 | 6,461 |
| 07/26/2019 | 1356 | Booster Fuels, Inc. | Fuel | 6,231 | 6,231 |
| 07/26/2019 | Wire | ADP | Payroll | 4,537 | 4,537 |
| 07/26/2019 | 1359 | Booster Fuels, Inc. | Fuel | 4,461 | 4,461 |
| 07/26/2019 | 1358 | Booster Fuels, Inc. | Fuel | 4,409 | 4,409 |
| 07/26/2019 | 1360 | Booster Fuels, Inc. | Fuel | 4,347 | 4,347 |
| 07/26/2019 | Wire | ADP | Payroll | 3,818 | 3,818 |
| 07/26/2019 | 1355 | Booster Fuels, Inc. | Fuel | 3,245 | 3,245 |
| 07/26/2019 | 1361 | City of Glendale Water & Power | Utility | 319 | 319 |
| 07/26/2019 | 1362 | SoCalGas | Utility | 18 | 18 |
| 07/26/2019 | Debit Card | Amazon Prime on line | Office expense | 11 | 11 |
| 07/26/2019 | Wire | ADP | Payroll | 0 | 0 |
| 07/29/2019 | Wire | Innovative | Insurance | 63,683 | 63,683 |
| 07/29/2019 | Wire | PEX Holding | Fuel | 45,000 | 45,000 |
| 07/29/2019 | Debit Card | Liquid Web LLC | Dues & Subscriptions | 2,375 | 2,375 |
| 07/29/2019 | Debit Card | Indeed | Recruitment | 504 | 504 |
| 07/29/2019 | Debit Card | Indeed | Recruitment | 501 | 501 |
| 07/29/2019 | Debit Card | Society of Human Resources | Office expense | 209 | 209 |
| 07/29/2019 | Debit Card | Amazon Prime on line | Office expense | 203 | 203 |
| 07/29/2019 | Debit Card | Twilio | IT Expense | 100 | 100 |
| 07/29/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/29/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/30/2019 | Debit Card | DSP Phones | Phones | 3,967 | 3,967 |
| 07/30/2019 | Debit Card | Indeed | Recruitment | 501 | 501 |
| 07/30/2019 | Debit Card | Amazon Prime on line | Office expense | 282 | 282 |
| 07/31/2019 | Wire | Hertz Corporation | Vehicle | 81,738 | 81,738 |
| 07/31/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | 40,000 | 40,000 |
| 07/31/2019 | 1375 | Booster Fuels, Inc. | Fuel | 6,321 | 6,321 |
| 07/31/2019 | 1377 | Booster Fuels, Inc. | Fuel | 5,957 | 5,957 |
| 07/31/2019 | 1372 | Booster Fuels, Inc. | Fuel | 4,790 | 4,790 |
| 07/31/2019 | 1374 | Booster Fuels, Inc. | Fuel | 4,724 | 4,724 |
| 07/31/2019 | 1369 | Ring Central Inc. | Utility | 4,229 | 4,229 |
| 07/31/2019 | 1373 | Booster Fuels, Inc. | Fuel | 4,177 | 4,177 |
| 07/31/2019 | 1376 | Booster Fuels, Inc. | Fuel | 3,457 | 3,457 |
| 07/31/2019 | Debit Card | Halo Branded Solution | Uniform | 2,448 | 2,448 |
| 07/31/2019 | Debit Card | Google Service | Dues & Subscriptions | 1,983 | 1,983 |
| 07/31/2019 | 1364 | Maria Estrada | Office expense | 1,106 | 1,106 |
| 07/31/2019 | 1371 | Andres Munoz (Expense Account) | Travel | 811 | 811 |
| 07/31/2019 | Debit Card | Indeed | Recruitment | 503 | 503 |
| 07/31/2019 | 1370 | SuperVision | Recruitment | 233 | 233 |
| 07/31/2019 | 1368 | Michael  Saint | Office expense | 49 | 49 |
| 07/31/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/31/2019 | Deduction | Wells Fargo Bank | Bank fee | 30 | 30 |
| 07/31/2019 | 1365 | Sixiang Zhao (Expense) | Office expense | 15 | 15 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 2,206,395   1,585,371 | 3,791,766 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | | | |
|---|---|---|---|---|
| Bank statement Date: | 7/31/2019 | Balance on Statement: | | 2,668,189 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | 0 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1003 | 05/15/2019 | 151 |
| 1008 | 05/20/2019 | 30 |
| 1024 | 05/21/2019 | 23 |
| 1029 | 05/21/2019 | 28 |
| 1045 | 05/24/2019 | 1,496 |
| 1074 | 05/29/2019 | 302 |
| 1151 | 06/06/2019 | 27 |
| 1186 | 06/12/2019 | 224 |
| 1287 | 07/02/2019 | 2,000 |
| 1327 | 07/17/2019 | 2,500 |
| 1351 | 07/25/2019 | 3,253 |
| 1352 | 07/25/2019 | 5,000 |
| 1361 | 07/26/2019 | 319 |
| 1364 | 07/31/2019 | 1,106 |
| 1365 | 07/31/2019 | 15 |
| 1368 | 07/31/2019 | 49 |
| 1369 | 07/31/2019 | 4,229 |
| 1370 | 07/31/2019 | 233 |
| 1371 | 07/31/2019 | 811 |
| 1372 | 07/31/2019 | 4,790 |
| 1373 | 07/31/2019 | 4,177 |
| 1374 | 07/31/2019 | 4,724 |
| 1375 | 07/31/2019 | 6,321 |
| 1376 | 07/31/2019 | 3,457 |
| 1377 | 07/31/2019 | 5,957 |

| | |
|---|---|
| TOTAL OUTSTANDING CHECKS: | 51,224 |

Bank statement Adjustments:
Explanation of Adjustments-

| |
|---|
| |

| | |
|---|---|
| ADJUSTED BANK BALANCE: | 2,616,965 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

| | |
|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 1,602,949 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 1,557,956 |
| 3. BEGINNING BALANCE: | 44,993 |
| 4. RECEIPTS DURING CURRENT PERIOD:<br>(Transfer from General Account) | 1,669,221 |
| 5. BALANCE: | 1,714,214 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>TOTAL DISBURSEMENTS THIS PERIOD:*** | 1,692,623 |
| 7. ENDING BALANCE: | 21,591 |

8. PAYROLL Account Number(s):    ******8415

Depository Name & Location:    DIP Payroll Wells Fargo
3200 Foothill, Blvd.
La Crescenta, CA 91214

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 07/01/2019 | 134 | Vannessa R Provencio | Final check 0616-06302019 | 801 |
| 07/01/2019 | 135 | Irving Mendoza | Final check 0616-06302019 | 356 |
| 07/01/2019 | 132 | Mario Richey | Final check 0616-06302019 | 315 |
| 07/01/2019 | 133 | Paul Mora | Final check 0616-06302019 | 30 |
| 07/02/2019 | Transfer | Wells Fargo Bank | Transfer to DIP Operating account | 20,000 |
| 07/02/2019 | 141 | Aldo Villarreal | Final check 0616-06302019 | 682 |
| 07/02/2019 | 143 | Daniel Pelaez | Fees for the period 0616-06302019 -35.48 hou | 582 |
| 07/02/2019 | 139 | Priscilla Vargas | Final check 0616-06302019 | 304 |
| 07/02/2019 | 140 | Kevin Lewis | Final check 0616-06302019 | 134 |
| 07/02/2019 | 136 | Jonathan Aleman | Final check 0616-06302019 | 30 |
| 07/02/2019 | 137 | Jermani Dotson | Final check 0616-06302019 | 30 |
| 07/02/2019 | 142 | Kareem Mitchell | Final check 0616-06302019 | 30 |
| 07/02/2019 | 138 | Aaron Garcia | Final check 0616-06302019 | 30 |
| 07/03/2019 | Wire | ADP | Payroll | 811,136 |
| 07/03/2019 | 145 | Winston Johnson | Final check 0601-06152019 | 583 |
| 07/03/2019 | 144 | Luke Hall | Final check 0516-05292019 | 302 |
| 07/03/2019 | Deduction | Wells Fargo Bank | WT Fee | 30 |
| 07/05/2019 | 147 | Nicholas Solari | Fees for the period 6/16 to 6/30/19 | 2,375 |
| 07/08/2019 | 149 | Janbek Yildirim | 0616-06302019 | 663 |
| 07/08/2019 | 148 | Leonel Vergara | Final check 0701-07082019 | 143 |
| 07/09/2019 | 154 | Mark Anthony Ramos | Final check 0701-07082019 | 580 |
| 07/09/2019 | 150 | Ricardo Alvarez | Final check 0701-07082019 | 526 |
| 07/09/2019 | 159 | Alexis Urbina | 0616-06302019 | 491 |
| 07/09/2019 | 151 | Ruben Silva | Final check 0701-07082019 | 249 |
| 07/09/2019 | 158 | Rosean Jamerson | 0616-06302019 | 238 |
| 07/09/2019 | 152 | Jonathan Giron Orozco | Final check 0701-07082019 | 226 |
| 07/09/2019 | 153 | Regine Conwright | Final check 0701-07082019 | 134 |
| 07/09/2019 | 156 | Kaliah Robinson | Final check 0701-07082019 | 32 |
| 07/09/2019 | 155 | Laura Campuzano | Final check 0701-07082019 | 32 |
| 07/10/2019 | 160 | Johnny Valle | Final check 0701-07152019 | 330 |
| 07/11/2019 | 163 | Michael McNichols | Final check 0701-07102019 | 882 |
| 07/11/2019 | 161 | Andrew R Wilson | Final check 0701-07102019 | 495 |
| 07/11/2019 | 162 | Felix Romero | Final check 0701-07102019 | 381 |
| 07/11/2019 | 165 | Dakota Jackson | Missing check 0616-06302019 | 322 |
| 07/11/2019 | 164 | Adrian Lara | Missing check 0616-06302019 | 136 |
| 07/12/2019 | 172 | Kenroy R Ortega | Final check 0701-07122019 | 641 |
| 07/12/2019 | 167 | Ronald Roberts | Missing hours 0616-06302019 | 416 |
| 07/12/2019 | 168 | Joe Morales | Missing hours 0616-06302019 | 358 |
| 07/12/2019 | 171 | Marques Pittman | Final check 0701-07122019 | 261 |
| 07/12/2019 | 170 | Brendan Williams | Final check 0701-07122019 | 252 |
| 07/12/2019 | 169 | Rudy Rosario | Missing hours 0616-06302019 | 200 |
| 07/12/2019 | 166 | Bryan Thompson | Missing check 0616-06302019 | 126 |
| 07/15/2019 | 173 | Adnan Dahlvani | Missing check 0616-06302019 | 156 |
| 07/16/2019 | 175 | Kenneth Davis | Final check 0701-07152019 | 823 |
| 07/16/2019 | 178 | Cleveland Joshua Epps | Final check 0701-07152019 | 234 |
| 07/16/2019 | 179 | Alisha Taylor | Final check 0701-07152019 | 142 |
| 07/16/2019 | 177 | Eric Gray | Final check 0701-07152019 | 33 |
| 07/16/2019 | 174 | Josias J Quintero | Final check 0701-07152019 | 33 |
| 07/17/2019 | 180 | Kathy Hicks | Excess Hours worked PE 0701-07152019 | 800 |
| 07/17/2019 | 181 | Cristian Chavez | Final check 0716-07172019 | 134 |
| 07/18/2019 | Wire | ADP | Payroll | 824,591 |
| 07/18/2019 | 185 | Jason McCown | 0701-07152019 | 833 |
| 07/18/2019 | 186 | Daniel Pelaez | Fees for the period 0701-07152019 -32.8 hour | 541 |

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 07/18/2019 | 183 | Fernando Hernandez | Final check 0716-07182019 | 294 |
| 07/18/2019 | 184 | Keyana Robinson | Final check 0716-07182019 | 83 |
| 07/18/2019 | 182 | Anita Gallegos | Final check 0716-07182019 | 33 |
| 07/18/2019 | Deduction | Wells Fargo Bank | WT Fee | 30 |
| 07/19/2019 | 187 | Lance Soto | Final check 0716-07192019 | 253 |
| 07/19/2019 | 189 | Bradley Lyons | Missing hours 0701-07152019 | 248 |
| 07/19/2019 | 190 | Marcus Dodson | Missing hours 0701-07152019 | 150 |
| 07/19/2019 | 188 | Christina Matthews | Final check 0716-07192019 | 33 |
| 07/22/2019 | 191 | Amber Henderson | Missing hours 0701-07152019 | 223 |
| 07/22/2019 | 192 | Imani Hall | Missing hours 0701-07152019 | 89 |
| 07/23/2019 | 193 | Corderol Myles | Missing check 0701-07152019 | 342 |
| 07/23/2019 | 197 | Brian Dalton | Correction check 0716-07232019 | 283 |
| 07/23/2019 | 200 | Adrian Cobian | Final check 0716-07232019 | 282 |
| 07/23/2019 | 195 | Judith Velazquez | Final check 0716-07232019 | 278 |
| 07/23/2019 | 198 | Jonathan Ramdan | Final check 0716-07232019 | 278 |
| 07/23/2019 | 196 | Hannah Magana | Final check 0716-07232019 | 276 |
| 07/23/2019 | 199 | Biridiana Espinal | Final check 0716-07232019 | 253 |
| 07/23/2019 | 194 | Patrick Montoya | Final check 0716-07232019 | 33 |
| 07/24/2019 | 204 | Devon Rea | 0701-07152019 Salary Continuation | 868 |
| 07/24/2019 | 203 | Cynthia Pastor | 0701-07152019 Salary Continuation | 863 |
| 07/24/2019 | 205 | William Taffet | 0701-07152019 Salary Continuation | 723 |
| 07/24/2019 | 202 | Marcus Toliver | 0701-07152019 Salary Continuation | 556 |
| 07/24/2019 | 201 | Angel Gutierrez | 0701-07152019 Salary Continuation | 362 |
| 07/25/2019 | 208 | Rosendo Rojo | Final check 0716-07232019 | 547 |
| 07/25/2019 | 212 | Cory Bannerman | Final check 0716-07252019 | 520 |
| 07/25/2019 | 211 | Kalvin Guillen | Final check 0716-07252019 | 397 |
| 07/25/2019 | 209 | Jessy Gomez | Final check 0716-07232019 | 395 |
| 07/25/2019 | 210 | Jervaris Smith | Missing Hours 0701-07152019 | 166 |
| 07/25/2019 | 206 | Sheri Marshall | Payroll Adjustment 0701-07152019 | 133 |
| 07/26/2019 | 219 | Steven Crum | Payroll Adjustment 0701-07152019 | 1,222 |
| 07/26/2019 | 214 | Edgar Gonzalez Echartea | Payroll Adjustment 0701-07152019 | 809 |
| 07/26/2019 | 215 | Ranon Ruff | Final check 0716-07252019 | 782 |
| 07/26/2019 | 218 | Terry Thomas | Final check 0716-07252019 | 671 |
| 07/26/2019 | 217 | Jamon Bellard | Final check 0716-07252019 | 175 |
| 07/26/2019 | 213 | Sergio Palazzi | Payroll Adjustment 0701-07152019 | 113 |
| 07/26/2019 | 216 | Alanna Beaird | Final check 0716-07252019 | 33 |
| 07/30/2019 | 220 | Wayne Owens | Final check 0716-07302019 | 1,207 |
| 07/30/2019 | 222 | Lorena Gonzalez | Final check 0716-07302019 | 938 |
| 07/30/2019 | 221 | Pedrito Cruz Martinez | Final check 0716-07302019 | 919 |
| 07/30/2019 | 223 | Yu-Ting H Lin | Final check 0716-07302019 | 369 |
| 07/30/2019 | 224 | Ruth Varela | Final check 0716-07302019 | 33 |
| 07/31/2019 | 227 | Carlos Vazquez | Final check 0716-07312019 | 1,204 |
| 07/31/2019 | 225 | Juan Betancourt | Final check 0716-07312019 | 854 |
| 07/31/2019 | 226 | Dwight Seay | Final check 0716-07312019 | 117 |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | **1,692,623** |

## PAYROLL ACCOUNT
## BANK RECONCILIATION

| | | | | |
|---|---|---|---|---|
| Bank statement Date: | 7/31/2019 | Balance on Statement: | | 27,760 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | - |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 121 | 06/26/2019 | 30 |
| 160 | 07/10/2019 | 330 |
| 173 | 07/15/2019 | 156 |
| 174 | 07/16/2019 | 33 |
| 182 | 07/18/2019 | 33 |
| 185 | 07/18/2019 | 833 |
| 188 | 07/19/2019 | 33 |
| 211 | 07/25/2019 | 397 |
| 214 | 07/26/2019 | 809 |
| 222 | 07/30/2019 | 938 |
| 223 | 07/30/2019 | 369 |
| 224 | 07/30/2019 | 33 |
| 225 | 07/31/2019 | 854 |
| 226 | 07/31/2019 | 117 |
| 227 | 07/31/2019 | 1,204 |

| | |
|---|---|
| TOTAL OUTSTANDING CHECKS: | 6,169 |
| Bank statement Adjustments: | |

Explanation of Adjustments-

| | |
|---|---|
| ADJUSTED BANK BALANCE: | 21,591 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)

| | | |
|---|---|---:|
| 1. | TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 497,050 |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 494,664 |
| 3. | BEGINNING BALANCE: | 2,386 |
| 4. | RECEIPTS DURING CURRENT PERIOD: | 537,174 |
| | (Transfer from General Account) | |
| | Other (Itemize): | |
| | Branch Deposit (IRS - Payroll Tax Refund) | 173,010 |
| | Card Claim Final Credit | 1,019 |
| 5. | BALANCE: | 713,588.36 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | |
| | TOTAL DISBURSEMENTS THIS PERIOD:*** | 537,235 |
| 7. | ENDING BALANCE: | 176,353 |
| 8. | TAX Account Number(s):  ******8399 | |

Depository Name & Location:  
DIP Taxes Wells Fargo  
3200 Foothill, Blvd.  
La Crescenta, CA 91214

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 07/03/2019 | Wire | ADP | Payroll Tax | 275,190 |
| 07/18/2019 | Wire | ADP | Payroll Tax | 261,985 |
| 07/18/2019 | Wire | Wells Fargo Bank | Bank Charges | 30 |
| 07/03/2019 | Wire | Wells Fargo Bank | Bank Charges | 30 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 537,235 |

TAX ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 7/31/2019 | Balance on Statement: | 176,353 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT: 0

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: 0

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: 176,353

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---:|
| General Account: | 2,616,965 |
| Payroll Account: | 21,591 |
| Tax Account: | 176,353 |
| *Other Accounts: |  |
| *Other Monies: |  |
| **Petty Cash (from below): | 0 |
| **TOTAL CASH AVAILABLE:** | **2,814,909** |

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL PETTY CASH TRANSACTIONS: 0

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due | |
|---|---|---:|---:|---:|---|
| Hillair Capital | Weekly | 40,000 | 0 | 0 | |
| Bentley Financial Services | Monthly | 2,236 | 3 | 6,708 | |
| Motorcars West/The Auto Gallery | Monthly | 2,178 | 3 | 6,534 | |
| Calstar Motors, Inc. | Monthly | 2,714 | 3 | 8,143 | |
| Parkway Commercial Realty | Monthly | 3,412 | 0 | 0 | |
| Three Two Seven Family Mmgt LLC | Monthly | 2,335 | 0 | 0 | |
| Trust 5025983 LLC | Monthly | 2,000 | 0 | 0 | |
| Bulldog Commercial Real Estate | Monthly | 10,500 | 0 | 0 | |
| ExtraSpaceStorage | Monthly | 140 | 0 | 0 | |
| The Hertz Corporation | Bi-Monthly | 446,302 | 2 | 183,684 | (1) |
| Lockton Companies, LLC | Monthly | 71,022 | 0 | 0 | |
| GTR Source LLC | Monthly | 27,663 | 3 | 82,988 | |
| Hop Capital | Monthly | 37,978 | 3 | 113,935 | |
| Chrome Capital | Unknown | 350,000 | Unknown | 350,000 | (2) |
| WG Fund | Monthly | 2,722 | 3 | 8,166 | |
| Influx Capital LLC | Monthly | 3,427 | 3 | 10,282 | |
| NexGen Capital, LLC | Monthly | 28,210 | 3 | 84,629 | |
| | | | TOTAL DUE: | 855,069 | |

(1) Historically, the total monthly amount due and owing Hertz, which fluctuates depending on van usage, was split into two (2) payments (roughly 85%/15%).

(2) Based upon the limited settlement documentation relating to Chrome Capital that the debtors are in possession of, it appears that the total settlement amount was $350K, of which none was paid (although it is unclear whether and when any settlement payments were or are due, given the lack of settlement documentation in this regard).

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

| | | |
|---|---:|---|
| Gross Sales Subject to Sales Tax: | 0.00 | |
| Total Wages Paid: | 1,692,623 | |

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0 | 0 | |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---:|---:|---:|
| Current | 549,152 | - | 4,337,242 |
| 1 - 30 days | 576 | - | 11,410 |
| 31 - 60 days | - | - | - |
| 61 - 90 days | 37,022 | - | - |
| 91 - 120 days | - | - | - |
| Over 120 days | - | 344,788 | - |
| TOTAL: | 586,750 | 344,788 | 4,348,652 |

V. INSURANCE COVERAGE

| Type | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Lockton Insurance Brokers, LLC | $300k to $1M | 1/1/2020 | 8/1/2019 |
| Worker's Compensation | Innovative (CA/IL) | No limit, w $10k deductible | 10/1/2019 | 8/31/2019 |
| Worker's Compensation | Self Insured in Texas | Self Insured | Monthly | 8/31/2019 |
| Vehicle | Hertz | $0-300K | 1/1/2020 | 8/1/2019 |
| Others: Umbrella | First Insurance Funding | $1M | 9/15/2019 | 8/15/2019 |
|  |  |  |  |  |

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---:|---:|---|---:|---:|
| 6/30/2019 | 6,409,606 | 64,096 | 7/22/2019 | 64,096.06 | - |
|  |  |  |  |  | - |
|  |  |  |  |  | - |
|  |  |  |  |  | - |
|  |  | 64,096 |  | 64,096 | - |

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| George Voskanian | 6/12/2019 | $25,000 / Month | 25,000 |
| Scott Sheikh | 6/12/2019 | $25,000 / Month | 25,000 |
| Shoushana Ohanessian | 7/30/2019 | $20,000 / Month | - |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Shoushana Ohanessian | 7/30/2019 | Expense Reimbursements | 16,810 |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | 7/1/2019 through 7/31/2019 | Cumulative Post-Petition |
|---|---:|---:|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 4,203,596 | 12,328,452 |
| Less: Returns/Discounts | 0 | 0 |
| Net Sales/Revenue | 4,203,596 | 12,328,452 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0 | 0 |
| Purchases | 0 | 0 |
| Less: Ending Inventory at cost | 0 | 0 |
| Cost of Goods Sold (COGS) | 0 | 0 |
| **Gross Profit** | 4,203,596 | 12,328,452 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 110,000 | 220,000 |
| Payroll - Other Employees | 2,140,547 | 6,397,758 |
| Payroll Taxes | 194,852 | 591,147 |
| Other Franchise Tax and Filing Fees (Itemize) | 0 | 6,647 |
| Depreciation and Amortization | 0 | 32,701 |
| Rent Expense - Real Property | 16,246 | 52,739 |
| Lease Expense - Personal Property | 0 | 0 |
| Insurance | 287,483 | 692,411 |
| Real Property Taxes | 0 | 0 |
| Telephone and Utilities | 36,234 | 101,150 |
| Repairs and Maintenance | 800 | 1,965 |
| Travel and Entertainment (Itemize) | 2,582 | 8,486 |
| Miscellaneous Operating Expenses (Itemize) | 1,060,741 | 2,606,769 |
| Total Operating Expenses | 3,849,485 | 10,711,774 |
| Net Gain/(Loss) from Operations | 354,111 | 1,616,678 |
| **Non-Operating Income:** | | |
| Interest Income | 0 | 19 |
| Net Gain on Sale of Assets (Itemize) | 0 | 0 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating income | 0 | 19 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Debtor Counsel | 238,232 | 788,232 |
| Debtor CRO | 56,264 | 96,264 |
| Debtor Advisor | 64,977 | 184,977 |
| Board of Directors | 0 | 10,000 |
| Secured Lender Counsel | 54,415 | 274,415 |
| Committee Counsel | 90,000 | 150,000 |
| Committee Professionals | (100,000) | 0 |
| Investment Banker | 666 | 66,666 |
| US Trustee Fees | 64,746 | 64,746 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating Expenses | 469,300 (1) | 1,635,300 |
| **NET INCOME/(LOSS)** | (115,189) | (18,603) |
| **Itemized Miscellaneous Operating Expenses** | | |
| Fuel Expense | 316,854 | 1,009,817 |
| Vehicle Expense | 648,622 | 1,356,419 |
| Employment Counsel | 0 | 0 |
| Office Supplies | 13,260 | 41,276 |
| Driver Background Check | 19,809 | 55,430 |
| Dues and Subscriptions | 8,568 | 13,529 |
| Car Wash | 3,668 | 18,695 |
| Citation | 733 | 6,948 |
| Accidents | 177 | 4,664 |
| Bank Charges | 660 | 4,272 |
| Recruitment Expenses | 9,530 | 15,705 |
| IT Expenses | 23,200 | 39,400 |
| Other misc. OpEx | 15,660 | 40,616 |
| Total | 1,060,741 | 2,606,769 |

(1) The identified amounts are estimates based upon discussions with the Debtors' professionals, Committee counsel and counsel for Hillair, as applicable, and are subject to various orders, including but not limited to orders governing the use of cash collateral and orders approving the employment of the various professionals identified.

(2) A payment made to the Debtor('s') employment counsel prior to the Petition Date was inadvertently included in the Debtor('s') Profit and Loss Statement for the period of 6/1/19 through 6/30/19, which was included in the May monthly operating report(s), so it is being adjusted herein to reflect the actual timing of the payment.

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| | | Current Month End | |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
|   Unrestricted Cash | | 2,814,909 | |
|   Restricted Cash | | 0 | |
|   Accounts Receivable | | 4,693,440 | |
|   Inventory | | 0 | |
|   Notes Receivable | | 0 | |
|   Prepaid Expenses | | 178,827 (1) | |
|   Other (Itemize) | | | |
| | Total Current Assets | | 7,687,176 |
| Property, Plant, and Equipment | | 1,033,577 | |
| Accumulated Depreciation/Depletion | | (184,012) | |
| | Net Property, Plant, and Equipment | | 849,566 |
| Other Assets (Net of Amortization): | | | |
|   Due from Insiders | | 1,807,751 (2) | |
|   Other (Itemize) | | 87,133 (3) | |
| | Total Other Assets | | 1,894,884 |
| **TOTAL ASSETS** | | | **10,431,625** |
| **LIABILITIES** | | | |
| Post-petition Liabilities: | | | |
|   Accounts Payable | | 589,607 (4) | |
|   Taxes Payable | | 0 | |
|   Notes Payable | | 0 | |
|   Professional fees | | 1,545,554 | |
|   Secured Debt | | 0 | |
|   Accrued Payroll | | 1,312,850 | |
|   Other (Itemize) | | 0 | |
| | Total Post-petition Liabilities | | 3,448,011 |
| Pre-petition Liabilities: | | | |
|   Hillair Notes Payable due to Scoobeez Global | | 11,153,098 (5) | |
|   Hillair (Per cash collateral stipulation) | | (480,000) (5) | |
|   Priority Liabilities | | 0 | |
|   Unsecured Liabilities | | 24,070,267 (6) | |
|   Other (Itemize) | | 734,698 | |
| | Total Pre-petition Liabilities | | 35,478,063 |
| **TOTAL LIABILITIES** | | | **38,926,074** |
| **EQUITY:** | | | |
|   Pre-petition Owners' Equity | | (20,376,988) | |
|   Post-petition Profit/(Loss) | | (18,603) | |
|   Direct Charges to Equity | | (8,098,859) | |
| **TOTAL EQUITY** | | | **(28,494,449)** |
| **TOTAL LIABILITIES & EQUITY** | | | **10,431,625** |

(1) Includes deposits for fuel in the approximate amounts of $55K and $50K for Fleetcor and Pex, respectively. The remaining amount is comprised of a combination of rental security deposits and insurance deposits.

(2) The amount "Due from Insiders" continues to be reviewed and this figure will be updated as necessary and appropriate based upon that review.

(3) This amount reflects primarily potential funds to be recovered from various merchant cash entities.

(4) Hertz ($520K), Booster ($36), AT&T Mobility ($21K), and various other accounts payable ($12K).

(5) Since the petition date the Debtor has paid $480K to Hillair Capital Management pursuant to certain cash collateral stipulations and orders, and said funds shall be applied in a manner consistent therewith.

(6) The Pre-Petition Unsecured Liabilities include the balance due and owing Avitus as reflected in the Debtor(s)' pre-petition balance sheet(s) ($15,971,408) (the "Avitus Debt"). Although this figure is disputed by the Debtor(s), and inconsistent with the figure(s) included in the schedules filed by the Debtors (which the Debtors believe to be a more accurate estimate of the amount actually due and owing Avitus), this figure is included herein in order to maintain consistency with the Debtor(s)' previous balance sheet(s). The CRO continues to evaluate the true nature and amount of the Avitus Debt and will update it as necessary and appropriate. In addition, this figure includes $8,098,859 due and owing a number of merchant cash advance entities pursuant to a global settlement by and among the Debtor and Scoobeez Global, on the one hand, and a number of merchant cash entities on the other hand.

## XI. QUESTIONNAIRE

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | | |
| | **On or about 7/1/2019, $6,647 was paid to Shoushana Ohanessian as reimbursement for an advance of funds expended by Mrs. Ohanessian in order to revive Scoobur's corporate status. The debtor(s) are in the process of determining the manner in which to treat this payment and/or any claim(s) associated therewith.** | | **X** |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | No | Yes |
| | **See response to Question #1** | | **X** |

3. State what progress was made during the reporting period toward filing a plan of reorganization

**On or about July 8, 2019 the Debtors filed an application to employ Armory Securities, LLC, as investment banker, to explore both a potential sale and a potential recapitalization. On or about July 9, 2019 the Debtors filed a motion to set the bar date to file certain types of claims, including but not limited to general unsecured claims and government claims. On or about July 11, 2019 the Court entered an order establishing notice and hearing procedures for trading in, or certain claims of worthlessness with respect to, equity securities in Scoobeez Global, Inc., which the Debtors served upon all potentially affected parties in accordance with the order of the Court. On or about July 12, 2019 the Court entered an order granting the Debtors application to employ and retain Brian Weiss as CRO. Also on July 12, 2019 the Debtors filed a motion to reject three automobile leases that had been determined to be of inconsequential value/burdensome to the estates. On or about July 17, 2019 the Court entered an order granting the application to employ counsel for the committee, who counsel for the Debtors have continued to work with towards the most viable and value maximizing exit strategy. On or about July 26, 2019 the court entered a number of orders including orders approving the applications to employ restructuring counsel and financial advisor for the Debtors, as well as orders extending the deadline for the committee to challenge the claim and/or lien of Hillair Capital Management, LLC. On or about July 29, 2019 the Debtors filed a stipulation between the Debtors and the committee resolving the committee's objection to the Debtors notice of setting/increasing the insider compensation of Shoushana Ohanessian. On or about July 31, 2019 the Debtors filed a second stipulation to extend the deadline for the committee to challenge the claim and/or lien of Hillair Capital Management, LLC.**

4. Describe potential future developments which may have a significant impact on the case:

**See answer to question #3. Armory will continue to explore a sale of the assets and a recapitalization of the business in order to determine which exit strategy is most value maximizing to the Debtors.**

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | **X** | |

/s/ George Voskanian
I,    George Voskanian, CFO/Co-CEO

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.