UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>Scoobeez | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| | Case Number: | 2:19-BK-14989-WB<br>jointly administered with<br>2:19-BK-14997-WB;<br>2:19-BK-14991-WB |
| | Operating Report Number: | 4 |
| Debtor(s) | For the Month Ending: | 8/1/2019 to 8/31/2019 |

I. CASH RECEIPTS AND DISBURSEMENTS

A. (GENERAL ACCOUNT*)

BEGINNING BALANCE AS OF PETITION DATE      697,628

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      12,120,709

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS      10,201,372

3. BEGINNING BALANCE:      2,616,965

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 3,804,211 |
| Accounts Receivable - Pre-filing | | |
| General Sales | | |
| Other (Specify) | Return of Fuel Deposit (Fleetcor) | 55,000 |
| | Utility refund (Glendale Water & Power) | 528 |
| | Vehicle refund (Hertz) | 72 |
| | Office Supplies refund (Amazon) | 35 |

TOTAL RECEIPTS THIS PERIOD:      3,859,846

5. BALANCE:      6,476,811

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 2,319,344 |
| Disbursements (from page 2) | 2,437,547 |

TOTAL DISBURSEMENTS THIS PERIOD:**      4,756,891

7. ENDING BALANCE:      1,719,920

8. General Account Number(s):      ******3680

Depository Name & Location:      DIP Operating & Operating (Legacy) Wells Fargo
3200 Foothill, Blvd.
La Crescenta, CA 91214

\* All receipts must be deposited into the general account.

\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 08/01/2019 | Wire | Wells Fargo Bank | Tax | 135,273 | | 135,273 |
| 08/01/2019 | Wire | Wells Fargo Bank | Payroll | 958,668 | | 958,668 |
| 08/01/2019 | 1379 | Garo Dekirmendjian | Rent | | 10,500 | 10,500 |
| 08/01/2019 | 1380 | Parkway Commercial Realty | Rent | | 3,412 | 3,412 |
| 08/01/2019 | 1381 | Implicit Labs Inc | IT Expense | | 14,200 | 14,200 |
| 08/01/2019 | 1382 | Saint Enterprises, LLC | Office Expense | | 3,000 | 3,000 |
| 08/01/2019 | 1383 | Kathy Hicks | Office Expense | | 1,750 | 1,750 |
| 08/01/2019 | Debit Card | Nates Cell Phone | Phone Repairs | | 3,708 | 3,708 |
| 08/01/2019 | Debit Card | Indeed | Recruitment | | 507 | 507 |
| 08/01/2019 | Debit Card | Indeed | Recruitment | | 113 | 113 |
| 08/01/2019 | 1378 | Three Two Seven Family Management, LLC | Rent | | 2,335 | 2,335 |
| 08/02/2019 | Wire | Wells Fargo Bank | Tax | 100 | | 100 |
| 08/02/2019 | Debit Card | Swizznet | Dues & Subscriptions | | 189 | 189 |
| 08/02/2019 | Debit Card | Indeed | Recruitment | | 507 | 507 |
| 08/02/2019 | Debit Card | Indeed | Recruitment | | 131 | 131 |
| 08/02/2019 | Debit Card | Amazon Prime on line | Office Expense | | 132 | 132 |
| 08/02/2019 | Debit Card | Amazon Prime on line | Office Expense | | 24 | 24 |
| 08/02/2019 | Debit Card | Amazon Prime on line | Office Expense | | 35 | 35 |
| 08/02/2019 | Wire | PEX Holding | Fuel | | 45,000 | 45,000 |
| 08/05/2019 | 1384 | Rogelio Zetina | Traffic Citation | | 214 | 214 |
| 08/05/2019 | 1385 | Spectrum San Antonio | Utility | | 324 | 324 |
| 08/05/2019 | 1386 | Anibal Eduardo Castillo | Van Wash | | 2,860 | 2,860 |
| 08/05/2019 | 1387 | Charter Spectrum - Ft Worth | Utility | | 186 | 186 |
| 08/05/2019 | 1388 | Jowita Chomentowska-expense acct. | Travel | | 1,798 | 1,798 |
| 08/05/2019 | 1389 | RMNT LLC | IT Expense | | 2,000 | 2,000 |
| 08/05/2019 | 1390 | VLO Labs, Inc | IT Expense | | 2,500 | 2,500 |
| 08/05/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/05/2019 | Debit Card | Google Service | Dues & Subscriptions | | 2,076 | 2,076 |
| 08/05/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 08/05/2019 | Debit Card | Indeed | Recruitment | | 503 | 503 |
| 08/05/2019 | Debit Card | Amazon Prime on line | Office Expense | | 29 | 29 |
| 08/05/2019 | Debit Card | Amazon Prime on line | Office Expense | | 8 | 8 |
| 08/06/2019 | 1391 | Spectrum/La Crescenta | Utility | | 265 | 265 |
| 08/06/2019 | 1392 | Kathy Hicks | Office Expense | | 550 | 550 |
| 08/06/2019 | 1393 | AT&T Mobility | Phone Services | | 21,378 | 21,378 |
| 08/06/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 08/06/2019 | Debit Card | Amazon Prime on line | Office Expense | | 476 | 476 |
| 08/06/2019 | Debit Card | Amazon Prime on line | Office Expense | | 51 | 51 |
| 08/06/2019 | Debit Card | Amazon Prime on line | Office Expense | | 733 | 733 |
| 08/07/2019 | Wire | Wells Fargo Bank | Payroll | 50,000 | | 50,000 |
| 08/07/2019 | Wire | Hertz Corporation | Vehicle | | 74,513 | 74,513 |
| 08/07/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | | 40,000 | 40,000 |
| 08/07/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/07/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/07/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/07/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 08/07/2019 | Debit Card | Amazon Prime on line | Office Expense | | 204 | 204 |
| 08/07/2019 | Debit Card | Amazon Prime on line | Office Expense | | 786 | 786 |
| 08/07/2019 | Debit Card | Amazon Prime on line | Office Expense | | 169 | 169 |
| 08/07/2019 | Debit Card | Amazon Prime on line | Office Expense | | 383 | 383 |
| 08/07/2019 | Debit Card | A-1 Locksmith | Office Expense | | 63 | 63 |
| 08/07/2019 | Wire | ADP | Payroll Check Processing Fees | | 4,239 | 4,239 |
| 08/08/2019 | Debit Card | Rackspace Cloud | Dues & Subscriptions | | 901 | 901 |
| 08/08/2019 | Debit Card | Indeed | Recruitment | | 500 | 500 |
| 08/08/2019 | Debit Card | Best Buy | Office Expense | | 590 | 590 |
| 08/08/2019 | ACH | Accurate Background LLC | Employee Background Test | | 19,779 | 19,779 |
| 08/09/2019 | 1394 | City of Glendale Water & Power | Utility | | 1,224 | 1,224 |
| 08/09/2019 | 1395 | Nadine Miranda | Shipping and delivery | | 106 | 106 |
| 08/09/2019 | 1396 | Booster Fuels, Inc. | Fuel | | 5,457 | 5,457 |
| 08/09/2019 | 1397 | Booster Fuels, Inc. | Fuel | | 3,796 | 3,796 |
| 08/09/2019 | 1398 | Booster Fuels, Inc. | Fuel | | 4,038 | 4,038 |
| 08/09/2019 | 1399 | Booster Fuels, Inc. | Fuel | | 4,467 | 4,467 |
| 08/09/2019 | 1402 | Booster Fuels, Inc. | Fuel | | 6,305 | 6,305 |
| 08/09/2019 | 1401 | Michael Saint | Office Expense | | 109 | 109 |
| 08/09/2019 | 1403 | Booster Fuels, Inc. | Fuel | | 3,472 | 3,472 |
| 08/09/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 31 | 31 |
| 08/09/2019 | Debit Card | Shutter Stock | Dues & Subscriptions | | 199 | 199 |
| 08/09/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 08/09/2019 | Debit Card | C3 Risk & Insurance Services | Insurance | | 266 | 266 |
| 08/12/2019 | Wire | PEX Holding | Fuel | | 45,000 | 45,000 |

| Date | Ref | Payee | Category | | | |
|------|------|-------|----------|---|---|---|
| 08/12/2019 | 1404 | First Advantage | Office Expense | | 8 | 8 |
| 08/12/2019 | 1405 | Athens Services | Utility | | 174 | 174 |
| 08/12/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/12/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 08/12/2019 | Debit Card | Slingshot Courier | Shipping and delivery | | 55 | 55 |
| 08/12/2019 | Debit Card | Slingshot Courier | Shipping and delivery | | 55 | 55 |
| 08/13/2019 | Debit Card | DSP Phones | Phone Purchase | | 3,321 | 3,321 |
| 08/13/2019 | Wire | Olshan | BK Related Fees | | 50,956 | 50,956 |
| 08/13/2019 | Wire | Buchalter | BK Related Fees | | 146,442 | 146,442 |
| 08/13/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/13/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/13/2019 | Debit Card | Indeed | Recruitment | | 503 | 503 |
| 08/13/2019 | Debit Card | ServerMania | Office Expense | | 107 | 107 |
| 08/13/2019 | Debit Card | ServerMania | Office Expense | | 250 | 250 |
| 08/14/2019 | 1406 | DW Harrow & Assoc LLC | BK Related Fees | | 2,500 | 2,500 |
| 08/14/2019 | 1407 | Grobstein Teeple, LLP | BK Related Fees | | 2,500 | 2,500 |
| 08/14/2019 | Wire | Hertz Corporation | Vehicle | | 294,643 | 294,643 |
| 08/14/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | | 40,000 | 40,000 |
| 08/14/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/14/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/14/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 08/14/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 08/14/2019 | Debit Card | ServerMania | Office Expense | | 94 | 94 |
| 08/14/2019 | 1408 | Foothill Plumbing | Repair & Maintenance | | 220 | 220 |
| 08/15/2019 | 1409 | Maria Estrada | Office Expense | | 994 | 994 |
| 08/15/2019 | 1410 | Crescenta Valley Water District | Utility | | 1,788 | 1,788 |
| 08/15/2019 | 1412 | Annie Yevrenian (Expense) | Shipping and delivery | | 22 | 22 |
| 08/15/2019 | 1413 | Verizon | Phone Services | | 5,318 | 5,318 |
| 08/15/2019 | 1414 | Bruce Beavers MD | Workers Compensation | | 432 | 432 |
| 08/15/2019 | 1415 | Medspring of Texas PA | 20000 · Accounts Payable | | 135 | 135 |
| 08/15/2019 | ACH | Combined Group Insurance Services Inc | Insurance | | 7,997 | 7,997 |
| 08/15/2019 | Debit Card | Indeed | Recruitment | | 510 | 510 |
| 08/16/2019 | 1417 | Booster Fuels, Inc. | Fuel | | 3,426 | 3,426 |
| 08/16/2019 | 1418 | Booster Fuels, Inc. | Fuel | | 5,450 | 5,450 |
| 08/16/2019 | 1419 | Booster Fuels, Inc. | Fuel | | 5,829 | 5,829 |
| 08/16/2019 | 1420 | Booster Fuels, Inc. | Fuel | | 4,666 | 4,666 |
| 08/16/2019 | 1421 | Booster Fuels, Inc. | Fuel | | 2,894 | 2,894 |
| 08/16/2019 | 1422 | Booster Fuels, Inc. | Fuel | | 2,921 | 2,921 |
| 08/16/2019 | 1423 | Confirm Biosciences | Office Expense | | 1,600 | 1,600 |
| 08/16/2019 | Debit Card | Indeed | Recruitment | | 510 | 510 |
| 08/16/2019 | Debit Card | Halo Branded Solution | Uniform | | 1,635 | 1,635 |
| 08/16/2019 | 1416 | United States Trustee | UST Fee | | 1,068 | 1,068 |
| 08/19/2019 | Wire | Wells Fargo Bank | Tax | 302,603 | | 302,603 |
| 08/19/2019 | Wire | Wells Fargo Bank | Payroll | 870,000 | | 870,000 |
| 08/19/2019 | Wire | PEX Holding | Fuel | | 45,000 | 45,000 |
| 08/19/2019 | 1424 | George Voskanian (Expense) | Travel | | 3,843 | 3,843 |
| 08/19/2019 | 1425 | Ring Central Inc. | Phone Services | | 4,343 | 4,343 |
| 08/19/2019 | 1426 | VLO Labs, Inc | IT Expense | | 2,500 | 2,500 |
| 08/19/2019 | 1427 | RMNT LLC | IT Expense | | 2,000 | 2,000 |
| 08/19/2019 | 1429 | Occupational Health Centers of California | Workers Compensation | | 691 | 691 |
| 08/19/2019 | 1430 | Elite Mobile Detail | Van Wash | | 880 | 880 |
| 08/19/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/19/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/19/2019 | Wire | Innovative | Insurance | | 74,436 | 74,436 |
| 08/19/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 08/19/2019 | Debit Card | Indeed | Recruitment | | 504 | 504 |
| 08/19/2019 | Debit Card | Amazon Prime on line | Office Expense | | 67 | 67 |
| 08/19/2019 | Debit Card | Amazon Prime on line | Office Expense | | 125 | 125 |
| 08/19/2019 | Debit Card | Amazon Prime on line | Office Expense | | 27 | 27 |
| 08/19/2019 | Debit Card | Amazon Prime on line | Office Expense | | 113 | 113 |
| 08/19/2019 | Debit Card | Amazon Prime on line | Office Expense | | 226 | 226 |
| 08/19/2019 | 1428 | Saint Enterprises, LLC | Half of month pay as IC and moved to W-2 | | 3,000 | 3,000 |
| 08/20/2019 | Wire | Wells Fargo Bank | Tax | 2,000 | | 2,000 |
| 08/20/2019 | 1431 | Shoushana Ohanessian-expense account | Travel | | 646 | 646 |
| 08/20/2019 | Debit Card | Live Agent Recurring | Dues & Subscriptions | | 536 | 536 |
| 08/20/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 08/20/2019 | Debit Card | Indeed | Recruitment | | 515 | 515 |
| 08/20/2019 | 1432 | Nicholas Townsend ( expense ) | Travel | | 119 | 119 |
| 08/21/2019 | Wire | Hertz Corporation | Vehicle | | 240,015 | 240,015 |
| 08/21/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | | 40,000 | 40,000 |
| 08/21/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/21/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/21/2019 | Debit Card | Dropbox | Dues & Subscriptions | | 20 | 20 |
| 08/21/2019 | Debit Card | Indeed | Recruitment | | 510 | 510 |

| Date | Type | Payee | Description | | Amount | Amount |
|---|---|---|---|---|---|---|
| 08/21/2019 | Debit Card | Halo Branded Solution | Uniform | | 1,578 | 1,578 |
| 08/21/2019 | Debit Card | Halo Branded Solution | Uniform | | 3,044 | 3,044 |
| 08/21/2019 | Debit Card | Halo Branded Solution | Uniform | | 3,044 | 3,044 |
| 08/21/2019 | Debit Card | Best Buy | Office Expense | | 1,291 | 1,291 |
| 08/21/2019 | Debit Card | Amazon Prime on line | Office Expense | | 14 | 14 |
| 08/21/2019 | Debit Card | Amazon Prime on line | Office Expense | | 181 | 181 |
| 08/22/2019 | Wire | Wells Fargo Bank | Tax | 700 | | 700 |
| 08/22/2019 | 1435 | Force 10 Partners | Professional Fees (BK Related Fees) | | 20,000 | 20,000 |
| 08/22/2019 | 1436 | Booster Fuels, Inc. | Fuel | | 4,820 | 4,820 |
| 08/22/2019 | 1437 | Booster Fuels, Inc. | Fuel | | 4,245 | 4,245 |
| 08/22/2019 | 1438 | Booster Fuels, Inc. | Fuel | | 5,610 | 5,610 |
| 08/22/2019 | 1439 | Booster Fuels, Inc. | Fuel | | 3,160 | 3,160 |
| 08/22/2019 | 1440 | Booster Fuels, Inc. | Fuel | | 2,985 | 2,985 |
| 08/22/2019 | 1441 | Booster Fuels, Inc. | Fuel | | 2,483 | 2,483 |
| 08/22/2019 | Debit Card | Indeed | Recruitment | | 503 | 503 |
| 08/22/2019 | Debit Card | ServerMania | Office Expense | | 94 | 94 |
| 08/22/2019 | Debit Card | Amazon Prime on line | Office Expense | | 5 | 5 |
| 08/22/2019 | Debit Card | Amazon Prime on line | Office Expense | | 34 | 34 |
| 08/22/2019 | 1434 | Hydrex Pest & Termite Co. | Utility | | 210 | 210 |
| 08/22/2019 | 1433 | Foothill Plumbing | Repair & Maintenance | | 239 | 239 |
| 08/23/2019 | 1443 | City of Los Angeles | Citation | | 231 | 231 |
| 08/23/2019 | 1444 | Ready Refresh by Nestle | Office Expense | | 193 | 193 |
| 08/23/2019 | 1445 | SoCalGas | Utility | | 16 | 16 |
| 08/23/2019 | 1446 | Ready Refresh by Nestle | Office Expense | | 34 | 34 |
| 08/23/2019 | Wire | CONWAY MACKENZIE | Professional Fees (BK Related Fees) | | 120,000 | 120,000 |
| 08/23/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/23/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 08/23/2019 | Debit Card | Halo Branded Solution | Uniform | | 751 | 751 |
| 08/23/2019 | Debit Card | Halo Branded Solution | Uniform | | 528 | 528 |
| 08/23/2019 | Debit Card | SignNow | Office Expense | | 180 | 180 |
| 08/23/2019 | Debit Card | Amazon Prime on line | Office Expense | | 112 | 112 |
| 08/23/2019 | Debit Card | Amazon Prime on line | Office Expense | | 29 | 29 |
| 08/23/2019 | Debit Card | Amazon Prime on line | Office Expense | | 50 | 50 |
| 08/26/2019 | Wire | PEX Holding | Fuel | | 47,500 | 47,500 |
| 08/26/2019 | 1447 | First Insurance Funding | Insurance | | 71,582 | 71,582 |
| 08/26/2019 | Debit Card | U-STOR-IT | Rent | | 72 | 72 |
| 08/26/2019 | Debit Card | Nates Cell Phone | Phone Repairs | | 3,597 | 3,597 |
| 08/26/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/26/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/26/2019 | Debit Card | Rackspace Cloud | Dues & Subscriptions | | 868 | 868 |
| 08/26/2019 | Wire | Innovative | Insurance | | 2,765 | 2,765 |
| 08/26/2019 | Debit Card | Indeed | Recruitment | | 511 | 511 |
| 08/26/2019 | Debit Card | Indeed | Recruitment | | 503 | 503 |
| 08/26/2019 | Debit Card | Indeed | Recruitment | | 510 | 510 |
| 08/26/2019 | Debit Card | Halo Branded Solution | Uniform | | 460 | 460 |
| 08/26/2019 | Debit Card | Halo Branded Solution | Uniform | | 374 | 374 |
| 08/26/2019 | Debit Card | Amazon Prime on line | Office Expense | | 35 | 35 |
| 08/26/2019 | Debit Card | Verizon | Phone Services | | 70 | 70 |
| 08/26/2019 | Debit Card | Verizon | Phone Services | | 70 | 70 |
| 08/27/2019 | 1449 | Anibal Eduardo Castillo | Van Wash | | 2,740 | 2,740 |
| 08/27/2019 | 1451 | Karen Soto Ridge | Workers Compensation | | 5,000 | 5,000 |
| 08/27/2019 | 1450 | Mobile Detailing Chicago LLC | Van Wash | | 1,600 | 1,600 |
| 08/27/2019 | 1448 | Erasmo Rodriguez ( expense) | Fuel | | 150 | 150 |
| 08/27/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 31 | 31 |
| 08/27/2019 | Debit Card | Indeed | Recruitment | | 501 | 501 |
| 08/27/2019 | Debit Card | Amazon Prime on line | Office Expense | | 46 | 46 |
| 08/28/2019 | Wire | PEX Holding | Fuel | | 7,500 | 7,500 |
| 08/28/2019 | Wire | Foley and Lardner | Professional Fees (BK Related Fees) | | 550,000 | 550,000 |
| 08/28/2019 | Wire | Hertz Corporation | Vehicle | | 70,789 | 70,789 |
| 08/28/2019 | Wire | Hillair Capital Management | Per cash collateral stipulation | | 40,000 | 40,000 |
| 08/28/2019 | 1452 | Mobile Detailing Chicago LLC | Van Wash | | 1,350 | 1,350 |
| 08/28/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 31 | 31 |
| 08/28/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/28/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/28/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/28/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/28/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30 | 30 |
| 08/28/2019 | Wire | Innovative | Insurance | | 66,079 | 66,079 |
| 08/28/2019 | Debit Card | Indeed | Recruitment | | 502 | 502 |
| 08/28/2019 | Debit Card | Amazon Prime on line | Office Expense | | 35 | 35 |
| 08/29/2019 | 1453 | Annie Yevrenian (Expense) | Shipping and delivery | | 37 | 37 |
| 08/29/2019 | 1454 | Booster Fuels, Inc. | Fuel | | 2,183 | 2,183 |
| 08/29/2019 | 1455 | Booster Fuels, Inc. | Fuel | | 3,301 | 3,301 |
| 08/29/2019 | 1456 | Booster Fuels, Inc. | Fuel | | 5,794 | 5,794 |

| Date | Check No. | Payee | Description | * | ** | Amount |
|------|-----------|-------|-------------|---|----|--------|
| 08/29/2019 | 1457 | Booster Fuels, Inc. | Fuel | | 4,857 | 4,857 |
| 08/29/2019 | 1458 | Booster Fuels, Inc. | Fuel | | 3,557 | 3,557 |
| 08/29/2019 | 1459 | Booster Fuels, Inc. | Fuel | | 4,427 | 4,427 |
| 08/29/2019 | 1460 | FW Fleet Clean, LLC | Van Wash | | 292 | 292 |
| 08/29/2019 | Debit Card | Liquid Web LLC | Dues & Subscriptions | | 1,518 | 1,518 |
| 08/29/2019 | Debit Card | Indeed | Recruitment | | 505 | 505 |
| 08/29/2019 | Debit Card | Indeed | Recruitment | | 512 | 512 |
| 08/29/2019 | Debit Card | Halo Branded Solution | Uniform | | 2,133 | 2,133 |
| 08/29/2019 | Debit Card | Halo Branded Solution | Uniform | | 989 | 989 |
| 08/29/2019 | Debit Card | Byblos Mediter La Crescenta CA | Meals | | 142 | 142 |
| 08/29/2019 | Debit Card | Amazon Prime on line | Office Expense | | 1,072 | 1,072 |
| 08/29/2019 | Debit Card | Elogistixl | Shipping and delivery | | 24 | 24 |
| 08/30/2019 | Debit Card | Indeed | Recruitment | | 512 | 512 |
| 08/30/2019 | Debit Card | Amazon Prime on line | Office Expense | | 7 | 7 |
| 08/30/2019 | Debit Card | Amazon Prime on line | Office Expense | | 113 | 113 |
| 08/30/2019 | 1461 | Marco Briseno | Office Expense (Gardener) | | 400 | 400 |
| 08/30/2019 | 1463 | Marco Briseno | Office Expense (Gardener) | | 350 | 350 |
| 08/30/2019 | 1464 | VJ Signs | Office Expense | | 960 | 960 |
| 08/30/2019 | 1465 | Cash Withdrawal | Office Expense | | 50 | 50 |

|  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 2,319,344 | 2,437,547 | 4,756,891 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 8/31/2019 | Balance on Statement: | 1,757,153 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | 0 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1003 | 05/15/2019 | 151 |
| 1008 | 05/20/2019 | 30 |
| 1024 | 05/21/2019 | 23 |
| 1029 | 05/21/2019 | 28 |
| 1045 | 05/24/2019 | 1,496 |
| 1074 | 05/29/2019 | 302 |
| 1151 | 06/06/2019 | 27 |
| 1186 | 06/12/2019 | 224 |
| 1287 | 07/02/2019 | 2,000 |
| 1449 | 08/27/2019 | 2,740 |
| 1451 | 08/27/2019 | 5,000 |
| 1454 | 08/29/2019 | 2,183 |
| 1455 | 08/29/2019 | 3,301 |
| 1456 | 08/29/2019 | 5,794 |
| 1457 | 08/29/2019 | 4,857 |
| 1458 | 08/29/2019 | 3,557 |
| 1459 | 08/29/2019 | 4,427 |
| 1460 | 08/29/2019 | 292 |
| 1461 | 08/30/2019 | 400 |
| 1463 | 08/30/2019 | 350 |
| 1465 | 08/30/2019 | 50 |

| TOTAL OUTSTANDING CHECKS: | 37,233 |
|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| |
|---|

| ADJUSTED BANK BALANCE: | 1,719,920 |
|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

| | |
|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 3,272,170 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 3,250,579 |
| 3. BEGINNING BALANCE: | 21,591 |
| 4. RECEIPTS DURING CURRENT PERIOD: (Transfer from General Account) | 1,878,668 |
| 5. BALANCE: | 1,900,259 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | 1,896,397 |
| 7. ENDING BALANCE: | 3,862 |

8. PAYROLL Account Number(s): ******8415

DIP Payroll Wells Fargo
3200 Foothill, Blvd.
Depository Name & Location:        La Crescenta, CA 91214

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 08/01/2019 | 228 | Brandon Rivera | Final check 0716-07312019 | 1,231 |
| 08/02/2019 | Wire | ADP | Payroll | 955,449 |
| 08/02/2019 | Wire | ADP | Payroll | 5,147 |
| 08/02/2019 | Deduction | Wells Fargo Bank | Bank Fee | 30 |
| 08/02/2019 | Deduction | Wells Fargo Bank | Bank Fee | 5 |
| 08/06/2019 | 229 | Juan Betancourt | Final check 0716-07312019 | 854 |
| 08/06/2019 | 230 | Christina Matthews | Final check 0716-07312019 | 306 |
| 08/06/2019 | 231 | LAUNIU LENI | Final check 0716-07312019 | 33 |
| 08/06/2019 | 232 | Willfredo Archila | Final check 0716-07312019 | 33 |
| 08/06/2019 | 233 | Joseph Lievanos | Final check 0716-07312019 | 260 |
| 08/07/2019 | 244 | Alondra Armenta | Missing hours 0716-07312019 | 325 |
| 08/08/2019 | 254 | Ruben Silva | Final check 0716-07242019 | 128 |
| 08/08/2019 | 255 | Angel Aaron Garcia | Missing hours 0716-07312019 | 645 |
| 08/08/2019 | 256 | Jacob Pena | Final check 0801-08082019 | 265 |
| 08/08/2019 | 257 | Isaiah Williams | Final check 0801-08082019 | 145 |
| 08/08/2019 | 258 | Javier Hernandez | Final check 0801-08082019 | 253 |
| 08/08/2019 | 259 | Cruz Davalos | Final check 0801-08082019 | 32 |
| 08/08/2019 | 260 | Alexandra Magana | Final check 0801-08082019 | 33 |
| 08/08/2019 | 261 | Chantress Allen | Final check 0801-08082019 | 33 |
| 08/08/2019 | 262 | John Watson | Final check 0801-08082019 | 33 |
| 08/08/2019 | 251 | Shoushana Ohanessian | Final check 0801-08092019 | 3,472 |
| 08/08/2019 | 245 | Shoushana Ohanessian | Fees for the period 5/1 to 5/15/19 | 5,846 |
| 08/08/2019 | 246 | Shoushana Ohanessian | Fees for the period 5/16 to 5/31/19 | 5,846 |
| 08/08/2019 | 247 | Shoushana Ohanessian | Fees for the period 6/1 to 6/15/19 | 5,846 |
| 08/08/2019 | 248 | Shoushana Ohanessian | Fees for the period 6/16 to 6/30/19 | 5,846 |
| 08/08/2019 | 249 | Shoushana Ohanessian | Fees for the period 7/1 to 7/15/19 | 5,846 |
| 08/08/2019 | 250 | Shoushana Ohanessian | Fees for the period 7/16 to 7/31/19 | 5,846 |
| 08/09/2019 | 265 | Dawin A Santos | Final check 0801-08092019 | 629 |
| 08/09/2019 | 267 | Devon Rea | 0716-07312019 Salary Continuation | 868 |
| 08/09/2019 | 266 | Anthony Portillo | Final check 0801-08092019 | 397 |
| 08/09/2019 | 268 | Christopher Key | Final check 0801-08102019 | 1,534 |
| 08/09/2019 | 269 | Robert Mendoza | Final check 0801-08102019 | 1,553 |
| 08/12/2019 | 270 | Violeta Zepeda | Final check 0801-08122019 | 387 |
| 08/12/2019 | 271 | Juan Zendejas | Final check 0801-08122019 | 858 |
| 08/13/2019 | 272 | Antonio Freeman | Replacement check 0716-07312019 | 485 |
| 08/13/2019 | 273 | Jamie Cornejo | Final check 0801-08132019 | 137 |
| 08/13/2019 | 276 | Aldhair Rodriguez | Final check 0801-08132019 | 700 |
| 08/13/2019 | 275 | Jarrett Jordan | Final check 0801-08132019 | 369 |
| 08/13/2019 | 274 | Peter Wagner | Final check 0801-08132019 | 33 |
| 08/13/2019 | 278 | Ovion Porter Jr. | Final check 0801-08132019 | 696 |
| 08/13/2019 | 279 | Andrew Huesca | Final check 0801-08132019 | 384 |
| 08/14/2019 | 280 | Angel Solis | Final check 0801-08142019 | 838 |
| 08/14/2019 | 281 | Andrew Alfaro | Final check 0801-08142019 | 773 |
| 08/14/2019 | 282 | Jose Cano | Final check 0801-08142019 | 420 |
| 08/14/2019 | 283 | Mauricio Colocho | Final check 0801-08142019 | 469 |
| 08/14/2019 | 284 | Anacani Gallegos | Final check 0801-08142019 | 160 |
| 08/15/2019 | 285 | Jose Valencia | Final check 0801-08152019 | 644 |
| 08/16/2019 | 286 | Noe Preciado | Final check 0801-08152019 | 33 |
| 08/16/2019 | 287 | Kathy Hicks | Fees for the period 0801-08152019 | 1,750 |
| 08/16/2019 | 288 | Kathy Hicks | Fees for the period 0801-08152019 OT | 1,080 |
| 08/19/2019 | Wire | ADP | Payroll | 841,772 |
| 08/19/2019 | Wire | ADP | Payroll | 8,435 |
| 08/19/2019 | Wire | ADP | Payroll | 3,822 |

| 08/19/2019 | Deduction | Wells Fargo Bank | Bank Fee | 5 |
|---|---|---|---|---|
| 08/19/2019 | Deduction | Wells Fargo Bank | Bank Fee | 30 |
| 08/19/2019 | Deduction | Wells Fargo Bank | Bank Fee | 30 |
| 08/20/2019 | 289 | Ahmir M Coleman | Final check 0816-08202019 | 59 |
| 08/20/2019 | 290 | Jowita Chomentowska | Final check 0801-08152019 | 2,170 |
| 08/20/2019 | 291 | Jowita Chomentowska | Sick Leave 0801-08152019 | 253 |
| 08/20/2019 | 292 | Victor Villegas | Missing hours 0801-08152019 | 148 |
| 08/20/2019 | 293 | Tasha Smith | Missing hours 0801-08152019 | 144 |
| 08/20/2019 | 294 | Jerome W Wilson | Missing hours 0801-08152019 | 72 |
| 08/20/2019 | 296 | Oscar Trevino | Missing hours 0801-08152019 | 144 |
| 08/20/2019 | 297 | Jeremy Draeger | Missing hours 0801-08152019 | 144 |
| 08/20/2019 | 298 | Michael Lyons | Missing hours 0801-08152019 | 144 |
| 08/21/2019 | 299 | Brandon Greer | Final check 0816-08212019 | 503 |
| 08/21/2019 | 300 | Christopher Castro | Final check 0816-08212019 | 189 |
| 08/21/2019 | 301 | Dane Clevenger | Final check 0816-08212019 | 497 |
| 08/21/2019 | 302 | Christerfer Mitchell | Final check 0801-08062019 | 139 |
| 08/21/2019 | 303 | Patrick Brinkley | Final check 0801-08062019 | 126 |
| 08/21/2019 | 304 | Natavian Wills | Final check 0801-08062019 | 99 |
| 08/21/2019 | 305 | Sergio Palazzi | Final check 0801-08062019 | 21 |
| 08/21/2019 | 306 | William Denny | Final check 0801-08062019 | 155 |
| 08/21/2019 | 307 | Kente Johnson | Final check 0801-08062019 | 116 |
| 08/21/2019 | 308 | Thomas Russell | Final check 0801-08062019 | 364 |
| 08/21/2019 | 309 | Tonori Boutte | Final check 0801-08062019 | 277 |
| 08/21/2019 | 310 | Jean Lalanne | Final check 0801-08062019 | 388 |
| 08/21/2019 | 311 | Carlos Perez Hernandez | Final check 0801-08062019 | 379 |
| 08/22/2019 | 312 | Robert Guerrero | Final check 0816-08212019 | 392 |
| 08/22/2019 | 313 | William Taffet | Replacement check 0616-06302019 | 723 |
| 08/23/2019 | 314 | Devon Rea | 0801-08152019 | 185 |
| 08/23/2019 | 315 | Jose Salas | Final check 0816-08232019 | 412 |
| 08/23/2019 | 316 | Joshua Contreras | Final check 0816-08232019 | 236 |
| 08/23/2019 | 317 | Daniel Alonso | Final check 0816-08232019 | 253 |
| 08/23/2019 | 318 | Dion Junior | Final check 0816-08232019 | 190 |
| 08/23/2019 | 319 | Zavior Rivera | Final check 0816-08232019 | 460 |
| 08/23/2019 | 321 | Daniellea Ibarra | Final check 0816-08232019 | 81 |
| 08/26/2019 | 322 | Roksana Zelkowski | Final check 0816-08262019 | 702 |
| 08/27/2019 | 323 | Erick Ramirez | Final check 0816-08272019 | 583 |
| 08/27/2019 | 324 | Hector Adame | Final check 0816-08272019 | 527 |
| 08/27/2019 | 325 | Matthew Bower | Final check 0816-08272019 | 515 |
| 08/27/2019 | 326 | Matthew Patterson | Final check 0816-08272019 | 596 |
| 08/27/2019 | 327 | Tamara Partida | Final check 0816-08272019 | 316 |
| 08/27/2019 | 328 | Christopher Lupercio | Final check 0816-08272019 | 597 |
| 08/27/2019 | 329 | luis Paniagua Rodriguez | Final check 0816-08272019 | 33 |
| 08/27/2019 | 330 | Bruce Gomez | Final check 0816-08272019 | 135 |
| 08/27/2019 | 331 | John Reyes | Final check 0816-08272019 | 33 |
| 08/27/2019 | 332 | Devon Rea | 0801-08152019 | 868 |
| 08/27/2019 | 333 | Jonathan Williford | Final check 0816-08272019 | 480 |
| 08/27/2019 | 334 | Yareli Miranda | Final check 0816-08272019 | 641 |
| 08/27/2019 | 335 | William Taffet | 0801-08152019 | 723 |
| 08/27/2019 | 336 | Stephanie Matus | 0801-08152019 | 497 |
| 08/28/2019 | 337 | Ricardo Reyes | Final check 0816-08282019 | 743 |
| 08/28/2019 | 338 | Steve Zavala | Final check 0816-08272019 | 654 |
| 08/28/2019 | 340 | Michael Lopez | Final check 0816-08272019 | 387 |
| 08/29/2019 | 341 | Denise Marie De La Torre | Final check 0816-08282019 | 201 |
| 08/29/2019 | 342 | Kenya Gardner | Final check 0816-08292019 | 794 |
| 08/29/2019 | 343 | Juan Garcia | Final check 0816-08292019 | 195 |
| 08/29/2019 | 344 | Maricruz Rodriguez | Final check 0816-08292019 | 555 |
| 08/29/2019 | 345 | Oscar Melendez | Final check 0816-08292019 | 369 |
| 08/29/2019 | 346 | Elijah Perry | Final check 0816-08292019 | 330 |

| 08/29/2019 | 347 | David Vandebrake | Final check 0816-08292019 | 683 |
| 08/30/2019 | 348 | Freddy Morales | Final check 0816-08292019 | 823 |
| 08/30/2019 | 349 | Antwan Mekhail | Final check 0816-08292019 | 387 |
| 08/30/2019 | 350 | Yolonda Burrell | Final check 0816-08292019 | 495 |

TOTAL DISBURSEMENTS THIS PERIOD: 1,896,397

PAYROLL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 8/31/2019 | Balance on Statement: | 13,322 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | - |

Less Outstanding Checks (a):

| | Check Number | Check Date | Check Amount |
|---|---|---|---|
| | 121 | 06/26/2019 | 30 |
| | 160 | 07/10/2019 | 330 |
| | 173 | 07/15/2019 | 156 |
| | 182 | 07/18/2019 | 33 |
| | 185 | 07/18/2019 | 833 |
| | 225 | 07/31/2019 | 854 |
| | 233 | 08/06/2019 | 260 |
| | 259 | 08/08/2019 | 32 |
| | 261 | 08/08/2019 | 33 |
| | 274 | 08/13/2019 | 33 |
| | 289 | 08/20/2019 | 59 |
| | 296 | 08/20/2019 | 144 |
| | 298 | 08/20/2019 | 144 |
| | 302 | 08/21/2019 | 139 |
| | 304 | 08/21/2019 | 99 |
| | 305 | 08/21/2019 | 21 |
| | 306 | 08/21/2019 | 155 |
| | 310 | 08/21/2019 | 388 |
| | 311 | 08/21/2019 | 379 |
| | 312 | 08/22/2019 | 392 |
| | 319 | 08/23/2019 | 460 |
| | 326 | 08/27/2019 | 596 |
| | 328 | 08/27/2019 | 597 |
| | 329 | 08/27/2019 | 33 |
| | 330 | 08/27/2019 | 135 |
| | 331 | 08/27/2019 | 33 |
| | 338 | 08/28/2019 | 654 |
| | 341 | 08/29/2019 | 201 |
| | 342 | 08/29/2019 | 794 |
| | 343 | 08/29/2019 | 195 |
| | 345 | 08/29/2019 | 369 |
| | 349 | 08/30/2019 | 387 |
| | 350 | 08/30/2019 | 495 |

| TOTAL OUTSTANDING CHECKS: | 9,460 |
|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | 3,862 |
|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

I.  CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)

| | | |
|---|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | #REF! | 1,208,252 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | #REF! | 1,031,899 |
| 3.  BEGINNING BALANCE: | | 176,353 |
| 4.  RECEIPTS DURING CURRENT PERIOD:<br>     (Transfer from General Account)<br>Other (Itemize): | | 440,676 |
| 5.  BALANCE: | | 617,029.36 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>    TOTAL DISBURSEMENTS THIS PERIOD:*** | | 616,884 |
| 7.  ENDING BALANCE: | | 145 |

8.    TAX Account Number(s):          ******8399

|  | |
|---|---|
| | DIP Taxes Wells Fargo<br>3200 Foothill, Blvd. |
| Depository Name & Location: | La Crescenta, CA 91214 |

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 08/02/2019 | Deduction | Wells Fargo Bank | Bank Charges | 30 |
| 08/02/2019 | Wire | ADP | Payroll Tax | 311,666 |
| 08/19/2019 | Wire | ADP | Payroll Tax | 302,623 |
| 08/19/2019 | Deduction | Wells Fargo Bank | Bank Charges | 30 |
| 08/20/2019 | Deduction | Wells Fargo Bank | Bank Charges | 35 |
| 08/22/2019 | Wire | ADP | 401k | 2,500 |

TOTAL DISBURSEMENTS THIS PERIOD: 616,884

TAX ACCOUNT

BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2019 | Balance on Statement: | 145 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT — **0**

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: — **0**

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: — **145**

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 1,719,920 |
| Payroll Account: | 3,862 |
| Tax Account: | 145 |
| *Other Accounts: | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 0 |

TOTAL CASH AVAILABLE: 1,723,927

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS: 0

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due | |
|---|---|---|---|---|---|
| Hillair Capital | Weekly | 40,000 | 0 | 0 | |
| Bentley Financial Services | Monthly | 2,236 | 4 | 8,944 | |
| Motorcars West/The Auto Gallery | Monthly | 2,178 | 4 | 8,712 | |
| Calstar Motors, Inc. | Monthly | 2,714 | 4 | 10,857 | |
| Parkway Commercial Realty | Monthly | 3,412 | 0 | 0 | |
| Three Two Seven Family Mmgt LLC | Monthly | 2,335 | 0 | 0 | |
| Trust 5025983 LLC | Monthly | 2,000 | 0 | 0 | |
| Bulldog Commercial Real Estate | Monthly | 10,500 | 0 | 0 | |
| ExtraSpaceStorage | Monthly | 140 | 0 | 0 | |
| The Hertz Corporation (1) | Bi-Monthly | 446,302 | 2 | 183,684 | (1) |
| Lockton Companies, LLC | Monthly | 71,022 | 0 | 0 | |
| GTR Source LLC | Monthly | 27,663 | 4 | 110,651 | |
| Hop Capital | Monthly | 37,978 | 4 | 151,913 | |
| Chrome Capital | Unknown | 350,000 | Unknown | 350,000 | (2) |
| WG Fund | Monthly | 2,722 | 4 | 10,888 | |
| Influx Capital LLC | Monthly | 3,427 | 4 | 13,709 | |
| NexGen Capital, LLC | Monthly | 28,210 | 4 | 112,838 | |
| | | | TOTAL DUE: | 962,197 | |

(1) Historically, the total monthly amount due and owing Hertz, which fluctuates depending on van usage, was split into two (2) payments (roughly 85%/15%).

(2) Based upon the limited settlement documentation relating to Chrome Capital that the debtors are in possession of, it appears that the total settlement amount was $350K, of which none was paid (although it is unclear whether and when any settlement payments were or are due, given the lack of settlement documentation in this regard).

III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00
Total Wages Paid: 1,896,397

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0 | 0 | |

(1) On or about 9.4.19, Hertz Corporation ("Hertz") filed a proof of claim reflecting a pre-petition amount that differs significantly from the amount due and owing Hertz in the books and records of the Debtor(s). Based upon the figures, the Debtor(s) believe that the difference is comprised of toll charges that were not charged (or should not have been charged) to the Debtor(s), and the Debtor(s) are in the process of reconciling these figures. The Debtor(s) are optimistic that the parties will be able to consensually resolve the discrepancy in the pre-petition amount due and owing in short order; however, if this is not the case, the amount due and owing Hertz will likely be resolved by and through the sale process.

#### IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| Current | 378,762 | - | 4,774,137 |
| 1 - 30 days | 15,753 | - | - |
| 31 - 60 days | 390 | - | - |
| 61 - 90 days | - | - | - |
| 91 - 120 days | 37,022 | - | - |
| Over 120 days | - | 344,788 | - |
| TOTAL: | 431,927 | 344,788 | 4,774,137 |

#### V. INSURANCE COVERAGE

|  | Type | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|---|
|  | General Liability | Lockton Insurance Brokers, LLC | $300k to $1M | 1/1/2020 | 9/1/2019 |
|  | Worker's Compensation | Innovative (CA/IL) | No limit, w $10k deductible | 10/1/2019 | 8/31/2019 |
|  | Worker's Compensation | Self Insured in Texas | Self Insured | Monthly | 8/31/2019 |
|  | Vehicle | Hertz | $0-300K | 1/1/2020 | 9/1/2019 |
| Others: | Umbrella | First Insurance Funding | $1M | 9/15/2019 | 9/15/2019 |
|  |  |  |  |  |  |

#### VI.  UNITED STATES TRUSTEE QUARTERLY FEES
#### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 6/30/2019 | Additional amount requested | 1,068 | 8/16/2019 | 1,068 | - |
| 6/30/2019 | 6,409,606 | 64,096 | 7/22/2019 | 64,096 | - |
|  |  |  |  |  | - |
|  |  |  |  |  | - |
|  |  | 65,164 |  | 65,164 | - |

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month | |
|---|---|---|---|---|
| George Voskanian | 6/12/2019 | $25,000 / Month | 25,000 | |
| Scott Sheikh | 6/12/2019 | $25,000 / Month | 25,000 | |
| Shoushana Ohanessian | 7/30/2019 | $20,000 / Month | 65,333 | (1) |
| | | | | |

VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Shoushana Ohanessian | 8/20/2019 | Expense Reimbursements | 646 |
| George Voskanian | 8/19/2019 | Expense Reimbursements | 3,843 |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

(1)  Includes approved compensation per the underlying stipulation including catch-up amounts.

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | 8/1/2019 through 8/31/2019 | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | 4,229,697 | 16,558,149 |
| Less: Returns/Discounts | 0 | 0 |
| Net Sales/Revenue | 4,229,697 | 16,558,149 |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | 0 | 0 |
| Purchases | 0 | 0 |
| Less: Ending Inventory at cost | 0 | 0 |
| Cost of Goods Sold (COGS) | 0 | 0 |
| | | |
| Gross Profit | 4,229,697 | 16,558,149 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | 60,866 | 280,866 |
| Payroll - Other Employees | 2,177,998 | 8,575,756 |
| Payroll Taxes | 200,620 | 791,767 |
| Other Franchise Tax and Filing Fees (Itemize) | 0 | 6,647 |
| Depreciation and Amortization | 0 | 32,701 |
| Rent Expense - Real Property | 16,246 | 68,985 |
| Lease Expense - Personal Property | 0 | 0 |
| Insurance | 233,792 | 926,203 |
| Real Property Taxes | 0 | 0 |
| Telephone and Utilities | 35,226 | 136,376 |
| Repairs and Maintenance | 2,219 | 4,184 |
| Travel and Entertainment (Itemize) | 43,177 | 51,663 |
| Miscellaneous Operating Expenses (Itemize) | 940,332 | 3,547,101 |
| Total Operating Expenses | 3,710,476 | 14,422,249 |
| | | |
| Net Gain/(Loss) from Operations | 519,221 | 2,135,899 |
| | | |
| Non-Operating Income: | | |
| Interest Income | 0 | 19 |
| Net Gain on Sale of Assets (Itemize) | 0 | 0 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating income | 0 | 19 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Debtor Counsel | 200,000 | 988,232 |
| Debtor CRO | 60,000 | 156,264 |
| Debtor Advisor | 80,000 | 264,977 |
| Board of Directors | 5,000 | 15,000 |
| Secured Lender Counsel | 31,611 | 306,026 |
| Committee Counsel | 73,669 | 223,669 |
| Committee Professionals | 0 | 0 |
| Investment Banker | 33,334 | 100,000 |
| US Trustee Fees | 1,068 | 65,814 |
| Accrued US Trustee Fees for Q3 | 87,661 | 87,661 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating Expenses | 572,343 | 2,207,642 |
| | | |
| NET INCOME/(LOSS) | (53,122) | (71,724) |
| | | |
| Itemized Miscellaneous Operating Expenses | | |
| Fuel Expense | 283,406 | 1,293,223 |
| Vehicle Expense | 513,436 | 1,869,855 |
| Employment Counsel | 0 | 0 |
| Office Supplies | 33,975 | 75,251 |
| Driver Background Check | 21,379 | 76,809 |
| Dues and Subscriptions | 6,526 | 20,055 |
| Car Wash | 6,862 | 25,557 |
| Citation | 15,439 | 22,387 |
| Accidents | 0 | 4,664 |
| Bank Charges | 918 | 5,190 |
| Recruitment Expenses | 14,888 | 30,593 |
| IT Expenses | 26,350 | 65,750 |
| Other misc. OpEx (3) | 17,153 | 57,769 |
| Total | 940,332 | 3,547,101 |

(1) The identified amounts are estimates based upon discussions with the Debtors' professionals, Committee counsel and counsel for Hillair, as applicable, and are subject to various orders, including but not limited to orders governing the use of cash collateral and orders approving the employment of the various professionals identified.
(2) A payment made to the Debtor('s') employment counsel prior to the Petition Date was inadvertently included in the Debtor('s') Profit and Loss Statement for the period of 6/1/19 through 6/30/19, which was included in the May monthly operating report(s), so it is being adjusted herein to reflect the actual timing of the payment.
(3) Includes Tax preparation expense of $10K.

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| | Current Month End | |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | 1,723,927 | |
| Restricted Cash | 0 | |
| Accounts Receivable | 5,118,925 | |
| Inventory | 0 | |
| Notes Receivable | 0 | |
| Prepaid Expenses | 95,825 | (1) |
| Other (Itemize) | 0 | |
| Total Current Assets | | 6,938,677 |
| | | |
| Property, Plant, and Equipment | 1,056,898 | |
| Accumulated Depreciation/Depletion | (184,012) | |
| Net Property, Plant, and Equipment | | 872,886 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 1,807,751 | (2) |
| Other (Itemize) | 87,133 | (3) |
| Total Other Assets | | 1,894,884 |
| | | |
| **TOTAL ASSETS** | | 9,706,447 |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 431,927 | (4) |
| Taxes Payable | 0 | |
| Notes Payable | 0 | |
| Professional fees | 1,136,770 | |
| Secured Debt | 0 | |
| Accrued Payroll | 1,234,597 | |
| Accrued Q3 US Trustee Fees | 87,661 | |
| Other (Itemize) | 45,000 | |
| Total Post-petition Liabilities | | 2,935,955 |
| | | |
| Pre-petition Liabilities: | | |
| Hillair Notes Payable due to Scoobeez Global | 11,153,098 | (5) |
| Hillair (Per cash collateral stipulation) | (640,000) | (5) |
| Priority Liabilities | 0 | |
| Unsecured Liabilities | 24,070,267 | (6) |
| Other (Itemize) | 734,698 | (7) |
| Total Pre-petition Liabilities | | 35,318,063 |
| | | |
| **TOTAL LIABILITIES** | | 38,254,018 |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | (20,376,988) | |
| Post-petition Profit/(Loss) | (71,724) | |
| Direct Charges to Equity | (8,098,859) | |
| **TOTAL EQUITY** | | (28,547,571) |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | 9,706,447 |

(1) Includes deposits for fuel in the approximate amounts of $47K for Pex.  The remaining amount is comprised of a combination of rental security deposits and insurance deposits.

(2) The amount "Due from Insiders" continues to be reviewed and this figure will be updated as necessary and appropriate based upon that review.

(3) This amount reflects primarily potential funds to be recovered from various merchant cash entities.

(4) Hertz ($386K), Booster ($19K), AT&T Mobility ($21K), Tolls ($15K) and various other accounts payable ($11K).

(5) Since the petition date the Debtor has paid $640K to Hillair Capital Management pursuant to certain cash collateral stipulations and orders, and said funds shall be applied in a manner consistent therewith.

(6) The Pre-Petition Unsecured Liabilities include the balance due and owing Avitus as reflected in the Debtor(s)' pre-petition balance sheet(s) ($15,971,408) (the "Avitus Debt").  Although this figure is disputed by the Debtor(s), and inconsistent with the figure(s) included in the schedules filed by the Debtors (which the Debtors believe to be a more accurate estimate of the amount actually due and owing Avitus), this figure is included herein in order to maintain consistency with the Debtor(s)' previous balance sheet(s).  The CRO continues to evaluate the true nature and amount of the Avitus Debt and will update it as necessary and appropriate. In addition, this figure includes $8,098,859 due and owing a number of merchant cash advance entities pursuant to a global settlement by and among the Debtor and Scoobeez Global, on the one hand, and a number of merchant cash entities on the other hand.

(7) Pre-petition amount comprises of $450k due to Hertz corporation for rentals, $167k due to Enterprise damage claims (which are being disputed), Booster Fuel of $80k, AT&T mobility of $20k and other payables of $18K.

### XI. QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:

   | | No | Yes |
   |---|---|---|

   On or about 7/1/2019, $6,647 was paid to Shoushana Ohanessian as reimbursement for an advance of funds expended by Mrs. Ohanessian in order to revive Scoobur's corporate status. The debtor(s) are in the process of determining the manner in which to treat this payment and/or any claim(s) associated therewith. ___  **X**

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

   | | No | Yes |
   |---|---|---|

   See response to Question #1 ___  **X**

3. State what progress was made during the reporting period toward filing a plan of reorganization

   On 08/01/2019, the Debtors filed a Motion for an Order Extending the Deadline Pursuant to Section 365(d)(4) of the Bankruptcy Code to Assume or Reject Unexpired Leases of Nonresidential Real Property.  On 08/01/2019, the Debtor filed a Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Debtors' Notice of Motion and Motion for an Order Extending Exclusive Period for Debtors to File and Confirm Plan.  On 08/02/2019, the Court entered an Order Approving Stipulation Resolving Objection to Notice of Setting/Increasing Insider Compensation.  On 08/02/2019, the Court entered andOrder Granting Motion To Set Set Last Day To File Proofs of Claim On 08/02/2019.  On 08/02/2019, the Court held a Status Hearing.  On 08/06/2019, the Debtors filed an Amendment to List of Creditors. On 08/06/2019, the Debtors filed a Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Filed by Debtor Scoobeez.  On 08/06/2019, the Debtors entered into a Stipulation with Roy Casetellanos to Continue Hearing on Motion for Relief from the Automatic Stay.  On. 08/07/2019, the Debtors and Hillair Capital Management, LLC entered into a Stipulation Further Extending Deadline for Official Committee of Unsecured Creditors to Challenge Claim and Lien of Hillair Capital Management, LLC.  On 08/07/2019, the Court entered an Order Continuing Hearing On Motion For Relief From Stay filed By Arturo Vega And Unta Key yot 09/10/2019. On 08/08/2019, the Court entered an Order Approving Stipulation Extending Deadline For Official Committee of Unsecured Creditors to Challenge Claim and Lien of Hillair Capital Management, LLC.  On 08/09/2019, the Debtors amended their List of Creditors (Master Mailing List of Creditors).  On 08/14/2019, the Official Committee of Unsecured Creditors and Hillair Capital Management, LLC filed Stipulation Further Extending Deadline for Official Committee of Unsecured Creditors to Challenge Claim and Lien of Hillair Capital Management, LLC. On 08/15/2019 the Court entered an Order Approving Stipulation Further Extending Deadline for Official Committee of Unsecured Creditors to Challenge Claim and Lien of Hillair Capital Management LLC.  On 08/15/2019, the Debtors filed a Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course.  On 08/21/2019, the Official Committee Of Unsecured Creditors and Hillair Capital Management, LLC entered into a Stipulation Further Extending Deadline For Official Committee Of Unsecured Creditors To Challenge Claim And Lien Of Hillair Capital Management, LLC.  On 08/21/2019, the respective parties entered into a Stipulation Resolving Limited Objection to Debtors Motion for an Order Extending Exclusive Period for Debtors to File and Confirm a Plan.  On 08/26/2019, the Court entered an Order Extending The Deadline Pursuant To Section 365(D)(4) Of The Bankruptcy Code To Assume Or Reject Unexpired Leases Of Nonresidential Real Property.  On 08/27/2019, the Court held a Status Hearing.  On 08/29/2019, Debtors filed a Stipulation by and between Debtors and Roy Castellanos for Limited Relief from the Automatic Stay. On 08/29/2019, the Debtors filed a Motion for Entry of an Order (i) Approving Bidding Procedures for Sale of Assets; (ii) Approving the Expense Reimbursement; (iii) Approving the Process for Notifying Non-Debtor Contract Counterparties of Assumption and Assignment of Contracts; and (iv) Granting Related Relief.

4. Describe potential future developments which may have a significant impact on the case:

   **See answer to question #3. Armory will continue to explore a sale of the assets and a recapitalization of the business in order to determine which exit strategy is most value maximizing to the Debtors.**

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

   | No | Yes |
   |---|---|
   | **X** | |

/s/ George Voskanian

I, George Voskanian, CFO/Co-CEO

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.