**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br><br>☐ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br><br>Chapter 11<br><br>**NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE**<br><br>Hearing:<br>Date:  October 17, 2019<br>Time:  10:00 a.m.<br>Place: Courtroom 1375<br>          U.S. Bankruptcy Court<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

> **THIS NOTICE PROVIDES IMPORTANT INFORMATION REGARDING THE POSSIBLE ASSUMPTION AND ASSIGNMENT OF YOUR CONTRACT(S) WITH THE ABOVE-CAPTIONED DEBTORS AND RIGHTS RELATING THERETO. YOU SHOULD CAREFULLY REVIEW THIS DOCUMENT AND LOCATE YOUR NAME AND CONTRACT(S) ON "EXHIBIT A" ATTACHED TO THIS NOTICE.**

**COUNTERPARTIES TO THE DEBTORS' EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On April 30, 2019, the above-captioned debtors and debtors in possession (collectively the "Debtors"), filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court").

2. On August 29, 2019, the Debtors filed a motion (the "Bid Procedures Motion") [Dkt. No. 293], pursuant to sections 105, 363, 365 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014 seeking entry of an order (the "Bid Procedures Order"): (i) approving the proposed auction and bidding procedures (the "Bidding Procedures") for the potential sale of substantially all of the Debtors' assets (the "Assets") pursuant to that certain asset purchase agreement (the "Agreement") with Hillair Capital Advisors LLC, or its designee, to serve as the stalking horse Buyer (the "Stalking Horse Bidder"), free and clear of all liens, claims, interests and encumbrances, including without limitation any successor liability; (ii) approving the bid protections, including the reimbursement of expenses of the Stalking Horse Bidder up to $150,000 (the "Expense Reimbursement"); (iii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "Assumption and Assignment Procedures"); (iv) approving the form and manner of notice of all procedures, protections, schedules and agreements; and (v) scheduling a hearing (the "Sale Hearing") to approve such sale (the "Sale" or the "Transaction").[2]

3. Pursuant to the bid procedures order entered by the United States Bankruptcy Court for the Central District of California on September 17, 2019 (the "Bid Procedures Order") [Docket No. 321], the Debtor hereby provides notice that it is seeking to potentially assume and assign the executory contracts or unexpired leases (the "Potential Assumed Contracts") listed on Exhibit A attached hereto to the Stalking Horse Bidder, or, if another bidder prevails at the Auction, the Winning Bidder.

4. When the Debtors assume and assign a Potential Assumed Contract to which you are a party, on the Closing (as defined in the Agreement), or as soon thereafter as practicable, you will be paid the amount the Debtors' records reflect is owing for prepetition arrearages as set forth on Exhibit A (the "Cure Amounts"). The Debtors' records reflect that all post-petition amounts owing under your Potential Assumed Contract have been paid and will continue to be paid until the assumption and assignment of the Potential Assumed Contract, and that other than the Cure Amounts, there are no other defaults under the Potential Assumed Contract. Upon payment of the Cure Amount, whether as scheduled in this Notice, agreed to by the parties or ordered by the Court, all defaults under the Contract will be cured or deemed unenforceable and the rights under the Contract of the assignee from the Debtors shall be as if no default had ever occurred.

5. Inclusion of an executory contract or unexpired lease as a Potential Assumed Contract on Exhibit A is not a guarantee that such executory contract or unexpired lease will ultimately be assumed and assigned to the Stalking Horse Bidder, or the Winning Bidder.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Motion, the Bid Procedures Order or the Bidding Procedures.

NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT
-1-    Case No. 2:19-bk-14989-WB

6.      You shall have until 4:00 p.m. prevailing Pacific Time on October 1, 2019 (the "Assumption Objection Deadline"), which deadline may be extended in the discretion of the Debtors and the Stalking Horse Bidder, to object (a "Assumption Objection") to the proposed assumption and assignment of the Potential Assumed Contracts in connection with the Sale, including the Cure Amounts listed by the Debtors, and to propose alternative cure amounts.

7.      If you object to the Cure Amounts of such Potential Assumed Contract(s) or you otherwise object to the assumption and assignment of such Potential Assumed Contract(s) to the Stalking Horse Bidder, including the adequate assurance of future performance by the Stalking Horse Bidder, you are required to file an Assumption Objection, in writing, setting forth with specificity any and all cure obligations that you assert must be cured or satisfied in respect of the Potential Assumed Contract(s) and any and all objections to the assumption and assignment of the Potential Assumed Contract(s), as applicable, together with all documentation supporting such cure claim and objections, with the Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012, together with proof of service, and serve such Assumption Objection upon the Notice Parties (defined below), so that the Assumption Objection is received no later than 4:00 p.m. (prevailing Pacific Time) on the Assumption Objection Deadline.  If you file an Assumption Objection asserting a cure amount higher than the proposed Cure Amounts (the "Disputed Cure Amount"), then (a) to the extent that the parties are able to consensually resolve the Disputed Cure Amount prior to the Sale Hearing, and subject to the consent of the Stalking Horse Bidder or the Winning Bidder of such consensual resolution, the parties may set the Cure Amount at such agreed amount or otherwise resolve the Assumption Objection or (b) to the extent the parties are unable to consensually resolve the dispute prior to the Sale Hearing, then such objection will be heard at the Sale Hearing or thereafter.

8.      Upon receipt of this Notice, you are advised to send an email to the Debtors' undersigned counsel containing an email address at which you may be contacted.  In the event the Stalking Horse Bidder is not the Winning Bidder after the Auction, then immediately upon Debtors' identification of the Winning Bidder after the Auction, the Debtor will file and serve, including by email to the extent practicable, a notice that identifies the Winning Bidder.

9.      In the event the Stalking Horse Bidder is not the Winning Bidder after the Auction, if you object to the proposed assumption and assignment to the Winning Bidder of the Potential Assumed Contract(s), including adequate assurance of future performance by the Winning Bidder, you are required to file an objection (a "Supplemental Objection"), in writing, setting forth with specificity any and all objections to the assumption and assignment of the Potential Assumed Contract(s), as applicable, to the Winning Bidder, together with all documentation supporting such objections, with the Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012, together with proof of service and serve such Supplemental Objection upon the Notice Parties (defined below) by electronic mail, so that the Assumption Objection is received no later than 4:00 p.m. Pacific time on October 16, 2019.

10.     If an Assumption Objection and/or Supplemental Objection is timely filed and not resolved by the parties, a hearing with respect to the objection will take place before the Honorable Julia Brand, United States Bankruptcy Judge, 255 East Temple Street, Los Angeles, CA 90012, at the Sale Hearing to be held at 10:00 a.m. Pacific time on October 17, 2019.

11.     You will have the opportunity to evaluate and, if necessary, challenge the ability of any Winning Bidder to provide adequate assurance of future performance under the Potential Assumed Contracts, as provided for above in Paragraphs 6-10 of this Notice.  At the Sale Hearing, the Debtor shall present evidence necessary to demonstrate adequate assurance of future performance by the Winning Bidder.

12.     For purposes of any Assumption Objection or Supplemental Objection, the "Notice Parties" shall be: (i) the Debtors, care of their Chief Restructuring Officer, Brian Weiss, Force 10 Partners LLC, 20341 SW Birch Suite 220, Newport Beach, CA 92660 (bweiss@force10partners.com); (ii) counsel to the Debtors, Foley & Lardner LLP, 555 S. Flower Street, 33rd Floor, Los Angeles, CA 90071, Attn: Ashley M. McDow (amcdow@foley.com) and John A. Simon (jsimon@foley.com); (iii) financial advisors to the Debtors, Conway MacKenzie, Inc., 333 South Hope Street, Suite 3625, Los Angeles, CA  Attn: Michael Flynn (mflynn@conwaymackenzie.com); (iv) the Debtors' investment banker, Armory Securities LLC, 1230 Rosecrans Avenue, Manhattan Beach, CA 90266, Attn: Eben Perison

(eperison@armorysecurities.com) and Jonathan Brownstein (jbrownstein@armorysecurities.com) ; (v) counsel to the Official Committee of Unsecured Creditors, Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067, Attn: David Neale (dln@lnbyb.com) and John-Patrick Fritz (jpf@lnbyb.com); and (vi) counsel to Stalking Horse Bidder: Olshan Frome Wolosky LLP, 1325 Avenue of the Americas, New York, NY 10019, Attn: Adam Friedman (afriedman@olshanlaw.com) and Buchalter, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017 Attn: Anthony Napolitano (anapolitano@buchalter.com) and Steven Spector (sspector@buchalter.com).

13.     At the Sale Hearing, the Debtors will seek the Bankruptcy Court's approval of its assumption and assignment to the Stalking Horse Bidder (or if the Stalking Horse Bidder is not the Winning Bidder, then to the Winning Bidder) of those executory contracts and unexpired leases that have been selected by the Stalking Horse Bidder (or if the Stalking Horse Bidder is not the Winning Bidder, then to the Winning Bidder) to be assumed and assigned (collectively, the "Assumed Contracts"). Any and all rights of the Debtors and their estates with respect to any Potential Assumed Contracts that are not ultimately designated as Assumed Contracts shall be reserved.

14.     If no Assumption Objection and/or Supplemental Objection is timely filed and served with respect to a Potential Assumed Contract in accordance with the respective deadlines set forth herein, then as applicable: (i) the Counterparty to such Potential Assumed Contract shall be deemed to have consented to the assumption by the Debtor and assignment to the Stalking Horse Bidder (or if the Stalking Horse Bidder is not the Winning Bidder, then to the Winning Bidder) of the Potential Assumed Contract, and be forever barred from asserting any objection with regard to such assumption and assignment (including, without limitation, with respect to adequate assurance of future performance by the Stalking Horse Bidder (or if the Stalking Horse Bidder is not the Winning Bidder, then to the Winning Bidder); (ii) any and all defaults under the Potential Assumed Contract and any and all pecuniary losses related thereto shall be deemed cured and compensated pursuant to section 365(b)(1)(A) and (B) of the Bankruptcy Code by payment of the Cure Amount; and (ii) the Cure Amount for such Potential Assumed Contract set forth in the notice shall be controlling, notwithstanding anything to the contrary in such Potential Assumed Contract, or any other related document, and the Counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred and estopped from asserting any other claims or defaults related to such Potential Assumed Contract against the Debtors and their estates or the Stalking Horse Bidder (or if the Stalking Horse Bidder is not the Winning Bidder, then to the Winning Bidder), or the property of any of them, that existed prior to the entry of the Sale Order, or that conditions to assignment must be satisfied under such Potential Assumed Contracts or that there is any objection or defense to the assumption and assignment of such Potential Assumed Contract.

15.     The Debtors, the Stalking Horse Bidder, and/or the Winning Bidder reserve all of their rights, claims and causes of action with respect to the Potential Assumed Contracts. Notwithstanding anything to the contrary herein or in the Agreement, the proposed assumption and assignment of each of the Potential Assumed Contracts (a) shall not be an admission as to whether any such Potential Assumed Contract was executory or unexpired as of the Petition Date or remains executory or unexpired post-petition within the meaning of Bankruptcy Code section 365; and (b) shall be subject to the Debtors', the Stalking Horse Bidder's, and/or the Winning Bidder's right to conduct further confirmatory diligence with respect to the Cure Amounts of each Potential Assumed Contract and to modify such Cure Amounts accordingly. In the event that the Debtors, the Stalking Horse Bidder, and/or the Winning Bidder determine that your Cure Amount should be modified, you will receive a notice.

16.     This Notice, the Auction, and the Sale Hearing are subject to the fuller terms and conditions of the Bid Procedures Motion and the Bid Procedures Order, which shall control in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of substantially all of the Debtors' assets and/or copies of any related document, including the Agreement, the Bid Procedures Motion, or the Bid Procedures Order, may make a written request to counsel for the Debtor, Foley & Lardner, LLP, 555 S. Flower Street, 33rd Floor, Los Angeles, CA, 90071, Attn: Ashley McDow (amcdow@foley.com) and John Simon (jsimon@foley.com). In addition, copies of the Bid Procedures Motion, the Sale

Motion, the Bid Procedures Order and this Notice can be found on (i) the Court's website, www.cacb.uscourts.gov through PACER (Public Access to Court Electronic Records); and (ii) are on file with the Clerk of the Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012.

DATED: September 20, 2019                **FOLEY & LARDNER LLP**

          */s/ Shane J. Moses*
Shane J. Moses

Ashley M. McDow (245114)
John A. Simon (Admitted Pro Hac Vice)
Shane J. Moses (250533)
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065
Email:  amdow@foley.com
       jsimon@foley.com
       smoses@foley.com

Attorneys for Debtors SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

Case 2:19-bk-14989-WB    Doc 336    Filed 09/20/19    Entered 09/20/19 16:09:38    Desc
Main Document    Page 6 of 12

## Exhibit A

## Potential Assumed Contracts

Contracts listed include all related amendments, schedules, exhibits, statements of work, and other ancillary documents, as each may have been amended, restates or supplemented from time to time.  The Cure Amounts contained herein have been calculated by the Debtor and do not include any post-petition payments which were authorized by order of the Court.  If the Cure Amount is listed as $0.00, the Debtor does not believe any amount is owed to cure any defaults for the Potential Assumed Contract.

| Counterparty Name | Counterparty Address(es) | Contract Date | Contract Type | Contract Description | Cure Amount |
|---|---|---|---|---|---|
| ADT Security Service | ADT Security Services<br>PO Box 371878<br>Pittsburgh PA 15250-7878 | | Vendor | Vendor | $0.00 |
| Amazon Logistics, Inc. | Amazon Logistics, Inc.<br>Attention General Counsel<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | | Delivery Provider | Delivery Provider | $0.00 |
| AT&T Mobility | AT&T Corp.<br>c/o CT Corporation<br>818 Seventh Street, Suite 930<br>Los Angeles CA 90017-0000 | | Vendor | Vendor | $35.00 |
| Athens Services | Athens Services<br>14048 E. Valley Blvd.<br>La Puente CA 91746-0000 | | Utilities | Utilities | $0.00 |
| Booster Fuels, Inc. | Booster Fuels<br>11 N. Ellsworth Avenue<br>San Mateo CA 94403-0000 | | Vendor | Vendor | $79,360.71 |
| City of Glendale Water & Power | City of Glendale Water & Power<br>141 North Glendale Ave., Level 2<br>Glendale CA 91206-0000 | | Utilities | Utilities | $0.00 |
| Crescenta Valley Water District | Crescenta Valley Water District<br>2700 Foothill Blvd.<br>La Crescenta CA 91214-0000 | | Utilities | Utilities | $0.00 |
| ExtraSpaceStorage | ExtraSpaceStorage<br>2244 S. Western Ave.<br>Chicago, IL 60608 | | Lease of Storage Space | Lease of Storage Space | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Fleetwash | Fleetwash Inc. 26 Law Drive Fairfield NJ 07004-0000 | | Vendor | Vendor | $0.00 |
| Garo and Aroussiask Dekirmendjian | Garo and Aroussiak Dekirmendjian c/o Bulldog Commercial Real Estate Attn: John Raudsep, President 3634 Woodcliff Sherman Oaks, CA 91403 | March 16, 2018 | Lease | Lease of 3463 Foothill, Glendale, CA | $0.00 |
| Gemini Insurance Company | Gemini Insurance Company 475 Steamboat Road Greenwich, CT 06830 | | Insurance | Insurance | $0.00 |
| Hertz Corporation | The Hertz Corporation Attn: Casey Rodriguez, Division VP 2 Schoephoester Road Windsor Locks, CT 06096 | January 1, 2019 | Master Rental Agreement | Master Rental Agreement for Cargo Vans | $460,035.75 |
| Innovative Work Comp Solutions LLC | Innovative Work Comp Solutions LLC 3440 Blue Springs Road NW Kennesaw, GA 30144 | | Insurance | Insurance | $0.00 |
| Lloyd's of London | Lloyd's of London One Lime Street London EC3M 7HA | | Insurance | Insurance | $0.00 |
| Lockton Companies, LLC | Lockton Companies LLC Attn: Nate Mundy, COO Lockton Insurance Brokers, LLC 725 S. Figueroa, 35th Floor Los Angeles, CA 90017 | | Fee for Services Agreement | Fee for Services Agreement | $0.00 |
| Parkway Commercial Realty | Parkway Commercial Realty Attn: Laurence & Patricia Cesander 2485 E. Southlake Blvd. Southlake, TX 76092 | May 4, 2018 | Lease | Lease of 3601 Northeast Loop 820, Suite 103, Fort Worth, TX | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| PEX Visa Prepaid Card (Bancorp Bank) | Pex Cards<br>462 7th Avenue<br>21st Floor<br>New York NY 10018-0000 | | Vendor | Vendor | $0.00 |
| Ready Refresh | Ready Refresh<br>4400 S. Kolmar Ave.<br>Chicago IL 60632-0000 | | Utilities | Utilities | $189.88 |
| Southern California Gas | Southern California Gas Company<br>PO Box 1626<br>Monterey Park CA 91754-8626 | | Utilities | Utilities | $0.00 |
| Spectrum Business | Spectrum Business c/o Charter Communications<br>PO Box 790261<br>Saint Louis MO 63179-0000 | | Utilities | Utilities | $504.54 |
| Three Two Seven Family Mmgt. LLC | Three Two Seven Family Mmgt. LLC<br>PO Box 120040<br>San Antonio, TX 78212 | | Lease | Lease of 4118 McCullough Ave., San Antonio, TX | $0.00 |
| Trust 5025983 LLC Series 1400 N. Cicero | Trust 5025983 LLC Series 1400 N. Cicero c/o Nelson Hill – Emily Rasan<br>1111 S. Western Avenue<br>Chicago, IL 60612 | | Lease | Parking Lot Lease for property located at 2018 W. Cullerton, Chicago, IL 60608 | $0.00 |
| U-Stor-It, Chicago | U-Stor-It Self Storage Chicago<br>501 W. Broadway Suite 2020<br>San Diego, CA 92101 | | Vendor | Vendor | $0.00 |
| U-Stor-It, Lisle | U-Stor-It Self Storage Lisle<br>501 W. Broadway Suite 2020<br>San Diego, CA 92101 | | Vendor | Vendor | $0.00 |
| Verizon Wireless | Verizon Wireless<br>PO Box 489<br>Newark NJ 07101-0489 | | Vendor | Vendor | $0.00 |
| West American Insurance Company | West American Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 | | Insurance | Insurance | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the documents entitled (*specify*): NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR will be served by the court via NEF and hyperlink to the document. On (*date*) 9/20/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 9/20/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/20/19 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

4850-9965-4306.5

F 9013-3.1.PROOF.SERVICE

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Riebert Sterling Henderson    shenderson@gibbsgiden.com
Vivian Ho    BKClaimConfirmation@ftb.ca.gov
Alvin Mar    alvin.mar@usdoj.gov
Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
Stacey A Miller    smiller@tharpe-howell.com
Kevin H Morse    kmorse@clarkhill.com, blambert@clarkhill.com
Shane J Moses    smoses@foley.com
Akop J Nalbandyan    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
David L. Neale    dln@lnbyb.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Eric K Yaeckel    yaeckel@sullivanlawgroupapc.com

**2. SERVED BY UNITED STATES MAIL**:

ADT Security Services
PO Box 371878
Pittsburgh PA 15250-7878

Amazon Logistics, Inc.
Attention General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210

AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles CA 90017-0000

Athens Services
14048 E. Valley Blvd.
La Puente CA 91746-0000

Booster Fuels
11 N. Ellsworth Avenue
San Mateo CA 94403-0000

City of Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale CA 91206-0000

Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta CA 91214-0000

Gemini Insurance Company
475 Steamboat Road
Greenwich, CT 06830

The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 06096

Innovative Work Comp Solutions LLC
3440 Blue Springs Road NW
Kennesaw, GA 30144

Lloyd's of London
One Lime Street
London EC3M 7HA

Lockton Companies LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokers, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017

Parkway Commercial Realty
Attn: Laurence & Patricia Cesander
2485 E. Southlake Blvd.
Southlake, TX 76092

Garo and Aroussiak Dekirmendjian
c/o Bulldog Commercial Real Estate
Attn: John Raudsep, President
3634 Woodcliff
Sherman Oaks, CA 91403

Pex Cards
462 7th Avenue
21st Floor
New York NY 10018-0000

Ready Refresh
4400 S. Kolmar Ave.
Chicago IL 60632-0000

Southern California Gas Company
PO Box 1626
Monterey Park CA 91754-8626

Spectrum Business
c/o Charter Communications
PO Box 790261
Saint Louis MO 63179-0000

Three Two Seven Family Mmgt. LLC
PO Box 120040
San Antonio, TX 78212

Trust 5025983 LLC Series 1400 N. Cicero
c/o Nelson Hill – Emily Rasan
1111 S. Western Avenue
Chicago, IL 60612

U-Stor-It Self Storage Chicago
501 W. Broadway
Suite 2020
San Diego, CA 92101

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        **F 9013-3.1.PROOF.SERVICE**
4850-9965-4306.5

| | | |
|---|---|---|
| ExtraSpaceStorage<br>2244 S. Western Ave.<br>Chicago, IL 60608 | West American Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 | U-Stor-It Self Storage Lisle<br>501 W. Broadway<br>Suite 2020<br>San Diego, CA 92101 |
| Fleetwash Inc.<br>26 Law Drive<br>Fairfield NJ 07004-0000 | Verizon Wireless<br>PO Box 489<br>Newark NJ 07101-0489 | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**
4850-9965-4306.5