| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ashley M. McDow (245114)<br>John A. Simon (Admitted Pro Hac Vice)<br>Shane J. Moses (250533)<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Telephone: (213) 972-4500<br>Facsimile: (213) 486-0065<br>Email: amcdow@foley.com<br>          jsimon@foley.com<br>          smoses@foley.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* all Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SCOOBEEZ, et al.<br>SCOOBEEZ GLOBAL, INC.<br>SCOOBUR, LLC<br>Debtors and Debtors in Possession<br><br>Debtor(s). | CASE NO.: 19-bk-14989 (jointly administered)<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

**Sale Date:** 10/14/2019    *if needed*    **Time:** 10:00 am PT

**Location:** 555 South Flower St., Ste. 3300, Los Angeles, CA 90071

**Type of Sale:** ☒ Public  ☐ Private    **Last date to file objections:** 10/01/2019

**Description of property to be sold:**
Substantially all the assets of the Debtors, including accounts receivable, inventory, tangible personal property, intellectual property assets, assumed executory contracts and leases, cash, and certain claims and causes of action expressly agreed in the Agreement, subject to certain Working Capital Adjustments.

**Terms and conditions of sale:** The sale is subject to the Order (I) Approving Bidding Procedures for Sale of Assets (II) Approving the Expense Reimbursement; (III) Approving the Process for Notifying Non-Debtor Contract Counterparties of Assumption and Assignment of Contracts; and (IV) Granting Related Relief (the "Bid Procedures Order"), entered by the Court on September 17, 2019 [Dkt. No. 321] and the Bidding Procedures and notices which were approved in the order.

**Proposed sale price:** $ 9,000,000.00    (subject to overbids)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 6004-2.NOTICE.SALE

**Overbid procedure (*if any*):**
Parties wishing to overbid must first become Qualified Bidders and submit Qualified Bids on or before October 11, 2019 specifically in accordance with the Bid Procedures Order and Bid Procedures. Without limiting the foregoing, an initial overbid must be at least $9,200,000 and subsequent overbids at auction are in $50,000 increments.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
October 17, 2019 at 10:00 a.m. Pacific Time
United States Bankruptcy Court for the Central District of California - Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012
Courtroom 1375

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
John A. Simon
Ashley M. McDow
Shane J. Moses
555 South Flower St., Ste. 3300
Los Angeles, CA 90071
(213) 972-4500
jsimon@foley.com
amcdow@foley.com
smoses@foley.com

Date: 09/20/2019

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the documents entitled (*specify*): NOTICE OF SALE OF ESTATE PROPERTY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR will be served by the court via NEF and hyperlink to the document. On (*date*) 9/20/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 9/20/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/20/2019 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4837-9716-7782.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Riebert Sterling Henderson    shenderson@gibbsgiden.com
Vivian Ho    BKClaimConfirmation@ftb.ca.gov
Alvin Mar    alvin.mar@usdoj.gov
Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
Stacey A Miller    smiller@tharpe-howell.com
Kevin H Morse    kmorse@clarkhill.com, blambert@clarkhill.com
Shane J Moses    smoses@foley.com
Akop J Nalbandyan    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
David L. Neale    dln@lnbyb.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Eric K Yaeckel    yaeckel@sullivanlawgroupapc.com

4837-9716-7782.1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**