GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatolawoffices.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatolawoffices.com
EMMA SAMYAN (SBN 322703)
  Esamyan@salvatolawoffices.com
SALVATO LAW OFFICES
777 South Figueroa Street, Suite 2800
Los Angeles, California 90017
Telephone:   (213) 484-8400
Facsimile:   (213) 401-2411

Attorneys for Plaintiff
AZAD BABAN

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES

| | |
|---|---|
| In re:<br><br>SCOOBEEZ et al,<br><br>Debtor. | Case No. 2:19-bk-14989-WB<br><br>Chapter 11 |
| Affects:<br><br>■ All Debtors<br><br>☐ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur LLC, ONLY | **Stipulation for Entry of Order Granting Relief From Automatic Stay Under 11 U.S.C. § 362(a) (ACTION IN NONBANKRUPTCY FORUM) For Certain Specified Purposes**<br><br>DATE:   October 8, 2019<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom 1375<br>        255 E. Temple Street<br>        Los Angeles, CA  90012 |

Stipulation for Order for Relief from the Automatic Stay      -1-      *In re Scoobeez et al.., Debtor*
Case No. 2:19-bk-14989-WB

4843-8003-8568.1

Salvato Law Offices

Azad Baban ("**Baban**" or "**Plaintiff**") and SCOOBEEZ, one of the debtors in the above captioned jointly administered bankruptcy proceedings (the "**Bankruptcy Case**") (the "**Debtor**" or "**Scoobeez**") through counsel, hereby enter into this stipulation for entry of an order granting relief from the automatic stay under 11 U.S.C. § 362 for the limited purposes identified herein (the "**Stipulation**"), with respect to the following facts:

## RECITALS

A.    On January 30, 2018, Baban filed a complaint in the Los Angeles Superior Court against the Debtor, amongst others, alleging causes of action for wrongful termination, racial, disability and gender harassment, discrimination and retaliation, and related claims (the "**Complaint**"), which commenced a lawsuit entitled <u>Azad Baban v. Scoobeez, Inc., et al.</u>, Case No. BC692250 (the "**State Court Action**").  On or about June 8, 2018, the Debtor filed a demurrer to the Complaint, which was granted in part.  On or about July 20, 2018, Baban filed a first amended complaint (the "**FAC**").

B.    On or about September 7, 2018, in the State Court Action, the Debtor filed an answer to the FAC, and on or about December 28, 2018, the Debtor, amongst other defendants, filed a motion for summary judgment, which was pending on the Petition Date, as that term is defined below. On April 30, 2019 (the "**Petition Date**"), the Debtor filed a voluntary petition under chapter 11 of the United States Code, which commenced the Bankruptcy Case.

C.    On August 6, 2019, Plaintiff filed a proof of claim in the Bankruptcy Case, which was designated as Claim No. 5 (the "**Proof of Claim**").

D.    Plaintiff believes that there are certain insurance policies that may provide coverage for the claims asserted against the Debtor in the State Court Action (collectively, the "**Policies**").

E.    On September 11, 2019, the Plaintiff filed a *Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)* [Docket No. 316] (the "**Motion**").  By the Motion, Plaintiff requested relief from the automatic stay in order to proceed with the State Court Action.

SALVATO LAW OFFICES

Stipulation for Order for Relief from the Automatic Stay    -2-    In re Scoobeez et al.., Debtor
Case No. 2:19-bk-14989-WB
4843-8003-8568.1

F. The Motion is currently set for hearing on October 8, 2019, at 10:00 a.m.

G. Plaintiff seeks relief from the automatic stay to pursue the State Court Action to judgment (including through appeal, if and as necessary) in order to liquidate the claims at issue in the State Court Action and solely to recover from and to the extent of any applicable coverage available under the Policies, if any.

**NOW, THEREFORE, BASED ON THE FOREGOING RECITALS AND SUBJECT ONLY TO BANKRUPTCY COURT APPROVAL, IT IS HEREBY STIPULATED AND AGREED:**

1. Relief from the automatic stay under U.S.C. § 362 shall be granted for the limited purpose(s) and to the extent specifically identified in Recital G above;

2. Plaintiff shall retain the right to prosecute the Proof of Claim to the extent the liability thereunder is not otherwise satisfied by the proceeds of the Policies, if any;

3. Within ten (10) days of Plaintiff's receipt of any proceeds from one or more of the Policies on account of the claims pled in the FAC (the "**Insurance Proceeds**"), Plaintiff shall amend the Proof of Claim to reflect the proceeds received;

4. Within ten (10) days of entry of any judgment in the State Court Action in favor of Plaintiff against the Debtor, Plaintiff shall amend the Proof of Claim to reflect the liquidated amount of the claim(s) as against the Debtors, or any of them, net of any Insurance Proceeds received from the Policies, if any; and

4. The effectiveness of any order entered approving this Stipulation and granting relief from the automatic stay on the terms set forth herein shall take effect immediately, and the fourteen (14) day period set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

[Signatures on following page]

SALVATO LAW OFFICES

Stipulation for Order for Relief from the Automatic Stay
4843-8003-8568.1
-3-
In re Scoobeez et al.., Debtor
Case No. 2:19-bk-14989-WB

1  IT IS SO STIPULATED.

2

3  Dated: October 3, 2019          FOLEY AND LARDNER, LLP

4

5                                              By: _____
6                                                   Shane J. Moses

7                                              Attorney for Debtor
                                                SCOOBEEZ, et al.
8

9

10

11  Dated: October 3, 2019          SALVATO LAW OFFICES

12

13                                              */s/ Gregory Salvato*
                                                By: _____
14                                                  Gregory M. Salvato
                                                    Emma Samyan
15

16                                              Attorneys for Plaintiff
                                                AZAD BABAN
17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Law Offices, 777 South Figueroa Street, Suite 2800, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation for Entry of Order Granting Relief From Automatic Stay Under 11 U.S.C. § 362(a) (ACTION IN NONBANKRUPTCY FORUM) For Certain Specified Purposes** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/03/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Richard W Esterkin**   richard.esterkin@morganlewis.com
- **John-Patrick M Fritz**   jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Riebert Sterling Henderson**   shenderson@gibbsgiden.com
- **Vivian Ho**   BKClaimConfirmation@ftb.ca.gov
- **Alvin Mar**   alvin.mar@usdoj.gov
- **Ashley M McDow**   amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- **Stacey A Miller**   smiller@tharpe-howell.com
- **Kevin H Morse**   kmorse@clarkhill.com, blambert@clarkhill.com
- **Shane J Moses**   smoses@foley.com
- **Akop J Nalbandyan**   jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- **Rejoy Nalkara**   rejoy.nalkara@americaninfosource.com
- **Anthony J Napolitano**   anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
- **David L. Neale**   dln@lnbyb.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Gregory M Salvato**   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
- **Jeffrey S Shinbrot**   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **Steven M Spector**   sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Eric K Yaeckel**   yaeckel@sullivanlawgroupapc.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/03/19** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Overnight Mail</u>
Honorable Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/03/2019 | Tim Mayse | /s/ Tim Mayse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    2    **F 9013-3.1.PROOF.SERVICE**