Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
jsimon@foley.com
smoses@foley.com

Attorneys for Debtors and Debtors in
Possession, SCOOBEEZ, SCOOBEEZ GLOBAL,
INC., and SCOOBUR, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-3.1.PROOF.SERVICE**

Affects:

■ All Debtors

☐ Scoobeez, ONLY

☐ Scoobeez Global, Inc., ONLY

☐ Scoobur LLC, ONLY

**PROOF OF SERVICE OF:**

1.   ORDER (I) APPROVING BIDDING PROCEDURES FOR SALE OF ASSETS; (II) APPROVING THE EXPENSE REIMBURSEMENT; (III) APPROVING THE PROCESS FOR NOTIFYING NON-DEBTOR CONTRACT COUNTERPARTIES OF ASSUMPTION AND ASSIGNMENT OF CONTRACTS; AND (IV) GRANTING RELATED RELIEF;
2.   BID PROCEDURES; AND
3.   NOTICE OF AUCTION AND SALE HEARING
4.   NOTICE OF MOTION FOR ENTRY OF ORDER (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR OUTSIDE THE ORDINARY COURSE OF BUSINESS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, SUBJECT TO HIGHER AND BETTER BIDS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SUCH SALE; AND (III) GRANTING RELATED RELIEF

<u>Hearing</u>
Date:       Thursday, October 17, 2019
Time:       10:00 a.m.
Location: Courtroom 1375
              U.S. Bankruptcy Court,
              255 East Temple St.
              Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Omni Agent Solutions, 5955 DeSoto Avenue, Suite #100, Woodland Hills, CA 91367.

A true and correct copy of the documents entitled (*specify*):
1. ORDER (I) APPROVING BIDDING PROCEDURES FOR SALE OF ASSETS; (II) APPROVING THE EXPENSE REIMBURSEMENT; (III) APPROVING THE PROCESS FOR NOTIFYING NON-DEBTOR CONTRACT COUNTERPARTIES OF ASSUMPTION AND ASSIGNMENT OF CONTRACTS; AND (IV) GRANTING RELATED RELIEF;
2. BID PROCEDURES; and
3. NOTICE OF AUCTION AND SALE HEARING
4. NOTICE OF MOTION FOR ENTRY OF ORDER (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR OUTSIDE THE ORDINARY COURSE OF BUSINESS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, SUBJECT TO HIGHER AND BETTER BIDS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SUCH SALE; AND (III) GRANTING RELATED RELIEF

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing documents 3. and 4. will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)   9/20/2019  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   9/20/2019  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
  10/15/2019           Scott M. Ewing                          *[signature]*

_____
Date              Printed Name                              Signature

0884-2917.2

**2. SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Scoobeez<br>3463 Foothill Blvd.<br>Glendale, CA 91214 | Accurate Background<br>7515 Irvine Center Drive<br>Irvine, CA 92618 | ADT Security Services<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 |
| AE Works Enterprises, Inc.<br>PO Box 4016<br>Chatsworth, CA 91313 | Alissa Guler<br>c/o Albert G. Stoll, Jr.<br>55 Francisco Street, Suite 403<br>San Francisco, CA 94133 | Amazon<br>1516 Second Avenue<br>Seattle, WA 98101 |
| Amazon Web Services Inc.<br>440 Terry Ave N<br>Seattle, WA 98109 | App Group International, LLC<br>85 Broad Street, 17th Floor<br>New York, NY 10004 | Arturo Vega and Unta Key<br>c/o Eric K. Yaeckel<br>Sullivan Law Group, APC<br>2330 Third Avenue<br>San Diego, CA 92101 |
| Asana<br>1550 Bryant Street, Suite 800<br>San Francisco, CA 94103 | AT&T Corp.<br>c/o CT Corporation<br>818 Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Athens Services<br>14048 E. Valley Blvd.<br>La Puente, CA 91746 |
| Avitus, Inc.<br>c/o David M. Wagner, Esq.<br>Crowley Fleck, PLLP<br>P.O. Box 10969<br>Bozeman, MT 59719 | Azad Baban<br>c/o Justin Silverman, Esq.<br>Reisner & King LLP<br>14724 Ventura Blvd., Suite 1210<br>Sherman Oaks, CA 91403 | B-One Construction<br>c/o R. Sterling Henderson, Esq.<br>Gibbs Giden LLP<br>1880 Century Park East 12th Floor<br>Los Angeles, CA 90067-1621 |
| Bernardo Parra<br>c/o Mancini Law Group, P.C.<br>7170 W. Grand Avenue<br>Elmwood Park, IL 60707 | BMW Financial Services NA, LLC<br>Bankruptcy Servicer<br>AIS Portfolio Servcies, LP<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 | Booster Fuels<br>11 N. Ellsworth Avenue<br>San Mateo, CA 94403 |
| California Franchise Tax Board<br>Franchise Tax Board Bankr. Section<br>PO Box 2952, MS:A-340<br>Sacramento, CA 95812-2952 | Citation Department<br>Attn: Leslie Yang<br>14002 East 21st St, #1500<br>Tulsa, OK 74134 | City of Chicago<br>Department of Finance<br>PO Box 88292<br>Chicago, IL 60680 |
| City of Glendale Water & Power<br>141 North Glendale Ave., Level 2<br>Glendale, CA 91206 | City of Los Angeles<br>Parking Violations Bureau<br>PO Box 30420<br>Los Angeles, CA 90030 | Crescenta Valley Water District<br>2700 Foothill Blvd.<br>La Crescenta, CA 91214 |

Damage Recovery (EAN)  
PO Box 843369  
Kansas City, MO 64184

De'Von Walker  
c/o David Yeremian & Associates, In  
535 N. Brand Blvd., Suite 705  
Glendale, CA 91203

DMV  
PO Box 825339  
Sacramento, CA 94232

DSP Online Order  
5825 Southwest Arctic Drive  
Beaverton, OR 97005

Earl Jones  
7441 Candleridge Circle  
Fort Worth, TX 76133

Edvin Amzayan, c/o State of CA  
Dept. of Industrial Relations  
Labor Commission Office  
455 Golden Gate Ave., 10th Floor  
San Francisco, CA 94102

Edvin Yegiyan, c/o State of CA  
Dept. of Industrial Relations  
Labor Commission Office  
455 Golden Gate Ave., 10th Floor  
San Francisco, CA 94102

Employment Development Department  
PO Box 826215 MIC 3A  
Sacramento, CA 94230-6215

Enterprise Holdings, Inc.  
600 Corporate Park Drive  
Saint Louis, MO 63105

Fed Ex  
942 South Shady Grove Road  
Memphis, TN 38120

First Advantage  
1 Concourse Parkway NE  
Suite 200  
Atlanta, GA 30328

First Insurance Funding  
450 Skokie Blvd., Ste. 1000  
Northbrook, IL 60062-7917

Fleetwash Inc.  
26 Law Drive  
Fairfield, NJ 7004

Gallik, Bremer & Molloy, PC  
PO Box 70  
Bozeman, MT 59771

Gemini Duplication, Inc.  
6020 W. Oaks Blvd., Ste. 301  
Lincoln, CA 95648

Global Results Communications  
201 East Sandpointe Avenue  
Suite 650  
Santa Ana, CA 92707

Google/G Suite Software  
1600 Amphitheatre Parkway  
Mountain View, CA 94043

GTR Source LLC  
1006 Monmouth Ave  
Lakewood, NJ 8701

Halo Branded Solutions  
1500 Halo Way  
Sterling, IL 61081

Hertz Corporation  
14501 Quail Springs Parkway  
Oklahoma City, OK 73134

Hillair Capital Management LLC  
330 Primrose Road  
Suite 660  
Burlingame, CA 94010

HOAG Memorial Hospital Presbyterian  
1 Hoag Drive  
Newport Beach, CA 92663

Hop Capital  
323 Sunny Isles Blvd., Suite 501  
Sunny Isles Beach, FL 33160

Imran Firoz  
c/o Brent Finch  
Brent Finch Law  
27200 Agoura Rd., Ste. 102  
Agoura Hills, CA 91301

Indeed, Inc.  
6433 Champion Grandview Way  
Building 1  
Austin, TX 78750

Influx Capital LLC  
1049 Helen Avenue  
Santa Clara, CA 95051

Internal Revenue Service  
Centalized Insolvency Operation  
PO Box 7346  
Philadelphia, PA 19101-7346

| | | |
|---|---|---|
| Jacob Lee DeGough<br>c/o Glenn Law Firm<br>1017 William D. Tate Ave.<br>Suite 100<br>Grapevine, TX 76051 | Japeth Williams<br>209 W. Central Ave., Apt. D<br>Monrovia, CA 91016 | Jassim M. Addal<br>c/o Law Office of Arash Alizadeh<br>7545 Irvine Center Drive, Suite 200<br>Irvine, CA 92618 |
| Kenneth Burrell<br>8901 Calden Ave., Apt. 401<br>South Gate, CA 90280 | Law Office of Todd M. Friedman, PC<br>333 Skokie Blvd., #103<br>Northbrook, IL 60062 | Liquid Web Inc.<br>2703 Ena Drive<br>Lansing, MI 48917 |
| LiveAgent<br>c/o Quality Unit, LLC<br>616 Corporate Way, Suite 2-3278<br>Valley Cottage, NY 10989 | Lockton Companies, LLC<br>Attn: Nate Mundy, COO<br>Lockton Insurance Brokres, LLC<br>725 S. Figueroa, 35th Floor<br>Los Angeles, CA 90017 | Lois Craig<br>1708 S. Alma St.<br>San Pedro, CA 90731 |
| Lynn Riley<br>c/o Clancy & Diaz, LLP<br>3645 Grand Avenue, Suite 306<br>Oakland, CA 94610 | Mail Chimp<br>c/o The Rocket Science Group, LLC<br>675 Ponce de Leon Ave. NE<br>Suite 5000<br>Atlanta, GA 30308 | Maria Salgado<br>c/o Nicholas J. Tsakas, Esq.<br>4267 Marina City Drive<br>Suite 512<br>Marina Del Rey, CA 90292 |
| Marwan Griffin<br>c/o Aegis Law Firm, PC<br>9811 Irvine Center Drive<br>Suite 100<br>Irvine, CA 92618 | Massinissa Bechout, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 | Mercedes-Benz Fin. Serv. USA LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Minas Sarafian<br>c/o Simonian & Simonian, PLC<br>144 N. Glendale Ave., #228<br>Glendale, CA 91206 | Mostafa Joharifard<br>1651 E. Edinger Ave.<br>Suite 100<br>Santa Ana, CA 92705 | Nazareth Ohanessian<br>1328 Doverwood Drive<br>Glendale, CA 91207 |
| Newport Urgent Care<br>1000 Bristol St. North<br>Suite 1B<br>Newport Beach, CA 92660 | NexGen Capital, LLC<br>c/o David Neale<br>Levene Neale Bender<br>10250 Constellation Blvd., #1700<br>Los Angeles, CA 90067 | Novel Coworking<br>c/o GABA Guerrini Law<br>8583 Irvine Center Drive, Suite 500<br>Irvine, CA 92618 |
| Office of the Director<br>Department of Motor Vehicles<br>2415 1st Avenue, MS: F101<br>Sacramento, CA 95818-2606 | OrthoKinetix<br>1835 Chicago Avenue<br>Suite A<br>Riverside, CA 92507 | Peter Rosenthal Irrevocable Trust<br>dated 10/31/2012<br>3450 N. Verdugo Rd.<br>Glendale, CA 91208 |
| Pex Cards<br>462 7th Avenue<br>21st Floor<br>New York, NY 10018 | Quickbooks<br>c/o Intuit Inc.<br>2700 Coast Avenue<br>Mountain View, CA 94043 | Prince Uko, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 |

| | | |
|---|---|---|
| Queen Funding LLC<br>2221 NE 164 ST<br>North Miami Beach, FL 33160 | Ready Refresh<br>4400 S. Kolmar Ave.<br>Chicago, IL 60632 | Raef Lawson<br>8601 Lincoln Blvd.<br>Ste. 180-276<br>Los Angeles, CA 90045 |
| Rafael Nendel - Flores<br>c/o LeClairRyan<br>725 S. Figueroa Street<br>Suite 350<br>Los Angeles, CA 90017 | Roy Castelanos<br>c/o Employees' Legal Advocates, LLP<br>811 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90017 | Ready Refresh (Foothill Location)<br>4400 S. Kolmar Ave.<br>Chicago, IL 60632 |
| Ring Central<br>20 Davis Drive<br>Belmont, CA 94002 | Scoobeez SF, LLC<br>1000 North Green Valley Parkway<br>Suite 440-477<br>Henderson, NV 89074 | Scoobeez Global, Inc.<br>3463 Foothill Blvd.<br>La Crescenta, CA 91214 |
| Shoushana (Suzy) Ohanessian<br>1328 Doverwood Drive<br>Glendale, CA 91207 | Southern California Gas Company<br>PO Box 1626<br>Monterey Park, CA 91754-8626 | Sean McNair<br>c/o Hamed Yazdanpanah & Associates<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 |
| Spectrum Business<br>c/o Charter Communications<br>PO Box 790261<br>Saint Louis, MO 63179 | Steve & Millessa Oberhauser<br>c/o Sanders Bajwa LLP<br>919 Congress Ave., Suite 750<br>Austin, TX 78701 | Spectrum (San Antonio)<br>Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716 |
| Swizznet<br>6075 California Avenue SW<br>Seattle, WA 98136 | T-Mobile/T-Mobile USA Inc.<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124 | SuperVision<br>PO Box 21636<br>Saint Paul, MN 55121 |
| The Hertz Corporation<br>Attn: Casey Rodriguez, Division VP<br>2 Schoephoester Road<br>Windsor Locks, CT 6096 | UPS<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328 | Texas Department of Insurance<br>Dividion of Workers' Compensation<br>7551 Metro Center Drive, Suite 100<br>Austin, TX 78744 |
| US Securities and Exchange Commissi<br>Attn: Bankruptcy Counsel<br>444 S. Flower St., Suite 900<br>Los Angeles, CA 90071-9591 | USPS<br>475 Lenfant Plaza SW<br>Washington, DC 20260 | Upstream Capital Investments, LLC<br>c/o Hemming & Associates, P.C.<br>2522 Chambers Road, Suite 105<br>Tustin, CA 92780 |
| WG Fund LLC<br>1734 8th Avenue<br>Suite PH<br>Brooklyn, NY 11215 | Waller Lansden Dortch & Davis<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-8966 | Verizon<br>PO Box 489<br>Newark, NJ 07101-0489 |

Amazon Logistics, Inc.  
Attn: General Counsel  
410 Terry Avenue North  
Seattle, WA 98109-5210

CT Corporation System  
as Representative  
330 N. Brand Blvd., Suite 700  
Attn: SPRS  
Glendale, CA 91203

White and Williams LLP  
1650 Market Street  
One Liberty Place, Suite 1800  
Philadelphia, PA 19103-7395

Kirk Davis  
c/o Law Offices of Daniel A. Kaplan  
555 W. Beech St., Suite 230  
San Diego, CA 92101

Salvador Rivas  
c/o Law Offices of Daniel A. Kaplan  
555 W. Beech St., Suite 230  
San Diego, CA 92101

Deputy General Counsel  
The Hertz Corporation  
8501 Williams Rd., 2DO40  
Estero, FL 33928

Shane R. Heskin  
White and Williams LLP  
1650 Market Street  
One Liberty Place, Suite 1800  
Philadelphia, PA 19103-7395

Emil Davtyan  
Davtyan Professional Law Corp.  
21900 Burbank Blvd., Suite 300  
Woodland Hills, CA 91367

Scoobeez SD, LLC  
c/o Law Offices of Daniel A. Kaplan  
555 W. Beech St., Suite 230  
San Diego, CA 92101

Graham S.P. Hollis  
Graham Hollis APC  
3555 Fifth Avenue, Suite 200  
San Diego, CA 92103

Camilla Alexander  
Rental Insurance Service, Inc.  
PO Box 10760  
Gilbert, AZ 85233

Steven M. Spector  
BUCHALTER, A Professional Corporati  
1000 Wilshire Blvd., Suite 1500  
Los Angeles, CA 90017

Haleh Shekarchian Beverly Hills  
9440 Santa Monica Blvd.  
Suite 707  
Beverly Hills, CA 90210

Bentley Financial Services  
Customer Service  
One Porsche Drive  
Atlanta, GA 30354

Dr. Johnathan Nissanoff  
Advanced Orthopedic Center, Inc.  
15525 Pomerado Rd., Ste. E6  
Poway, CA 92064

ExtraSpaceStorage  
2244 S. Western Avenue  
Chicago, IL 60608

Garo and Aroussiak Dekirmendjian  
c/o Bulldog Commercial Real Estate  
Attn: John Raudsep, President  
3634 Woodcliff  
Sherman Oaks, CA 91403

Calstar Motors, Inc.  
700 S. Brand Blvd.  
Glendale, CA 91204

Parkway Commercial Realty  
Attn: Laurence & Patricia Cesander  
2485 E. Southlake Blvd.  
Southlake, TX 76092

Scoobeez, SF LLC  
1000 North Green Valley Parkway  
Suite 440-477  
Henderson, NV 89074

Motorcars West/The Auto Gallery  
21301 Ventura Blvd.  
Woodland Hills, CA 91364

Trust 5025983 LLC  
Series 1400 N. Cicero  
c/o Nelson Hill - Emily Rasan  
1111 S. Western Avenue  
Chicago, IL 60612

Scoobeez Global, Inc.  
3463 Foothill Blvd.  
Glendale, CA 91214

Three Two Seven Family Mmgt LLC  
PO Box 120040  
San Antonio, TX 78212

Shahan Ohanessian  
1328 Doverwood Drive  
Glendale, CA 91207

Grigori Sedrakyan  
1127 Sonora Ave.  
Glendale, CA 91201

Scoobur LLC  
3463 Foothill Blvd.  
Glendale, CA 91214

| | | |
|---|---|---|
| Scoobeez NV, LLC<br>1000 North Green Valley Parkway<br>Suite 440-477<br>Henderson, NV 89074 | Questrade Inc.<br>5650 Yonge Street<br>North American Centre, Suite 1700<br>Toronto, ON M2M 4G3<br>Canada | Shoushana (Suzy) Ohanessian<br>1328 Dover Wood Drive<br>Glendale, CA 91207 |
| Credential Qtrade Securities Inc.<br>One Bentall Centre, Suite 1920<br>505 Burrard Street<br>Vancouver, BC V7X 1M6<br>Canada | RBC Dominion Securities Inc.<br>1922 Wyandotte Street E<br>Windsor, ON 48Y 1E4<br>Canada | BBS Securities Inc.<br>4100 Yonge Street<br>Suite 507<br>Toronto, ON M2P 2B5<br>Canada |
| CIBC World Markets Inc.<br>161 Bay Street<br>Brookfield Place<br>Toronto, ON M5J 2S8<br>Canada | National Bank Financial<br>1155 Metcalfe Street, 5th Floor<br>Montreal, QC H3B 4S9<br>Canada | BMO Nesbitt Burns Inc.<br>1 First Canadian Place<br>Toronto, ON M5X 1H3<br>Canada |
| P I Financial Corp<br>666 Burrard Street<br>Suite 1900<br>Vancouver, BC V6C 3N1<br>Canada | TD Waterhouse<br>55 King Street W<br>Toronto Dominion Centre<br>Toronto, ON M5K 1A2<br>Canada | Scotia Capital Inc.<br>40 King Street West, Scotia Plaza<br>PO Box 4085, Station A<br>Toronto, ON M5W 2X6<br>Canada |
| Apex Clearing Corporation<br>350 N. St. Paul Street, Suite 1300<br>Dallas, TX 75201 | Merrill Lynch<br>200 Park Ave., 13th Floor<br>New York, NY 10166 | Wells Fargo Clearing Services LLC<br>One North Jefferson<br>St. Louis, MO 63103 |
| TD Ameritrade Clearing Inc.<br>200 S. 108th Ave.<br>Omaha, NE 68154 | Ameriprise Financial<br>55 Ameriprise Financial Ctr<br>Minneapolis, MN 55474-9900 | Charles Schwab & Co., Inc.<br>211 Main Street<br>San Francisco, CA 94105 |
| RBC Wealth Management<br>675 E Sun Valley Rd., Suite 1100<br>Ketchum, ID 83340 | US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | LPL Financial<br>75 State Street, 22nd Floor<br>Boston, MA 2109 |
| Pershing LLC<br>One Pershing Plaza, 10th Floor<br>Jersey City, NJ 07399-0001 | E*Trade Securities LLC<br>1271 Avenue of the Americas<br>14th Floor<br>New York, NY 10020-1302 | Citibank CGMI<br>388 Greenwich Street<br>New York, NY 10013 |
| Davenport & Company LLC<br>One James Center<br>900 E. Cary Street, Suite 1100<br>Richmond, VA 23219 | Raumond James & Associates Inc.<br>880 Carillon Parkway<br>St. Petersburg, FL 33716-1102 | BB&T Securities LLC<br>901 E. Byrd Street<br>Riverfront Plaza, West Tower<br>Richmond, VA 23219-3310 |

| | | |
|---|---|---|
| BNY Mellon<br>240 Greenwich Street<br>New York, NY 10286 | Marcum LLP<br>750 Third Avenue, 11th Floor<br>New York, NY 10017 | National Financial Services LLC<br>640 Fifth Avenue<br>New York, NY 10019 |
| Vanguard Brokerage Services<br>400 Devon Park Drive<br>Wayne, PA 19087-1817 | Chrome Cap<br>366 North Broadway<br>Jericho, NY 11753 | Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield, IL 62708 |
| Anna Wolf<br>c/o Chester L. Cameron, Jr.<br>Taxman, Pollock, Murray & Bekkerman<br>225 W. Wacker Dr, #1750<br>Chicago, IL 60606 | FMS Inc.<br>PO Box 707600<br>Tulsa, OK 74170-7600 | Palm Funding, LLC and<br>RTR Recovery, LLC<br>122 E. 42nd Street, Suite 2112<br>New York, NY 10168 |
| Marcum LLP<br>750 Third Avenue, 11th Floor<br>New York, NY 10017 | State Board of Equalization<br>Special Operations Bankruptcy Team,<br>MIC: 74<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 | Premier Business Bank<br>700 S. Flower Street, #2000<br>Los Angeles, CA 90017 |
| Queen Funding LLC<br>2221 NE 164 St<br>Miami Beach, FL 33160 | Sam Heischuber<br>Angeles Equity Partners<br>2425 Olympic Blvd #660E<br>Santa Monica, CA 90404 | Colin Raws<br>Boathouse Capital<br>353 W. Lancaster Ave, Suite 200<br>Wayne, PA 19087 |
| Brian Shiau<br>American Industrial Acquistion Corp.<br>250 Park Avenue,<br>New York, NY 10177 | Lisa Matlaf<br>Five Crowns Capital<br>2729 West Coast Hwy<br>Newport Beach, CA 92663 | Jamie Kim<br>Gallant Capital<br>1800 Ave. of the Stars, Suite 625 Los<br>Angeles, CA 90067 |
| Michael Nguyen<br>CR3 Capital<br>13355 Noel Road, Suite 310<br>Dallas, Texas, 75240 | Larry Simon<br>Highview Capital<br>11755 Wilshire Blvd, Suite 1400<br>Los Angeles, CA 90025 | Bill McLoughlin<br>Jefferies & Company<br>520 Madison Avenue,<br>New York, NY 10022 |
| Kyle Largent<br>Gladstone Investment Corporation<br>1601 5th Avenue, Suite 1100<br>Seattle, WA 98101 | Kyle Volluz<br>Paceline Equity Partners<br>2121 N Pearl St, Suite 900<br>Dallas, TX 75201 | Tyler Rives<br>Pivotal Group<br>3200 E. Camelback Rd., Suite 295,<br>Phoenix , AZ 85018 |
| Richard Metzler<br>Lone Star Holdings<br>6500 River Place Blvd., Building 2<br>Austin, TX, 78730 | Douglas Cerny<br>Prime EFS<br>440 RT17 North suite 3B, Hasbrouck<br>Heights, New Jersey 07604 | Monique Mackey<br>Resilience Capital Partners<br>25101 Chagrin Blvd, Suite 350,<br>Cleveland, OH 44122 |

| | | |
|---|---|---|
| Douglas Brookman<br>Platinum Equity<br>360 N. Crescent Dr.,<br>Beverly Hills, CA 90210 | Erica Curello<br>Skyview Capital LLC, 8th Floor North Tower, 2000 Ave of the Stars,<br>Los Angeles, CA 90067 | Josh Phillips<br>TerraMar Capital<br>11990 San Vicente Blvd Suite 200<br>Los Angeles, CA 90049 |
| Mark Orlando<br>Siena Lending Group<br>515 S. Flower Street, 36th Fl.,<br>Los Angeles, CA 90071 | Rich Leggio<br>White Wolf Capital<br>601 Brickell Key Drive, Suite 700 Miami, FL 33131 | Travis Haynes<br>Balmoral Funds<br>11150 Santa Monica Blvd., Ste 825,<br>Los Angeles, CA 90025 |
| Jason St-Onge<br>TFI International Inc.<br>8801 Trans-Canada Hwy, Ste 500,<br>Saint-Laurent Montreal, Quebec | Adam Bolerjack<br>CID Capital<br>10201 N. Illinois St., Suite 200,<br>Indianapolis, IN 46290 | Larry Simon<br>Clearview Capital<br>12100 Wilshire Blvd # 800, Los Angeles, CA 90025 |
| Ben Gordon<br>Cambridge Capital Partners<br>525 South Flagler Drive, Suite 200,<br>West Palm Beach, FL 33401 | Katie Oswald<br>CrossPlane Capital<br>750 North St. Paul Street, Ste 1200<br>Dallas, TX 75201 | Sean Sheehan<br>Encina Capital<br>1507 Oakdale Street,<br>Pasadena, CA 91106-3552 |
| Francis Coughlin<br>Coughlin Capital LLC<br>PO Box 32869,<br>St. Louis, MO 63132 | Russ Belinsky<br>LB Advisors<br>450 N. Roxbury Drive, Suite 700,<br>Beverly Hills, California 90210 | Brian Willmer<br>Teleo Capital<br>2121 Rosecrans Suite #3320,<br>El Segundo, CA 90245 |
| Connor O'Byrne<br>Gemspring Capital<br>840 Apollo St,<br>El Segundo, CA 90245 | Duncan Bourne<br>Wynnchurch Capital<br>6250 North River Road, Ste 10–100,<br>Rosemont, IL 60018 | Rolando Capinpin<br>Birch Lake Capital<br>71 South Wacker Drive, Suite 2425,<br>Chicago, IL 60606 |
| Christian Miller<br>TRP Capital<br>380 N Old Woodward Ave, Ste 205,<br>Birmingham, Michigan 48009 | Jason Apple<br>CenterGate Capital<br>900 South Capital of Texas Hwy, Las Cimas IV, Suite 478<br>Austin, Texas 78746 | Nathalie Butler<br>Gem Cap Solutions<br>24955 Pacific Coast Hwy, Ste A202,<br>Malibu, California 90265 |
| Earl Kwak<br>Caprice Capital<br>100 Pacific Coast Hwy, Suite 250, El Segundo, CA 90245. | Gregg Nardone<br>Summit Partners Credit Advisors<br>222 Berkeley Street,<br>Boston, MA 02116 | Rick Schreiber<br>Versa Capital Management<br>2929 Arch Street, Suite 1800,<br>Philadelphia, PA 19104-7324 |
| Casey Long<br>Lateral Investment Management<br>400 S. El Camino Real, Suite 1100, San Mateo, CA 94402 | Steve Parker<br>Great Rock Capital<br>285 Riverside Avenue,<br>Westport, CT 06880 | Suzanne Yoon<br>Kinzie Capital<br>20 North Clark Street, 36th Floor,<br>Chicago, IL 60602 |

| | | |
|---|---|---|
| Gordon Obrien<br>Cannon Capital<br>161 Worcester Road, Suite 606,<br>Framingham, MA 01701 | Melissa Valcovic<br>Centre Lane Partners<br>One Grand Central Place, 60 East 42nd<br>Street, Suite 1250<br>New York, NY 10165 | Greg Corona<br>Lakewood & Company<br>10960 Wilshire Blvd, Suite 700<br>Los Angeles, CA 90024 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 | United States Attorney's Office<br>Central District of California<br>312 North Spring Street<br>Suite 1200<br>Los Angeles, California 90012 |
| Questrade Inc.<br>5650 Yonge Street<br>North American Centre<br>Suite 1700<br>Toronto, ON M2M 4G3<br>Canada | BBS Securities Inc.<br>4100 Yonge Street<br>Suite 507<br>Toronto, ON M2P 2B5<br>Canada | Credential Qtrade Securities Inc.<br>One Bentall Centre<br>Suite 1920<br>505 Burrard Street<br>Vancouver, BC V7X 1M6<br>Canada |
| RBC Dominion Securities Inc.<br>1922 Wyandotte Street E<br>Windsor, ON 48Y 1E4<br>Canada | BMO Nesbitt Burns Inc.<br>1 First Canadian Pl,<br>Toronto ON M5X 1H3<br>Canada | CIBC World Markets Inc.<br>161 Bay Street<br>Brookfield Place<br>Toronto, ON M5J 2S8<br>Canada |
| National Bank Financial<br>1155 Metcalfe Street<br>5th Floor<br>Montreal, QC H3B 4S9<br>Canada | Scotia Capital Inc.<br>40 King Street West<br>Scotia Plaza<br>P.O. Box 4085, Station A<br>Toronto, ON M5W 2X6 | P I Financial Corp.<br>666 Burrard Street<br>Suite 1900<br>Vancouver, BC V6C 3N1<br>Canada |
| TD Waterhouse<br>55 King Street W<br>Toronto Dominion Centre<br>Toronto, ON M5K 1A2 | Wells Fargo Cleaning Services LLC<br>1 North Jefferson Avenue<br>Saint Louis, MO 63103 | Apex Clearing Corporation<br>350 N. Saint Paul Street<br>Suite 1300<br>Dallas, TX 75201 |
| Merrill Lynch<br>200 Park Avenue<br>13th Floor<br>New York, NY 10166 | Charles Schwab & Co. Inc.<br>211 Main Street<br>San Francisco, CA 94105 | TD Ameritrade Clearing Inc.<br>200 South 108th Avenue<br>Omaha, NE 68154 |
| Ameriprise Financial<br>707 2nd Avenue South<br>Minneapolis, MN 55402 | LPL Financial<br>75 State Street<br>22nd Floor<br>Boston, MA 02109 | RBS Wealth Management<br>675 E Sun Valley Road<br>Suite 1100<br>Ketchum, ID 83340 |
| U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | Pershing LLC<br>1 Pershing Plaza<br>Jersey City, NJ 07399-0001 | Citibank CGMI<br>388 Greenwich Street<br>New York, NY 10013 |

| | | |
|---|---|---|
| E*Trade Securities LLC<br>11 Times Square<br>32nd Floor<br>New York, NY 10036 | BB&T Securities LLC<br>9-1 East Byrd Street<br>Riverfront Plaza<br>West Tower<br>Richmond, VA 23219-3310 | Davenport & Company LLC<br>One James Center<br>901 East Cary Street<br>Suite 1100<br>Richmond, VA 23219 |
| Raymond James & Associates Inc.<br>880 Carillon Parkway<br>St. Petersburg, FL 33716-1102 | National Financial Services LLC<br>640 Fifth Avenue<br>New York, NY 10019 | BNY Mellon<br>240 Greenwich Street<br>New York, NY 10286 |
| Vanguard Brokerage Services<br>400 Devon Park Drive<br>Wayne, PA 19087-1815 | Shahan Ohanessian<br>1328 Doverwood Dr,<br>Glendale, CA 91207 | Grigori Sedrakyan<br>1127 Sonora Ave.<br>Glendale, CA 91201-1908 |
| Frank Brickell<br>West Coast Stock Transfer, Inc.<br>721 N. Vulcan Ave. Ste. 205<br>Encinitas, CA 92024 | Attn: BMW Financial Services NA, LLC<br>Department<br>AIS Portfolio Services, LP<br>Account: XXXXXX4405<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | |

3.   **SERVED BY EMAIL**:

| Firm Name | Contact Name | Email |
|---|---|---|
| Royal Bank of Canada | Paul Serritella | Paul.serritella@rbccm.com |
| American Industrial Acquistion Corp. | Brian Shiau | bshiau@aiacgroup.com |
| Angeles Equity Partners | Sam Heischuber | sam@AngelesEquity.com |
| Boathouse Capital | Colin Raws | Colin.Raws@boathousecapital.com |
| CR3 Capital | Michael Nguyen | michael.nguyen@cr3capital.com |
| Five Crowns Capital | Lisa Matlaf | lisa@fivecrownscapital.com |
| Gallant Capital | Jamie Kim | atolia@gallantcapital.com |
| Gladstone Investment Corporation | Kyle Largent | Kyle.Largent@gladstonecompanies.com |
| Highview Capital | Larry Simon | lsimon@clearviewcap.com |
| Jefferies & Company | Bill McLoughlin | dmetzler@lso.com |
| Lone Star Holdings | Richard Metzler | dmetzler@lso.com |
| Paceline Equity Partners | Kyle Volluz | dmetzler@lso.com |
| Pivotal Group | Tyler Rives | trives@pivotalgroup.com |
| Platinum Equity | Douglas Brookman | Dbrookman@platinumequity.com |
| Prime EFS | Douglas Cerny | doug@primeefs.com |
| Resilience Capital Partners | Monique Mackey | mmackey@resiliencecapital.com |
| Siena Lending Group | Mark Orlando | morlando@sienalending.com |
| Skyview Capital LLC | Erica Curello | ecurello@skyviewcapital.com |

41-0884-2917.2

| | | |
|---|---|---|
| TerraMar Capital | Josh Phillips | jphillips@terramarcapital.com |
| TFI International Inc. | Jason St-Onge | jstonge@tfiintl.com |
| White Wolf Capital | Rich Leggio | rich.leggio@whitewolfcapital.com |
| Balmoral Funds | Travis Haynes | thaynes@balmoralfunds.com |
| Cambridge Capital Partners | Ben Gordon | gordon.obrien@cannon.pe |
| CID Capital | Adam Bolerjack | adam@cidcap.com |
| Clearview Capital | Larry Simon | lsimon@clearviewcap.com |
| Coughlin Capital LLC | Francis Coughlin | fran@coughlincapital.com |
| CrossPlane Capital | Katie Oswald | katieoswald@crossplanecapital.com |
| Encina Capital | Sean Sheehan | ssheehan@encinabc.com |
| Gemspring Capital | Connor O'Byrne | connor@gemspring.com |
| LB Advisors | Russ Belinsky | belinsky@lbadvisors.us |
| Teleo Capital | Brian Willmer | bwillmer@teleocapital.com |
| TRP Capital | Christian Miller | Christian.Miller@trpfund.com |
| Wynnchurch Capital | Duncan Bourne | dbourne@wynnchurch.com |
| Birch Lake Capital | Rolando Capinpin | Rolando.Capinpin@birchlake.com |
| Caprice Capital | Earl Kwak | ekwak@capricecapital.com |
| CenterGate Capital | Jason Apple | japple@CenterGateCapital.com |
| Gem Cap Solutions | Nathalie Butler | nbutler@gemcapsolutions.com |
| Lateral Investment Management | Casey Long | Casey@lateralim.com |
| Summit Partners Credit Advisors | Gregg Nardone | GNardone@summitpartners.com |
| Versa Capital Management | Rick Schreiber | rschreiber@versa.com |
| Cannon Capital | Gordon Obrien | gordon.obrien@cannon.pe |
| Great Rock Capital | Steve Parker | parker@greatrockcapital.com |
| Kinzie Capital | Suzanne Yoon | syoon@kinziecp.com |
| Lakewood & Company | Greg Corona | greg@lakewoodcompany.com |
| N/A | Cyrus Taghehchian | cyrus@cyruskind.com |
| Centre Lane Partners | Melissa Valcovic | MValcovic@centrelanepartners.com |
| American Industrial Acquistion Corp. | Brian Shiau | bshiau@aiacgroup.com |
| Angeles Equity Partners | Sam Heischuber | sam@AngelesEquity.com |
| Boathouse Capital | Colin Raws | Colin.Raws@boathousecapital.com |
| CR3 Capital | Michael Nguyen | michael.nguyen@cr3capital.com |
| Five Crowns Capital | Lisa Matlaf | lisa@fivecrownscapital.com |
| Gallant Capital | Jamie Kim | atolia@gallantcapital.com |
| Gladstone Investment Corporation | Kyle Largent | Kyle.Largent@gladstonecompanies.com |
| Highview Capital | Larry Simon | lsimon@clearviewcap.com |
| Jefferies & Company | Bill McLoughlin | dmetzler@lso.com |
| Lone Star Holdings | Richard Metzler | dmetzler@lso.com |
| Paceline Equity Partners | Kyle Volluz | dmetzler@lso.com |
| Pivotal Group | Tyler Rives | trives@pivotalgroup.com |
| Platinum Equity | Douglas Brookman | Dbrookman@platinumequity.com |
| Prime EFS | Douglas Cerny | doug@primeefs.com |
| Resilience Capital Partners | Monique Mackey | mmackey@resiliencecapital.com |

41-0884-2917.2

| | | |
|---|---|---|
| Siena Lending Group | Mark Orlando | morlando@sienalending.com |
| Skyview Capital LLC | Erica Curello | ecurello@skyviewcapital.com |
| TerraMar Capital | Josh Phillips | jphillips@terramarcapital.com |
| TFI International Inc. | Jason St-Onge | jstonge@tfiintl.com |
| White Wolf Capital | Rich Leggio | rich.leggio@whitewolfcapital.com |
| Balmoral Funds | Travis Haynes | thaynes@balmoralfunds.com |
| Cambridge Capital Partners | Ben Gordon | gordon.obrien@cannon.pe |
| CID Capital | Adam Bolerjack | adam@cidcap.com |
| Clearview Capital | Larry Simon | lsimon@clearviewcap.com |
| Coughlin Capital LLC | Francis Coughlin | fran@coughlincapital.com |
| CrossPlane Capital | Katie Oswald | katieoswald@crossplanecapital.com |
| Encina Capital | Sean Sheehan | ssheehan@encinabc.com |
| Gemspring Capital | Connor O'Byrne | connor@gemspring.com |
| LB Advisors | Russ Belinsky | belinsky@lbadvisors.us |
| Teleo Capital | Brian Willmer | bwillmer@teleocapital.com |
| TRP Capital | Christian Miller | Christian.Miller@trpfund.com |
| Wynnchurch Capital | Duncan Bourne | dbourne@wynnchurch.com |
| Birch Lake Capital | Rolando Capinpin | Rolando.Capinpin@birchlake.com |
| Caprice Capital | Earl Kwak | ekwak@capricecapital.com |
| CenterGate Capital | Jason Apple | japple@CenterGateCapital.com |
| Gem Cap Solutions | Nathalie Butler | nbutler@gemcapsolutions.com |
| Lateral Investment Management | Casey Long | Casey@lateralim.com |
| Summit Partners Credit Advisors | Gregg Nardone | GNardone@summitpartners.com |
| Versa Capital Management | Rick Schreiber | rschreiber@versa.com |
| Cannon Capital | Gordon Obrien | gordon.obrien@cannon.pe |
| Great Rock Capital | Steve Parker | parker@greatrockcapital.com |
| Kinzie Capital | Suzanne Yoon | syoon@kinziecp.com |
| Lakewood & Company | Greg Corona | greg@lakewoodcompany.com |
| N/A | Cyrus Taghehchian | cyrus@cyruskind.com |
| Centre Lane Partners | Melissa Valcovic | MValcovic@centrelanepartners.com |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the documents entitled (*specify*):
1. ORDER (I) APPROVING BIDDING PROCEDURES FOR SALE OF ASSETS; (II) APPROVING THE EXPENSE REIMBURSEMENT; (III) APPROVING THE PROCESS FOR NOTIFYING NON-DEBTOR CONTRACT COUNTERPARTIES OF ASSUMPTION AND ASSIGNMENT OF CONTRACTS; AND (IV) GRANTING RELATED RELIEF;
2. BID PROCEDURES; and
3. NOTICE OF AUCTION AND SALE HEARING
4. NOTICE OF MOTION FOR ENTRY OF ORDER (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR OUTSIDE THE ORDINARY COURSE OF BUSINESS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, SUBJECT TO HIGHER AND BETTER BIDS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SUCH SALE; AND (III) GRANTING RELATED RELIEF

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing documents 3. and 4. will be served by the court via NEF and hyperlink to the document. On (*date*) 9/20/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/20/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/20/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/15/2019 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

41-0884-2917.2

**1**.     **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:
John-Patrick M Fritz     jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Riebert Sterling Henderson     shenderson@gibbsgiden.com
Vivian Ho     BKClaimConfirmation@ftb.ca.gov
Alvin Mar     alvin.mar@usdoj.gov
Ashley M McDow     amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
Stacey A Miller     smiller@tharpe-howell.com
Kevin H Morse     kmorse@clarkhill.com, blambert@clarkhill.com
Shane J Moses     smoses@foley.com
Akop J Nalbandyan     jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
Rejoy Nalkara     rejoy.nalkara@americaninfosource.com
Anthony J Napolitano     anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
David L. Neale     dln@lnbyb.com
Aram Ordubegian     ordubegian.aram@arentfox.com
Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Gregory M Salvato     gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Steven M Spector     sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Eric K Yaeckel     yaeckel@sullivanlawgroupapc.com