MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:    (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| **In re:**<br><br>**SCOOBEEZ, et al.[1],**<br><br>**Debtors and Debtors in Possession.**<br><br>Affects:<br>■ All Debtors<br>□ Scoobeez, ONLY<br>□ Scoobeez Global, Inc., ONLY<br>□ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>(Jointly Administered with<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON AMAZON LOGISTICS, INC.'S MOTION FOR A PROTECTIVE ORDER QUASHING DOCUMENT REQUESTS AND DEPOSITION NOTICES PROPOUNDED BY HILLAIR CAPITAL MANAGEMENT, LLC**<br><br>Date:          November 4, 2019<br>Time:         2:00 p.m.<br>Dept.:        United States Bankruptcy Court<br>                   Edward Roybal Federal Building<br>                   255 E Temple St., Ctrm 1375<br>                   Los Angeles CA  90012<br><br>Judge:  The Hon. Julia W. Brand |

---

[1]    The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

- 1 -

NOTICE OF HEARING RE AMAZON'S
MOTION FOR PROTECTIVE ORDER
QUASHING DISCOVERY REQUESTS
PROPOUNDED BY HILLAIR

TO THE PARTIES HERETO AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to the Court's *Order Granting Application and Setting Hearing on Shortened Notice* entered November 1, 2019 (Docket No. 407), a copy of which is attached hereto as Exhibit 1 (the "OST"), the hearing on *Amazon Logistics, Inc.'s Motion for a Protective Order Quashing Document Requests and Deposition Notices Propounded by Hillair Capital Management, LLC* (Docket No. 405) (the "Motion"), will take place on November 4, 2019, at 2:00 p.m., or as soon thereafter as the matter may be heard, at the United States Bankruptcy Court, Edward Roybal Federal Building, 255 East Temple Street, in Courtroom 1375, in Los Angeles, California 90012.

Pursuant to the provisions of the OST, opposition to the Motion may be presented at the hearing on the Motion.

Dated: November 1, 2019                         MORGAN, LEWIS & BOCKIUS LLP


By:   */s/ Richard W.* Esterkin
                                                          Richard W. Esterkin

                                                          Attorneys for Amazon Logistics, Inc.

NOTICE OF HEARING RE AMAZON'S
MOTION FOR PROTECTIVE ORDER
QUASHING DISCOVERY REQUESTS
PROPOUNDED BY HILLAIR

# EXHIBIT 1

Exhibit 1 - page 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard W. Esterkin, SBN 70769<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 S Grand Ave Fl 22<br>Los Angeles CA  90071-3132<br>Tel: (213) 612-2500<br>Fax: (213) 612-2501<br>richard.esterkin@morganlewis.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Amazon Logistics, Inc. | **FILED & ENTERED**<br><br>**NOV 01 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kaaumoanDEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>SCOOBEEZ, et al.,[1]<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY<br><br>Debtor(s). | CASE NO.:  2:19-bk-14989-WB    (Jointly Administered with 2:19-bk-14991-WB, and 2:19-bk-14997-WB)<br><br>CHAPTER:  11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Amazon Logistics, Inc.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Amazon Logistics, Ins.'s Motion for a Protective Order

   b. *Date of filing of motion:* 10/31/2019

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 10/31/2019

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:  Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(1) ☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| Hearing date: *11/04/19* | Place: |
| Time: *2:00 PM* | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| Courtroom: *1375* | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
| Date: *11/01/19* | |
| Time: *12:00 PM* | ***All parties entitled to notice*** |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked    ☐ all of the methods checked

(A) ☒ Personal Delivery  ☐ Overnight Mail  ☐ First class mail  ☒ Facsimile*  ☒ Email*

| | |
|---|---|
| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
| Date: *11/01/19* | |
| Time: *12:00 PM* | ***All parties entitled to notice*** |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Exhibit 1 - page 5                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked    ☐ all of the methods checked

(A) ☒ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☒ Facsimile*    ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with motion, declarations, supporting documents:_ |
|---|---|
| Date: **11/01/19** | |
| Time: **12:00 PM** | **All parties entitled to service** |
| | ☐ See attached page |
| | (D) _Service is also required upon_: |
| | -- United States trustee (_no electronic service permitted_) |
| | -- Judge's copy personally delivered to chambers |
| | (_see Court Manual for address_) |

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written opposition to the motion:_ |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: | |
| | (D) _Service is also required upon_: |
| | -- United States trustee (_electronic service is not permitted_) |
| | -- Judge's copy personally delivered to chambers |
| | (_see Court Manual for address_) |

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                    Exhibit 1 - page 6                    **F 9075-1.1.ORDER.SHORT.NOTICE**

---

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>(*see Court Manual for address*) |

(7) ☐  Other requirements:

(8) ☒  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| | |
|---|---|
| ☐ at least 2 days before the hearing. | |
| ☒ no later than: | Date: *11/01/19*          Time: *2:00 PM* |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: November 1, 2019

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Exhibit 1 - page 7                                **F 9075-1.1.ORDER.SHORT.NOTICE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE FORM**

**FOR ELECTRONIC FILINGS**

I hereby certify that on November 1, 2019, I electronically filed the foregoing document, **Notice of Hearing on Amazon Logistics, Inc.'s Motion for a Protective Order Quashing Document Requests and Deposition Notices Propounded By Hillair Capital Management, LLC,** with the Clerk of the United States Bankruptcy Court, Central District of California, Los Angeles Division, using the CM/ECF system, which will send notification of such filing to those parties registered to receive notice on this matter.

Renee Robles

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

NOTICE OF HEARING RE AMAZON'S
MOTION FOR PROTECTIVE ORDER
QUASHING DISCOVERY REQUESTS
PROPOUNDED BY HILLAIR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 Morgan Lewis & Bockius LLP
 300 S Grand Ave Fl 22
 Los Angeles CA  90071-3132
A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 A Protective Order Quashing Document Requests and Deposition Notices Propounded by Hillair Capital
 Managment, LLC
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 11/01/2019    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 See Service List, attached.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  11/01/2019   , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Conway MacKenzie, Inc. | Daimler Trust | Levene Neale Bender Yoo & Brill LLP |
| 333 S Hope St Ste 3625 | c/o BK Servicing LLC | 10250 Constellation Blvd Ste 1700 |
| Los Angeles CA  90071 | PO Box 131265 | Los Angeles CA  90067 |
| | Roseville MN  55113-0011 | |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  11/01/2019   , I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

The Hon. Julia W. Brand, Suite 1382

U.S. Bankruptcy Court, Roybal Federal Building
255 E Temple St
Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/01/2019 | Renee Robles | *[signature]* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 **F 9013-1.1.HEARING.NOTICE**

**2:19-bk-14989-WB Service List:**

Richard T Baum on behalf of Stockholder Rosenthal Family Trust
rickbaum@hotmail.com, rickbaum@ecfinforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of
Unsecured Creditors jpf@lnbyb.com,
JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of
Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender,
Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf. inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the
Estates of Scoobeez

and Scoobeez Global, Inc.

jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

David Brian Lally on behalf of Attorney Grigori Sedrakyan
davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family
Trust UTD

3/25/1988

davidlallylaw@gmail.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley
Financial Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd.
smiller@tharpe-howell.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc.
kmorse@clarkhill.com, blambert@clarkhill.com

Shane J Moses on behalf of Debtor Scoobeez
smoses@foley.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc.
smoses@foley.com

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS
Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com,
IFS_filing@buchalter.com;salarcon@buchalter.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured
Creditors dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured
Creditors dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill
L.L.P. dln@lnbyb.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

Gregory M Salvato on behalf of Creditor Azad Baban

gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com,
IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public
Accounts bk-kwalsh@texasattorneygeneral.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega
yaeckel@sullivanlawgroupapc.com

**2:19-bk-14989-WB Notice will not be electronically mailed to:**


Armory Securities, LLC

Conway MacKenzie, Inc.
333 S Hope St Ste 3625
Los Angeles, CA 90071

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Force Ten Partners, LLC

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067