

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL? ☐Yes ☐No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Shane J. Moses          Attorney Bar# 250533

Law Firm: Foley & Lardner LLP

Mailing Address: 555 S. Flower St., Suite 3300

Los Angeles, CA 90071

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Sonia Gaeta

Telephone: (213) 972-4538     E-mail: sgaeta@foley.com

Bankruptcy Case #: 2:19-bk-14989     Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 10/17/2019   Time: 10:00am

Debtor: Scoobeez, et al.

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: J. Brand          Courtroom #: LA 1375

**TRANSCRIBER:** Ben Hyatt          **ALTERNATE:** eScribers

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)   ☐ 3 Days        ☐ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days                                   ☐ Testimony of Witness _____
                                           ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*