| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>Crystal Nix-Hines (Bar No. 2482073)<br>crystalnixhines@quinnemanuel.com<br>Eric Winston (Bar No. 202407)<br>ericwinston@quinnemanuel.com<br>Jennifer L. Nassiri (Bar No. 209796)<br>jennifernassiri@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* HILLAIR CAPITAL MANAGEMENT, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SCOOBEEZ, et al.<br><br><br><br>Debtor(s) | CASE NO.: 2:19-by-14989-WB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*: AMAZON LOGISTICS' MOTION FOR A PROTECTIVE ORDER QUASHING DOCUMENT REQUESTS AND DEPO NOTICE |
|---|---|

PLEASE TAKE NOTE that the order titled PROPOSED ORDER DENYING AMAZON LOGSTICS' MOTION FOR A PROTECTIVE ORDER QUASHING DOCUMENT REQUESTS AND DEPOSITION NOTICES PROPOUNDED BY HILLAIR CAPITAL MANAGEMENT, LLC
was lodged on (date)  11/05/2019  and is attached. This order relates to the motion which is docket number 405 .

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
Crystal Nix-Hines (Bar No. 2482073)
crystalnixhines@quinnemanuel.com
Eric Winston (Bar No. 202407)
ericwinston@quinnemanuel.com
Jennifer L. Nassiri (Bar No. 209796)
jennifernassiri@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Secured Creditor,
HILLAIR CAPITAL MANAGEMENT, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur, LLC, ONLY | CASE NO. 2:19-by-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**[PROPOSED] ORDER DENYING AMAZON LOGISTICS' MOTION FOR A PROTECTIVE ORDER QUASHING DOCUMENT REQUESTS AND DEPOSITION NOTICES PROPOUNDED BY HILLAIR CAPITAL MANAGEMENT, LLC.**<br><br>Date: November 4, 2019<br>Time: 2:00 p.m.<br>Ctrm: 1375<br>    United States Bankruptcy Court<br>    Edward Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, CA 90012<br>    The Hon. Julia Brand |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

ORDER DENYING AMAZON LOGISTICS' MOTION FOR PROTECTIVE ORDER

On November 4, 2019 at 2:00 p.m. in Courtroom 1375 of the above entitled Court, with the Honorable Julia Brand, judge presiding, a hearing was conducted on *Amazon Logistics, Inc.'s Motion For a Protective Oder Quashing Document Requests and Deposition Notices Propounded by Hillair Capital Management, LLC* ("Motion") filed on October 31, 2019 [ECF No.405].

The Court having read and considered the Motion, the opposition to the Motion (the "Opposition") filed by Hillair Capital Management, LLC ("Hillair") [ECF No. 413], all pleadings and papers filed in connection with the Motion and Opposition, the arguments of counsel present at the hearing; and the Court finding that notice and service of the Motion was proper and in accordance with this Court's *Order Granting Application and Setting Hearing on Shortened Notice* entered on November 1, 2019 [ECF No. 407] and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is denied.
2. The Court retains jurisdiction to interpret and enforce the terms of this Order.

**Approved as to form**:

Morgan, Lewis & Brockius LLP

By: */s/ Richard Esterkin*
Richard Esterkin
Attorneys for Amazon Logistics, Inc.

Quinn Emanuel Urquhart & Sullivan, LLP

By: */s/ Eric Winston*
Eric Winston
Attorneys for Hillair Capital Management, LLC

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __11/05/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __11/05/2019__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Julia W. Brand
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/05/2019 | Jennifer L. Nassiri | /s/ Jennifer Nassiri |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

1. **To Be Served By The Court Via Notice Of Electronic Filing (NEF)**

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA) alvin.mar@usdoj.gov, dare.law@usdoj.gov

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF ordubegian.aram@arentfox.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc. amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc. amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family Trust UTD 3/25/1988 davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Grigori Sedrakyan davidlallylaw@gmail.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P.
dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors
dln@lnbyb.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured Creditors
dln@lnbyb.com

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega yaeckel@sullivanlawgroupapc.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Creditor Azad Baban gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Jennifer L Nassiri on behalf of Creditor Hillair Capital Management, LLC jennifernassiri@quinnemanuel.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the Estates of Scoobeez and Scoobeez Global, Inc. jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc. kmorse@clarkhill.com, blambert@clarkhill.com

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Richard T Baum on behalf of Stockholder Rosenthal Family Trust rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc. richard.esterkin@morganlewis.com

Richard W Esterkin on behalf of Defendant Amazon Logistics, Inc. richard.esterkin@morganlewis.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF shenderson@gibbsgiden.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc. smoses@foley.com

Shane J Moses on behalf of Debtor Scoobeez smoses@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley Financial Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd. smiller@tharpe-howell.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD BKClaimConfirmation@ftb.ca.gov