John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
Crystal Nix-Hines (Bar No. 2482073)
crystalnixhines@quinnemanuel.com
Eric Winston (Bar No. 202407)
ericwinston@quinnemanuel.com
Jennifer L. Nassiri (Bar No. 209796)
jennifernassiri@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Secured Creditor,
HILLAIR CAPITAL MANAGEMENT, LLC

FILED & ENTERED

NOV 06 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ, et al.[1]<br><br>    Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur, LLC, ONLY | CASE NO. 2:19-by-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>*[PROPOSED]* ORDER DENYING AMAZON LOGISTICS' MOTION FOR A PROTECTIVE ORDER QUASHING DOCUMENT REQUESTS AND DEPOSITION NOTICES PROPOUNDED BY HILLAIR CAPITAL MANAGEMENT, LLC.<br><br>Date: November 4, 2019<br>Time: 2:00 p.m.<br>Ctrm: 1375<br>    United States Bankruptcy Court<br>    Edward Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, CA 90012<br>    The Hon. Julia Brand |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

ORDER DENYING AMAZON LOGISTICS' MOTION FOR PROTECTIVE ORDER

On November 4, 2019 at 2:00 p.m. in Courtroom 1375 of the above entitled Court, with the Honorable Julia Brand, judge presiding, a hearing was conducted on *Amazon Logistics, Inc.'s Motion For a Protective Oder Quashing Document Requests and Deposition Notices Propounded by Hillair Capital Management, LLC* ("Motion") filed on October 31, 2019 [ECF No.405].

The Court having read and considered the Motion, the opposition to the Motion (the "Opposition") filed by Hillair Capital Management, LLC ("Hillair") [ECF No. 413], all pleadings and papers filed in connection with the Motion and Opposition, the arguments of counsel present at the hearing; and the Court finding that notice and service of the Motion was proper and in accordance with this Court's *Order Granting Application and Setting Hearing on Shortened Notice* entered on November 1, 2019 [ECF No. 407] and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is denied.
2. The Court retains jurisdiction to interpret and enforce the terms of this Order.

###

Date: November 6, 2019

Julia W. Brand
United States Bankruptcy Judge

ORDER DENYING AMAZON LOGISTICS' MOTION FOR PROTECTIVE ORDER

**Approved as to form**:

Morgan, Lewis & Brockius LLP

By: */s/ Richard Esterkin*
Richard Esterkin
Attorneys for Amazon Logistics, Inc.

Quinn Emanuel Urquhart & Sullivan, LLP

By: */s/ Eric Winston*
Eric Winston
Attorneys for Hillair Capital Management, LLC