United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 19-14989-WB
Scoobeez                                                                  Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin                 Page 1 of 2              Date Rcvd: Nov 06, 2019
                              Form ID: pdf042             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db             +Scoobeez,    3463 Foothill Blvd.,    Glendale, CA 91214-1856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
        Akop J Nalbandyan    on behalf of Creditor Roy Anthony Catellanos jnalbandyan@LNtriallawyers.com,
         cbautista@LNtriallawyers.com
        Akop J Nalbandyan    on behalf of Interested Party    INTERESTED PARTY
         jnalbandyan@LNtriallawyers.com,    cbautista@LNtriallawyers.com
        Alvin Mar    on behalf of U.S. Trustee    United States Trustee (LA) alvin.mar@usdoj.gov,
         dare.law@usdoj.gov
        Anthony J Napolitano    on behalf of Creditor    Hillair Capital Management LLC
         anapolitano@buchalter.com,    IFS_filing@buchalter.com;salarcon@buchalter.com
        Aram Ordubegian    on behalf of Interested Party    Courtesy NEF ordubegian.aram@arentfox.com
        Ashley M McDow    on behalf of Plaintiff    Scoobeez, Inc. amcdow@foley.com,
         sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
        Ashley M McDow    on behalf of Debtor    Scoobur LLC amcdow@foley.com,
         sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
        Ashley M McDow    on behalf of Debtor    Scoobeez Global, Inc. amcdow@foley.com,
         sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
        Ashley M McDow    on behalf of Debtor    Scoobeez amcdow@foley.com,
         sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
        David Brian Lally    on behalf of Attorney Peter and Barbara Ro    Trustees of the Rosenthal Family
         Trust UTD 3/25/1988 davidlallylaw@gmail.com
        David Brian Lally    on behalf of Attorney Grigori    Sedrakyan davidlallylaw@gmail.com
        David L. Neale    on behalf of Interested Party    Levene, Neale, Bender, Yoo & Brill L.L.P.
         dln@lnbyb.com
        David L. Neale    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
         dln@lnbyb.com
        David L. Neale    on behalf of Attorney    Official Committee Of Unsecured Creditors dln@lnbyb.com
        Eric D Winston    on behalf of Creditor    Hillair Capital Management LLC
         ericwinston@quinnemanuel.com
        Eric D Winston    on behalf of Creditor    Hillair Capital Management, LLC
         ericwinston@quinnemanuel.com
        Eric K Yaeckel    on behalf of Creditor Arturo    Vega yaeckel@sullivanlawgroupapc.com
        Gregory M Salvato    on behalf of Interested Party    INTERESTED PARTY
         gsalvato@salvatolawoffices.com,
         calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
        Gregory M Salvato    on behalf of Creditor Azad    Baban gsalvato@salvatolawoffices.com,
         calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
        Hamid R Rafatjoo    on behalf of Creditor Shahan    Ohanessian hrafatjoo@raineslaw.com,
         bclark@raineslaw.com;cwilliams@raineslaw.com
        Jeffrey S Shinbrot    on behalf of Creditor Shahan    Ohanessian jeffrey@shinbrotfirm.com,
         sandra@shinbrotfirm.com
        Jennifer L Nassiri    on behalf of Creditor    Hillair Capital Management, LLC
         jennifernassiri@quinnemanuel.com

```
District/off: 0973-2          User: admin              Page 2 of 2              Date Rcvd: Nov 06, 2019
                              Form ID: pdf042          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer L Nassiri    on behalf of Creditor    Hillair Capital Management LLC
               jennifernassiri@quinnemanuel.com
              John-Patrick M Fritz    on behalf of Interested Party    Levene, Neale, Bender, Yoo & Brill L.L.P.
               jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Plaintiff    Official Committee of Unsecured Creditors of the
               Estates of Scoobeez and Scoobeez Global, Inc. jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Attorney    Official Committee Of Unsecured Creditors
               jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              Kevin H Morse    on behalf of Creditor    Avitus Group, Inc. kmorse@clarkhill.com,
               blambert@clarkhill.com
              Kimberly Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov
              Rejoy Nalkara    on behalf of Creditor    BMW Financial Services NA, LLC, c/o AIS Portfolio
               Services, LP rejoy.nalkara@americaninfosource.com
              Richard T Baum    on behalf of Stockholder    Rosenthal Family Trust rickbaum@hotmail.com,
               rickbaum@ecf.inforuptcy.com
              Richard W Esterkin    on behalf of Creditor    Amazon Logistics, Inc.
               richard.esterkin@morganlewis.com
              Richard W Esterkin    on behalf of Defendant    Amazon Logistics, Inc.
               richard.esterkin@morganlewis.com
              Riebert Sterling Henderson    on behalf of Interested Party    Courtesy NEF
               shenderson@gibbsgiden.com
              Shane J Moses    on behalf of Plaintiff    Scoobeez, Inc. smoses@foley.com
              Shane J Moses    on behalf of Debtor    Scoobeez smoses@foley.com
              Stacey A Miller    on behalf of Creditor    Porsche Financial Services, Inc. dba Bentley Financial
               Services smiller@tharpe-howell.com
              Stacey A Miller    on behalf of Creditor    Porsche Financial Services, Inc.
               smiller@tharpe-howell.com
              Stacey A Miller    on behalf of Creditor    Porsche Leasing Ltd. smiller@tharpe-howell.com
              Steven M Spector    on behalf of Creditor    Hillair Capital Management LLC sspector@buchalter.com,
               IFS_efiling@buchalter.com;salarcon@buchalter.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Vivian Ho    on behalf of Creditor    FRANCHISE TAX BOARD BKClaimConfirmation@ftb.ca.gov
                                                                                             TOTAL: 42
```

|   |   |
|---|---|
| John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>Crystal Nix-Hines (Bar No. 2482073)<br>crystalnixhines@quinnemanuel.com<br>Eric Winston (Bar No. 202407)<br>ericwinston@quinnemanuel.com<br>Jennifer L. Nassiri (Bar No. 209796)<br>jennifernassiri@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA  90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br><br>Attorneys for Secured Creditor,<br>HILLAIR CAPITAL MANAGEMENT, LLC | **FILED & ENTERED**<br><br>**NOV 06 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY penning   DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ, et al.[1]<br><br>    Debtors and Debtors in Possession.<br><br>Affects:<br><br>■  All Debtors<br>☐  Scoobeez, ONLY<br>☐  Scoobeez Global, Inc., ONLY<br>☐  Scoobur, LLC, ONLY | CASE NO. 2:19-by-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>*[PROPOSED]* **ORDER DENYING AMAZON LOGISTICS' MOTION FOR A PROTECTIVE ORDER QUASHING DOCUMENT REQUESTS AND DEPOSITION NOTICES PROPOUNDED BY HILLAIR CAPITAL MANAGEMENT, LLC.**<br><br>Date: November 4, 2019<br>Time: 2:00 p.m.<br>Ctrm:    1375<br>        United States Bankruptcy Court<br>        Edward Roybal Federal Building<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br>        The Hon. Julia Brand |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

---

ORDER DENYING AMAZON LOGISTICS' MOTION FOR PROTECTIVE ORDER

On November 4, 2019 at 2:00 p.m. in Courtroom 1375 of the above entitled Court, with the Honorable Julia Brand, judge presiding, a hearing was conducted on *Amazon Logistics, Inc.'s Motion For a Protective Oder Quashing Document Requests and Deposition Notices Propounded by Hillair Capital Management, LLC* ("Motion") filed on October 31, 2019 [ECF No.405].

The Court having read and considered the Motion, the opposition to the Motion (the "Opposition") filed by Hillair Capital Management, LLC ("Hillair") [ECF No. 413], all pleadings and papers filed in connection with the Motion and Opposition, the arguments of counsel present at the hearing; and the Court finding that notice and service of the Motion was proper and in accordance with this Court's *Order Granting Application and Setting Hearing on Shortened Notice* entered on November 1, 2019 [ECF No. 407] and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is denied.
2. The Court retains jurisdiction to interpret and enforce the terms of this Order.

###

Date: November 6, 2019

Julia W. Brand
United States Bankruptcy Judge

---

ORDER DENYING AMAZON LOGISTICS' MOTION FOR PROTECTIVE ORDER

**Approved as to form**:

Morgan, Lewis & Brockius LLP

By: /s/ Richard Esterkin
Richard Esterkin
Attorneys for Amazon Logistics, Inc.

Quinn Emanuel Urquhart & Sullivan, LLP

By: /s/ Eric Winston
Eric Winston
Attorneys for Hillair Capital Management, LLC

ORDER DENYING AMAZON LOGISTICS' MOTION FOR PROTECTIVE ORDER