RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California  90064-1525
Tel:    (310) 277-2040
Fax:    (310) 286-9525

Attorney for Equity Security Holder
PETER ROSENTHAL and BARBARA ROSENTHAL,
TRUSTEES OF THE ROSENTHAL FAMILY TRUST UTD 3/25/1988

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SCOOBEEZ, et al,<br><br>              Debtors.<br>_____<br>Affects:<br><br>☒  All Debtors<br>☐  Scoobeez, ONLY<br>☐  Scoobeez Global, Inc. ONLY<br>☐  Scoobur LLC, ONLY<br>_____ | No.   2:19-bk-14989 WB<br><br>Chapter 11<br><br>**JOINDER OF SHAREHOLDER THE ROSENTHAL FAMILY TRUST UTD 3/25/1988 IN THE SUPPLEMENTAL OPPOSITION TO MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR OUTSIDE OF ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, & AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**<br><br>Date:    November 18, 2019<br>Time:    10:00 A.M.<br>Ctrm:    1375<br>             255 East Temple Street.<br>             Los Angeles, CA  90012 |

**TO THE HONORABLE JULIA BRAND, UNITED STATES BANKRUPTCY JUDGE:**

For all the reasons stated therein, Equity Security Holder PETER ROSENTHAL and BARBARA ROSENTHAL, TRUSTEES OF THE ROSENTHAL FAMILY TRUST UTD 3/25/1988 joins in the Supplemental Opposition to Motion for Order Authorizing Sale of Substantially All of the Assets of Debtor Outside of Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances and Interests, & Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases filed by Shahan Ohanessian and Shoushana Ohanessian on November 11, 2019.

Dated:   November 11, 2019

/s/ Richard T. Baum
_____
RICHARD T. BAUM, Attorney for Equity Security Holder PETER ROSENTHAL and BARBARA ROSENTHAL, TRUSTEES OF THE ROSENTHAL FAMILY TRUST UTD 3/25/1988

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525.

A true and correct copy of the foregoing document described as **JOINDER OF SHAREHOLDER THE ROSENTHAL FAMILY TRUST UTD 3/25/1988 IN THE SUPPLEMENTAL OPPOSITION TO MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR OUTSIDE OF ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, & AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 11, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. SERVED BY U.S. MAIL:
On November 11, 2019 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Julia Brand, Suite 1382, 255 East Temple Street, Los Angeles, California 90012

Conway MacKenzie, Inc., 333 S Hope St, Ste 3625, Los Angeles, CA 90071
Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011
Levene Neale Bender Yoo & Brill LLP, 10250 Constellation Blvd, Ste 1700, Los Angeles, CA 90067

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 11, 2019 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 11, 2019 | RICHARD T. BAUM | /s/ Richard T. Baum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
December 2012                                                                                                                  F 9013-3.1

**By Electronic Mail Notice List:**

Richard T Baum  rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Bradley E Brook  bbrook@bbrooklaw.com, paulo@bbrooklaw.com; brookecfmail@gmail.com
Richard W Esterkin  richard.esterkin@morganlewis.com
John-Patrick M Fritz  jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Riebert Sterling Henderson  shenderson@gibbsgiden.com
Vivian Ho  BKClaimConfirmation@ftb.ca.gov
David Brian Lally  davidlallylaw@gmail.com
Alvin Mar  alvin.mar@usdoj.gov, dare.law@usdoj.gov
Ashley M McDow  amcdow@foley.com, sgaeta@foley.com; mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
Stacey A Miller  smiller@tharpe-howell.com
Kevin H Morse  kmorse@clarkhill.com, blambert@clarkhill.com
Shane J Moses  smoses@foley.com
Akop J Nalbandyan  jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
Rejoy Nalkara  rejoy.nalkara@americaninfosource.com
Anthony J Napolitano  anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
Jennifer L Nassiri  jennifernassiri@quinnemanuel.com
David L. Neale  dln@lnbyb.com
Aram Ordubegian  ordubegian.aram@arentfox.com
Hamid R Rafatjoo  hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Gregory M Salvato  gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com; gsalvato@ecf.inforuptcy.com
Jeffrey S Shinbrot  jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Steven M Spector  sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov
Kimberly Walsh  bk-kwalsh@texasattorneygeneral.gov
Eric D Winston  ericwinston@quinnemanuel.com
Eric K Yaeckel  yaeckel@sullivanlawgroupapc.com

---

**JOINDER IN SUPPLEMENTAL OPPOSITION TO MOTION FOR AUTHORIZATION OF SALE OF SUBSTANTIALLY ALL ASSETS OF DEBTOR**