MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:     (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| **In re:**<br><br>**SCOOBEEZ, et al.[1],**<br><br>**Debtors and Debtors in Possession.**<br><br>Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**AMAZON LOGISTICS, INC.'S EVIDENTIARY OBJECTIONS RE MOTION FOR RELIEF FROM STAY**<br><br>Date:           November 18, 2019<br>Time:          10:00 a.m.<br>Place.:         United States Bankruptcy Court<br>                    Edward Roybal Federal Building<br>                    255 E Temple St., Ctrm 1375<br>                    Los Angeles CA  90012<br><br>Judge:  The Hon. Julia W. Brand |

   Pursuant to the provisions of Local Rule 9013-1(i)(2), Defendant, Amazon Logistics, Inc., ("**Amazon Logistics**"), respectfully submits the following evidentiary objections to the Declaration of Sean M. McAvoy (Docket No. 418-1) requests that the Court strike the following portions of that declaration:

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

| Objected to Portion of Declaration | Basis of Objection |
| --- | --- |
| ¶ 7: "On information and belief, the Debtors provide last-mile delivery solutions, providing same day, next day and two-day door-to-door logistics an delivery services utilizing vehicles to facilitate fast deliveries of goods directly from merchant distribution points to consumers." | Fed.R.Evid. 602: The proffered testimony is stated on information and belief. Therefore, the declarant lacks personal knowledge of the subject matter of the proffered testimony. |
| ¶ 8: "On information and belief since September 2015, the Debtors have one customer—Amazon Logistics, Inc. ("Amazon Logistics"). Scoobeez and Amazon Logistics are parties to a Delivery Provider Terms of Service which provides the substantive terms of the contract and a "work order" which sets forth the specific locations and pricing terms (the "Amazon Agreement")." | Fed.R.Evid. 602: The proffered testimony is stated on information and belief. Therefore, the declarant lacks personal knowledge of the subject matter of the proffered testimony. |
| ¶ 9: "On information and belief, Debtors have been entrusted with six percent of Amazon Logistics' total shipment of goods directly from merchant distribution points to consumers, have been awarded the highest ratings of any DSP, and, until recently, been given increased numbers of | Fed.R.Evid. 602: The proffered testimony is stated on information and belief. Therefore, the declarant lacks personal knowledge of the subject matter of the proffered testimony |

| | |
|---|---|
| routes." | |
| ¶ 10: "On information and belief, Debtors were founded in 2014 and currently employ approximately 1000 employees, which typically increases during the holiday season. Debtors are projected to generate in excess of $45 million in annual revenue in 2019." | Fed.R.Evid. 602: The proffered testimony is stated on information and belief. Therefore, the declarant lacks personal knowledge of the subject matter of the proffered testimony. |
| ¶ 11: "On information and belief, Debtors' employees are based in Los Angeles, California; Austin, Dallas, and San Antonio, Texas; and Chicago, Illinois, most of whom work full-time for Debtors, and earn an average of $30,000 to $35,000 a year." | Fed.R.Evid. 602: The proffered testimony is stated on information and belief. Therefore, the declarant lacks personal knowledge of the subject matter of the proffered testimony. |
| ¶ 12: "On information and belief, the majority of the Debtor's employees, including most of the drivers, come from underserved, low-income backgrounds who depend on the income they receive from the company to support themselves and their families." | Fed.R.Evid. 602: The proffered testimony is stated on information and belief. Therefore, the declarant lacks personal knowledge of the subject matter of the proffered testimony. |
| ¶ 12: "Further, unlike at many delivery companies, the Debtors' employees receive full health coverage and are paid wages for a day's work even if they finish their routes early, minimizing the likelihood of | Fed.R.Evid. 602: There is no foundation establishing that Mr. McAvoy has personal knowledge of the proferred testimony. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37772291.1

- 3 -

| | |
|---|---|
| accidents due to frenetic driving." | |
| ¶ 22: "Since the CRO's appointment, the Debtors' business has been profitable and cash flow positive." | Fed.R.Evid. 602: There is no foundation establishing that Mr. McAvoy has personal knowledge of the proffered testimony. |
| ¶ 25: "Hillair's proposed sale provided a means to employ virtually all of the Debtors' approximately 1,000 employees, paying them far more than typically paid by other DSPs." | Fed.R.Evid. 602: To the extent that the quoted excerpt of Mr. McAvoy's declaration purports to compare the compensation that might be paid by the purchaser as a result of Hillair's now terminated proposed acquisition of the Debtor's assets to the compensation paid by other DSPs, there is no foundation establishing that Mr. McAvoy has personal knowledge as to what other DSPs pay their employees. |

Dated: November 11, 2019

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Richard W.* Esterkin
      Richard W. Esterkin

Attorneys for Amazon Logistics, Inc.

# CERTIFICATE OF SERVICE FORM

# FOR ELECTRONIC FILINGS

I hereby certify that on November 11, 2019, I electronically filed the foregoing document, **Amazon Logistics, Inc.'s Evidentiary Objections re: Motion For Relief From Stay**, with the Clerk of the United States Bankruptcy Court, Central District of California, Los Angeles Division, using the CM/ECF system, which will send notification of such filing to those parties registered to receive notice on this matter.

*/s/ Renee Robles*

Renee Robles