1  DAVID L. NEALE (SBN 141225)
   J.P. FRITZ (SBN 245240)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: DLN@LNBYB.COM, JPF@LNBYB.COM
5
6  Counsel for Official Committee of Unsecured Creditors

7
8                  **UNITED STATES BANKRUPTCY COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9                       **LOS ANGELES DIVISION**

10 | In re: | ) | Case No. 2:19-bk-14989-WB |
   |        | ) | |
11 | SCOOBEEZ, et al. | ) | Chapter 11 |
   |                  | ) | |
12 | Debtors and Debtors in Possession. | ) | Jointly Administered With Case Nos.: |
   |                                    | ) | 2:19-bk-14991-WB and 2:19-bk-14997-WB |
13 | _____ | ) | |
   |                                  | ) | **COMMITTEE'S LIMITED RESPONSE TO** |
14 | Affected Debtor(s): | ) | **DEBTORS' NOTICE OF FILING OF** |
   |                     | ) | **HILLAIR NOTICE OF TERMINATION OF** |
15 | ☒ All Debtors | ) | **STALKING HORSE PURCHASE** |
   |               | ) | **AGREEMENT [Dkt. No. 435]** |
16 |               | ) | |
17 | ☐ Scoobeez, Inc. | ) | |
   |                  | ) | Hearing: |
18 | ☐ Scoobeez Global, Inc. | ) | Date:     November 18, 2019 |
   |                         | ) | Time:     10:00 a.m. |
19 | ☐ Scoobur LLC | ) | Location: 255 E. Temple St. |
   |                | ) | Courtroom 1375, 13th Floor |
20 |                | ) | Los Angeles, CA 90012 |

–1–

The Official Committee of Unsecured Creditors (the "Committee") in the jointly administered bankruptcy cases of Scoobeez, Inc. and Scoobeez Global, Inc. (each a "Debtor" and, collectively, the "Debtors"), debtors and debtors in possession herein, respectfully submits its limited response to the *Debtors' Notice of Filing of Hillair Notice of Termination of Stalking Horse Purchase Agreement* (the "Notice") [Dkt. No. 435].

Based upon the Notice, and the letter from Hillair Capital Management LLC attached as Exhibit "A" to the Notice, the Committee respectfully requests that the Court enter an order denying the *Motion for Entry of Order (I) Authorizing the Sale of Substantially All of the Assets of Debtor Outside the Ordinary Course of Business, Free and Clear of All Liens, Claims, Encumbrances and Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Such Sale; and (III) Granting Related Relief* (the "Sale Motion") [Dkt. No. 329].

Dated: November 14, 2019              Official Committee of Unsecured Creditors

                                                           By:  */s/ John-Patrick M. Fritz*
                                                               David L. Neale
                                                               John-Patrick M. Fritz
                                                               LEVENE, NEALE, BENDER,
                                                               YOO & BRILL L.L.P.
                                                               Counsel for the Official
                                                               Committee of Unsecured Creditors

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **COMMITTEE'S LIMITED RESPONSE TO DEBTORS' NOTICE OF FILING OF HILLAIR NOTICE OF TERMINATION OF STALKING HORSE PURCHASE AGREEMENT [Dkt. No. 435]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 14, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 14, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 14, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Attorney Service
The Honorable Julia W. Brand
U.S. Bankruptcy Court, Suite 1382
255 E. Temple St
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 14, 2019, | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Main Document    Page 4 of 6

**2:19-bk-14989-WB Notice will be electronically mailed to:**

Richard T Baum on behalf of Stockholder Rosenthal Family Trust
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

Richard W Esterkin on behalf of Defendant Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of Unsecured Creditors
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the Estates of Scoobeez and Scoobeez Global, Inc.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

David Brian Lally on behalf of Attorney Grigori Sedrakyan
davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family Trust UTD 3/25/1988
davidlallylaw@gmail.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez
amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.
amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC
amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc.
amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley Financial Services
smiller@tharpe-howell.com

| | |
|---|---|
| 1 | Stacey A Miller on behalf of Creditor Porsche Leasing Ltd.<br>smiller@tharpe-howell.com |
| 2 | |
| | Kevin H Morse on behalf of Creditor Avitus Group, Inc.<br>kmorse@clarkhill.com, blambert@clarkhill.com |
| 3 | |
| 4 | Shane J Moses on behalf of Debtor Scoobeez<br>smoses@foley.com |
| 5 | Shane J Moses on behalf of Plaintiff Scoobeez, Inc.<br>smoses@foley.com |
| 6 | |
| 7 | Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos<br>jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com |
| 8 | Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY<br>jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com |
| 9 | |
| 10 | Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP<br>rejoy.nalkara@americaninfosource.com |
| 11 | Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC<br>anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com |
| 12 | |
| 13 | Jennifer L Nassiri on behalf of Creditor Hillair Capital Management, LLC<br>jennifernassiri@quinnemanuel.com |
| 14 | David L. Neale on behalf of Attorney Official Committee Of Unsecured Creditors<br>dln@lnbyb.com |
| 15 | David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors<br>dln@lnbyb.com |
| 16 | |
| 17 | David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P.<br>dln@lnbyb.com |
| 18 | Aram Ordubegian on behalf of Interested Party Courtesy NEF<br>ordubegian.aram@arentfox.com |
| 19 | |
| 20 | Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian<br>hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com |
| 21 | Gregory M Salvato on behalf of Creditor Azad Baban<br>gsalvato@salvatolawoffices.com,<br>calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| 22 | |
| 23 | Gregory M Salvato on behalf of Interested Party INTERESTED PARTY<br>gsalvato@salvatolawoffices.com,<br>calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| 24 | |
| 25 | Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian<br>jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com |
| 26 | Steven M Spector on behalf of Creditor Hillair Capital Management LLC<br>sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com |
| 27 | |
| 28 | United States Trustee (LA)<br>ustpregion16.la.ecf@usdoj.gov |

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public Accounts
bk-kwalsh@texasattorneygeneral.gov

Eric D Winston on behalf of Creditor Hillair Capital Management LLC
ericwinston@quinnemanuel.com

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega
yaeckel@sullivanlawgroupapc.com