# EXHIBIT 1

**Shahan Ohanessian**
**1328 Doverwood Drive • Glendale, CA 91207**
**shahan.oh@gmail.com • (818) 400-0338**

October 18, 2019

<u>**VIA EMAIL**</u>

George Voskanian
Scott A. Sheikh
Scoobeez Global, Inc.
3463 Foothill Blvd
Glendale, CA 91214
George@Scoobeez.com
Scott@Scoobeez.com

      **Re:**    **Notice of Special Meeting of Shareholders of Scoobeez Global, Inc.**

      The undersigned, being the record owner of 150,000,000 shares of common stock and 18,400,000 shares of Series A preferred stock and representing more than 20% of the voting power of Scoobeez Global, Inc., an Idaho corporation, ("Scoobeez Global") hereby demands that a special meeting of the shareholders of Scoobeez Global be called and noticed within 15 days of this demand for the purposes of discussing:

- The sale of Scoobeez Global or any of its assets, including, but not limited to, Scoobeez, a California corporation, and Scoobur LLC, a California limited liability company.
- Actions necessary to preserve relationships with Amazon.com and its affiliated companies.
- Failure to hold an annual meeting as required by the bylaws.
- The conduct of the current Board of Directors, including, but not limited to, consequences for such conduct.

Sincerely,

Shahan Ohanessian

cc:    John Simon
        Ashley M. McDow
        FOLEY & LARDNER LLP
        555 S Flower St 33rd Fl
        Los Angeles, CA 90071
        jsimon@foley.com
        amcdow@foley.com

        Howard Grobstein
        6300 Canoga Ave Ste 1500W
        Woodland Hills 91367
        hgrobstein@gtllp.com

**Shahan Ohanessian**
**1328 Doverwood Drive • Glendale, CA 91207**
**shahan.oh@gmail.com • (818) 400-0338**

Brian Weiss
20341 SW Birch St Ste 220
Newport Beach, CA 92660
bweiss@force10partners.com

Daniel W. Harrow
D.W. Harrow and Associates
Dallas Fortworth
(Please provide email address for Mr. Harrow)

# EXHIBIT 2

## FW: ShareHolders Meeting

**Jeffrey Shinbrot** <jeffrey@shinbrotfirm.com>

Wed 11/20/2019 9:03 AM

**To:** Rick Baum <rickbaum@hotmail.com>

**From:** Brian Weiss <bweiss@force10partners.com>
**Sent:** Wednesday, October 23, 2019 11:58 AM
**To:** Shahan Ohanessian <shahan.oh@gmail.com>
**Cc:** George Voskanian <george@scoobeez.com>; Scott A. Sheikh <scott@scoobeez.com>; Ashley McDow
<amcdow@foley.com>; JSimon@foley.com; Jeffrey Shinbrot <jeffrey@shinbrotfirm.com>
**Subject:** Re: ShareHolders Meeting

Shahan,

My legal counsel has been provided a copy of your request. They are performing some research and will
revert back to me shortly. We will provide you with a response after this occurs.

Regards,
Brian             [EXHIBIT 2]

On Wed, Oct 23, 2019, 11:54 AM Shahan Ohanessian <shahan.oh@gmail.com> wrote:

I am following up on the email below. I have not received any response from any of you. Please let me
know where is the meeting going to be held and if you have given notice to the rest of the shareholders
or not. Should not hear from you by the end of the day tomorrow October 24th, 2019, I will assume
you are going to ignore the notice and I will take appropriate action and will hold all of the officers and
the board members accountable for this conduct.


Shahan Ohanessian


> On FridayOctober 18, 2019, at Friday5:48 PM, Shahan Ohanessian <shahan.oh@gmail.com> wrote:
>
> Please take notice for the meeting below and let me know the time and place where this meeting will
be held.
>
> <Demand for Special Meeting - Scoobeez Global 10-18-19 .pdf>
>
>
> Shahan Ohanessian
>

This message is for the named person's use only. It may contain confidential,
proprietary or legally privileged information. No confidentiality or privilege is
waived or lost by any mistransmission. If you receive this message in error, please
immediately delete it and all copies of it from your system, destroy any hard copies
of it and notify the sender. You must not, directly or indirectly, use, disclose,
distribute, print, or copy any part of this message if you are not the intended

# EXHIBIT 3

11/20/2019    Mail - Rick Baum - Outlook

## FW: ShareHolders Meeting

**Jeffrey Shinbrot** <jeffrey@shinbrotfirm.com>

Wed 11/20/2019 9:03 AM

**To:** Rick Baum <rickbaum@hotmail.com>

**From:** Brian Weiss <bweiss@force10partners.com>
**Sent:** Wednesday, October 23, 2019 11:58 AM
**To:** Shahan Ohanessian <shahan.oh@gmail.com>
**Cc:** George Voskanian <george@scoobeez.com>; Scott A. Sheikh <scott@scoobeez.com>; Ashley McDow
<amcdow@foley.com>; JSimon@foley.com; Jeffrey Shinbrot <jeffrey@shinbrotfirm.com>
**Subject:** Re: ShareHolders Meeting

[EXHIBIT 3]

Shahan,

My legal counsel has been provided a copy of your request. They are performing some research and will
revert back to me shortly. We will provide you with a response after this occurs.

Regards,
Brian

On Wed, Oct 23, 2019, 11:54 AM Shahan Ohanessian <shahan.oh@gmail.com> wrote:

I am following up on the email below. I have not received any response from any of you. Please let me
know where is the meeting going to be held and if you have given notice to the rest of the shareholders
or not. Should not hear from you by the end of the day tomorrow October 24th, 2019, I will assume
you are going to ignore the notice and I will take appropriate action and will hold all of the officers and
the board members accountable for this conduct.


Shahan Ohanessian


> On FridayOctober 18, 2019, at Friday5:48 PM, Shahan Ohanessian <shahan.oh@gmail.com> wrote:
>
> Please take notice for the meeting below and let me know the time and place where this meeting will
be held.
>
> <Demand for Special Meeting - Scoobeez Global 10-18-19 .pdf>
>
>
> Shahan Ohanessian
>

This message is for the named person's use only. It may contain confidential,
proprietary or legally privileged information. No confidentiality or privilege is
waived or lost by any mistransmission. If you receive this message in error, please
immediately delete it and all copies of it from your system, destroy any hard copies
of it and notify the sender. You must not, directly or indirectly, use, disclose,
distribute, print, or copy any part of this message if you are not the intended

# EXHIBIT 4

**Shahan Ohanessian**
**1328 Doverwood Drive • Glendale, CA 91207**
**shahan.oh@gmail.com • (818) 400-0338**

October 29, 2019

<u>VIA FEDEX OVERNIGHT, U.S. MAIL AND EMAIL</u>

George Voskanian
Scott A. Sheikh
Scoobeez Global, Inc.
3463 Foothill Blvd
Glendale, CA 91214
scott@scoobeez.com
george@scoobeez.com

John Simon
Ashley M. McDow
Foley & Lardner LLP
555 S Flower St 33rd Fl
Los Angeles, CA 90071
jsimon@foley.com
amcdow@foley.com

Howard Grobstein
6300 Canoga Ave Ste 1500W
Woodland Hills 91367
hgrobstein@gtllp.com

Brian Weiss
20341 SW Birch St Ste 220
Newport Beach, CA 92660
bweiss@force10partners.com

**I have request the rest of the boards information
several times so we can contact them and you
have ignored these request. Please make sure all
of the board members are provided this notice.**

Re:    **Special Meeting of Shareholders of Scoobeez Global, Inc.**
       **Date and Time: November 1, 2019 at 1:00 P.M. PST**

Dear All:

As you know, on October 18, 2019, I demanded that Messrs. Voskanian and Sheikh call a Special Meeting of the Shareholders of Scoobeez Global, Inc., an Idaho corporation, ("Scoobeez Global" or the "Company"), to discuss the following issues: (1) the sale of Scoobeez Global or any of its assets, including, but not limited to, Scoobeez, a California corporation, and Scoobur LLC, a California limited liability company; (2) actions necessary to preserve relationships with Amazon.com and its affiliated companies; (3) failure to hold an annual meeting as required by the bylaws; and (4) the conduct of the current Board of Directors, including, but not limited to, consequences for such conduct. My demand was sent to all of you.

On October 23, 2019, I sent an email in an attempt to follow up on my October 18, 2019 demand that a special meeting be called. That same day, I received a response from Mr. Weiss that his "legal counsel ... are performing some research" and that a response would be "provide[d] after this occurs." However, I have not heard back from Mr. Weiss.

On October 24, 2019, I spoke with Ashley McDow, Scoobeez Global's bankruptcy counsel, who informed me that revenues were down about 40% because Amazon has reduced the routes drastically and will likely cut more routes within days. I informed Ms. McDow that this was likely a result of poor

October 29, 2019
Page 2

management by the current officers and directors of the Company. As many of you know, when I was in control, the Company enjoyed a very prosperous relationship with Amazon. Ms. McDow also indicated that Amazon was willing to cancel its contracts with Scoobeez Global in exchange for $1.1 million. The relationship with Amazon is worth many times that. Rather than attempt to salvage the relationship, Ms. McDow filed a lawsuit against Amazon the following day. During our call, Ms. McDow mentioned that she was recommending that the sale motion be withdrawn and that she had even drafted a board resolution for it. I also asked Ms. McDow when the Special Meeting of Shareholders would be called, pursuant to my demand, she told me that she had to send a memo to Mr. Weiss about it, but offered no further information.

On October 25, 2019, I sent yet another follow-up email to all of you, following up on my demand for a special meeting of the shareholders. That email was also ignored.

I have not heard back from any of you regarding my demand. I am seriously concerned about the ongoing viability of the Company and your actions that are seriously jeopardizing the Company's relationship with its main customer Amazon.com, do not benefit the Company, its shareholders or its creditors. Since you have failed to notice a meeting, as the record owner of 150,000,000 shares of common stock and 18,400,000 shares of Series A preferred stock and representing the majority of the voting power of Scoobeez Global, I am calling a Special Meeting of the Shareholders to be held at **12:00 p.m. PST on November 1, 2019** at the Company's principal offices, located at 3463 Foothill Boulevard, Glendale, California 91214. You are hereby requested to give notice to the remaining shareholders, whose contact information I do not have since my access to the Company's information has been revoked.

As I already indicated, the purpose of the meeting shall be to discuss the following issues: (1) the sale of Scoobeez Global or any of its assets, including, but not limited to, Scoobeez, a California corporation, and Scoobur LLC, a California limited liability company; (2) actions necessary to preserve relationships with Amazon.com and its affiliated companies; (3) failure to hold an annual meeting as required by the bylaws; and (4) the conduct of the current Board of Directors, including, but not limited to, consequences for such conduct.

Sincerely,

Shahan Ohanessian

# EXHIBIT 5

## Fwd: Proposed Special Meeting of the Scoobeez Global, Inc. Shareholders

Shahan Ohanessian <shahan.oh@gmail.com>

Sun 11/10/2019 11:15 AM

**To:** Rick Baum <Rickbaum@hotmail.com>; Jeffrey Shinbrot <jeffrey@shinbrotfirm.com>
**Cc:** Shoushana Ohanessian <Suzy.oha@gmail.com>

Here is Scott's response to the share holder meeting

Begin forwarded message:

**From:** Jeffrey Shinbrot <jeffrey@shinbrotfirm.com>
**Subject: Fwd: Proposed Special Meeting of the Scoobeez Global, Inc. Shareholders**
**Date:** ThursdayOctober 31, 2019 at Thursday10:52:05 AM PDT
**To:** Shahan Ohanessian <Shahan.oh@gmail.com>, Shoushig Ohanessian <Suzy.oha@gmail.com>

Please see below

Sent from my iPhone

Begin forwarded message:

**From:** Scott Sheikh <scott@scoobeez.com>
**Date:** October 31, 2019 at 10:45:46 AM PDT
**To:** jeffrey@shinbrotfirm.com
**Cc:** Brian Weiss <bweiss@force10partners.com>, "<george@scoobeez.com>" <george@scoobeez.com>, Ashley McDow <amcdow@foley.com>, "John A. Simon" <JSimon@foley.com>
**Subject: Proposed Special Meeting of the Scoobeez Global, Inc. Shareholders**

Mr. Shinbrot,

We are in receipt of your client's correspondence regarding a proposed Special Meeting of the Shareholders at the Scoobeez Headquarters on Friday, November 1, 2019.  Unfortunately, the notice is defective and no meeting can take place on that date.  Please inform your client that there will be no Shareholder's Meeting at the Scoobeez Headquarters on November 1, 2019 and your client will not be allowed access to the premises.

To properly schedule a Special Meeting of the Shareholders pursuant to Idaho law, notice must be sent to all 1650+ shareholders and it must be sent no less than 10 days prior to the meeting.  In order to determine who the current

shareholders are of Scoobeez Global, Inc., one must first obtain a NOBO list. Per the Company's transfer agent, it takes between 5-10 business days to process a request for the list. The cost of obtaining the list of shareholders and sending the notice (estimated to be just shy of $6,000) is not part of the Cash Collateral Budget and must be approved by the Secured Creditor prior to incurring the cost. The request was submitted and denied. Accordingly, Scoobeez Global, Inc. is unable to honor the request for a Special Meeting of the Shareholders at this time.

Please confirm receipt of this correspondence at your earliest convenience.

Kind regards,



**Scott A. Sheikh, Esq.**
p: 844-Scoobeez ext. 1190
w: www.scoobeez.com

Co-CEO and General Counsel

m: 818-650-0958
e: scott@scoobeez.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

# EXHIBIT 6

**Shoushana Ohanessian**
**1328 Doverwood Drive • Glendale, CA 91207**
**Suzy.oha@gmail.com • (818) 400-0338**

November 9, 2019

**VIA OVERNIGHT MAIL AND EMAIL**

Brian Weiss
20341 SW Birch St, Ste. 220
Newport Beach, CA 92660
bweiss@force10partners.com

**Re:**     **Demand For Information Regarding Sale Motion**

Dear Mr. Weiss,

As you already know, a special meeting of the shareholders was held by Scoobeez Global, Inc. on November 1, 2019, at which time, Daniel W. Harrow was removed from the Board of Directors and the following individuals were appointed to the Board: Shoushana Ohanessian, Shahan Ohanessian, and Gregori Sedrakyan. On November 9, 2019, a special meeting of the newly constituted Board of Directors of Scoobeez Global, Ins. was held. You were provided notice of that meeting.

On behalf of the newly constituted Board of Directors of Scoobeez Global, Inc., as the company Chief Restructuring Officer, a request is hereby made that, within 48 hours of this letter, you provide the newly constituted Board of Directors the following information:

Detailed information to the newly constituted Board of Directors of Scoobeez Global, as to why the Sale Motion pending before the United States Bankruptcy Court is a better course of action for the creditors than the Company filing a reorganization plan.

I look forward to your prompt response.

Sincerely,

Shoushana Ohanessian

cc (via email):  Shahan Ohanessian
                 Howard Grobstein
                 Gregori Sedrakyan

# EXHIBIT 7

## MINUTES OF SPECIAL MEETING
## OF SHAREHOLDERS OWNING MAJORITY OF OUTSTANDING COMMON STOCK
## OF SCOOBEEZ GLOBAL, INC., an Idaho Corporation

A special meeting of the shareholders Scoobeez Global, Inc. ("Scoobeez Global"), an Idaho corporation was called for and held on November 1, 2019, with shareholders owning more than 90% of the outstanding common stock of Scoobeez Global participated in the meeting. The actions taken at the special meeting are reflected herein:

## I.    RECITALS

1.    On August 29, 2019, Scoobeez Global, through its bankruptcy counsel, made a motion for entry of an order approving bidding procedures for sale of assets in the Scoobeez Global Voluntary Chapter 11 Bankruptcy Proceedings pending the U.S. Bankruptcy Court, Central District of California, Petition # 2:19-bk-14989-WB. Such motion was made without notice to and/or consent from the Shareholders of Scoobeez Global.

2.    On October 18, 2019, majority shareholder Shahan Ohanessian served upon the co-Chief Executive Officers of Scoobeez Global, George Voskanian and Scott A. Shiekh, a written demand that a special meeting of the shareholders of Scoobeez Global be called and noticed within 15 days of the demand and set forth the issues to be addressed at the special meeting. The demand was also sent to bankruptcy counsel for Scoobeez Global, John Simon and Ashley M. McDow of Foley & Lardner, LLP, and Scoobeez Global's current directors Brian Weiss, Howard Grobstein and Daniel W. Harrow.

3.    On October 23, 2019, Mr. Ohanessian sent a follow up email inquiring about the status of the special meeting demanded by way of the letter served on October 18, 2019. On that same date, Mr. Ohanessian received a response from Mr. Weiss indicating that his "legal counsel … are performing some research" and that a response would be "provide[d] after this occurs." Mr. Weiss did not provide a subsequent response.

4.    On October 24, 2019, Mr. Ohanessian spoke with Ms. McDow, who informed him that revenues were down about 40% because Amazon had reduced the routes drastically and will likely cut more routes within days.

5.    On October 25, 2019, Scoobeez Global, through its bankruptcy counsel, filed a lawsuit against Amazon Logistics, Inc. Such action was filed without notice to and/or consent from the Shareholders of Scoobeez Global.

6.    On October 25, 2019, Mr. Ohanessian sent another follow-up correspondence to Messrs. Voskanian, Shiekh, Simon, Weiss, Grobstein and Daniel W. Harrow, and Ms. McDow following up on his demand for a special meeting of the shareholders, bankruptcy counsel for Scoobeez Global. That correspondence was also not addressed.

7.    In light of the failure of the current officers and directors to notice the Special Meeting as demanded by Mr. Ohanessian on October 18, 2019 or addressing the demand for a Special Meeting, on October 29, 2019, Mr. Ohanessian served a notice on Messrs. Voskanian, Shiekh, Simon, Weiss, Grobstein and Daniel W. Harrow, and Ms. McDow indicating that, in light of their failure to notice a Special Meeting as demanded by way of the October 18, 2019 letter, he was calling a Special Meeting of the Shareholders to be held at 1:00 p.m. PST on

## MINUTES OF SPECIAL MEETING
## OF SHAREHOLDERS OWNING MAJORITY OF OUTSTANDING COMMON STOCK
## OF SCOOBEEZ GLOBAL, INC., an Idaho Corporation

November 1, 2019, at Scoobeez Global's principal offices, located at 3463 Foothill Boulevard, Glendale, California 91214.

8.      On October 31, 2019, Mr. Sheikh sent an email to Mr. Ohanessian's bankruptcy counsel indicating that Mr. Ohanessian will not be allowed access to Scoobeez Global's principal offices on November 1, 2019 for purposes of holding a shareholders meeting.

9.      In light of the foregoing, shareholders Peter Rosenthal, Shahan Ohanessian, and Dick Dolan, representing over 90% of the outstanding common stock of Scoobeez Global, convened on November 1, 2019, at approximately 12:00 p.m. PST, at 3221 North Verdugo Road, Glendale 91208, wherein the following matters were discussed: (i) current status of Scoobeez Global, (ii) the actions taken by the current officers and directors, (iii) Scoobeez Global's relationship with Amazon, (iv) Scoobeez Global's lawsuit against Amazon, and (v) the actions and conduct of the directors and officers of Scoobeez Global.

10.      The participating shareholders expressed their displeasure with the fact that the current officers of the Scoobeez Global failed to call a special meeting of the shareholders when a demand was made. The participating shareholders further expressed a desire for preserving Scoobeez Global's relationship with Amazon.

## II.    ACTIONS TAKEN AT SHAREHOLDERS' MEETING

At the special meeting of the shareholders, shareholder Peter Rosenthal made a motion to change the Board of Directors of Scoobeez Global, to remove of Daniel W. Harrow and appoint new Directors to the Board. The motion was seconded by Dick Dolan. A vote was held by the present shareholders, with all three shareholders voting in favor, as follows:

1.      RESOLVED, that the following individuals are hereby removed from the Board of Directors of Scoobeez Global:

Daniel W. Harrow

2.      RESOLVED, that the following individuals are hereby elected to a serve as directors of Scoobeez Global to hold office until the next annual meeting of the shareholders or until their successors are duly elected:

Shoushana Ohanessian
Shahan Ohanessian
Gregori Sedrakyan

Brian Weiss and Howard Grobstein are not removed and therefore, continue to remain on the Board of Directors.

Minutes of Special Meeting of
Shareholders of Scoobeez Global, Inc.

2

### MINUTES OF SPECIAL MEETING
## OF SHAREHOLDERS OWNING MAJORITY OF OUTSTANDING COMMON STOCK
### OF SCOOBEEZ GLOBAL, INC., an Idaho Corporation

3.        RESOLVED, that all the actions taken above and resolutions are approved, ratified, and adopted, and may be reflected in the minutes of Scoobeez Global.

The meeting was then adjourned.

Shahan Ohanessian
Secretary of Meeting

# EXHIBIT 8

## ACTION BY WRITTEN CONSENT
## OF SHAREHOLDERS OWNING MAJORITY OF OUTSTANDING COMMON STOCK
## OF SCOOBEEZ GLOBAL, INC., an Idaho Corporation

A special meeting of the shareholders Scoobeez Global, Inc. ("Scoobeez Global"), an Idaho corporation was called for and held on November 1, 2019, with shareholders owning more than 90% of the outstanding common stock of Scoobeez Global participated in the meeting. The actions taken at the special meeting are reflected herein:

## I.    RECITALS

1.    On August 29, 2019, Scoobeez Global, through its bankruptcy counsel, made a motion for entry of an order approving bidding procedures for sale of assets in the Scoobeez Global Voluntary Chapter 11 Bankruptcy Proceedings pending the U.S. Bankruptcy Court, Central District of California, Petition # 2:19-bk-14989-WB. Such motion was made without notice to and/or consent from the Shareholders of Scoobeez Global.

2.    On October 18, 2019, majority shareholder Shahan Ohanessian served upon the co-Chief Executive Officers of Scoobeez Global, George Voskanian and Scott A. Shiekh, a written demand that a special meeting of the shareholders of Scoobeez Global be called and noticed within 15 days of the demand and set forth the issues to be addressed at the special meeting. The demand was also sent to bankruptcy counsel for Scoobeez Global, John Simon and Ashley M. McDow of Foley & Lardner, LLP, and Scoobeez Global's current directors Brian Weiss, Howard Grobstein and Daniel W. Harrow.

3.    On October 23, 2019, Mr. Ohanessian sent a follow up email inquiring about the status of the special meeting demanded by way of the letter served on October 18, 2019. On that same date, Mr. Ohanessian received a response from Mr. Weiss indicating that his "legal counsel … are performing some research" and that a response would be "provide[d] after this occurs." Mr. Weiss did not provide a subsequent response.

4.    On October 24, 2019, Mr. Ohanessian spoke with Ms. McDow, who informed him that revenues were down about 40% because Amazon had reduced the routes drastically and will likely cut more routes within days.

5.    On October 25, 2019, Scoobeez Global, through its bankruptcy counsel, filed a lawsuit against Amazon Logistics, Inc. Such action was filed without notice to and/or consent from the Shareholders of Scoobeez Global.

6.    On October 25, 2019, Mr. Ohanessian sent another follow-up correspondence to Messrs. Voskanian, Shiekh, Simon, Weiss, Grobstein and Daniel W. Harrow, and Ms. McDow following up on his demand for a special meeting of the shareholders, bankruptcy counsel for Scoobeez Global. That correspondence was also not addressed.

7.    In light of the failure of the current officers and directors to notice the Special Meeting as demanded by Mr. Ohanessian on October 18, 2019 or addressing the demand for a Special Meeting, on October 29, 2019, Mr. Ohanessian served a notice on Messrs. Voskanian, Shiekh, Simon, Weiss, Grobstein and Daniel W. Harrow, and Ms. McDow indicating that, in light of their failure to notice a Special Meeting as demanded by way of the October 18, 2019 letter, he was calling a Special Meeting of the Shareholders to be held at 1:00 p.m. PST on

Action by Written Consent of
Shareholders of Scoobeez Global, Inc.

1

## ACTION BY WRITTEN CONSENT
## OF SHAREHOLDERS OWNING MAJORITY OF OUTSTANDING COMMON STOCK
## OF SCOOBEEZ GLOBAL, INC., an Idaho Corporation

November 1, 2019, at Scoobeez Global's principal offices, located at 3463 Foothill Boulevard, Glendale, California 91214.

8.　　On October 31, 2019, Mr. Sheikh sent an email to Mr. Ohanessian's bankruptcy counsel indicating that Mr. Ohanessian will not be allowed access to Scoobeez Global's principal offices on November 1, 2019 for purposes of holding a shareholders meeting.

9.　　In light of the foregoing, shareholders Peter Rosenthal, Shahan Ohanessian, and Dick Dolan, representing over 90% of the outstanding common stock of Scoobeez Global, convened on November 1, 2019, at approximately 12:00 p.m. PST, at 3221 North Verdugo Road, Glendale 91208, wherein the following matters were discussed: (i) current status of Scoobeez Global, (ii) the actions taken by the current officers and directors, (iii) Scoobeez Global's relationship with Amazon, (iv) Scoobeez Global's lawsuit against Amazon, and (v) the actions and conduct of the directors and officers of Scoobeez Global.

10.　　At the special meeting of the shareholders, shareholder Peter Rosenthal made a motion to change the Board of Directors of Scoobeez Global, to remove of Daniel W. Harrow and appoint new Directors to the Board. The motion was seconded by Dick Dolan. A vote was held by the shareholders present, with all three shareholders voting in favor, as follows:

Daniel W. Harrow was removed from the Board of Directors of Scoobeez Global.

The following individuals were elected to a serve as directors of Scoobeez Global to hold office until the next annual meeting of the shareholders or until their successors are duly elected: Shoushana Ohanessian, Shahan Ohanessian, and Gregori Sedrakyan

Brian Weiss and Howard Grobstein were not removed and therefore, continue to remain on the Board of Directors.

11.　　The participating shareholders also expressed their displeasure with the fact that the current officers of the Scoobeez Global failed to call a special meeting of the shareholders when a demand was made. The participating shareholders further expressed a desire for preserving Scoobeez Global's relationship with Amazon.

## II.　ACTION BY WRITTEN CONSENT

The undersigned, as the record owners of more than 90% of the outstanding shares entitled to vote of Scoobeez Global, Inc. ("Scoobeez Global"), an Idaho corporation, do hereby approve and adopt the following actions:

1.　　**RESOLVED**, that the following individuals are hereby removed from the Board of Directors of Scoobeez Global:

Daniel W. Harrow

## ACTION BY WRITTEN CONSENT
## OF SHAREHOLDERS OWNING MAJORITY OF OUTSTANDING COMMON STOCK
## OF SCOOBEEZ GLOBAL, INC., an Idaho Corporation

2.    **RESOLVED**, that the following individuals are hereby elected to a serve as directors of Scoobeez Global to hold office until the next annual meeting of the shareholders or until their successors are duly elected:

Shoushana Ohanessian
Shahan Ohanessian
Gregori Sedrakyan

Brian Weiss and Howard Grobstein are not removed and therefore, continue to remain on the Board of Directors.

3.    **RESOLVED**, that all the actions taken above and resolutions are approved, ratified, and adopted.

The undersigned hereby consent to the foregoing resolutions and direct that this Written Consent be filed with the minutes of the proceedings of the shareholders of Scoobeez Global and that said resolutions shall have the same force and effect as if they were adopted at a meeting at which the undersigned were personally present.

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of November 5, 2019

| Shareholder Name | Shareholder Signature |
|---|---|
| Shahan Ohanessian | |
| Peter Rosenthal | |

Action by Written Consent of
Shareholders of Scoobeez Global, Inc.

3