Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
        jsimon@foley.com
        smoses@foley.com

Attorneys for Debtors and Debtors in
Possession, SCOOBEEZ, SCOOBEEZ GLOBAL,
INC., and SCOOBUR, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>SCOOBEEZ, et al.[1]<br><br>　　　Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11 |
| Affects:<br>■ All Debtors<br>□ Scoobeez, ONLY<br>□ Scoobeez Global, Inc., ONLY<br>□ Scoobur LLC, ONLY | **THIRD STIPULATION REGARDING CONTINUED USE OF CASH COLLATERAL** |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; HILLAIR CAPITAL MANAGEMENT, LLC; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

Scoobeez, Scoobeez Global, Inc., and Scoobur, LLC, the debtors and debtors in possession (collectively the "Debtors") in the above-captioned jointly administered chapter 11 bankruptcy cases (the "Chapter 11 Cases"), the Official Committee of Unsecured Creditors (the "Committee") and Hillair Capital Management LLC and Hillair Capital Advisors LLC, the general partner of Hillair Capital Investments LP (collectively, "Hillair"), enter into this stipulation (the "Third Stipulation") regarding continued use of cash collateral as follows:

## RECITALS

A.      On May 1, 2019, the Debtors filed the Debtors' Emergency Motion for Entry of Interim Order Authorizing Use of Cash Collateral on an Interim Basis [Docket No. 13] (the "Cash Collateral Motion").

B.      The Debtors are currently using cash collateral with the consent of Hillair, and pursuant to this Court's prior orders approving use of cash collateral.

C.      On June 6, 2019, the Debtors and Hillair entered into the Second Stipulation for (1) Authorization to Use Cash Collateral; and (2) Appointment of Chief Restructuring Officer [Docket No. 132] (the "Second Stipulation") [Docket. No. 132], which was approved by the Court's order entered on June 7, 2019 [Docket No. 135].  The Second Stipulation provided for continued use of cash collateral through June 28, 2019, subject to the terms and conditions provided therein.

D.      On July 3, 2019, the Court entered the agreed Order Granting Continued Use of Cash Collateral Pursuant to That Certain Second Stipulation for (1) Authorization to Use Cash Collateral; and (2) Appointment of Chief Restructuring Officer [Docket No. 172], extending the Debtors' use of cash collateral through September 6, 2019.

E.      On September 19, 2019, the Court entered the agreed Order Granting Continued Use of Cash Collateral Through December 6, 2019 Pursuant to That Certain Second Stipulation for (1) Authorization to Use Cash Collateral; and (2) Appointment of Chief Restructuring Officer [Docket No. 328] (the "Continued Order").   The Continued Order extended the Debtors' authorization for use of

cash collateral through December 6, 2019, subject to the terms of the Second Stipulation as modified by the Continued Order, and pursuant to the budget attached to the Continued Order.  The Continued Order also set a continued hearing on the Cash Collateral Motion for December 5, 2019 at 10:00 a.m. (the "Continued Hearing").  The period covered by the current budget attached to the Continued Order is through December 6, 2019.

       F.      The Debtors have prepared a new 13-week budget that covers the period through March 6, 2020 (the "Budget"), a copy of which is attached hereto as **Exhibit A**.  The Budget has been approved by the Debtors' secured creditor Hillair Capital Management LLC ("Hillair") and the Official Committee of Unsecured Creditors (the "Committee").

       G.      The Debtors, Hillair and the Committee agree to the terms of this Third Stipulation.

## STIPULATION

1. The Debtors,  Hillair and the Committee agree to the continued use of cash collateral, pursuant to the terms of the Second Stipulation, subject to the new Budget, through March 6, 2020. Specifically, the budget approved pursuant to the Continued Order is superseded by the Budget attached hereto, and the "Termination Date" as defined in paragraph 14.1(a) in the Second Stipulation is modified to March 6, 2020.

2. Paragraph 12.1 of the Second Stipulation is hereby modified to add the following events of default:

       (k)      The composition of the Board of Directors of any of the Debtors is altered or any previous action to alter the composition of any such Board is determined to be valid such that Messrs. Weiss, Grobstein and Harrow no longer serve as the sole Directors of the Debtors.

       (*l*)      The Debtors' agreements with Amazon are terminated or Amazon is given relief from the automatic stay to effectuate its termination rights.

       (m)      Any chapter 11 plan of reorganization or liquidation is filed by the Debtors or any other third-party and Hillair does not consent to such plan.

3. Except as provided for herein and in the *Stipulation Further Extending Deadline For Official Committee Of Unsecured Creditors To Challenge Claim And Lien Of Hillair Capital Management, LLC* [Docket. No. 439], the terms of the Second Stipulation remain in full force and effect.

4. The Debtors, Hillair and the Committee request entry of the order approving this Third Stipulation in the form attached hereto as **Exhibit B**.

DATED:  December 3, 2019

**FOR THE DEBTORS:**

*/s/ Ashley M. McDow*
Ashley M. McDow

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
FOLEY & LARDNER LLP

Attorneys for Debtors SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:**

David L. Neale
John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.,

Attorneys for the Committee

3.  Except as provided for herein and in the *Stipulation Further Extending Deadline For Official Committee Of Unsecured Creditors To Challenge Claim And Lien Of Hillair Capital Management, LLC* [Docket. No. 439], the terms of the Second Stipulation remain in full force and effect.

4.  The Debtors, Hillair and the Committee request entry of the order approving this Third Stipulation in the form attached hereto as **Exhibit B**.

DATED:  December 3, 2019                **FOR THE DEBTORS:**


_____

Ashley M. McDow

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
FOLEY & LARDNER LLP

Attorneys for Debtors SCOOBEEZ, SCOOBEEZ
GLOBAL, INC., and SCOOBUR, LLC


**FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS:**

_____

David L. Neale
John-Patrick M. Fritz
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.,

Attorneys for the Committee

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOR HILLAIR CAPITAL MANAGEMENT LLC
AND HILLAIR CAPITAL ADVISORS LLC**

Steven M. Spector
Anthony J. Napolitano
BUCHALTER, A Professional Corporation

Attorneys for Hillair Capital Management LLC and
Hillair Capital Advisors LLC

4851-7789-5406.1

# Exhibit A

| Forecast Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Total Forecast | Percent of Collections |
| Week Ended | 12/13/2019 | 12/20/2019 | 12/27/2019 | 1/3/2020 | 1/10/2020 | 1/17/2020 | 1/24/2020 | 1/31/2020 | 2/7/2020 | 2/14/2020 | 2/21/2020 | 2/28/2020 | 3/6/2020 | | |
| Invoiced Routes | 800,000 | 800,000 | 800,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 10,150,000 | |
| Total Invoices | 800,000 | 800,000 | 800,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 10,150,000 | |
| Beginning Cash | 2,077,865 | 2,454,742 | 1,833,924 | 2,400,077 | 1,840,053 | 2,267,519 | 1,813,747 | 2,191,722 | 1,659,773 | 2,145,248 | 1,684,476 | 2,032,451 | 1,512,702 | | |
| Collections | 800,000 | 800,000 | 800,000 | 800,000 | 800,000 | 800,000 | 800,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 775,000 | 10,250,000 | 100.0% |
| **Cash Disbursements:** | | | | | | | | | | | | | | | |
| Fuel | 56,000 | 56,000 | 56,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 718,000 | 7.0% |
| Payroll & Payroll Expenses | 10,000 | 930,000 | 10,000 | 930,000 | 10,000 | 900,000 | 10,000 | 900,000 | 10,000 | 900,000 | 10,000 | 900,000 | 10,000 | 5,530,000 | 54.0% |
| Executive Compensation | - | 32,500 | - | 32,500 | - | 32,500 | - | 32,500 | - | 32,500 | - | 32,500 | - | 195,000 | 1.9% |
| Vehicle - Hertz (3) | 95,197 | 95,197 | 95,197 | 109,375 | 109,375 | 109,375 | 109,375 | 109,375 | 109,375 | 109,375 | 109,375 | 109,375 | 109,375 | 1,379,340 | 13.5% |
| Vehicle - Accidents/Tolls/Citations | - | 750 | - | - | 750 | - | 37,500 | - | 750 | - | 37,500 | - | 750 | 78,000 | 0.8% |
| Worker's Compensation | 7,000 | 86,022 | 7,000 | 86,022 | 7,000 | 83,247 | 7,000 | 83,247 | 7,000 | 83,247 | 7,000 | 83,247 | 7,000 | 554,031 | 5.4% |
| Rent & Utilities | - | - | - | 20,500 | - | - | - | 20,500 | - | - | - | 20,500 | - | 61,500 | 0.6% |
| Insurance | 41,276 | - | - | 75,227 | - | - | 75,227 | - | - | - | - | 75,227 | - | 266,957 | 2.6% |
| Phones & Service | 13,000 | - | 13,000 | - | 13,000 | - | 13,000 | - | 13,000 | - | 13,000 | - | 13,000 | 91,000 | 0.9% |
| Travel | 12,000 | - | - | - | 12,000 | - | - | - | 12,000 | - | - | - | 12,000 | 48,000 | 0.5% |
| IT Expenses | - | 12,200 | - | - | 5,000 | - | - | 12,200 | - | - | 5,000 | - | - | 34,400 | 0.3% |
| Dues & Subscriptions | 18,500 | 500 | 500 | 500 | 500 | 18,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 42,500 | 0.4% |
| DBB Tax Preparation Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| Car Wash | - | - | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | 6,000 | 0.1% |
| Other Expenses | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 130,000 | 1.3% |
| Total Operating Cash Disbursements | 262,973 | 1,223,168 | 193,697 | 1,319,874 | 221,875 | 1,213,622 | 239,375 | 1,266,799 | 249,375 | 1,195,622 | 244,375 | 1,254,599 | 249,375 | 9,134,728 | 89.1% |
| **Operating Cash Flow** | 537,027 | (423,168) | 606,303 | (519,874) | 578,125 | (413,622) | 560,625 | (491,799) | 525,625 | (420,622) | 530,625 | (479,599) | 525,625 | 1,115,272 | 10.9% |
| **Financing Cash Flows** | | | | | | | | | | | | | | | |
| Debt Principal | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| Debt Interest | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 520,000 | 5.1% |
| Bank Fees | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,950 | 0.0% |
| Financing Cash Flows | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 40,150 | 521,950 | 5.1% |
| **Restructuring Cash Flows** | | | | | | | | | | | | | | | |
| Debtor Counsel | - | 50,000 | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | 150,000 | 1.5% |
| Debtor CRO | - | 40,000 | - | - | - | - | 25,000 | - | - | - | 25,000 | - | - | 90,000 | 0.9% |
| Debtor Advisor | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| Board of Directors (2 Individuals) | - | 5,000 | - | - | - | - | 5,000 | - | - | - | 5,000 | - | - | 15,000 | 0.1% |
| Secured Lender Counsel | - | 50,000 | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | 150,000 | 1.5% |
| Committee Counsel | - | 12,500 | - | - | - | - | 12,500 | - | - | - | 12,500 | - | - | 37,500 | 0.4% |
| Special Counsel (Hillair) | 100,000 | - | - | - | - | - | - | - | - | - | - | - | - | 100,000 | 1.0% |
| Special Counsel (Debtor) | 20,000 | - | - | - | - | - | - | - | - | - | - | - | - | 20,000 | 0.2% |
| US Trustee Fees | - | - | - | - | 110,510 | - | - | - | - | - | - | - | 102,488 | 212,998 | 2.1% |
| Restructuring Cash Flows | 120,000 | 157,500 | - | - | 110,510 | - | 142,500 | - | - | - | 142,500 | - | 102,488 | 775,498 | 7.6% |
| **Net Total Cash Flow In / (Out)** | 376,877 | (620,818) | 566,153 | (560,024) | 427,465 | (453,772) | 377,975 | (531,949) | 485,475 | (460,772) | 347,975 | (519,749) | 382,987 | (182,176) | -1.8% |
| Ending Cash Balance | 2,454,742 | 1,833,924 | 2,400,077 | 1,840,053 | 2,267,519 | 1,813,747 | 2,191,722 | 1,659,773 | 2,145,248 | 1,684,476 | 2,032,451 | 1,512,702 | 1,895,689 | | |
| **Collateral Package** | | | | | | | | | | | | | | | |
| Cash on Hand | 2,454,742 | 1,833,924 | 2,400,077 | 1,840,053 | 2,267,519 | 1,813,747 | 2,191,722 | 1,659,773 | 2,145,248 | 1,684,476 | 2,032,451 | 1,512,702 | 1,895,689 | | |
| AR | 3,180,000 | 3,180,000 | 3,180,000 | 3,160,000 | 3,140,000 | 3,120,000 | 3,100,000 | 3,100,000 | 3,100,000 | 3,100,000 | 3,100,000 | 3,100,000 | 3,100,000 | | |
| Loan Receivable and Uncategorized As | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | 1,654,172 | | |
| Fixed Assets | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | 868,687 | | |
| Other Assets | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | 62,668 | | |
| **Total Collateral** | 8,220,269 | 7,599,451 | 8,165,604 | 7,585,580 | 7,993,046 | 7,519,274 | 7,877,249 | 7,345,300 | 7,830,775 | 7,370,003 | 7,717,978 | 7,198,229 | 7,581,216 | | |
| Estimated Outstanding Secured Loan | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | 11,108,500 | | |

# Exhibit B

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
          jsimon@foley.com
          smoses@foley.com

Attorneys for Debtors and Debtors in
Possession, SCOOBEEZ, SCOOBEEZ GLOBAL,
INC., and SCOOBUR, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>      Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11 |
| Affects:<br><br>■ All Debtors<br><br>□ Scoobeez, ONLY<br><br>□ Scoobeez Global, Inc., ONLY<br><br>□ Scoobur LLC, ONLY | **ORDER GRANTING CONTINUED USE OF CASH COLLATERAL THROUGH MARCH 6, 2020, PURSUANT TO THAT CERTAIN THIRD STIPULATION REGARDING CONTINUED USE OF CASH COLLATERAL** |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

Scoobeez, Inc., Scoobeez Global, Inc., and Scoobur, LLC, the debtors and debtors-in-possession in the above captioned jointly administered Chapter 11 bankruptcy cases (collectively, the "<u>Debtors</u>") having filed the *Emergency Motion for Entry of Interim Order Authorizing Use of Cash Collateral on an Interim Basis* [Docket No. 13] (the "<u>Cash Collateral Motion</u>");

The Debtors presently have authorization to use cash collateral on an interim basis through December 6, 2019, pursuant to the *Order Granting Continued Use Of Cash Collateral Through December 6, 2019 Pursuant To That Certain Second Stipulation For (1) Authorization To Use Cash Collateral; And (2) Appointment Of Chief Restructuring Officer* [Docket No. 172], entered on September 19, 2019 (the "<u>Prior Order</u>"), which approved continued use of cash collateral under that certain *Second Stipulation for (1) Authorization to Use Cash Collateral; and (2) Appointment of Chief Restructuring Officer* [Docket No. 132] (the "<u>Second Stipulation</u>") entered into by and among Hillair Capital Management LLC and Hillair Capital Advisors LLC, the general partner of Hillair Capital Investments LP (collectively, "Hillair"), the Debtors, and the Official Committee of Unsecured Creditors (the "Committee"), which was approved by this Court pursuant to that certain *Order Approving Second Stipulation for (1) Authorization to Use Cash Collateral; and (2) Appointment of a Chief Restructuring Officer* [Docket No. 135].

The Debtors seek continued use of cash collateral on an interim basis as set forth in their *Third Stipulation Regarding Continued Use of Cash Collateral* [Docket No. [____]] (the "<u>Third Stipulation</u>"). The Court having considered the Cash Collateral Motion, the Second Stipulation, the Third Stipulation, all oppositions and other supplemental papers filed with respect to the continued use of cash collateral, and good cause appearing therefor, the Court makes the following findings:

A.     The Debtors, the Committee, and Hillair support the Debtors' continued use of cash collateral on an interim basis.

B.     There are no defaults under the terms of the Second Stipulation, the Prior Order, or any previous stipulation or order authorizing the Debtors' use of cash collateral.

C.     The express written consent of Hillair under Paragraph 3.4(c) of the Second Stipulation for the use of cash collateral for the payment of any insider of the Debtor or any management person or entity retained by the Debtors' or the Debtors' estate is as provided for in the Budget (as defined in the

Third Stipulation and as attached to this order (the "Order")).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Debtors' authorization to use cash collateral on a further interim basis pursuant to the terms of the Second Stipulation is approved subject to the modifications set forth in this Order.

2.      The term during which the Debtors are authorized to use cash collateral, as set forth in Paragraph 14.1(a) of the Second Stipulation, is hereby extended through March 6, 2020.

3.      The Budget as defined and referenced in Paragraph 3.3(a) of the Second Stipulation and attached as Exhibit B to the Second Stipulation is hereby superseded by the budget attached hereto as **Exhibit A** for the period from December 7 through March 6, 2019.

4.       Paragraph 12.1 of the Second Stipulation is hereby modified to add the following events of default:

(k)      The composition of the Board of Directors of any of the Debtors is altered or any previous action to alter the composition of any such Board is determined to be valid such that Messrs. Weiss, Grobstein and Harrow no longer serve as the sole Directors of the Debtors.

(l)      The Debtors' agreements with Amazon are terminated or Amazon is given relief from the automatic stay to effectuate its termination rights.

(m)      Any chapter 11 plan of reorganization or liquidation is filed by the Debtors or any other third-party and Hillair does not consent to such plan.

5.      The hearing on the Debtors' Emergency Motion for Entry of Interim Order Authorizing Use of Cash Collateral on an Interim Basis [Docket No. 13] (the "Motion") shall be continued to March 5, 2020, at 10:00 a.m. in the above-captioned court.

6.      Supplemental briefs in support of the Motion and continued use of cash collateral shall be filed and served by no later than February 20, 2020.

7.      Supplemental responses in opposition to the motion and continued use of cash collateral shall be filed and served by no later than February 27, 2020.

# # #

4831-9136-2734.2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the foregoing document entitled (*specify*): **THIRD STIPULATION REGARDING CONTINUED USE OF CASH COLLATERAL**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 6, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:                    ☒
On (*date*) December 6, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Julia W. Brand**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1382**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/6/2019 | Karla P. Hernandez | */s/ Karla P. Hernandez* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
    - **John-Patrick M Fritz**    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
    - **Riebert Sterling Henderson**    shenderson@gibbsgiden.com
    - **Vivian Ho**    BKClaimConfirmation@ftb.ca.gov
    - **Alvin Mar**    alvin.mar@usdoj.gov
    - **Ashley M McDow**    amcdow@foley.com,
      sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
    - **Stacey A Miller**    smiller@tharpe-howell.com
    - **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com
    - **Shane J Moses**    smoses@foley.com
    - **Akop J Nalbandyan**    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
    - **Rejoy Nalkara**    rejoy.nalkara@americaninfosource.com
    - **Anthony J Napolitano**    anapolitano@buchalter.com,
      IFS_filing@buchalter.com;salarcon@buchalter.com
    - **David L. Neale**    dln@lnbyb.com
    - **Aram Ordubegian**    ordubegian.aram@arentfox.com
    - **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
    - **Gregory M Salvato**    gsalvato@salvatolawoffices.com,
      calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
    - **Steven M Spector**    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
    - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
    - **Eric K Yaeckel**    yaeckel@sullivanlawgroupapc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.