1  MORGAN, LEWIS & BOCKIUS LLP
   Richard W. Esterkin, SBN 70769
2  richard.esterkin@morganlewis.com
   300 S Grand Ave Fl 22
3  Los Angeles CA  90071-3132
   Tel:    (213) 612-2500
4  Fax:    (213) 612-2501

5  Attorneys for
   Amazon Logistics, Inc.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11

12  In re:                              Case No. 2:19-bk-14989-WB
                                         Jointly Administered:
13      SCOOBEEZ, et al.[1],            2:19-bk-14991-WB, and 2:19-bk-14997-WB

14          Debtors and Debtors in       Chapter 11
            Possession.
15                                       **STIPULATION TO CONTINUE**
                                         **HEARINGS ON MOTION RE**
16                                       **AUTOMATIC STAY AND CHAPTER 11**
                                         **STATUS CONFERENCE**
17
                                         Date:        December 11, 2019
18                                       Time:        10:00 A.m.
                                         Place.:      United States Bankruptcy Court
19                                                    Edward Roybal Federal Building
                                                      255 E Temple St., Ctrm 1375
20                                                    Los Angeles CA  90012

21          This Stipulation to Continue Hearings on Motion re Automatic Stay and Chapter 11 Status

22  Conference is entered into by and among Plaintiff, Scoobeez, Inc., ("Scoobeez"), Defendant,

23  Amazon Logistics, Inc., ("Amazon") and Proposed Intervenor, Hillair Capital Management, LLC,

24  ("Hillair") (collectively, the "Parties") with reference to the following facts:

25

26  _____

27  [1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:
    Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill
28  Boulevard, in Glendale, California  91214.

                                              - 1 -

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37932878.1

A.    On October 25, 2019, Scoobeez filed a complaint against Amazon, which commenced an adversary proceeding, Adv. No. 2:19-ap-01456-WB (the "Adversary Proceeding"). Also on October 25, 2019, Scoobeez filed in the Adversary Proceeding its Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Prevent Violation of the Automatic Stay (the "Preliminary Injunction Motion"). Amongst other relief, the Preliminary Injunction Motion sought a temporary restraining order, and preliminary and permanent injunction relating to Amazon's alleged violations of the automatic stay.

B.    On October 28, 2019, Hillair filed a motion seeking permission to file a complaint in intervention in the Adversary Proceeding (the "Intervention Motion").

C.    The Preliminary Injunction Motion and the Intervention Motion are presently set for hearing before the above-captioned court (the "Court") on December 11, 2019 at 10:00 a.m.

D.    On October 28, 2019, Amazon filed a motion seeking an order that certain actions that it proposed to take did not violate the automatic stay and for an order modifying the automatic stay [Bankruptcy Case Docket No. 393] (the "Stay Relief Motion"). That motion also is presently set for hearing before this Court on December 11, 2019 at 10:00 a.m.

E.    The interests of judicial economy and of the Parties would be furthered by hearing the Preliminary Injunction Motion, the Stay Relief Motion and the Intervention Motion (collectively, the "Pending Motions") on the same date.

F.    On October 29, 2019, Hillair served certain discovery requests upon Amazon in relation to the Stay Relief Motion. On November 18, 2019, Amazon served certain discovery requests on Hillair and Scoobeez in relation to the Stay Relief Motion. While the Parties are working cooperatively toward setting deadlines for documents to be produced and dates for depositions, the parties do not believe that discovery can be completed and the results of that discovery presented to this Court in connection with its consideration of the Pending Motions on December 11, 2019. Accordingly, the Parties wish to continue the hearing on the Pending Motions to January 16, 2020 at 10:00 a.m.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

- 2 -

DB2/ 37932878.1

G.      The Parties intend to continue to work cooperatively to schedule the pending

discovery and, once that has been accomplished, anticipate filing a subsequent stipulation with

this Court seeking an order establishing a briefing schedule for the filing of supplemental papers,

including the results of the pending discovery, for the Court's consideration at the continued

hearing date of the Pending Motions.

H.      The Court has scheduled a chapter 11 status conference in this case on December

11, 2019.  The parties believe that it would also further the interests of judicial economy and the

parties to continue that matter to the same time and date as the Pending Motions.

IT IS THEREFORE STIPULATED THAT the Court may enter an order in the form

attached hereto as Exhibit 1 continuing the hearing date of the Stay Relief Motion and the chapter

11 status conference to January 16, 2020 at 10:00 a.m.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37932878.1

| | |
|---|---|
| 1 | Dated: December 6, 2019 |
| 2 | |
| 3 | |
| 4 | |

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Richard W. Esterkin*
       Richard W. Esterkin
Attorneys for Amazon Logistics, Inc.

5  Dated: December __, 2019

FOLEY & LARDNER LLP

By: _____
       Ashley M. McDow
Attorneys for Scoobeez, Inc.

9  Dated: December __, 2019

QUINN EMANUEL URGUHART &
SULLIVAN, LLP

By: _____
       Jennifer Nassiri
Attorneys for Hillair Capital Management,
LLC

14  Dated: December __, 2019

LEVENE, NEALE, BENDER, YOO & BRILL
LLP

By: _____
       David L. Neale
Attorneys for the Official Committee of
Unsecured Creditors

- 4a-

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37932878.1

1    Dated: December 6, 2019                MORGAN, LEWIS & BOCKIUS LLP

2

3                                           By:  _/s/ Richard W. Esterkin_

4                                               Richard W. Esterkin
                                            Attorneys for Amazon Logistics, Inc.

5    Dated: December 9, 2019                FOLEY & LARDNER LLP

6

7                                           By: _Ashley M MSL_

8                                               Ashley M. McDow
                                            Attorneys for Scoobeez, Inc.

9    Dated: December ___, 2019              QUINN EMANUEL URGUHART &
                                            SULLIVAN, LLP
10

11

12                                          By: _____
                                                Jennifer Nassiri
13                                          Attorneys for Hillair Capital Management,
                                            LLC

14   Dated: December ___, 2019              LEVENE, NEALE, BENDER, YOO & BRILL
                                            LLP
15

16

17                                          By: _____
                                                David L. Neale
18                                          Attorneys for the Official Committee of
                                            Unsecured Creditors

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA                DB2/ 37932878.1

1   Dated:  December 6, 2019                    MORGAN, LEWIS & BOCKIUS LLP

2

3                                              By:   */s/ Richard W. Esterkin*
                                                     Richard W. Esterkin
4                                              Attorneys for Amazon Logistics, Inc.

5   Dated:  December __, 2019                  FOLEY & LARDNER LLP

6

7                                              By: _____
                                                     Ashley M. McDow
8                                              Attorneys for Scoobeez, Inc.

9   Dated:  December __, 2019                  QUINN EMANUEL URGUHART &
                                               SULLIVAN, LLP
10

11                                             By: _____
12                                                   Jennifer Nassiri
                                               Attorneys for Hillair Capital Management,
13                                             LLC

14  Dated:  December 10, 2019                  LEVENE, NEALE, BENDER, YOO & BRILL
                                               L.L.P.
15

16                                             By: _____
17                                                   David L. Neale
                                               Attorneys for the Official Committee of
18                                             Unsecured Creditors

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
  COSTA MESA

- 4c-

DB2/ 37932878.1

# EXHIBIT A

1  MORGAN, LEWIS & BOCKIUS LLP
   Richard W. Esterkin, SBN 70769
2  richard.esterkin@morganlewis.com
   300 S Grand Ave Fl 22
3  Los Angeles CA  90071-3132
   Tel:    (213) 612-2500
4  Fax:    (213) 612-2501

5  Attorneys for
   Amazon Logistics, Inc.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             LOS ANGELES DIVISION

11

12 In re:                              Case No. 2:19-bk-14989-WB
                                       Jointly Administered:
13     SCOOBEEZ, et al.[1],            2:19-bk-14991-WB, and 2:19-bk-14997-WB

14                                     Chapter 11
       Debtors and Debtors in
15     Possession.                     ORDER CONTINUING HEARINGS ON
                                       MOTION RE AUTOMATIC STAY AND
16                                     CHAPTER 11 STATUS CONFERENCE

17                                     Date:      December 11, 2019
                                       Time:      10:00 a.m.
18                                     Place.:    United States Bankruptcy Court
                                                  Edward Roybal Federal Building
19                                                255 E Temple St., Ctrm 1375
                                                  Los Angeles CA  90012
20

21        The parties having stipulated thereto, and good cause appearing therefore,

22        IT IS HEREBY ORDERED that the hearing on Amazon Logistics, Inc.'s motion

23 regarding the automatic stay (Docket No. 393) and the chapter 11 status conference in this

24 ////

25 ////

26 _____

27 [1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:
   Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill
28 Boulevard, in Glendale, California  91214.

MORGAN, LEWIS &
  BOCKIUS LLP                                    - 1 -
 ATTORNEYS AT LAW
   COSTA MESA    DB2/ 37932961.1

1   bankruptcy case be continued to January 16, 2020, at 10:00 a.m., in Courtroom 1375 of this Court.

2                                        # # # #

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37932961.1

- 2 -

1

## CERTIFICATE OF SERVICE FORM

2

## FOR ELECTRONIC FILINGS

3        I hereby certify that on December 10, 2019, I electronically filed the foregoing document,

4   **STIPULATION TO CONTINUE HEARINGS ON MOTION RE AUTOMATIC STAY**

5   **AND CHAPTER 11 STATUS CONFERENCE**, with the Clerk of the United States Bankruptcy

6   Court, Central District of California, Los Angeles Division, using the CM/ECF system, which

7   will send notification of such filing to those parties registered to receive notice on this matter.

8

9                                                      Renee Robles

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37932878.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Morgan Lewis & Bockius, LLP

300 S Grand Ave Fl 22, Los Angeles CA  90071-3132

A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Continue Hearings on Motion re:
Automatic Stay and Chapter 11 Status Conference

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
12/10/2019 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    See Service List, Attached.

☑ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) 12/10/2019 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Conway MacKenzie, Inc. | Daimler Trust | Levene Neale Bender Yoo & Brill LLP |
|---|---|---|
| 333 S Hope St Ste 3625 | c/o BK Servicing LLC | 10250 Constellation Blvd Ste 1700 |
| Los Angeles CA  90071 | PO Box 131265 | Los Angeles CA  90067 |
|  | Roseville MN  55113-0011 |  |

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/10/2019 _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Julia W. Brand, Suite 1382
U.S. Bankruptcy Court, Roybal Federal Building
255 E Temple St, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/10/2019 | Renee Robles | *Renee Robles* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

**2:19-bk-14989-WB Service List:**

Richard T Baum on behalf of Stockholder Rosenthal Family Trust
rickbaum@hotmail.com, rickbaum@ecfinforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of
Unsecured Creditors jpf@lnbyb.com,
JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of
Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender,
Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf. inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the
Estates of Scoobeez

and Scoobeez Global, Inc.

jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

David Brian Lally on behalf of Attorney Grigori Sedrakyan
davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family
Trust UTD

3/25/1988

davidlallylaw@gmail.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley
Financial Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd.
smiller@tharpe-howell.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc.
kmorse@clarkhill.com, blambert@clarkhill.com

Shane J Moses on behalf of Debtor Scoobeez
smoses@foley.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc.
smoses@foley.com

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS
Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com,
IFS_filing@buchalter.com;salarcon@buchalter.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured
Creditors dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured
Creditors dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill
L.L.P. dln@lnbyb.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

Gregory M Salvato on behalf of Creditor Azad Baban

gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com,
IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public
Accounts bk-kwalsh@texasattorneygeneral.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega
yaeckel@sullivanlawgroupapc.com

**2:19-bk-14989-WB Notice will not be electronically mailed to:**

Armory Securities, LLC

Conway MacKenzie, Inc.
333 S Hope St Ste 3625
Los Angeles, CA 90071

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Force Ten Partners, LLC

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067