**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:  213.486.0065

ASHLEY M. MCDOW (STATE BAR NO.
245114)
AMCDOW@FOLEY.COM
Attorneys for Debtors and
Debtors-in-Possession, Scoobeez,
Scoobeez Global, Inc., and Scoobur, LLC
SCOOBEEZ, et al.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>SCOOBEEZ, ET AL.[1]<br><br>    DEBTORS AND DEBTORS IN POSSESSION.<br><br>Affects:<br><br>■ All Debtors<br><br>□ Scoobeez, ONLY<br><br>□ Scoobeez Global, Inc., ONLY<br><br>□ Scoobur LLC, ONLY | CASE NO. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF ASHLEY M. MCDOW IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY FOLEY & LARDNER LLP AS GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327(A), 330, 331 & 1107, RULES 2014(A) & 2016(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 2014-1**<br><br>[NO HEARING REQUIRED] |

I, Ashley M. McDow, do hereby declare as follows:

1.      I am an attorney admitted to practice before the United States District Court

for the Central District of California.  I am a partner with the law firm of Foley & Lardner

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:  Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

1    LLP ("Foley"). Foley is one of the largest law firms in the United States, with twenty-four

2    offices worldwide and approximately 1,100 attorneys.

3        2.    Foley was retained as general bankruptcy counsel to Scoobeez, Scoobeez

4    Global, Inc., and Scoobur, LLC (collectively the "Debtors"), and such retention was

5    approved by the above-captioned court (the "Court") by entry of an order dated July 26,

6    2019 [Dkt. No. 224].

7        3.    I submit this supplemental declaration (the "Supplemental Declaration") in

8    connection with the Debtors' Application to Employ Foley & Lardner LLP as General

9    Bankruptcy Counsel Pursuant to 11 U.S.C. §§ 327(a), 330, 331, and 1107 of the

10   Bankruptcy Code, Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy

11   Procedure and Local Bankruptcy Rule 2014-1 (together with any exhibits or attachments)

12   (the "Application"). [Dkt. No. 116][2]  This Supplemental Declaration is based upon

13   information I derived from the business records of Foley.  If and when additional

14   information becomes available concerning any relationship or connection between the

15   creditors or interest holders of the Debtor(s) and Foley, I will submit a further supplemental

16   declaration.

17       4.    The Debtors are seeking to retain Hilco Real Estate, LLC ("Hilco") to market

18   a piece of real property in Glendale, California, which one or more of the Debtors have the

19   option to purchase.

20       5.    Foley currently represents Hilco Trading, LLC, an entity I understand to be

21   related to Hilco, on a variety of matters unrelated to the Chapter 11 Cases.  However, in

22   the unlikely event that an actual conflict does develop between Foley and Hilco Trading,

23   LLC, the Debtors will engage special conflicts counsel to handle any and all matters

24   affected by such conflict.

25       6.    In the past, Foley has represented Hilco Trading Co., Hilco Industrial, LLC,

26   and Hilco Trading Company, Inc.; however all of these representations ended several

27

28       [2] Certain defined terms not otherwise defined herein have the meaning set forth in the
Application.

2

1   years before the Debtors retained Foley to commence their Chapter 11 Cases.

2       7.      The fees billed to Hilco Trading, LLC by Foley in its last fiscal year were

3   less than one percent (1%) of Foley's revenue for that fiscal year.

4       I declare under penalty of perjury under the laws of the United States of America

5   that the foregoing is true and correct.

6       Executed this 17th day of December, 2019, at Calabasas, California.

7

8

9                                    /s/  Ashley M. McDow
                                    Ashley M. McDow, Esq.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

4828-5353-0543.3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411
A true and correct copy of the foregoing document entitled (*specify*):

SUPPLEMENTAL DECLARATION OF ASHLEY M. MCDOW IN SUPPORT OF DEBTORS'
APPLICATION TO EMPLOY FOLEY & LARDNER LLP AS GENERAL BANKRUPTCY COUNSEL
PURSUANT TO 11 U.S.C. §§ 327(A), 330, 331 & 1107, RULES 2014(A) & 2016(B) OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 2014-1

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
12/18/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
⊠ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 12/18/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

⊠ Service information continued on attached page

**(See Next Page)**

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/18/2019 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **John-Patrick M Fritz**    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Riebert Sterling Henderson**    shenderson@gibbsgiden.com
- **Vivian Ho**    BKClaimConfirmation@ftb.ca.gov
- **David Brian Lally**    davidlallylaw@gmail.com
- **Alvin Mar**    alvin.mar@usdoj.gov
- **Ashley M McDow**    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- **Stacey A Miller**    smiller@tharpe-howell.com
- **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com
- **Shane J Moses**    smoses@foley.com
- **Akop J Nalbandyan**    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- **Rejoy Nalkara**    rejoy.nalkara@americaninfosource.com
- **Anthony J Napolitano**    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
- **David L. Neale**    dln@lnbyb.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Gregory M Salvato**    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **Steven M Spector**    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kimberly Walsh**    bk-kwalsh@texasattorneygeneral.gov
- **Eric K Yaeckel**    yaeckel@sullivanlawgroupapc.com

2. **SERVED BY UNITED STATES MAIL**:

| Scoobeez | Accurate Background | ADT Security Services |
|---|---|---|
| 3463 Foothill Blvd. | 7515 Irvine Center Drive | PO Box 371878 |
| Glendale, CA 91214 | Irvine, CA 92618 | Pittsburgh, PA 15250-7878 |

| AE Works Enterprises, Inc. | Alissa Guler | Amazon |
|---|---|---|
| PO Box 4016 | c/o Albert G. Stoll, Jr. | 1516 Second Avenue |
| Chatsworth, CA 91313 | 55 Francisco Street, Suite 403 | Seattle, WA 98101 |
| | San Francisco, CA 94133 | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Amazon Web Services Inc.
440 Terry Ave N
Seattle, WA 98109

App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004

Arturo Vega and Unta Key
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego, CA 92101

Asana
1550 Bryant Street, Suite 800
San Francisco, CA 94103

AT&T Corp.
c/o CT Corporation
818 Seventh Street, Suite 930
Los Angeles, CA 90017

Athens Services
14048 E. Valley Blvd.
La Puente, CA 91746

Avitus, Inc.
c/o David M. Wagner, Esq.
Crowley Fleck, PLLP
P.O. Box 10969
Bozeman, MT 59719

Azad Baban
c/o Justin Silverman, Esq.
Reisner & King LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403

B-One Construction
c/o R. Sterling Henderson, Esq.
Gibbs Giden LLP
1880 Century Park East 12th Floor
Los Angeles, CA 90067-1621

Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park, IL 60707

BMW Financial Services NA, LLC
Bankruptcy Servicer
AIS Portfolio Servcies, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Booster Fuels
11 N. Ellsworth Avenue
San Mateo, CA 94403

California Franchise Tax Board
Franchise Tax Board Bankr. Section
PO Box 2952, MS:A-340
Sacramento, CA 95812-2952

Citation Department
Attn: Leslie Yang
14002 East 21st St, #1500
Tulsa, OK 74134

City of Chicago
Department of Finance
PO Box 88292
Chicago, IL 60680

City of Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

City of Los Angeles
Parking Violations Bureau
PO Box 30420
Los Angeles, CA 90030

Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta, CA 91214

Damage Recovery (EAN)
PO Box 843369
Kansas City, MO 64184

De'Von Walker
c/o David Yeremian & Associates, In
535 N. Brand Blvd., Suite 705
Glendale, CA 91203

DMV
PO Box 825339
Sacramento, CA 94232

DSP Online Order
5825 Southwest Arctic Drive
Beaverton, OR 97005

Earl Jones
7441 Candleridge Circle
Fort Worth, TX 76133

Edvin Amzayan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Edvin Yegiyan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Employment Development Department
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215

Enterprise Holdings, Inc.
600 Corporate Park Drive
Saint Louis, MO 63105

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Fed Ex
942 South Shady Grove Road
Memphis, TN 38120

First Advantage
1 Concourse Parkway NE
Suite 200
Atlanta, GA 30328

First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917

Fleetwash Inc.
26 Law Drive
Fairfield, NJ 7004

Gallik, Bremer & Molloy, PC
PO Box 70
Bozeman, MT 59771

Gemini Duplication, Inc.
6020 W. Oaks Blvd., Ste. 301
Lincoln, CA 95648

Global Results Communications
201 East Sandpointe Avenue
Suite 650
Santa Ana, CA 92707

Google/G Suite Software
1600 Amphitheatre Parkway
Mountain View, CA 94043

GTR Source LLC
1006 Monmouth Ave
Lakewood, NJ 8701

Halo Branded Solutions
1500 Halo Way
Sterling, IL 61081

Hertz Corporation
14501 Quail Springs Parkway
Oklahoma City, OK 73134

Hillair Capital Management LLC
330 Primrose Road
Suite 660
Burlingame, CA 94010

HOAG Memorial Hospital Presbyterian
1 Hoag Drive
Newport Beach, CA 92663

Hop Capital
323 Sunny Isles Blvd., Suite 501
Sunny Isles Beach, FL 33160

Imran Firoz
c/o Brent Finch
Brent Finch Law
27200 Agoura Rd., Ste. 102
Agoura Hills, CA 91301

Indeed, Inc.
6433 Champion Grandview Way
Building 1
Austin, TX 78750

Influx Capital LLC
1049 Helen Avenue
Santa Clara, CA 95051

Internal Revenue Service
Centalized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jacob Lee DeGough
c/o Glenn Law Firm
1017 William D. Tate Ave.
Suite 100
Grapevine, TX 76051

Japeth Williams
209 W. Central Ave., Apt. D
Monrovia, CA 91016

Jassim M. Addal
c/o Law Office of Arash Alizadeh
7545 Irvine Center Drive, Suite 200
Irvine, CA 92618

Kenneth Burrell
8901 Calden Ave., Apt. 401
South Gate, CA 90280

Law Office of Todd M. Friedman, PC
333 Skokie Blvd., #103
Northbrook, IL 60062

Liquid Web Inc.
2703 Ena Drive
Lansing, MI 48917

LiveAgent
c/o Quality Unit, LLC
616 Corporate Way, Suite 2-3278
Valley Cottage, NY 10989

Lockton Companies, LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokres, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017

Lois Craig
1708 S. Alma St.
San Pedro, CA 90731

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Lynn Riley
c/o Clancy & Diaz, LLP
3645 Grand Avenue, Suite 306
Oakland, CA 94610

Marwan Griffin
c/o Aegis Law Firm, PC
9811 Irvine Center Drive
Suite 100
Irvine, CA 92618

Minas Sarafian
c/o Simonian & Simonian, PLC
144 N. Glendale Ave., #228
Glendale, CA 91206

Newport Urgent Care
1000 Bristol St. North
Suite 1B
Newport Beach, CA 92660

Office of the Director
Department of Motor Vehicles
2415 1st Avenue, MS: F101
Sacramento, CA 95818-2606

Pex Cards
462 7th Avenue
21st Floor
New York, NY 10018

Queen Funding LLC
2221 NE 164 ST
North Miami Beach, FL 33160

Rafael Nendel - Flores
c/o LeClairRyan
725 S. Figueroa Street
Suite 350
Los Angeles, CA 90017

Ring Central
20 Davis Drive
Belmont, CA 94002

Mail Chimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Ave. NE
Suite 5000
Atlanta, GA 30308

Massinissa Bechout, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Mostafa Joharifard
1651 E. Edinger Ave.
Suite 100
Santa Ana, CA 92705

NexGen Capital, LLC
c/o David Neale
Levene Neale Bender
10250 Constellation Blvd., #1700
Los Angeles, CA 90067

OrthoKinetix
1835 Chicago Avenue
Suite A
Riverside, CA 92507

Quickbooks
c/o Intuit Inc.
2700 Coast Avenue
Mountain View, CA 94043

Ready Refresh
4400 S. Kolmar Ave.
Chicago, IL 60632

Roy Castelanos
c/o Employees' Legal Advocates, LLP
811 Wilshire Blvd., Suite 800
Los Angeles, CA 90017

Scoobeez SF, LLC
1000 North Green Valley Parkway
Suite 440-477
Henderson, NV 89074

Maria Salgado
c/o Nicholas J. Tsakas, Esq.
4267 Marina City Drive
Suite 512
Marina Del Rey, CA 90292

Mercedes-Benz Fin. Serv. USA LLC
c/o The Corporation Trust Company
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Nazareth Ohanessian
1328 Doverwood Drive
Glendale, CA 91207

Novel Coworking
c/o GABA Guerrini Law
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618

Peter Rosenthal Irrevocable Trust
dated 10/31/2012
3450 N. Verdugo Rd.
Glendale, CA 91208

Prince Uko, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Raef Lawson
8601 Lincoln Blvd.
Ste. 180-276
Los Angeles, CA 90045

Ready Refresh (Foothill Location)
4400 S. Kolmar Ave.
Chicago, IL 60632

Scoobeez Global, Inc.
3463 Foothill Blvd.
La Crescenta, CA 91214

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4816-8487-8505.1

Shoushana (Suzy) Ohanessian
1328 Doverwood Drive
Glendale, CA 91207

Southern California Gas Company
PO Box 1626
Monterey Park, CA 91754-8626

Sean McNair
c/o Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

Spectrum Business
c/o Charter Communications
PO Box 790261
Saint Louis, MO 63179

Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP
919 Congress Ave., Suite 750
Austin, TX 78701

Spectrum (San Antonio)
Time Warner Cable
PO Box 60074
City of Industry, CA 91716

Swizznet
6075 California Avenue SW
Seattle, WA 98136

T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124

SuperVision
PO Box 21636
Saint Paul, MN 55121

The Hertz Corporation
Attn: Casey Rodriguez, Division VP
2 Schoephoester Road
Windsor Locks, CT 6096

UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

Texas Department of Insurance
Dividion of Workers' Compensation
7551 Metro Center Drive, Suite 100
Austin, TX 78744

US Securities and Exchange Commissi
Attn: Bankruptcy Counsel
444 S. Flower St., Suite 900
Los Angeles, CA 90071-9591

USPS
475 Lenfant Plaza SW
Washington, DC 20260

Upstream Capital Investments, LLC
c/o Hemming & Associates, P.C.
2522 Chambers Road, Suite 105
Tustin, CA 92780

WG Fund LLC
1734 8th Avenue
Suite PH
Brooklyn, NY 11215

Waller Lansden Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219-8966

Verizon
PO Box 489
Newark, NJ 07101-0489

Amazon Logistics, Inc.
Attn: General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210

CT Corporation System
as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203

White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395

Kirk Davis
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101

Salvador Rivas
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101

Deputy General Counsel
The Hertz Corporation
8501 Williams Rd., 2DO40
Estero, FL 33928

Shane R. Heskin
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395

Emil Davtyan
Davtyan Professional Law Corp.
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367

Scoobeez SD, LLC
c/o Law Offices of Daniel A. Kaplan
555 W. Beech St., Suite 230
San Diego, CA 92101

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Graham S.P. Hollis
Graham Hollis APC
3555 Fifth Avenue, Suite 200
San Diego, CA 92103

Camilla Alexander
Rental Insurance Service, Inc.
PO Box 10760
Gilbert, AZ 85233

Steven M. Spector
BUCHALTER, A Professional Corporati
1000 Wilshire Blvd., Suite 1500

Los Angeles, CA 90017

Haleh Shekarchian Beverly Hills
9440 Santa Monica Blvd.
Suite 707
Beverly Hills, CA 90210

Bentley Financial Services
Customer Service
One Porsche Drive
Atlanta, GA 30354

Dr. Johnathan Nissanoff
Advanced Orthopedic Center, Inc.
15525 Pomerado Rd., Ste. E6
Poway, CA 92064

ExtraSpaceStorage
2244 S. Western Avenue
Chicago, IL 60608

Garo and Aroussiak Dekirmendjian
c/o Bulldog Commercial Real Estate
Attn: John Raudsep, President
3634 Woodcliff
Sherman Oaks, CA 91403

Calstar Motors, Inc.
700 S. Brand Blvd.
Glendale, CA 91204

Parkway Commercial Realty
Attn: Laurence & Patricia Cesander
2485 E. Southlake Blvd.
Southlake, TX 76092

Scoobeez, SF LLC
1000 North Green Valley Parkway
Suite 440-477
Henderson, NV 89074

Motorcars West/The Auto Gallery
21301 Ventura Blvd.
Woodland Hills, CA 91364

Trust 5025983 LLC
Series 1400 N. Cicero
c/o Nelson Hill - Emily Rasan
1111 S. Western Avenue
Chicago, IL 60612

Scoobeez Global, Inc.
3463 Foothill Blvd.
Glendale, CA 91214

Three Two Seven Family Mmgt LLC
PO Box 120040
San Antonio, TX 78212

Shahan Ohanessian
1328 Doverwood Drive
Glendale, CA 91207

Grigori Sedrakyan
1127 Sonora Ave.
Glendale, CA 91201

Scoobur LLC
3463 Foothill Blvd.
Glendale, CA 91214

Scoobeez NV, LLC
1000 North Green Valley Parkway
Suite 440-477
Henderson, NV 89074

Questrade Inc.
5650 Yonge Street
North American Centre, Suite 1700
Toronto, ON M2M 4G3
Canada

Shoushana (Suzy) Ohanessian
1328 Dover Wood Drive
Glendale, CA 91207

Credential Qtrade Securities Inc.
One Bentall Centre, Suite 1920
505 Burrard Street
Vancouver, BC V7X 1M6
Canada

RBC Dominion Securities Inc.
1922 Wyandotte Street E
Windsor, ON 48Y 1E4
Canada

BBS Securities Inc.
4100 Yonge Street
Suite 507
Toronto, ON M2P 2B5
Canada

CIBC World Markets Inc.
161 Bay Street
Brookfield Place
Toronto, ON M5J 2S8
Canada

National Bank Financial
1155 Metcalfe Street, 5th Floor
Montreal, QC H3B 4S9
Canada

BMO Nesbitt Burns Inc.
1 First Canadian Place
Toronto, ON M5X 1H3
Canada

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

P I Financial Corp
666 Burrard Street
Suite 1900
Vancouver, BC V6C 3N1
Canada

TD Waterhouse
55 King Street W
Toronto Dominion Centre
Toronto, ON M5K 1A2
Canada

Scotia Capital Inc.
40 King Street West, Scotia Plaza
PO Box 4085, Station A
Toronto, ON M5W 2X6
Canada

Apex Clearing Corporation
350 N. St. Paul Street, Suite 1300
Dallas, TX 75201

Merrill Lynch
200 Park Ave., 13th Floor
New York, NY 10166

Wells Fargo Clearing Services LLC
One North Jefferson
St. Louis, MO 63103

TD Ameritrade Clearing Inc.
200 S. 108th Ave.
Omaha, NE 68154

Ameriprise Financial
55 Ameriprise Financial Ctr
Minneapolis, MN 55474-9900

Charles Schwab & Co., Inc.
211 Main Street
San Francisco, CA 94105

RBC Wealth Management
675 E Sun Valley Rd., Suite 1100
Ketchum, ID 83340

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

LPL Financial
75 State Street, 22nd Floor
Boston, MA 2109

Pershing LLC
One Pershing Plaza, 10th Floor
Jersey City, NJ 07399-0001

E*Trade Securities LLC
1271 Avenue of the Americas
14th Floor
New York, NY 10020-1302

Citibank CGMI
388 Greenwich Street
New York, NY 10013

Davenport & Company LLC
One James Center
900 E. Cary Street, Suite 1100
Richmond, VA 23219

Raumond James & Associates Inc.
880 Carillon Parkway
St. Petersburg, FL 33716-1102

BB&T Securities LLC
901 E. Byrd Street
Riverfront Plaza, West Tower
Richmond, VA 23219-3310

BNY Mellon
240 Greenwich Street
New York, NY 10286

Marcum LLP
750 Third Avenue, 11th Floor
New York, NY 10017

National Financial Services LLC
640 Fifth Avenue
New York, NY 10019

Vanguard Brokerage Services
400 Devon Park Drive
Wayne, PA 19087-1817

Chrome Cap
366 North Broadway
Jericho, NY 11753

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708

Anna Wolf
c/o Chester L. Cameron, Jr.
Taxman, Pollock, Murray & Bekkerman
225 W. Wacker Dr, #1750
Chicago, IL 60606

FMS Inc.
PO Box 707600
Tulsa, OK 74170-7600

Palm Funding, LLC and
RTR Recovery, LLC
122 E. 42nd Street, Suite 2112
New York, NY 10168

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.