Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
      jsimon@foley.com
      smoses@foley.com

Attorneys for Debtors and Debtors in Possession, SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>    Debtors and Debtors in Possession.<br><br>Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTORS' APPLICATION TO EMPLOY HILCO REAL ESTATE, LLC**<br><br>Hearing:<br>Date:  February 6, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 1375<br>        U.S. Bankruptcy Court<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

4846-7444-9585.1

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

On or about December 18, 2019, Scoobeez, Scoobeez Global, Inc., and Scoobur, LLC (the "Debtors"), the debtors and debtors-in-possession in the above-captioned bankruptcy case, filed the Application to Employ Hilco Real Estate, LLC (the "Application") [Docket Entry 504]. On the same date, the Debtors served notice of the Application pursuant to Local Bankruptcy Rule 9013-1(o). On or about January 3, 2020, Aroussiak and Garo Dekirmendjian as Trustees of the 2/22/02 Derkirmendjian Family Trust filed an Objection to the Application [Docket Entry 530].

**PLEASE TAKE NOTICE** that on **February 6, 2020 at 10:00 a.m.,** or as soon thereafter as the matter may be heard, the Application will come on for hearing before the Honorable Julia W. Brand in Courtroom 1375 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012.

Date: January 13, 2020

**Foley & Lardner LLP**

By: /s/Ashley M. McDow
ASHLEY M. MCDOW
Attorneys for Debtors and Debtors in Possession, SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

2

4846-7444-9585.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DEBTORS' APPLICATION TO EMPLOY HILCO REAL ESTATE, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/13/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/13/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/13/2020 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4846-7444-9585.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **Richard T Baum**     rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
   - **Bradley E Brook**     bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
   - **Richard W Esterkin**     richard.esterkin@morganlewis.com
   - **John-Patrick M Fritz**     jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
   - **Riebert Sterling Henderson**     shenderson@gibbsgiden.com
   - **Vivian Ho**     BKClaimConfirmation@ftb.ca.gov
   - **Dare Law**     dare.law@usdoj.gov
   - **Bret D Lewis**     Bretlewis@aol.com, bdlawyager@gmail.com
   - **Ashley M McDow**     amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
   - **Stacey A Miller**     smiller@tharpe-howell.com
   - **Kevin H Morse**     kmorse@clarkhill.com, blambert@clarkhill.com
   - **Shane J Moses**     smoses@foley.com
   - **Akop J Nalbandyan**     jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
   - **Rejoy Nalkara**     rejoy.nalkara@americaninfosource.com
   - **Anthony J Napolitano**     anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
   - **Jennifer L Nassiri**     jennifernassiri@quinnemanuel.com
   - **David L. Neale**     dln@lnbyb.com
   - **Sean A OKeefe**     sokeefe@okeefelc.com, seanaokeefe@msn.com
   - **Aram Ordubegian**     ordubegian.aram@arentfox.com
   - **Hamid R Rafatjoo**     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
   - **Gregory M Salvato**     gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
   - **Jeffrey S Shinbrot**     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
   - **Steven M Spector**     sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
   - **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
   - **Kimberly Walsh**     bk-kwalsh@texasattorneygeneral.gov
   - **Eric D Winston**     ericwinston@quinnemanuel.com
   - **Eric K Yaeckel**     yaeckel@sullivanlawgroupapc.com

2. **SERVED BY UNITED STATES MAIL**:

Accurate Background
7515 Irvine Center Drive
Irvine, CA 92618

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

AE Works Enterprises, Inc.
PO Box 4016
Chatsworth, CA 91313

Alissa Guler
c/o Albert G. Stoll, Jr.
55 Francisco Street
Suite 403
San Francisco, CA 94133

Amazon
1516 Second Avenue
Seattle, WA 98101

Amazon Logistics, Inc.
Attn: General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon Web Services Inc.
440 Terry Ave N
Seattle, WA 98109

App Group International, LLC
85 Broad Street, 17th Floor
New York, NY 10004

Arturo Vega and Unta Key
c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego, CA 92101

2

4846-7444-9585.1

| | | |
|---|---|---|
| Asana<br>1550 Bryant Street, Suite 800<br>San Francisco, CA 94103 | AT&T Corp.<br>c/o CT Corporation<br>818 Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Athens Services<br>14048 E. Valley Blvd.<br>La Puente, CA 91746 |
| Avitus, Inc.<br>c/o David M. Wagner, Esq.<br>Crowley Fleck, PLLP<br>P.O. Box 10969<br>Bozeman, MT 59719 | Azad Baban<br>c/o Justin Silverman, Esq.<br>Reisner & King LLP<br>14724 Ventura Blvd., Suite 1210<br>Sherman Oaks, CA 91403 | Bentley Financial Services<br>Customer Service<br>One Porsche Drive<br>Atlanta, GA 30354 |
| Bernardo Parra<br>c/o Mancini Law Group, P.C.<br>7170 W. Grand Avenue<br>Elmwood Park, IL 60707 | BMW Financial Services NA, LLC<br>Bankruptcy Servicer<br>AIS Portfolio Servcies, LP<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 | B-One Construction<br>104 E. Propsect Avenue<br>Burbank, CA 91502 |
| Booster Fuels<br>11 N. Ellsworth Avenue<br>San Mateo, CA 94403 | California Franchise Tax Board<br>Franchise Tax Board Bankr. Section<br>PO Box 2952, MS:A-340<br>Sacramento, CA 95812-2952 | Calstar Motors, Inc.<br>700 S. Brand Blvd.<br>Glendale, CA 91204 |
| Citation Department<br>Attn: Leslie Yang<br>14002 East 21st St, #1500<br>Tulsa, OK 74134 | City of Chicago<br>Department of Finance<br>PO Box 88292<br>Chicago, IL 60680 | City of Glendale Water & Power<br>141 North Glendale Ave., Level 2<br>Glendale, CA 91206 |
| City of Los Angeles<br>Parking Violations Bureau<br>PO Box 30420<br>Los Angeles, CA 90030 | Crescenta Valley Water District<br>2700 Foothill Blvd.<br>La Crescenta, CA 91214 | CT Corporation System<br>as Representative<br>Attn: SPRS<br>330 N. Brand Blvd., Suite 700<br>Glendale, CA 91203 |
| Damage Recovery (EAN)<br>PO Box 843369<br>Kansas City, MO 64184 | Deputy General Counsel<br>The Hertz Corporation<br>8501 Williams Rd., 2DO40<br>Estero, FL 33928 | De'Von Walker<br>c/o David Yeremian & Associates, In<br>535 N. Brand Blvd., Suite 705<br>Glendale, CA 91203 |
| DMV<br>PO Box 825339<br>Sacramento, CA 94232 | DSP Online Order<br>5825 Southwest Arctic Drive<br>Beaverton, OR 97005 | Earl Jones<br>7441 Candleridge Circle<br>Fort Worth, TX 76133 |
| Edvin Amzayan, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 | Edvin Yegiyan, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 | Emil Davtyan<br>Davtyan Professional Law Corp.<br>21900 Burbank Blvd., Suite 300<br>Woodland Hills, CA 91367 |

3

4846-7444-9585.1

| | | |
|---|---|---|
| Enterprise Holdings, Inc.<br>600 Corporate Park Drive<br>Saint Louis, MO 63105 | ExtraSpaceStorage<br>2244 S. Western Avenue<br>Chicago, IL 60608 | Fed Ex<br>942 South Shady Grove Road<br>Memphis, TN 38120 |
| First Advantage<br>1 Concourse Parkway NE<br>Suite 200<br>Atlanta, GA 30328 | First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 | Fleetwash Inc.<br>26 Law Drive<br>Fairfield, NJ 7004 |
| Gallik, Bremer & Molloy, PC<br>PO Box 70<br>Bozeman, MT 59771 | Garo and Aroussiak Dekirmendjian<br>c/o Bulldog Commercial Real Estate<br>Attn: John Raudsep, President<br>3634 Woodcliff<br>Sherman Oaks, CA 91403 | Gemini Duplication, Inc.<br>6020 W. Oaks Blvd., Ste. 301<br>Lincoln, CA 95648 |
| Global Results Communications<br>201 East Sandpointe Avenue<br>Suite 650<br>Santa Ana, CA 92707 | Google/G Suite Software<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | Graham S.P. Hollis<br>Graham Hollis APC<br>3555 Fifth Avenue, Suite 200<br>San Diego, CA 92103 |
| Grigori Sedrakyan<br>1127 Sonora Ave.<br>Glendale, CA 91201 | GTR Source LLC<br>1006 Monmouth Ave<br>Lakewood, NJ 8701 | Halo Branded Solutions<br>1500 Halo Way<br>Sterling, IL 61081 |
| Hertz Corporation<br>14501 Quail Springs Parkway<br>Oklahoma City, OK 73134 | Hillair Capital Management LLC<br>330 Primrose Road<br>Suite 660<br>Burlingame, CA 94010 | HOAG Memorial Hospital Presbyterian<br>1 Hoag Drive<br>Newport Beach, CA 92663 |
| Hop Capital<br>323 Sunny Isles Blvd., Suite 501<br>Sunny Isles Beach, FL 33160 | Imran Firoz<br>c/o Brent Finch<br>Brent Finch Law<br>27200 Agoura Rd., Ste. 102<br>Agoura Hills, CA 91301 | Indeed, Inc.<br>6433 Champion Grandview Way<br>Building 1<br>Austin, TX 78750 |
| Influx Capital LLC<br>1049 Helen Avenue<br>Santa Clara, CA 95051 | Internal Revenue Service<br>Centalized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lee DeGough<br>c/o Glenn Law Firm<br>1017 William D. Tate Ave., Suite 100<br>Grapevine, TX 76051 |
| Japeth Williams<br>209 W. Central Ave., Apt. D<br>Monrovia, CA 91016 | Jassim M. Addal<br>c/o Law Office of Arash Alizadeh<br>7545 Irvine Center Drive<br>Suite 200<br>Irvine, CA 92618 | Kirk Davis<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego, CA 92101 |

4

| | | |
|---|---|---|
| Law Office of Todd M. Friedman, PC<br>333 Skokie Blvd., #103<br>Northbrook, IL 60062 | Liquid Web Inc.<br>2703 Ena Drive<br>Lansing, MI 48917 | LiveAgent<br>c/o Quality Unit, LLC<br>616 Corporate Way, Suite 2-3278<br>Valley Cottage, NY 10989 |
| Lockton Companies, LLC<br>Attn: Nate Mundy, COO<br>Lockton Insurance Brokres, LLC<br>725 S. Figueroa, 35th Floor<br>Los Angeles, CA 90017 | Lois Craig<br>1708 S. Alma St.<br>San Pedro, CA 90731 | Mail Chimp<br>c/o The Rocket Science Group, LLC<br>675 Ponce de Leon Ave. NE,<br>Suite 5000<br>Atlanta, GA 30308 |
| Maria Salgado<br>c/o Nicholas J. Tsakas, Esq.<br>4267 Marina City Drive<br>Suite 512<br>Marina Del Rey, CA 90292 | Marwan Griffin<br>c/o Aegis Law Firm, PC<br>9811 Irvine Center Drive<br>Suite 100<br>Irvine, CA 92618 | Massinissa Bechout, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 |
| Minas Sarafian<br>c/o Simonian & Simonian, PLC<br>144 N. Glendale Ave., #228<br>Glendale, CA 91206 | Mostafa Joharifard<br>1651 E. Edinger Ave.<br>Suite 100<br>Santa Ana, CA 92705 | Motorcars West/The Auto Gallery<br>21301 Ventura Blvd.<br>Woodland Hills, CA 91364 |
| Nazareth Ohanessian<br>1328 Doverwood Drive<br>Glendale, CA 91207 | Newport Urgent Care<br>1000 Bristol St. North<br>Suite 1B<br>Newport Beach, CA 92660 | NexGen Capital, LLC<br>c/o David Neale<br>Levene Neale Bender<br>10250 Constellation Blvd., #1700<br>Los Angeles, CA 90067 |
| Office of the Director<br>Department of Motor Vehicles<br>2415 1st Avenue, MS: F101<br>Sacramento, CA 95818-2606 | OrthoKinetix<br>1835 Chicago Avenue<br>Suite A<br>Riverside, CA 92507 | Parkway Commercial Realty<br>Attn: Laurence & Patricia Cesander<br>2485 E. Southlake Blvd.<br>Southlake, TX 76092 |
| Peter Rosenthal Irrevocable Trust<br>dated 10/31/2012<br>3450 N. Verdugo Rd.<br>Glendale, CA 91208 | Pex Cards<br>462 7th Avenue<br>21st Floor<br>New York, NY 10018 | ~~Premier Business Bank~~<br>~~700 S. Flower Street, #2000~~<br>~~Los Angeles, CA 90017~~ |
| Prince Uko, c/o State of CA<br>Dept. of Industrial Relations<br>Labor Commission Office<br>455 Golden Gate Ave., 10th Floor<br>San Francisco, CA 94102 | Queen Funding LLC<br>2221 NE 164 ST<br>North Miami Beach, FL 33160 | Quickbooks<br>c/o Intuit Inc.<br>2700 Coast Avenue<br>Mountain View, CA 94043 |
| Raef Lawson<br>8601 Lincoln Blvd.<br>Ste. 180-276<br>Los Angeles, CA 90045 | Rafael Nendel - Flores<br>c/o LeClairRyan<br>725 S. Figueroa Street<br>Suite 350<br>Los Angeles, CA 90017 | Ready Refresh<br>4400 S. Kolmar Ave.<br>Chicago, IL 60632 |

4846-7444-9585.1

| | | |
|---|---|---|
| Ring Central<br>20 Davis Drive<br>Belmont, CA 94002 | Roy Castelanos<br>c/o Employees' Legal Advocates, LLP<br>811 Wilshire Blvd.<br>Suite 800<br>Los Angeles, CA 90017 | Salvador Rivas<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego, CA 92101 |
| Scoobeez<br>3463 Foothill Blvd.<br>Glendale, CA 91214 | ~~Scoobeez LV, LLC~~ | Scoobeez SD, LLC<br>c/o Law Offices of Daniel A. Kaplan<br>555 W. Beech St., Suite 230<br>San Diego, CA 92101 |
| Scoobeez SF, LLC<br>2550 S. Decatur Blvd.<br>Las Vegas, NV 89102 | Sean McNair<br>c/o Hamed Yazdanpanah & Associates<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 | Shane R. Heskin<br>White and Williams LLP<br>1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia, PA 19103-7395 |
| Shoushana (Suzy) Ohanessian<br>1328 Doverwood Drive<br>Glendale, CA 91207 | Southern California Gas Company<br>PO Box 1626<br>Monterey Park, CA 91754-8626 | Spectrum (San Antonio)<br>Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716 |
| Spectrum Business<br>c/o Charter Communications<br>PO Box 790261<br>Saint Louis, MO 63179 | Steve & Millessa Oberhauser<br>c/o Sanders Bajwa LLP<br>919 Congress Ave., Suite 750<br>Austin, TX 78701 | Steven M. Spector<br>BUCHALTER, A Professional Corporati<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 |
| SuperVision<br>PO Box 21636<br>Saint Paul, MN 55121 | Swizznet<br>6075 California Avenue SW<br>Seattle, WA 98136 | Texas Department of Insurance<br>Dividion of Workers' Compensation<br>7551 Metro Center Drive, Suite 100<br>Austin, TX 78744 |
| The Hertz Corporation<br>Attn: Casey Rodriguez, Division VP<br>2 Schoephoester Road<br>Windsor Locks, CT 6096 | Three Two Seven Family Mmgt LLC<br>PO Box 120040<br>San Antonio, TX 78212 | T-Mobile/T-Mobile USA Inc.<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124 |
| Trust 5025983 LLC<br>Series 1400 N. Cicero<br>c/o Nelson Hill - Emily Rasan<br>1111 S. Western Avenue<br>Chicago, IL 60612 | UPS<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328 | US Securities and Exchange Commissi<br>Attn: Bankruptcy Counsel<br>444 S. Flower St., Suite 900<br>Los Angeles, CA 90071-9591 |
| USPS<br>475 Lenfant Plaza SW<br>Washington, DC 20260 | Verizon<br>PO Box 489<br>Newark, NJ 07101-0489 | WG Fund LLC<br>1734 8th Avenue<br>Suite PH<br>Brooklyn, NY 11215 |

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |