MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:    (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Case No. 2:19-bk-14989-WB |
|---|---|
| SCOOBEEZ, et al.[1], | Jointly Administered: 2:19-bk-14991-WB, and 2:19-bk-14997-WB |
| Debtors and Debtors in Possession. | Chapter 11 |
| Affects: | **STIPULATION TO CONTINUE HEARINGS ON MOTION RE AUTOMATIC STAY AND CHAPTER 11 STATUS CONFERENCE** |
| ■ All Debtors<br>□ Scoobeez, ONLY<br>□ Scoobeez Global, Inc., ONLY<br>□ Scoobur LLC, ONLY | Date:      January 16, 2020<br>Time:     10:00 A.m.<br>Place.:    United States Bankruptcy Court<br>              Edward Roybal Federal Building<br>              255 E Temple St., Ctrm 1375<br>              Los Angeles CA  90012 |

This Stipulation to Continue Hearings on Motion re Automatic Stay and Chapter 11 Status Conference is entered into by and among Movant, Amazon Logistics, Inc. ("Amazon"), Scoobeez, Inc., ("Scoobeez"), Hillair Capital Management, LLC, ("Hillair") and the Official Committee of Unsecured Creditors (collectively, the "Parties") with reference to the following facts:

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

- 1 -

DB2/ 38079408.1

A.      On October 25, 2019, Scoobeez filed a complaint against Amazon, which commenced an adversary proceeding, Adv. No. 2:19-ap-01456-WB (the "Adversary Proceeding"). Also on October 25, 2019, Scoobeez filed in the Adversary Proceeding its Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Prevent Violation of the Automatic Stay (the "Preliminary Injunction Motion"). Amongst other relief, the Preliminary Injunction Motion sought a temporary restraining order, and preliminary and permanent injunction relating to Amazon's alleged violations of the automatic stay.

B.      On October 28, 2019, Hillair filed a motion seeking permission to file a complaint in intervention in the Adversary Proceeding (the "Intervention Motion").

C.      The Preliminary Injunction Motion and the Intervention Motion are presently set for hearing before the above-captioned court (the "Court") on January 16, 2020 at 10:00 a.m.

D.      On October 28, 2019, Amazon filed a motion seeking an order that certain actions that it proposed to take did not violate the automatic stay and for an order modifying the automatic stay [Bankruptcy Case Docket No. 393] (the "Stay Relief Motion"). That motion also is presently set for hearing before this Court on January 16, 2020 at 10:00 a.m.

E.      The interests of judicial economy and of the Parties would be furthered by hearing the Preliminary Injunction Motion, the Stay Relief Motion and the Intervention Motion (collectively, the "Pending Motions") on the same date.

F.      On October 29, 2019, Hillair served certain discovery requests upon Amazon in relation to the Stay Relief Motion. On November 18, 2019, Amazon served certain discovery requests on Hillair and Scoobeez in relation to the Stay Relief Motion. On December 13, 2019, Scoobeez served certain discovery requests on Amazon in relation to the Stay Relief Motion. While the Parties are working cooperatively towards completing the production of the documents requested by the Parties and scheduling the depositions noticed by the Parties, the Parties do not believe that discovery can be completed and the results of that discovery presented to this Court in connection with its consideration of the Stay Relief Motion on January 16, 2020. Accordingly,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 38079408.1

the Parties wish to continue the hearing on the Pending Motions to February 25, 2020 at 10:00 a.m.

  G. In order to provide the Court with the information obtained by the Parties as a result of the pending discovery, the Parties also wish to file supplemental papers in support of, or in opposition to, the Stay Relief Motion on or before February 18, 2020.

  H. The Court has scheduled a chapter 11 status conference in this case on January 16, 2020.  The parties believe that it would also further the interests of judicial economy and the parties to continue that matter to the same time and date as the Pending Motions.

  IT IS THEREFORE STIPULATED THAT the Court may enter an order in the form attached hereto as Exhibit 1 continuing the hearing date of the Stay Relief Motion and the chapter 11 status conference to February 25, 2020 at 10:00 a.m. and permitting the filing of supplemental papers in support of, and in opposition to, the Stay Relief Motion on or before February 18, 2020.

- 3 -

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 38079408.1

| | | |
|---|---|---|
| 1 | Dated: January 14, 2020 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By: /s/ Richard W. Esterkin |
| 4 | | Richard W. Esterkin<br>Attorneys for Amazon Logistics, Inc. |
| 5 | Dated: January 14, 2020 | FOLEY & LARDNER LLP |
| 6 | | |
| 7 | | By: _____ |
| 8 | | ~~Ashley M. McDow~~ Shane J. Moses<br>Attorneys for Scoobeez, Inc. |
| 9 | Dated: January __, 2020 | QUINN EMANUEL URGUHART & SULLIVAN, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: _____<br>Jennifer Nassiri |
| 13 | | Attorneys for Hillair Capital Management, LLC |
| 14 | Dated: January __, 2020 | LEVENE, NEALE, BENDER, YOO & BRILL LLP |
| 15 | | |
| 16 | | |
| 17 | | By: _____<br>David L. Neale |
| 18 | | Attorneys for the Official Committee of Unsecured Creditors |

DB2/ 38079408.1

| | | |
|---|---|---|
| 1 | Dated: January __, 2020 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By:  */s/ Richard W. Esterkin* |
| 4 | | Richard W. Esterkin<br>Attorneys for Amazon Logistics, Inc. |
| 5 | Dated: January __, 2020 | FOLEY & LARDNER LLP |
| 6 | | |
| 7 | | By:  |
| 8 | | Ashley M. McDow<br>Attorneys for Scoobeez, Inc. |
| 9 | Dated: January __, 2020 | QUINN EMANUEL URGUHART & SULLIVAN, LLP |
| 10 | | |
| 11 | | By:  |
| 12 | | Jennifer Nassiri |
| 13 | | Attorneys for Hillair Capital Management, LLC |
| 14 | Dated: January __, 2020 | LEVENE, NEALE, BENDER, YOO & BRILL LLP |
| 15 | | |
| 16 | | |
| 17 | | By:  |
| 18 | | David L. Neale<br>Attorneys for the Official Committee of Unsecured Creditors |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 38079408.1

| | | |
|---|---|---|
| 1 | Dated: January __, 2020 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | | By: */s/ Richard W. Esterkin* |
| 4 | | Richard W. Esterkin<br>Attorneys for Amazon Logistics, Inc. |
| 5 | Dated: January __, 2020 | FOLEY & LARDNER LLP |
| 7 | | By: |
| 8 | | Ashley M. McDow<br>Attorneys for Scoobeez, Inc. |
| 9 | Dated: January __, 2020 | QUINN EMANUEL URGUHART & SULLIVAN, LLP |
| 12 | | By: |
| | | Jennifer Nassiri<br>Attorneys for Hillair Capital Management, LLC |
| 14 | Dated: January 14, 2020 | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. |
| 17 | | By: _[signature]_<br>David L. Neale<br>Attorneys for the Official Committee of Unsecured Creditors |

- 4c -

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 38079408.1

# EXHIBIT 1

Exhibit 1 - page 5

MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:    (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1],<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**ORDER CONTINUING HEARINGS ON MOTION RE AUTOMATIC STAY AND CHAPTER 11 STATUS CONFERENCE**<br><br>Date:    December 11, 2019<br>Time:    10:00 a.m.<br>Place.:   United States Bankruptcy Court<br>             Edward Roybal Federal Building<br>             255 E Temple St., Ctrm 1375<br>             Los Angeles CA  90012 |

The parties having stipulated thereto [at Docket No. 543], and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.    The hearing on Amazon Logistics, Inc.'s motion regarding the automatic stay (Docket No. 393) (the "Stay Relief Motion")  and the chapter 11 status conference in this

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

- 1 -

DB2/ 38079565.1

1  bankruptcy case be continued to February 25, 2020, at 10:00 a.m., in Courtroom 1375 of this

2  Court; and

3      2.    Each of Amazon Logistics, Inc., Scoobeez, Hillair Capital Management, LLC and

4  the Official Committee of Unsecured Creditors may file supplemental papers providing the Court

5  with the results of the discovery undertaken in connection with the Stay Relief Motion on or

6  before February 18, 2020.

7  # # # #

- 2 -

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 38079565.1

Exhibit 1 - page 7

# CERTIFICATE OF SERVICE FORM
# FOR ELECTRONIC FILINGS

I hereby certify that on January 15, 2020, I electronically filed the foregoing document, **Stipulation to Continue Hearings on Motion Re Automatic Stay and Chapter 11 Status Conference**, with the Clerk of the United States Bankruptcy Court, Central District of California, Los Angeles Division, using the CM/ECF system, which will send notification of such filing to those parties registered to receive notice on this matter.

_____
Renee Robles

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 38079408.1

- 8 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Morgan Lewis & Bockius, LLP
300 S Grand Ave Fl 22, Los Angeles CA 90071-3132

A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Continue Hearings on Motion re: Automatic Stay and Chapter 11 Status Conference

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/15/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Service List, Attached.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/15/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Conway MacKenzie, Inc.
333 S Hope St Ste 3625
Los Angeles CA 90071

Daimler Trust
c/o BK Servicing LLC
PO Box 131265
Roseville MN 55113-0011

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/15/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Julia W. Brand, Suite 1382
U.S. Bankruptcy Court, Roybal Federal Building
255 E Temple St, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/15/2020 | Renee Robles | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

- 9 -

**2:19-bk-14989-WB Service List:**

Richard T Baum on behalf of Stockholder Rosenthal Family Trust
rickbaum@hotmail.com, rickbaum@ecfinforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf. inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the Estates of Scoobeez

and Scoobeez Global, Inc.

jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

David Brian Lally on behalf of Attorney Grigori Sedrakyan
davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family Trust UTD

3/25/1988

davidlallylaw@gmail.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez

amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.

amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley Financial Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd.
smiller@tharpe-howell.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc.
kmorse@clarkhill.com, blambert@clarkhill.com

Shane J Moses on behalf of Debtor Scoobeez
smoses@foley.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc.
smoses@foley.com

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com,
IFS_filing@buchalter.com;salarcon@buchalter.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured Creditors dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. dln@lnbyb.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

- 11 -

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

Gregory M Salvato on behalf of Creditor Azad Baban

gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com,
IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega
yaeckel@sullivanlawgroupapc.com

**2:19-bk-14989-WB Notice will not be electronically mailed to:**


Armory Securities, LLC

Conway MacKenzie, Inc.
333 S Hope St Ste 3625
Los Angeles, CA 90071

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Force Ten Partners, LLC

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067