MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:     (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

**FILED & ENTERED**

**JAN 15 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1],<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**ORDER CONTINUING HEARINGS ON MOTION RE AUTOMATIC STAY AND CHAPTER 11 STATUS CONFERENCE**<br><br>*Current hearing*<br>Date:      ~~December 11, 2019~~<br>             ***January 16, 2020***<br>Time:     10:00 a.m.<br>Place.:    United States Bankruptcy Court<br>             Edward Roybal Federal Building<br>             255 E Temple St., Ctrm 1375<br>             Los Angeles CA  90012<br><br>***Continued hearing**<br>**Date:      February 25, 2020**<br>**Time:     10:00 a.m.**<br>**Place.:    United States Bankruptcy Court**<br>             **Edward Roybal Federal Building**<br>             **255 E Temple St., Ctrm 1375**<br>             *Los Angeles CA  90012* |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

- 1 -

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 38079565.1

The parties having stipulated thereto [at Docket No. 543], and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The hearing on Amazon Logistics, Inc.'s motion regarding the automatic stay (Docket No. 393) (the "Stay Relief Motion") and the chapter 11 status conference in this bankruptcy case be continued to February 25, 2020, at 10:00 a.m., in Courtroom 1375 of this Court; and

2. Each of Amazon Logistics, Inc., Scoobeez, Hillair Capital Management, LLC and the Official Committee of Unsecured Creditors may file supplemental papers providing the Court with the results of the discovery undertaken in connection with the Stay Relief Motion on or before February 18, 2020.

# # # #

Date: January 15, 2020

Julia W. Brand
United States Bankruptcy Judge

- 2 -

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

DB2/ 38079565.1