JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403
Telephone: (310) 659-5444
Fax: (310) 878-8304
jeffrey@shinbrotfirm.com
Telephone: (310) 659-5444
Fax: (310) 878-8304

Bankruptcy Counsel to Shahan Ohanessian and Shoushana Ohanessian

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ,<br>SCOOBEEZ GLOBAL INC.,<br>SCOOBUR LLC,<br><br>        Debtors.<br><br><br>This pleading affects:<br>All Debtors                      ☒<br><br>SCOOBEEZ;<br>SCOOBEEZ GLOBAL, INC.,;<br>SCOOBUR LLC. | Lead Case No.: 2:19-bk-14989-WB<br><br>Jointly Administered With:<br>Case No.: 2:19-bk-14991-WB<br>Case No.: 2:19-bk-14997-WB<br><br>Chapter 11<br><br>REPLY TO HILLAIR CAPITAL MANAGEMENT LLC'S OPPOSITION AND DEBTORS' LIMITED OBJECTION TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM<br><br>Date: 1/23/2020<br>Time: 10:00 a.m.<br>Place: Courtroom 1375<br>       255 E. Temple St., Los Angeles, CA |

REPLY

**TO THE HONORABLE JULIA BRAND, UNITED STATES BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES**:

**COMES NOW**, Shoushana Ohanessian and replies to the opposition of Hillair Capital Management LLC's and the Debtor's limited objection to the requested for allowance and payment of her administrative expense claim

Dated: January 15, 2020                          JEFFREY S. SHINBROT, APLC

By:/s/Jeffrey S. Shinbrot
JEFFREY S. SHINBROT, ESQUIRE
Counsel for Shahan Ohanessian and
Shoushana Ohanessian

## I.

## NO TIMELY, NOR SUBSTANITVE, OPPOSITION FILED
## TO ADMININSTRATIVE CLAIM REQUEST

The Debtor's Opposition to the Motion of Shoushana Ohanessian for monies paid by her for estate expenses was due on January 9, 2020, but it was filed on January 10, 2020.  Pursuant to Local Bankruptcy Rule 9013-1(f)(1), the objection was due 14 days before the hearing and therefore was untimely.  LBR 9013-1(f)(2) requires that evidence be presented in support of the opposition.  The Debtor neither timely objected to the Motion, nor did it provide any evidence is support of its statement that "Ms. Ohanessian has not, to date, provided information necessary for the Debtors to determine how much the requested expenses are appropriately reimbursable."   This statement cannot be relied on and it is patently false.  In fact, this is an outrageous statement to make in light of the hundreds of pages or receipts and details of the purpose for each expense that was provided to the Debtor in August, 2019.  The information provided to the Debtor and its counsel included the actual receipts, dates (including Uber receipts which state clearly the location of the pick-up and drop-off points) and spreadsheets with details of the expenses and the purpose for the expenses.

The Debtor and its counsel are aware that Ms. Ohanessian's stay at the Trump International Hotel for in excess of 50 days and was specifically so that Ms. Ohanessian could manage the Debtor's Chicago operations.  If fact Foley & Larder attorneys also stayed at the same hotel.  If the Debtor or its counsel did not approve the hotel stay they were under an affirmative obligation to communicate this to Ms. Ohanessian instead of visiting her at the hotel and permitting her to incur the expense on the estate's behalf, followed by a failure to reimburse her.  It is outrageous that the Debtor would leave Ms. Ohanessian to personally foot the Debtor's post-Petition expenses.

On August 30, 2019, Ms. Ohanessian, shared copies of in excess of 200 actual receipts for the amounts referenced in the Motion via Dropbox with Brian Weiss, Ashley McDow and John Simon.  The Dropbox program indicates that both Mr. Weiss and Ms.

McDow added the files to their Dropbox.[1] The Debtor also fails to inform the Court that it was provided with a detailed spreadsheet of the expenses that included the purpose for the transaction. The Debtor and its counsel have had almost five months to review the documents supporting the claim.

Hillaire's objection references the Debtor's objections. However, the Debtor's objections were not timely filed and are not supported by any evidence whatsoever. Hillaire also raises concerns regarding administrative insolvency. If Hillaire is correct, a Trustee should be immediately appointed to determine if conversion to chapter 7 is appropriate. In no instance, however, should professionals be paid for professional time prior to Ms. Ohanessian being reimbursed for her out-of-pocket costs.

## II.
## THE TOLLS

The Debtor's statement that it was unaware of the toll fees is simply inexplicable and again militates towards the appointment of a Trustee. The Debtor makes no mention of why Ms. Ohanessian's driver's license and security number continue to be linked to the Debtor's accounts after her termination by the Debtor 5 months ago. As far as the timing of the tolls, the Debtor is well aware (yet feigns ignorance) the "Billing Dates" refer to the date of the rental of the vehicle, not the date the toll was incurred.

## III.
## PRAYER FOR RELIEF

Shoushana Ohanessian respectfully requests that the Court order Debtors to pay her ordinary course expenses paid on behalf of Debtors in the sum of $52,349.67 ($57,814.62 less the amount paid of $5,465.00); either pay Shoushana or the toll company directly for the $24,074.98 in unpaid tolls; and remove Shoushana's drivers' license and social security number from all accounts immediately.

///

///

---

[1] See annexed declaration of Jeffrey S. Shinbrot and Drop box image.

Dated: January 15, 2020                        JEFFREY S. SHINBROT, APLC

By:/s/Jeffrey S. Shinbrot
JEFFREY S. SHINBROT, ESQUIRE
Counsel for Shahan Ohanessian and
Shoushana Ohanessian

## DECLARATION OF JEFFREY S. SHINBROT

I, JEFFREY S. SHINBROT, DO HEREBY DECLARE AND STATE AS FOLLOWS:

1. I am bankruptcy counsel to Shoushana Ohanessian and I am over the age of eighteen and as to the following facts, I know them to be true of my own personal knowledge and if called upon to testify in the matter, I could and would do so as set forth herein.

2. On or about August 30, 2019, I sent an electronic message to Debtor's counsel (Ms. Ashley McDow and Mr. Jason Simon) which included an excel spreadsheet detailing Ms. Ohanessian' administrative expense claim. A true and accurate copy of that email and the attachment are annexed hereto as Exhibit E.

3. On or about August 30, 2019, I also shared a Dropbox file with copies of receipts from Shoushana Ohanessian which included in excess of 200 copies receipts in support of the reimbursement of costs portion of her request for reimbursement from the Debtor. My Dropbox account indicates that Mr. Brian Weiss and Ms. McDow added the file to their Dropbox.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 1/15/20

_____
Jeffrey S. Shinbrot

EXHIBIT E



Jeffrey Shinbrot <jeffrey@shinbrotfirm.com>

## Scoobeez Chapter 11 Cases, lead Case # 2:19-bk-14989-WB ("Scoobeez" or the "Debtor"))

1 message

**Jeffrey Shinbrot** <jeffrey@shinbrotfirm.com>  Fri, Aug 30, 2019 at 7:55 AM
To: jsimon@foley.com, amcdow@foley.com

Dear Ashley and John,

As you know, I am counsel (along with Aram Ordubegian) to Mrs. Shoushana ("Suzy") Ohanessian in connection with the Scoobeez chapter 11 cases. My understanding is that on several occasions, Suzy has presented her out-of-pocket costs for reimbursement to the Chief Restructuring Officer of the Debtors, but to date she has received no reimbursement. The attached spreadsheet details Suzy's administrative expense claims which arose after the Debtor's Petition Date and which are related to costs that were necessary to preserve the estate. A drop-box link has been forwarded to you both with copies of the receipts.

Since these expenses have been presented on several occasions to the CRO, demand is hereby made to reimburse Suzy immediately. This will be her final request prior to filing a motion for reimbursement with the Bankruptcy Court.

All rights and remedies are hereby reserved.

Best regards,

Jeff Shinbrot



**IRS Circular 230 Disclosure**
**To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for**

the purpose of (i) avoiding tax related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at THE SHINBROT FIRM and delete all copies of this email message along with all attachments.

 **Copy of Suzys account activites and exepnses 8-13-19.xlsx**
21K

| | Chicago | | | Purpose |
|---|---|---|---|---|
| 7/22/2019 | $73.77 | PURCHASE AUTHORIZED ON 07/22 USPS PO 16150400 1859 S A CHICAGO IL P00309203600488121 CARD 3967 | | Send devices to Dallas to get fixed |
| 7/22/2019 | $1.00 | PURCHASE AUTHORIZED ON 07/20 USA*CANTEEN VENDIN WHEELING IL S309201632275449 CARD 3967 | | Refereshements for staff |
| 7/22/2019 | $1.25 | PURCHASE AUTHORIZED ON 07/20 USA*CANTEEN CHICAG BLOOMINGDALE IL S589201631854326 CARD 3967 | | Refereshements for staff |
| 7/22/2019 | $1.25 | PURCHASE AUTHORIZED ON 07/20 USA*CANTEEN VENDIN WHEELING IL S589201631618336 CARD 3967 | | Refereshements for staff |
| 7/22/2019 | $138.02 | PURCHASE AUTHORIZED ON 07/19 LOCKSMITH AND SECU CHICAGO IL S309200654596074 CARD 3967 | | Lock smith for vehicles in Chicago |
| 7/24/2019 | $38,331.27 | PURCHASE AUTHORIZED ON 07/19 TRUMP HOTEL CHICAG CHICAGO IL S469193769200024 CARD 3967 | | Stay at hotel while managing all three Chicago operations |
| 7/18/2019 | $66.99 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 07/18 TARGET T- 1940 W 33rd Chicago IL P00000000331528270 CARD 3967 | | Station supplies for DCH1 and cash for water bottles for Das |
| 7/18/2019 | $287.30 | ZELLE TO MENDOZA ROBERT ON 07/18 REF #RP06K9ML9P IMPOUNDED VAN DALLAS | | Payment for towing that Robert paid for Dallas vehicle |
| 7/17/2019 | $500.00 | ZELLE TO MENDOZA ROBERT ON 07/17 REF #RP06K894FF | | Payment for moving vehicles off site to 3am |
| 7/17/2019 | $63.90 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 07/17 TARGET T- 1940 W 33rd Chicago IL P00000000883720081 CARD 3967 | | Station supplies for DCH1 and cash for water bottles for Das |
| 7/17/2019 | $328.19 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 07/17 TARGET T- 1940 W 33rd Chicago IL P00000000871529035 CARD 3967 | | Station supplies for DCH1 and cash for water bottles for Das |
| 7/17/2019 | $15.37 | PURCHASE AUTHORIZED ON 07/16 TIO LUIS TACOS AND CHICAGO IL S469197667030571 CARD 3967 | | DCH1 team lunch |
| 7/17/2019 | $80.63 | PURCHASE AUTHORIZED ON 07/16 TIO LUIS TACOS AND CHICAGO IL S589197666625608 CARD 3967 | | DCH1 team lunch |
| 7/17/2019 | $1.00 | PURCHASE AUTHORIZED ON 07/16 USA*CANTEEN VENDIN WHEELING IL S469197591794136 CARD 3967 | | Refereshements for staff |
| 7/16/2019 | $141.15 | PURCHASE AUTHORIZED ON 07/16 FOOT LOCKER 08705 CHICAGO IL P00469197739245580 CARD 3967 | | Shoes damaged during the floor at DCH1 |
| 7/16/2019 | $1.00 | PURCHASE AUTHORIZED ON 07/15 USA*CANTEEN VENDIN WHEELING IL S469196538177879 CARD 3967 | | Refereshements for staff |
| 7/16/2019 | $1.25 | PURCHASE AUTHORIZED ON 07/15 USA*CANTEEN VENDIN WHEELING IL S389196537866172 CARD 3967 | | Refereshements for staff |

| Date | Amount | Description | Purpose |
|---|---|---|---|
| 7/16/2019 | $0.75 | PURCHASE AUTHORIZED ON 07/15 CMSVEND*CV CHICAGO ELMHURST IL S469196537652376 CARD 3967 | Refereshements for staff |
| 7/16/2019 | $0.75 | PURCHASE AUTHORIZED ON 07/15 CMSVEND*CV CHICAGO ELMHURST IL S389196537045479 CARD 3967 | Refereshements for staff |
| 7/16/2019 | $0.75 | PURCHASE AUTHORIZED ON 07/15 CMSVEND*CV CHICAGO ELMHURST IL S389196536787121 CARD 3967 | Refereshements for staff |
| 7/16/2019 | $0.75 | PURCHASE AUTHORIZED ON 07/15 CMSVEND*CV CHICAGO ELMHURST IL S309196536450362 CARD 3967 | Refereshements for staff |
| 7/16/2019 | $2.25 | PURCHASE AUTHORIZED ON 07/15 USA*CANTEEN BLOOMINGDALE IL S589196535473162 CARD 3967 | Refereshements for staff |
| 7/16/2019 | $2.75 | PURCHASE AUTHORIZED ON 07/15 USA*CANTEEN BLOOMINGDALE IL S589196535004908 CARD 3967 | Refereshements for staff |
| 7/16/2019 | $1.00 | PURCHASE AUTHORIZED ON 07/15 USA*CANTEEN VENDIN WHEELING IL S389196448584265 CARD 3967 | Refereshements for staff |
| 7/15/2019 | $694.44 | ZELLE TO HAWKINS DASIA ON 07/15 REF #RP06JYRMLY | Payment for vehicle |
| 7/15/2019 | $5.49 | PURCHASE AUTHORIZED ON 07/12 FATTOUSH HOOKAH IN WORTH IL S309194122310783 CARD 3967 | Meeting for Chicago staff |
| 7/15/2019 | $193.55 | PURCHASE AUTHORIZED ON 07/12 FATTOUSH HOOKAH IN WORTH IL S469194108682675 CARD 3967 | Meeting for Chicago staff |
| 7/15/2019 | $121.18 | PURCHASE AUTHORIZED ON 07/12 TIO LUIS TACOS AND CHICAGO IL S389193661762904 CARD 3967 | DCH1 team lunch |
| 7/15/2019 | $305.00 | PURCHASE AUTHORIZED ON 07/12 PARKVIEW AUTOMOTIV CHICAGO IL S589193596663040 CARD 3967 | Repair for vans battery vans at DCH1 |
| 7/11/2019 | $35.47 | PURCHASE AUTHORIZED ON 07/11 TARGET T- 1940 W 33rd Chicago IL P00000000483458234 CARD 3967 | General supplies |
| 7/11/2019 | $0.75 | PURCHASE AUTHORIZED ON 07/10 CMSVEND*CV CHICAGO ELMHURST IL S389191747265530 CARD 3967 | Refereshements for staff |
| 7/11/2019 | $0.75 | PURCHASE AUTHORIZED ON 07/10 CMSVEND*CV CHICAGO ELMHURST IL S469191747032471 CARD 3967 | Refereshements for staff |
| 7/11/2019 | $0.75 | PURCHASE AUTHORIZED ON 07/10 CMSVEND*CV CHICAGO ELMHURST IL S309191746860595 CARD 3967 | Refereshements for staff |
| 7/11/2019 | $0.75 | PURCHASE AUTHORIZED ON 07/10 CMSVEND*CV CHICAGO ELMHURST IL S309191746634836 CARD 3967 | Refereshements for staff |
| 7/11/2019 | $1.25 | PURCHASE AUTHORIZED ON 07/10 USA*CANTEEN VENDIN WHEELING IL S469191745645798 CARD 3967 | Refereshements for staff |
| 7/11/2019 | $1.25 | PURCHASE AUTHORIZED ON 07/10 USA*CANTEEN VENDIN WHEELING IL S589191566568048 CARD 3967 | Refereshements for staff |

| Date | Amount | Check # | Description | Purpose |
|---|---|---|---|---|
| 7/11/2019 | $1.00 | | PURCHASE AUTHORIZED ON 07/10 USA*CANTEEN BLOOMINGDALE IL S469191566008333 CARD 3967 | Refereshements for staff |
| 7/11/2019 | $123.92 | | PURCHASE AUTHORIZED ON 07/09 GRUBHUBLACOCOSPIZZ GRUBHUB.COM NY S309191029804684 CARD 3967 Amazon station | Team lunch at the station |
| 7/10/2019 | $200.00 | 1518 | CHECK # 1518 - Dasia Hokins pay | Bonus for covering Michael and worked for 7 days in a row |
| 7/10/2019 | $30.88 | | ZELLE TO MENDOZA ROBERT ON 07/10 REF #RP06J5SH5S OFF SITE PARKING MATERIAL DDA3 | Office site parking for DDA3 |
| 7/9/2019 | $189.12 | | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 07/08 TARGET T- 1940 W 33rd Chicago IL P00000000486716848 CARD 3967 | General supplies |
| 7/9/2019 | $8.92 | | PURCHASE AUTHORIZED ON 07/07 MCDONALD'S M4679 O CHICAGO IL S589188825000978 CARD 3967 | Staff meal |
| 7/9/2019 | $8.83 | | PURCHASE AUTHORIZED ON 07/07 MCDONALD'S M4679 O CHICAGO IL S389188824400774 CARD 3967 | Staff meal |
| 7/8/2019 | $1.25 | | PURCHASE AUTHORIZED ON 07/07 USA*CANTEEN VENDIN WHEELING IL S469188683246933 CARD 3967 | Refereshements for staff |
| 7/8/2019 | $12.75 | | PURCHASE AUTHORIZED ON 07/05 CMT CHICAGO IL2769 CHICAGO IL S469187243529909 CARD 3967 | General supplies |
| 7/8/2019 | $55.16 | | PURCHASE AUTHORIZED ON 07/05 TAVERN ON RUSH CHICAGO IL S389187229970369 CARD 3967 | Staff meal |
| 7/8/2019 | $9.50 | | PURCHASE AUTHORIZED ON 07/05 CMT CHICAGO IL2769 CHICAGO IL S389187210382491 CARD 3967 | General supplies |
| 7/8/2019 | $2.50 | | PURCHASE AUTHORIZED ON 07/05 USA*CANTEEN CHICAG BLOOMINGDALE IL S469186711008246 CARD 3967 | Refereshements for staff |
| 7/8/2019 | $0.75 | | PURCHASE AUTHORIZED ON 07/05 CMSVEND*CV CHICAGO ELMHURST IL S469186710621552 CARD 3967 | Refereshements for staff |
| 7/8/2019 | $0.75 | | PURCHASE AUTHORIZED ON 07/05 CMSVEND*CV CHICAGO ELMHURST IL S389186710392844 CARD 3967 | Refereshements for staff |
| 7/8/2019 | $0.75 | | PURCHASE AUTHORIZED ON 07/05 CMSVEND*CV CHICAGO ELMHURST IL S389186710124578 CARD 3967 | Refereshements for staff |
| 7/8/2019 | $0.75 | | PURCHASE AUTHORIZED ON 07/05 CMSVEND*CV CHICAGO ELMHURST IL S469186709542986 CARD 3967 | Refereshements for staff |
| 7/8/2019 | $1.00 | | PURCHASE AUTHORIZED ON 07/05 USA*CANTEEN VENDIN WHEELING IL S389186647376186 CARD 3967 | Refereshements for staff |
| 7/5/2019 | $11.88 | | PURCHASE AUTHORIZED ON 07/05 TARGET T- 1940 W 33rd Chicago IL P00000000837308290 CARD 3967 | General supplies |

| Date | Amount | Description | Category |
|---|---|---|---|
| 7/2/2019 | $1.00 | PURCHASE AUTHORIZED ON 07/01 USA*CANTEEN BLOOMINGDALE IL S589182777735759 CARD 3465 | Refereshements for staff |
| 7/2/2019 | $1.25 | PURCHASE AUTHORIZED ON 07/01 USA*CANTEEN VENDIN WHEELING IL S309182777129299 CARD 3465 | Refereshements for staff |
| 7/2/2019 | $1.25 | PURCHASE AUTHORIZED ON 07/01 USA*CANTEEN CHICAG BLOOMINGDALE IL S469182705283855 CARD 3465 | Refereshements for staff |
| 7/2/2019 | $1.25 | PURCHASE AUTHORIZED ON 07/01 USA*CANTEEN CHICAG BLOOMINGDALE IL S589182704774028 CARD 3465 | Refereshements for staff |
| 7/2/2019 | $2.00 | PURCHASE AUTHORIZED ON 07/01 USA*CANTEEN CHICAG BLOOMINGDALE IL S469182704254427 CARD 3465 | Refereshements for staff |
| 7/2/2019 | $14.62 | PURCHASE AUTHORIZED ON 07/01 UBER TRIP HELP.UBER.COM CA S389182460597744 CARD 3465 | Uber ride for station |
| 7/1/2019 | $24.00 | ZELLE TO MENDOZA ROBERT ON 07/01 REF #RP06GYQ8LX HOME DEPOT PURCHASE REIMBURSEME | Home depot DDA3 supplies |
| 7/1/2019 | $1.25 | PURCHASE AUTHORIZED ON 06/28 USA*CANTEEN VENDIN WHEELING IL S389179837036917 CARD 3465 | Refereshements for staff |
| 7/1/2019 | $1.25 | PURCHASE AUTHORIZED ON 06/28 USA*CANTEEN VENDIN WHEELING IL S389179836772909 CARD 3465 | Refereshements for staff |
| 7/1/2019 | $1.00 | PURCHASE AUTHORIZED ON 06/28 USA*CANTEEN VENDIN WHEELING IL S589179723231964 CARD 3465 | Refereshements for staff |
| 7/1/2019 | $1.00 | PURCHASE AUTHORIZED ON 06/28 USA*CANTEEN VENDIN WHEELING IL S469179722996270 CARD 3465 | Refereshements for staff |
| 7/1/2019 | $1.00 | PURCHASE AUTHORIZED ON 06/28 USA*CANTEEN VENDIN WHEELING IL S309179624585048 CARD 3465 | Refereshements for staff |
| 7/1/2019 | $1.00 | PURCHASE AUTHORIZED ON 06/28 USA*CANTEEN VENDIN WHEELING IL S589179624329949 CARD 3465 | Refereshements for staff |
| 6/26/2019 | $1.25 | PURCHASE AUTHORIZED ON 06/25 USA*CANTEEN VENDIN WHEELING IL S469176494801541 CARD 3465 | Refereshements for staff |
| 6/25/2019 | $1.25 | PURCHASE AUTHORIZED ON 06/24 USA*CANTEEN VENDIN WHEELING IL S309175487038599 CARD 3465 | Refereshements for staff |
| 6/24/2019 | $1.25 | PURCHASE AUTHORIZED ON 06/22 USA*CANTEEN VENDIN WHEELING IL S469173654841087 CARD 3465 | Refereshements for staff |
| 6/24/2019 | $0.75 | PURCHASE AUTHORIZED ON 06/22 USA*CANTEEN BLOOMINGDALE IL S389173654437640 CARD 3465 | Refereshements for staff |
| 6/24/2019 | $2.25 | PURCHASE AUTHORIZED ON 06/22 USA*CANTEEN BLOOMINGDALE IL S469173653272507 CARD 3465 | Refereshements for staff |
| 6/24/2019 | $45.44 | PURCHASE AUTHORIZED ON 06/21 AMAZON.COM*M69CR52 AMZN.COM/BILL WA S469172755357447 CARD 3465 | General supplies |

| Date | Amount | Description | Purpose |
|---|---|---|---|
| 6/24/2019 | $151.69 | PURCHASE AUTHORIZED ON 06/21 AMAZON.COM*M68AK02 AMZN.COM/BILL WA S589172699112954 CARD 3465 | General supplies |
| 6/12/2019 | $250.00 | ZELLE TO MENDOZA ROBERT ON 06/15 REF #RP06DQFB39 | Advance for his pay |
| 6/12/2019 | $800.00 | TRANSFER TO MUNOZ ANDRES ON 06/11 REF #PP06D3SZTL HOTEL REIMBURSEMENT CHICAGO | Hotel for Andres to stay in Chicago |
| 6/10/2019 | $1.25 | PURCHASE AUTHORIZED ON 06/08 USA*CANTEEN VENDIN WHEELING IL S309160146812889 CARD 6361 | Refereshements for staff |
| 6/5/2019 | $103.98 | PURCHASE AUTHORIZED ON 06/02 AMERICAN AIR001064 FORT WORTH TX S589154216266240 CARD 6361 | Flight |
| 6/4/2019 | $16.76 | PURCHASE AUTHORIZED ON 06/02 AMERICAN AIR001064 FORT WORTH TX S309153680342141 CARD 6361 | Flight |
| 6/4/2019 | $16.76 | PURCHASE AUTHORIZED ON 06/02 AMERICAN AIR001064 FORT WORTH TX S309153680342141 CARD 6361 | Flight |
| 6/4/2019 | $376.30 | PURCHASE AUTHORIZED ON 06/02 AMERICAN AIR001235 FORT WORTH TX S469153678266520 CARD 6361 | Flight |
| 6/3/2019 | $131.33 | PURCHASE AUTHORIZED ON 06/02 AMZN MKTP US*M65LT AMZN.COM/BILL WA S589153705207042 CARD 6361 | General supplies |
| 6/3/2019 | $27.97 | PURCHASE AUTHORIZED ON 06/01 AA INFLIGHT VISA F PHOENIX AZ S469152771798187 CARD 6361 | Flight seat |
| 6/3/2019 | $49.99 | PURCHASE AUTHORIZED ON 06/01 AMZN Mktp US*M6002 Amzn.com/bill WA S309152756538107 CARD 6361 | General supplies |
| 6/3/2019 | $500.00 | ZELLE TO CHOMENTOWSKA JOWITA ON 06/01 REF #RP06BN2VDJ | Bonus for working late and over time on several days |
| 6/3/2019 | $329.05 | PURCHASE AUTHORIZED ON 06/01 AMZN Mktp US*MN13E Amzn.com/bill WA S469152613966061 CARD 6361 | General supplies |
| 6/3/2019 | $42.75 | PURCHASE AUTHORIZED ON 06/01 UBER TRIP HELP.UBER.COM CA S589152604488484 CARD 6361 | Uber ride for station |
| 6/3/2019 | $139.43 | PURCHASE AUTHORIZED ON 05/31 UBER TRIP HELP.UBER.COM CA S469152186790670 CARD 6361 | Uber ride for station |
| 6/3/2019 | $37.06 | PURCHASE AUTHORIZED ON 05/31 Amazon.com*MN6862Y Amzn.com/bill WA S309151636073224 CARD 6361 | General supplies |
| 6/3/2019 | $137.91 | PURCHASE AUTHORIZED ON 05/31 Amazon.com*M62K81N Amzn.com/bill WA S389151536499689 CARD 6361 | General supplies |
| 6/3/2019 | $42.02 | PURCHASE AUTHORIZED ON 05/31 AMERICAN AIR001064 FORT WORTH TX S469151527974332 CARD 6361 | Flight |
| 6/3/2019 | $35.02 | PURCHASE AUTHORIZED ON 05/31 AMERICAN AIR001064 FORT WORTH TX S469151527974332 CARD 6361 | Flight |

| Date | Amount | | Description | Category |
|---|---|---|---|---|
| 6/3/2019 | $245.87 | | PURCHASE AUTHORIZED ON 05/31 AMZN Mktp US*MN6EO Amzn.com/bill WA S389151527289821 CARD 6361 | General supplies |
| 6/3/2019 | $75.00 | | PURCHASE AUTHORIZED ON 05/31 AMERICAN AIR001064 FORT WORTH TX S469151518259206 CARD 6361 | Flight |
| 6/3/2019 | $75.00 | | PURCHASE AUTHORIZED ON 05/31 AMERICAN AIR001064 FORT WORTH TX S469151518259206 CARD 6361 | Flight |
| 6/3/2019 | $195.87 | 1515 | PURCHASE AUTHORIZED ON 05/31 AMZN Mktp US*MN5AG Amzn.com/bill WA S389151508069537 CARD 6361 | General supplies |
| 6/3/2019 | $90.77 | | PURCHASE AUTHORIZED ON 05/30 POSTMATES ECF7F MI 8778877815 CA S589151129640467 CARD 6361 | Food for station staff |
| 5/31/2019 | $30.45 | | PURCHASE RETURN AUTHORIZED ON 06/01 AMERICAN AIR001064 FORT WORTH TX S619154547928197 CARD 6361 | Flight |
| 7/3/2019 | $21.13 | | USPS Devises sent to Dallas for repair | Divises sent to Dallas for repairs |
| 7/3/2019 | $55.33 | | Falcos Pizza for SameDay Drivers | Food for station staff |
| 7/23/2019 | $136.20 | | Dunkin Donuts DCH1 | Food for station staff |
| 7/13/2019 | $25.00 | | Yellow Taxi | Ride to and from Station |
| 7/19/2019 | $28.80 | | Yellow Taxi | Ride to and from Station |
| 7/20/2019 | $27.00 | | Yellow Taxi | Ride to and from Station |
| 7/22/2019 | $24.30 | | Yellow Taxi | Ride to and from Station |
| 7/23/2019 | $30.60 | | Yellow Taxi | Ride to and from Station |
| 7/23/2019 | $461.30 | | Terry Lenoir Payroll 7/1 - 7/15- 2019 | Pay to Terry salary because accounting manger and George sent to me to pay this |
| 5/28/2019 | $649.50 | | Cullum LBS Investments - Dallas Rabbit devices | Repair of devices |
| 6/29/2019 | $68.88 | | DCH1 Cupcakes | Food for station staff |
| 7/12/2019 | $101.18 | | Lunch for Amazon | Food for station staff |
| 7/7/2019 | $72.00 | | U-Stor-It, Lisle. DCH3 | Storage for DCH3 |
| 7/11/2019 | $336.35 | | ABC Wire Chicago IL Phone chargers for DCH1 | Phone chargers |
| 1/8/2019 | $140.50 | | Extra Space Storage for DCH1 - Auto pay on my personal account | Extra storage for Chicago |
| 2/8/2019 | $140.50 | | Extra Space Storage for DCH1 - Auto pay on my personal account | Extra storage for Chicago |
| 3/8/2019 | $140.50 | | Extra Space Storage for DCH1 - Auto pay on my personal account | Extra storage for Chicago |
| 4/8/2019 | $159.50 | | Extra Space Storage for DCH1 - Auto pay on my personal account | Extra storage for Chicago |
| 5/8/2019 | $159.50 | | Extra Space Storage for DCH1 - Auto pay on my personal account | Extra storage for Chicago |
| 6/8/2019 | $159.50 | | Extra Space Storage for DCH1 - Auto pay on my personal account | Extra storage for Chicago |

| Date | Amount | Description | Notes |
|---|---|---|---|
| 7/9/2019 | $159.50 | Extra Space Storage for DCH1 - Auto pay on my personal account | Extra storage for Chicago |
| 3/25/2019 | -$72.00 | U-Stor-It, Lisle. DCH3 | Extra storage for Chicago |
| 4/26/2019 | -$72.00 | U-Stor-It, Lisle. DCH3 | Extra storage for Chicago |
| 5/22/2019 | -$72.00 | U-Stor-It, Lisle. DCH3 | Extra storage for Chicago |
| 7/22/2019 | -$72.00 | U-Stor-It, Lisle. DCH3 | Extra storage for Chicago |
| 7/24/2019 | -$577.98 | Southwest Flight | Flight |
| 6/27/2019 | $251.85 | Steak 48 - Dinner for Chicago Scoobeez team | Meal for Chicago team |
| See Sheet Uber Chicago | $1,760.82 | Several Uber rides in Chicago | Several Uber rides, see breakdown on the tab and receipts |
| 7/25/2019 | $500.00 | Lincoln rowing reimbursement for DCH1 vehicle - Towing services | Vichles towing fees |
| Dallas | | | |
| 8/4/2019 | $546.98 | Southwest Airline | Flight |
| 8/7/2019 | $584.30 | American Airline | Flight |
| 8/7/2019 | $1,651.45 | Hyatt Hotel Dallas | Hotel stay in Dallas |
| 8/6/2019 | $163.80 | Amazon Prime Now | General items for station and office |
| 8/6/2019 | $405.00 | Onsite Detail Farmers Branch | Feet wash and detail DDA1 |
| 8/7/2019 | $720.00 | Onsite Detail Garland | Feet wash and detail DDA2 |
| 8/8/2019 | $600.00 | Onsite Detail Fort Worth | Feet wash and detail DDA3 |
| 8/7/2019 | $130.25 | Cardona's Dallas Team | Meal for office and field staff |
| 8/7/2019 | $46.00 | Race Track gas station | Fuel for vehicles for DDA2 |
| 8/8/2019 | $119.45 | In&Out Burgers SCBZ/Amazon Team Garland | Lunch for station |
| 8/8/2019 | $621.30 | Uber Charges 8/4 to 8/8 - Invoives attached - See Uber Dallas Sheet | Several Uber rides, see breakdown on the tab and receipts |
| 8/3/2019 | $162.37 | A Auto Unlock to unlock van in Dallas due to key issues with the van | Locksmith to fix key issues |
| | $58,295.59 | | |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403

**A true and correct copy of the foregoing document entitled (***specify***): REPLY TO HILLAIR CAPITAL MANAGEMENT LLC'S OPPOSITION AND DEBTORS' LIMITED OBJECTION TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM:** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below.

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/15/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **John-Patrick M Fritz**   jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Riebert Sterling Henderson**   shenderson@gibbsgiden.com
- **Vivian Ho**   BKClaimConfirmation@ftb.ca.gov
- **Alvin Mar**   alvin.mar@usdoj.gov
- **Ashley M McDow**   amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- **Stacey A Miller**   smiller@tharpe-howell.com
- **Kevin H Morse**   kmorse@clarkhill.com, blambert@clarkhill.com
- **Shane J Moses**   smoses@foley.com
- **Akop J Nalbandyan**   jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- **Rejoy Nalkara**   rejoy.nalkara@americaninfosource.com
- **Anthony J Napolitano**   anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
- **David L. Neale**   dln@lnbyb.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Gregory M Salvato**   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
- **Jeffrey S Shinbrot**   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **Steven M Spector**   sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Eric K Yaeckel**   yaeckel@sullivanlawgroupapc.com
- 

**X   2.  SERVED BY UNITED STATES MAIL**:  On (*date*) 1/15/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
NEF
**Conway MacKenzie, Inc.**
333 S Hope St Ste 3625
Los Angeles, CA 90071

**Daimler Trust**
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

**Levene Neale Bender Yoo & Brill LLP**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

<u>**X   3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>1/15/2020</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/15/2020 | Jeffrey Shinbrot | /s/Jeffrey Shinbrot |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**