UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re: | | CHAPTER 11 (BUSINESS) | |
|---|---|---|---|
| Scoobeez | | Case Number: | 2:19-BK-14989-WB |
| | | | |
| | | Operating Report Number: | 8 |
| | Debtor(s) | For the Month Ending: | 12/1/2019 to 12/31/2019 |

I. CASH RECEIPTS AND DISBURSEMENTS

A. (GENERAL ACCOUNT*)

|  |  |
|---|---|
| BEGINNING BALANCE AS OF PETITION DATE | 697,628 |
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 27,579,567 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 26,811,301 |
| 3. BEGINNING BALANCE: | 1,465,894 |

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 4,299,904 |
| Accounts Receivable - Pre-filing | |
| General Sales | |
| Other (Specify)   Booking service refund (Hotels.com) | 216 |
| | |
| | |
| | |

| | |
|---|---|
| TOTAL RECEIPTS THIS PERIOD: | 4,300,120 |
| 5. BALANCE: | 5,766,014 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 2,066,243 |
| Disbursements (from page 2) | 1,611,333 |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:** | 3,677,576 |
| 7. ENDING BALANCE: | 2,088,438 |

8. General Account Number(s):          ******3680

| | |
|---|---|
| | DIP Operating & Operating (Legacy) Wells Fargo |
| | 3200 Foothill, Blvd. |
| Depository Name & Location: | La Crescenta, CA 91214 |

* All receipts must be deposited into the general account.

**This amount should be the same as the total from page 2.

**TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/01/2019 | 1727 | Implicit Labs Inc | IT Services | | 12,200.00 | 12,200.00 |
| 12/02/2019 | Debit Card | Adobe Creative Cloud | Dues & Subscriptions | | 33.98 | 33.98 |
| 12/02/2019 | Debit Card | Indeed | Recruitment Expense | | 501.20 | 501.20 |
| 12/02/2019 | Debit Card | Indeed | Recruitment Expense | | 153.81 | 153.81 |
| 12/02/2019 | 1736 | Karen Soto Ridge | Worker's Compensation | | 2,500.00 | 2,500.00 |
| 12/02/2019 | 1737 | Pinnacle Case Management Solutions, LLC | Worker's Compensation | | 2,902.28 | 2,902.28 |
| 12/02/2019 | Debit Card | Swizznet | Dues & Subscriptions | | 125.98 | 125.98 |
| 12/02/2019 | Wire | Wells Fargo Bank | Payroll | 15,000.00 | | 15,000.00 |
| 12/03/2019 | Debit Card | Google Service | Dues & Subscriptions | | 2,308.33 | 2,308.33 |
| 12/03/2019 | Debit Card | Indeed | Recruitment Expense | | 505.38 | 505.38 |
| 12/03/2019 | 1738 | Maria Estrada | Janitor Expenses | | 656.25 | 656.25 |
| 12/03/2019 | Debit Card | Offix | Office Expenses | | 510.00 | 510.00 |
| 12/03/2019 | Wire | PEX Holding | Fuel Expenses | | 35,000.00 | 35,000.00 |
| 12/03/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/03/2019 | Wire | Wells Fargo Bank | Payroll | 744,292.00 | | 744,292.00 |
| 12/03/2019 | Wire | Wells Fargo Bank | Tax | 241,077.00 | | 241,077.00 |
| 12/04/2019 | 1739 | Albert Uresti, MPA, PCC | Property Tax | | 34.91 | 34.91 |
| 12/04/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 0.52 | 0.52 |
| 12/04/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 153.92 | 153.92 |
| 12/04/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 63.05 | 63.05 |
| 12/04/2019 | Debit Card | City National Plaza | Parking Expenses | | 42.00 | 42.00 |
| 12/04/2019 | 1740 | Daniel Pelaez | Shipping & Delivery Expenses | | 8.05 | 8.05 |
| 12/04/2019 | Wire | Hertz Corporation | Vehicle Expenses | | 108,495.29 | 108,495.29 |
| 12/04/2019 | Wire | Hillair Capital Management | Per Cash collateral stipulation | | 40,000.00 | 40,000.00 |
| 12/04/2019 | Debit Card | LA Superior Court | Citation | | 905.00 | 905.00 |
| 12/04/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/04/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/05/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 62.78 | 62.78 |
| 12/05/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 207.91 | 207.91 |
| 12/05/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 16.50 | 16.50 |
| 12/05/2019 | 1747 | Booster Fuels, Inc. | Fuel Expenses | | 2,276.29 | 2,276.29 |
| 12/05/2019 | 1748 | Booster Fuels, Inc. | Fuel Expenses | | 2,481.10 | 2,481.10 |
| 12/05/2019 | 1749 | Booster Fuels, Inc. | Fuel Expenses | | 3,553.96 | 3,553.96 |
| 12/05/2019 | 1750 | Booster Fuels, Inc. | Fuel Expenses | | 3,477.73 | 3,477.73 |
| 12/05/2019 | 1751 | Booster Fuels, Inc. | Fuel Expenses | | 3,387.07 | 3,387.07 |
| 12/05/2019 | 1752 | Booster Fuels, Inc. | Fuel Expenses | | 1,041.85 | 1,041.85 |
| 12/05/2019 | 1753 | Booster Fuels, Inc. | Fuel Expenses | | 1,399.84 | 1,399.84 |
| 12/05/2019 | 1746 | Garo Dekirmendjian | Rent Expenses | | 10,500.00 | 10,500.00 |
| 12/05/2019 | 1742 | Haik Madoyan | Fuel Expenses | | 84.00 | 84.00 |
| 12/05/2019 | 1744 | Imres Appl | Repair & Maintenance | | 254.00 | 254.00 |
| 12/05/2019 | Debit Card | Indeed | Recruitment Expense | | 501.53 | 501.53 |
| 12/05/2019 | 1741 | Marco Briseno | Other Expenses (Gardening) | | 400.00 | 400.00 |
| 12/05/2019 | 1743 | Marco Briseno | Other Expenses (Gardening) | | 200.00 | 200.00 |
| 12/05/2019 | Debit Card | ServerMania | Office Expenses | | 250.00 | 250.00 |
| 12/05/2019 | 1745 | Three Two Seven Family Management, LLC | Rent Expenses | | 2,334.50 | 2,334.50 |
| 12/06/2019 | ACH | Accurate Background LLC | Employee Background Test | | 8,132.27 | 8,132.27 |
| 12/06/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 28.68 | 28.68 |
| 12/06/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 135.57 | 135.57 |
| 12/06/2019 | Debit Card | Amazon Prime on line | Office Expenses | | 162.20 | 162.20 |
| 12/06/2019 | 1755 | Charter Spectrum - Ft Worth | Utility Expenses | | 187.88 | 187.88 |
| 12/06/2019 | 1754 | City of Glendale Water & Power | Utility Expenses | | 981.43 | 981.43 |
| 12/06/2019 | Debit Card | Indeed | Recruitment Expense | | 508.27 | 508.27 |
| 12/06/2019 | Debit Card | Shutter Stock | Dues & Subscriptions | | 199.00 | 199.00 |
| 12/06/2019 | Debit Card | Twilio | Dues & Subscriptions | | 40.05 | 40.05 |
| 12/06/2019 | Debit Card | UBER | Travel Expenses | | 29.94 | 29.94 |
| 12/09/2019 | Debit Card | Indeed | Recruitment Expense | | 502.45 | 502.45 |
| 12/09/2019 | Wire | First Insurance | Insurance | | 41,276.00 | 41,276.00 |
| 12/09/2019 | Debit Card | Nates Cell Phone | Phone Repair | | 3,030.77 | 3,030.77 |
| 12/09/2019 | Wire | PEX Holding | Fuel Expenses | | 35,000.00 | 35,000.00 |
| 12/09/2019 | 1756 | Spectrum San Antonio | Utility Expenses | | 328.43 | 328.43 |
| 12/09/2019 | 1757 | Spectrum/La Crescenta | Utility Expenses | | 294.98 | 294.98 |
| 12/09/2019 | 1758 | SuperVision | Employee Background Test | | 260.50 | 260.50 |
| 12/09/2019 | Debit Card | Twilio | Dues & Subscriptions | | 50.00 | 50.00 |
| 12/09/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/09/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |

| Date | Check/Type | Payee | Description | | | |
|---|---|---|---|---|---|---|
| 12/09/2019 | Debit Card | Zip Recruiter | Recruitment Expense | | 1,199.00 | 1,199.00 |
| 12/10/2019 | 1761 | Athens Services | Utility Expenses | | 174.25 | 174.25 |
| 12/10/2019 | 1759 | City of Los Angeles | Citation | | 93.00 | 93.00 |
| 12/10/2019 | 1771 | Devino Group | IT Services | | 2,000.00 | 2,000.00 |
| 12/10/2019 | Debit Card | Indeed | Recruitment Expense | | 500.87 | 500.87 |
| 12/10/2019 | 1760 | S & S Lab Services | Office Expenses | | 350.00 | 350.00 |
| 12/10/2019 | Debit Card | Twilio | Dues & Subscriptions | | 40.04 | 40.04 |
| 12/11/2019 | 1763 | AT&T Mobility | Telephone Service Expenses | | 20,342.29 | 20,342.29 |
| 12/11/2019 | 1762 | Foothill Plumbing | Repair & Maintenance | | 105.00 | 105.00 |
| 12/11/2019 | Wire | Hertz Corporation | Vehicle Expenses | | 114,298.78 | 114,298.78 |
| 12/11/2019 | Wire | Hillair Capital Management | Per Cash collateral stipulation | | 40,000.00 | 40,000.00 |
| 12/11/2019 | Debit Card | ServerMania | Office Expenses | | 107.10 | 107.10 |
| 12/11/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/11/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/12/2019 | 1764 | Booster Fuels, Inc. | Fuel Expenses | | 2,587.66 | 2,587.66 |
| 12/12/2019 | 1765 | Booster Fuels, Inc. | Fuel Expenses | | 4,345.72 | 4,345.72 |
| 12/12/2019 | 1766 | Booster Fuels, Inc. | Fuel Expenses | | 3,834.45 | 3,834.45 |
| 12/12/2019 | 1767 | Booster Fuels, Inc. | Fuel Expenses | | 1,237.39 | 1,237.39 |
| 12/12/2019 | 1768 | Booster Fuels, Inc. | Fuel Expenses | | 3,844.28 | 3,844.28 |
| 12/12/2019 | 1769 | Booster Fuels, Inc. | Fuel Expenses | | 1,575.80 | 1,575.80 |
| 12/12/2019 | 1770 | Booster Fuels, Inc. | Fuel Expenses | | 2,342.82 | 2,342.82 |
| 12/12/2019 | Debit Card | Extra Space Storage | Rent Expenses | | 159.50 | 159.50 |
| 12/12/2019 | Debit Card | Indeed | Recruitment Expense | | 504.22 | 504.22 |
| 12/13/2019 | Debit Card | Adobe Creative Cloud | Dues & Subscriptions | | 24.99 | 24.99 |
| 12/13/2019 | Debit Card | Best Buy | Office Expenses | | 849.88 | 849.88 |
| 12/13/2019 | Debit Card | Confirm Biosciences | Employee Background Test | | 800.00 | 800.00 |
| 12/13/2019 | Debit Card | Confirm Biosciences | Employee Background Test | | 800.00 | 800.00 |
| 12/13/2019 | Debit Card | Indeed | Recruitment Expense | | 500.17 | 500.17 |
| 12/13/2019 | Debit Card | ServerMania | Office Expenses | | 93.60 | 93.60 |
| 12/13/2019 | Debit Card | Twilio | Dues & Subscriptions | | 40.17 | 40.17 |
| 12/13/2019 | Debit Card | Wal-Mart | Office Expenses | | 97.41 | 97.41 |
| 12/16/2019 | Debit Card | American Airlines | Travel Expenses | | 288.30 | 288.30 |
| 12/16/2019 | Debit Card | Delta Air | Travel Expenses | | 215.30 | 215.30 |
| 12/16/2019 | 1772 | Medspring Urgent Care | Worker's comp | | 219.00 | 219.00 |
| 12/16/2019 | Debit Card | Expedia | Travel Expenses | | 4.42 | 4.42 |
| 12/16/2019 | Debit Card | Hotels.com | Travel Expenses | | 215.76 | 215.76 |
| 12/16/2019 | Debit Card | Hotels.com | Travel Expenses | | 348.06 | 348.06 |
| 12/16/2019 | Debit Card | Indeed | Recruitment Expense | | 500.85 | 500.85 |
| 12/16/2019 | 1773 | John Anderson | Van Wash | | 2,045.92 | 2,045.92 |
| 12/16/2019 | Wire | PEX Holding | Fuel Expenses | | 5,000.00 | 5,000.00 |
| 12/16/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/17/2019 | Wire | Hillair Capital Management | Special Cousel | | 100,000.00 | 100,000.00 |
| 12/17/2019 | Debit Card | Indeed | Recruitment Expense | | 508.79 | 508.79 |
| 12/17/2019 | Wire | Innovative | Insurance | | 55,303.67 | 55,303.67 |
| 12/17/2019 | Debit Card | Nates Cell Phone | Phone Repair | | 2,823.30 | 2,823.30 |
| 12/17/2019 | Wire | PEX Holding | Fuel Expenses | | 40,000.00 | 40,000.00 |
| 12/17/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/17/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/17/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/18/2019 | Wire | Buchalter | BK Related Fees | | 35,519.58 | 35,519.58 |
| 12/18/2019 | 1779 | Crescenta Valley Water District | Utility Expenses | | 1,503.11 | 1,503.11 |
| 12/18/2019 | 1776 | Force 10 Partners | BK Related Fees | | 40,000.00 | 40,000.00 |
| 12/18/2019 | Wire | Hertz Corporation | Vehicle Expenses | | 103,781.81 | 103,781.81 |
| 12/18/2019 | Wire | Hillair Capital Management | Per Cash collateral stipulation | | 40,000.00 | 40,000.00 |
| 12/18/2019 | 1778 | Hydrex Pest & Termite Co. | Utility Expenses | | 140.00 | 140.00 |
| 12/18/2019 | 1775 | Maria Estrada | Janitor Expenses | | 720.00 | 720.00 |
| 12/18/2019 | Wire | Olshan | BK Related Fees | | 14,480.42 | 14,480.42 |
| 12/18/2019 | Debit Card | ServerMania | Office Expenses | | 7.07 | 7.07 |
| 12/18/2019 | Debit Card | ServerMania | Office Expenses | | 20.93 | 20.93 |
| 12/18/2019 | Debit Card | UBER | Travel Expenses | | 14.30 | 14.30 |
| 12/18/2019 | Debit Card | UBER | Travel Expenses | | 29.14 | 29.14 |
| 12/18/2019 | Debit Card | UBER | Travel Expenses | | 0.98 | 0.98 |
| 12/18/2019 | Debit Card | USPS | Shipping & Delivery Expenses | | 11.20 | 11.20 |
| 12/18/2019 | 1777 | Verizon | Telephone Service Expenses | | 5,145.22 | 5,145.22 |
| 12/18/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/18/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/18/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/18/2019 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 12/18/2019 | Wire | Wells Fargo Bank | Payroll | 834,672.58 | | 834,672.58 |
| 12/18/2019 | Wire | Wells Fargo Bank | Tax | 231,200.98 | | 231,200.98 |
| 12/19/2019 | 1780 | Booster Fuels, Inc. | Fuel Expenses | | 2,046.72 | 2,046.72 |

| Date | Number | Payee | Category | Amount | Amount |
|---|---|---|---|---|---|
| 12/19/2019 | 1781 | Booster Fuels, Inc. | Fuel Expenses | 3,609.25 | 3,609.25 |
| 12/19/2019 | 1782 | Booster Fuels, Inc. | Fuel Expenses | 1,406.41 | 1,406.41 |
| 12/19/2019 | 1783 | Booster Fuels, Inc. | Fuel Expenses | 3,926.49 | 3,926.49 |
| 12/19/2019 | 1784 | Booster Fuels, Inc. | Fuel Expenses | 1,615.80 | 1,615.80 |
| 12/19/2019 | 1785 | Booster Fuels, Inc. | Fuel Expenses | 2,842.39 | 2,842.39 |
| 12/19/2019 | 1786 | Booster Fuels, Inc. | Fuel Expenses | 3,719.85 | 3,719.85 |
| 12/19/2019 | Debit Card | Indeed | Recruitment Expense | 502.28 | 502.28 |
| 12/20/2019 | Debit Card | Amazon Prime on line | Office Expenses | 92.81 | 92.81 |
| 12/20/2019 | Debit Card | Amazon Prime on line | Office Expenses | 153.90 | 153.90 |
| 12/20/2019 | 1790 | City of Los Angeles | Citation | 93.00 | 93.00 |
| 12/20/2019 | 1789 | DMV | Employee Background Test | 29.00 | 29.00 |
| 12/20/2019 | Debit Card | Indeed | Recruitment Expense | 501.70 | 501.70 |
| 12/20/2019 | Debit Card | Live Agent Recurring | Dues & Subscriptions | 469.00 | 469.00 |
| 12/20/2019 | 1788 | LNBY&B | BK Related Fees | 12,500.00 | 12,500.00 |
| 12/20/2019 | Debit Card | U-STOR-IT | Rent Expenses | 92.00 | 92.00 |
| 12/23/2019 | 1796 | Aden  Ghevondyan  ( Expense account) | Travel Expenses | 503.93 | 503.93 |
| 12/23/2019 | Debit Card | Amazon Prime on line | Office Expenses | 153.60 | 153.60 |
| 12/23/2019 | Debit Card | Amazon Prime on line | Office Expenses | 97.41 | 97.41 |
| 12/23/2019 | Debit Card | Amazon Prime on line | Office Expenses | 14.32 | 14.32 |
| 12/23/2019 | Debit Card | Amazon Prime on line | Office Expenses | 63.62 | 63.62 |
| 12/23/2019 | Debit Card | Amazon Prime on line | Office Expenses | 18.35 | 18.35 |
| 12/23/2019 | Debit Card | Dropbox | Dues & Subscriptions | 19.99 | 19.99 |
| 12/23/2019 | Wire | Foley and Lardner | BK Related Fees | 52,500.00 | 52,500.00 |
| 12/23/2019 | 1797 | George Voskanian (Expense) | Travel Expenses | 4,170.26 | 4,170.26 |
| 12/23/2019 | Debit Card | Halo Branded Solution | Uniforms | 905.65 | 905.65 |
| 12/23/2019 | Debit Card | Halo Branded Solution | Uniforms | 789.71 | 789.71 |
| 12/23/2019 | Wire | Hertz Corporation | Vehicle Expenses | 76,524.93 | 76,524.93 |
| 12/23/2019 | Wire | Hillair Capital Management | Per Cash collateral stipulation | 40,000.00 | 40,000.00 |
| 12/23/2019 | Debit Card | Indeed | Recruitment Expense | 500.99 | 500.99 |
| 12/23/2019 | Debit Card | Indeed | Recruitment Expense | 501.87 | 501.87 |
| 12/23/2019 | 1792 | Karen Soto Ridge | Worker's Compensation | 2,500.00 | 2,500.00 |
| 12/23/2019 | Debit Card | Liberty Mutual Insurance | Insurance | 968.00 | 968.00 |
| 12/23/2019 | Wire | PEX Holding | Fuel Expenses | 25,000.00 | 25,000.00 |
| 12/23/2019 | 1793 | Ready Refresh by Nestle | Office Expenses | 135.90 | 135.90 |
| 12/23/2019 | 1794 | Ready Refresh by Nestle | Office Expenses | 62.03 | 62.03 |
| 12/23/2019 | Debit Card | ServerMania | Office Expenses | 63.00 | 63.00 |
| 12/23/2019 | Debit Card | SignNow | Dues & Subscriptions | 180.00 | 180.00 |
| 12/23/2019 | 1795 | SoCalGas | Utility Expenses | 107.39 | 107.39 |
| 12/23/2019 | Debit Card | Twilio | Dues & Subscriptions | 40.00 | 40.00 |
| 12/23/2019 | 1791 | WCMD, Inc | Worker's Compensation | 5,650.00 | 5,650.00 |
| 12/23/2019 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 12/23/2019 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 12/23/2019 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 12/23/2019 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 12/24/2019 | Debit Card | Microsoft Store | Office Expenses | 149.99 | 149.99 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 20.00 | 20.00 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 20.00 | 20.00 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 20.00 | 20.00 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 358.93 | 358.93 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 1,050.00 | 1,050.00 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 3,829.61 | 3,829.61 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 4,414.61 | 4,414.61 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 3,724.61 | 3,724.61 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 4,491.76 | 4,491.76 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 4,560.86 | 4,560.86 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 4,567.26 | 4,567.26 |
| 12/26/2019 | ACH | ADP | Payroll Processing Fees | 4,106.51 | 4,106.51 |
| 12/26/2019 | Debit Card | Amazon Prime on line | 10 top Driver Christmas Bonus | 500.00 | 500.00 |
| 12/26/2019 | Debit Card | Amazon Prime on line | 10 top Driver Christmas Bonus | 250.00 | 250.00 |
| 12/26/2019 | Debit Card | Amazon Prime on line | 10 top Driver Christmas Bonus | 250.00 | 250.00 |
| 12/26/2019 | Debit Card | Indeed | Recruitment Expense | 503.13 | 503.13 |
| 12/26/2019 | Debit Card | Rackspace Cloud | Dues & Subscriptions | 891.81 | 891.81 |
| 12/27/2019 | ACH | ADP | Payroll Processing Fees | 20.00 | 20.00 |
| 12/27/2019 | 1800 | Booster Fuels, Inc. | Fuel Expenses | 3,652.27 | 3,652.27 |
| 12/27/2019 | 1801 | Booster Fuels, Inc. | Fuel Expenses | 4,049.40 | 4,049.40 |
| 12/27/2019 | 1802 | Booster Fuels, Inc. | Fuel Expenses | 1,663.14 | 1,663.14 |
| 12/27/2019 | 1798 | Booster Fuels, Inc. | Fuel Expenses | 1,426.47 | 1,426.47 |
| 12/27/2019 | 1799 | Booster Fuels, Inc. | Fuel Expenses | 1,249.68 | 1,249.68 |
| 12/27/2019 | 1803 | Booster Fuels, Inc. | Fuel Expenses | 2,654.87 | 2,654.87 |
| 12/27/2019 | 1804 | Booster Fuels, Inc. | Fuel Expenses | 3,628.57 | 3,628.57 |
| 12/27/2019 | Debit Card | Domino's Pizza | Company holiday Lunch | 52.85 | 52.85 |

| 12/27/2019 | Debit Card | Indeed | Recruitment Expense | 500.29 | 500.29 |
|---|---|---|---|---|---|
| 12/27/2019 | Debit Card | Mailchimp | Office Expenses | 34.99 | 34.99 |
| 12/30/2019 | Debit Card | Amazon Prime on line | Employee Bonus | 2,000.00 | 2,000.00 |
| 12/30/2019 | Debit Card | Indeed | Recruitment Expense | 501.07 | 501.07 |
| 12/30/2019 | Debit Card | Liquid Web LLC | Dues & Subscriptions | 1,518.00 | 1,518.00 |
| 12/30/2019 | Debit Card | Nates Cell Phone | Phone Repair | 2,303.02 | 2,303.02 |
| 12/30/2019 | Debit Card | UBER | Travel Expenses | 17.01 | 17.01 |
| 12/30/2019 | Debit Card | UBER | Travel Expenses | 15.69 | 15.69 |
| 12/30/2019 | 1805 | Valiant Anesthesia Assoc. | Worker's Compensation | 684.92 | 684.92 |
| 12/31/2019 | Debit Card | Amazon Prime on line | Office Expenses | 19.79 | 19.79 |
| 12/31/2019 | Debit Card | Amazon Prime on line | Office Expenses | 43.25 | 43.25 |
| 12/31/2019 | 1808 | DW Harrow & Assoc LLC | BK Related Fees | 2,500.00 | 2,500.00 |
| 12/31/2019 | 1814 | George Voskanian (Expense) | Travel Expenses | 475.58 | 475.58 |
| 12/31/2019 | 1810 | Grobstein Teeple, LLP | BK Related Fees | 2,500.00 | 2,500.00 |
| 12/31/2019 | Wire | Hertz Corporation | Vehicle Expenses | 110,804.66 | 110,804.66 |
| 12/31/2019 | Wire | Hillair Capital Management | Per Cash collateral stipulation | 40,000.00 | 40,000.00 |
| 12/31/2019 | Debit Card | Indeed | Recruitment Expense | 500.08 | 500.08 |
| 12/31/2019 | Wire | Innovative | WC Insurance | 73,450.39 | 73,450.39 |
| 12/31/2019 | 1807 | Lockton Insurance | Excess Insurance | 71,582.00 | 71,582.00 |
| 12/31/2019 | 1809 | Maria Estrada | Janitor Expenses | 806.25 | 806.25 |
| 12/31/2019 | Wire | PEX Holding | Fuel Expenses | 20,000.00 | 20,000.00 |
| 12/31/2019 | 1813 | Royal Pest Elimination | Utility Expenses | 260.00 | 260.00 |
| 12/31/2019 | 1815 | SuperVision | Employee Background Test | 126.00 | 126.00 |
| 12/31/2019 | Debit Card | Verizon | Telephone Service Expenses | 258.11 | 258.11 |
| 12/31/2019 | Debit Card | Verizon | Telephone Service Expenses | 190.88 | 190.88 |
| 12/31/2019 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 12/31/2019 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 12/31/2019 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 12/31/2019 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 2,066,243 | 1,611,333 | 3,677,575 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 12/31/2019 | Balance on Statement: | 2,250,886 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | 0 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1003 | 05/15/2019 | 151 |
| 1024 | 05/21/2019 | 23 |
| 1029 | 05/21/2019 | 28 |
| 1045 | 05/24/2019 | 1,496 |
| 1074 | 05/29/2019 | 302 |
| 1151 | 06/06/2019 | 27 |
| 1287 | 07/02/2019 | 2,000 |
| 1687 | 11/13/2019 | 263 |
| 1740 | 12/04/2019 | 8 |
| 1771 | 12/10/2019 | 2,000 |
| 1776 | 12/18/2019 | 40,000 |
| 1780 | 12/19/2019 | 2,047 |
| 1781 | 12/19/2019 | 3,609 |
| 1782 | 12/19/2019 | 1,406 |
| 1783 | 12/19/2019 | 3,926 |
| 1784 | 12/19/2019 | 1,616 |
| 1785 | 12/19/2019 | 2,842 |
| 1786 | 12/19/2019 | 3,720 |
| 1793 | 12/23/2019 | 136 |
| 1794 | 12/23/2019 | 62 |
| 1800 | 12/27/2019 | 3,652 |
| 1801 | 12/27/2019 | 4,049 |
| 1802 | 12/27/2019 | 1,663 |
| 1798 | 12/27/2019 | 1,426 |
| 1799 | 12/27/2019 | 1,250 |
| 1803 | 12/27/2019 | 2,655 |
| 1804 | 12/27/2019 | 3,629 |
| 1805 | 12/30/2019 | 685 |
| 1808 | 12/31/2019 | 2,500 |
| 1809 | 12/31/2019 | 806 |
| 1810 | 12/31/2019 | 2,500 |
| 1807 | 12/31/2019 | 71,582 |
| 1813 | 12/31/2019 | 260 |
| 1815 | 12/31/2019 | 126 |

| | |
|---|---|
| TOTAL OUTSTANDING CHECKS: | 162,447 |

Bank statement Adjustments:
Explanation of Adjustments-

| |
|---|
| |

| | |
|---|---|
| ADJUSTED BANK BALANCE: | 2,088,438 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 10,047,435 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 10,046,976 |
| 3.  BEGINNING BALANCE: | 459 |
| 4.  RECEIPTS DURING CURRENT PERIOD:<br>    (Transfer from General Account) | 1,593,965 |
| 5.  BALANCE: | 1,594,424 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>    TOTAL DISBURSEMENTS THIS PERIOD:*** | 1,579,732 |
| 7.  ENDING BALANCE: | 14,691 |

8.    PAYROLL Account Number(s):          ******8415

Depository Name & Location:          DIP Payroll Wells Fargo
3200 Foothill, Blvd.
La Crescenta, CA 91214

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
| --- | --- | --- | --- | --- |
| 12/02/2019 | 704 | Zackery Durham | Final check 1116-11212019 | 266.87 |
| 12/02/2019 | 708 | Auquasia Singletary | Replacement check 1101-11152019 | 743.88 |
| 12/02/2019 | 712 | Maya Thomas | Final check 1101-11062019 | 324.47 |
| 12/02/2019 | 716 | Bryan Foster | Final check 1116-11262019 | 258.12 |
| 12/02/2019 | 715 | Fernando Barajas | Final check 1116-11262019 | 475.01 |
| 12/02/2019 | 717 | Jilberto Galvan | Final check 1116-11292019 | 996.66 |
| 12/02/2019 | 718 | Andrew Sythammavong | Final check 1116-11292019 | 617.49 |
| 12/02/2019 | 719 | Hezekial Shiel | Final check 1116-11302019 | 485.05 |
| 12/02/2019 | 720 | William Taffet | Replacement check | 979.52 |
| 12/02/2019 | 721 | Andrew Sythammavong | Final check 1116-11292019 | 356.36 |
| 12/02/2019 | 722 | Julio Rojo | Final check 1116-11302019 | 370.79 |
| 12/02/2019 | 723 | Edward Jimenez | Final check 1116-11302019 | 816.59 |
| 12/02/2019 | 724 | Justin Hernandez | Final check 1116-11302019 | 404.66 |
| 12/02/2019 | 725 | Kathy Hicks | Fees for the period 1116-11302019 | 1,837.50 |
| 12/02/2019 | 726 | Kathy Hicks | Fees for the period 1116-11302019 OT | 760.00 |
| 12/02/2019 | 727 | Shane Jerger | Final check 1201-12022019 | 35.63 |
| 12/03/2019 | Wire | ADP | Payroll | 715,389.24 |
| 12/03/2019 | Deduction | Wells Fargo Bank | Bank Fees | 5 |
| 12/04/2019 | 728 | Julio Rojo | Final check 1201-12042019 | 130.18 |
| 12/04/2019 | 729 | Rodrigo Hernandez | Final check 1201-12042019 | 290.27 |
| 12/04/2019 | Wire | ADP | Payroll | 4,704.87 |
| 12/04/2019 | Deduction | Wells Fargo Bank | Bank Fees | 5 |
| 12/05/2019 | 730 | Jonathan Padilla | Final check 1201-12052019 | 52.07 |
| 12/05/2019 | 731 | Doris Swain | Replacement check | 986.02 |
| 12/06/2019 | 732 | Samuel Morris | Final check | 138.66 |
| 12/06/2019 | 733 | Shakia Williams | Final check | 169.34 |
| 12/10/2019 | 734 | Monique Steward | DCH1 Bonus | 105.32 |
| 12/11/2019 | 735 | Jermaine Crawford | Final check | 44.26 |
| 12/12/2019 | 736 | Cristobal Jimenez | Final check | 32.54 |
| 12/13/2019 | 737 | David Morris | Final check | 195.02 |
| 12/13/2019 | 738 | Julio Najera | DLA9 Bonus | 110.10 |
| 12/13/2019 | 739 | Charles Ashurst | DLA9 Bonus | 110.09 |
| 12/13/2019 | 740 | Abel Ortega | DLA9 Bonus | 110.09 |
| 12/16/2019 | 741 | Adrian Perez | Final check 1201-12152019 | 973.54 |
| 12/16/2019 | 742 | Anthony Maurice Allen | Final check 1201-12152019 | 1,327.78 |
| 12/16/2019 | 743 | Kathy Hicks | Fees for the period 1201-12152019 | 1,837.50 |
| 12/16/2019 | 744 | Kathy Hicks | Fees for the period 1201-12152019 OT | 870 |
| 12/18/2019 | 746 | Hulices Garcia Ruiz | Final check 1201-12152019 | 826.67 |
| 12/18/2019 | 745 | David Rodriguez | Final check 1201-12152019 | 626.25 |
| 12/18/2019 | 747 | Arthur Ortega | Final check 1201-12152019 | 215.69 |
| 12/18/2019 | 748 | Anastacio Montoya | Final check 1201-12152019 | 1,205.91 |
| 12/18/2019 | 749 | Ismael Rivera | Final check 1201-12152019 | 978.63 |
| 12/18/2019 | 750 | Karliah Butler | Final check 1201-12152019 | 717.53 |
| 12/18/2019 | 751 | Victor Montes De Oca | Final check 1201-12152019 | 424.75 |
| 12/18/2019 | 752 | Adrian Perez | Final check 1201-12152019 | 363.6 |
| 12/18/2019 | 753 | Arthur Ortega | Final check | 130.16 |
| 12/19/2019 | 754 | Stephanie Matus | Payroll | 630.44 |
| 12/19/2019 | Deduction | Wells Fargo Bank | Bank Fees | 5.00 |
| 12/19/2019 | Deduction | Wells Fargo Bank | Bank Fees | 5.00 |
| 12/19/2019 | Wire | ADP | 1201-12152019 | 5,424.77 |
| 12/19/2019 | Wire | ADP | 1201-12152019 | 835,659.31 |

| 12/20/2019 | 755 | Joshua Jackson | Payroll adjustments | 357.4 |
| 12/23/2019 | 756 | Nicholas Solari | Bonus | 182.7 |
| 12/24/2019 | 758 | Cristian Perez | Final check 1216-12242019 | 32.54 |
| 12/24/2019 | 759 | Tyra Luck | Final check 1216-12242019 | 142.86 |
| 12/24/2019 | 760 | Grisel Vazquez | Final check 1216-12242019 | 408.36 |
| 12/30/2019 | 761 | Shawn Hernandez | Final check 1216-12302019 | 32.54 |
| 12/30/2019 | 763 | Huy Banh | Final check 1216-12302019 | 575.74 |
| 12/30/2019 | 764 | Nicholas Diaz | Final check 1216-12302019 | 208.13 |
| 12/30/2019 | 765 | Nicholas Devora | Final check 1216-12262019 | 214.99 |
| 12/16/2019 | Refund | ADP | Payroll Refund | -6952 |

TOTAL DISBURSEMENTS THIS PERIOD: 1,579,732

PAYROLL ACCOUNT

BANK RECONCILIATION

| Bank statement Date: | 12/31/2019 | Balance on Statement: | 20,183 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | - |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 121 | 6/26/2019 | 30.27 |
| 173 | 7/15/2019 | 156.15 |
| 182 | 7/18/2019 | 32.55 |
| 261 | 8/8/2019 | 32.54 |
| 302 | 8/21/2019 | 138.52 |
| 305 | 8/21/2019 | 20.79 |
| 311 | 8/21/2019 | 379.2 |
| 387 | 9/5/2019 | 75.54 |
| 396 | 9/12/2019 | 32.55 |
| 425 | 9/24/2019 | 32.54 |
| 426 | 9/24/2019 | 32.55 |
| 488 | 10/21/2019 | 43.59 |
| 498 | 10/21/2019 | 20.8 |
| 511 | 10/21/2019 | 59.42 |
| 535 | 10/21/2019 | 43.58 |
| 543 | 10/21/2019 | 43.1 |
| 547 | 10/21/2019 | 43.59 |
| 556 | 10/21/2019 | 58.78 |
| 562 | 10/21/2019 | 40.75 |
| 566 | 10/21/2019 | 43.58 |
| 582 | 10/21/2019 | 43.57 |
| 583 | 10/21/2019 | 43.58 |
| 594 | 10/23/2019 | 136.7 |
| 660 | 11/20/2019 | 110.09 |
| 661 | 11/20/2019 | 105.31 |
| 664 | 11/20/2019 | 105.32 |
| 665 | 11/20/2019 | 184.7 |
| 667 | 11/20/2019 | 111.29 |
| 672 | 11/20/2019 | 105.33 |
| 679 | 11/20/2019 | 111.29 |
| 685 | 11/20/2019 | 110.1 |
| 687 | 11/20/2019 | 111.29 |
| 688 | 11/20/2019 | 110.09 |
| 702 | 11/21/2019 | 381.1 |
| 708 | 12/2/2019 | 743.88 |
| 727 | 12/2/2019 | 35.63 |
| 759 | 12/24/2019 | 142.86 |
| 760 | 12/24/2019 | 408.36 |
| 761 | 12/30/2019 | 32.54 |
| 763 | 12/30/2019 | 575.74 |
| 764 | 12/30/2019 | 208.13 |
| 765 | 12/30/2019 | 214.99 |

TOTAL OUTSTANDING CHECKS:                                          5,492

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            14,691
\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

| | |
|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 3,202,723 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 3,173,789 |
| 3. BEGINNING BALANCE: | 28,934 |
| 4. RECEIPTS DURING CURRENT PERIOD: (Transfer from General Account) | 472,278 |

Other (Itemize):

| | |
|---|---:|
| 5. BALANCE: | 501,211.98 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD  TOTAL DISBURSEMENTS THIS PERIOD:*** | 487,104 |
| 7. ENDING BALANCE: | 14,108 |

8.    TAX Account Number(s):          ******8399

Depository Name & Location:
DIP Taxes Wells Fargo
3200 Foothill, Blvd.
La Crescenta, CA 91214

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 12/04/2019 | wire | ADP | Payroll Tax | 221,078 |
| 12/04/2019 | Deduction | Wells Fargo Bank | Bank Charges | 5 |
| 12/05/2019 | wire | ADP | Payroll Tax | 1,956 |
| 12/05/2019 | Deduction | Wells Fargo Bank | Bank Charges | 5 |
| 12/06/2019 | wire | ADP | Payroll Tax | 365 |
| 12/19/2019 | Deduction | Wells Fargo Bank | Bank Charges | 5 |
| 12/19/2019 | wire | ADP | Payroll Tax | 261,201 |
| 12/20/2019 | Deduction | Wells Fargo Bank | Bank Charges | 5 |
| 12/20/2019 | wire | ADP | Payroll Tax | 2,212 |
| 12/27/2019 | ACH | ADP | Payroll Processing Fees | 273 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 487,104 |

TAX ACCOUNT

BANK RECONCILIATION

Bank statement Date: _____12/31/2019_____     Balance on Statement: _____14,108_____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                    | 0 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    | 0 |

Bank statement Adjustments:                                              _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                    | 14,108 |

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 2,088,438 |
| Payroll Account: | 14,691 |
| Tax Account: | 14,108 |

*Other Accounts: _____     _____
                 _____     _____
*Other Monies:   _____     _____

                 **Petty Cash (from below):     0

TOTAL CASH AVAILABLE:                          2,117,237

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL PETTY CASH TRANSACTIONS:                    0

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due | |
|---|---|---|---|---|---|
| Hillair Capital | Weekly | 40,000 | 0 | 0 | |
| Parkway Commercial Realty | Monthly | 3,412 | 0 | 0 | |
| Three Two Seven Family Mmgt LLC | Monthly | 2,335 | 0 | 0 | |
| Trust 5025983 LLC | Monthly | 2,000 | 0 | 0 | |
| Bulldog Commercial Real Estate | Monthly | 10,500 | 0 | 0 | |
| ExtraSpaceStorage | Monthly | 140 | 0 | 0 | |
| The Hertz Corporation (1) | Bi-Monthly | 446,302 | 2 | 183,684 | (1) |
| Lockton Companies, LLC | Monthly | 71,022 | 0 | 0 | |
| GTR Source LLC | Monthly | 27,663 | 6 | 165,977 | |
| Hop Capital | Monthly | 37,978 | 6 | 227,870 | |
| Chrome Capital | Unknown | 350,000 | Unknown | 350,000 | (2) |
| WG Fund | Monthly | 2,722 | 6 | 16,333 | |
| Influx Capital LLC | Monthly | 3,427 | 6 | 20,564 | |
| NexGen Capital, LLC | Monthly | 28,210 | 6 | 169,257 | |
| | | | TOTAL DUE: | 1,133,684 | |

(1) Historically, the total monthly amount due and owing Hertz, which fluctuates depending on van usage, was split into two. Hertz Corportion submitted a pre-petition amounts due that is materially different from $446,302 comparising of Tolls charges that were not billed to the Debtor. Debtor is in the process of auditing all the amounts submitted to verify validity of amounts. It is likely that over $100k will be added to the balance if Debtor can successfully reduce penalties for trivial toll charges that in some cases are $500 or $1,000 per toll charge.

(2) Based upon the limited settlement documentation relating to Chrome Capital that the debtors are in possession of, it appears that the total settlement amount was $350K, of which none was paid (although it is unclear whether and when any settlement payments were or are due, given the lack of settlement documentation in this regard).

III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00
Total Wages Paid: 1,579,732

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0 | 0 | |

(1) Hertz Corportion submitted a pre-petition amounts due that is materially different from $446,302 comparising of Tolls charges that were not billed to the Debtor. Debtor is in the process of auditing all the amounts submitted to verify validity of amounts. It is likely that over $100k will be added to the balance if Debtor can successfully reduce penalties for trivial toll charges that in some cases are $500 or $1,000 per toll charge.

### IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| Current | 279,800 | - | 3,748,745 |
| 1 - 30 days | 4,494 | - | - |
| 31 - 60 days | - | - | - |
| 61 - 90 days | - | - | - |
| 91 - 120 days | 33,696 | - | - |
| Over 120 days | 139,777 | 344,788 | - |
| TOTAL: | 457,767 | 344,788 | 3,748,745 |

### V. INSURANCE COVERAGE

| | Type | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) | |
|---|---|---|---|---|---|---|
| | General Liability | Lockton Insurance Brokers, LLC | $300k to $1M | 3/31/2020 | 12/31/2019 | |
| | Worker's Compensation | Innovative (CA/IL) | No limit, w $10k deductible | 1/31/2020 | 12/31/2019 | |
| | Worker's Compensation | Self Insured in Texas | Self Insured | Monthly | 12/31/2019 | (1) |
| | Vehicle | Hertz | $0-300K | 3/1/2020 | 1/1/2020 | (2) |
| Others: | Umbrella | First Insurance Funding | $1M | 9/15/2020 | 1/1/2020 | |
| | | | | | | |

### VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | - |
| | | - | | - | - |

(1) In process of obtaining quotes for Texas Workers' Compensation insurance to replace the current state registration.
(2) Hertz agrees to extend the CY 2019 contract at current rates and to revisit on March 1 to finalize new contract, which has a higher premium, yet to be determined.

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| George Voskanian | 6/12/2019 | $25,000 / Month | 25,000 |
| Scott Sheikh | 6/12/2019 | $25,000 / Month | 25,000 |
| | | | |
| | | | |

VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| George Voskanian | 12/21/2019 | Travel Reimbursement | 4,170 |
| George Voskanian | 12/31/2019 | Travel Reimbursement | 476 |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

(1)  Includes approved compensation per the underlying stipulation including catch-up amounts.

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | 12/1/2019 through 12/31/2019 | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 3,941,547.00 | 31,429,794 |
| Less: Returns/Discounts | 0 | 0 |
| Net Sales/Revenue | 3,941,547 | 31,429,794 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0 | 0 |
| Purchases | 0 | 0 |
| Less: Ending Inventory at cost | 0 | 0 |
| Cost of Goods Sold (COGS) | 0 | 0 |
| | | |
| Gross Profit | 3,941,547 | 31,429,794 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 55,000 | 500,866 |
| Payroll - Other Employees | 1,956,946 | 16,006,110 |
| Payroll Taxes | 186,566 | 1,457,086 |
| Other Franchise Tax and Filing Fees (Itemize) | 35 | 6,682 |
| Depreciation and Amortization | 38,017 | 106,110 |
| Rent Expense - Real Property | 16,373 | 134,223 |
| Lease Expense - Personal Property | 0 | 0 |
| Insurance | 222,169 | 1,842,286 |
| Tax Consulting Fees | 0 | 37,431 |
| Telephone and Utilities | 35,126 | 272,482 |
| Repairs and Maintenance | 959 | 8,218 |
| Travel and Entertainment (Itemize) | 6,282 | 72,560 |
| Miscellaneous Operating Expenses (Itemize) | 814,586 | 7,168,026 |
| Total Operating Expenses | 3,332,059 | 27,612,080 |
| Net Gain/(Loss) from Operations | 609,488 | 3,817,714 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | 0 | 19 |
| Net Gain on Sale of Assets (Itemize) | 0 | 0 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating income | 0 | 19 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Debtor Counsel | 186,038 | 1,575,588 |
| Debtor CRO | 20,521 | 253,696 |
| Debtor Advisor | 42,796 | 493,284 |
| Board of Directors | 5,000 | 35,000 |
| Secured Lender Counsel | 19,000 | 370,654 |
| Committee Counsel | 0 | 303,144 |
| Committee Professionals | 0 | 0 |
| Investment Banker | 0 | 100,000 |
| US Trustee Fees | 0 | 66,464 |
| Accrued US Trustee Fees for Q3 | 0 | 204,776 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating Expenses (1) | 273,354 | 3,402,606 |
| | | |
| NET INCOME/(LOSS) | 336,134 | 415,127 |
| | | |
| **Itemized Miscellaneous Operating Expenses** | | |
| Fuel Expense | 218,568 | 2,221,925 |
| Vehicle Expense (2) | 469,931 | 3,983,884 |
| Employment Counsel | 0 | 0 |
| Office Supplies | 13,895 | 152,224 |
| Driver Background Check | 9,887 | 128,027 |
| Dues and Subscriptions | 6,270 | 46,145 |
| Car Wash | 2,045 | 42,715 |
| Citation/Tolls | 31,998 | 222,807 |
| Accidents | 0 | 6,354 |
| Bank Charges | 730 | 8,206 |
| Recruitment Expenses | 10,398 | 75,134 |
| IT Expenses | 14,200 | 128,550 |
| Other misc. OpEx (3) | 36,664 | 152,056 |
| Total | 814,586 | 7,168,026 |

(1) The identified amounts are estimates based upon discussions with the Debtors' professionals, Committee counsel and counsel for Hillair, as applicable, and are subject to various orders, including but not limited to orders governing the use of cash collateral and orders approving the employment of the various professionals identified.

(2) The Company is in the process of auditing Hertz's billing as it seems to be overstated as number of vans rented has substantially reduced, yet billing was up in October. The Company anticipates that $75-100k may be reduced after the audit is complete as early audit findings show billing for vans that were not rented.

(3) Includes $1,695 Uniform expense, $1,526 Janitorial expense, $1,052 shipping expense, $934 Meals expense, and $31,457 Payroll Processing Fees

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | | Current Month End | |
|---|---|---|---|
| Current Assets: | | | |
| Unrestricted Cash | | 2,117,237 | |
| Restricted Cash | | 0 | |
| Accounts Receivable | | 4,093,533 | |
| Inventory | | 0 | |
| Notes Receivable | | 0 | |
| Prepaid Expenses | | 143,202 (1) | |
| Other (Itemize) | | 0 | |
| | Total Current Assets | | 6,353,973 |
| | | | |
| Property, Plant, and Equipment | | 1,096,486 | |
| Accumulated Depreciation/Depletion | | (257,421) | |
| | Net Property, Plant, and Equipment | | 839,065 |
| | | | |
| Other Assets (Net of Amortization): | | | |
| Due from Insiders | | 1,887,751 (2) | |
| Other (Itemize) | | 7,174 (3) | |
| | Total Other Assets | | 1,894,925 |
| | | | |
| TOTAL ASSETS | | | 9,087,963 |
| | | | |
| LIABILITIES | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable | | 457,767 (4) | |
| Taxes Payable | | 0 | |
| Notes Payable | | 0 | |
| Professional fees | | 970,537 | |
| Secured Debt | | 0 | |
| Accrued Payroll | | 1,076,688 | |
| Accrued Q4 US Trustee Fees | | 76,550 | |
| Other (Itemize)(7) | | 69,073 | |
| | Total Post-petition Liabilities | | 2,650,615 |
| | | | |
| Pre-petition Liabilities: | | | |
| Hillair Notes Payable due to Scoobeez Global | | 11,153,098 (5) | |
| Hillair (Per cash collateral stipulation) | | (1,460,000) (5) | |
| Priority Liabilities | | - | |
| Unsecured Liabilities | | 24,070,267 (6) | |
| Other (Itemize) | | 926,953 | |
| | Total Pre-petition Liabilities | | 34,690,318 |
| | | | |
| TOTAL LIABILITIES | | | 37,340,933 |
| | | | |
| EQUITY: | | | |
| Pre-petition Owners' Equity | | (20,569,242) | |
| Post-petition Profit/(Loss) | | 415,127 | |
| Direct Charges to Equity | | (8,098,859) | |
| TOTAL EQUITY | | | (28,252,974) |
| | | | |
| TOTAL LIABILITIES & EQUITY | | | 9,087,959 |

(1) Includes deposits for fuel in the approximate amounts of $55K for Pex, $39K in prepaid insurance and $49k in security deposits and other.

(2) The amount "Due from Insiders" continues to be reviewed and this figure will be updated as necessary and appropriate based upon that review.

(3) This amount reflects primarily potential funds to be recovered from various merchant cash entities.

(4) Hertz ($242K), Booster ($19k), AT&T Mobility ($22K), Tolls ($162K), and various other accounts payable ($13K).

(5) Since the petition date the Debtor has paid $1,460K to Hillair Capital Management pursuant to certain cash collateral stipulations and orders, and said funds shall be applied in a manner consistent therewith.

(6) The Pre-Petition Unsecured Liabilities include the balance due and owing Avitus as reflected in the Debtor(s)' pre-petition balance sheet(s) ($15,971,408) (the "Avitus Debt"). Although this figure is disputed by the Debtor(s), and inconsistent with the figure(s) included in the schedules filed by the Debtors (which the Debtors believe to be a more accurate estimate of the amount actually due and owing Avitus), this figure is included herein in order to maintain consistency with the Debtor(s)' previous balance sheet(s). The CRO continues to evaluate the true nature and amount of the Avitus Debt and will update it as necessary and appropriate. In addition, this figure includes $8,098,859 due and owing a number of merchant cash advance entities pursuant to a global settlement by and among the Debtor and Scoobeez Global, on the one hand, and a number of merchant cash entities on the other hand.

(7) Includes Tax preparation expense of $40K and expenses submitted by Suzy, which are pending to be verifed for the amount of $29K.

### XI.  QUESTIONNAIRE

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | No | Yes |

On or about 7/1/2019, $6,647 was paid to Shoushana Ohanessian as reimbursement for an advance of funds expended by Mrs. Ohanessian in order to revive Scoobur's corporate status. The debtor(s) are in the process of determining the manner in which to treat this payment and/or any claim(s) associated therewith.

**X**

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

No      Yes

See response to Question #1

**X**

3. State what progress was made during the reporting period toward filing a plan of reorganization

On December 2, 2019, the Court entered the Order Denying Motion for Entry of Order (I) Authorizing The Sale of Substantially All of The Assets of The Debtors Outside The Ordinary Course of Business, Free And Clear of All Liens, Claims, Encumbrances And Interests, Subject to Higher And Better Bids; (II) Authorizing the Assumption And Assignment of Certain Executory Contracts And Unexpired Leases in Connection With Such Sale; and (III) Granting Related Relief. On December 6, 2019, the Debtors entered into the Third Stipulation Regarding Continued Use of Cash Collateral, and an order thereon was entered by the Court on December 10, 2019. On December 12, 2019 the Debtors filed a stipulation between the Debtors and Ardis Stephens for Limited Relief From Stay, and an order thereon was entered by this Court on December 20, 2019. On December 18, 2019, the Debtors filed an Application to Employ Hilco Real Estate LLC as Exclusive to Market Property. The Debtors have also been working diligently with Hillair Capital Management and the Committee to reach agreement on the terms of a consensual plan of reorganization.

4. Describe potential future developments which may have a significant impact on the case:

See note 3 above

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

No      Yes
**X**

/s/ George Voskanian
George Voskanian, CFO/Co-CEO

I, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.