| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sean A. O'Keefe – SBN 122417<br>**OKEEFE & ASSOCIATES**<br>**LAW CORPORATION, P.C.**<br>130 Newport Center Drive, Suite 140<br>Newport Beach, CA 92660<br>Telephone: (949) 334-4135<br>Fax: (949) 274-8639<br>Email: sokeefe@okeefelc.com<br>Special Litigation Counsel to the debtors,<br>Scoobeez Global, Inc<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Scoobeez Global, Inc. | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, INC., et al.<br><br>　　　　　Debtors and Debtors in<br>　　　　　Possession.<br><br>Affects:<br><br>☐  All Debtors<br>☐  SCOOBEEZ, INC., only<br>☒  SCOOBEEZ GLOBAL, INC. only<br>☐  SCOOBUR, LLC only<br><br>　　　　　　　　　　　　Debtor(s) | CASE NO.: 2:19-bk-14989-WB (Jointly Administered with Case Nos. 2:19-bk-14991; 2:19-bk-14997)<br><br>CHAPTER: 11<br><br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  MOTION FOR RELIEF FROM AUTOMATIC STAY (docket no. 452): |

PLEASE TAKE NOTE that the order titled **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** was lodged on January 18, 2020 and is attached.  This order relates to the motion which is docket number 452.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　Page 1　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sean A. O'Keefe – SBN 122417<br>**OKEEFE & ASSOCIATES**<br>**LAW CORPORATION, P.C.**<br>130 Newport Center Drive, Suite 140<br>Newport Beach, CA 92660<br>Telephone: (949) 334-4135<br>Fax: (949) 274-8639<br>Email: sokeefe@okeefelc.com<br>Special Litigation Counsel to the debtors,<br>Scoobeez Global, Inc. and Scoobeez, Inc.<br><br>☐ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br><br>SCOOBEEZ, INC., et al.<br><br>      Debtors and Debtors in<br>      Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ SCOOBEEZ, INC., only<br>☒ SCOOBEEZ GLOBAL, INC. only<br>☐ SCOOBUR, LLC only<br><br><br><br>                      Debtor(s). | CASE NO.: 2:19-bk-14989-WB (Jointly Administered with Case Nos. 2:19-bk-14991; 2:19-bk-14997)<br><br>CHAPTER: 11<br><br> **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** <br><br>DATE:  January 7, 2020<br>TIME:  10:00 a.m.<br>COURTROOM:  1375<br>PLACE: United States Bankruptcy Court<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

**Movant:** Rosenthal Family Trust UTD 3/25/1988 (Joinder filed by Shahan Ohanessian)

1. The Motion was:  ☒ Opposed  ☐ Unopposed  ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):* The motion prayed for an order clarifying or confirming that the automatic stay did not apply to, or bar the purported calling and noticing of a special shareholders meeting  held by certain shareholders of Scoobee Global, Inc. on November 1, 2019, and the stay did not apply to, or bar the actions allegedly taken at this meeting.

3. The Motion is denied:  ☐ without prejudice  ☐ with prejudice  ☒ on the following grounds:

    a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing

    b. ☐ Unexcused non-appearance by Movant

    c. ☐ Lack of proper service

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 1                                    **F 4001-1.RFS.DENY.ORDER**

    d.  ☐  Lack of good cause shown for relief from stay

    e.  ☐  No stay is in effect under:

        (1)  ☐  11 U.S.C. § 362(c)(2)(A)

        (2)  ☐  11 U.S.C. § 362(c)(2)(B)

        (3)  ☐  11 U.S.C. § 362(c)(3)(A)

        (4)  ☐  11 U.S.C. § 362(c)(4)(A)

    f.  ☐  Other *(specify)*:

4.  ☐  Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

### 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 130 Newport Center Drive, Suite 140, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 18, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

&#x2612;     Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On January 18, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

&#x2612;     Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 18, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

&#x2610;     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/18/2020 | Sean A. O'Keefe | /s/ Sean A. O'Keefe |
|-----------|-----------------|---------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**

NEF LIST

- **Richard T Baum**     rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- **Bradley E Brook**     bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
- **Richard W Esterkin**     richard.esterkin@morganlewis.com
- **John-Patrick M Fritz**     jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Riebert Sterling Henderson**     shenderson@gibbsgiden.com
- **Vivian Ho**     BKClaimConfirmation@ftb.ca.gov
- **Dare Law**     dare.law@usdoj.gov
- **Bret D Lewis**     Bretlewis@aol.com, bdlawyager@gmail.com
- **Ashley M McDow**     amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com;VGoldsmith@foley.com
- **Stacey A Miller**     smiller@tharpe-howell.com
- **Kevin H Morse**     kmorse@clarkhill.com, blambert@clarkhill.com
- **Shane J Moses**     smoses@foley.com, vgoldsmith@foley.com
- **Akop J Nalbandyan**     jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- **Rejoy Nalkara**     rejoy.nalkara@americaninfosource.com
- **Anthony J Napolitano**     anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
- **Jennifer L Nassiri**     jennifernassiri@quinnemanuel.com
- **David L. Neale**     dln@lnbyb.com
- **Sean A OKeefe**     sokeefe@okeefelc.com, seanaokeefe@msn.com
- **Aram Ordubegian**     ordubegian.aram@arentfox.com
- **Hamid R Rafatjoo**     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Gregory M Salvato**     gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
- **Jeffrey S Shinbrot**     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **Steven M Spector**     sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Kimberly Walsh**     bk-kwalsh@texasattorneygeneral.gov
- **Eric D Winston**     ericwinston@quinnemanuel.com
- **Eric K Yaeckel**     yaeckel@sullivanlawgroupapc.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

MAIL LIST

Jay Siegel
Siegel & Siegel
2941 Main Street, Suite 200A
Santa Monica, CA 90405

Conway MacKenzie, Inc.
333 S Hope St Ste 3625
Los Angeles, CA 90071

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Grigori Sedrakyan
c/o David B. Lally, Esq.
P.O. Box 355
Wilmington, NY

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.