MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Counsel for Creditor,
Sean McNair

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ, et al.,<br><br>Debtors and Debtors-in-Possession. | Case No.: 2:19-bk-14989-WB<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.:<br>2:19-bk-14991-WB<br>2:19-bk-14997-WB<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION REGARDING RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (ACTION IN NON-BANKRUPTCY FORUM); DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREO**<br><br>*[Hearing Not Required Unless Requested]* |

**TO THE HONORABLE JULIA W. BRAND, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Creditor Sean McNair (hereinafter the "Creditor"), hereby moves this Court for an Order Approving the Stipulation entered into between the Creditor, on the one hand, and Scoobur, LLC and Scoobeez Global, Inc. (each a "Debtor" and, collectively the "Debtors"), granting relief from the automatic stay for the limited

1

NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION REGARDING RELIEF FROM AUTOMATIC STAY
UNDER 11 U.S.C. SECTION 362 (ACTION IN NON-BANKRUPTCY FORUM)

purpose of the Creditor prosecuting the pending McNair Action relating to pre-petition claims, as well as settlement discussions, if any, application or potential application of the Insurance Policy, and related ancillary process.

Pursuant to the Stipulation, the Creditor, who is a plaintiff in a lawsuit against the Debtors (Superior Court of California, County of Los Angeles, Case No. BC708263, *Sean McNair v. Yareb Ishel Garcia, et al.*) (the "McNair Action"), which predates the above captioned bankruptcy filing, will continue to prosecute the pending McNair Action to completion. Relief will be limited and Creditor shall not seek to enforce his claim against the Debtors, other than to seek recovery under the Insurance Policy for the claims asserted in the McNair Action; and aside from such rights and interests arising under the Insurance Policy, no property of the Debtors' estates may be disposed of outside the bankruptcy proceedings while they remain pending, unless otherwise ordered.

Said ground is supported by this Notice of Motion, by the Motion and the pleadings and papers on file in this bankruptcy case, and by the Declaration in support of the Motion filed herewith.

This Motion is brought pursuant to Local Rule 9013(o), which states:

**(o) MOTIONS AND MATTERS NOT REQUIRING A HEARING**

> (1) Matters That May Be Determined Upon Notice and Opportunity to Request Hearing.
>
> (OPTIONAL PROCEDURE) Upon not less than 14 day-notice to such creditors and interested parties who are entitled to notice of the particular matter, orders may be obtained on the following types of motions without a hearing unless one is specifically requested by filing and serving a written response that complies with Local Bankruptcy Rule 9013-1(a)(7) and request for hearing within 14 days of the date of service of the notice.

If any party in interest desires to object to the request herein, that party must file and serve a written objection and request a hearing within fourteen (14) days of the service of this Notice.

Wherefore, the Debtor requests the Court issue its Order approving the Stipulation between the Debtor and the Creditor.

Dated: 1/22/2020  **LAW OFFICES OF MICHAEL JAY BERGER**

By: _____
Michael Jay Berger
Counsel for Creditor
Sean McNair

3
NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION REGARDING RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (ACTION IN NON-BANKRUPTCY FORUM)

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

Scoobeez, Debtor and Debtor-in-Possession ("Debtor") in the above-referenced Chapter 11 case, commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on April 30, 2019. Debtor's case is jointly administered with the related debtors Scoobeez Global, Inc. and Scoober, LLC (Case Numbers: 2:19-bk-14991-WB and 2:19-bk-14997-WB) (collectively referred to as the "Debtors").

Creditor Sean McNair ("Creditor") is the plaintiff in a prepetition lawsuit against the Debtors filed in the Superior Court of the State of California County of Los Angeles (Case No. BC708263, *Sean McNair v. Yareb Ishel Garcia, et al.*) (the "McNair Action"). A true and correct copy of the Complaint in the McNair Action is attached hereto as **Exhibit "1."**

Upon the commencement of the Debtors' Chapter 11 cases, the commencement of any action relating to, and any attempt to collect on the McNair Action was stayed under section 362(a) of the Bankruptcy Code.

Creditor and Debtors have contemplated that the resolution of Creditor's claim may be covered by the Debtors' Insurance Policy, and possibly may be resolved without further contribution of the Debtors of the estate and have entered into a stipulation to amicably resolve the matter.

## II. SUMMARY OF THE STIPULATION

Wherefore, Creditor and Debtors seek this Court's approval of their Stipulation to modify the automatic stay under 11 U.S.C. § 362(a), and grant Creditor relief for the limited purpose of prosecuting the McNair Action as it relates to the prepetition claims, as well as settlement discussions, if any, application or potential of the Insurance Policy, and related or ancillary process. Creditor shall not seek to enforce his claim against the Debtors or the estates, other than to seek recovery under the Insurance Policy for the claim

asserted in the McNair Action. Aside from such rights and interests arising under the Insurance Policy, no property of the Debtors or Debtors' estates may be disposed of outside of the bankruptcy proceedings while they remain pending, unless otherwise ordered. Creditor agrees to waive any claim against the Debtors or property of the Debtors' estate, except as to recovery under the Insurance Policy, as long as the Debtors' bankruptcy cases are pending.

A true and correct copy of the Stipulation Regarding Relief from Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum) is attached hereto as **Exhibit "2."**

### III. AUTHORITY

Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:

- Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate; and
- The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

(11 U.S.C. § 362)

Creditor requests relief from the stay pursuant to 11 U.S.C. § 362(d)(1) such that Creditor may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

(11 U.S.C. § 362)

Creditor also requests the 14-day stay prescribed by FRBP 4001(a)(3) is waived further pursuant to the Stipulation between the Creditor and Debtors.

///

5
NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION REGARDING RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (ACTION IN NON-BANKRUPTCY FORUM)

## IV. CONCLUSION

Wherefore, Debtor asks this Court to grant his Motion to Approve the Stipulation and modify the automatic stay such that: (1) Creditor may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum; (2) waive the 14-day stay; and (3) for any other relief deemed necessary and proper.

Dated: 1/22/2020

**LAW OFFICES OF MICHAEL JAY BERGER**

By: _/s/ Michael Jay Berger_
Michael Jay Berger
Counsel for Creditor
Sean McNair

# DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1. I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. Scoobeez, Debtor and Debtor-in-Possession ("Debtor") in the above-referenced Chapter 11 case, commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on April 30, 2019. Debtor's case is jointly administered with the related debtors Scoobeez Global, Inc. and Scoober, LLC (Case Numbers: 2:19-bk-14991-WB and 2:19-bk-14997-WB) (collectively referred to as the "Debtors").

3. Creditor Sean McNair ("Creditor") is the plaintiff in a prepetition lawsuit against the Debtors filed in the Superior Court of the State of California County of Los Angeles (Case No. BC708263, *Sean McNair v. Yareb Ishel Garcia, et al.*) (the "McNair Action"). A true and correct copy of the Complaint in the McNair Action is attached hereto as **Exhibit "1."**

4. A true and correct copy of the Stipulation Regarding Relief from Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum) is attached hereto as **Exhibit "2."**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on January 22, 2020 at Beverly Hills, California.

/s/ Michael Jay Berger
Michael Jay Berger



EXHIBIT-1

Hamed Yazdanpanah, Esq. # 195810
LAW OFFICES OF HAMED YAZDANPANAH
& ASSOCIATES
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212
(310) 777-8310

Attorney for Plaintiff

Electronically
FILED
by Superior Court of California
County of Los Angeles on
06/1/18
Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Rosa Monterroso

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

LOS ANGELES COUNTY

| | |
|---|---|
| SEAN MCNAIR<br><br>    Plaintiff,<br><br>vs.<br><br>YAREB ISHEL GARCIA; DANEYDA GARCIA; YARED GARCIA; AND DOES 1-50 INCLUSIVE<br><br>    Defendant, | CASE NO. BC708263<br><br>COMPLAINT FOR DAMAGES (NEGLIGENCE)<br><br>UNLIMITED CIVIL CASE<br>**DEMAND IS MORE THAN $25,000.00** |

COMES NOW, the plaintiff and for Cause of Action against defendants, and each of them, complains and alleges as follows:

### FIRST CAUSE OF ACTION

1. The true names and capacities, whether individual, corporate, associate, or otherwise of defendants, DOES 1 through 50, inclusive, are at this time unknown to plaintiff who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein by a fictitious name is in some way negligent or responsible

**Complaint for Damages**     1     *Law Offices of Hamed Yazdanpanah & Associates*
*9454 Wilshire Blvd. 6th Floor*
*Beverly Hills, CA 90212  (310)777-8310*

E-SCANNED    FSC:11/15/19 TRIAL: 12/02/19 OSC : 06/01/21    CASE #:BC708263 RECEIPT #: 1180605D1713 DATE PAID : 06/5/18 8:52 AM TOTAL : 435.00 TYPE : EFT

for the events and happenings herein referred to which proximately resulted in those injuries and damage to the plaintiff as herein alleged.

2. At all times herein mentioned, defendants, DOES 20 through 30, inclusive, and each of them, were doctors, physicians, nurses, health care providers and the like who treated and cared for plaintiff herein and who were responsible in some manner for the plaintiff's injuries and damages as more fully set forth herein.

3. At all times herein mentioned, defendants, DOES 31 through 40, inclusive, and each of them, were manufacturers, suppliers and distributors of some unknown product, which was responsible in part for plaintiff's injuries and damages as more fully set forth herein.

4. At all times herein mentioned, defendants, DOES 1 through 20, and each of them, were business entities, form unknown, duly qualified to do business and lawfully doing business in the County of Los Angeles, State of California.

5. Plaintiff is informed and believes, and upon such information and belief, alleges that at all times herein mentioned, defendants, and each of them, were acting as the agents, servants, and/or employees of the other named defendants, and were within the course and scope of their employment and with the full knowledge and consent of each of the other named defendants. Each defendant subsequently ratified and condoned the conduct of each remaining defendant.

6. At all times herein mentioned, defendants **YAREB ISHEL GARCIA; DANEYDA GARCIA; YARED GARCIA; AND DOES 1-50 INCLUSIVE** and each of them, were the owners and operators of a vehicle, bearing California license plates, hereinafter referred to as defendants vehicle.

///

7. At all times herein mentioned, plaintiff, **SEAN MCNAIR** an individual, was the driver of a certain vehicle more full described as a **LEXUS** hereinafter referred to as plaintiff's vehicle.

8. At all times herein mentioned, **SANTA MONICA**, is a public street in the County of **LOS ANGELES**, State of California (hereinafter referred to as "subject location").

9. On or about **June 11, 2016**, at the subject location, the defendants, and each of them, so negligently entrusted, managed, maintained, drove, and operated said defendants' vehicle so as to cause defendants' vehicle to collide with the plaintiff's vehicle proximately causing those injuries and damages to the plaintiff as hereinafter described.

10. That as a direct and proximate result of the acts and omissions of the defendants, and each of them, plaintiff has received severe injuries to Plaintiff's body and shock and injuries to Plaintiff's nervous system, all of which caused him severe pain and discomfort and plaintiff is informed and believes and based upon such information and belief alleges that she will in the future suffer severe pain and discomfort, all to Plaintiff's general damage in a sum according to proof at the time of trial.

11. That as a direct and proximate result of the acts and omissions of the defendants, and each of them, and the injuries resulting therefrom, plaintiff has required and is informed and believes she will in the future require, the services of doctors, surgeons, physicians, nurses, hospitals, and the like-related professional services, including drugs, medicines, x-rays and medical expenses, and the exact and reasonable amount of said services and

**Complaint for Damages**

3

liabilities will conform to proof at the time of trial of this action.

12. That prior to that date of the injuries to plaintiff was a able-bodied person capable of carrying on Plaintiff's usual occupation. That as a direct and proximate result of the acts and omissions of the defendants, and each of them, and the injuries resulting therefrom, this plaintiff has been unable to carry out Plaintiff's usual occupation and will thereby suffer damages by reason of loss of income; that the exact and reasonable amount of said loss of income is unknown to this plaintiff, who will ask leave of court to prove the reasonable value of said loss at the time of trial of this action.

WHEREFORE, plaintiff prays for judgement against the defendants, and each of them as follows:

1. General damages in an amount which will conform to proof at the time of trial;

2. Special damages for medical, hospital, x-rays and other incidental expenses, according to proof at the trial;

3. Cost of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper.

Dated: **June 1, 2018**

LAW OFFICES OF HAMED YAZDANPANAH & ASSOCIATES

By: _____
Hamed Yazdanpanah
Attorney for Plaintiff

---

4

**Complaint for Damages**

*Law Offices of Hamed Yazdanpanah & Associates*
*9454 Wilshire Blvd. 6th Floor*
*Beverly Hills, CA 90212   (310)777-8310*

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| LAW OFFICE OF HAMED YAZDANPANAH & ASSOCIATES<br>HAMED YAZDANPANAH, ESQ.<br>9454 WILSHIRE BLVD., 6TH FLOOR, BEVERLY HILLS CA 90212 | 195810 | Electronically<br>**FILED**<br>by Superior Court of California<br>County of Los Angeles on<br>10/9/18<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Maisha Pryor |

ATTORNEY FOR (Name): Plaintiff, SEAN MCNAIR

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
COURTHOUSE ADDRESS:
312 North Spring Street, Los Angeles, CA 90012
PLAINTIFF:
SEAN MCNAIR
DEFENDANT:
YAREB ISHEL GARCIA ET AL

### AMENDMENT TO COMPLAINT
(Fictitious /Incorrect Name)

CASE NUMBER: BC708263      Dept 4

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOES 1

and having discovered the true name of the defendant to be:
TRUE NAME
Scoobeez Global, Inc.

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 10-08-2018 | HAMED YAZDANPANAH | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:
INCORRECT NAME

and having discovered the true name of the defendant to be:
TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
|  |  |  |

### ORDER

THE COURT ORDERS the amendment approved and filed.

Dated _____    Judicial Officer _____

LASC LACIV 105 (Rev. 08/18)
For Optional Use

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5,
472, 473, 474

E-SCANNED

**EXHIBIT-2**

MICHAEL JAY BERGER (SBN 100291)
THE LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212
Tel.: (310) 271-6223
Fax: (310) 271-9805
E-mail: michael.berger@bankruptcypower.com

Counsel for Creditor,
Sean McNair

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-14989-WB |
| SCOOBEEZ, et al., | Chapter 11 |
| Debtors and Debtors-in-Possession. | Jointly Administered With Case Nos.; 2:19-bk-14991-WB and 2:19-bk-14997-WB |
| | **STIPULATION REGARDING RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (ACTION IN NON-BANKRUPTCY FORUM)** |
| Affects: | *[Hearing Not Required]* |
| • All Debtors<br>o Scoobeez, ONLY<br>o Scoobeez Global, Inc., ONLY<br>o Scoober, LLC, ONLY | |

TO THE HONORABLE JULIA W. BRAND, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:

Creditor Sean McNair (the "Creditors"), on the one hand, and Scoobeez, together with Scoobur, LLC and Scoobeez Global, Inc. (each a "Debtor" and, collectively, the

1
STIPULATION FOR RELIEF FROM STAY RE: NON-BANKRUPTCY ACTION

4813-0439-6202.1

"Debtors"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Creditor is the plaintiff in a lawsuit against Debtor (Scoobez Global, Inc.) and other named defendants, filed in the Superior Court of the State of California, County of Los Angeles, designated case no.: BC708263, styled <u>Sean McNair v. Yareb Ishel Garcia, et al.</u> (the "McNair Action");

WHEREAS, the McNair Action predates the above-captioned bankruptcy filing by Debtors; and

WHEREAS, Creditor's claims against Debtors are or may be covered by a policy of insurance (the "Insurance Policy"); and Debtors and Creditor have contemplated that the resolution of Creditor's claim may be covered by such Insurance Policy and otherwise without contribution of the Debtors or the estate.

NOW, THEREFORE, Creditor and Debtors hereby stipulate and agree as follows:

1. The automatic stay of 11 U.S.C. Section 362(a) may and shall be modified, terminated and annulled as to Creditor, only for the limited purpose of prosecuting the pending McNair Action relating to pre-petition claims, as well as settlement discussions, if any, application or potential application of the Insurance Policy, and related or ancillary process.

2. Creditor shall not seek to enforce his claim against Debtors or Debtors' property or estate, other than to seek recovery under the Insurance Policy for the claims asserted in the McNair Action; and aside from such rights and interests arising under the Insurance Policy, no property of Debtor or Debtors' estate may be disposed of outside of these bankruptcy proceedings while they remain pending, unless otherwise ordered.

3. Except as to recovery under the Insurance Policy as provided herein, Creditor waives any claim against the Debtors or property of the Debtors' estates as long as the Debtors' bankruptcy case is pending.

3. The Creditor shall lodge a proposed order approving this stipulation in a form acceptable to counsel for the Debtors.

5. The provisions of the Stipulation shall be binding upon and inure to the benefit of the respective parties and their heirs, executors, administrators, agents, representatives, successors, transferees and assigns.

6. The effectiveness of any order entered approving this Stipulation and granting relief from the automatic stay on the terms set forth herein shall take effect immediately, and the fourteen (14) day period set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

SO AGREED:

THE LAW OFFICES OF MICHAEL JAY BERGER

Dated: 10/30/19   By: _____
Michael Jay Berger
Counsel for the Creditor,
Sean McNair

FOLEY & LARDNER LLP

Dated: October 30, 2019   By: _____
Shane J. Moses
Counsel for Debtors and Debtors-in-Possession, Scoobeez, Scoobeez Global, Inc., and Scoobur, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION REGARDING RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (ACTION IN NON-BANKRUPTCY FORUM); DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/22/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/22/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Sean McNair (Movant & Creditor)
c/o Hamed Yazdanpanah & Associates
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date* 1/22/2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/22/2020 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL:

Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Bradley E Brook    bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
Richard W Esterkin    richard.esterkin@morganlewis.com
John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Riebert Sterling Henderson    shenderson@gibbsgiden.com
Vivian Ho    BKClaimConfirmation@ftb.ca.gov
Dare Law    dare.law@usdoj.gov
Bret D Lewis    Bretlewis@aol.com, bdlawyager@gmail.com
**Debtor's Counsel: Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com; swilson@foley.com;jsimon@foley.com; VGoldsmith@foley.com**
Stacey A Miller    smiller@tharpe-howell.com
Kevin H Morse    kmorse@clarkhill.com, blambert@clarkhill.com
Shane J Moses    smoses@foley.com, vgoldsmith@foley.com
Akop J Nalbandyan    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
David L Neale    dln@lnbyb.com
Sean A OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Kimberly Walsh    bk-kwalsh@texasattorneygeneral.gov
Eric D Winston    ericwinston@quinnemanuel.com
Eric K Yaeckel    yaeckel@sullivanlawgroupapc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**