MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:    (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| **In re:**<br><br>**SCOOBEEZ, et al.[1],**<br><br>**Debtors and Debtors in Possession.**<br><br>Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>(Jointly Administered with<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB)<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD W. ESTERKIN RE NOTICE OF HEARING ON MOTION TO MODIFY STAY (DOCKET NO. 569)**<br><br>Date:      February 4, 2020<br>Time:     10:00 a.m.<br>Dept.:    United States Bankruptcy Court<br>            Edward Roybal Federal Building<br>            255 E Temple St., Ctrm 1375<br>            Los Angeles CA  90012<br><br>Judge:  The Hon. Julia W. Brand |

I, Richard W. Esterkin, declare:

1.    I am an attorney at law, duly admitted into practice before all courts for the State of California and the United States District Court for the Central District of California.  I am a

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

member of the law firm of Morgan, Lewis & Bockius LLP, counsel to Amazon Logistics, Inc. and Amazon.com, Inc. (collectively, "Amazon") herein.

2. On January 29, 2020, I provided verbal notice of the 10:00 a.m., February 4, 2020 hearing on Amazon's motion for an order modifying the automatic stay regarding mediation/settlement of claims asserted in the matter of *Key, et al. v. Scoobeez, et al.*, Superior Court of the State of California for the County of San Diego Case No. 37-2017-00039527-CU-OE-CTRL (Docket No. 569) as follows:

(a) By leaving a telephone message with Claudia for Eric K. Yaeckel of the Sullivan Law Group, APC, counsel for plaintiffs in the above-referenced action at approximately 1:10 p.m.;

(b) By speaking on the telephone with David Neale of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P., counsel for the Official Committee of Unsecured Creditors herein at approximately 1:12 p.m.; and

(c) By speaking with John Simon of the law firm of Foley & Lardner LLP, counsel for the Debtors herein, and Jennifer Nassiri of the law firm of Quinn, Emanuel, Urquhart & Sullivan, LLP, counsel for Hillair Capital Management LLC herein, at approximately 2:15 p.m.

3. On January 29, 2020 at 1:20 p.m., I provided notice of the entry of the Court's order shortening time the time for providing notice of the hearing on the foregoing motion to counsel for each of the plaintiffs in the above-referenced action, the Debtors, the Official Committee of Unsecured Creditors and Hillair Capital Management LLC via e-mail. A true and correct copy of the foregoing e-mail, without the referenced attachments, is attached hereto as Exhibit 1. The foregoing motion (Docket No. 569) and the Court's order shortening time (Docket No. 572) were attached to the foregoing e-mail.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on January 29, 2020.

_____
Richard W. Esterkin

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 38180988.1

- 2 -    ESTERKIN DECLARATION RE NOTICE

# EXHIBIT 1

Exhibit 1 - page 3

# Esterkin, Richard W.

| | |
|---|---|
| **From:** | Esterkin, Richard W. |
| **Sent:** | Wednesday, January 29, 2020 1:20 PM |
| **To:** | 'yaeckel@sullivanlawgroup.com'; dln@lnbyb.com; 'smoses@foley.com'; Jennifer Nassiri |
| **Subject:** | Scoobeez - Amazon Motion to Modify the Stay |
| **Attachments:** | 569 - Amazon Motion re Vega Mediation.pdf; 572 - OST re Vega Motion.pdf |

Please take notice that the Court has granted Amazon's application for an order shortening time for the hearing on Amazon's motion for an order modifying the automatic stay to permit Amazon to participate in the Feb. 6, 2020 mediation in the Vega litigation. Copies of the Court's order shortening time and Amazon's motion are attached.

Please feel free to call me, in the event that you have any questions regarding the motion.

Thank you.

**Richard W. Esterkin**
**Morgan, Lewis & Bockius LLP**
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.1163 | Main: +1.213.612.2500 | Fax: +1.213.612.2501 | Cell: +1.310.903.2080
Richard.Esterkin@morganlewis.com | www.morganlewis.com
Assistant: Renee Robles | +1.213.612.7321 | Renee.Robles@morganlewis.com

Exhibit 1 - page 4

**CERTIFICATE OF SERVICE FORM**

**FOR ELECTRONIC FILINGS**

I hereby certify that on January 29, 2020, I electronically filed the foregoing document, **Declaration of Richard W. Esterkin re: Notice of Hearing on Motion to Modify Stay (Docket No. 569),** with the Clerk of the United States Bankruptcy Court, Central District of California, Los Angeles Division, using the CM/ECF system, which will send notification of such filing to those parties registered to receive notice on this matter.

*/s/ Renee Robles*
Renee Robles

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Morgan Lewis & Bockius, LLP
300 S Grand Ave Fl 22, Los Angeles CA  90071-3132

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Richard W. Esterkin re: Notice of Hearing on Motion to Modify Stay (Docket No. 569)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/29/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Service List, Attached.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/29/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Conway MacKenzie, Inc.
333 S Hope St Ste 3625
Los Angeles CA  90071

Daimler Trust
c/o BK Servicing LLC
PO Box 131265
Roseville MN  55113-0011

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles CA  90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/29/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Julia W. Brand, Suite 1382
U.S. Bankruptcy Court, Roybal Federal Building
255 E Temple St, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/29/2020 | Renee Robles | *Renee Robles* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     F 9013-3.1.PROOF.SERVICE

**2:19-bk-14989-WB Service List:**

Richard T Baum on behalf of Stockholder Rosenthal Family Trust
rickbaum@hotmail.com, rickbaum@ecfinforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of
Unsecured Creditors jpf@lnbyb.com,
JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of
Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender,
Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf. inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the Estates of Scoobeez

and Scoobeez Global, Inc.

jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

David Brian Lally on behalf of Attorney Grigori Sedrakyan
davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family Trust UTD

3/25/1988

davidlallylaw@gmail.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley Financial Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd.
smiller@tharpe-howell.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc.
kmorse@clarkhill.com, blambert@clarkhill.com

Shane J Moses on behalf of Debtor Scoobeez
smoses@foley.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc.
smoses@foley.com

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com,
IFS_filing@buchalter.com;salarcon@buchalter.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured Creditors dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. dln@lnbyb.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

Gregory M Salvato on behalf of Creditor Azad Baban

gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com,
IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega
yaeckel@sullivanlawgroupapc.com

**2:19-bk-14989-WB Notice will not be electronically mailed to:**


Armory Securities, LLC

Conway MacKenzie, Inc.
333 S Hope St Ste 3625
Los Angeles, CA 90071

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Force Ten Partners, LLC

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067