Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
       jsimon@foley.com
       smoses@foley.com

Attorneys for Debtors and Debtors in Possession, SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

**FILED & ENTERED**

**JAN 31 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br><br>☐ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND AMAZON LOGISTICS, INC. FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>*Hearing:*<br>*Date: February 4, 2020*<br>*Time: 10:00 a.m.*<br>*Place: Courtroom 1375*<br>*U.S. Bankruptcy Court, 255 East Temple Street*<br>*Los Angeles, CA 90012* |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

4833-8258-0398.1

The Court having reviewed and considered the *Stipulation Between the Debtors and Amazon Logistics, Inc. For Limited Relief From the Automatic Stay*, filed on January 28, 2019 [Docket No. 567] the ("Stipulation"), as between movant Amazon Logistics, Inc. (the "Movant") and Scoobeez, Scoobeez Global, Inc. and Scoobur, LLC, the debtors in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors"), and the *Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362* [Doc. No. 534], filed by the Movant on January 9, 2020 (the "Motion"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. The automatic stay is hereby modified to allow the State Court Action (as defined in the Stipulation), to proceed to final judgment, provided that the stay shall remain in effect with respect to enforcement of any judgment against the Debtor or property of the Debtors' bankruptcy estates, except as to any applicable insurance coverage.

3. As to the State Court Action and claims based on the State Court Action, Movant waives any deficiency or other claim against the Debtors or property of the Debtors' bankruptcy estates except as to recovery from applicable insurance.

4. To the extent that the Movant or the State Court Action plaintiff asserts a claim in the bankruptcy case for payment of any amounts or obligations related to the State Court Action that are not covered by applicable insurance, this Order is without prejudice to the Debtors' rights to object to any such claim.

5. The scope of this Order is limited to the State Court Action and claims based thereon, and is without prejudice to the rights of the Parties as to any other matters.

6. Sufficient notice of the Movant's motion having been provided, no further notice is required pursuant to F.R.B.P. 4001(d) or otherwise.

7. The automatic stay shall remain in effect except to the extent of the relief specifically granted herein.

8. The hearing on the Motion currently scheduled for February 4, 2020, at 10:00 a.m. shall be taken off calendar.

9. The Court shall retain jurisdiction over any disputes arising from or related to this Order or the Stipulation.

**APPROVED AS TO FORM:**

Dated: January 31, 2020                    **MORGAN, LEWIS & BOCKIUS LLP**

_____
Richard W. Esterkin

Attorneys for Amazon Logistics, Inc.

### 

Date: January 31, 2020

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

PleadingTitleShort
Case No. 2:19-bk-14989-WB
Jointly Administered:
-2-    2:19-bk-14991-WB; 2:19-bk-14997-WB

4833-8258-0398.1

9. The Court shall retain jurisdiction over any disputes arising from or related to this Order or the Stipulation.

### #

**APPROVED AS TO FORM:**

Dated: January 21, 2020

MORGAN, LEWIS & BOCKIUS LLP

_____
Richard W. Esterkin

Attorneys for Amazon Logistics, Inc.