JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403
Telephone: (310) 659-5444
Fax: (310) 878-8304

Bankruptcy Counsel to Shahan Ohanessian and Shoushana Ohanessian

**FILED & ENTERED**

**FEB 04 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ,<br>SCOOBEEZ GLOBAL INC.,<br>SCOOBUR LLC,<br><br>　　　　Debtors.<br><br>This pleading affects:<br>All Debtors　　☐<br><br>SCOOBEEZ;<br>SCOOBEEZ GLOBAL, INC.,;<br>SCOOBUR LLC. | Lead Case No.: 2:19-bk-14989-WB<br><br>Jointly Administered With:<br>Case No.: 2:19-bk-14991-WB<br>Case No.: 2:19-bk-14997-WB<br><br>Chapter 11<br><br>ORDER APPROVING IN PART THE MOTION OF SHOUSHANA OHANESSIAN FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM<br><br>Date: 1/23/2020<br>Time: 10:00 a.m.<br>Place: Courtroom 1375<br>　　　 255 E. Temple St., Los Angeles, CA |

The hearing on the Motion for Allowance and Payment of Administrative Expense Claim filed by Shoushana Ohanessian (the "Motion") came on regularly for hearing at the above date and time in the above captioned courtroom (the "Courtroom"), appearances were made as noted on the record, the Honorable Julia Brand, United States Bankruptcy Judge (the "Court") presiding. The Court, having considered the evidence and pleadings filed in support and in opposition to the Motion, argument at the time of hearing, and any

ORDER ON MOTION FOR
ADMINISTRATIVE CLAIM

and all matters of which the Court can and did take judicial notice, finding that notice of the Motion was proper and good cause appearing therefore, hereby orders as follows:

1. To the extent that sufficient cash collateral (as that term is defined in 11 U.S.C. §363(a) and may be further defined in the applicable cash collateral order(s) entered in the above captioned jointly administered bankruptcy cases (collectively, the "Bankruptcy Cases") ("Cash Collateral")) is available in any budget approved by this Court for the category and period(s) to which each such administrative expense expenditure relates retrospectively from April 30, 2019, forward, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") are hereby authorized to make a payment in the amount of twenty thousand dollars and zero cents ($20,000.00) (the "Payment") to Shoushana Ohanessian ("Ms. Ohanessian") in satisfaction of the portion of the Motion seeking reimbursement for certain hotel expenditures incurred by Ms. Ohanessian following the commencement of the Bankruptcy Cases. ,

2. The Payment shall be made without waiver of or prejudice to any rights or remedies of the Debtors or Hillair Capital Management, LLC to dispute the characterization, necessity and/or amount of the remaining balance of the administrative claim sought by and through the Motion, which remaining balance shall be thirty two thousand three hundred forty-nine dollars and sixty seven cents ($32,349.67) once the Payment is made (the "Asserted Claim Balance") and is without waiver of or prejudice to the ability of Ms. Ohanessian to seek allowance and payment of any claim she believes to be entitled to administrative priority, whether referenced in the Motion or otherwise

3. A continued hearing on the Motion shall be heard in the Courtroom on April 9, 2020, at 10:00 a.m. In the interim, the Debtors and Ms. Ohanessian shall

1  attempt to resolve (informally and/or formally, to the extent necessary and
2  appropriate) the Asserted Claim Balance.

3  **IT IS SO ORDERED**

5  ###

24 Date: February 4, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

APPROVED AS TO FORM:

Dated: 1/31/2020

JEFFREY S. SHINBROT, APLC

By: _____
Jeffrey S. Shinbrot, Esquire
Counsel to Shahan Ohanessian and
Shoushana Ohanessian

Dated: 1/31/2020

BUCHALTER, a Professional Corporation

By: _____
Steven M. Spector, Esquire
Anthony J. Napolitano, Esquire
Attorneys for Secured Creditor
Hillair Capital Management, LLC

Dated: 1/30/2020

FOLEY & LARDNER LLP

By: _____
Ashley McDow, Esquire
Attorneys for Debtors and Debtors-in-
Possession
SCOOBEEZ, SCOOBEEZ GLOBAL, INC.,
and SCOOBUR, LLC

ORDER ON MOTION FOR
ADMINISTRATIVE CLAIM

**APPROVED AS TO FORM:**

Dated:                                        JEFFREY S. SHINBROT, APLC

By: _____
    Jeffrey S. Shinbrot, Esquire
    Counsel to Shahan Ohanessian and
    Shoushana Ohanessian

Dated:                                        BUCHALTER, a Professional Corporation

By: _____
    Steven M. Spector, Esquire
    Anthony J. Napolitano, Esquire
    Attorneys for Secured Creditor
    Hillair Capital Management, LLC

Dated :                                      FOLEY & LARDNER LLP

By: _____
    Ashley McDow, Esquire
    Attorneys for Debtors and Debtors-in-Possession
    SCOOBEEZ, SCOOBEEZ GLOBAL, INC.,
    and SCOOBUR, LLC