John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
Crystal Nix-Hines (Bar No. 2482073)
crystalnixhines@quinnemanuel.com
Eric Winston (Bar No. 202407)
ericwinston@quinnemanuel.com
Jennifer L. Nassiri (Bar No. 209796)
jennifernassiri@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Secured Creditor,
HILLAIR CAPITAL MANAGEMENT, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | CASE NO. 2:19-bk-14989-WB |
|---|---|
| SCOOBEEZ, et al.[1] | Jointly Administered: 2:19-bk-14991-WB; 2:19-bk-14997-WB |
| Debtors and Debtors in Possession. | Chapter 11 |
| Affects: | **NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION PURSUANT TO LOCAL RULE 9075-1 TO FILE DOCUMENTS UNDER SEAL** |
| ■  All Debtors | |
| ☐  Scoobeez, ONLY | Date: |
| ☐  Scoobeez Global, Inc., ONLY | Time: |
| ☐  Scoobur, LLC, ONLY | Dept.:    1375 |
| | United States Bankruptcy Court |
| | Edward Roybal Federal Building |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |
| | The Hon. Julia Brand |

---

[1]   The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

1    **PLEASE TAKE NOTICE** that senior secured creditor Hillair Capital Management, LLC

2    ("Hillair") will move the Court for an order permitting it to file under seal pursuant to L.B.R.

3    5003-2(c) and the Protective Order entered in the above-captioned action on December 23, 2019,

4    Hillair's *Supplemental Opposition to Amazon's Motion for an Order: (A) Determining that the*

5    *Automatic Stay Does Not Require Amazon to Utilize Debtors' Services, and (b) Modifying the*

6    *Automatic Stay* (the "Supplemental Opposition"), and accompanying documents.

7    **PLEASE TAKE FURTHER NOTICE** that this Motion is made pursuant to 11 U.S.C. §

8    107 ("Bankruptcy Code"), Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 9018 and

9    9037, and Local Bankruptcy Rules ("Local Rules") 5003-2(c)(1) and 9075-1, which authorize the

10   issuance of court orders protecting confidential information, permit the filing of non-public

11   information under seal, and hearing matters on an emergency basis.

12   **PLEASE TAKE FURTHER NOTICE** that this Motion is based on the accompanying

13   Memorandum of Points and Authorities, the attached Declaration of Jennifer Nassiri (the

14   "Declaration"), all pleadings, papers, and records on file with the Court, and such other evidence

15   as may be presented to the Court in connection with this Motion.

16   **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9075-

17   1(a)(8), any response to this Motion may be presented at the time of hearing, if the Court

18   determines that a hearing is necessary.

19

20   DATED:  February 19, 2020            QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
21

22

23                                       By _____
                                            John B. Quinn
24                                          Crystal Nix-Hines
                                            Eric D. Winston
25                                          Jennifer L. Nassiri

26                                       *Attorneys for Secured Creditor Hillair Capital*
27                                       *Management, LLC*

28

**EMERGENCY MOTION TO FILE DOCUMENTS UNDER SEAL**

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2

**I.    INTRODUCTION AND NECESSITY FOR EMERGENCY RELIEF**

3    Hillair requests an order authorizing it to file under seal Hillair's Supplemental Opposition,

4 the Declaration of Jennifer Nassiri (the "<u>Declaration</u>"), and accompanying exhibits.

5    On October 28, 2019, Amazon Logistics, Inc. ("<u>Amazon</u>") filed its *Motion for an Order:*

6 *(A) Determining that the Stay Does not Require Amazon to Utilize Debtor's Services and (B)*

7 *Modifying the Automatic Stay* [Dkt. No. 393] (the "<u>Stay Relief Motion</u>"), seeking this Court's

8 permission to terminate its contract with the Debtor.  On November 11, 2019, after Hillair, the

9 Debtors and the Committee filed their initial oppositions to the Stay Relief Motion, Amazon filed

10 an omnibus reply in support of the Stay Relief Motion (the "<u>Stay Relief Reply</u>") [Dkt. No.430].

11 On December 23, 2019, Amazon filed its *Protective Order re: Amazon Logistics, Inc.'s Motion*

12 *for Relief from Stay* (the "<u>Protective Order</u>") [Dkt. No. 518], designating disclosure or discovery

13 material designated as either "CONFIDENTIAL" or "ATTORNEYS EYES ONLY" as protected

14 material (the "<u>Protected Material</u>").

15    Hillair now seeks to seal those portions of its Supplemental Opposition, Declaration, and

16 accompanying exhibits, which similarly quote, paraphrase, or otherwise reveal information about

17 Protected Material.

18    Emergency Relief is necessary because the Protective Order requires Hillair to "seek an

19 order permitting it to file the Protected Material under seal, but may note for the Court that the

20 Party filing such Protected Material does not qualify to be filed under seal, and the Designating

21 Party may file its own motion requesting that the Protected Material be filed under seal."

22 Protective Order ¶ 11.3.  Hillair's Supplemental Opposition is due on February 19, 2020, which is

23 today.

24    The Court may authorize the filing under seal under 11 U.S.C. § 107(c), and it is

25 appropriate to do so in this case.[2]  The Supplemental Opposition, Declaration, and accompanying

26

27    [2]  For avoidance of doubt, Hillair takes no position on whether Amazon properly designated
materials as "Confidential" or "Attorneys' Eyes Only" but believes it is obligated to seek to seal

28 pursuant to the Protective Order.

**EMERGENCY MOTION TO FILE DOCUMENTS UNDER SEAL**

1    exhibits expressly reference Protected Material, which the Protective Order directs Hillair to file

2    under seal.

3    Further, no other party will be prejudiced.  In fact, both Amazon and the Debtors have

4    already represented they have no objection to filing the Supplemental Opposition under seal.

5    Decl. of Jennifer Nassiri, at ¶ 3.

6    For these reasons, Hillair requests that the Court grant the Motion on an emergency basis.

7    **II.    LEGAL STANDARD**

8    When evaluating sealing motions, the Ninth Circuit has explained that "[u]nless a

9    particular court record is one 'traditionally kept secret,' [there is] a 'strong presumption in favor of

10    access,'" to court records, and " [a] party seeking to seal a judicial record [] bears the burden of

11    overcoming this strong presumption by meeting the 'compelling reasons' standard." *Kamakana v.*

12    *City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  However, the standard for sealing

13    discovery material under Rule 26(c) is "good cause" and not the "compelling reasons" standard, a

14    distinction that respects the "different interests [that] are at stake." *In re Apply 2 Save, Inc.*, 2011

15    WL 1363771, at *2 (Bankr. D. Idaho Apr. 11, 2011) (citing *Kamakana*, 447 F.3d at 1178–79).

16    The sealing request must "be narrowly tailored to seek sealing only of sealable material." Civil

17    L.R. 79-5(b).

18    Further, Local Bankruptcy Rule 5003-2(c)(1) requires that "[i]f filing under seal is

19    requested, a written motion and proposed order must be presented to the judge along with the

20    paper submitted for filing under seal."  LBR 5003-2(c)(1).

21    **III.    THE COURT SHOULD SEAL THE IDENTIFIED PORTIONS OF HILLAIR'S**

22    **SUPPLEMENTAL OPPOSITION**

23    The Court should seal Hillair's Supplemental Opposition, Declaration, and accompanying

24    exhibits because they refer to Protected Material under the Protective Order.  Good cause exists to

25    seal the portions of the Supplemental Opposition and Hillair believes it is obligated to seal these

26    materials.  Further, Hillair has narrowly tailored this request to cover just those portions of the

27    documents that explicitly disclose Protected Material under the Protective Order.  Lastly, both

28

**EMERGENCY MOTION TO FILE DOCUMENTS UNDER SEAL**

1   Amazon and the Debtors have represented that they have no objection to Hillair filing its

2   Supplemental Opposition under seal.

3   **IV.**    **CONCLUSION**

4       For the foregoing reasons, Hillair requests that the Court enter an order authorizing it to

5   file under seal the Supplemental Opposition and any accompanying exhibits containing Protected

6   Material.

9   DATED:  February 19, 2020            QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

                                  By _____
                                         John B. Quinn
                                         Crystal Nix-Hines
                                         Eric D. Winston
                                         Jennifer L. Nassiri

                                         *Attorneys for Secured Creditor Hillair Capital*
                                         *Management, LLC*

**EMERGENCY MOTION TO FILE DOCUMENTS UNDER SEAL**

1    John B. Quinn (Bar No. 90378)
    johnquinn@quinnemanuel.com
2    Crystal Nix-Hines (Bar No. 2482073)
    crystalnixhines@quinnemanuel.com
3    Eric Winston (Bar No. 202407)
    ericwinston@quinnemanuel.com
4    Jennifer L. Nassiri (Bar No. 209796)
    jennifernassiri@quinnemanuel.com
5    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    865 S. Figueroa St., 10th Floor
6    Los Angeles, CA  90017
    Telephone:  (213) 443-3000
7    Facsimile:  (213) 443-3100

8    Attorneys for Secured Creditor,
    HILLAIR CAPITAL MANAGEMENT, LLC
9

10         **UNITED STATES BANKRUPTCY COURT**

11         **CENTRAL DISTRICT OF CALIFORNIA**

12         **LOS ANGELES DIVISION**

| | |
|---|---|
| 13   In re | CASE NO. 2:19-bk-14989-WB |
| 14   SCOOBEEZ, et al.[1] | Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB |
| 15       Debtors and Debtors in Possession. | Chapter 11 |
| 16   Affects: | **DECLARATION OF JENNIFER NASSIRI IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION PURSUANT TO LOCAL RULE 9075-1 TO FILE DOCUMENTS UNDER SEAL** |
| 17    ■   All Debtors | |
| 18    ☐   Scoobeez, ONLY | |
| 19    ☐   Scoobeez Global, Inc., ONLY | |
| 20    ☐   Scoobur, LLC, ONLY | Date:<br>Time: |
| 21 | Dept.:    1375 |
| 22 |         United States Bankruptcy Court<br>        Edward Roybal Federal Building |
| 23 |         255 E. Temple Street<br>        Los Angeles, CA 90012 |
| 24 | The Hon. Julia Brand |

25

26    ─────────────

     [1]   The Debtors and the last four digits of their respective federal taxpayer identification

27   numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC
    (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

28

## **DECLARATION OF JENNIFER NASSIRI**

1.        I am a member of the bar of the State of California and admitted to practice before the Court.  I am an of counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for senior secured creditor Hillair Capital Management, LLC ("Hillair").  Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness, I would testify competently to those matters.[2]

2.        On December 23, 2019, Amazon filed its *Protective Order re: Amazon Logistics, Inc.'s Motion for Relief from Stay* (the "Protective Order") [Dkt. No. 518], designating disclosure or discovery material designated as either "CONFIDENTIAL" or "ATTORNEYS EYES ONLY" as protected material (the "Protected Material").  The Protective Order requires Hillair to "seek an order permitting it to file the Protected Material under seal, but may note for the Court that the Party filing such Protected Material does not qualify to be filed under seal, and the Designating Party may file its own motion requesting that the Protected Material be filed under seal."

3.        On February 18, 2020, I confirmed with both Amazon and the Debtors that they have no objection to Hillair filing its Supplemental Opposition, accompanying Declaration, and accompanying documents under seal.

4.        Emergency relief is necessary because Hillair's Supplemental Opposition is due on February 19, 2020, which is today.

5.        The Court may authorize filing under seal under 11 U.S.C. § 107(c).  For the reasons stated in the Emergency Motion, it is appropriate to do so in this case.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 19th day of February, 2020, at Los Angeles, California.

---

[2]  All terms not defined herein have the same meaning as in the *Emergency Motion Pursuant to Local Rule 9075-1 to File Documents Under Seal*.

1

2  DATED:  February 19, 2020

3

4                                                        By _____

5                                                             Jennifer L. Nassiri

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, Floor 10, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION PURSUANT TO LOCAL RULE 9075-1 TO FILE
DOCUMENTS UNDER SEAL AND DECLARATION OF JENNIFER NASSIRI IN SUPPORT OF THE EMERGENCY
MOTION
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
02/19/2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  02/20/2020_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Honorable Julia W. Brand
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| 02/19/2020 | Jennifer L. Nassiri | | /s/ Jennifer Nassiri |
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1.** **To Be Served By The Court Via Notice Of Electronic Filing (NEF)**

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA) alvin.mar@usdoj.gov,
dare.law@usdoj.gov

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF ordubegian.aram@arentfox.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc. amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc. amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family
Trust UTD 3/25/1988 davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Grigori Sedrakyan davidlallylaw@gmail.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P.
dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors
dln@lnbyb.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured Creditors
dln@lnbyb.com

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega yaeckel@sullivanlawgroupapc.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Creditor Azad Baban gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Jennifer L Nassiri on behalf of Creditor Hillair Capital Management, LLC jennifernassiri@quinnemanuel.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the Estates of Scoobeez and Scoobeez Global, Inc. jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc. kmorse@clarkhill.com, blambert@clarkhill.com

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Richard T Baum on behalf of Stockholder Rosenthal Family Trust rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc. richard.esterkin@morganlewis.com

Richard W Esterkin on behalf of Defendant Amazon Logistics, Inc. richard.esterkin@morganlewis.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc. smoses@foley.com

Shane J Moses on behalf of Debtor Scoobeez smoses@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley Financial
Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. smiller@tharpe-
howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd. smiller@tharpe-howell.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov


### 1.   Served By Personal Delivery, Overnight Mail, Facsimile Transmission Or Email


<u>Via Email</u>

Richard W Esterkin, richard.esterkin@morganlewis.com

Ashley M McDow, amcdow@foley.com

John Simon, jsimon@foley.com

Shane Moses, smoses@foley.com

David L. Neale, dln@lnbyb.com

John-Patrick M Fritz, jpf@lnbyb.com

A. Klair Fitzpatrick, klair.fitzpatrick@morganlewis.com

Dare Law, Dare.Law@usdoj.gov

Brittany Nelson, bnelson@foley.com