1   John B. Quinn (Bar No. 90378)
    johnquinn@quinnemanuel.com
2   Crystal Nix-Hines (Bar No. 2482073)
    crystalnixhines@quinnemanuel.com
3   Eric Winston (Bar No. 202407)
    ericwinston@quinnemanuel.com
4   Jennifer L. Nassiri (Bar No. 209796)
    jennifernassiri@quinnemanuel.com
5   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    865 S. Figueroa St., 10th Floor
6   Los Angeles, CA  90017
    Telephone:  (213) 443-3000
7   Facsimile:  (213) 443-3100

8   Attorneys for Secured Creditor,
    HILLAIR CAPITAL MANAGEMENT, LLC
9

10                **UNITED STATES BANKRUPTCY COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12                     **LOS ANGELES DIVISION**

13   In re                                  CASE NO. 2:19-bk-14989-WB
                                             Jointly Administered:
     SCOOBEEZ, et al.[1]                     2:19-bk-14991-WB; 2:19-bk-14997-WB
14
              Debtors and Debtors in Possession.   Chapter 11
15
     Affects:                                **DECLARATION OF JENNIFER NASSIRI
16                                            IN SUPPORT OF HILLAIR CAPITAL
        ■  All Debtors                        MANAGEMENT'S SUPPLEMENTAL
17                                            OPPOSITION TO AMAZON'S MOTION
        ☐  Scoobeez, ONLY                     FOR AN ORDER: (A) DETERMINING
18                                            THAT THE AUTOMATIC STAY DOES
        ☐  Scoobeez Global, Inc., ONLY        NOT REQUIRE AMAZON TO UTILIZE
19                                            DEBTORS' SERVICES, AND (B)
        ☐  Scoobur, LLC, ONLY                 MODIFYING THE AUTOMATIC STAY**
20
                                             Date:     February 25, 2020
21                                           Time:     10:00 a.m.
                                             Dept.:    1375
22                                                     United States Bankruptcy Court
                                                       Edward Roybal Federal Building
23                                                     255 E. Temple Street
                                                       Los Angeles, CA 90012
24
                                             The Hon. Julia Brand
25

26   ―――――――――――――――――

27        [1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:
     Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill
     Boulevard, Glendale, California 91214.
28

1    **<u>DECLARATION OF JENNIFER NASSIRI</u>**

2        I, Jennifer Nassiri, hereby declare as follows:

3        1.    I am of counsel at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

4    attorneys of record for Hillair Capital Management, LLC  ("<u>Hillair</u>"). I am a member in good

5    standing of the state bar of California.  I make this declaration in support of *Hillair's Supplemental*

6    *Opposition to Amazon's Motion for an Order: (A) Determining that the Automatic Stay Does Not*

7    *Require Amazon to Utilize Debtors' Services, and (B) Modifying the Automatic Stay* (the

8    "<u>Supplemental Opposition</u>") filed concurrently herewith.  I make this declaration from my own

9    personal knowledge. [2]

10        2.    Attached hereto as Exhibit A is an email I received from Richard Esterkin, counsel

11    for Amazon, dated December 16, 2019.

12        3.    Attached hereto as Exhibit B is a true and correct copy of an email I received from

13    Richard Esterkin, counsel for Amazon, dated February 17, 2020.

14        4.    Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript

15    of Micah McCabe, dated January 17, 2020.

16        5.    Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript

17    of James Wilson, in his personal capacity and as Amazon's Rule 30(b)(6) designee, dated January

18    28, 2020.

19        6.    Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript

20    of David Ojeda, dated February 13, 2020.

21        7.    Attached hereto as Exhibit F is a true and correct copy of excerpts of the transcript

22    of Carey Richardson, dated February 13, 2020.

23        8.    Attached hereto as Exhibit G is a true and correct copy of a document bearing bates

24    SCOOBEEZ-0001583 through SCOOBEEZ-0001584, marked as Exhibit 12 at the deposition of

25    David Ojeda.

26

27        [2]    All capitalized terms not otherwise defined herein have the meaning ascribed to them in the
Opposition.

28

9.      Attached hereto as Exhibit H are tables, prepared under my supervision, which summarize Amazon's scorecards for each of Scoobeez' twelve (12) stations from June 24, 2019 through February 9, 2020.

10.      Attached hereto as Exhibit I is a compilation of twenty-four (24) scorecards issued by Amazon.  Exhibit I includes two scorecards – for weeks 42 (October 14-20, 2019) and 51 (December 16-22, 2019) – for each of Scoobeez' twelve (12) stations.

11.      Attached hereto as Exhibit J is a true and correct copy of a document bearing bates HILLAIR00000170 through HILLAIR00000172, marked as Exhibit 17 at the deposition of Scott Kaufman.

12.      Attached hereto as Exhibit K is a true and correct copy of a document bearing bates HILLAIR00000628 through HILLAIR00000635, marked as Exhibit 18 at the deposition of Scott Kaufman.

13.      Attached hereto as Exhibit L is a true and correct copy of document bearing bates AMAZON_H002451 through AMAZON_H002469, marked as Exhibit 18 at the deposition of Micah McCabe.

14.      Attached hereto as Exhibit M is a true and correct copy of document bearing bates AMAZON_E000522 through AMAZON_E000525, marked as Exhibit 13 at the deposition of David Ojeda.

15.      Attached hereto as Exhibit N is a true and correct copy of a letter, which I received via email, from Ashley Baxter, counsel for Amazon, dated February 11, 2020.

16.      On information and belief, the status of the three actions referred to in the Delaney Declaration is as follows:  (1) *Bennie Hamilton v. Scoobeez, Inc., Amazon Logistics,* Los Angeles County Superior Court Case No. BC669835 was dismissed prepetition on December 20, 2018; (2) *Jassim Addal v. Amazon.com, Inc; Scoobeez Inc.,* Los Angeles Superior Court Case No. BC719783 dismissed Scoobeez post-petition on or about September, 2019, and *Unta Key, et al v. Scoobeez, et al.,* San Diego Superior Court Case No. 37-2017-00018285, consolidated with Case No. 37-2017-0039527 settled at a mediation on February 6, 2020.

DECLARATION OF JENNIFER NASSIRI IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT'S
SUPPLEMENTAL OPPOSITION TO AMAZON'S MOTION FOR RELIEF FROM STAY

17.     On January 27, 2020, Shane Moses, an attorney from the law firm of Foley & Lardner, LLP, counsel to the Debtors in these cases, informed me that the last DSP station assigned to Scoobeez was the DPS1 in Rosemead, California, in or about October, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of February 2020, at Los Angeles, California.

DATED:  February 19, 2020

JENNIFER NASSIRI

DECLARATION OF JENNIFER NASSIRI IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT'S SUPPLEMENTAL OPPOSITION TO AMAZON'S MOTION FOR RELIEF FROM STAY

1

**PROOF OF SERVICE**

2

  I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

3

4

  On February 19, 2020, I served true copies of the following document(s) described as:

5

6

**DECLARATION OF JENNIFER NASSIRI IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT'S SUPPLEMENTAL OPPOSITION TO AMAZON'S MOTION FOR RELIEF FROM STAY**

7

on the parties in this action as follows:

8

9

10

11

12

13

Ashley M. McDow
John A. Simon
Shane J. Moses
FOLEY & LARDNER LLP
555 S. Flower St. 33rd Floor
Los Angeles, CA 90071
Tel. no. 213-972-4500
amcdow@foley.com
jsimon@foley.com
smoses@foley.com

Richard W. Esterkin
MORGAN, LEWIS & BOCKIUS
300 S. Grand Ave., Floor 22
Los Angeles, CA 90071-3132
Tel. no. 213-612-2500
richard.esterkin@morganlewis.com

14

15

16

17

18

John-Patrick M. Fritz
David L. Neale
LEVENE, NEALE, BENDER, YOO & BRILL LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Tel. no. 310-229-1234
jpf@lnbyb.com
dln@lnbyb.com

Dare Law
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
Tel. no. 213-894-4219
Dare.Law@usdoj.gov

19

20

21

A. Klair Fitzpatrick
MORGAN LEWIS & BOCKIUS
1701 Market Street
Philadelophia, PA 19103
Tel. no. 215-963-5001
klair.fitzpatrick@morganlewis.com

Britney J. Nelson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
bnelson@foley.com

22

23

24

25

  **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from the e-mail address jennifernassiri@quinnemanuel.com to persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

26

27

28

DECLARATION OF JENNIFER NASSIRI IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT'S
SUPPLEMENTAL OPPOSITION TO AMAZON'S MOTION FOR RELIEF FROM STAY

1      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

2

3

4      Executed on February 19, 2020, at Los Angeles, California.

5

6                                                    */s/ Jennifer Nassiri*

7                                                    _____
                                                    Jennifer Nassiri

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JENNIFER NASSIRI IN SUPPORT OF HILLAIR CAPITAL MANAGEMENT'S
SUPPLEMENTAL OPPOSITION TO AMAZON'S MOTION FOR RELIEF FROM STAY