# EXHIBIT D
# FILED UNDER SEAL

1    UNITED STATES BANKRUPTCY COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3     LOS ANGELES DIVISION

4  ————————————————————————

5 In re:        )

6 SCOOBEEZ, et al.    )

7  Debtors and Debtors  ) Case Nos.

8  in Possesion.    ) 2:19-bk-14991-WB

9 vs.        ) 2:19-bk-14997-WB

10 ————————————————————————)

11

12   VIDEOTAPED DEPOSITION OF JAMES WILSON

13   TAKEN BY A CERTIFIED COURT REPORTER

14     LAS VEGAS, NEVADA

15    TUESDAY, JANUARY 28, 2020

16     at 10:09 a.m.

17

18

19

20

21

22

23 Reported By: LISA MAKOWSKI, CCR 345, CA CSR 13400

24 JOB NO:  3955993

25 PAGES 1 - 333

            Page 1

1   BY MS. NASSIRI:

2        Q.    Okay.   And are you part of the North

3   America DSP team now?

4        A.    Yes.

5        Q.    So in -- for the recruiting of 2.0s, you

6   said owners with leadership -- that can show

7   leadership.

8        A.    I said -- I said hire and develop

9   ownership and bias for action.

10       Q.    Okay.

11       A.    And also grit.

12   ██   ████   ████████████████████

██   ████████████████████████████████

██   ██████

██   ██   ████████████

██   ██   ████████████████████

██   ████████████████████████████████

██   ██████████████████████████

██   ████████████████████

██   ██   ████████████████████

██   ██   ██████████

██   ██   ██████████████

██   ██   ████   ████████████████████

██   ████████████████████████████

██   ████████████████

Page 57



Page 58

1

2

3

4

5

6

7

8

9

10

11

12

13   BY MS. NASSIRI:

14       Q.   Ballpark.  Okay.

15            We talked about the qualifications for a

16   DSP under the 2.0 system.

17            What kind of due diligence is done on a

18   potential DSP to determine whether they have these

19   qualities that Amazon Logistics is looking for?

20            MS. FITZPATRICK:  Objection, form.

21            THE WITNESS:  So for a -- a 2.0, when

22   we're creating a 2.0, they'll -- the partner will

23   go through a background check, a credit check, and

24   then they'll go through a process where they're

25   essentially interviewed at multiple stages.  So

Page 59

1    station is -- is what Amazon is -- is targeting now

2    as opposed to a larger DSP?

3            MS. FITZPATRICK:  Objection, misstates

4    testimony.

5            THE WITNESS:  I mean, I -- I can give --

6    I mean, I -- I think it's similar to -- to what I

7    just said.  I think an owner-operator in the

8    station can -- can better manage those metrics and

9    have a -- really what I would describe as a -- a --

10   a better connection with drivers that help drive

11   those metrics.

12   BY MS. NASSIRI:

13       Q.   Is the idea that a 2.0 owner-operator

14   who's on the ground at the station will only

15   operate out of one station?

16       A.   For -- for new owners onboarded?

17       Q.   Yes.

18       A.   Yes.  That is -- we're very clear on that

19   on the Logistics@amazon.com site, the expectation

20   of operating one station.

21       Q.   Are there any 2.0s that operate out of

22   more than one station currently?

23       A.   There are migrated 2.0s --

24       Q.   Okay.

25       A.   -- that operate at multiple stations.

                                        Page 96

```
1           Q.   So tell me a little bit about that.
2    How -- if -- if you were a 1.0 -- well, strike
3    that.
4           So you just said that while new 2.0s, the
5    idea is they operate out of one station, some of
6    the migrated 2.0s who were at one time 1.0s may
7    operate out of more than one station.
8           Do you know how many stations those 1.0s
9    migrated to 2.0s are operating out of?  What's the
10   maximum number?
11          A.   I believe ballpark 12 to 13.
12          Q.   Okay.  And so -- and I assume that the
13   2.0 DSP has a -- an agreement or a actual contract
14   that looks different than a 1.0 agreement; is that
15   correct?
16          A.   Yes.
17          Q.   So how -- do changes have to be made to
18   the 2.0 agreement by the fact that it's a migrated
19   1.0?
20          MS. FITZPATRICK:  Objection, form.
21   BY MS. NASSIRI:
22          Q.   If they work out of 12 to 13 stations,
23   how -- how would they satisfy the requirements of a
24   2.0?
25          MS. FITZPATRICK:  Objection, form.
```

Page 97

1          THE WITNESS:   I'm not sure -- can --

2     can -- I'm not sure what -- what you're asking me

3     there.

4     BY MS. NASSIRI:

5          Q.    Yeah.   So -- so we talked about the

6     qualities of a 2.0.

7               How does that work for a migrated 2.0?

8     If they have more than one station and presumably

9     more drivers and more routes, how -- how -- how is

10    that -- how does that manifest itself --

11              MS. FITZPATRICK:   Objection.

12    BY MS. NASSIRI:

13         Q.    -- in the Amazon system?

14         A.    How -- how does -- how does what manifest

15    itself?

25         Q.    Okay.   Okay.   So the difference really is

Page 98

1    just the number of stations they're operating out

2    of.

3        A.    I -- I think that's fair to say that's

4    one difference.

5        Q.    Okay.    Are the owners required to do

6    something different because they can't be in more

7    than one place at one time?    So how do they -- are

8    they required to physically be at the stations

9    certain hours of the day or per week, or are there

10    any of those types of requirements put on the

11    owners of a migrated 2.0?

12        A.    There's -- there's no requirement for the

13    amount of time, as an example, that they have to be

14    present in the station in the 2.0 agreement for --

15    for any 2.0.

16        Q.    Okay.    But is there an expectation in the

17    2.0 agreement that the owner-operator is boots on

18    the ground at the station?

19        A.    In -- in the actual 2.0 agreement, I --

20    my understanding is there's no requirement that you

21    have boots on ground --

22        Q.    Okay.

23        A.    -- in the actual legal agreement.

Page 99



Page 100

Veritext Legal Solutions
866 299-5127



Page 101



Page 102

9    Q.    Okay.  For the 1.0s that did not migrate

10    to the 2.0 structure and those were terminated --

11    we talked about some of those were terminated, was

12    it because they didn't meet the 2.0 criteria, the

13    structure?

14        MS. FITZPATRICK:  Objection; vague, calls

15    for speculation, incomplete hypothetical.

16        THE WITNESS:  There -- there's multiple

17    reasons we could decide to terminate a agreement.

18    I don't think there's any one specific reason.

19    BY MS. NASSIRI:

20    Q.    Okay.  For the 1.0s, the 30 or so 1.0s

21    that are currently in the system, is the idea that

22    they -- all of them be phased out ultimately to be

23    terminated?

24    A.    I think it's fair to say that just

25    logistically having multiple contracts is just an

Page 103

1       Q.   Okay.  So of the 30 current 1.0s that are

2   in the system, approximately, do you know how many

3   of them have been turned down to transition to a

4   2.0 that -- that had asked to be?

5            MS. FITZPATRICK:  You're -- you're asking

6   of the 30 that remain, how many asked and were

7   rejected?

8            MS. NASSIRI:  Correct.

9            THE WITNESS:  How -- how many -- so

10  just -- just to clarify, this would be a population

11  that originally declined initially because anyone

12  that originally said yes, we would have migrated

13  after June of 2018.

14  BY MS. NASSIRI:

15       Q.   Okay.  And so then there was a group that

16  either -- that declined or could there have been a

17  group that said nothing, that didn't respond?

18       A.   I -- I guess -- I guess in theory

19  potentially.

20       Q.   Okay.

21       A.   I -- I -- I -- I think it's fair to say

22  that since January 2019, we haven't migrated a

23  single DSP from 1.0 to 2.0.

24       Q.   Okay.

25       A.   And anyone that -- that requested was

                                        Page 106

1    denied.

2         Q.    Why is that?

3         A.    I -- I would say basically that in the --

4    in the past, the rubric that was used to determine

5    whether a DSP was migrated needed to be reviewed.

6    And we're still kind of developing that framework

7    to determine -- to make sure we're making smart

8    decisions.

9         Q.    So okay.   You're saying that that rubric

10   may not have been fully developed initially when

11   1.0s requested to be migrated to the 2.0 program?

12        A.    Well, the original wasn't a -- it was we

13   asked DSPs; right?

14        Q.    Right.

15        A.    So -- so yes.   Like, basically I think it

16   was a come one, come all.   And as we've evolved,

17   we've kind of changed our view to maybe we should

18   build a better framework.

19        Q.    Okay.   Who -- who -- who makes those

20   decisions about what that framework should look

21   like in terms of being able to migrate from 1.0 to

22   2.0?

23        A.    I don't -- I don't know if there's any

24   single person.   That recommendation would be driven

25   through -- through me and my -- my team.

                                        Page 107

1        Q.   Okay.  So -- and I realize that the

2   initial announcement from Amazon and the

3   opportunity to migrate from 1.0 to 2.0 happened

4   before you became a part of this team.

5            But is it fair to say that if the 1.0s

6   didn't jump at that opportunity then, then there

7   was different requirements looked at or -- or

8   criteria looked at to determine whether they could

9   migrate?

10           MS. FITZPATRICK:  Objection, form.

11           THE WITNESS:  I can only speculate before

12   my time.  I can say that for my time since

13   January 2019, we haven't migrated a single 1.0 to

14   2.0.

15   BY MS. NASSIRI:

16       Q.   Okay.  And -- so that's about a year that

17   you've been in this position.

18            Has anyone -- has any 1.0 that initially

19   said no but then changed their mind and wanted to

20   be considered as a 2.0, have -- have -- have any

21   come forward since that time?

22       A.   I -- I'm -- yes, I'm sure -- yes,

23   there -- there have been instances where a DSP has

24   requested through their -- their on-the-road team

25   to migrate.

                                    Page 108

1        Q.    Okay.   And you're saying since you've

2    been involved since January --

3        A.    Since -- since January 2019.

4        Q.    You have not approved any such migration.

5        A.    Correct.   We -- like, we have no -- no

6    DSP has actually migrated and --

7        Q.    I just want to know if anyone asked and

8    said -- was said no.

9        A.    Yeah.   Yes.   People have asked -- people

10   have asked.   I -- I -- I can't recall specifically

11   which DSPs.

12       Q.    Sure.

13       A.    But I -- I know that -- that there have

14   been requests from -- from specific on-the-road

15   managers saying, hey, this DSP is asking about

16   migrating to 2.0.   So there are a number of DSPs

17   that have asked.   We haven't really developed a

18   framework yet, and so the answer is basically we're

19   not migrating right now because we don't have a

20   framework to how we want to think about it.

21       Q.    Okay.   Is that framework being developed?

22       A.    Yes.

23       Q.    And are you the person who is working on

24   that framework?

25       A.    My team.

                                            Page 109

1      Q.    Okay.

2            MS. NASSIRI:  This is going to be

3      Exhibit 4.

4            (Exhibit 4 was marked for

5            identification.)

6      BY MS. NASSIRI:

7      Q.    It's pretty short.  It's a -- it's an

8      email chain.  At the bottom it starts -- it's from

9      you to Eric Swanson and David Ojeda dated Friday,

10     October 4th at 9:16 a.m.  And the very top email is

11     from you to David Ojeda and Eric, also on

12     October 4th at 9:54 a.m.

13           Take a look and tell me if you recognize

14     this email.

15     A.    Yes.

16     Q.    Okay.  And it -- it looks like you asked

17     Eric Swanson and David Ojeda, "Do you know the back

18     story on why Scoobeez never migrated to 2.0?"

19           So just curious why these two individuals

20     would be who you asked, Eric Swanson and David

21     Ojeda?  Why would you have asked Eric Swanson that

22     question?

23     A.    Well, Eric's who I report to.

24     Q.    Okay.

25     A.    So that -- that's why I included him.

                                    Page 122

1        Q.    Okay.

2        A.    And David was the, I guess, point of

3    contact, kind of leading the migration effort.

4        Q.    Okay.   For all stations, not just the

5    ones he was on the road for?

6        A.    In -- in June of 2018, yes.

7        Q.    Okay.   Okay.   And do you know why -- what

8    triggered you to write this email in October of

9    2019, so about three months ago?

10       A.    I -- I don't recall specifically.   I

11   don't recall specifically.

12       Q.    Okay.   So Eric responds, "Two issues.

13   They had the highest route negotiated rate so would

14   have taken a 5 percent" -- I -- I don't know what

15   that means but I assume a "5 percent haircut to

16   move to 2.0."

17            So let's talk about that first.   What

18   does that mean, "highest route negotiated rate so

19   would have taken a 5 percent haircut"?

20       A.    The way I interpreted that statement --

21       Q.    Sure.

22       A.    -- was basically what Eric believed was

23   the factor was that if Scoobeez migrated, they

24   would be paid less for their work than they had

25   individually negotiated in the 1.0.

Page 123

1          Q.    Okay.   And then it says, "They"

2     own/lease -- "own/lease a lot of their vehicles and

3     conversion to Armada was a nonstarter."

4              So what does that mean?

5          A.    My interpretation --

6          Q.    Sure.   I know you didn't write that.

7          A.    Yeah, yeah.   My interpretation of what he

8     meant was that they had already signed like a lease

9     with another provider --

10         Q.    Okay.

11         A.    -- so that if they were to -- to go to

12    the 2.0, the value of -- of having the option to

13    sign a lease with Armada wasn't -- wasn't any value

14    because they already had a lease signed.

15         Q.    So what's Armada?

16         A.    Armada is what we refer to as our -- our

17    lease program that we offer to -- to -- to DSPs.

18         Q.    2.0s?

19         A.    Correct.

20         Q.    Okay.   Was that -- was that lease program

21    also in place for the 1.0s?

22         A.    Armada is like a brand.

23         Q.    Okay.

24         A.    The actual company we -- we partner with,

25    like I guess in theory any company could partner

                                              Page 124

1    with --

2          Q.    Okay.

3          A.    -- but the actual program that we

4    negotiated with on the Armada program was

5    specifically for 2.0s.

6          Q.    So Armada, is that a brand of car, a

7    brand of van or truck?

8          A.    It's -- it's a brand of program.

9          Q.    Oh.

10         A.    It's just how we -- it's -- we can call

11   it the Armada program.

12         Q.    Okay.

13         A.    It's kind of like a code name basically.

14         Q.    Okay.    Is Armada -- does Amazon own the

15   Armada brand?

16         A.    No.

17         Q.    Okay.    And so am I understanding this

18   correctly that Amazon Logistics negotiates certain

19   lease rates for the vans or trucks for the DSPs to

20   use?

21         A.    Yes.    But one -- one of the, I guess,

22   benefits --

23         Q.    Sure.

24         A.    -- of the 2.0 program is that we go out

25   and -- and we negotiate certain rates with

Page 125

```
1    value-added service providers.   In this specific
2    case, the Armada program that we negotiated
3    specifically are vehicle leases --
4         Q.   Yeah.
5         A.   -- is an example of that.
6         Q.   Okay.  But why would it matter to Amazon
7    that, let's say, Scoobeez had already leased a lot
8    of their vehicles?  And could it -- I understand
9    that there may be a cheaper rate for Armada for
10   them to use.  But what would be -- what would be
11   the reason that this would be why they wouldn't
12   have migrated?
13        A.   My interpretation of --
14        Q.   Sure.
15        A.   -- what he is saying is that if you
16   already have leases signed, like, the value of
17   moving to 2.0, like, you don't -- like, you're
18   not -- it's not helping you negotiate a deal.
19   You've already made the deal.
20        Q.   So when it -- when he -- when says that
21   was a nonstarter, he means for -- for Scoobeez, not
22   for Amazon.  Meaning Scoobeez would say that's a
23   nonstarter, we've already gotten our -- our cars,
24   our -- our trucks.  It's not a nonstarter for
25   Amazon to agree to make them a 2.0?
```

Page 126

1     A.    That is how I interpreted it.

2     Q.    Okay.

3     A.    Basically it was a nonstarter for

4     Scoobeez.

5     Q.    Got it.  Okay.

6           And then he writes, "The route rate is

7     99.9 percent of the issue."

8           Again, is it your understanding he's

9     talking about from Scoobeez' perspective?

10    A.    It -- it's my understanding that, yeah,

11    this entire section of the email is just talking

12    about Scoobeez' perspective.

13    Q.    Okay.  So that Scoobeez -- is it your

14    understanding that -- didn't want to migrate to a

15    2.0 because they would have had to take a 5 percent

16    haircut and they wouldn't get the benefit of the

17    Armada program?

18    A.    That is my interpretation --

19    Q.    Okay.

20    A.    -- when I read this.

21    Q.    Okay.  Okay.  So then in the next part of

22    the chain, David Ojeda chimes in.  He says, "That's

23    correct for 2018 but in March, April of 2019, there

24    was an email request of them trying to convert to

25    2.0 but we did not approve them or any other DSPs

                                        Page 127

1    commitment tool is just a forecast.

2        Q.    Sure.

3        A.    So it's -- it's just a planning tool.  So

4    there's -- there's no guarantee or requirement to

5    run that.

6        Q.    Okay.

7        A.    So there's going to be DSPs that run more

8    than what's given in the route commitment tool.

9    There's going to be DSPs that run less.

10       Q.    So this is just testifying that they --

11   they were -- just ended up being allocated more

12   routes than the -- that the forecast had

13   anticipated for them?

14       A.    Basic -- basically, yes.

15       Q.    But it still -- in this time period,

16   which would be when the route commitment tool is

17   launched in September, they were not ramping up,

18   though, in terms of above their baseline routes?

19       A.    Correct, correct.  So what was loaded was

20   baseline.  It wasn't -- so what was loaded in the

21   route commitment tool were baseline routes.

22       Q.    But they got more than that.

23       A.    Correct.  So -- so -- correct.

24       Q.    Okay.  Okay.  So paragraph 7.  Why don't

25   you tell me about this performance metrics for DSPs

                                        Page 198

1    where it says that "These records are created and

2    updated at or near the time the performance metrics

3    are measured and relied upon determining the

4    identity the of DSP with whom Amazon does

5    business."

6            So this chart in paragraph 7 talks about

7    Scoobeez' performance metrics from Week 27 through

8    the present.  And we -- the present would be, I

9    imagine, the date you signed this, November 11th,

10   on or about that date.

11           Do you know why Week 27 was chosen?

12       A.   That's when we launched our new

13   performance scorecard.

14       Q.   Oh, okay.  We will talk about scorecards

15   later.

16           Okay.  So can you just walk me through

17   just like, say, the first line --

18       A.   Sure.

19       Q.   -- what DAOU means, and what this is --

20   what -- what is this communicating, this

21   performance percentile?

22           MS. FITZPATRICK:  Objection to form.

23           THE WITNESS:  So DAU1 is -- is a code for

24   a station.

25   / / /

Page 199

1    BY MS. NASSIRI:

2        Q.    Okay.

3        A.    So that's for a specific delivery station

4    or we -- you referred to it as a hub.

5        Q.    Okay.

6        A.    The number of DSPs, that's how many DSPs

7    at this time operated in that DAU1 station.

8        Q.    Okay.

9        A.    And that over the time period from

10   Week 27 to the present, Scoobeez was in the --

11   the -- the top 63 percent of performance of those

12   DSPs.

13       Q.    Okay.  So -- and is it 63 -- is it -- is

14   it a hundred?  Is the max someone could get was a

15   hundred percent?  I'm just trying to -- statistics

16   are a funny thing.

17           MS. FITZPATRICK:  Objection to form,

18   misstates testimony.

19   BY MS. NASSIRI:

20       Q.    I'm trying to understand what this means.

21       A.    So -- so it means that yes, basically you

22   want to be -- you -- you want to be in a higher

23   percentile --

24       Q.    Okay.

25       A.    -- means -- which mean you performed

Page 200

1    better.

2        Q.    Sure.

3        A.    So -- so they're in the 63rd percentile,

4    basically, of their DSPs, which means that they're

5    slightly better than average.  So average would be

6    50 --

7        Q.    Okay.

8        A.    -- percent.

9        Q.    Is -- is -- is -- okay.

10            So following week -- or -- or is this

11   just by station overall for this time period?

12       A.    Correct.  So the first row is only for

13   DAU1.

14       Q.    And where's DAU1, if you know?

15       A.    I believe that's Austin.

16       Q.    Okay.  And then DCH1, 17 DSPs operate out

17   of that station, and Scoobeez was the 47th

18   percentile?

19       A.    So slightly below average.

20       Q.    Okay.  So if we go to the bottom where it

21   says average -- the bottom of the chart on page 17

22   of your declaration, average 49.58.

23            So what does this communicate to you

24   as -- in your -- in your role at Amazon of

25   Scoobeez' performance for this time period?

Page 201

1        A.    It communicates they're almost virtually

2   average.

3        Q.    Okay.

4        A.    So if -- you know, if we use 50 percent

5   as average, so the total average line is all DSPs.

6   So if we look at all stations --

7        Q.    Not just these stations?

8        A.    Yeah.   It's the -- sorry.   Sorry.   It's

9   the average of the stations that they operate in in

10  all DSPs.

11       Q.    Okay.   And you said that these

12  percentiles come from the scorecards that were

13  introduced in or around Week 27?

14       A.    The -- the percentiles are just the

15  ranking of the scores from the scorecard.

16       Q.    Okay.

17            MS. FITZPATRICK:  I -- I'm -- I'm sorry.

18  Can I ask a clarifying question?

19            MS. NASSIRI:  Sure.

20            MS. FITZPATRICK:  I'm not sure I'm

21  following.

22            Are you saying that they -- their

23  performance was 49 percent or -- or in the case of

24  this DSX1, it was -- they're were at 39 percent on

25  their metrics or they performed worse than

                                        Page 202

```
 1              THE WITNESS:  What -- yeah.  What --
 2    what -- can you -- when you -- you say opportunity
 3    just --
 4    BY MS. NASSIRI:
 5         Q.    Sure.
 6         A.    -- I want to make sure I understand what
 7    you mean.
 8         Q.    So we can look at Exhibit -- the -- the
 9    document your declaration is in.
10         A.    Uh-huh.
11         Q.    On page 9 of that exhibit --
12              MS. FITZPATRICK:  Are you talking about
13    the brief?
14    BY MS. NASSIRI:
15         Q.    I'm talking about the brief.  And I
16    realize you did not write this brief.
17              MS. FITZPATRICK:  It's a legal document.
18    BY MS. NASSIRI:
19         Q.    Yeah, and there's -- it's a legal
20    document.
21              MS. FITZPATRICK:  It's prepared by
22    counsel.
23              MS. NASSIRI:  I understand.
24    BY MS. NASSIRI:
25         Q.    But your counsel represents on line 10
```

                                        Page 220

1    that there are -- because Amazon is prevented by

2    the automatic stay from terminating the agreement,

3    there are lost opportunity costs on Amazon.  And I

4    just want to understand, if you know, what those

5    lost opportunity costs are.

6            MS. FITZPATRICK:  So take your time and

7    read the context of the statement that it is

8    written in.

9    BY MS. NASSIRI:

10       Q.   Sure.  And I -- again, I know you didn't

11   write that.

12       A.   Okay.  Could you just ask the question

13   one more time to make sure I understand.

14       Q.   Sure.  Has Amazon lost opportunities by

15   maintaining Scoobeez in the system as a DSP?

16       A.   Well, the first thing I would say is that

17   they -- they -- you know, by the fact of being

18   involved in multiple litigations and the -- and the

19   determination of why we wanted to terminate them

20   along with the other 14 DSPs to begin with,

21   there -- there is, you know, risk associated with

22   that --

23       Q.   Sure.

24       A.   -- right?  So I would define opportunity

25   of having to continue to be dealing with that risk

                                        Page 221

1    of -- of a DSP you are not working with multiple

2    litigations.

3         Q.    Okay.

4         A.    That would be one example.

5         Q.    Okay.

6         A.    Another example of an opportunity costs

7    would be, you know, we from a capacity, planned

8    to -- to -- you know, to not have them in our

9    network.  And so we planned and recruited to have

10   other DSPs in the stations, that because Scoobeez

11   is still there, we're hindering their ability to

12   grow and scale their businesses.  So that could be

13   another opportunity cost.

14        Q.    But -- but Amazon -- or, sorry, Scoobeez

15   is still in those stations --

16             MS. FITZPATRICK:  Not sure --

17   BY MS. NASSIRI:

18        Q.    -- driving those routes that you had

19   slotted other DSPs to jump in and take over?

20        A.    That could potentially have been done.

21        Q.    Okay.

22        A.    That -- that would be another potential

23   example.

24             MS. FITZPATRICK:  I'm not sure if he

25   finished his answer about --

                                        Page 222

1          MS. NASSIRI:   Okay.  Go ahead.

2              MS. FITZPATRICK:   -- opportunity costs,

3      if this were others.

4              THE WITNESS:   There's -- there's -- those

5      are two examples that are coming to mind right now.

6      BY MS. NASSIRI:

7          Q.   If you think of any others while we're

8      talking, you can let me know.

9          A.   Sure.

10         Q.   Can you assign a dollar amount to those

11     lost opportunity costs?

12             MS. FITZPATRICK:   Objection, calls for a

13     legal conclusion.

14             THE WITNESS:   I -- I would -- I would be

15     speculating.

16     BY MS. NASSIRI:

17         Q.   Okay.  So just so I'm clear, and we can

18     kind of cut to the chase, the -- the reason why

19     Scoobeez is on -- was on the list that was created

20     on or about August 9th was because of the multiple

21     litigations and not because of performance; is that

22     right?

23         A.   Correct.

24         Q.   Okay.  What about compliance?  Was

25     compliance a basis for Scoobeez to be on a list for

```
 1    termination?
 2         A.    For Scoobeez specifically?
 3         Q.    Yes.
 4         A.    No.
 5         Q.    In August of 2009 --
 6               MS. FITZPATRICK:   August of 2009?
 7    BY MS. NASSIRI:
 8         Q.    I'm sorry, '19.  August of 2019, was
 9    there a plan to communicate to those 15 DSPs that
10    were on the list that they would be slotted for
11    termination?
12         A.    Yes.
13         Q.    Okay.  And what was that?
14         A.    What was the plan?
15         Q.    Yes.
16         A.    It was, I would say, multifaceted.
17         Q.    Okay.
18         A.    The 2.0 agreement -- one provision of the
19    2.0 agreement is there's the concept of a renewal.
20         Q.    Okay.
21         A.    And so once a year, we can choose not to
22    renew a 2.0 agreement of any reason -- for any
23    reason.
24         Q.    Okay.
25         A.    And --
```

Page 224

1   wage-an-hour litigations wouldn't be cause under

2   the 2.0 agreement for termination?

3        A.   No.  Just -- just I think mainly because

4   it's cleaner to communicate a nonrenewal than to

5   terminate.

6        Q.   Okay.

7        A.   So I just think it's cleaner.

8             And so that was the first bucket we

9   focused on.  And then there are many buckets for

10  1.0s that we could terminate at any time.

11       Q.   Okay.  Have all the 1.0s on that list

12  been terminated other than Scoobeez?

13       A.   They have been communicated -- the

14  decision to communicate -- to terminate them.

15       Q.   Okay.  In August of -- or do you know

16  when Scoobeez first learned that it was on the list

17  to be terminated by Amazon?

18            MS. FITZPATRICK:  Objection, calls for

19  speculation.

20            THE WITNESS:  I -- I can assume when it

21  would be.  My assumption would be when we called

22  them on October 7th and told them.

23  BY MS. NASSIRI:

24       Q.   Okay.  Do you know why the gap between

25  August and October?

                                        Page 226

1        A.    Mainly what I referred to before was that

2    we were focused on -- we were focused on the

3    nonrenewals to begin with, and there was no time

4    urgency --

5        Q.    Okay.

6        A.    -- to communicate a decision to a 1.0.

7        Q.    Okay.  Was the fact that Scoobeez is in

8    bankruptcy, that -- was the fact that Scoobeez was

9    in bankruptcy a determining factor as to when you

10   would communicate with them about their

11   termination?

12       A.    I'm going to -- I'm going to slightly

13   rephrase that question.

14       Q.    Sure.

15       A.    And we were counseled -- basically --

16       Q.    Don't -- yeah, I don't I want to hear

17   anything your counsel told you.

18       A.    Got it.

19       Q.    But just a yes or no.

20             Was the -- the fact that Scoobeez was in

21   bankruptcy, did that impact the timing of when you

22   were going to communicate to Scoobeez that they

23   were on list to be terminated?

24             MS. FITZPATRICK:  Objection to form.

25             You can answer if you understand the

                                        Page 227

```
 1    was.  And I -- I think Mr. Wilson's testified

 2    repeatedly today that the reason for termination

 3    had to do with the number of litigations.

 4              MS. NASSIRI:  Yes.  Okay.

 5    BY MS. NASSIRI:

 6         Q.   Do you know the amount of costs that

 7    Amazon has incurred because of the -- the Scoobeez

 8    multiple litigations?

 9         A.   I do not know.

10         Q.   Do you know who would know that?

11         A.   I would be speculating.

12         Q.   Who would you speculate would know that

13    answer?

14         A.   Legal counsel.

15         Q.   Okay.  With respect to the three wage an

16    hour or employment -- or employment-related

17    actions, which I'll represent to you one of them

18    has been dismissed, so there is two remaining, but

19    with respect to the three that -- that were

20    referenced in the proofs of claim, do you have --

21    do you know whether Amazon's reputation has been

22    harmed because of these actions?

23              MS. FITZPATRICK:  Objection; vague, calls

24    for speculation.

25              THE WITNESS:  Can you -- can you ask that
```

Page 306

1    question -- so do I -- do I know --

2    BY MS. NASSIRI:

3        Q.    Has Amazon's reputation been harmed

4    because Scoobeez is involved in these wage an

5    hour/employment-related actions?

6            MS. FITZPATRICK:    Same objections.

7            THE WITNESS:    I -- I -- I would be

8    speculating.    In general, our position is what I

9    have shared before on -- on litigation and -- and

10   the costs of that and the risks of that.

11   BY MS. NASSIRI:

12       Q.    Okay.    So I -- I just want to make sure

13   we have this clear.

14           The reason the multiple litigations --

15   well, let's go back.

16           If there was just one wage an hour action

17   or employment action against a DSP, would that put

18   them on the -- a list for termination?

19       A.    Through the framework we did on August 9?

20       Q.    Yes.

21       A.    No.

22       Q.    Okay.    So is there a -- what's the --

23   would two be sufficient to put them on the list

24   based on your August 9th framework?

25       A.    Yes.

Veritext Legal Solutions
866 299-5127

1   hypothetical, misstates testimony, lacks

2   foundation, vague.

3           THE WITNESS:  I don't -- I'm not totally

4   understanding the question.

5   BY MS. NASSIRI:

6       Q.   So I'm just saying if -- if -- if --

7   let's put the litigations aside.

8           If we put the litigations aside, based on

9   everything you've testified today, they would not

10  have been on your August 9th exit termination list?

11      A.   So if -- if Scoobeez had never been

12  involved in multiple litigations --

13      Q.   Yes.

14      A.   -- they would not have been slated for

15  exit on the August 9th decision.  I -- I agree with

16  that.

17      Q.   Okay.

18      A.   Correct.

19      Q.   And at that time, on August 9th, there

20  were no other termination lists that we discussed

21  here today that Scoobeez was on?

22      A.   The -- the -- the framework we used

23  evolved over time.

24      Q.   I understand.

25      A.   Scoobeez pretty much popped on every

                                        Page 324

1              REPORTER'S DECLARATION

STATE OF NEVADA)

2   COUNTY OF CLARK)

        I, Lisa Makowski, CCR No. 345, declare as

3   follows:

4        That I reported the taking of the deposition of

5   the witness, JAMES WILSON, commencing on Tuesday,

6   January 28, 2020, at the hour of 10:09 a.m.

7        That prior to being examined, the witness was by

8   me duly sworn to testify to the truth, the whole

9   truth, and nothing but the truth; that, before the

10  proceedings' completion, the reading and signing of

11  the deposition has been requested by the deponent or

12  a party.

13       That I thereafter transcribed said shorthand

14  notes into typewriting and that the typewritten

15  transcript of said deposition is a complete, true and

16  accurate transcription of said shorthand notes taken

17  down at said time.

18       I further declare that I am not a relative or

19  employee of any party involved in said action, nor a

20  person financially interested in the action.

21       Dated at Las Vegas, Nevada this 7th day of

22  February, 2020.

23

24

25  Lisa Makowski, CCR 345

                                              Page 333