# EXHIBIT H

**Exhibit H**

| Rating | Scoobeez' Ratings Across All Its Delivery Stations June 24, 2019 through February 9, 2020 |
|---|---|
| Great | 35.52% |
| Fantastic | 10.58% |
| Fantastic Plus | 36.02% |
| **TOTAL** | **82.12%** |

| Week Ending | Percent of Scoobeez' Stations Rated Great or Better | Number of Scoobeez' Stations Rated Fantastic or Fantastic Plus |
|---|---|---|
| 9/22/19 | 92% | 6 |
| 9/29/19 | 92% | 6 |
| 10/6/19 | 92% | 6 |
| 10/13/19 | 92% | 8 |
| 10/20/19 | 100% | 7 |
| 10/27/19 | 100% | 7 |
| 11/3/19 | 100% | 6 |
| 11/10/19 | 92% | 5 |
| 11/17/19 | 100% | 9 |
| 11/24/19 | 100% | 11 |
| 12/1/19 | 100% | 9 |
| 12/8/19 | 100% | 7 |
| 12/15/19 | 92% | 5 |
| 12/22/19 | 100% | 6 |
| 12/29/19 | 100% | 9 |
| 1/5/20 | 100% | 6 |
| 1/12/20 | 100% | 10 |
| 1/19/20 | 100% | 10 |
| 1/26/20 | 100% | 9 |
| 2/2/20 | 100% | 7 |
| 2/9/20 | 100% | 12 |