# EXHIBIT E

1                    UNITED STATES BANKRUPTCY COURT
                     CENTRAL DISTRICT OF CALIFORNIA
2                       LOS ANGELES DIVISION
3   IN RE:                        §
                                  §
4   SCOOBEEZ, ET ALr              §   CASE NO. 2:19-BK-14989-WB
    DEBTORS AND                   §
5   DEBTORS IN POSSESSION         §   JOINTLY ADMINISTERED:
                                  §   2:19-BK-14991-WB
6                                 §   2:19-BK-14997-WB
7
8
9
10

                    ORAL AND VIDEOTAPED DEPOSITION OF
11                            DAVID OJEDA
                         FEBRUARY 13, 2020
12
13
14
15          ORAL AND VIDEOTAPED DEPOSITION OF DAVID OJEDA,
    produced as a witness at the instance of the Secured
16  Creditor and duly sworn, was taken in the above
    styled and numbered cause on Thursday, February 13,
17  2020, from 9:09 a.m. to 1:02 p.m., before TAMARA
    CHAPMAN, CSR, CRR, RPR in and for the State of
18  Texas, reported by computerized stenotype machine,
    at the offices of Bracewell, LLP, 111 Congress
19  Avenue, Austin, Texas, pursuant to the Federal Rules
    of Civil Procedure and any provisions stated on the
20  record herein.
21
22
23
24
25     Job No. 3980828

                                              Page 1

```
 1              Logistics doesn't generate revenue.  It's a spend.
 2                   Q.  Okay.  Have the costs in the last year
 3        increased or decreased for the program you oversee?
 4                        MR. DIAMANTATOS:  Objection;
 5        foundation.                                            10:05
 6                   A.  For the program that I oversee, decreased.
 7                   Q.  Okay.  Are you familiar with the term 1.0
 8        in reference to DSPs?
 9                   A.  Yes.
10                   Q.  What does it mean to you?              10:05
11                   A.  It is a term that was -- it's a term that
12        references a DSP who was there with the program at
13        the very start of it, and ultimately a DSP that did
14        not choose to move into a 2.0 program, so...
15                   Q.  And you just mentioned 2.0.            10:06
16                   A.  Correct.
17                   Q.  What is your understanding of what is a
18        2.0 DSP?
19                   A.  There are -- so a 2.0 -- DSP 2.0 is a --
20        a -- a DSP that enters in through the system, through  10:06
21        the program through a completely different contract
22        and process.  Then -- I mean, they just enter through
23        the DSP program through a different contract.
24                   Q.  And when you say "a different contract,"
25        what do you mean by "different contract"?              10:06
```

Page 53

```
 1          A.  It's a 2.0 contract.

 2          Q.  And that contract is different than a 1.0

 3     contract?

 4          A.  Yes.

 5          Q.  How do you know they're different?          10:07

 6          A.  I've seen them.

 7          Q.  You've seen both versions?

 8          A.  Yes.

 9          Q.  And let me be more precise.  Is the 2.0

10     contract, other than the name of the DSP, the same?   10:07

11          A.  Repeat it.  I didn't completely...

12          Q.  Sure.  I apologize.

13               So other than just whoever is the DSP that

14     is signing the contract, are the terms of the 2.0

15     contract uniform across all 2.0s?                     10:07

16          A.  All 2.0s?

17          Q.  Yes.

18          A.  It's uniform across all 2.0s, yes.

19          Q.  Okay.  So now let me talk about the 1.0

20     contract.  Again, putting aside the name, are the     10:07

21     terms of the 1.0 contract uniform?

22               MR. DIAMANTATOS:  Objection;

23     foundation.

24          A.  It's my understanding they are, yes.

25          Q.  Okay.  And what is -- again, putting aside    10:07
```

Page 54

1    the names, what do you understand are the differences

2    between the 1.0 contract and the 2.0 contract?

3            A.   The differences are that the 2.0, the vans

4    are, one, a requirement.  The training, onboarding

5    and training for a 2.0 is a requirement.  The --        10:08

6    there are -- I'm trying to think of other like core

7    requirements.  The rate -- the way the rates are paid

8    out are -- are different.  The terms that they're

9    being paid out are -- are different.  Those are the

10   things that stand out.                                  10:08

11           Q.   Are you aware of any 1.0 DSPs still

12   operating in the stations you currently oversee?

13           A.   Not that I oversee.  I don't -- I try not

14   to -- yeah, not that I oversee, no.

15           Q.   So the answer is no?                        10:09

16           A.   I'm trying to think of one company that's

17   out there, but I -- I think they migrated, so the

18   answer would be no.

19           Q.   The one that you think that migrated,

20   which one is that?                                       10:09

21           A.   Railcrew.  I think they were migrated.

22           Q.   For the stations that you oversaw in 2019

23   before you switched to Houston, putting aside

24   Scoobeez, are you aware of any other 1.0s that still

25   operate?                                                 10:09

Page 55

```
1       reimbursement for great scores.

2              Q.  Okay.  And then those are examples of --

3       of good -- great performance.

4              A.  Yes.

5              Q.  How about not-so-great performance?        10:34

6              A.  We try to help them.  We try to figure out

7       where the -- we -- we try to figure out where the

8       gaps are and then ultimately close down those gaps.

9              Q.  And have there ever been any examples

10      where a DSP has consistently performed poorly on a    10:34

11      scorecard that they get terminated?

12                    MR. DIAMANTATOS:   Objection --

13             Q.  That you know of?

14             A.  No.

15                    MR. DIAMANTATOS:   Objection; form,     10:34

16      foundation.

17             Q.  No.  Have you ever taken any adverse

18      action against a DSP based on scorecard performance?

19             A.  Not adverse, no.

20                    (Exhibit 2 was marked.)                 10:34

21             Q.  Okay.  Let's mark this Exhibit 2.

22      Exhibit 2 is a document Bates-stamped AMAZON_H001- --

23             A.  Is this for me?

24             Q.  Yes.  I'm sorry.

25                    000191 to 197.  It is titled, "DSP       10:35
```

Page 67

1    overall standing is great.

2          Do you see that?

3          A.  Yes.

4          Q.  Do you know how that score is -- not --

5    not for this particular scorecard, but do you know          10:36

6    how the -- the score of great is calculated?

7          A.  No.

8          Q.  Okay.  To the best of your knowledge,

9    between January 1st, 2019, Week 1, and Week 32, do

10   you know whether Scoobeez's performance at DAU1 had          10:36

11   ever been below grade?

12         A.  I don't know that, no.

13         Q.  Okay.  If you could stay on this first

14   page --

15         A.  Okay.

16         Q.  -- do you see "Announcements"?

17         A.  Yes.

18         Q.  And then underneath "Announcements," it

19   says, "Delivery Excellence Performance Program

20   Announced."                                                  10:36

21         A.  Uh-huh.

22         Q.  And it says below that, "On

23   September 29" --

24         A.  Uh-huh.

25         Q.  -- "we will launch the Delivery Excellence  10:36

                                               Page 69

1    Performance."

2         A.  Uh-huh.

3         Q.  It says, "SCBZ at DAU1, Week 49, 2019."

4         A.  Uh-huh.

5         Q.  Is this another scorecard?                10:38

6         A.  Yes.

7         Q.  And this is a scorecard for Scoobeez?

8         A.  Yes.

9         Q.  At the DAU1 station?

10        A.  Yes.                                       10:38

11        Q.  Week 49.  Right?

12        A.  Correct.

13        Q.  So that's early/mid-December?

14        A.  Late November.

15        Q.  Close enough.  Right?                      10:38

16        A.  Yeah.

17        Q.  During the peak period?

18        A.  Yes.

19        Q.  Okay.  And according to this scorecard,

20   Scoobeez's score was again great?                  10:39

21        A.  Correct.

22        Q.  You were overseeing Scoobeez at DAU1 up

23   until sometime in late September or early October.

24   Right?

25        A.  Correct.                                   10:39

                                                    Page 71

1          Q.  Did you have any concerns with Scoobeez's

2     performance at DAU1 between Week 32, which is

3     Exhibit 2, and whenever you left?

4          A.  No.

5          Q.  Since you have transitioned to Houston,    10:39

6     have you had any occasion to learn about the

7     performance of Scoobeez at any of the stations in

8     Texas?

9          A.  No.

10         Q.  Okay.  So then I'm -- I'm not going to ask   10:39

11    you about anything after you left.

12         A.  Okay.

13         Q.  Okay?

14              (Exhibit 4 was marked.)

15         Q.  Next exhibit, Exhibit 4.                   10:40

16         A.  Thank you.

17         Q.  Exhibit 4 is a document Bates-stamped

18    AMAZON_H000867 to 873, "DSP Delivery Excellence

19    Performance.  SCBZ at DDA1, Week 38, 2019."

20              Mr. Ojeda, do you recognize this document?  10:40

21         A.  Yes.

22         Q.  This is another scorecard.  Yes?

23         A.  Yes.

24         Q.  For Scoobeez?

25         A.  Yes.                                        10:40

Page 72

1          Q.  This is at the -- the Dallas 1 station?

2          A.  Yes.

3          Q.  And that's the smaller Dallas station.

4     Right?

5          A.  That's right.                          10:40

6          Q.  And this is for Week 38?

7          A.  Correct.

8          Q.  Around the fall of 2019?

9          A.  Correct.

10         Q.  Okay.  Now, here, it says the overall    10:40

11    standing is fantastic.  Correct?

12         A.  Correct.

13         Q.  What does it take to get a fantastic score

14    versus a great score?

15              MR. DIAMANTATOS:  Objection;           10:41

16    foundation.

17         A.  So I don't have all of the algorithms that

18    create the score, but to be fantastic means you have

19    to execute and meet all the criteria that are -- that

20    are laid out on the scorecard.                  10:41

21         Q.  Is it difficult for a DSP to obtain a

22    fantastic score?

23         A.  Yes.  Is it difficult.

24         Q.  At DDA1 -- this may have been right around

25    the time you transitioned, but Week 38 is --       10:41

                                            Page 73

```
 1        period.

 2              Q.  Do you know how many drivers Let It Ride

 3        employed?

 4              A.  I don't.  I don't recall.

 5                    MR. WINSTON:  Do you want to take        11:25

 6        another couple-minute break, unless you want to

 7        keep going?

 8                    (Discussion off the written record.)

 9                    MR. WINSTON:  Off the record.

10                    THE VIDEOGRAPHER:  Going off the         11:25

11        record.  The time is 11:25.

12                    (Break.)

13                    THE VIDEOGRAPHER:  Back on the

14        record.  The time is 11:34.

15              Q.  Mr. Ojeda, are you aware that Amazon has   11:34

16        sought to terminate its relationship with Scoobeez?

17              A.  Yes.

18              Q.  How did you learn that Amazon is seeking

19        to terminate its relationship with Scoobeez?

20                    MR. DIAMANTATOS:  Objection only         11:34

21        to the extent that that would call upon

22        privileged communication.  Anything outside of

23        that the witness can answer.

24              A.  So we had a -- we had a conference call

25        indicating that there would -- that Scoobeez would be  11:35
```

Page 110

1    exiting.  And at this point in time that was kind of

2    an indicator that was sent to the leadership that had

3    Scoobeez in one of their stations, and I was a part

4    of that call.  And so there was a signal that was

5    sent to the team, alerting us that they were going to    11:35

6    be exited.

7          Q.  All right.  So let me start with the

8    conference call indicating that there -- that

9    Scoobeez would be exiting.

10         A.  Okay.                                           11:35

11         Q.  When was that conference call?

12         A.  Sometime in -- in October.

13         Q.  2019?

14         A.  Yes.  Sorry.  2019.

15         Q.  Do you recall with more precision the date    11:36

16   in October?

17         A.  I don't have the specific date.

18         Q.  Okay.  Who was on the conference call?

19         A.  Jimmy, Micah, Brittany, and any of the

20   leadership associated to -- any of the -- any of the    11:36

21   L7 leaders, regional leaders that they operated in.

22         Q.  By this time had you gone to -- had you

23   moved to Houston?

24         A.  Yes.

25         Q.  Does Scoobeez operate in any of the           11:36

                                              Page 111

```
 1        I mean --
 2             Q.  If you don't know, you don't know.
 3             A.  Yeah.  I would say they're one of our
 4   larger DSPs.
 5             Q.  Okay.  That's fine.
 6             A.  I would consider them a large DSP.
 7             Q.  Okay.  When you were the DSP account
 8   manager, did you ever have any discussions with any
 9   representatives of Scoobeez regarding the terms of
10   its contract?                                       12:16
11             A.  Yes.
12             Q.  What was discussed, that you can recall?
13             A.  The rates, generally.
14             Q.  What about the rates?
15             A.  There were -- there were points in time  12:17
16   where there was a request to increase the rates.
17             Q.  Anything else you can recall about rates
18   besides requests to increase them?
19             A.  Not at the moment.
20             Q.  Okay.  And then let's put aside rates for 12:17
21   a second.  Do you recall any other discussions about
22   the terms of the contract between Scoobeez and
23   Amazon?
24             A.  No.
25             Q.  No.  In any of the meetings that you had  12:17
```

Page 146

```
 1        Kerry.

 2                That's Kerry Person?

 3        A.   Correct.

 4        Q.   What level is Kerry Person again?

 5        A.   He's a VP.                              12:31

 6        Q.   VP.  So this is -- that's an L10?

 7        A.   That's right.

 8        Q.   Okay.  So you see Mr. Ohanessian's writing

 9    to Mr. Person on February 4th in the second

10    paragraph --                                     12:31

11        A.   Okay.

12        Q.   -- of his email on February 4th, it says,

13    "Scoobeez team worked diligently to meet in every

14    stations peak expectations and we did a great job in

15    the stations.  We also" -- "We were also asked     12:31

16    launched the Pasadena location to support peak needs,

17    which we did, and now in Pasadena we have become a

18    top producing DSP."

19                Do you see that?

20        A.   Yes.                                     12:31

21        Q.   You have -- do you have any involvement

22    with Scoobeez in Pasadena?

23        A.   Not directly.

24        Q.   Okay.

25        A.   Indirectly, yes.                         12:31
```

Page 157

1        Q.   Okay.   When -- when the -- Mr. Ohanessian

2    wrote, "Scoobeez team worked diligently to meet in

3    every stations peak expectations and we did a great

4    job in the stations."

5             Do you have any reason to disagree with        12:32

6    what Mr. Ohanessian asserted in that sentence?

7        A.   No, sir.

8        Q.   Now, you said you had some indirect

9    involvement with Pasadena.

10       A.   Uh-huh.

11       Q.   Right?

12       A.   Yes.

13       Q.   Do you have any reason to disagree with

14   what Mr. Ohanessian wrote on February 4th with

15   respect to the Pasadena location?                        12:32

16       A.   In which portion?

17       Q.   Sure.   How about the one where he was --

18   where he says, "We were asked to launch the Pasadena

19   location."   There is a typo.   I'm going to skip the

20   typo.                                                    12:32

21       A.   Okay.

22       Q.   Do you have any reason to disagree with

23   that statement?

24       A.   No.

25       Q.   Do you have any reason to agree that was      12:32

                                                   Page 158

1    to support peak needs?

2        A.    No.

3        Q.    Do you have any disagreement with that

4    that's, in fact, what Scoobeez did?

5        A.    No.                                            12:32

6        Q.    And do you have any disagreement that they

7    have become a top producing DSP in Pasadena?

8        A.    No.

9        Q.    Okay.   Now, in the third paragraph,

10    Mr. Ohanessian writes, "We have also been trying to      12:33

11    move to DSP 2.0, we had a contract sent to us at the

12    end of the year to migrate to 2.0."

13           Do you see that?

14        A.    Yes.

15        Q.    Is that a -- was that a true statement as      12:33

16    written?

17            MR. DIAMANTATOS:   Objection;

18    foundation.

19        A.    That is true.

20        Q.    And his next sentence says, "I had a           12:33

21    discussion with David and we agreed to postpone the

22    migration during peak to the beginning of the year so

23    we do not interrupt peak operations."

24           Do you see that?

25        A.    Yes.                                           12:33

```
 1              Q.  Do you recall having a discussion with

 2    Mr. Ohanessian about Scoobeez migrating to 2.0 and

 3    postponing the migration?

 4              A.  I recall giving them the opportunity to

 5    migrate and them choosing not to and their desire was    12:34

 6    to postpone it.

 7              Q.  So when -- when this sentence says, "I had

 8    a discussion with David and we agreed to postpone the

 9    migration," you disagree with that statement?

10              A.  "Agreed to postpone the migration," yes, I    12:34

11    agree with it.

12              Q.  Okay.  Did Amazon at any time offer to

13    Scoobeez a contract to migrate to 2.0?

14              A.  Yes.

15              Q.  When did that occur?                          12:34

16              A.  20- -- sometime 20- -- 2018.  Really

17    probably -- I don't have a specific date, but I know

18    that there was several opportunities for them to --

19    to accept the offer.

20              Q.  Several opportunities in 2018?               12:35

21              A.  Uh-huh.

22              Q.  How about in 2019?

23              A.  No.

24              Q.  Did Amazon ever tell Scoobeez it was

25    revoking the offer to become a 2.0?                        12:35
```

Veritext Legal Solutions
866 299-5127

```
 1                  MR. DIAMANTATOS:  Objection;

 2        foundation, form.

 3                       If you know.

 4            A.  I would say the window of opportunity had

 5        closed.  They were given the opportunity to        12:35

 6        transition in 2018.  2019, there were no more

 7        migrations in 2019.

 8            Q.  What was that window of opportunity?  What

 9        was the range of it?

10                  MR. DIAMANTATOS:  Objection;            12:35

11        foundation.

12                  Go ahead.

13            A.  Say summer -- late summer of 2018

14        through -- through November.  So through the series

15        of fall, September through, say, November.         12:35

16            Q.  Are you aware of anyone communicating

17        to -- anyone at Amazon communicating to Scoobeez that

18        that was the window, so late Sept- -- late summer

19        2018 to November 2018?

20            A.  No.  You asked me what the window was.  I   12:36

21        would say that -- as time went through, there was an

22        offer.  They were presented the offer.  And at that

23        time, they did not want to accept the offer.

24                  Peak came around.  That's why I'm saying

25        like December because then they basically said we're  12:36
```

                                                    Page 161

```
 1    just going to postpone it.  We don't want to do that
 2    now during peak and so -- so they did and then 2019
 3    came around and we weren't offering them migration
 4    any longer.
 5            Q.  Okay.  I want to be a little more precise    12:36
 6    with my question.
 7            A.  Okay.
 8            Q.  The window that you had indicated late
 9    summer 2018 to November 2018.  Are you aware of
10    anyone at Amazon saying to Scoobeez, this is the       12:36
11    window, that's it, this is the window, you're outside
12    the window, you don't get it?  Did it -- are you
13    aware of that?
14            A.  No.
15            Q.  Did you ever communicate to Scoobeez that   12:37
16    if you don't accept this by November 2018, you're
17    going to be out of luck migrating to 2.0?
18            A.  No.
19            Q.  Okay.  And when you read this February 4th
20    email, would you agree with me that it appears that    12:37
21    Mr. Ohanessian is trying to accept the contract to
22    migrate to 2.0?
23                MR. DIAMANTATOS:  Objection; form,
24    foundation, calls for speculation, and to the
25    extent it calls for a legal conclusion.               12:37
```

Page 162

1          Go ahead.

2          A.  I think he's trying to accept it after,

3    you know -- you said -- you said February 4th or

4    the --

5          Q.  That's the email we're looking at, yes.    12:37

6          A.  Okay.

7          Q.  Okay.  In fact, he says in the third

8    sentence in that third paragraph, "Since the

9    beginning of the year we have been reaching out to

10   everyone we can, including Fred and David to sign the   12:37

11   DSP 2.0 but the link we received is not working.  I'm

12   not sure how to get the migration done without a link

13   that works or any communication."

14          Did you see that?

15          A.  Yes, I saw that.    12:38

16          Q.  When you read that, does that give you the

17   impression that Scoobeez is trying to migrate to 2.0?

18          MR. DIAMANTATOS:  Objection; form,

19   foundation, calls for speculation.

20          Go ahead.    12:38

21          A.  I mean, it gives me an indication that if

22   he had used that link in 2019, it would have worked.

23          Q.  Okay.  Let's go to the -- the

24   February 28th email, which is the first on the

25   doc- -- on the page.  Mr. Ohanessian is writing to    12:38

Page 163

1    Mr. Person saying, after the first sentence where he

2    says, "I hope all is well," "I am following up about

3    this email seeking your support to migrate to the new

4    2.0 DSP contract.  I still don't have access to the

5    link previously sent and was recently informed that    12:38

6    the DSP 1.0 migrations were put on hold."

7            Do you see that?

8        A.   Yes.

9        Q.   Are you aware of any communication to

10   Scoobeez that DSP 1.0 migrations had been put on    12:38

11   hold?

12       A.   Yes.

13       Q.   What communications are you aware of?

14       A.   I would have -- I would have told him that

15   no DSPs were migrating and -- and they were all put    12:39

16   on hold.

17       Q.   Okay.   I'm sorry.   You said that to

18   Mr. Ohanessian?

19       A.   Yes.

20       Q.   When did you tell him that?    12:39

21       A.   I don't recall the specific date, but

22   I've -- I've -- I've told several DSPs that there

23   were no migrations occurring.   They were all put on

24   hold.

25       Q.   When you say "put on hold," what did you    12:39

1    mean by that?

2            A.   That we weren't - we weren't migrating.

3    They were put on hold.

4            Q.   Okay.  Did you tell Scoobeez that there

5    could still be a potential migration down the road?   12:39

6            A.   At this point, no, I wouldn't have said

7    that.

8            Q.   Okay.  Put this aside.

9            Next exhibit.

10               (Discussion off the written record.)   12:40

11               (Exhibit 13 was marked.)

12               MR. WINSTON:   Exhibit 13.

13               MR. DIAMANTATOS:   Thank you.

14               MR. WINSTON:   Exhibit 13 is a

15   document produced by Amazon, Bates-stamped          12:40

16   AMAZON_E000522 to 525.  It consists of an email

17   on September 30th, 2019 from Mr. Ojeda to himself

18   and lots of other people.

19           Q.  Do you recall sending this email on

20   September 30th, 2019?                               12:41

21           A.  Yes.

22           Q.  And as I say, there is a long list of

23   emails here.  Are these all of the DSPs that you

24   oversaw?

25           A.  Yes.                                    12:41

                                         Page 165

1   of receipt of the transcript.  If returned, the

2   attached Changes and Signature Page contains any

3   changes and the reasons therefor;

4        was not requested by the deponent or a party

5   before the completion of the deposition.

6        I further certify that I am neither counsel

7   for, related to, nor employed by any of the parties

8   in the action in which this proceeding was taken,

9   and further that I am not financially or otherwise

10  interested in the outcome of the action.

11       Certified to by me this 14th day of February, 2020.

12

13

14

15

16            Tamara Chapman, CSR, RPR, CRR

17            CSR NO. 7248; Expiration Date: 04-30-21

18            Veritext Legal Solutions

19            Firm Registration No. 571

20            300 Throckmorton Street, Suite 1600

21            Fort Worth, Texas  76102

22            800-336-4000

23

24

25

                                        Page  183