United States Bankruptcy Court
Central District of California

In re:  
Scoobeez  
    Debtor

Case No. 19-14989-WB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2     Date Rcvd: Feb 19, 2020  
                Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.  
db         +Scoobeez, 3463 Foothill Blvd., Glendale, CA 91214-1856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

        Akop J Nalbandyan    on behalf of Creditor Roy Anthony Catellanos jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com  
        Akop J Nalbandyan    on behalf of Interested Party    INTERESTED PARTY jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com  
        Anthony J Napolitano    on behalf of Creditor    Hillair Capital Management LLC anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com  
        Aram Ordubegian    on behalf of Interested Party    Courtesy NEF ordubegian.aram@arentfox.com  
        Ashley M McDow    on behalf of Plaintiff    Scoobeez, Inc. amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com  
        Ashley M McDow    on behalf of Debtor    Scoobur LLC amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com  
        Ashley M McDow    on behalf of Debtor    Scoobeez amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com  
        Ashley M McDow    on behalf of Debtor    Scoobeez Global, Inc. amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com  
        Bradley E Brook    on behalf of Creditor Ardis Stephens bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com  
        Bret D Lewis    on behalf of Creditor    Aroussiak and Garo Dekirmendijian as Trustees of the 2/22/02 Derkirmendjian Family Trust Bretlewis@aol.com, bdlawyager@gmail.com  
        Dare Law    on behalf of U.S. Trustee    United States Trustee (LA) dare.law@usdoj.gov  
        Daren M Schlecter    on behalf of Creditor Sandra Collie daren@schlecterlaw.com, assistant@schlecterlaw.com  
        David L. Neale    on behalf of Interested Party    Levene, Neale, Bender, Yoo & Brill L.L.P. dln@lnbyb.com  
        David L. Neale    on behalf of Creditor Committee    Official Committee of Unsecured Creditors dln@lnbyb.com  
        David L. Neale    on behalf of Attorney    Official Committee Of Unsecured Creditors dln@lnbyb.com  
        Eric D Winston    on behalf of Creditor    Hillair Capital Management LLC ericwinston@quinnemanuel.com  
        Eric D Winston    on behalf of Creditor    Hillair Capital Management, LLC ericwinston@quinnemanuel.com  
        Eric K Yaeckel    on behalf of Creditor Arturo Vega yaeckel@sullivanlawgroupapc.com  
        Gregory M Salvato    on behalf of Interested Party    INTERESTED PARTY gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com  
        Gregory M Salvato    on behalf of Creditor Azad Baban gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com  
        Hamid R Rafatjoo    on behalf of Creditor Shahan Ohanessian hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com  
        Jeffrey S Shinbrot    on behalf of Creditor Shahan Ohanessian jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

```
District/off: 0973-2           User: admin                  Page 2 of 2                   Date Rcvd: Feb 19, 2020
                               Form ID: pdf042              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Jennifer L Nassiri    on behalf of Creditor    Hillair Capital Management, LLC
          jennifernassiri@quinnemanuel.com
         Jennifer L Nassiri    on behalf of Creditor    Hillair Capital Management LLC
          jennifernassiri@quinnemanuel.com
         John-Patrick M Fritz    on behalf of Interested Party    Levene, Neale, Bender, Yoo & Brill L.L.P.
          jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
         John-Patrick M Fritz    on behalf of Plaintiff    Official Committee of Unsecured Creditors of the
          Estates of Scoobeez and Scoobeez Global, Inc. jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
         John-Patrick M Fritz    on behalf of Creditor Committee    Official Committee of Unsecured
          Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
         John-Patrick M Fritz    on behalf of Attorney    Official Committee Of Unsecured Creditors
          jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
         Kevin H Morse    on behalf of Creditor    Avitus Group, Inc. kmorse@clarkhill.com,
          blambert@clarkhill.com
         Kimberly Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
          bk-kwalsh@texasattorneygeneral.gov
         Michael Jay Berger    on behalf of Interested Party Sean  McNair
          michael.berger@bankruptcypower.com,
          yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
         Rejoy Nalkara    on behalf of Creditor    BMW Financial Services NA, LLC, c/o AIS Portfolio
          Services, LP rejoy.nalkara@americaninfosource.com
         Richard T Baum    on behalf of Stockholder    Rosenthal Family Trust rickbaum@hotmail.com,
          rickbaum@ecf.inforuptcy.com
         Richard W Esterkin    on behalf of Creditor    Amazon Logistics, Inc.
          richard.esterkin@morganlewis.com
         Richard W Esterkin    on behalf of Defendant    Amazon Logistics, Inc.
          richard.esterkin@morganlewis.com
         Riebert Sterling Henderson    on behalf of Interested Party    Courtesy NEF
          shenderson@gibbsgiden.com
         Sean A OKeefe    on behalf of Plaintiff    Scoobeez, Inc. sokeefe@okeefelc.com, seanaokeefe@msn.com
         Sean A OKeefe    on behalf of Plaintiff    Scoobeez Global, Inc. sokeefe@okeefelc.com,
          seanaokeefe@msn.com
         Sean A OKeefe    on behalf of Debtor    Scoobeez sokeefe@okeefelc.com, seanaokeefe@msn.com
         Shane J Moses    on behalf of Plaintiff    Scoobeez, Inc. smoses@foley.com, vgoldsmith@foley.com
         Shane J Moses    on behalf of Debtor    Scoobeez smoses@foley.com, vgoldsmith@foley.com
         Stacey A Miller    on behalf of Creditor    Porsche Financial Services, Inc. dba Bentley Financial
          Services smiller@tharpe-howell.com
         Stacey A Miller    on behalf of Creditor    Porsche Financial Services, Inc.
          smiller@tharpe-howell.com
         Stacey A Miller    on behalf of Creditor    Porsche Leasing Ltd. smiller@tharpe-howell.com
         Steven M Spector    on behalf of Creditor    Hillair Capital Management LLC sspector@buchalter.com,
          IFS_efiling@buchalter.com;salarcon@buchalter.com
         United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
         Vivian  Ho    on behalf of Creditor    FRANCHISE TAX BOARD BKClaimConfirmation@ftb.ca.gov
                                                                                                  TOTAL: 47

John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
Crystal Nix-Hines (Bar No. 2482073)
crystalnixhines@quinnemanuel.com
Eric Winston (Bar No. 202407)
ericwinston@quinnemanuel.com
Jennifer L. Nassiri (Bar No. 209796)
jennifernassiri@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Secured Creditor,
HILLAIR CAPITAL MANAGEMENT, LLC

**FILED & ENTERED**

**FEB 19 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCOOBEEZ, et al.[1]<br><br>  Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur, LLC, ONLY | CASE NO. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING EMERGENCY MOTION PURSUANT TO LOCAL RULE 9075-1 TO FILE DOCUMENTS UNDER SEAL** |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

Case No. 2:19-by-14989-WB
[PROPOSED] ORDER GRANTING EMERGENCY MOTION TO FILE UNDER SEAL

## [PROPOSED] ORDER

The Court, having considered Hillair Capital Management, LLC's ("Hillair") *Emergency Motion Pursuant to Local Rule 9075-1 to File Documents Under Seal* (the "Emergency Motion"), all the pleadings in the above-captioned case, and good cause appearing, hereby orders that:

1. The Emergency Motion is granted.

2. No later than February 19, 2020, Hillair or its representative must present for filing under seal:

   a. An unredacted copy of the Supplemental Opposition (as defined in the Emergency Motion), and accompanying exhibits;

   b. An unredacted copy of the Declaration of Jennifer Nassiri; and

   c. A copy of this entered order to the filing window on the ninth floor of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, California 90012.  The documents to be filed under seal must be presented at the filing window in a sealed envelope with an attached caption page setting forth the case information and describing the contents thereof.

3. Hillair may file under seal an unredacted copy of its Supplemental Opposition, the accompanying Declaration, and any accompanying exhibits.

4. Hillair may publicly file a redacted copy of its Supplemental Opposition, the accompanying Declaration, and any accompanying exhibits, provided that such redactions must be made only to the extent those briefs otherwise would divulge Protected Material (as defined in the Emergency Motion).

IT IS SO ORDERED.

Date: February 19, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

-1-    Case No. 2:19-by-14989-WB
[PROPOSED] ORDER GRANTING EMERGENCY MOTION TO FILE UNDER SEAL