United States Bankruptcy Court
Central District of California

In re:                                                                            Case No. 19-14989-WB
Scoobeez                                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin            Page 1 of 2              Date Rcvd: Feb 20, 2020
                            Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db           +Scoobeez,    3463 Foothill Blvd.,    Glendale, CA 91214-1856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
      Akop J Nalbandyan    on behalf of Creditor Roy Anthony Catellanos jnalbandyan@LNtriallawyers.com,
       cbautista@LNtriallawyers.com
      Akop J Nalbandyan    on behalf of Interested Party    INTERESTED PARTY
       jnalbandyan@LNtriallawyers.com,    cbautista@LNtriallawyers.com
      Anthony J Napolitano    on behalf of Creditor    Hillair Capital Management LLC
       anapolitano@buchalter.com,    IFS_filing@buchalter.com;salarcon@buchalter.com
      Aram  Ordubegian    on behalf of Interested Party    Courtesy NEF ordubegian.aram@arentfox.com
      Ashley M McDow    on behalf of Plaintiff    Scoobeez, Inc. amcdow@foley.com,
       sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
      Ashley M McDow    on behalf of Debtor    Scoobur LLC amcdow@foley.com,
       sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
      Ashley M McDow    on behalf of Debtor    Scoobeez amcdow@foley.com,
       sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
      Ashley M McDow    on behalf of Debtor    Scoobeez Global, Inc. amcdow@foley.com,
       sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
      Bradley E Brook    on behalf of Creditor Ardis  Stephens bbrook@bbrooklaw.com,
       paulo@bbrooklaw.com;brookecfmail@gmail.com
      Bret D Lewis    on behalf of Creditor    Aroussiak and Garo Dekirmendijian as Trustees of the
       2/22/02 Derkirmendjian Family Trust Bretlewis@aol.com,    bdlawyager@gmail.com
      Dare  Law    on behalf of U.S. Trustee    United States Trustee (LA) dare.law@usdoj.gov
      Daren M Schlecter    on behalf of Creditor Sandra  Collie daren@schlecterlaw.com,
       assistant@schlecterlaw.com
      David L. Neale    on behalf of Interested Party    Levene, Neale, Bender, Yoo & Brill L.L.P.
       dln@lnbyb.com
      David L. Neale    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
       dln@lnbyb.com
      David L. Neale    on behalf of Attorney    Official Committee Of Unsecured Creditors dln@lnbyb.com
      Eric D Winston    on behalf of Creditor    Hillair Capital Management LLC
       ericwinston@quinnemanuel.com
      Eric D Winston    on behalf of Creditor    Hillair Capital Management, LLC
       ericwinston@quinnemanuel.com
      Eric K Yaeckel    on behalf of Creditor Arturo  Vega yaeckel@sullivanlawgroupapc.com
      Gregory M Salvato    on behalf of Interested Party    INTERESTED PARTY
       gsalvato@salvatolawoffices.com,
       calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
      Gregory M Salvato    on behalf of Creditor Azad  Baban gsalvato@salvatolawoffices.com,
       calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
      Hamid R Rafatjoo    on behalf of Creditor Shahan  Ohanessian hrafatjoo@raineslaw.com,
       bclark@raineslaw.com;cwilliams@raineslaw.com
      Jeffrey S Shinbrot    on behalf of Creditor Shahan  Ohanessian jeffrey@shinbrotfirm.com,
       sandra@shinbrotfirm.com

```
District/off: 0973-2          User: admin              Page 2 of 2                  Date Rcvd: Feb 20, 2020
                              Form ID: pdf042          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jennifer L Nassiri    on behalf of Creditor    Hillair Capital Management, LLC
               jennifernassiri@quinnemanuel.com
              Jennifer L Nassiri    on behalf of Creditor    Hillair Capital Management LLC
               jennifernassiri@quinnemanuel.com
              John-Patrick M Fritz    on behalf of Interested Party    Levene, Neale, Bender, Yoo & Brill L.L.P.
               jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Plaintiff    Official Committee of Unsecured Creditors of the
               Estates of Scoobeez and Scoobeez Global, Inc. jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Attorney    Official Committee Of Unsecured Creditors
               jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              Kevin H Morse    on behalf of Creditor    Avitus Group, Inc. kmorse@clarkhill.com,
               blambert@clarkhill.com
              Kimberly Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov
              Michael Jay Berger    on behalf of Interested Party Sean  McNair
               michael.berger@bankruptcypower.com,
               yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
              Rejoy Nalkara    on behalf of Creditor    BMW Financial Services NA, LLC, c/o AIS Portfolio
               Services, LP rejoy.nalkara@americaninfosource.com
              Richard T Baum    on behalf of Stockholder    Rosenthal Family Trust rickbaum@hotmail.com,
               rickbaum@ecf.inforuptcy.com
              Richard W Esterkin    on behalf of Creditor    Amazon Logistics, Inc.
               richard.esterkin@morganlewis.com
              Richard W Esterkin    on behalf of Defendant    Amazon Logistics, Inc.
               richard.esterkin@morganlewis.com
              Riebert Sterling Henderson    on behalf of Interested Party    Courtesy NEF
               shenderson@gibbsgiden.com
              Sean A OKeefe    on behalf of Plaintiff    Scoobeez, Inc. sokeefe@okeefelc.com, seanaokeefe@msn.com
              Sean A OKeefe    on behalf of Plaintiff    Scoobeez Global, Inc. sokeefe@okeefelc.com,
               seanaokeefe@msn.com
              Sean A OKeefe    on behalf of Debtor    Scoobeez sokeefe@okeefelc.com, seanaokeefe@msn.com
              Shane J Moses    on behalf of Plaintiff    Scoobeez, Inc. smoses@foley.com, vgoldsmith@foley.com
              Shane J Moses    on behalf of Debtor    Scoobeez smoses@foley.com, vgoldsmith@foley.com
              Stacey A Miller    on behalf of Creditor    Porsche Financial Services, Inc. dba Bentley Financial
               Services smiller@tharpe-howell.com
              Stacey A Miller    on behalf of Creditor    Porsche Financial Services, Inc.
               smiller@tharpe-howell.com
              Stacey A Miller    on behalf of Creditor    Porsche Leasing Ltd. smiller@tharpe-howell.com
              Steven M Spector    on behalf of Creditor    Hillair Capital Management LLC sspector@buchalter.com,
               IFS_efiling@buchalter.com;salarcon@buchalter.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Vivian  Ho    on behalf of Creditor    FRANCHISE TAX BOARD BKClaimConfirmation@ftb.ca.gov
                                                                                             TOTAL: 47
```

**MICHAEL JAY BERGER (State Bar # 100291)**
**LAW OFFICES OF MICHAEL JAY BERGER**
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

**Counsel for Creditor,**
**Sean McNair**

**FILED & ENTERED**

**FEB 20 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:19-bk-14989-WB |
| | Chapter 11 |
| SCOOBEEZ, et al., | Jointly Administered with Case Nos.: 2:19-bk-14991-WB 2:19-bk-14997-WB |
| Debtors and Debtors-in-Possession. | *ORDER GRANTING* MOTION TO APPROVE STIPULATION REGARDING RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (ACTION IN NON-BANKRUPTCY FORUM) |
| | [*Hearing Not Required Unless Requested*] |

Creditor Sean McNair (hereinafter the "Creditor"), having filed his Motion to Approve Stipulation Regarding Relief from Automatic Stay under 11 U.S.C. Section 362 (Action Non-Bankruptcy Forum) with the Court on January 22, 2020 *(docket no. 561)* and it appearing that the proposed stipulation is in the best interest of the estate, and that notice of the Motion was proper and there being no oppositions to the Motion, and good cause appearing,

///

///

1

IT IS HEREBY ORDERED that:

1. Motion to Approve Stipulation Regarding Relief from Automatic Stay under 11 U.S.C. Section 362 (Action Non-Bankruptcy Forum) is granted.

###

Date: February 20, 2020

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge