**FILED & ENTERED**

FEB 24 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**SCOOBEEZ, et al.**[1],<br><br>Debtor(s).<br><br>---<br><br>Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br>Chapter 11<br><br>**ORDER CONTINUING HEARINGS ON AMAZON LOGISTICS, INC.'S MOTION FOR AN ORDER (A) DETERMINING THAT THE AUTOMATIC STAY DOES NOT REQUIRE AMAZON TO UTILIZE DEBTOR'S SERVICES, AND (B) MODIFYING THE AUTOMATIC STAY AND SCHEDULING AND CASE MANAGEMENT CONFERENCE IN A CHAPTER 11 CASE**<br><br>Current hearing:<br>Date:        February 25, 2020<br>Time:       10:00 a.m.<br>Courtroom: 1375<br><br>Continued hearing:<br>Date:        **March 16, 2020**<br>Time:       **10:00 a.m.**<br>Courtroom: 1375 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, in Glendale, California 91214.

-1-

The Court hereby continues the hearings on (1) Amazon Logistics, Inc.'s Motion for an Order (A) Determining that the Automatic Stay does not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay and (2) Scheduling and Case Management Conference in a Chapter 11 Case from February 25, 2020 at 10:00 a.m. to **March 16, 2020 at 10:00 a.m.**

###

Date: February 24, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge