| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ashley M. McDow (245114)<br>John A. Simon (Admitted Pro Hac Vice)<br>Shane J. Moses (250533)<br>**FOLEY & LARDNER LLP**<br>555 S. Flower St., 33rd Floor<br>Los Angeles, CA 90071<br>Telephone: 213.972.4500<br>Facsimile: 213.486.0065<br>Email: amcdow@foley.com<br>         jsimon@foley.com<br>         smoses@foley.com<br><br>Attorneys for Debtors and Debtors in Possession, SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| | |
|---|---|
| In re:<br>SCOOBEEZ, et al.[1]<br>Debtors and Debtors in Possession. | CASE NO.: 2:19-bk-14989-WB<br>Jointly Administered: 2:19-bk-14991-WB; 2:19-bk-14997-WB<br>CHAPTER: 11 |
| Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION BETWEEN THE DEBTORS AND ARTURO VEGA AND UNTA KEY, FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT SETTLEMENT APPROVAL** |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND ARTURO VEGA AND UNTA KEY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT SETTLEMENT APPROVAL was lodged on 02/28/2020 and is attached. This order relates to the motion which is docket number 306.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                        **F 9021-1.2.BK.NOTICE.LODGMENT**
4828-5852-7670.1

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
        jsimon@foley.com
        smoses@foley.com

Attorneys for Debtors and Debtors in
Possession, SCOOBEEZ, SCOOBEEZ GLOBAL,
INC., and SCOOBUR, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br><br>☐ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND ARTURO VEGA AND UNTA KEY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT SETTLEMENT APPROVAL**<br><br>Hearing:<br>Date:  March 3, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 1375<br>         U.S. Bankruptcy Court<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

The Court having reviewed and considered the *Stipulation between the Debtors and Arturo Vega and Unta Key for Limited Relief from the Automatic Stay to Proceed with State Court Settlement Approval*, filed on February 28, 2020 [Docket No. 639] (the "Stipulation"), as between movants Arturo Vega and Unta Key (the "Movants") and Scoobeez, Scoobeez Global, Inc. and Scoobur, LLC, the debtors in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors" and together with the Movants, the "Parties"), and the *Motion for Relief from the Automatic Stay under 11 U.S.C. § 362* [Docket No. 156] (the "Motion"), filed by the Movants on July 22, 2019, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. The automatic stay pursuant to 11 U.S.C. § 362 is hereby modified to the limited extent necessary for the parties to the PAGA Actions (as defined in the Stipulation) to proceed with the class action approval process for the Settlement in the state court overseeing the PAGA Actions, including for the entry of any orders or stipulations necessary for the settlement approval process in the PAGA Actions.

3. The automatic stay shall remain in effect except to the extent of the relief specifically granted herein, pending further order of this Court.

4. The Hearing on the Motion currently scheduled for March 3, 2020, at 10:00 a.m. shall be taken off calendar.

5. Sufficient notice of the Movant's motion having been provided, no further notice is required pursuant to F.R.B.P. 4001(d) or otherwise.

6. This order shall be without prejudice to the Movants re-filing a motion for relief from stay if the state Court does not grant preliminary or final approval of the Settlement.

7. This Court shall retain jurisdiction over any disputes arising from or related to this Order or the Stipulation.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, CA 90072-2411

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/28/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 02/28/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/28/2020 | Shane J. Moses | /s/ Shane J. Moses |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**
4828-5852-7670.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Bradley E Brook    bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Riebert Sterling Henderson    shenderson@gibbsgiden.com
- Vivian Ho    BKClaimConfirmation@ftb.ca.gov
- Dare Law    dare.law@usdoj.gov
- Bret D Lewis    Bretlewis@aol.com, bdlawyager@gmail.com
- Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- Stacey A Miller    smiller@tharpe-howell.com
- Kevin H Morse    kmorse@clarkhill.com, blambert@clarkhill.com
- Shane J Moses    smoses@foley.com, vgoldsmith@foley.com
- Akop J Nalbandyan    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- David L. Neale    dln@lnbyb.com
- Sean A OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kimberly Walsh    bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov
- Eric D Winston    ericwinston@quinnemanuel.com
- Eric K Yaeckel    yaeckel@sullivanlawgroupapc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 2                                      **F 9021-1.2.BK.NOTICE.LODGMENT**

4828-5852-7670.1