UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | | CHAPTER 11 (BUSINESS) | |
|---|---|---|---|
| Scoobeez | | Case Number: | 2:19-BK-14989-WB |
| | | | |
| | | Operating Report Number: | 10 |
| | Debtor(s) | For the Month Ending: | 2/1/2020 to 2/29/2020 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

| | | |
|---|---|---|
| BEGINNING BALANCE AS OF PETITION DATE | | 697,628 |
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 35,347,393 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 33,982,881 |
| 3. BEGINNING BALANCE: | | 2,062,140 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 3,115,196 |
| Accounts Receivable - Pre-filing | | |
| General Sales | | |
| Other (Specify) | Purchased service refund (Spectrum) | 248 |
| | | |
| | | |
| | | |

| | |
|---|---|
| TOTAL RECEIPTS THIS PERIOD: | 3,115,444 |
| 5. BALANCE: | 5,177,584 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 1,934,646 |
| Disbursements (from page 2) | 1,224,712 |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:** | 3,159,358 |
| 7. ENDING BALANCE: | 2,018,226 |

8. General Account Number(s):    ******3680

DIP Operating & Operating (Legacy) Wells Fargo
3200 Foothill, Blvd.
Depository Name & Location:    La Crescenta, CA 91214

* All receipts must be deposited into the general account.

**This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 02/01/2020 | 1906 | Garo Dekirmendjian | Rent Expenses | | 10,500.00 | 10,500.00 |
| 02/03/2020 | Debit Card | Adobe Creative Cloud | Dues & Subscriptions | | 33.98 | 33.98 |
| 02/03/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 153.87 | 153.87 |
| 02/03/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 0.52 | 0.52 |
| 02/03/2020 | Debit Card | Google Service | Dues & Subscriptions | | 2,336.55 | 2,336.55 |
| 02/03/2020 | 1909 | Grobstein Teeple, LLP | BK Related Fees | | 2,500.00 | 2,500.00 |
| 02/03/2020 | Debit Card | Indeed | Recruitment Expenses | | 170.37 | 170.37 |
| 02/03/2020 | Debit Card | Indeed | Recruitment Expenses | | 376.10 | 376.10 |
| 02/03/2020 | 1908 | Maria Estrada | Other Expenses(Janitor Expenses) | | 900.00 | 900.00 |
| 02/03/2020 | Debit Card | Offix | Office Expenses | | 510.00 | 510.00 |
| 02/03/2020 | Wire | PEX Holding | Fuel Expenses | | 30,000.00 | 30,000.00 |
| 02/03/2020 | 1907 | SuperVision | Employee Background Test | | 76.50 | 76.50 |
| 02/03/2020 | Debit Card | Swizznet | Dues & Subscriptions | | 125.98 | 125.98 |
| 02/03/2020 | Debit Card | Twilio | Dues & Subscriptions | | 40.11 | 40.11 |
| 02/03/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/03/2020 | Wire | Wells Fargo Bank | Payroll | 755,691.00 | | 755,691.00 |
| 02/03/2020 | Wire | Wells Fargo Bank | Tax | 253,045.00 | | 253,045.00 |
| 02/04/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 31.93 | 31.93 |
| 02/04/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 15.42 | 15.42 |
| 02/04/2020 | ACH | Combined Group Insurance Services Inc | Workers Compensation | | 7,984.00 | 7,984.00 |
| 02/04/2020 | 1910 | Implicit Labs Inc | IT Expenses | | 12,200.00 | 12,200.00 |
| 02/04/2020 | Wire | Innovative | Workers Compensation | | 41,197.95 | 41,197.95 |
| 02/04/2020 | Debit Card | USPS | Shipping and delivery expense | | 26.35 | 26.35 |
| 02/04/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/05/2020 | Wire | Hillair Capital Management | Per Cash collateral stipulation | | 40,000.00 | 40,000.00 |
| 02/05/2020 | Debit Card | Indeed | Recruitment Expenses | | 501.70 | 501.70 |
| 02/05/2020 | 1911 | Marco Briseno | Repair & Maintenance | | 400.00 | 400.00 |
| 02/05/2020 | 1912 | Nadine Miranda | Travel Expenses | | 44.32 | 44.32 |
| 02/05/2020 | Debit Card | ServerMania | Dues & Subscriptions | | 216.00 | 216.00 |
| 02/05/2020 | Debit Card | USPS | Shipping and delivery expense | | 7.75 | 7.75 |
| 02/05/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/06/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 5.00 | 5.00 |
| 02/06/2020 | 1913 | Booster Fuels, Inc. | Fuel Expenses | | 2,428.99 | 2,428.99 |
| 02/06/2020 | 1914 | Booster Fuels, Inc. | Fuel Expenses | | 1,563.16 | 1,563.16 |
| 02/06/2020 | 1915 | Booster Fuels, Inc. | Fuel Expenses | | 3,844.55 | 3,844.55 |
| 02/06/2020 | 1916 | Booster Fuels, Inc. | Fuel Expenses | | 4,269.56 | 4,269.56 |
| 02/06/2020 | 1917 | Booster Fuels, Inc. | Fuel Expenses | | 5,215.86 | 5,215.86 |
| 02/06/2020 | 1918 | Booster Fuels, Inc. | Fuel Expenses | | 2,706.40 | 2,706.40 |
| 02/06/2020 | 1919 | Booster Fuels, Inc. | Fuel Expenses | | 4,570.25 | 4,570.25 |
| 02/06/2020 | Wire | Hertz Corporation | Vehicle Expenses | | 115,396.03 | 115,396.03 |
| 02/06/2020 | Debit Card | Shutter Stock | Dues & Subscriptions | | 199.00 | 199.00 |
| 02/06/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/07/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 205.54 | 205.54 |
| 02/07/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 605.60 | 605.60 |
| 02/07/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 94.24 | 94.24 |
| 02/07/2020 | 1924 | City of Hawthorne | Citation | | 132.00 | 132.00 |
| 02/07/2020 | 1926 | City of Hawthorne | Citation | | 132.00 | 132.00 |
| 02/07/2020 | 1923 | City of Los Angeles | Citation | | 424.00 | 424.00 |
| 02/07/2020 | 1925 | City of Manhattan Beach Processing Center | Citation | | 84.00 | 84.00 |
| 02/07/2020 | 1927 | City of Redondo Beach | Citation | | 132.00 | 132.00 |
| 02/07/2020 | 1922 | Occupational Health Centers of California | Workers Compensation | | 57.50 | 57.50 |
| 02/07/2020 | 1921 | Spectrum/La Crescenta | Utility Expenses | | 594.38 | 594.38 |
| 02/10/2020 | ACH | Accurate Background LLC | Employee Background Test | | 10,814.65 | 10,814.65 |
| 02/10/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 15.86 | 15.86 |
| 02/10/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 24.54 | 24.54 |
| 02/10/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 9.78 | 9.78 |
| 02/10/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 8.18 | 8.18 |
| 02/10/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 8.18 | 8.18 |
| 02/10/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 9.00 | 9.00 |
| 02/10/2020 | 1931 | AT&T Mobility | Phone Services | | 19,774.03 | 19,774.03 |
| 02/10/2020 | 1928 | Athens Services | Utility Expenses | | 174.25 | 174.25 |
| 02/10/2020 | 1930 | Charter Spectrum - Ft Worth | Utility Expenses | | 44.22 | 44.22 |
| 02/10/2020 | 1929 | City of Glendale Water & Power | Utility Expenses | | 972.68 | 972.68 |
| 02/10/2020 | Debit Card | City of LA DOT PVB | Citation | | 343.00 | 343.00 |
| 02/10/2020 | Debit Card | Indeed | Recruitment Expenses | | 500.87 | 500.87 |
| 02/10/2020 | Debit Card | Onsite Detail | Van wash | | 857.34 | 857.34 |
| 02/10/2020 | Wire | PEX Holding | Fuel Expenses | | 25,000.00 | 25,000.00 |
| 02/10/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/10/2020 | Debit Card | Zip Recruiter | Dues & Subscriptions | | 1,199.00 | 1,199.00 |
| 02/11/2020 | Wire | DW Harrow & Assoc LLC | BK Related Fees | | 3,000.00 | 3,000.00 |

| Date | Type | Payee | Category | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|
| 02/11/2020 | Debit Card | ServerMania | Dues & Subscriptions | | 107.10 | 107.10 |
| 02/11/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/12/2020 | Debit Card | DNH*GODADDY.COM | Dues & Subscriptions | | 51.14 | 51.14 |
| 02/12/2020 | Wire | Hertz Corporation | Vehicle Expenses | | 77,098.54 | 77,098.54 |
| 02/12/2020 | Wire | Hillair Capital Management | Per Cash collateral stipulation | | 40,000.00 | 40,000.00 |
| 02/12/2020 | Debit Card | Indeed | Recruitment Expenses | | 501.37 | 501.37 |
| 02/12/2020 | Debit Card | Onsite Detail | Van wash | | 1,344.46 | 1,344.46 |
| 02/12/2020 | Debit Card | USPS | Shipping and delivery expense | | 7.75 | 7.75 |
| 02/12/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/12/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/13/2020 | Debit Card | Adobe Creative Cloud | Dues & Subscriptions | | 24.99 | 24.99 |
| 02/13/2020 | 1932 | Booster Fuels, Inc. | Fuel Expenses | | 2,162.21 | 2,162.21 |
| 02/13/2020 | 1933 | Booster Fuels, Inc. | Fuel Expenses | | 4,579.12 | 4,579.12 |
| 02/13/2020 | 1934 | Booster Fuels, Inc. | Fuel Expenses | | 1,766.69 | 1,766.69 |
| 02/13/2020 | 1935 | Booster Fuels, Inc. | Fuel Expenses | | 5,905.68 | 5,905.68 |
| 02/13/2020 | 1936 | Booster Fuels, Inc. | Fuel Expenses | | 1,010.79 | 1,010.79 |
| 02/13/2020 | 1937 | Booster Fuels, Inc. | Fuel Expenses | | 4,316.50 | 4,316.50 |
| 02/13/2020 | 1938 | Booster Fuels, Inc. | Fuel Expenses | | 1,892.46 | 1,892.46 |
| 02/13/2020 | 1940 | Crescenta Valley Water District | Utility Expenses | | 227.69 | 227.69 |
| 02/13/2020 | Debit Card | Nates Cell Phone | Phone Services | | 1,447.66 | 1,447.66 |
| 02/13/2020 | Debit Card | ServerMania | Dues & Subscriptions | | 63.00 | 63.00 |
| 02/13/2020 | 1939 | Verizon | Phone Services | | 5,570.67 | 5,570.67 |
| 02/14/2020 | ACH | ADP | Payroll Check Processing Fees | | 3,724.61 | 3,724.61 |
| 02/14/2020 | 1943 | City of Hawthorne | Citation | | 132.00 | 132.00 |
| 02/14/2020 | 1945 | City of Los Angeles | Citation | | 93.00 | 93.00 |
| 02/14/2020 | 1942 | Gallik, Bremer & Molloy, PC | Professional Fees | | 390.00 | 390.00 |
| 02/14/2020 | 1941 | Ridge Consulting | Workers Compensation | | 9,500.00 | 9,500.00 |
| 02/14/2020 | Debit Card | Newport Urgent Care Inc | Workers Compensation | | 300.00 | 300.00 |
| 02/14/2020 | 1944 | Transworld Systems Inc. | Citation | | 36.00 | 36.00 |
| 02/17/2020 | 1947 | City of Los Angeles | Citation | | 93.00 | 93.00 |
| 02/17/2020 | 1946 | Maria Estrada | Other Expenses(Janitor Expenses) | | 881.25 | 881.25 |
| 02/17/2020 | 1948 | Ring Central Inc. | Phone Services | | 4,430.43 | 4,430.43 |
| 02/18/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 459.43 | 459.43 |
| 02/18/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 1,151.96 | 1,151.96 |
| 02/18/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 18.08 | 18.08 |
| 02/18/2020 | 1950 | DMV | Employee Background Test | | 9.00 | 9.00 |
| 02/18/2020 | ACH | Harland Clarke | Office Expenses | | 245.14 | 245.14 |
| 02/18/2020 | Debit Card | Indeed | Recruitment Expenses | | 500.24 | 500.24 |
| 02/18/2020 | Debit Card | Indeed | Recruitment Expenses | | 504.85 | 504.85 |
| 02/18/2020 | Wire | Innovative | Workers Compensation | | 55,489.73 | 55,489.73 |
| 02/18/2020 | 1949 | Paramount Exclusive Insurance Services | WC Broker fees | | 4,166.67 | 4,166.67 |
| 02/18/2020 | Wire | PEX Holding | Fuel Expenses | | 30,000.00 | 30,000.00 |
| 02/18/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/18/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/18/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/18/2020 | Wire | Wells Fargo Bank | Payroll | 690,213.00 | | 690,213.00 |
| 02/18/2020 | Wire | Wells Fargo Bank | Tax | 235,697.00 | | 235,697.00 |
| 02/18/2020 | Wire | West Coast Stock Transfer | BK Related Fees | | 3,000.00 | 3,000.00 |
| 02/19/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 52.95 | 52.95 |
| 02/19/2020 | Wire | Hertz Corporation | Vehicle Expenses | | 149,118.37 | 149,118.37 |
| 02/19/2020 | Wire | Hillair Capital Management | Per Cash collateral stipulation | | 40,000.00 | 40,000.00 |
| 02/19/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/19/2020 | Deduction | Wells Fargo Bank | Bank Fees | | 30.00 | 30.00 |
| 02/20/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 55.06 | 55.06 |
| 02/20/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 58.80 | 58.80 |
| 02/20/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 88.00 | 88.00 |
| 02/20/2020 | 1952 | Booster Fuels, Inc. | Fuel Expenses | | 2,606.33 | 2,606.33 |
| 02/20/2020 | 1953 | Booster Fuels, Inc. | Fuel Expenses | | 1,758.03 | 1,758.03 |
| 02/20/2020 | 1954 | Booster Fuels, Inc. | Fuel Expenses | | 1,785.08 | 1,785.08 |
| 02/20/2020 | 1955 | Booster Fuels, Inc. | Fuel Expenses | | 1,612.06 | 1,612.06 |
| 02/20/2020 | 1956 | Booster Fuels, Inc. | Fuel Expenses | | 5,603.46 | 5,603.46 |
| 02/20/2020 | 1957 | Booster Fuels, Inc. | Fuel Expenses | | 3,913.37 | 3,913.37 |
| 02/20/2020 | 1958 | Booster Fuels, Inc. | Fuel Expenses | | 3,786.93 | 3,786.93 |
| 02/20/2020 | Debit Card | Indeed | Recruitment Expenses | | 500.77 | 500.77 |
| 02/20/2020 | Debit Card | Live Agent Recurring | Dues & Subscriptions | | 469.00 | 469.00 |
| 02/20/2020 | 1951 | Nadine Miranda | Travel Expenses | | 79.76 | 79.76 |
| 02/20/2020 | Debit Card | USPS | Shipping and delivery expense | | 15.50 | 15.50 |
| 02/21/2020 | ACH | ADP | Payroll Check Processing Fees | | 20.00 | 20.00 |
| 02/21/2020 | ACH | ADP | Payroll Check Processing Fees | | 332.40 | 332.40 |
| 02/21/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 5.00 | 5.00 |
| 02/21/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 14.00 | 14.00 |
| 02/24/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 476.00 | 476.00 |
| 02/24/2020 | Debit Card | Amazon Prime on line | Office Expenses | | 8.00 | 8.00 |
| 02/24/2020 | Debit Card | Dropbox | Dues & Subscriptions | | 19.99 | 19.99 |

| 02/24/2020 | 1964 | Dusk to Dawn Urgent Care | Workers Compensation | 180.00 | 180.00 |
|---|---|---|---|---|---|
| 02/24/2020 | 1959 | Force 10 Partners | BK Related Fees | 25,000.00 | 25,000.00 |
| 02/24/2020 | Debit Card | Indeed | Recruitment Expenses | 500.35 | 500.35 |
| 02/24/2020 | 1960 | LNBY&B | BK Related Fees | 12,500.00 | 12,500.00 |
| 02/24/2020 | Wire | PEX Holding | Fuel Expenses | 30,000.00 | 30,000.00 |
| 02/24/2020 | 1961 | Premier Specialties, Inc. | Workers Compensation | 263.51 | 263.51 |
| 02/24/2020 | Debit Card | ServerMania | Dues & Subscriptions | 63.00 | 63.00 |
| 02/24/2020 | Debit Card | SignNow | Office Expenses | 180.00 | 180.00 |
| 02/24/2020 | 1962 | Sports Medicine Assoc Of SA | Workers Compensation | 210.69 | 210.69 |
| 02/24/2020 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 02/25/2020 | Wire | DW Harrow & Assoc LLC | BK Related Fees | 2,000.00 | 2,000.00 |
| 02/25/2020 | Debit Card | Indeed | Recruitment Expenses | 507.46 | 507.46 |
| 02/25/2020 | Debit Card | Rackspace Cloud | Dues & Subscriptions | 920.89 | 920.89 |
| 02/25/2020 | 1965 | Ready Refresh by Nestle | Office Expenses | 135.90 | 135.90 |
| 02/25/2020 | Debit Card | USPS | Shipping and delivery expense | 7.75 | 7.75 |
| 02/25/2020 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 02/26/2020 | Debit Card | Adobe Creative Cloud | Dues & Subscriptions | 24.99 | 24.99 |
| 02/26/2020 | Debit Card | Amazon Prime on line | Office Expenses | 541.00 | 541.00 |
| 02/26/2020 | 1967 | Grobstein Teeple, LLP | BK Related Fees | 2,500.00 | 2,500.00 |
| 02/26/2020 | Wire | Hertz Corporation | Vehicle Expenses | 155,948.39 | 155,948.39 |
| 02/26/2020 | Wire | Hillair Capital Management | Per Cash collateral stipulation | 40,000.00 | 40,000.00 |
| 02/26/2020 | 1966 | Lockton Insurance | Insurance | 71,582.00 | 71,582.00 |
| 02/26/2020 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 02/26/2020 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |
| 02/27/2020 | ACH | ADP | Payroll Check Processing Fees | 14,552.96 | 14,552.96 |
| 02/27/2020 | 1974 | Beverly Hospital | Workers Compensation | 1,014.00 | 1,014.00 |
| 02/27/2020 | 1969 | Booster Fuels, Inc. | Fuel Expenses | 3,982.54 | 3,982.54 |
| 02/27/2020 | 1970 | Booster Fuels, Inc. | Fuel Expenses | 1,513.58 | 1,513.58 |
| 02/27/2020 | 1971 | Booster Fuels, Inc. | Fuel Expenses | 2,239.78 | 2,239.78 |
| 02/27/2020 | 1972 | Booster Fuels, Inc. | Fuel Expenses | 4,792.30 | 4,792.30 |
| 02/27/2020 | 1973 | Booster Fuels, Inc. | Fuel Expenses | 4,251.72 | 4,251.72 |
| 02/27/2020 | Debit Card | Incorp Services | Office Expenses | 139.00 | 139.00 |
| 02/27/2020 | Debit Card | Indeed | Recruitment Expenses | 501.18 | 501.18 |
| 02/27/2020 | Debit Card | Mailchimp | Office Expenses | 34.99 | 34.99 |
| 02/27/2020 | 1968 | SuperVision | Employee Background Test | 229.50 | 229.50 |
| 02/28/2020 | ACH | ADP | Payroll Check Processing Fees | 2,828.47 | 2,828.47 |
| 02/28/2020 | 1976 | Haik Madoyan | Reimbursement | 164.42 | 164.42 |
| 02/28/2020 | 1979 | Ridge Consulting | Workers Compensation | 3,500.00 | 3,500.00 |
| 02/28/2020 | Debit Card | Parking Concepts | Parking Expenses | 16.00 | 16.00 |
| 02/28/2020 | Wire | PEX Holding | Fuel Expenses | 5,000.00 | 5,000.00 |
| 02/28/2020 | 1977 | SuperVision | Employee Background Test | 88.00 | 88.00 |
| 02/28/2020 | 1975 | Transworld Systems Inc. | Citation | 36.00 | 36.00 |
| 02/28/2020 | 1978 | WCMD, Inc | Workers Compensation | 4,875.00 | 4,875.00 |
| 02/28/2020 | Deduction | Wells Fargo Bank | Bank Fees | 30.00 | 30.00 |

|  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 1,934,646 | 1,224,712 | 3,159,358 |
|---|---|---|---|---|---|

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 2/29/2020 | Balance on Statement: | 2,136,435 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |

TOTAL DEPOSITS IN TRANSIT     0

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1003 | 05/15/2019 | 151 |
| 1024 | 05/21/2019 | 23 |
| 1029 | 05/21/2019 | 28 |
| 1045 | 05/24/2019 | 1,496 |
| 1074 | 05/29/2019 | 302 |
| 1151 | 06/06/2019 | 27 |
| 1287 | 07/02/2019 | 2,000 |
| 1740 | 12/04/2019 | 8 |
| 1852 | 01/15/2020 | 400 |
| 1910 | 02/04/2020 | 12,200 |
| 1942 | 02/14/2020 | 390 |
| 1961 | 02/24/2020 | 264 |
| 1964 | 02/24/2020 | 180 |
| 1965 | 02/25/2020 | 136 |
| 1966 | 02/26/2020 | 71,582 |
| 1967 | 02/26/2020 | 2,500 |
| 1968 | 02/27/2020 | 230 |
| 1969 | 02/27/2020 | 3,983 |
| 1970 | 02/27/2020 | 1,514 |
| 1971 | 02/27/2020 | 2,240 |
| 1972 | 02/27/2020 | 4,792 |
| 1973 | 02/27/2020 | 4,252 |
| 1974 | 02/27/2020 | 1,014 |
| 1975 | 02/28/2020 | 36 |
| 1977 | 02/28/2020 | 88 |
| 1978 | 02/28/2020 | 4,875 |
| 1979 | 02/28/2020 | 3,500 |

TOTAL OUTSTANDING CHECKS:     118,210

Bank statement Adjustments:
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:     2,018,226

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

| | | |
|---|---|---:|
| 1. | TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 13,171,323 |
| 2. | LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 13,147,644 |
| 3. | BEGINNING BALANCE: | 23,679 |
| 4. | RECEIPTS DURING CURRENT PERIOD: (Transfer from General Account) | 1,445,904 |
| 5. | BALANCE: | 1,469,583 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | 1,446,742 |
| 7. | ENDING BALANCE: | 22,841 |
| 8. | PAYROLL Account Number(s): | ******8415 |

Depository Name & Location:            DIP Payroll Wells Fargo
                                       3200 Foothill, Blvd.
                                       La Crescenta, CA 91214

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 02/03/2020 | 817 | Amanda Villegas | Payroll | 351.16 |
| 02/03/2020 | 818 | Marshall Rojas | Payroll | 1,084.30 |
| 02/03/2020 | 819 | Kathy Hicks | Payroll | 1,837.50 |
| 02/03/2020 | 820 | Kathy Hicks | Payroll | 700 |
| 02/03/2020 | 821 | Edgar Lee | Payroll | 879.22 |
| 02/03/2020 | 822 | luis Valdivia | Payroll | 204.58 |
| 02/03/2020 | 823 | Joshua Cresswell | Payroll | 339.18 |
| 02/03/2020 | Deduction | Wells Fargo Bank | Bank Fees | 5 |
| 02/03/2020 | Wire | ADP | Payroll | 729,859.58 |
| 02/04/2020 | Wire | ADP | Payroll | 6,285.25 |
| 02/04/2020 | Deduction | Wells Fargo Bank | Bank Fees | 5 |
| 02/05/2020 | 824 | Jaime Hernandez | Payroll | 1,297.63 |
| 02/05/2020 | 825 | Yoni Tapia | Payroll | 1,271.33 |
| 02/05/2020 | 826 | Dorinda Lattimore | Payroll | 67.04 |
| 02/05/2020 | 827 | Rashan Harris | Payroll | 87.68 |
| 02/05/2020 | 828 | Tervell Swafford | Payroll | 517.51 |
| 02/05/2020 | 829 | Sergio Castro | Payroll | 504.38 |
| 02/06/2020 | 830 | Anthony Felix | Payroll | 384.53 |
| 02/06/2020 | 831 | Ricky Tapia | Payroll | 61.85 |
| 02/06/2020 | 832 | Teshaun Mathis | Payroll | 977.64 |
| 02/06/2020 | 832 | Derriasia Scales | Payroll | 391.00 |
| 02/07/2020 | 834 | Blanal Cook | Payroll | 272.06 |
| 02/07/2020 | 835 | Gabriel Maravillas | Payroll | 259.92 |
| 02/07/2020 | 836 | Sena Fox | Payroll | 611.34 |
| 02/07/2020 | 837 | David Reid | Payroll | 282.15 |
| 02/10/2020 | 838 | Shon Sims | Payroll | 521.22 |
| 02/10/2020 | 839 | Diego Vasquez | Payroll | 588.63 |
| 02/11/2020 | 840 | Evan Schrepfer | Payroll | 32.54 |
| 02/11/2020 | 841 | Jerry Morton | Payroll | 65.97 |
| 02/11/2020 | 842 | Edgar Somoza | Payroll | 402.30 |
| 02/11/2020 | 843 | Brian Prieto | Payroll | 555.6 |
| 02/11/2020 | 844 | jesus Roman | Payroll | 397.03 |
| 02/12/2020 | 845 | Kevin Orellana | Payroll | 247.68 |
| 02/12/2020 | 846 | Jerry Morton | Payroll | 109.25 |
| 02/13/2020 | 847 | Theda Chavez | Payroll | 617.14 |
| 02/13/2020 | 848 | Juan Rivas | Payroll | 700.73 |
| 02/14/2020 | 849 | Josue Rojas | Payroll | 595.65 |
| 02/14/2020 | 850 | Oscar Pena Martinez | Payroll | 590.64 |
| 02/17/2020 | 851 | Ronal Miranda | Payroll | 84.75 |
| 02/17/2020 | 852 | Glenroy McDonald | Payroll | 473.79 |
| 02/17/2020 | 853 | Kathy Hicks | Payroll | 1,837.50 |
| 02/17/2020 | 854 | Kathy Hicks | Payroll | 640 |
| 02/17/2020 | 855 | Emily Olivares | Payroll | 2,574.00 |
| 02/18/2020 | 857 | Dawit Shewarega | Payroll | 138.52 |
| 02/18/2020 | Deduction | Wells Fargo Bank | Bank Fees | 5 |
| 02/18/2020 | Wire | ADP | Payroll | 677,005.65 |
| 02/19/2020 | Deduction | Wells Fargo Bank | Bank Fees | 5.00 |
| 02/19/2020 | Wire | ADP | Payroll | 6,160.66 |
| 02/20/2020 | 858 | David Jeronimo | Payroll | 125.24 |
| 02/21/2020 | 859 | Willie Tlatenchi | Payroll | 207.11 |
| 02/21/2020 | 860 | Taswanna Carroll | Payroll | 728.38 |
| 02/24/2020 | 861 | Jose Barajas | Payroll | 130.19 |
| 02/24/2020 | 862 | Jose Barajas | Payroll | 373.24 |

| 02/24/2020 | 863 | Richard Hernandez | Payroll | 431.85 |
| 02/24/2020 | 864 | Valerie Carrasco | Payroll | 434.83 |
| 02/25/2020 | 865 | Nekeda Skinner | Payroll | 369.24 |
| 02/25/2020 | 866 | Bernard Bradford | Payroll | 24.01 |
| 02/25/2020 | 867 | Bernard Bradford | Payroll | 411.43 |
| 02/27/2020 | 868 | Garry Garcia-Manzo | Payroll | 274.65 |
| 02/27/2020 | 869 | John Hamilton | Payroll | 346.22 |

TOTAL DISBURSEMENTS THIS PERIOD:    1,446,742

PAYROLL ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 2/29/2020 | Balance on Statement: | 29,665 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | - |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 121 | 6/26/2019 | 30.27 |
| 173 | 7/15/2019 | 156.15 |
| 261 | 8/8/2019 | 32.54 |
| 302 | 8/21/2019 | 138.52 |
| 305 | 8/21/2019 | 20.79 |
| 311 | 8/21/2019 | 379.2 |
| 387 | 9/5/2019 | 75.54 |
| 396 | 9/12/2019 | 32.55 |
| 425 | 9/24/2019 | 32.54 |
| 426 | 9/24/2019 | 32.55 |
| 488 | 10/21/2019 | 43.59 |
| 498 | 10/21/2019 | 20.8 |
| 535 | 10/21/2019 | 43.58 |
| 547 | 10/21/2019 | 43.59 |
| 556 | 10/21/2019 | 58.78 |
| 562 | 10/21/2019 | 40.75 |
| 566 | 10/21/2019 | 43.58 |
| 582 | 10/21/2019 | 43.57 |
| 583 | 10/21/2019 | 43.58 |
| 594 | 10/23/2019 | 136.7 |
| 660 | 11/20/2019 | 110.09 |
| 661 | 11/20/2019 | 105.31 |
| 665 | 11/20/2019 | 184.7 |
| 672 | 11/20/2019 | 105.33 |
| 679 | 11/20/2019 | 111.29 |
| 685 | 11/20/2019 | 110.1 |
| 687 | 11/20/2019 | 111.29 |
| 688 | 11/20/2019 | 110.09 |
| 708 | 12/2/2019 | 743.88 |
| 727 | 12/2/2019 | 35.63 |
| 765 | 12/30/2019 | 214.99 |
| 798 | 1/22/2020 | 346.22 |
| 802 | 1/23/2020 | 32.54 |
| 832 | 2/6/2020 | 391 |
| 835 | 2/7/2020 | 259.92 |
| 852 | 2/17/2020 | 473.79 |
| 861 | 2/24/2020 | 130.19 |
| 862 | 2/24/2020 | 373.24 |
| 865 | 2/25/2020 | 369.24 |
| 866 | 2/25/2020 | 24.01 |
| 867 | 2/25/2020 | 411.43 |
| 868 | 2/27/2020 | 274.65 |
| 869 | 2/27/2020 | 346.22 |

TOTAL OUTSTANDING CHECKS:                                                    | 6,824 |

Bank statement Adjustments:                                      _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                       | 22,841 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                    4,172,404

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                        4,168,750
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                  3,655

4.  RECEIPTS DURING CURRENT PERIOD:                                     488,742
     (Transfer from General Account)
Other (Itemize):


5.  BALANCE:                                                            492,396.89

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
     TOTAL DISBURSEMENTS THIS PERIOD:***                                489,899

7.  ENDING BALANCE:                                                     2,498

8.    TAX Account Number(s):              ******8399


                                          DIP Taxes Wells Fargo
                                          3200 Foothill, Blvd.
       Depository Name & Location:        La Crescenta, CA 91214

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 02/04/2020 | wire | ADP | Payroll Tax | 253,060 |
| 02/04/2020 | Deduction | Wells Fargo Bank | Bank Charges | 5 |
| 02/19/2020 | Deduction | Wells Fargo Bank | Bank Charges | 5 |
| 02/19/2020 | wire | ADP | Payroll Tax | 226,519 |
| 02/20/2020 | Deduction | Wells Fargo Bank | Bank Charges | 5 |
| 02/20/2020 | Deduction | Wells Fargo Bank | Bank Charges | 5 |
| 02/20/2020 | wire | ADP | Payroll Tax | 2,309 |
| 02/20/2020 | wire | ADP | Payroll Tax | 7,991 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 489,899 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____2/29/2020_____    Balance on Statement: _____2,498

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                           | 0 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                          | 0 |

Bank statement Adjustments:                                     _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | 2,498 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 2,018,226 |
| Payroll Account: | 22,841 |
| Tax Account: | 2,498 |

*Other Accounts:

*Other Monies:

**Petty Cash (from below):        0

TOTAL CASH AVAILABLE:                                        2,043,565

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                              0

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due | |
|---|---|---|---|---|---|
| Hillair Capital | Weekly | 40,000 | 0 | 0 | |
| Parkway Commercial Realty | Monthly | 3,412 | 0 | 0 | |
| Three Two Seven Family Mmgt LLC | Monthly | 2,335 | 0 | 0 | |
| Trust 5025983 LLC | Monthly | 2,000 | 0 | 0 | |
| Bulldog Commercial Real Estate | Monthly | 10,500 | 0 | 0 | |
| ExtraSpaceStorage | Monthly | 140 | 0 | 0 | |
| The Hertz Corporation (1) | Bi-Monthly | 446,302 | 2 | 183,684 | (1) |
| Lockton Companies, LLC | Monthly | 71,022 | 0 | 0 | |
| GTR Source LLC | Monthly | 27,663 | 9 | 248,965 | |
| Hop Capital | Monthly | 37,978 | 9 | 341,804 | |
| Chrome Capital | Unknown | 350,000 | Unknown | 350,000 | (2) |
| WG Fund | Monthly | 2,722 | 9 | 24,499 | |
| Influx Capital LLC | Monthly | 3,427 | 9 | 30,846 | |
| NexGen Capital, LLC | Monthly | 28,210 | 9 | 253,886 | |
| | | | TOTAL DUE: | 1,433,684 | |

(1) Historically, the total monthly amount due and owing Hertz, which fluctuates depending on van usage, was split into two (2) payments (roughly 85%/15%).

(2) Based upon the limited settlement documentation relating to Chrome Capital that the debtors are in possession of, it appears that the total settlement amount was $350K, of which none was paid (although it is unclear whether and when any settlement payments were or are due, given the lack of settlement documentation in this regard).

III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____ 0.00
Total Wages Paid: _____ 1,446,742

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: _____ | | | |
| TOTAL: | 0 | 0 | |

(1) Hertz Corportion submitted a pre-petition amounts due that is materially different from $446,302 comparising of Tolls charges that were not billed to the Debtor. Debtor is in the process of auditing all the amounts submitted to verify validity of amounts. It is likely that over $100k will be added to the balance if Debtor can successfully reduce penalties for trivial toll charges that in some cases are $500 or $1,000 per toll charge.

**IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE**

| | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
| | | Pre-Petition | Post-Petition |
| Current | 416,903 | - | 3,769,025 |
| 1 - 30 days | 5,589 | - | - |
| 31 - 60 days | 30,769 | - | - |
| 61 - 90 days | - | - | - |
| 91 - 120 days | - | - | - |
| Over 120 days | 168,082 | - | - |
| TOTAL: | 621,343 | - | 3,769,025 |

**V. INSURANCE COVERAGE**

| Type | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) | |
|---|---|---|---|---|---|
| General Liability | Lockton Insurance Brokers, LLC | $300k to $1M | 3/31/2020 | 3/1/2020 | |
| Worker's Compensation | Innovative (CA/IL) | No limit, w $10k deductible | Bi-Monthly | 2/29/2020 | (1) |
| Worker's Compensation | Self Insured in Texas | Self Insured | 2/29/2020 | 2/29/2020 | (1) |
| Vehicle | Hertz | $0-300K | 3/1/2020 | 3/1/2020 | (2) |
| Others: Umbrella | First Insurance Funding | $1M | 9/15/2020 | 3/1/2020 | |
| | | | | | |

**VI. UNITED STATES TRUSTEE QUARTERLY FEES**
**(TOTAL PAYMENTS)**

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | - | | - | - |
| | | | | | - |

(1) Beginning 2/15/2020, the Company added a full Workers' Compensation coverage for Texas, while lowering rates in CA from 14% to 10%, IL from 14% to 12% and Texas at 6%, resulting in net absolute dollar value below the amount prior to acquiring Texas coverage. Company terminated Self Insured Workers' Compensation coverage as a result.
(2) Hertz agreed to extend the CY 2019 contract at current rates and to revisit on March 1 to finalize new contract, which has a higher premium, yet to be determined.

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| George Voskanian | 6/12/2019 | $25,000 / Month | 25,000 |
| Scott Sheikh | 6/12/2019 | $25,000 / Month | 25,000 |
| | | | |
| | | | |

VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)
(1)  Includes approved compensation per the underlying stipulation including catch-up amounts.

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | 2/1/2020 through 2/29/2020 | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 3,126,814.00 | 38,032,615 |
| Less: Returns/Discounts | 0 | 0 |
| Net Sales/Revenue | 3,126,814 | 38,032,615 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0 | 0 |
| Purchases | 0 | 0 |
| Less: Ending Inventory at cost | 0 | 0 |
| Cost of Goods Sold (COGS) | 0 | 0 |
| **Gross Profit** | 3,126,814 | 38,032,615 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 55,000 | 610,866 |
| Payroll - Other Employees | 1,580,573 | 19,274,190 |
| Payroll Taxes | 169,692 | 1,817,080 |
| Other Franchise Tax and Filing Fees (Itemize) | 0 | 6,682 |
| Depreciation and Amortization | 0 | 106,110 |
| Rent Expense - Real Property | 10,500 | 155,223 |
| Lease Expense - Personal Property | 0 | 0 |
| Insurance | 219,424 | 2,288,619 |
| Tax Consulting Fees | 12,198 | 49,629 |
| Telephone and Utilities | 31,661 | 337,945 |
| Repairs and Maintenance | 400 | 9,018 |
| Travel and Entertainment (Itemize) | 1,585 | 77,136 |
| Miscellaneous Operating Expenses (Itemize) | 859,229 | 8,845,589 |
| Total Operating Expenses | 2,940,261 | 33,578,086 |
| Net Gain/(Loss) from Operations | 186,553 | 4,454,529 |
| **Non-Operating Income:** | | |
| Interest Income | 0 | 19 |
| Net Gain on Sale of Assets (Itemize) | 0 | 0 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating income | 0 | 19 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Debtor Counsel | 104,018 | 1,829,606 |
| Debtor CRO | 18,437 | 300,138 |
| Committee Consel | 30,000 | 504,326 |
| Board of Directors | 5,000 | 45,000 |
| Secured Lender Counsel | 56,223 | 603,716 |
| Debtor Advisor | 0 | 303,144 |
| Committee Professionals | 0 | 0 |
| Investment Banker | 0 | 300,000 |
| US Trustee Fees | 0 | 67,114 |
| Accrued US Trustee Fees | 0 | 241,839 |
| Other (Itemize) | 0 | 0 |
| Total Non-Operating Expenses (1) | 213,678 | 4,194,883 |
| **NET INCOME/(LOSS)** | (27,125) | 259,665 |
| **Itemized Miscellaneous Operating Expenses** | | |
| Fuel Expense | 218,741 | 2,691,307 |
| Vehicle Expense (2) | 526,609 | 4,972,534 |
| Employment Counsel | 0 | 0 |
| Office Supplies | 10,049 | 176,622 |
| Driver Background Check | 11,141 | 149,547 |
| Dues and Subscriptions | 6,060 | 58,395 |
| Car Wash | 2,622 | 46,089 |
| Citation/Tolls | 42,265 | 266,697 |
| Accidents | 0 | 6,354 |
| Bank Charges | 580 | 9,511 |
| Recruitment Expenses | 5,065 | 89,099 |
| IT Expenses | 12,200 | 152,950 |
| Other misc. OpEx (3) | 23,898 | 226,484 |
| Total | 859,229 | 8,845,589 |

(1) The identified amounts are estimates based upon discussions with the Debtors' professionals, Committee counsel and counsel for Hillair, as applicable, and are subject to various orders, including but not limited to orders governing the use of cash collateral and orders approving the employment of the various professionals identified.

(2) Includes ramped up December billing.

(3) Includes $1,650 Janitorial expense, $21,458 Payroll Processing Fees and $790 shipping expense.

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | | Current Month End | |
|---|---|---|---|
| Current Assets: | | | |
| Unrestricted Cash | | 2,043,565 | |
| Restricted Cash | | 0 | |
| Accounts Receivable | | 3,769,025 | |
| Inventory | | 0 | |
| Notes Receivable | | 0 | |
| Prepaid Expenses | | 106,388 | (1) |
| Other (Itemize) | | 0 | |
| | Total Current Assets | | 5,918,978 |
| | | | |
| Property, Plant, and Equipment | | 1,096,486 | |
| Accumulated Depreciation/Depletion | | (257,421) | |
| | Net Property, Plant, and Equipment | | 839,065 |
| | | | |
| Other Assets (Net of Amortization): | | | |
| Due from Insiders | | 1,887,751 | (2) |
| Other (Itemize) | | 7,174 | (3) |
| | Total Other Assets | | 1,894,925 |
| | | | |
| TOTAL ASSETS | | | 8,652,968 |
| | | | |
| LIABILITIES | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable | | 621,344 | (4) |
| Taxes Payable | | 0 | |
| Notes Payable | | 0 | |
| Professional fees | | 1,472,102 | |
| Secured Debt | | 0 | |
| Accrued Payroll | | 861,158 | |
| Accrued Quarterly US Trustee Fees | | 0 | |
| Other (Itemize)(7) | | 81,271 | |
| | Total Post-petition Liabilities | | 3,035,874 |
| | | | |
| Pre-petition Liabilities: | | | |
| Hillair Notes Payable due to Scoobeez Global | | 11,153,098 | (5) |
| Hillair (Per cash collateral stipulation) | | (1,780,000) | (5) |
| Priority Liabilities | | 0 | |
| Unsecured Liabilities | | 24,070,267 | (6) |
| Other (Itemize) | | 926,953 | |
| | Total Pre-petition Liabilities | | 34,370,318 |
| | | | |
| TOTAL LIABILITIES | | | 37,406,192 |
| | | | |
| EQUITY: | | | |
| Pre-petition Owners' Equity | | (20,914,030) | |
| Post-petition Profit/(Loss) | | 259,665 | |
| Direct Charges to Equity | | (8,098,859) | |
| TOTAL EQUITY | | | (28,753,224) |
| | | | |
| TOTAL LIABILITIES & EQUITY | | | 8,652,968 |
| | | | 0 |

(1) Includes deposits for fuel in the approximate amounts of $23K for Pex, $34K in prepaid insurance and $49k in security deposits and other.

(2) The amount "Due from Insiders" continues to be reviewed and this figure will be updated as necessary and appropriate based upon that review.

(3) This amount reflects primarily potential funds to be recovered from various merchant cash entities.

(4) Hertz ($316K), Booster ($19k), AT&T Mobility ($20K), Tolls ($203K), Innovative (55K), and various other accounts payable ($8K).

(5) Since the petition date the Debtor has paid $1,780K to Hillair Capital Management pursuant to certain cash collateral stipulations and orders, and said funds shall be applied in a manner consistent therewith.

(6) The Pre-Petition Unsecured Liabilities include the balance due and owing Avitus as reflected in the Debtor(s)' pre-petition balance sheet(s) ($15,971,408) (the "Avitus Debt"). Although this figure is disputed by the Debtor(s), and inconsistent with the figure(s) included in the schedules filed by the Debtors (which the Debtors believe to be a more accurate estimate of the amount actually due and owing Avitus), this figure is included herein in order to maintain consistency with the Debtor(s)' previous balance sheet(s). The CRO continues to evaluate the true nature and amount of the Avitus Debt and will update it as necessary and appropriate. In addition, this figure includes $8,098,859 due and owing to a number of merchant cash advance entities pursuant to a global settlement by and among the Debtor and Scoobeez Global, on the one hand, and a number of merchant cash entities on the other hand.

XI.  QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | | |
| | On or about 7/1/2019, $6,647 was paid to Shoushana Ohanessian as reimbursement for an advance of funds expended by Mrs. Ohanessian in order to revive Scoobur's corporate status. The debtor(s) are in the process of determining the manner in which to treat this payment and/or any claim(s) associated therewith. | ___ | **X** |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | | |
| | See response to Question #1 | ___ | **X** |

3. State what progress was made during the reporting period toward filing a plan of reorganization

On February 6, 2020, Debtor filed a Stipulation Between the Debtors and Sandra Collie for Limited Relief from the Automatic Stay; the Court entered an order thereon on February 7, 2020. On February 14, 2020, Debtors filed Chapter 11 Joint Plan of Reorganization as Proposed By the Debtors, Hillair and the Official Committee of Unsecured Creditors.  On February 21, 2020, Debtors filed a Motion to Assume Unexpired Non-Residential Lease of Real Property at 3463 Foothill, Glendale, California Pursuant To 11 U.S.C. § 365.  On February 27, 2020, submitted its Disclosure Statement in Support of Chapter 11 Joint Plan of Reorganization Proposed By the Debtors, Hillair and the Official Committee of Unsecured Creditors; a hearing for approval of the Disclosure Statement is scheduled for April 9, 2020.  On February 28, 2020, Debtor filed a Stipulation Between the Debtors and Arturo Vega and Unta Key for Limited Relief From the Automatic Stay to Proceed With State Court Settlement Approval.

4. Describe potential future developments which may have a significant impact on the case:

See answer to question #3.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | **X** | |

/s/ George Voskanian

I,  George Voskanian, CFO/Co-CEO
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
        jsimon@foley.com
        smoses@foley.com

Attorneys for Debtors and Debtors in
Possession, SCOOBEEZ, SCOOBEEZ GLOBAL,
INC., and SCOOBUR, LLC



**FILED & ENTERED**

**JAN 31 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kaauouan DEPUTY CLERK**

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>       Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br><br>☐ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND AMAZON LOGISTICS, INC. FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>*Hearing:*<br>*Date: February 4, 2020*<br>*Time: 10:00 a.m.*<br>*Place: Courtroom 1375*<br>*U.S. Bankruptcy Court, 255 East Temple Street*<br>*Los Angeles, CA 90012* |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

The Court having reviewed and considered the *Stipulation Between the Debtors and Amazon Logistics, Inc. For Limited Relief From the Automatic Stay*, filed on January 28, 2019 [Docket No. 567] the "Stipulation"), as between movant Amazon Logistics, Inc. (the "Movant") and Scoobeez, Scoobeez Global, Inc. and Scoobur, LLC, the debtors in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors"), and the *Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362* [Doc. No. 534], filed by the Movant on January 9, 2020 (the "Motion"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.      The Stipulation is approved.

2.      The automatic stay is hereby modified to allow the State Court Action (as defined in the Stipulation), to proceed to final judgment, provided that the stay shall remain in effect with respect to enforcement of any judgment against the Debtor or property of the Debtors' bankruptcy estates, except as to any applicable insurance coverage.

3.      As to the State Court Action and claims based on the State Court Action, Movant waives any deficiency or other claim against the Debtors or property of the Debtors' bankruptcy estates except as to recovery from applicable insurance.

4.      To the extent that the Movant or the State Court Action plaintiff asserts a claim in the bankruptcy case for payment of any amounts or obligations related to the State Court Action that are not covered by applicable insurance, this Order is without prejudice to the Debtors' rights to object to any such claim.

5.      The scope of this Order is limited to the State Court Action and claims based thereon, and is without prejudice to the rights of the Parties as to any other matters.

6.      Sufficient notice of the Movant's motion having been provided, no further notice is required pursuant to F.R.B.P. 4001(d) or otherwise.

7.      The automatic stay shall remain in effect except to the extent of the relief specifically granted herein.

8.      The hearing on the Motion currently scheduled for February 4, 2020, at 10:00 a.m. shall be taken off calendar.

4833-8258-0398.1

9.    The Court shall retain jurisdiction over any disputes arising from or related to this Order or the Stipulation.

**APPROVED AS TO FORM:**

Dated:  January 31, 2020                    **MORGAN, LEWIS & BOCKIUS LLP**

                                            _____

                                            Richard W. Esterkin

                                            Attorneys for Amazon Logistics, Inc.

                                                    ###

Date: January 31, 2020

                            Julia W. Brand
                            United States Bankruptcy Judge

4833-8258-0398.1

9.      The Court shall retain jurisdiction over any disputes arising from or related to this Order or the Stipulation.

# # #

**APPROVED AS TO FORM:**

Dated:  January 21, 2020                    **MORGAN, LEWIS & BOCKIUS LLP**

_____

Richard W. Esterkin

Attorneys for Amazon Logistics, Inc.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RICHARD W. ESTERKIN (07069)<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue, Suite 2200<br>Los Angeles, California 90071<br>Telephone:  213.612.2500<br>FAX:  213.612.2501<br>E-mail:  richard.esterkin@morganlewis.com<br><br><br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 05 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kaaumoan DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>Affects:<br>■  All Debtors<br>☐  Scoobeez, ONLY<br>☐  Scoobeez Global, Inc., ONLY<br>☐  Scoobur LLC, ONLY<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-14989-WB<br>         [Jointly administered with 2:19-bk-14991-WB<br>         and 2:19-bk-17997-WB]<br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR**<br>**RELIEF FROM THE AUTOMATIC STAY**<br>**UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)**<br><br>DATE: February 4, 2020<br>TIME: 10:00 a.m.<br>COURTROOM: 1375<br> PLACE:  United States Bankruptcy Court<br>            255 East Temple Street<br>            Los Angeles, CA |
|---|---|

**MOVANTS:  Amazon Logistics, Inc. and Amazon.com, Inc.**

1.  The Motion was:  ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

2.  The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action:  *Vega, et al. v. Scoobeez, et al. and Key, et al. v. Scoobeez, et al.*

    Docket number:  37-2017-00018285-CU-OE-CTRL and 37-2017-00039527-CU-OE-CTRL

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:  Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:  Superior Court of the State of California for the County of San Diego

3.      The Motion is granted under 11 U.S.C. § 362(d)(1).

4.      As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a.   ☐  Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b.   ☒  Modified or conditioned as set forth in paragraph 8 of the Attachment to the Motion.

   c.   ☐  Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5.      **Limitations on Enforcement of Judgment:**  Movant may *not* proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a.   ☐  Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b.   ☐  Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6.      This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7.   ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8.   ☒  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9.   ☐  This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10.  ☐  This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11.  ☐  Other (*specify*): None

###

Date: February 5, 2020

_Julia W Brand_

Julia W. Brand
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                              Page 2                              **F 4001-1.RFS.NONBK.ORDER**

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
          jsimon@foley.com
          smoses@foley.com

Attorneys for Debtors and Debtors in
Possession, SCOOBEEZ, SCOOBEEZ GLOBAL,
INC., and SCOOBUR, LLC

FILED & ENTERED

FEB 07 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

SCOOBEEZ, et al.[1]

Debtors and Debtors in Possession.

Affects:

■ All Debtors

☐ Scoobeez, ONLY

☐ Scoobeez Global, Inc., ONLY

☐ Scoobur LLC, ONLY

Case No. 2:19-bk-14989-WB
Jointly Administered:
2:19-bk-14991-WB; 2:19-bk-14997-WB

Chapter 11

**ORDER APPROVING STIPULATION
BETWEEN THE DEBTORS AND SANDRA
COLLIE FOR LIMITED RELIEF FROM
THE AUTOMATIC STAY**

Hearing:
Date:  February 11, 2020
Time:  10:00 a.m.
Place: Courtroom 1375
          U.S. Bankruptcy Court
          255 East Temple Street
          Los Angeles, CA 90012

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

4831-8188-9459.1

The Court having reviewed and considered the *Stipulation Between the Debtors and Sandra Collie For Limited Relief From the Automatic Stay*, filed on February 6, 2020 [Docket No. 588] (the "Stipulation"), as between movant Sandra Collie (the "Movant") and Scoobeez, Scoobeez Global, Inc. and Scoobur, LLC, the debtors in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors"), and the *Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362* [Doc. No. 558], filed by the Movant on January 21, 2020, (the "Motion"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.     The Stipulation is approved.

2.     The Movant is hereby granted relief from stay for the purposes of prosecuting the State Court Action (as defined in the Stipulation), provided that any recovery shall be against insurance only and that Movant shall not be entitled to any deficiency or other claim against the Debtors or property of the Debtors' bankruptcy estates except as to recovery from applicable insurance.

3.     Sufficient notice of the Movant's motion having been provided, no further notice is required pursuant to F.R.B.P. 4001(d) or otherwise.

4.     The 14-day stay pursuant to FRBP 4001(a)(3) is hereby waived.

5.     The automatic stay shall remain in effect except to the extent of the relief specifically granted herein.

//

//

//

6.      The hearing on the Motion currently scheduled for February 11, 2020, at 10:00 a.m. shall be taken off calendar.

7.      The Court shall retain jurisdiction over any disputes arising from or related to this Order or the Stipulation.

# # #

Date: February 7, 2020

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

ORDER APPROVING STIPULATION FOR LIMITED RELIEF FROM STAY
Case No. 2:19-bk-14989-WB
Jointly Administered:
-2-      2:19-bk-14991-WB; 2:19-bk-14997-WB

4831-8188-9459.1

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
          jsimon@foley.com
          smoses@foley.com



FILED & ENTERED

MAR 02 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

Attorneys for Debtors and Debtors in
Possession, SCOOBEEZ, SCOOBEEZ GLOBAL,
INC., and SCOOBUR, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11 |
| Affects:<br><br>■ All Debtors<br><br>□ Scoobeez, ONLY<br><br>□ Scoobeez Global, Inc., ONLY<br><br>□ Scoobur LLC, ONLY | **ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND ARTURO VEGA AND UNTA KEY FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT SETTLEMENT APPROVAL**<br><br>Hearing:<br>Date:  March 3, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 1375<br>          U.S. Bankruptcy Court<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

The Court having reviewed and considered the *Stipulation between the Debtors and Arturo Vega and Unta Key for Limited Relief from the Automatic Stay to Proceed with State Court Settlement Approval*, filed on February 28, 2020 [Docket No. 639] (the "Stipulation"), as between movants Arturo Vega and Unta Key (the "Movants") and Scoobeez, Scoobeez Global, Inc. and Scoobur, LLC, the debtors in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors" and together with the Movants, the "Parties"), and the *Motion for Relief from the Automatic Stay under 11 U.S.C. § 362* [Docket No. 156] (the "Motion"), filed by the Movants on July 22, 2019, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.     The Stipulation is approved.

2.     The automatic stay pursuant to 11 U.S.C. § 362 is hereby modified to the limited extent necessary for the parties to the PAGA Actions (as defined in the Stipulation) to proceed with the class action approval process for the Settlement in the state court overseeing the PAGA Actions, including for the entry of any orders or stipulations necessary for the settlement approval process in the PAGA Actions.

3.     The automatic stay shall remain in effect except to the extent of the relief specifically granted herein, pending further order of this Court.

4.     The Hearing on the Motion currently scheduled for March 3, 2020, at 10:00 a.m. shall be taken off calendar.

5.     Sufficient notice of the Movant's motion having been provided, no further notice is required pursuant to F.R.B.P. 4001(d) or otherwise.

6.     This order shall be without prejudice to the Movants re-filing a motion for relief from stay if the state Court does not grant preliminary or final approval of the Settlement.

//

//

//

//

//

4851-2369-8870.1

1    7.    This Court shall retain jurisdiction over any disputes arising from or related to this Order

2    or the Stipulation.

3                                            # # #

22

23

24    Date: March 2, 2020

_Julia W Brand_
Julia W. Brand
United States Bankruptcy Judge

4851-2369-8870.1