Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
  jsimon@foley.com
  smoses@foley.com

Attorneys for Debtors and Debtors-in-Possession SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC



FILED & ENTERED

APR 02 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br><br>☐ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur LLC, ONLY | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**ORDER DENYING AMAZON LOGISTICS, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER: (A) DETERMINING THAT THE AUTOMATIC STAY DOES NOT REQUIRE AMAZON TO UTILIZE DEBTORS' SERVICES AND (B) MODIFYING THE AUTOMATIC STAY**<br><br>Hearing:<br><br>Date:   March 16, 2019<br>Time:  1:00 p.m.<br>Place:  (Telephonic) Courtroom 1375<br>    U.S. Bankruptcy Court<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |
|---|---|

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

1  On or about October 28, 2019, Amazon Logistics, Inc. ("**Amazon**") filed its *Notice of Motion and Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtors' Services, and (B) Modifying the Automatic Stay* [Docket No. 393] (the "**Amazon Relief from Stay Motion**"), seeking an order (a) determining that the automatic stay does not require Amazon to utilize the Debtors' services; (b) granting Amazon relief from the automatic stay in the event the Court determined that the automatic stay requires Amazon to utilize the Debtors' services; and (c) granting Amazon relief from the automatic stay to terminate its contract with the Debtors.

On November 4, 2019, both the Official Committee of Unsecured Creditors (the "**Committee**") and Hillair Capital Management ("**Hillair**") filed their Oppositions to the Amazon Relief from Stay Motion [Docket Nos. 417 and 418, respectively]. On November 5, 2019, the Debtors filed their Opposition to the Amazon Relief from Stay Motion [Docket No. 419].

On November 11, 2019, Amazon filed its reply in support of the Amazon Relief from Stay Motion [Docket No. 430].

On February 19, 2020, the Debtors filed redacted versions of their supplemental brief in opposition to the Amazon Relief from Stay Motion [Docket No. 613] and declaration of Shane Moses [Docket No. 615] along with a motion for an order permitting them to file the foregoing documents under seal [Docket No. 616] and declaration of Shane Moses in support [Docket No. 617]. On February 21, 2020, the Court granted the Debtors' motion to file the foregoing documents under seal [Docket No. 624] and filed unredacted versions of the foregoing opposition and declaration under seal [Docket Nos. 630 and 631].

On February 19, 2020, Hillair filed a redacted version of its supplemental brief in opposition to the Amazon Relief from Stay Motion [Docket No. 609], a motion for an order permitting it to file its supplemental opposition to the Amazon Relief from Stay Motion under seal [Docket No. 601], and the Court entered an order granting that motion [Docket No. 608]. On February 20, 2020, the Court filed an unredacted version of Hillair's supplemental opposition to the Amazon Relief from Stay Motion under seal [Docket No. 620]. On March 10, 2020, Hillair filed an amended supplemental opposition with additional redactions [Docket No. 679].

On February 19, 2020, Amazon filed a motion for an order permitting it to file its supplemental brief in support of the Amazon Relief from Stay Motion under seal [Docket No. 605], and the Declarations of Tuyet. T. Nguyen and Meredith Riccio in support of that supplemental brief [Docket Nos. 606 and 607, respectively].[2] Amazon's motion to seal included, as an exhibit, a redacted version of its supplemental brief and the appendix of exhibits in support of that brief. On February 21, 2020, the Court entered an order granting Amazon's motion to file its supplemental brief and supporting appendix of exhibits under seal [Docket No. 625]. On February 24, 2020, the Court filed under seal an unredacted version of Amazon's supplement brief in support of the Amazon Motion for Relief from Stay and the appendix of exhibits in support of that brief [Docket Nos. 685 and 686, respectively].

On March 16, 2020, the above-referenced bankruptcy court (the "**Court**") held the hearing on the Amazon Relief from Stay Motion (the "**Hearing**"). Appearances were as noted in the record. The Court has duly considered all relevant pleadings, papers, and evidence filed in support of and in opposition to the Amazon Relief from Stay Motion, the record, pleadings, and other documents on file in the above-referenced jointly administered bankruptcy cases, and the statements and arguments of counsel at the Hearing.

For the reasons set forth on the record at the Hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Amazon Relief from Stay Motion is DENIED.

Date: April 2, 2020

*/s/ Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

---

[2] Ms. Riccio's declaration was re-filed on February 20, 2020 at the Court's request [Docket No. 623].

2. This Court retains jurisdiction regarding any issues regarding interpretation or implementation of this order.

**APPROVED AS TO FORM:**

DATED:  MARCH 27, 2020             MORGAN LEWIS & BOCKIUS LLP


By:   */s/ Richard Esterkin*
            RICHARD ESTERKIN
   Attorneys for Amazon Logistics, Inc.

DATED:  MARCH 27, 2020             QUINN EMANUEL URQUHART & SULLIVAN LLP


By:   */s/ Jennifer Nassiri*
            ERIC WINSTON
         CRYSTAL NIX-HINES
         JENNIFER NASSIRI
   Attorneys for Hillair Capital Management, LLC

DATED:  MARCH 27, 2020             LEVENE NEALE BENDER YOO & BRILL L.L.P.


By:   */s/ David Neale*
            DAVID NEALE
            J.P. FRITZ

Attorneys for the Official Committee of Unsecured Creditors

###