MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:   (213) 612-2500
Fax:   (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1],<br><br>Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**STIPULATION TO ORDER EXTENDING TIME TO FILE PLAN OBJECTIONS AND RESPONSE TO MOTION TO ASSUME OR REJECT EXECUTORY CONTRACTS**<br><br>Date:         July 9, 2020<br>Time:        10:00 A.M.<br>Courtroom: 1375 (via Zoom for Govt.) |

This Stipulation to Order Extending Time to File Plan Objections is entered into as of June 25, 2020 by and between Debtor-in-Possession Scoobeez, ("**Scoobeez**"), Hillair Capital Management, LLC ("**Hillair**"), the Official Committee of Unsecured Creditors (the "**Committee**") and Amazon Logistics, Inc. ("**Amazon**") with reference to the following facts:

////

////

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

## RECITALS

A. On April 30, 2020, the Court entered its *Order (I) Approving the Disclosure Statement … etc.* (Dkt. No. 766) (the "**Disclosure Statement Order**").

B. Pursuant to paragraph 41 of the Disclosure Statement Order, objections to the confirmation of the *First Amended Chapter 11 Joint Plan of Reorganization as Proposed by the Debtors, Hillair and the Official Committee of Unsecured Creditors* (Dkt. No. 754) (the "**Plan**") are due to be filed no later than 5:00 p.m. prevailing Pacific Time on June 25, 2020.

C. On June 30, 2020, the Debtors filed their *Notice of Motion and Motion to Assume Certain Executory Contracts, etc.* (Dkt. No. 800) (the "**Executory Contract Motion**").

D. Pursuant to paragraph 44 of the Disclosure Statement Order, objections to the Executory Contract Motion are due on June 25, 2020.

E. The parties to this stipulation are engaged in discussions regarding certain provisions of the Plan and Executory Contract Motion, and desire to extend the time for Amazon to file any objections to the Plan and Executory Contract Motion that it may have to allow those discussions to continue prior to the time that Amazon files its objections to the Plan and Executory Contract Motion.

IT IS THERFOR stipulated that the Court may enter an order in the form attached hereto as Exhibit 1 extending Amazon's time to file objections to the Plan and Executory Contract Motion through and including 12:00 p.m. prevailing Pacific Time on June 26, 2020.

(signatures on following page)

| | | |
|---|---|---|
| Dated: June 25, 2020 | | MORGAN, LEWIS & BOCKIUS LLP |
| | By: | */s/ Richard W. Esterkin* |
| | | Richard W. Esterkin |
| | | Attorneys for Amazon Logistics, Inc. |
| Dated: June 25, 2020 | | FOLEY & LARDNER LLP |
| | By: | */s/ John Simon* |
| | | John Simon |
| | | Attorneys for Scoobeez |
| Dated: June 25, 2020 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | By: | */s/ Jennifer Nassiri* |
| | | Jennifer Nassiri |
| | | Attorneys for Hillair Capital Management, LLC |
| Dated: June 25, 2020 | | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. |
| | By: | */s/ John-Patrick Fritz* |
| | | John-Patrick Fritz |
| | | Attorneys for Official Committee of Unsecured Creditors |

**DECLARATION OF RICHARD W. ESTERKIN**

I, Richard W. Esterkin, declare:

1. I am an attorney at law, duly admitted into practice before all courts for the State of California and the United States District Court for the Central District of California. I am a member of the law firm of Morgan, Lewis & Bockius LLP, counsel for Amazon Logistics, Inc. in the above-captioned matter.

2. I have received written confirmation via e-mail from John Simon, Jennifer Nassiri and John-Patrick Fritz that I am authorized to insert their electronic signatures on the foregoing stipulation due to the difficulty in their providing me with inked signatures as a result of their office closures resulting from the COVID-19 pandemic.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Monica, California on June 25, 2020.

                                                             */s/ Richard W. Esterkin*
                                                              Richard W. Esterkin

# EXHIBIT 1

Exhibit 1 - page 5

MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:    (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1],<br><br>Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11<br><br>**ORDER EXTENDING TIME TO FILE PLAN OBJECTION AND RESPONSE TO MOTION TO ASSUME AND REJECT EXECUTORY CONTACTS**<br><br>Date:    July 9, 2020<br>Time:    10:00 A.M.<br>Courtroom:    1375 (via Zoom for Govt.) |

The parties hereto having filed a *Stipulation to Order Extending Time to File Plan Objections and Response to Motion to Assume or Reject Executory Contracts* (Dk. No. ____) and good cause appearing therefor,

IT IS HEREBY ORDERED that Amazon Logistics, Inc. may file any objections that it may have to the confirmation of the *First Amended Chapter 11 Joint Plan of Reorganization as Proposed by the Debtors, Hillair and the Official Committee of Unsecured Creditors*

///

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

- 1 -

Exhibit 1 - page 6

1  (Dkt. No. 754) and to the Debtors' motion to assume and reject certain executory contracts (Dkt.

2  No. 800) on or before 12:00 p.m., prevailing Pacific Time, on June 26, 2020.

3  # # # #

**CERTIFICATE OF SERVICE FORM**

**FOR ELECTRONIC FILINGS**

I hereby certify that on June 25, 2020, I electronically filed the foregoing document, **Stipulation to Order Extending Time to File Plan Objections** with the Clerk of the United States Bankruptcy Court, Central District of California, Los Angeles Division, using the CM/ECF system, which will send notification of such filing to those parties registered to receive notice on this matter.

_____
Renee Robles

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Morgan Lewis & Bockius LLP
300 S Grand Ave Fl 22, Los Angeles CA  90071-3132

A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Order Extending Time to File Plan Objections and Response to Motion to Assume or Reject Executory Contracts
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/25/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Service List attached

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/25/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

See E-Mail Only Service List, attached.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/25/2020 | Renee Robles | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    9                           **F 9013-3.1.PROOF.SERVICE**

**2:19-bk-14989-WB Service List:**

Richard T Baum on behalf of Stockholder Rosenthal Family Trust
rickbaum@hotmail.com, rickbaum@ecfinforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf. inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the Estates of Scoobeez

and Scoobeez Global, Inc.

jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

David Brian Lally on behalf of Attorney Grigori Sedrakyan
davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family Trust UTD

3/25/1988

davidlallylaw@gmail.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez

amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.

amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley Financial Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd.
smiller@tharpe-howell.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc.
kmorse@clarkhill.com, blambert@clarkhill.com

Shane J Moses on behalf of Debtor Scoobeez
smoses@foley.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc.
smoses@foley.com

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com,
IFS_filing@buchalter.com;salarcon@buchalter.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured Creditors dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. dln@lnbyb.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

11

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

Gregory M Salvato on behalf of Creditor Azad Baban

gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com,
IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public
Accounts bk-kwalsh@texasattorneygeneral.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega
yaeckel@sullivanlawgroupapc.com

**2:19-bk-14989-WB Electronic Mail-Only Service List**

Adam Friedman on behalf of Creditor, Hillair Capital Management, LLC
Olshane Frome Wolosky LLP
afriedman@olshanlaw.com

John A. Simon on behalf of Debtor, Scoobeez, Inc.
Foley & Lardner, LLP
jsimon@foley.com