1  MORGAN, LEWIS & BOCKIUS LLP
   Richard W. Esterkin, SBN 70769
2  richard.esterkin@morganlewis.com
   300 S Grand Ave Fl 22
3  Los Angeles CA  90071-3132
   Tel:    (213) 612-2500
4  Fax:    (213) 612-2501

5  Attorneys for
   Amazon Logistics, Inc.
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11

12  **In re:**                          Case No. 2:19-bk-14989-WB
                                        [Jointly Administered with:
13      **SCOOBEEZ, et al.[1],**           2:19-bk-14991-WB, and 2:19-bk-14997-WB]

14                                       Chapter 11
        **Debtors and Debtors in**
15        **Possession.**                 **STIPULATION TO ORDER AMENDING
                                        ORDER ESTABLISHING REMOTE
16  ─────────────────────────           CHAPTER 11 PLAN CONFIRMATION
    Affects:                            HEARING PROCEDURES; AND
17  ■  All Debtors                      DECLARATION OF RICHARD W.
    □  Scoobeez, ONLY                   ESTERKIN RE: ELECTRONIC
18  □  Scoobeez Global, Inc., ONLY      SIGNATURES**
    □  Scoobur LLC, ONLY
19                                       Date:        July 9, 2020
                                        Time:        10:00 A.M.
20                                       Courtroom:   1375 (via Zoom for Govt.)

21      This Stipulation to Order Amending *Order Establishing Remote Chapter 11 Plan*

22  *Confirmation Hearing Procedures* is entered into as of June 2, 2020, by and between Debtor-in-

23  Possession Scoobeez, ("**Scoobeez**"), Hillair Capital Management, LLC ("**Hillair**"), the Official

24  Committee of Unsecured Creditors (the "**Committee**") and Amazon Logistics, Inc. ("**Amazon**")

25  with reference to the following facts:

26

27  ───────────────────────
    [1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:
28  Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill
    Boulevard, in Glendale, California  91214.

MORGAN, LEWIS &
   BOCKIUS LLP
 ATTORNEYS AT LAW
   COSTA MESA
                                        - 1 -

DB2/ 39139952.1

1

## RECITALS

2       A.     The Court has scheduled a hearing to consider confirmation of the *First Amended*

3 *Chapter 11 Joint Plan of Reorganization as Proposed by the Debtors, Hillair and the Official*

4 *Committee of Unsecured Creditors* (Dkt. No. 732) the ("**Plan**") on July 9, 2020.

5       B.     Amazon has filed an objection to the Plan (Dkt. No. 807).

6       C.     Reply papers in response to that objection are due to be filed on July 2, 2020.

7       D.     On June 12, 2020, the Court entered its *Order Establishing Remote Chapter 11*

8 *Plan Confirmation Hearing Procedures* (Dkt. No. 795) (the "**Remote Procedures Order**").

9       E.     Paragraph 3 of the Remote Procedures Order requires the parties to file a notice

10 indicating whether they will exercise their right to cross-examine any witness who may have filed

11 a declaration in support of, or in opposition to, the request to confirm the Plan at or before 5:00

12 p.m. on July 2, 2020.

13      F.     Paragraph 4 of the Remote Procedures Order requires the parties to submit

14 electronic copies of the exhibits that they propose to use at the hearing to consider confirmation

15 of the Plan, including exhibits to be used for rebuttal or impeachment purposes, no later than 5:00

16 p.m. on July 2, 2020.

17      G.     Because any reply papers filed in support of confirmation of the Plan may not be

18 filed prior to 5:00 p.m., on July 2, 2020, the parties may not be in a position to timely comply

19 with the foregoing provisions of paragraphs 3 and 4 of the Remote Procedures Order and wish to

20 stipulate to an order, in the form attached hereto as Exhibit 1, amending the Remote Procedures

21 Order such that the deadlines specified in paragraphs 3 and 4 of the Remote Procedures Order be

22 extended to 5:00 p.m., on July 3, 2020.

23      IT IS THEREFOR stipulated that the Court may enter an order in the form attached hereto

24 as Exhibit 1.

25 (signatures on following page)

26

27

28

1

Dated:  July 2, 2020                          MORGAN, LEWIS & BOCKIUS LLP

2

3                                             By:   /s/ Richard W. Esterkin
                                                   Richard W. Esterkin

4
                                              Attorneys for Amazon Logistics, Inc.
5

6   Dated:  July 2, 2020                          FOLEY & LARDNER LLP

7

8                                             By:   /s/ John Simon
                                                   John Simon
9
                                              Attorneys for Scoobeez
10

11  Dated:  July 2, 2020                          QUINN EMANUEL URQUHART &
                                                  SULLIVAN LLP
12

13                                            By:   /s/ Jennifer Nassiri
                                                   Jennifer Nassiri
14

15                                            Attorneys for Hillair Capital
                                              Management, LLC
16

17  Dated:  July 2, 2020                          LEVENE, NEALE, BENDER, YOO & BRILL
                                                  L.L.P.
18

19                                            By:   /s/ John-Patrick Fritz
                                                   John-Patrick Fritz
20

21                                            Attorneys for Official Committee of
                                              Unsecured Creditors
22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP                                   - 3 -
ATTORNEYS AT LAW
COSTA MESA          DB2/ 39139952.1

# DECLARATION OF RICHARD W. ESTERKIN

I, Richard W. Esterkin, declare:

1.    I am an attorney at law, duly admitted into practice before all courts for the State of California and the United States District Court for the Central District of California.  I am a member of the law firm of Morgan, Lewis & Bockius LLP, counsel for Amazon Logistics, Inc. in the above-captioned matter.

2.    I have received written confirmation via e-mail from John Simon, Jennifer Nassiri and John-Patrick Fritz that I am authorized to insert their electronic signatures on the foregoing stipulation due to the difficulty in their providing me with inked signatures as a result of their office closures resulting from the COVID-19 pandemic.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Monica, California on July 2, 2020.

_____/s/ *Richard W. Esterkin*_____
Richard W. Esterkin

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

- 4 -

DB2/ 39139952.1

# EXHIBIT 1

Exhibit 1 - page 5

1   MORGAN, LEWIS & BOCKIUS LLP
    Richard W. Esterkin, SBN 70769
2   richard.esterkin@morganlewis.com
    300 S Grand Ave Fl 22
3   Los Angeles CA  90071-3132
    Tel:    (213) 612-2500
4   Fax:    (213) 612-2501

5   Attorneys for
    Amazon Logistics, Inc.
6

7

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10              LOS ANGELES DIVISION

11

| | |
|---|---|
| 12  **In re:** | Case No. 2:19-bk-14989-WB |
|  | Jointly Administered: |
| 13     **SCOOBEEZ, et al.[1],** | 2:19-bk-14991-WB, and 2:19-bk-14997-WB |
| 14 | Chapter 11 |
|    **Debtors and Debtors in** | |
| 15    **Possession.** | **ORDER AMENDING ORDER** |
|  | **ESTABLISHING REMOTE CHAPTER 11** |
| 16 | **PLAN CONFIRMATION HEARING** |
|  _____ | **PROCEDURES** |
| 17  Affects: | |
|    ■ All Debtors | Date:       July 9, 2020 |
| 18    □ Scoobeez, ONLY | Time:       10:00 A.M. |
|    □ Scoobeez Global, Inc., ONLY | Courtroom:  1375 (via Zoom for Govt.) |
| 19    □ Scoobur LLC, ONLY | |

20          The parties hereto having filed a *Stipulation to Order Amending Order Establishing*

21   *Remote Chapter 11 Plan Confirmation Hearing Procedures* (Dk. No. _____) and good cause

22   appearing therefor,

23          IT IS HEREBY ORDERED that this Court's Order Establishing Remote Chapter 11 Plan

24   Confirmation Hearing Procedures (Dkt. No. 795) (the "**Order**") is hereby amended as follows:

25          1.      The following sentence in paragraph 3 of the Order is stricken:  "On or before July

26   2, 2020 at 5:00 p.m., each party shall file a notice indicating whether they will exercise their right

27

28

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:
Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill
Boulevard, in Glendale, California  91214.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

to cross-examine any witness." and replaced with the following: "On or before July 3, 2020, at 5:00 p.m., each party shall file a notice indicating whether they will exercise their right to cross-examine any witness."

2.    The following sentence in paragraph 4 of the Order is stricken: "No later than July 2, 2020 at 5:00 p.m., the parties shall provide to the Court via email [Chambers_Brand@cacb.uscourts.gov], each other, and each witness, a .pdf (Adobe Acrobat) file of each exhibit the parties may use at the Plan Confirmation Hearing for any purposes, including for rebuttal or impeachment." and replaced with the following: "No later than July 3, 2020, at 5:00 p.m., the parties shall provide to the Court via email [Chambers_Brand@cacb.uscourts.gov], each other, and each witness, a .pdf (Adobe Acrobat) file of each exhibit the parties may use at the Plan Confirmation Hearing for any purposes, including for rebuttal or impeachment."

3.    Other than as explicitly set forth herein, the Order shall remain in full force and effect.

# # # #

**CERTIFICATE OF SERVICE FORM**

**FOR ELECTRONIC FILINGS**

I hereby certify that on July 2, 2020, I electronically filed the foregoing document, **Stipulation to Order Amending Order Establishing Remote Chapter 11 Plan Confirmation Hearing Procedures; and Declaration of Richard W. Esterkin re: Electronic Signatures** with the Clerk of the United States Bankruptcy Court, Central District of California, Los Angeles Division, using the CM/ECF system, which will send notification of such filing to those parties registered to receive notice on this matter.

_____

Renee Robles

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 39139952.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Morgan Lewis & Bockius LLP
300 S Grand Ave Fl 22, Los Angeles CA  90071-3132

A true and correct copy of the foregoing document entitled (*specify*):  Stipulation to Order Amending Order Establishing
Remote Chapter 11 Plan Confirmation Hearing Procedures; and Declaration of Richard W. Esterkin re: Electronic
Signatures

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
07/02/2020            , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

    See Service List attached

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)                    , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)    07/02/2020           , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

    See E-Mail Only Service List, attached.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/02/2020 | Renee Robles | *Renee Robles* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        9                      **F 9013-3.1.PROOF.SERVICE**

**2:19-bk-14989-WB Service List:**

Richard T Baum on behalf of Stockholder Rosenthal Family Trust
rickbaum@hotmail.com, rickbaum@ecfinforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of
Unsecured Creditors jpf@lnbyb.com,
JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of
Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender,
Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf. inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the
Estates of Scoobeez

and Scoobeez Global, Inc.

jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

David Brian Lally on behalf of Attorney Grigori Sedrakyan
davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family
Trust UTD

3/25/1988

davidlallylaw@gmail.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc.

amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley
Financial Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd.
smiller@tharpe-howell.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc.
kmorse@clarkhill.com, blambert@clarkhill.com

Shane J Moses on behalf of Debtor Scoobeez
smoses@foley.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc.
smoses@foley.com

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS
Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com,
IFS_filing@buchalter.com;salarcon@buchalter.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured
Creditors dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured
Creditors dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill
L.L.P. dln@lnbyb.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

Gregory M Salvato on behalf of Creditor Azad Baban

gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com,
IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public
Accounts bk-kwalsh@texasattorneygeneral.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega
yaeckel@sullivanlawgroupapc.com

**2:19-bk-14989-WB Electronic Mail-Only Service List**

Adam Friedman on behalf of Creditor, Hillair Capital Management, LLC
Olshane Frome Wolosky LLP
afriedman@olshanlaw.com

John A. Simon on behalf of Debtor, Scoobeez, Inc.
Foley & Lardner, LLP
jsimon@foley.com