Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
      jsimon@foley.com
      smoses@foley.com

Attorneys for Debtors and Debtors in Possession, SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

FILED & ENTERED

JUL 30 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession.  | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>Chapter 11 |
| Affects:<br><br>■ All Debtors<br><br>☐ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur LLC, ONLY | **ORDER APPROVING DEBTORS' ENTRY INTO NINETEENTH AMENDMENT TO CONTRACT WITH AMAZON LOGISTICS, INC.**<br><br>Hearing:<br>Date: July 29, 2020 (Telephonic)<br>Time: 10:00 a.m.<br>Place: Courtroom 1375<br>      U.S. Bankruptcy Court<br>      255 East Temple Street<br>      Los Angeles, CA 90012 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

4847-5601-1461.1

The Court having reviewed and considered the *Motion for Entry of Order Approving Debtors' Entry Into Nineteenth Amendment to Contract with Amazon Logistics, Inc.* [Docket No. 818] (the "Motion"), the Court finding that the Debtors have exercised reasonable and sound business judgment in entering into that certain Nineteenth Amendment (the "Amendment") to the Work Order under the Delivery Provider Terms of Service (as amended, restated, amended and restated and modified from time to time, the "Program Agreement"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Amendment, and the Debtors' entry into the Amendment, are approved.

2. The Amendment shall be part of the Program Agreement and shall be treated in accordance with this Court's *Order Confirming First Amended Chapter 11 Joint Plan of Reorganization as Proposed by the Debtors, Hillair and the Official Committee of Unsecured Creditors* and the Separation Agreement described in such Order.

3. The Court shall retain jurisdiction over any disputes arising from or related to this Order or the Stipulation.

###

Date: July 30, 2020

*[signature: Julia W Brand]*
Julia W. Brand
United States Bankruptcy Judge