STEVEN M. SPECTOR (SBN: 51623)
sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile:: (213) 896-0400

ADAM H. FRIEDMAN (pro hac vice pending)
afriedman@olshanlaw.com
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 451-2216
Facsimile: (212) 451-2222

Attorneys for plan proponent
HILLAIR CAPITAL MANAGEMENT, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SCOOBEEZ, INC., et al.<br><br>Reorganized Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ SCOOBEEZ, INC., only<br>☐ SCOOBEEZ GLOBAL, INC. only<br>☐ SCOOBUR, LLC only | Lead Case No. 2:19-bk-14989-WB<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 2:19-bk-14991; 2:19-bk-14997)<br><br>**NOTICE OF EFFECTIVE DATE OF FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Confirmation Hearing:**<br>Date:           July 29, 2020<br>Time:          10:00 a.m.<br>Place:         U.S. Bankruptcy Court<br>                    Courtroom 1375<br>                    255 East Temple Street<br>                    Los Angeles, CA 90012 |

BN 41434502V2

**TO ALL PARTIES IN INTEREST PLEASE TAKE NOTICE OF THE FOLLOWING:**

Hillair Capital Management LLC and its affiliates (collectively, "Hillair"), on behalf of the reorganized debtors consisting of Scoobeez, Inc., Scoobeez Global, Inc., and Scoobur, LLC (collectively, the "Reorganized Debtors"), and the Official Committee of Unsecured Creditors (the "Committee") as proponents (collectively, the "Plan Proponents") of the *First Amended Chapter 11 Joint Plan of Reorganization as Proposed by the Debtors, Hillair and the Official Committee of Unsecured Creditors* [Docket No. 754] (the "Plan") hereby give notice of the following:

1. **Confirmation of the Plan.**  On July 29, 2020, the United States Bankruptcy Court entered its *Order Confirming First Amended Chapter 11 Joint Plan of Reorganization as Proposed by the Debtors, Hillair, and the Official Committee of Unsecured Creditors* [Docket No. 868] (the "Confirmation Order") thereby confirming the Plan.

2. **Effective Date.**  Pursuant to the Confirmation Order, the Plan Proponents hereby give notice that the Plan became effective in accordance with its terms as modified by the Confirmation Order, and the Effective Date[1] occurred on July 30, 2020.

3. **Bar Date for Administrative Expense Claims.**  All requests for payment of an Administrative Expense Claim, including all applications for final compensation of Professional Persons, shall be filed with the Bankruptcy Court and served on the Reorganized Debtors, counsel for Hillair, counsel for the Committee and the United States Trustee by no later than September 14, 2020.  If a Holder of an Administrative Expense Claim does not submit a request for payment of such claim on or before the Administrative Claims Bar Date, such Holder shall be forever barred from seeking payment of such Administrative Expense Claim from the Debtors, the Estates, the Reorganized Debtors, the Creditor Trust, the Creditor Trustee, any of their successors or assigns, or out of the property of any of them.

4. **Bar Date for Rejection Damage Claims.**  On July 30, 2020, the Bankruptcy Court entered its *Order Granting Debtors' Motion to Assume Certain Executory Contracts and Unexpierd Leases and Reject Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365* [Docket No. 871] (the "Rejection Order").  All Rejection Damages Claims arising from the rejection of an executory contract or unexpired lease must be filed with the Bankruptcy Court and served on the Reorganized Debtors, counsel for Hillair, counsel for the Committee and the United States Trustee by no later than August 31, 2020.  If a Holder of a Rejection Damage Claim does not submit a request for payment of such Claim on or before the applicable deadline, such Holder shall be forever barred from seeking payment of such claim from the Debtors, the Estates, the Reorganized Debtors, the Creditor Trust, the Creditor Trustee, any of their successors or assigns, or out of the property of any of them, and will be barred from receiving any Distributions under the Plan on account of their Rejection Damage Claim.

5. **Bar Date for Priority Tax Claims.**  Except as otherwise provided in section 503(b)(l)(D) of the Bankruptcy Code and 28 U.S.C. § 960, all requests for payment of Claims by a governmental unit (as defined under section 101(27) of the Bankruptcy Code) for taxes (and for interest and/or penalties related to such taxes) for any tax year or period, all or any portion of which occurs or falls within the period from and including the Petition Date through and including the Effective Date, and for which no bar date has otherwise been previously established

---

[1]  Capitalized terms not defined herein shall have the meaning given to them in the Plan.

1

**NOTICE OF EFFECTIVE DATE OF FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**
BN 41434502V2

or is governing must be Filed on or before the later of: (a) sixty (60) days following the Effective Date (*i.e.*, September 28, 2020); or (b) ninety (90) days following the filing of the tax return for such taxes for such tax year or period with the applicable governmental unit. Any Holder of a Claim for taxes which does not File such a Claim by the applicable bar date shall be forever barred from asserting any such Claim against the Debtors, the Estates, the Reorganized Debtors, the Creditor Trust, the Creditor Trustee, or any of their respective property, whether any such Claim is deemed to arise prior to, on, or subsequent to the Effective Date, and shall receive no Distribution under the Plan or otherwise on account of such Claim.

6. **Copies of Plan and Orders.** Any party-in-interest who wishes to obtain a copy of the Plan, any Exhibits or Supplements to the Plan, the Confirmation Order, or the Rejection Order may obtain copies of such documents by contacting the undersigned counsel for Hillair at the address specified on the first page of this Notice.

7. **Binding Effect of Plan.** The Plan and its provisions are binding on the Debtors, any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Claimant voted to accept the Plan.

8. **Post Confirmation Notice List.** From and after the Effective Date, any person who desires notice of any pleading or document filed in the Bankruptcy Court, or any hearing in the Bankruptcy Court, or other matter as to which the Bankruptcy Code requires notice to be provided, shall file a request for post-confirmation notice and shall serve the request on the Reorganized Debtors and the Creditor Trustee.

9. **Post-Confirmation Reporting and Status Conference.** Within 120 days of the entry of the Confirmation Order (*i.e.*, November 30, 2020) the Creditor Trustee shall file a status report explaining what progress has been made toward consummation of the Plan. Further reports shall be filed by the Creditor Trustee every 120 days thereafter unless otherwise ordered by the court. A post-confirmation status conference will be held on December 17, 2020 at 10:00 a.m. in the above-captioned Bankruptcy Court.

DATED: August 5, 2020                                         BUCHALTER, a Professional Corporation


By    */s/ Anthony J. Napolitano*
          STEVEN M. SPECTOR
          ANTHONY J. NAPOLITANO

Attorneys for plan proponent
HILLAIR CAPITAL MANAGEMENT, LLC