| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alan A. Carrico, SBN 105373, alan@belgumlaw.com<br>Belgum, Fry & Van Allen, LLP<br>1905 E. Route 66, Suite 102<br>Glendora, CA 91740<br><br>Telehpone: 626-914-9806<br>Fax:     626-914-0896<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant | **FILED**<br>**APR 1 2 2021**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:     Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ▾

| In re:<br>Scoobeez, Inc., et al. | CASE NO.: 2:19-bk-14989-WB<br>CHAPTER: 11 ▾ |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(ACTION IN NONBANKRUPTCY FORUM)** |
| Debtor(s). | DATE: 05/04/2021<br>TIME: 10:00 am<br>COURTROOM: 1375 |

**Movant:**

1. **Hearing Location:**
   ☒ 255 East Temple Street, Los Angeles, CA 90012       ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (date) _____ and (time) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending.  After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: *4-6-2021*

Belgum, Fry & Van Allen, LLP
_____
Printed name of law firm (if applicable)

Alan A. Carrico
_____
Printed name of individual Movant or attorney for Movant

*[signature]*
_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                        F 4001-1.RFS.NONBK.MOTION

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**

   a. ☒ Plaintiff

   b. ☐ Defendant

   c. ☐ Other (*specify*):

2. **The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:

   a. *Name of Nonbankruptcy Action:* Petrie v. Amazon; Scoobeez, Inc., et al.

   b. *Docket number:* 30-2020-01123808-CU-PA-CJC

   c. *Nonbankruptcy forum where Nonbankruptcy Action is pending:*
      Orange County Superior Court, Santa Ana, CA

   d. *Causes of action or claims for relief (Claims):*
      Negligence, motor vehicle collision

3. **Bankruptcy Case History:**

   a. ☒ A voluntary  ☐ An involuntary  petition under chapter  ☐ 7  ☒ 11  ☐ 12  ☐ 13
      was filed on (*date*) _04/30/2019_ .

   b. ☐ An order to convert this case to chapter  ☐ 7 ☐ 11 ☐ 12  ☐ 13
      was entered on (*date*) _____ .

   c. ☒ A plan was confirmed on (*date*) _07/29/2020_ .

4. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:

   a. ☒ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.

   b. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   c. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   d. ☐ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.

   e. ☒ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 3                          **F 4001-1.RFS.NONBK.MOTION**

f. ☐ The bankruptcy case was filed in bad faith.

(1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

(2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

(3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

(4) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

g. ☐ Other (*specify*):

5. **Grounds for Annulment of Stay.** Movant took postpetition actions against the Debtor.

a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

c. ☐ Other (*specify*):

6. **Evidence in Support of Motion:** (***Important Note: declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.***)

a. ☒ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

b. ☒ Supplemental declaration(s).

c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents. Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☒ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                Page 4                            **F 4001-1.RFS.NONBK.MOTION**

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☐ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☐ Other relief requested.

Date: *4-6-2021*

Belgum, Fry & Van Allen, LLP
_____
Printed name of law firm (*if applicable)*

Alan A. Carrico
_____
Printed name of individual Movant or attorney for Movant


_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                   Page 5                          F 4001-1.RFS.NONBK.MOTION

## DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (*name of Declarant*) __Alan A. Carrico_____, declare as follows:

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

    ☐ I am the Movant.
    ☒ I am Movant's attorney of record in the Nonbankruptcy Action.
    ☐ I am employed by Movant as (*title and capacity*):
    ☐ Other (*specify*):

2.  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Nonbankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3.  In the Nonbankruptcy Action, Movant is:

    ☒ Plaintiff
    ☐ Defendant
    ☐ Other (*specify):*

4.  The Nonbankruptcy Action is pending as:

    a.  *Name of Nonbankruptcy Action:* Petrie v. Amazon; Scoobeez, Inc., et al.
    b.  *Docket number:* 30-2020-01123808-CU-PA-CJC
    c.  *Nonbankruptcy court or agency where Nonbankruptcy Action is pending:*
        Orange County Superior Court, Santa Ana, CA

5.  **Procedural Status of Nonbankruptcy Action:**

    a.  The Claims are:
        Negligence; Motor Vehicle Collision.

    b.  True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit __A____.

    c.  The Nonbankruptcy Action was filed on (*date*) __01/21/2020___.

    d.  Trial or hearing began/is scheduled to begin on (*date*) _____.

    e.  The trial or hearing is estimated to require __10___ days (*specify).*

    f.  Other plaintiffs in the Nonbankruptcy Action are (*specify*):
        n/a

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                       Page 6                          **F 4001-1.RFS.NONBK.MOTION**

g. Other defendants in the Nonbankruptcy Action are (*specify*):
Amazon.Com Services, Inc., Amazon Logistics, Inc., Charles Joseph Ashurst; Hertz Vehicle Rental, LLC

6. **Grounds for relief from stay:**

a. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

b. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

c. ☒ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate. The insurance carrier and policy number are (*specify*):
Lloyds of London, c/o Crawford & Co.,

d. ☒ The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.
   (1) ☐ It is currently set for trial on (*date*) _____.
   (2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) _____. The basis for this belief is (*specify*):


   (3) ☒ The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

e. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.

   (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

   (2) ☐ The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):




   (3) ☐ Multiple bankruptcy cases affecting the Property include:
       (A) Case name:
           Case number:                        Chapter:
           Date filed:          Date discharged:          Date dismissed:
           Relief from stay regarding this Nonbankruptcy Action  ☐ was  ☐ was not  granted.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                               Page 7                          F 4001-1.RFS.NONBK.MOTION

(B) Case name:

Case number:                                   Chapter:

Date filed:                 Date discharged:                 Date dismissed:

Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not  granted.

(C) Case name:

Case number:                                   Chapter:

Date filed:                 Date discharged:                 Date dismissed:

Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not  granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f.  ☐ See attached continuation page for other facts justifying relief from stay.

7. ☒ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☒ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4-6-2021 | Alan A. Carrico | *An A. Car* |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 8                     **F 4001-1.RFS.NONBK.MOTION**

1

2

# DECLARATION
# ALAN A. CARRICO

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **ALAN A. CARRICO (SBN. 105373)**
   BELGUM, FRY & VAN ALLEN LLP
2  1905 E. Route 66, Suite 102
3  Glendora, California 91740
   Telephone No. (626) 914-9806
4  Facsimile No.  (626) 914-0896

5

6  Attorney for Movant, Greg Petrie

7

8              **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES BRANCH**

10

11 In Re:                              Case No.: 2:19-bk-14989

12 SCOOBEEZ, INC.

13              Debtor(s)             **DECLARATION OF ALAN A. CARRICO
                                        IN SUPPORT OF MOTION FOR
14                                      RELEIEF FROM AUTOMATIC STAY**

15
                                      Date:        May 4, 2021
16                                    Time:        10:00 a.m.
                                      Court Room:  1375
17

18

19

20 TO THE COURT, ALL PARTIES ANDTO THEIR ATTORNEYS OF RECORD:

21

22 I, Alan A. Carrico, do hereby declare as follows:

23      That I am an attorney at law duly licensed to practice law in California and have been

24 admitted to practice in the United States Court for the Central District of California. I am of counsel

25 with Belgum, Fry & Van Allen, LLP, counsel for movant, Greg Petrie in this matter. As to the

26 matters set forth in this declaration, I know them to be true from my own personal knowledge, and if

27 called upon to testify as to the matters set forth herein, I could and would competently testify thereto.

28

                                         1

1  Movant herein, Greg Petrie, is the plaintiff in a pending civil action arising from a motor vehicle

2  collision involving various defendants, including Scoobeez, Inc.

3      More specifically, Plaintiff filed his action against defendants Amazon.Com Services, Inc.,

4  Hertz, Scoobeez, Inc., and Charles Joseph Ashurst on January 10, 2020. A true copy of the summons

5  and complaint in that action are attached hereto as Exhibit A and are incorporated by reference.

6      At the time the complaint was filed and served on Scoobeez it was unknown to Plaintiff that

7  defendant Scoobeez, Inc. was already a Debtor-in-Possession of its own Chapter 11 Bankruptcy

8  proceeding in the Central District of California, Case number 2:19-bk-14989-WB filed on April 30,

9  2019. Plaintiff served Scoobeez, Inc. with the summons and complaint in this action on January 21,

10  2020. Defendant Scoobeez, Inc. failed to file a responsive pleading and as such, Plaintiff obtained an

11  entry of default against Scoobeez, Inc. on May 26, 2020. Again, Plaintiff was not aware of Scoobeez'

12  pending bankruptcy proceeding during this time frame.

13      Whereas defendant Scoobeez, Inc. Chapter 11 proceeding was still in effect at these relevant

14  times, yet unknown to Plaintiff, the entry of default against Scoobeez, Inc. was legally a void act

15  since the Automatic Stay provided under the Bankruptcy Code prevented any entry of default against

16  Scoobeez, Inc. as a matter of law. Plaintiff and counsel for Scoobeez in the state court action have

17  agreed to set aside the default to allow Scoobeez to answer the complaint, but the Judge assigned to

18  the state court action requested that we present that court with written confirmation that the automatic

19  stay in favor of Scoobeez was no longer in affect. As such, I am proceeding with this motion for relief

20  from stay in order have the default of Scoobeez set aside in order to allow Scoobeez to answer/appear

21  in the state court action.

22  I declare under penalty of perjury that the foregoing is true and correct.

23  Executed April 6, 2021, at Glendora, Ca.

24

25      By: _____

26          ALAN A. CARRICO
            Declarant
27

28

2

DECLARATION OF ALAN A. CARRICO IN SUPPORT OF MOTION FOR RELEIF FROM STAY

# EXHIBIT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

Electronically Filed by Superior Court of California, County of Orange, 01/10/2020 02:11:46 PM.
30-2020-01123808-CU-PA-CJC, Clerk of the Court By Mark Gutierrez, Deputy Clerk.

**SUMMONS**

**SUM-100**

*(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AMAZON.COM SERVICES, INC.; HERTZ RENTAL VEHICLES,
LLC; SCOOBEEZ, INC.; CHARLES JOSEPH ASHURST; and DOES
1 to 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

GREGG A. PETRIE

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número del Caso):*  30-2020-01123808-CU-PA-CJC |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>700 Civic Center West<br>Santa Ana, California 92701<br>CENTRAL JUSTICE CENTER | Judge Walter Schwarm |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

STEPHEN L. BELGUM (State Bar No. 53143)        Telephone no: (626) 914-9806
BELGUM, FRY & VAN ALLEN, LLP
1905 E. Route 66, Suite 102
Glendora, California 91740

| DATE:  01/10/2020<br>*(Fecha)* | DAVID H. YAMASAKI, Clerk of the Court | Clerk, by *(Secretario)* _Mk & Atty_ | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

Mark Gutierrez

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Legal<br>Solutions®<br>Plus | Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|---|

4

Electronically Filed by Superior Court of California, County of Orange, 01/10/2020 02:11:46 PM.
30-2020-01123808-CU-PA-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Mark Gutierrez, Deputy Clerk.

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| STEPHEN L. BELGUM (State Bar No. 53143)<br>BELGUM, FRY & VAN ALLEN, LLP<br>1905 E. Route 66<br>Suite 102<br>Glendora, California 91740<br>TELEPHONE NO: (626) 914-9806   FAX NO. *(Optional):* (626) 914-0896<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, California 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: GREGG A. PETRIE

DEFENDANT: AMAZON.COM SERVICES, INC.; HERTZ RENTAL
VEHICLES, LLC; SCOOBEEZ, INC.; CHARLES JOSEPH ASHURST; and
DOES 1 to 50, Inclusive
[ ] DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[X] MOTOR VEHICLE       [ ] OTHER *(specify):*
    [X] Property Damage   [ ] Wrongful Death
    [X] Personal Injury   [X] Other Damages *(specify):* per proof

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded  [ ] does not exceed $10,000<br>                 [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | 30-2020-01123808-CU-PA-CJC<br><br>Judge Walter Schwarm |

1. Plaintiff *(name or names):* GREGG A. PETRIE

   alleges causes of action against defendant *(name or names):* AMAZON.COM SERVICES, INC., et al.

2. This pleading, including attachments and exhibits, consists of the following number of pages:   **4**

3. Each plaintiff named above is a competent adult
  a. [ ] except plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

  b. [ ] except plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

    [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Legal
Solutions
◆ Plus

Code of Civil Procedure, § 425.12

5

PLD-PI-001

| SHORT TITLE: PETRIE v. AMAZON.COM SERVICES, INC., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name):* AMAZON.COM
      SERVICES, INC.

      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*


   c. ☒ except defendant *(name):* SCOOBEEZ, INC.

      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*


   b. ☒ except defendant *(name):* HERTZ RENTAL
      VEHICLES, LLC

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☒ an unincorporated entity *(describe):* a
      limited liability company
      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*


   d. ☒ except defendant *(name):* DOES 1 to 50

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☒C other *(specify):* Each is an
      individual or a business entity whose
      status is presently unknown

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 to 50 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers):* 1 to 50 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

6

PLD-PI-001

| SHORT TITLE: PETRIE v. AMAZON.COM SERVICES, INC., et al. | CASE NUMBER: |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
- a. [X] Motor Vehicle
- b. [ ] General Negligence
- c. [ ] Intentional Tort
- d. [ ] Products Liability
- e. [ ] Premises Liability
- f. [ ] Other *(specify)*:

11. Plaintiff has suffered
- a. [X] wage loss
- b. [X] loss of use of property
- c. [X] hospital and medical expenses
- d. [X] general damage
- e. [X] property damage
- f. [X] loss of earning capacity
- g. [X] other damage *(specify)*: **According to proof**

12. [ ]   The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
- a. [ ] listed in Attachment 12.
- b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
- a. (1) [X] compensatory damages
-     (2) [ ] punitive damages
- The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
-     (1) [ ] according to proof
-     (2) [ ] in the amount of: $

15. [ ]   The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: **January 2, 2020**

STEPHEN L. BELGUM
    (TYPE OR PRINT NAME)

▶ _____
    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

7

PLD-PI-001(1)

| SHORT TITLE: PETRIE v. AMAZON.COM SERVICES, INC., et al. | CASE NUMBER: |
|---|---|

_____FIRST_____  CAUSE OF ACTION—Motor Vehicle
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: GREGG A. PETRIE

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
and damages to plaintiff; the acts occurred
on *(date)*:  or about November 4, 2019
at *(place)*:  or near McGaw Avenue, approximately 513 feet east of Armstrong
Avenue, Irvine, CA

MV-2. DEFENDANTS

a. [X] The defendants who operated a motor vehicle are *(names)*:
CHARLES JOSEPH ASHURST and DOES 1 to 10, Inclusive

[ ] Does _____ to _____
b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment
are *(names)*:
SCOBEEZ, INC., AMAZON.COM SERVICES, INC., and DOES 1 to 50, Inclusive

[ ] Does _____ to _____
c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names)*:
HERTZ RENTAL VEHICLES, LLC, and DOES 1 to 50, Inclusive

[ ] Does _____ to _____
d. [X] The defendants who entrusted the motor vehicle are *(names)*:
SCOBEEZ, INC., AMAZON.COM SERVICES, INC., HERTZ RENTAL VEHICLES,
LLC., and DOES 1 to 50, Inclusive
[ ] Does _____ to _____
e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope
of the agency were *(names)*:
SCOBEEZ, INC., AMAZON.COM SERVICES, INC., HERTZ RENTAL VEHICLES,
LLC., CHARLES JOSEPH ASHURST and DOES 1 to 50, Inclusive
[ ] Does _____ to _____
f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f  [ ] as follows:

[ ] Does _____ to _____

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Legal
Solutions
Plus

Page 1 of 1
Code of Civil Procedure 425.12

9b

Electronically Filed by Superior Court of California, County of Orange, 01/10/2020 02:11:46 PM.
30-2020-01123808-CU-PA-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Mark Gutierrez, Deputy Clerk

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| STEPHEN L. BELGUM (State Bar No. 53143)<br>BELGUM, FRY & VAN ALLEN, LLP<br>1905 E. Route 66<br>Suite 102<br>Glendora, California 91740<br>TELEPHONE NO.: (626) 914-9806    FAX NO.: (626) 914-0896<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ORANGE**
STREET ADDRESS: **700 Civic Center West**
MAILING ADDRESS:
CITY AND ZIP CODE: **Santa Ana, California 92701**
BRANCH NAME: **CENTRAL JUSTICE CENTER**

CASE NAME:    PETRIE v. AMAZON.COM SERVICES, INC., et al.

| **CIVIL CASE COVER SHEET** | | Complex Case Designation | | CASE NUMBER: 30-2020-01123808-CU-PA-CJC |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE: Judge Walter Schwarm<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [X] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
   issues that will be time-consuming to resolve       in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive

4. Number of causes of action *(specify):*   One

5. This case [ ] is   [X] is not   a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: **January 2, 2020**

STEPHEN L. BELGUM (State Bar No. 53143)
(TYPE OR PRINT NAME)                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal
Solutions
by Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) (*if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto*)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability (*not asbestos or
toxic/environmental*) (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) (*not civil
harassment*) (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
(*not medical or legal*)
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract (*not unlawful detainer
or wrongful eviction*)
Contract/Warranty Breach—Seller
Plaintiff (*not fraud or negligence*)
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case—Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage (*not provisionally
complex*) (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property (*not eminent
domain, landlord/tenant, or
foreclosure*)
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential*)
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
(*arising from provisionally complex
case type listed above*) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment (*non-
domestic relations*)
Sister State Judgment
Administrative Agency Award
(*not unpaid taxes*)
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
above*) (42)
Declaratory Relief Only
Injunctive Relief Only (*non-
harassment*)
Mechanics Lien
Other Commercial Complaint
Case (*non-tort/non-complex*)
Other Civil Complaint
(*non-tort/non-complex*)
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition (*not specified
above*) (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief from Late
Claim
Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

\0

1  **STEPHEN L. BELGUM (SBN 53143)**
   BELGUM, FRY & VAN ALLEN LLP
2  1905 E. Route 66, Suite 102
3  Glendora, California 91740
   Telephone No.(626) 914-9806
4  Facsimile No. (626) 914-0896

5  Attorney for Plaintiff, GREGG A. PETRIE

6

7
                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
                              **COUNTY OF ORANGE**
9

10  GREGG A. PETRIE,                    Case No.: 30-2020-01123808-CU-PA-CJC
11                                      Hon. Walter Schwarm
                    Plaintiff,          Dept.: C19
12
13      vs.                             **PLAINTIFF'S STATEMENT OF**
                                        **DAMAGES**
14  AMAZON.COM SERVICES, INC.; HERTZ
    RENTAL VEHICLES, LLC; SCOOBEEZ,     Complaint filed: January 10, 2020
15  INC.; CHARLES JOSEPH ASHURST; and
16  DOES 1 to 50, Inclusive,

17                  Defendants.

18

19      Plaintiff, GREGG A. PETRIE, hereby submits his statement of damages pursuant to *Code of*

20  *Civil Procedure,* Section 425.11 without prejudice to plaintiff's right to assert other or additional

21  damages at the time of trial, or in accordance with proof. Plaintiff's damages are in the following

22  amounts:

23      General damages:                 $1,500,000.00

24      Special damages:                 $250,000.00

25  DATED: January 16, 2020              BELGUM, FRY & VAN ALLEN LLP

26

27                                       By: _____

28                                           STEPHEN L. BELGUM
                                             Attorney for Plaintiff

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1905 East Route 66, Suite 102
Glendora, CA 91740

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Motion and Motion For Relief From The Automatic Stay Under 11 U.S.C § 362; Declaration Of Alan A. Carrico In Support Of Motion For Relief From Automatic Stay**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Attorney for Debotors
Ashley M. McDow; John A. Simon; Shane J. Moses
FOLEY & LARDNER LLP
555 South Flower Street, 33rd Floor
Los Angeles, CA 90071

Attorney for Defendant (Civil Case)
Stuart J. Liebman
LIEBMAN, QUIGLEY & SHEPPARD
3255 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 8, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Attorney for Debotors
amcdow@foley.com
jsimon@foley.com
smoses@foley.com

Attorney for Defendant (Civil Case)
sliebman@lqss.com
hjfludd@lqss.com
amartinez@lqss.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 8, 2021 | Sai Dugall | SD /s/ |
|---|---|---|
| Date: | Printed Name: | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                               **F 9013-3.1.PROOF.SERVICE**