**Fill in this information to identify the case:**

Debtor    SCOOBEEZ

United States Bankruptcy Court for the:    Central    District of   California
(State)

Case number   2:19-bk-14989-WB
(If known)

☒ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**2.3** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

American LegalNet, Inc.
www.FormsWorkFlow.com

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $    0.00 |
|---|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
Accurate Background
7515 Irvine Center Drive
Irvine, CA 92618

As of the petition filing date, the claim is: $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.2**
Nonpriority creditor's name and mailing address
ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

As of the petition filing date, the claim is: $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number 1 4 4 1

**3.3**
Nonpriority creditor's name and mailing address
AE Works Enterprises, Inc.
PO Box 4016
Chatsworth, CA 91313

As of the petition filing date, the claim is: $ 3,417.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.4**
Nonpriority creditor's name and mailing address
Alissa Guler c/o Albert G. Stoll, Jr.
55 Francisco Street Suite 403
San Francisco, CA 94133

As of the petition filing date, the claim is: $ unknown
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed
Basis for the claim: Litigation
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.5**
Nonpriority creditor's name and mailing address
Amazon
1516 Second Avenue
Seattle, WA  98101

As of the petition filing date, the claim is: $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.6**
Nonpriority creditor's name and mailing address
Amazon Web Services Inc.
440 Terry Ave N
Seattle, WA 98109

As of the petition filing date, the claim is: $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.7**
Nonpriority creditor's name and mailing address
Arturo Vega and Unta Key c/o Eric K. Yaeckel
Sullivan Law Group, APC
2330 Third Avenue
San Diego, CA 92101

As of the petition filing date, the claim is: $ Unknown
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed
Basis for the claim: Litigation
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    SCOOBEEZ
_____    Case number (*if known*) 2:19-bk-14989-WB
Name

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.8**

Nonpriority creditor's name and mailing address

Asana

1550 Bryant Street, Suite 800

San Francisco, CA 94103

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.9**

Nonpriority creditor's name and mailing address

AT&T Corp.

c/o CT Corporation

818 Seventh Street, Suite 930

Los Angeles, CA 90017

$ 35.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.10**

Nonpriority creditor's name and mailing address

AT&T Corp.

c/o CT Corporation

818 Seventh Street, Suite 930

Los Angeles, CA 90017

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number 7 6 7 9

Is the claim subject to offset?
☒ No
☐ Yes

**3.11**

Nonpriority creditor's name and mailing address

Athens Services

14048 E. Valley Blvd.

La Puente, CA 91746

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Waste Collection

Date or dates debt was incurred _____

Last 4 digits of account number 0 6 2 5

Is the claim subject to offset?
☒ No
☐ Yes

**3.12**

Nonpriority creditor's name and mailing address

Avitus, Inc. c/o David M. Wagner, Esq.

Crowley Fleck, PLLP

P.O. Box 10969

Bozeman, MT 59719

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

**3.13**

Nonpriority creditor's name and mailing address

Azad Baban c/o Justin Silverman, Esq.

Reisner & King LLP

14724 Ventura Blvd., Suite 1210

Sherman Oaks, CA 91403

$ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | SCOOBEEZ | Case number *(if known)* 2:19-bk-14989-WB |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.14** Nonpriority creditor's name and mailing address

B-One Construction

104 E. Propsect Avenue

Burbank, CA 91502

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Litigation

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.15** Nonpriority creditor's name and mailing address

Bernardo Parra
c/o Mancini Law Group, P.C.
7170 W. Grand Avenue
Elmwood Park, IL 60707

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Litigation

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.16** Nonpriority creditor's name and mailing address

BMW Financial Services NA, LLC
Bankruptcy Servicer
AIS Portfolio Servcies, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.17** Nonpriority creditor's name and mailing address

Booster Fuels
11 N. Ellsworth Avenue
San Mateo, CA 94403

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

$ 79,360.71

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.18** Nonpriority creditor's name and mailing address

California Franchise Tax Board
Franchise Tax Board Bankr. Section
PO Box 2952, MS:A-340
Sacramento, CA 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Taxing Authority

$ 842.37

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.19** Nonpriority creditor's name and mailing address

Citation Department
Attn: Leslie Yang
14002 East 21st St, #1500

Tulsa, OK 74134

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is: $ 8,588.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

City of Chicago
Department of Finance
PO Box 88292
Chicago, IL 60680

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is: $ 140.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

City of Glendale Water & Power

141 North Glendale Ave., Level 2
Glendale, CA 91206

Date or dates debt was incurred

Last 4 digits of account number  8 5 1 1

As of the petition filing date, the claim is: $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

City of Los Angeles
Parking Violations Bureau
PO Box 30420
Los Angeles, CA 90030

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is: $ 244.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Crescenta Valley Water District
2700 Foothill Blvd.
La Crescenta, CA 91214

Date or dates debt was incurred

Last 4 digits of account number  4 0 0 0

As of the petition filing date, the claim is: $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.24** Nonpriority creditor's name and mailing address

Damage Recovery (EAN)

PO Box 843369

Kansas City, M) 64184

As of the petition filing date, the claim is:    $ 167,303.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

De'Von Walker
c/o David Yeremian & Associates, In

535 N. Brand Blvd., Suite 705
Glendale, CA 91203

As of the petition filing date, the claim is:    $ Unknown
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

DMV

PO Box 825339
Sacramento, CA 94232

As of the petition filing date, the claim is:    $ 490.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

DSP Online Order

5825 Southwest Arctic Drive
Beaverton, OR 97005

As of the petition filing date, the claim is:    $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Earl Jones

7441 Candleridge Circle
Fort Worth, TX 76133

As of the petition filing date, the claim is:    $ 50.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com


Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 29,808.67 |

Edvin Amzayan, c/o State of CA
Dept. of Industrial Relations

Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Litigation

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |

Edvin Yegiyan, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

Enterprise Holdings, Inc.

600 Corporate Park Drive
St. Louis MO 63105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

Fed Ex

942 South Shady Grove Road
Memphis, TN 38120

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

First Advantage

1 Concourse Parkway NE, Suite 200
Atlanta, GA 30328

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims



American LegalNet, Inc.
www.FormsWorkFlow.com

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.34** Nonpriority creditor's name and mailing address

First Insurance Funding

450 Skokie Blvd., Ste. 1000

Northbrook, IL 60062-7917

As of the petition filing date, the claim is:    $                0.00

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.35** Nonpriority creditor's name and mailing address

Fleetwash Inc.

26 Law Drive

Fairfield, NJ 07004

As of the petition filing date, the claim is:    $                0.00

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.36** Nonpriority creditor's name and mailing address

Gallik, Bremer & Molloy, PC

PO Box 70

Bozeman, MT 59771

As of the petition filing date, the claim is:    $             3,446.10

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Attorney Fees

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.37** Nonpriority creditor's name and mailing address

Gemini Duplication, Inc.

6020 W. Oaks Blvd., Ste. 301

Lincoln, CA 95648

As of the petition filing date, the claim is:    $              180.00

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.38** Nonpriority creditor's name and mailing address

Global Results Communications

201 East Sandpointe Avenue, Suite 650

Santa Ana, CA 92707

As of the petition filing date, the claim is:    $                0.00

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**  **Additional Page**

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.39** | **Nonpriority creditor's name and mailing address**

Google/G Suite Software

1600 Amphitheatre Parkway

Mountain View, CA 94043

**As of the petition filing date, the claim is:**  $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

Halo Branded Solutions

1500 Halo Way
Sterling, IL 61081

**As of the petition filing date, the claim is:**  $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

Hertz Corporation

14501 Quail Springs Parkway

Oklahoma City, OK 73134

**As of the petition filing date, the claim is:**  $ 460,035.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**

HOAG Memorial Hospital Presbyterian

1 Hoag Drive

Newport Beach, CA 92663

**As of the petition filing date, the claim is:**  $ 702.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Medical

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

Imran Firoz
c/o Brent Finch
Brent Finch Law
27200 Agoura Rd., Ste. 102
Agoura Hills, CA 91301

**As of the petition filing date, the claim is:**  $ 281,433.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.44** Nonpriority creditor's name and mailing address

Indeed, Inc.

6433 Champion Grandview Way, Building 1

Austin, TX 78750

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.45** Nonpriority creditor's name and mailing address

Influx Capital LLC

1049 Helen Avenue

Santa Clara, CA 95051

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Settlement Agreement

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 215,339.21

---

**3.46** Nonpriority creditor's name and mailing address

Internal Revenue Service

Centalized Insolvency Operation
PO Box 7346

Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Taxing Authority

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.47** Nonpriority creditor's name and mailing address

Jacob Lee DeGough
c/o Glenn Law Firm

1017 William D. Tate Ave., Suite 100

Grapevine, TX 76051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.48** Nonpriority creditor's name and mailing address

Japeth Williams

209 W. Central Ave., Apt. D

Monrovia, CA 91016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 337.08

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49** Nonpriority creditor's name and mailing address

Jassim M. Addal
c/o Law Office of Arash Alizadeh

7545 Irvine Center Drive, Suite 200

Irvine, CA 92618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.50** Nonpriority creditor's name and mailing address

Law Office of Todd M. Friedman, PC

333 Skokie Blvd., #103

Northbrook, IL 60062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Fees

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,500.00

---

**3.51** Nonpriority creditor's name and mailing address

Liquid Web Inc.

2703 Ena Drive

Lansing, MI 48917

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.52** Nonpriority creditor's name and mailing address

LiveAgent
c/o Quality Unit, LLC

616 Corporate Way, Suite 2-3278

Valley Cottage, NY 10989

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.53** Nonpriority creditor's name and mailing address

Lockton Companies, LLC
Attn: Nate Mundy, COO
Lockton Insurance Brokers, LLC
725 S. Figueroa, 35th Floor
Los Angeles, CA 90017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims



American LegalNet, Inc.
www.FormsWorkFlow.com

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.54** Nonpriority creditor's name and mailing address

Lois Craig

1708 S. Alma St.

San Pedro, CA 90731

As of the petition filing date, the claim is:                     $ 20.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.55** Nonpriority creditor's name and mailing address

Mail Chimp
c/o The Rocket Science Group, LLC

675 Ponce de Leon Ave. NE
Suite 5000

Atlanta, GA 30308

As of the petition filing date, the claim is:                     $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.56** Nonpriority creditor's name and mailing address

Maria Salgado
c/o Nicholas J. Tsakas, Esq.

4267 Marina City Drive, Suite 512

Marina Del Rey, CA 90292

As of the petition filing date, the claim is:                     $ Unknown
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Litigation

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.57** Nonpriority creditor's name and mailing address

Marwan Griffin
c/o Aegis Law Firm, PC

9811 Irvine Center Drive, Suite 100

Irvine, CA 92618

As of the petition filing date, the claim is:                     $ Unknown
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Litigation

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.58** Nonpriority creditor's name and mailing address

Massinissa Bechout, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

As of the petition filing date, the claim is:                     $ Unknown
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Litigation

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com


**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.59** Nonpriority creditor's name and mailing address

Minas Sarafian
c/o Simonian & Simonian, PLC
144 N. Glendale Ave., #228
Glendale, CA 91206

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.60** Nonpriority creditor's name and mailing address

Mostafa Joharifard
1651 E. Edinger Ave., Suite 100
Santa Ana, CA 92705

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Judgment

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,429.00

---

**3.61** Nonpriority creditor's name and mailing address

Nazareth Ohanessian
1328 Doverwood Drive
Glendale, CA 91207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: An Insider

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,000.00

---

**3.62** Nonpriority creditor's name and mailing address

Newport Urgent Care
1000 Bristol St. North, Suite 1B
Newport Beach, CA 92660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,181.87

---

**3.63** Nonpriority creditor's name and mailing address

NexGen Capital, LLC
c/o David Neale
Levene Neale Bender
10250 Constellation Blvd., #1700
Los Angeles, CA 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Settlement Agreement

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,099,466.84

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com


**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.64** | **Nonpriority creditor's name and mailing address**

Office of the Director
Department of Motor Vehicles

2415 1st Avenue, MS: F101

Sacramento, CA 95818-2606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.65** | **Nonpriority creditor's name and mailing address**

OrthoKinetix

1835 Chicago Avenue, Suite A

Riverside, CA 92507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,180.47

---

**3.66** | **Nonpriority creditor's name and mailing address**

Pex Cards

462 7th Avenue, 21st Floor

New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.67** | **Nonpriority creditor's name and mailing address**

Prince Uko, c/o State of CA
Dept. of Industrial Relations
Labor Commission Office
455 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.68** | **Nonpriority creditor's name and mailing address**

Quickbooks
c/o Intuit Inc.

2700 Coast Avenue

Mountain View, CA 94043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.69** Nonpriority creditor's name and mailing address

Raef Lawson

8601 Lincoln Blvd., Ste. 180-276

Los Angeles, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Judgment

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$  4,700.82

---

**3.70** Nonpriority creditor's name and mailing address

Rafael Nendel - Flores
c/o LeClairRyan

725 S. Figueroa Street, Suite 350

Los Angeles, CA 90017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Litigation

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$  98,773.13

---

**3.71** Nonpriority creditor's name and mailing address

Ready Refresh

4400 S. Kolmar Ave.

Chicago, IL 60632

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  3/15/19-4/14/19

Last 4 digits of account number  9  2  5  3

Is the claim subject to offset?
☒ No
☐ Yes

$  35.38

---

**3.72** Nonpriority creditor's name and mailing address

Ready Refresh (Foothill Location)

4400 S. Kolmar Ave.

Chicago, IL 60632

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  3/15/19-4/14/19

Last 4 digits of account number  1  4  3  6

Is the claim subject to offset?
☒ No
☐ Yes

$  154.50

---

**3.73** Nonpriority creditor's name and mailing address

Ring Central

20 Davis Drive

Belmont, CA 94002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$  0.00

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.74** | Nonpriority creditor's name and mailing address

Roy Castelanos
c/o Employees' Legal Advocates, LLP

811 Wilshire Blvd., Suite 800
Los Angeles, CA 90017

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Litigation

Is the claim subject to offset?
☒ No
☐ Yes

$  Unknown

---

**3.75** | Nonpriority creditor's name and mailing address

Scoobeez Global, Inc.

3463 Foothill Blvd.
La Crescenta, CA 91214

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note Payable

Is the claim subject to offset?
☒ No
☐ Yes

$  5,468,144.53

---

**3.76** | Nonpriority creditor's name and mailing address

Scoobeez LV, LLC

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$  0.08

---

**3.77** | Nonpriority creditor's name and mailing address

Scoobeez SF, LLC
2550 S. Decatur Blvd.
Las Vegas, NV 89102

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$  430.78

---

**3.78** | Nonpriority creditor's name and mailing address

Sean McNair
c/o Hamed Yazdanpanah & Associates

9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Litigation

Is the claim subject to offset?
☒ No
☐ Yes

$  Unknown

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.79** Nonpriority creditor's name and mailing address

Shoushana (Suzy) Ohanessian

1328 Doverwood Drive

Glendale, CA 91207

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:  An Insider

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Is the claim subject to offset?
- [x] No
- [ ] Yes

$  7,500.00

---

**3.80** Nonpriority creditor's name and mailing address

Southern California Gas Company

PO Box 1626

Monterey Park, CA 91754-8626

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Utilities

Date or dates debt was incurred

Last 4 digits of account number  4  8  4  4

Is the claim subject to offset?
- [x] No
- [ ] Yes

$  0.00

---

**3.81** Nonpriority creditor's name and mailing address

Spectrum (San Antonio)
Time Warner Cable

PO Box 60074

City of Industry, CA 91716

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Utilities

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Is the claim subject to offset?
- [x] No
- [ ] Yes

$  324.38

---

**3.82** Nonpriority creditor's name and mailing address

Spectrum Business
c/o Charter Communications

PO Box 790261

Saint Louis, MO 63179

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Internet Provider

Date or dates debt was incurred

Last 4 digits of account number  1  6  8  3

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$  180.16

---

**3.83** Nonpriority creditor's name and mailing address

Steve & Millessa Oberhauser
c/o Sanders Bajwa LLP

919 Congress Ave., Suite 750

Austin, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  Litigation

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Is the claim subject to offset?
- [x] No
- [ ] Yes

$  Unknown

---

Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.84**

**Nonpriority creditor's name and mailing address**

SuperVision

PO Box 21636

Saint Paul, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.00

---

**3.85**

**Nonpriority creditor's name and mailing address**

Swizznet

6075 California Avenue SW
Seattle, WA 98136

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.00

---

**3.86**

**Nonpriority creditor's name and mailing address**

T-Mobile/T-Mobile USA Inc.
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.00

---

**3.87**

**Nonpriority creditor's name and mailing address**

Texas Department of Insurance
Division of Workers' Compensation

7551 Metro Center Drive, Suite 100
Austin, TX 78744

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Insurance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.00

---

**3.88**

**Nonpriority creditor's name and mailing address**

The Hertz Corporation
Attn: Casey Rodriguez, Division VP

2 Schoephoester Road
Windsor Locks, CT 06096

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.89**

**Nonpriority creditor's name and mailing address**

UPS

55 Glenlake Parkway NE

Atlanta, GA 30328

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 0.00

---

**3.90**

**Nonpriority creditor's name and mailing address**

US Securities and Exchange Commission
Attn: Bankruptcy Counsel

444 S. Flower St., Suite 900

Los Angeles, CA 90071-9591

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 0.00

---

**3.91**

**Nonpriority creditor's name and mailing address**

USPS

475 Lenfant Plaza SW

Washington, DC 20260

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 0.00

---

**3.92**

**Nonpriority creditor's name and mailing address**

Verizon

PO Box 489

Newark, NJ 07101-0489

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 0.00

---

**3.93**

**Nonpriority creditor's name and mailing address**

WG Fund LLC

1734 8th Avenue, Suite PH

Brooklyn, NY 11215

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Settlement Agreement

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 178,656.88

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.94** | **Nonpriority creditor's name and mailing address**

MARY SARKISSIAN
c/o West Coast Employment Lawyers, APLC

Attn: Neama Rahmani, Esq.
350 South Grand Avenue, Suite 3325
Los Angeles, California 90071

Date or dates debt was incurred     10/2018 – 2/2019

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

$     Unknown

---

**3.95** | **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.96** | **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.97** | **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.98** | **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | SCOOBEEZ | Case number *(if known)* 2:19-bk-14989-WB |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Deputy General Counsel<br>The Hertz Corporation<br>8501 Williams Rd., 2DO40<br>Estero, FL 33928 | Line 3.88<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Emil Davtyan<br>Davtyan Professional Law Corp.<br>21900 Burbank Blvd., Suite 300<br>Woodland Hills, CA 91367 | Line 3.25<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Graham S.P. Hollis<br>Graham Hollis APC<br>3555 Fifth Avenue, Suite 200<br>San Diego, CA 92103 | Line 3.7<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | West Coast Employment Lawyers, APLC<br>Attn: Neama Rahmani<br>350 South Grand Avenue, Suite 3325<br>Los Angeles, CA 90071 | Line 3.94<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line_____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line_____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 | | Line_____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line_____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line_____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line_____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line_____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line_____<br>☐ Not listed. Explain _____ | __ __ __ __ |

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor    SCOOBEEZ    Case number *(if known)* 2:19-bk-14989-WB
    Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $  0.00 |
| 5b.  **Total claims from Part 2** | 5b. + | $  9,130,433.58 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $  9,130,433.58 |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com